AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 16-5033-SNOW |
| GABRIEL GARCIA-SOLAR, ALONSO BARRERA-MONTES, MOISES AGUILAR-ORDONEZ, JOSE CANDELARIO PEREZ-CRUZ, Jose Fernando VILLEZ-PICO, MARTIN VALECILLO-ORTIZ, and Jose Martin LUCAS-FRANCO. | ) ) ) ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 18, 2016___ in the county of ___Monroe___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with the intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(G), it is further alleged that this violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel F. Kenny, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/6/16

*Judge's signature*

City and state: Key West, Florida      Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Daniel F. Kenney, being duly sworn, do hereby depose and state the following:

1. I am employed as a special agent with the Department of Homeland Security, Homeland Security Investigations (HSI) and have been so employed for over four years. During that time, I have received training through the HSI training program at Glynco, Georgia, and I have conducted investigations into criminal violations of the federal laws governing the illegal trafficking and importation of narcotics into the United States, immigration violations, as well as other customs related offenses. Before joining HSI, I was a Special Agent with the U.S. Department of State, Diplomatic Security Service, for approximately ten (10) years. I have received training and been assigned to conduct investigations of criminal violations of the United States Code, as enumerated in Titles 18, 19, 21, 22, 31, 46 and various other federal statutes.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a Criminal Complaint against Gabriel GARCIA-SOLAR (GARCIA), Alonso BARRERA-MONTES (BARRERA), Moises AGUILAR-ORDONEZ (AGUILAR), Jose Candelario PEREZ-CRUZ (PEREZ), Jose Fernando VILLEZ-PICO (VILLEZ), Martin VALLECILLO-ORTIZ (VALLECILLO) and Jose Martin LUCAS-FRANCO (LUCAS) and as such, does not include all the information known to me as part of this investigation, but only information sufficient to establish probable cause for the arrest of GARCIA, BARRERA, AGUILAR, PEREZ, VILLEZ, VALLECILLO and LUCAS for a violations of Title 46 USC 70503(a)(1) and Title 46 USC 70506(b), that is, knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United

States.

3. On or about October 18, 2016, a Marine Patrol Aircraft (MPA) located a suspect vessel approximately 150 NM south of Acapulco, Mexico, in international waters and upon the high seas. The Coast Guard Cutter (CGC) Mellon was approximately 55 NM away and diverted for intercept. The MPA identified the suspect vessel as a Go Fast Vessel (GFV) with a blue tarp covering the deck. The MPA observed the GFV jettison several packages and continue transiting north at between 20-30 knots. The CGC Mellon launched two (2) Over the Horizon (OTH) vessels which took positive control of the GFV. Upon making contact with the GFV, the OTH boarding team observed no flag flown, no registration documents, no registration numbers on the hull, no homeport on the hull, no name on the hull, and no painted flag. The master of the vessel (GARCIA) made a verbal claim of Mexican nationality for the vessel and all seven persons onboard. The Mexican government was contacted and could neither confirm nor deny registry of the vessel, allowing the vessel to be considered "without nationality" and, therefore, a vessel subject to the jurisdiction of the United States. This allowed for a law enforcement boarding. The GFV yielded seven persons on board, GARCIA (Mexican National), BARRERA (Mexican National), AGUILAR (Mexican National), PEREZ (Mexican National), VILLEZ (Ecuadoran National), VALLECILLO (Colombian National) and LUCAS (Ecuadoran National). After the boarding was initiated, the GFV crew appeared to become increasingly agitated, and was transferred to the CGC Mellon for officer safety.

4. The GFV crew did not possess identification documents, currency or registration documents for the vessel. The OTH boarding team did not observe fishing equipment, food or any other supplies that would constitute a purpose for the vessel to be located approximately 150 NM south of Acapulco, Mexico.

5. The MPA was able to reacquire the debris field and vectored the OTH vessels to the location where approximately 36 packages were recovered. The 36 packages were transferred to the CGC Mellon, and found to weigh approximately 940 kilograms. A subsequent field test of the packages yielded positive results for cocaine.

6. The CGC Mellon requested and was granted permission to sink the GFV as a Hazard to Navigation (HAZNAV) due to its distance offshore, low freeboard (distance from waterline to the upper deck), gasoline fumes and impending weather.

7. Based on the information and facts, your affiant submits, there is probable cause to believe that Gabriel GARCIA-SOLAR, Alonso BARRERA-MONTES, Moises AGUILAR-ORDONEZ, Jose Candelario PEREZ-CRUZ, Jose Fernando VILLEZ-PICO, Martin VALLECILLO-ORTIZ and Jose Martin LUCAS-FRANCO knowingly and willfully conspired to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States in violation Title 46 USC 70503(a)(1) and Title 46 USC 70506(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Daniel F. Kenney, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
this 6 day of November, 2016.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE