Filed by _____ D.C.

**Nov 17, 2016**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 16-10042-CR-MOORE/MCALILEY

Case No. _____

46 U.S.C. § 70506(b)
46 U.S.C. § 70503(a)(1)
46 U.S.C. § 70507(a)

UNITED STATES OF AMERICA

vs.

GABRIEL GARCIA-SOLAR,
ALONSO BARRERA-MONTES,
MOISES AGUILAR-ORDONEZ,
JOSE CANDELARIO PEREZ-CRUZ,
JOSE FERNANDO VILLEZ-PICO,
MARTIN VALECILLO-ORTIZ, and
JOSE MARTIN LUCAS-FRANCO,

                    **Defendants.**

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning on an unknown date and continuing through on or about October 18, 2016, while on board a vessel subject to the jurisdiction of the United States, with the Southern District of Florida being the district at which the defendants entered the United States, the defendants,

GABRIEL GARCIA-SOLAR,
ALONSO BARRERA-MONTES,
MOISES AGUILAR-ORDONEZ,
JOSE CANDELARIO PEREZ-CRUZ,
JOSE FERNANDO VILLEZ-PICO,
MARTIN VALECILLO-ORTIZ, and
JOSE MARTIN LUCAS-FRANCO,

did knowingly and willfully combine, conspire, confederate and agree with each other and other persons unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

With respect to all defendants, the controlled substance involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B).

## COUNT 2

On or about October 18, 2016, while on board a vessel subject to the jurisdiction of the United States, with the Southern District of Florida being the district at which the defendants entered the United States, the defendants,

**GABRIEL GARCIA-SOLAR,
ALONSO BARRERA-MONTES,
MOISES AGUILAR-ORDONEZ,
JOSE CANDELARIO PEREZ-CRUZ,
JOSE FERNANDO VILLEZ-PICO,
MARTIN VALECILLO-ORTIZ,** and
**JOSE MARTIN LUCAS-FRANCO,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 46, United States Code, Section 70503(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five kilograms or more

2

of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1.     The allegations of Counts 1 and 2 of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of property in which one or more of the defendants have an interest.

2.     Upon conviction of either of the violations alleged in Counts 1 and 2 of this Indictment, the defendants shall forfeit to the United States any property that was used or intended for use to commit, or facilitate the commission of, such violations.

All pursuant to Title 46, United States Code, Section 70507(a), and the procedures set forth at Title 21, United States Code, Section 853 as made applicable by Title 28, United States Code, Section 2461(c).


A TRUE BILL


_____
FOREPERSON


WIFREDO A. FERRER
UNITED STATES ATTORNEY


SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

vs.

**GABRIEL GARCIA-SOLAR et. al,**

**Defendants.**
_____/

**CASE NO.** _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) _____ Yes _____ No
Number of New Defendants _____
Total number of counts _____

**Court Division:** (Select One)

| | |
|---|---|
| Miami _____ | Key West __X__ |
| FTL _____ | WPB _____ FTP _____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)        Yes
   List language and/or dialect        Spanish

4. This case will take        3-5        days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                    (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | __X__ | | Petty | _____ |
   | II | 6 to 10 days | _____ | Minor | | |
   | III | 11 to 20 days | _____ | | Misdem. | _____ |
   | IV | 21 to 60 days | _____ | | Felony | __X__ |
   | V | 61 days and over | _____ | | | |

6. Has this case been previously filed in this District Court?        NO        (Yes or No)
   If yes:
   Judge: _____        Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   Yes   (Yes or No)
   If yes:
   Magistrate Case No.                16-5033-SNOW
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of        November 5, 2016
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case?        NO        (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes   __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes   __X__ No

_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY
Court ID No.: A5500005

Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>**GABRIEL GARCIA-SOLAR**</u>       Case No: _____

Count #: 1

<u>Conspiracy to possess with intent to distribute five (5) kilograms or more of a Controlled Substance</u>

<u>(cocaine) while on board a vessel subject to the jurisdiction of the United States</u>

<u>46 U.S.C. §§ 70506(b) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)</u>

**\* Max. Penalty:**   Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5) years supervised release.

Count #: 2

<u>Possession with intent to distribute five (5) kilograms or more of a Controlled Substance (cocaine) while on</u>

<u>board a vessel subject to the jurisdiction of the United States</u>

<u>46 U.S.C. §§ 70503(a)(1) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)</u>

**\* Max. Penalty:**   Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5) years supervised release.

Count #:

_____

_____

**\*Max. Penalty:**

_____

Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:**　<u>ALONSO BARRERA-MONTES</u>　　**Case No:** _____

Count #: 1

<u>Conspiracy to possess with intent to distribute five (5) kilograms or more of a Controlled Substance</u>

<u>(cocaine) while on board a vessel subject to the jurisdiction of the United States</u>

<u>46 U.S.C. §§ 70506(b) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)</u>

**\* Max. Penalty:**　Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5) years supervised release.

Count #: 2

<u>Possession with intent to distribute five (5) kilograms or more of a Controlled Substance (cocaine) while on</u>

<u>board a vessel subject to the jurisdiction of the United States</u>

<u>46 U.S.C. §§ 70503(a)(1) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)</u>

**\* Max. Penalty:**　Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5) years supervised release.

Count #:

_____

_____

**\*Max. Penalty:**

_____

_____

Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  MOISES AGUILAR-ORDONEZ        **Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute five (5) kilograms or more of a Controlled Substance (cocaine) while on board a vessel subject to the jurisdiction of the United States

46 U.S.C. §§ 70506(b) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)

**\* Max. Penalty:**   Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5) years supervised release.

Count #: 2

Possession with intent to distribute five (5) kilograms or more of a Controlled Substance (cocaine) while on board a vessel subject to the jurisdiction of the United States

46 U.S.C. §§ 70503(a)(1) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)

**\* Max. Penalty:**   Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5) years supervised release.

Count #:

_____

_____

**\*Max. Penalty:**

_____

Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  JOSE CANDELARIO PEREZ-CRUZ     **Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute five (5) kilograms or more of a Controlled Substance

(cocaine) while on board a vessel subject to the jurisdiction of the United States

46 U.S.C. §§ 70506(b) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)

**\* Max. Penalty:**   Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5) years supervised release.

Count #: 2

Possession with intent to distribute five (5) kilograms or more of a Controlled Substance (cocaine) while on

board a vessel subject to the jurisdiction of the United States

46 U.S.C. §§ 70503(a)(1) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)

**\* Max. Penalty:**   Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5) years supervised release.

Count #:

_____

_____

**\*Max. Penalty:**

_____

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   JOSE FERNANDO VILLEZ-PICO        **Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute five (5) kilograms or more of a Controlled Substance

(cocaine) while on board a vessel subject to the jurisdiction of the United States

46 U.S.C. §§ 70506(b) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)

**\* Max. Penalty:**   Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5)
years supervised release.

Count #: 2

Possession with intent to distribute five (5) kilograms or more of a Controlled Substance (cocaine) while on

board a vessel subject to the jurisdiction of the United States

46 U.S.C. §§ 70503(a)(1) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)

**\* Max. Penalty:**   Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5)
years supervised release.

Count #:

_____

_____

**\*Max. Penalty:** _____

_____

Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or
forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  MARTIN VALECILLO-ORTIZ  **Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute five (5) kilograms or more of a Controlled Substance

(cocaine) while on board a vessel subject to the jurisdiction of the United States

46 U.S.C. §§ 70506(b) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)

**\* Max. Penalty:**   Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5) years supervised release.

Count #: 2

Possession with intent to distribute five (5) kilograms or more of a Controlled Substance (cocaine) while on

board a vessel subject to the jurisdiction of the United States

46 U.S.C. §§ 70503(a)(1) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)

**\* Max. Penalty:**   Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5) years supervised release.

Count #:

_____

_____

**\*Max. Penalty:**

_____

Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   JOSE MARTIN LUCAS-FRANCO        **Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute five (5) kilograms or more of a Controlled Substance

(cocaine) while on board a vessel subject to the jurisdiction of the United States

46 U.S.C. §§ 70506(b) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)

**\* Max. Penalty:**   Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5)
years supervised release.

Count #: 2

Possession with intent to distribute five (5) kilograms or more of a Controlled Substance (cocaine) while on

board a vessel subject to the jurisdiction of the United States

46 U.S.C. §§ 70503(a)(1) and 70506(a) and 21 U.S.C. § 960(b)(1)(B)

**\* Max. Penalty:**   Minimum of Ten (10) years' to life imprisonment; $10,000,000 fine and at least five (5)
years supervised release.

Count #:

_____

_____

**\*Max. Penalty:** _____

_____

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or
forfeitures that may be applicable.**