```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2
                    CASE NO. 4:16-CR-10042-KMM
 3


 4
    UNITED STATES OF AMERICA          Key West, Florida
 5
                                      July 10, 2017
 6         vs.                        Monday


 7
    GABRIEL GARCIA-SOLAR,             Scheduled for 1:00 p.m.
 8  ALONSO BARRERA-MONTES,           1:01 p.m. to 5:48 p.m.
    MOISES AGUILAR-ORDONEZ,
 9  JOSE CANDELARIO PEREZ-CRUZ,
    JOSE FERNANDO VILLEZ-PICO,
10  MARTIN VALECILLO-ORTIZ, AND
    JOSE MARTIN LUCAS-FRANCO          Pages 1 - 219
11

12  ------------------------------------------------------------

13
                       JURY TRIAL - DAY 1 of 5
14

15              BEFORE THE HONORABLE K. MICHAEL MOORE
                  UNITED STATES CHIEF DISTRICT JUDGE
16

17

18  APPEARANCES:

19

20  FOR THE GOVERNMENT:          JODI ANTON, AUSA
                                 FRANCIS VIAMONTES, AUSA
21
                                 United States Attorney's Office
22                               500 East Broward Boulevard
                                 Suite 700
23                               Fort Lauderdale, Florida  33394

24

25
```

```
 1   APPEARANCES (CONTINUED):

 2

     FOR GABRIEL GARCIA-SOLAR:     STEWART GLENN ABRAMS, AFPD
 3

 4   FOR ALONSO BARRERA-MONTES:    JOSE RAFAEL RODRIGUEZ, ESQ.

 5

     FOR MOISES AGUILAR-ORDONEZ:   JOSEPH ABRAHAM CHAMBROT, ESQ.
 6

 7   FOR JOSE CANDELARIO PEREZ-CRUZ:   JUAN DIEGO BERRIO, ESQ.

 8

     FOR JOSE FERNANDO VILLEZ-PICO:    ORLANDO DO CAMPO, ESQ.
 9

10   FOR MARTIN VALECILLO-ORTIZ:       SILVIA PINERA-VAZQUEZ, ESQ.

11

     FOR JOSE MARTIN LUCAS-FRANCO:      ISRAEL JOSE ENCINOSA, ESQ.
12

13

14

15
     STENOGRAPHICALLY
16   REPORTED BY:             GLENDA M. POWERS, RPR, CRR, FPR
                              Official Court Reporter
17                            United States District Court
                              400 North Miami Avenue, Room 08S33
18                            Miami, Florida 33128

19

20

21

22

23

24

25
```

```
 1                    I N D E X
                                              PAGE
 2
      PROSPECTIVE JURORS SWORN                 24
 3
      VOIR DIRE EXAMINATION OF PROSPECTIVE JURORS
 4       By The Court                          26

 5    FOR CAUSE CHALLENGES & PEREMPTORY CHALLENGES   55

 6    JURY PANEL SEATED                        62

 7    JURY PANEL SWORN                         63

 8    PRELIMINARY JURY INSTRUCTIONS            64

 9
                         OPENING STATEMENTS
10
      GOVERNMENT
11       By Ms. Anton                          68

12
      DEFENDANT GABRIEL GARCIA-SOLAR
13       By Stewart Glenn Abrams, AFPD         78

14
      DEFENDANT ALONSO BARRERA-MONTES
15       By Jose Rafael Rodriguez, Esq.        84

16
      DEFENDANT MOISES AGUILAR-ORDONEZ
17       By Joseph Abraham Chambrot, Esq.      88

18
      DEFENDANT JOSE CANDELARIO PEREZ-CRUZ
19       By Juan Diego Berrio, Esq.            90

20
      DEFENDANT JOSE FERNANDO VILLEZ-PICO
21       By Orlando do Campo, Esq.            97

22
      DEFENDANT MARTIN VALECILLO-ORTIZ:
23       By Silvia Pinera-Vazquez, Esq.        99

24
      DEFENDANT JOSE MARTIN LUCAS-FRANCO
25       By Israel Jose Encinosa, Esq.        107
```

```
 1                     I N D E X   (continued)

 2

 3                      GOVERNMENT'S EVIDENCE

 4    WITNESSES                                          PAGE

 5

      COMMANDER JAMES IMLAH
 6
          Direct Examination by Ms. Viamontes              113
 7        Voir Dire Examination by Ms. Pinera-Vazquez      134
          Direct Examination by Ms. Viamontes (continued)  137
 8

 9    PETTY OFFICER JOSEPH PFRIMMER

10        Direct Examination by Ms. Viamontes              179
          Cross-Examination by Ms. Pinera-Vazquez          181
11        Redirect Examination by Ms. Viamontes            187

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    E X H I B I T S

 2

 3   GOVERNMENT'S EXHIBIT                              ADMITTED

 4
     Exhibit 5                                           119
 5
     Exhibit 27                                          135
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              (Defendants aided by Court-Certified Spanish

 2      Interpreters.)

 3              COURT SECURITY OFFICER:  All rise.

 4              THE COURT:  Good afternoon to everyone.  Please have a

 5      seat.

 6              This is the United States versus Garcia-Solar.

 7              Counsel, note your appearances.

 8              MS. ANTON:  Good afternoon, Your Honor.

 9              Jodi Anton on behalf of the United States.

10              MS. VIAMONTES:  Francis Viamontes on behalf of the

11      United States.

12              THE COURT:  Good afternoon.

13              MS. ANTON:  Seated at counsels' table, Your Honor, is

14      HSI Special Agent Dan Kenney.

15              THE COURT:  Good afternoon.

16              MR. ABRAMS:  Good afternoon, Judge.

17              Stewart Abrams, Assistant Federal Defender, on behalf

18      of Gabriel Garcia-Solar, who is present.

19              MR. RODRIGUEZ:  Good afternoon, Your Honor.

20              Rafael Rodriguez, on behalf of Alonso Barrera-Montes,

21      who is present.

22              MR. CHAMBROT:  Good afternoon, Your Honor.

23              Joe Chambrot, on behalf of Moises Aguilar-Ordonez,

24      who's also present.

25              MR. BERRIO:  Good afternoon, Your Honor.
```

1          Juan Berrio, on behalf of Jose Candelario Perez-Cruz,

2     who is behind me.

3          MR. do CAMPO:  Good afternoon, Your Honor.

4          Orlando do Campo, on behalf of Jose Villez-Pico, who is

5     present before the Court and utilizing the services of the

6     court interpreter.

7          MS. PINERA-VAZQUEZ:  Good afternoon, Judge.

8          Lawyer Silvia Pinera, on behalf of Martin Ortiz, who is

9     sitting behind me using the aid of an interpreter.

10          MR. ENCINOSA:  Good afternoon, Your Honor.

11          Israel Encinosa, on behalf of Jose Martin Lucas-Franco,

12     and he also is using the help of the interpreters.

13          THE COURT:  Good afternoon to all of you.

14          Okay.  Are we ready?

15          MS. PINERA-VAZQUEZ:  Yes, Judge.  I believe there's a

16     motion pending.  I don't know if you want to take that up now

17     or if you want to take it up after jury selection.

18          THE COURT:  Tell me about it.

19          MS. PINERA-VAZQUEZ:  Judge, it's a motion to exclude

20     that was filed on Saturday morning regarding evidence that we

21     received on Friday at 2:00 in the afternoon.

22          THE COURT:  All right.

23          MS. PINERA-VAZQUEZ:  Essentially, it appears to be the

24     extractions from the Garmin device that was found on the panga

25     vessel.  We have -- those should have been turned over to us

1    from day one under Rule 16 and they were just turned over the

2    day before.

3          It's about 113 pages.  It begins on August 26th, 2016,

4    through October 19th.  We have not had an opportunity to show

5    our expert to review the way points, to review the longitudes

6    and latitudes, to see if it's accurate.  There's no way for us

7    to challenge it.  So our clients have been extremely prejudiced

8    by not having this before.

9          THE COURT:  What's the Government's response?

10         MS. VIAMONTES:  Your Honor, that's incorrect.  This

11   evidence was provided to them back in December.  I sent all

12   defense counsel the e-mail with the attachments from December

13   showing that this information was sent to them in December.

14         On Friday, some of the attorneys asked for that

15   information because they couldn't find it.  In the original

16   format that it was sent to them, they needed to download a

17   software that's free, available on the internet.

18         For their convenience and as a courtesy, we put it in a

19   format that they wouldn't need to download any software and

20   resent it to them in that format as a courtesy because they

21   were requesting it.

22         So it was provided to them in discovery in this case

23   and it was re-provided on Friday in an easier format.

24         MS. PINERA-VAZQUEZ:  Your Honor, if I may, this is not

25   a courtesy.  This is an obligation.  And it was not provided to

1    us.  What they provided to us was a program that their expert,

2    Pfrimmer, had used and inputted those coordinates.  So they

3    wanted for us to use whatever program he used where he had

4    inputted the coordinates.

5         Well, that's not what they are required to turn over.

6    They are required to turn over these extractions, like a cell

7    phone.  You extract the information from the cell phone, and

8    I've always gotten it -- what they extracted.

9         What they wanted us to use is some program where the

10   expert inputted the information.  We don't know what he

11   inputted.  We're entitled to the underlying data, which is the

12   longitude and the latitude of the Garmin.

13        And let me just explain, Judge, how important this is.

14        THE COURT:  Let me -- do you have what you provided to

15   them?  And you said when?  When did you do it?

16        MS. VIAMONTES:  I believe the date was December 19th,

17   if I'm correct.

18        THE COURT:  Can you produce what it is that you

19   provided to them?

20        MS. VIAMONTES:  I'll look through the discovery file,

21   Your Honor.  I believe it was sent via e-mail and I forwarded

22   the e-mail to all defense counsel.

23        THE COURT:  I can't resolve this with just you saying

24   the one thing and she's saying the other thing.  I need to --

25        MR. ENCINOSA:  Your Honor, if I can put on the record

1     that the objection of one is the objection of all.

2           THE COURT:  Well, are you all saying the same thing on

3     this case?  Are all of you saying that none of you received

4     anything in December?

5           MR. ENCINOSA:  Not the data she's requesting.

6           THE COURT:  Pardon me?

7           MR. ENCINOSA:  I don't think I received the data.

8           THE COURT:  Well, I'm saying:  Did you receive anything

9     from the prosecution in December?

10          MR. ENCINOSA:  I don't believe so, Judge.  I could be

11    wrong.  I mean, it's been some months.  I recently got a Google

12    Earth map with little points.

13          MS. PINERA-VAZQUEZ:  That's what it was, a Google Earth

14    map.

15          THE COURT:  Okay.

16          MS. PINERA-VAZQUEZ:  Let me show -- I can show you what

17    they -- and I had a hard copy.

18          Unfortunately, I have what was provided Friday, but I

19    have it on my computer.

20          THE COURT:  Well, you got it Friday.  That's not what

21    you're complaining about.  You said you didn't get something in

22    December -- or that's when she says she sent you something.

23          MS. PINERA-VAZQUEZ:  Okay.  Thank you, Judge.

24          Just to be sure, Mr. Behnke was the prosecutor on the

25    case.  It wasn't this team.

1          THE COURT:  Okay.

2          MS. PINERA-VAZQUEZ:  But it's the Government.

3          MS. VIAMONTES:  Your Honor, we can print out the

4    e-mails that -- and we have a witness who can testify about

5    what was included in this discovery submission.

6          The kmz file, which has the longitude and latitude

7    coordinates, was sent to them on December 15th, 2016, by AUSA

8    Scott Behnke, and that's the file that was then converted to an

9    easy readable format on Friday.

10         THE COURT:  So what was sent to them -- you said

11   December when?

12         MS. VIAMONTES:  It was on December 15th --

13         THE COURT:  And what did it say?

14         MS. VIAMONTES:  -- 2016.

15         And it said, "Attached are the items listed in the

16   supplemental discovery response.  In addition, I have attached

17   a better copy of the ION scan printouts referred to in the

18   original discovery response, Bates stamp number 108 and 109.

19   If you have any additional questions, feel free to e-mail or

20   call.  Scott."

21         And then it had jset148.kmz file, which has the

22   coordinates, the ION test PDF and then the additional files he

23   referenced.

24         THE COURT:  And what happens when -- I mean, is it an

25   attachment?  Do you just --

 1              MS. VIAMONTES:  It is.

 2              THE COURT:  What happens when you try to open the

 3      attachment?

 4              MS. VIAMONTES:  It asks you which program would you

 5      like to open the attachment with.

 6              THE COURT:  Okay.  So none of you received that e-mail?

 7              MS. PINERA-VAZQUEZ:  No.  Judge, what --

 8              THE COURT:  So that's no.

 9              MS. PINERA-VAZQUEZ:  I can't find that e-mail, Judge,

10      but I'm not saying I didn't receive it.

11              THE COURT:  But that's what I want to know --

12              MS. PINERA-VAZQUEZ:  Okay.

13              THE COURT:  -- did you get that e-mail?

14              MS. VIAMONTES:  I have an e-mail from him and I don't

15      have any attachments.  I just have, "Attached are the items

16      listed in" -- exactly what she read.  But I didn't --

17              THE COURT:  What does your e-mail say?

18              MS. VIAMONTES:  It's dated December 15th:

19              "Folks, attached are items listed in the supplemental

20      discovery response.  In addition, I have attached a better copy

21      of the ION scan printout referred to in the original discovery

22      response as BS 108 and 109.  If you have any additional

23      questions, feel free to e-mail me or call."

24              No attachments, at least in my e-mail.  Can I just --

25              THE COURT:  You have no attachment?

1          Did anybody else receive this e-mail?

2          MS. PINERA-VAZQUEZ:  Did anybody else receive it?

3          MS. VIAMONTES:  Your Honor, our case agent was copied

4     on the e-mail and he received the attachment.

5          So I'm baffled as to how they --

6          THE COURT:  But I'm not hearing other responses from

7     the defense attorneys whether you received it or not.

8          MS. PINERA-VAZQUEZ:  Hold on, Judge.  I just want to be

9     clear and I want to make sure that....

10         See, the attachment -- and I'm going to show you what

11    my co-counsel, Mr. do Campo, received, which I have seen this

12    in discovery in another format.

13         It's simply a map with little dots which does not

14    include the coordinates.  It's just a map with dots that their

15    expert used to input into their program.

16         THE COURT:  I understand.

17         But can -- from that information, can you extrapolate

18    the coordinates?

19         MS. PINERA-VAZQUEZ:  No, we cannot, Your Honor.

20         MS. VIAMONTES:  Your Honor, just to be clear, the first

21    time that they ever brought this to light and requested or

22    asked for additional raw data was on Friday.

23         THE COURT:  I understand.

24         MS. VIAMONTES:  And within a short amount of time of

25    them asking for it and saying that they needed more

```
 1    information, we put it in the easiest format for them to read
 2    and sent it to them.
 3              THE COURT:  Okay.
 4              MS. PINERA-VAZQUEZ:  Judge, that's actually -- I don't
 5    want to interrupt you.  Go ahead.
 6              THE COURT:  From what you sent them, how do they get
 7    the coordinates?  How do they extract that information?
 8              MS. PINERA-VAZQUEZ:  We can't.
 9              MS. VIAMONTES:  Your Honor, I can confer with our
10    expert, who is present.
11              THE COURT:  All right.
12              MR. do CAMPO:  Judge, do you want to look at it?
13              THE COURT:  Well, I just want to know if you can -- can
14    you open it up?
15              MR. do CAMPO:  It doesn't have the coordinates, which I
16    think is the essential ingredient that we need to --
17              THE COURT:  I understand it doesn't have the
18    coordinates.
19              But from that information, can you extract the
20    coordinates?
21              MR. do CAMPO:  No.
22              THE COURT:  All right.
23              MR. BERRIO:  There's a conclusion based on the
24    coordinates.
25              THE COURT:  Is your expert going to say to the
```

1    contrary, that you -- from that information, you can extract

2    the coordinates?

3            MS. VIAMONTES:  I believe so, Judge.  He's coming into

4    the courtroom.

5            THE COURT:  And, by the way, can you tell me how

6    significant this is to your investigation?

7            MS. VIAMONTES:  It's crucial, Your Honor.  It's the

8    strongest piece of evidence that we have in the case.

9            THE COURT:  So assuming -- let's say we were to resolve

10   this that you didn't get this information.

11           Are you asking for a continuance?

12           MS. PINERA-VAZQUEZ:  No.  We're asking for exclusion,

13   Judge.  We're prepared to go to trial.

14           THE COURT:  If it doesn't get excluded, do you want a

15   continuance in order to consider this information?

16           MS. PINERA-VAZQUEZ:  Let me consult with my client and

17   consult my co-counsel, Judge.

18           THE COURT:  Okay.

19           MS. VIAMONTES:  Your Honor, just to be on the safe

20   side, I conferred with our expert, Officer Pfrimmer, and asked

21   him, the file that was sent to defense counsel on

22   December 19th, 2016, ending in "kmz," if they would be able to

23   obtain the longitudes and latitudes that they were looking for

24   based on that file, and he confirmed that they could.

25           MS. PINERA-VAZQUEZ:  Well, may I --

1          THE COURT:  Go ahead, finish your consulting so we can

2     get on with this.

3          MS. PINERA-VAZQUEZ:  Okay.  Let me consult him.

4          THE COURT:  Go ahead.

5          MS. PINERA-VAZQUEZ:  Thank you, Judge.

6          (Brief pause in the proceedings.)

7          MS. PINERA-VAZQUEZ:  Judge, I've spoken to my client

8     and I've spoken to co-counsel.  Because they've been already

9     here for 10 months, my client wants to go forward with the

10    trial.

11         It is our hope that, based on the late and critical

12    disclosure of the coordinates -- and I have to -- I would

13    request, if anything, to voir dire the expert, because there's

14    no way that we can extrapolate the coordinates from a Google

15    picture that was given to us.

16         The Excel spreadsheet that was provided does not

17    contain longitude and latitude coordinates as did the spot

18    tracer, which did include it and I was able to actually get a

19    map and plot the points and consult with an expert.

20         The one that they gave us, which is 113 pages, Friday

21    does have the longitude and latitude, but the other ones did

22    not.

23         So we would request that this be excluded, any reliance

24    on that information.

25         THE COURT:  Well, I'm offering you something else.  I'm

1    offering you the continuance.

2         And you're saying you'd rather have it be admitted than

3    have a continuance?

4         MS. PINERA-VAZQUEZ:  I'm saying that my client wants

5    this trial.  He wants to go home and he doesn't want to stay in

6    jail any longer.

7         THE COURT:  So that's a "yes."

8         MS. PINERA-VAZQUEZ:  That's a "yes."

9         THE COURT:  Okay.  All right.  And as far as I'm

10   concerned, I'm more than happy to put on the expert out of the

11   presence of the jury to -- and you can examine him to your

12   heart's content.

13        And, lastly, I'm not sure what you would have done with

14   this information had you gotten it any earlier.  According to

15   the Government, you got it over six months ago and nothing was

16   done or said about this until the day before trial or the day

17   of trial.

18        So I don't want to accuse anybody of playing Gotcha!,

19   but had there been an interest in this information, then it

20   seems to me the appropriate response would have been to follow

21   up and say, "Listen, we're looking for these coordinates.

22   Somebody has made an issue of it now and, apparently, we didn't

23   get it in the format that we thought of."

24        But waiting until Friday to raise this as an issue

25   seems a little bit -- somebody was sitting on their hands and

1    now is trying to blame it on the Government.

2           But, you know, now that you have the information, I

3    don't know if you can articulate how it would prejudice you in

4    terms of how it would change your strategy.  I can try to

5    accommodate you in that regard as well.

6           I mean, it's after 1:15 right now.  We're going to

7    select a jury.  We're going to do opening statements, and we'll

8    see how far we get into the trial today.

9           But if by having this information now you need more

10   time to kind of explore what you would do with this

11   information, we don't have to put on -- I don't know when they

12   plan on introducing this information.

13          But if giving you some additional time once we get

14   through jury selection, opening statements and we recess for

15   the day and, you know, you think you're going to cure whatever

16   problems you might have with this information, then we can

17   consider doing that as well.

18          I just don't know, you know, what you would do

19   differently now that you have the information in that format

20   that you didn't have in the format you would have preferred

21   back in December.

22          MS. PINERA-VAZQUEZ:  Judge, I appreciate the Court's

23   consideration, and I think that that would somewhat alleviate

24   our ability to see what's in there.

25          And, also, if you give us a chance to voir dire the

1    expert outside the presence of the jury, I think that that

2    would mitigate any continuance or any desire to delay this case

3    any further.

4            THE COURT:  Okay.  Is that cool with the Government?

5            MS. VIAMONTES:  Yes, it is, Your Honor.

6            THE COURT:  Okay.  Thank you.

7            MS. PINERA-VAZQUEZ:  Thank you, Judge.

8            MR. BERRIO:  Your Honor, in addition to Mrs. Pinera's

9    motion, I also filed a motion to exclude a CD of phone calls

10   that was provided to us -- and I believe the Government will

11   agree -- for the first time after the calendar call on

12   Thursday.

13           It apparently contains 1,628 files of phone calls of

14   these gentlemen over the past eight months since they've been

15   in custody.  It's been -- I listened to two of them.  It took

16   me like 30 minutes.

17           There's no way I can go through all these files in the

18   time provided and when this was provided.  I would move to

19   exclude this.

20           THE COURT:  We're not going to do that at trial

21   either.

22           But are there some calls that you are playing?

23           MS. VIAMONTES:  No.  Your Honor, as I told defense

24   counsel at the calendar call when I gave them the jail calls,

25   we had just obtained them.  We didn't know they had made jail

1   calls.  We requested them.  They had made voluminous amounts of

2   jail calls.

3           We barely listened to them and we don't intend to use

4   any of them as of yet.  I told them, if we found any that were

5   probative in any way, we would highlight it to them and let

6   them know as soon as we spotted one, but we do have an agent

7   listening to the calls to see if there's anything useful in

8   them.

9           At this time we don't anticipate using any of them, but

10  we would let them know as soon as we found one that was

11  probative in any way.  I don't know how it would prejudice them

12  because their clients know what they've said on the phone.

13          THE COURT:  So right now there is no issue here to --

14          MR. BERRIO:  There is no issue, Your Honor.  But maybe

15  if we would have received them on a timely basis as they were

16  going along --

17          THE COURT:  They can't give them to you before they

18  make the call.

19          MR. BERRIO:  Well, no.  They could give us maybe the

20  phone calls that they made in November.  Maybe they could have

21  given us ones in December.  Maybe the ones that they made in

22  December they could have given to us in January.

23          And, you know, we could have listened to them that way

24  and -- for us properly preparing and counseling our clients.

25          THE COURT:  As I heard her say, they just received

1    them.  But, in any event, they're not going to use them.

2           MR. BERRIO:  As of yet.

3           THE COURT:  Well, as of yet is better than --

4           MR. BERRIO:  I understand, Your Honor.  I understand.

5           THE COURT:  Okay.  All right.  Take what you can get.

6           All right.  Can we bring the jury in?

7           COURT SECURITY OFFICER:  All rise for the jury.

8           (Prospective jurors entered courtroom at 1:22 p.m.)

9           THE COURT:  Good afternoon.

10          My name is Michael Moore.  I'm the Judge on the next

11   case that we're about to begin.  I want to start by welcoming

12   all of you to the United States District Court for the Southern

13   District of Florida.  We appreciate your being here.

14          We know that jury service can pose an inconvenience to

15   you in your work life and your personal life.  Nevertheless, we

16   want you -- we hope that you appreciate the importance of jury

17   service.  And so we thank you for taking time out of your

18   schedules to be with us.

19          We're at the beginning of the trial.  One of the first

20   things we're going to need to do is select a jury for the

21   trial.  All of you have been randomly selected up until now.

22          We're going to ask you a few questions and, based on

23   your responses to those questions, you may be more or less

24   qualified for jury service in this particular case.

25          If you are selected, all well and good.  I hope you

1    will find your jury service to be an interesting, educational

2    experience.

3            If you are not selected, you'll be excused and you'll

4    be placed back in the jury pool and be called for jury service

5    on another day or another occasion.

6            This trial is expected to last about a week, possibly

7    less.  It just depends on how the examination of the witnesses

8    go.  But that's the estimated length of trial.

9            We start anywhere from 8:30 or 9:00 in the morning

10   until 5:00 or 5:30 in the afternoon.  So, hopefully, you will

11   have made arrangements to be with us for that time and be with

12   us each day on time.

13           If we're just missing one of the jurors or one of the

14   lawyers or one of the -- or the Judge, we can't get started.

15   So I would ask for your consideration to your fellow jurors and

16   to the proceedings, that you be respectful of the time and the

17   schedule that we operate under.

18           As I've said, we're going to ask you a series of

19   questions.  You have been brought into the courtroom in a

20   particular order and we're going to ask you to respond in the

21   order in which you were called.

22           Mr. Alvarez Gonzalez, who is in the jury box -- have a

23   seat -- in the lower row of the jury box and he's closest to me

24   and, for our purposes, Juror Number 1 for jury selection

25   purposes.

1           And we'll just go down the first row and then we'll

2    start with the gentleman in the back row and work our way

3    across the back row and start with the young lady who's in the

4    first row in the courtroom closest to the window and work our

5    way across to each aisle.

6           So if you respond in the order in which you have been

7    brought into the courtroom, I would appreciate it.  It'll help

8    the lawyers keep track of your responses when it comes time to

9    seating you or excusing you.

10           When you do have a response, I would ask that you

11    indicate that by raising your hand.  And then we will, as I

12    say, take up your responses in order.

13           When you give your response, please stand and precede

14    your response by identifying yourself by name each time you

15    have a response.

16           There's a court reporter who's seated in front of me

17    who's taking down the proceedings and the only way for the

18    record to reflect who's speaking is for you to identify

19    yourself by name.

20           Let's see.  What else?  Okay.  So we try both civil and

21    criminal cases in courthouse.  Today we have a criminal case in

22    which the United States alleges that the Defendants while

23    onboard a vessel subject to the jurisdiction of the

24    United States did willfully -- did knowingly and willfully

25    conspire to possess with intent to distribute a controlled

1    substance, that is, five kilograms or more of a mixture and

2    substance containing a detectable amount of cocaine, in

3    violation of Title 46, United States Code, Sections 70503 and

4    70506.

5            So, next, let's see if we can swear in the prospective

6    jurors.  If you'll all please stand and raise your right hand.

7            COURTROOM DEPUTY:  Do each of you solemnly swear that

8    you will well and truly answer all questions propounded to you

9    touching upon your qualifications to serve as a juror in this

10   case?  If so, please say "I do."

11           PROSPECTIVE JURORS (Collectively):  I do.

12           COURTROOM DEPUTY:  Thank you.  You may be seated.

13           THE COURT:  And let's have the parties to the case

14   introduce themselves.

15           We'll start first with the prosecution.

16           MS. ANTON:  Thank you, Your Honor.

17           Good afternoon, everybody.  Jodi Anton on behalf of the

18   United States.

19           And with me at counsel's table is Francis Viamontes.

20           MS. VIAMONTES:  Good afternoon.

21           MS. ANTON:  And our lead agent from the Department of

22   Homeland Security Investigations is Dan Kenney.

23           AGENT KENNEY:  Good afternoon.

24           THE COURT:  Thank you.

25           And for the defense.

1          MR. ABRAMS:  Thank you, Judge.

2          Good afternoon, ladies and gentlemen.  My name is

3    Stewart Abrams.  I'm an assistant federal public defender in

4    this district, and today it is my privilege to be representing

5    Gabriel Garcia-Solar in the case before us.

6          MR. RODRIGUEZ:  Good afternoon, ladies and gentlemen.

7          My name is Rafael Rodriguez.  It is my privilege to be

8    representing, as court-appointed counsel, my client, Alonso

9    Barrera-Montes.

10         MR. CHAMBROT:  Good afternoon, ladies and gentlemen.

11         My name is Joe Chambrot, and I have the privilege of

12   representing Moises Aguilar-Ordonez.

13         MR. BERRIO:  Good afternoon, ladies and gentlemen of

14   the jury.

15         My name is Juan Berrio, and I represent Jose Candelario

16   Perez-Cruz.  He goes by "Candy."

17         MR. do CAMPO:  Good afternoon, ladies and gentlemen of

18   the jury.

19         My name is Orlando do Campo.  I represent Jose

20   Villez-Pico.

21         MS. PINERA-VAZQUEZ:  Good afternoon, ladies and

22   gentlemen.

23         My name is Silvia Pinera.  I represent Martin

24   Valecillo-Ortiz.

25         MR. ENCINOSA:  Good afternoon, ladies and gentlemen.

1          My name is Israel Encinosa, and I represent Jose Martin

2     Lucas-Franco.  Thank you.

3          THE COURT:  Thank you.

4          All right, ladies and gentlemen.  My first question is:

5     Does anyone know anything about this case before coming into

6     court today?  If you do, please raise your hand.

7          No hands go up.

8          The parties just introduced themselves to you and the

9     Defendants in the case.  Does anybody know anything about any

10    of the individuals who introduced themselves by name,

11    reputation, acquaintance?  If you do, please raise your hand.

12         No hands raised.  Okay.

13         Yes, ma'am.  Can you please stand and give us your

14    name.

15         PROSPECTIVE JUROR:  My name is Barbara Finnessey.

16         I know Stewart Abrams.

17         THE COURT:  And how do you know him?

18         PROSPECTIVE JUROR:  I was not involved.  Someone very

19    close to me was -- he represented him.

20         THE COURT:  Okay.  Would the fact that you know

21    Mr. Abrams affect in any way your ability to be a fair or

22    impartial juror to either the Government or to the defense?

23         PROSPECTIVE JUROR:  I don't believe so, sir.

24         THE COURT:  Okay.  Thank you.

25         Anybody else?  Okay.

1          Has any member of the panel ever served as a juror

2     before in either a civil or a criminal case in either the

3     federal or the state courts?  If you have, please raise your

4     hand.

5          Okay.  I see a few hands go up.

6          PROSPECTIVE JUROR:  Does "state" mean like the city

7     court?

8          PROSPECTIVE JUROR:  This is Christina Mattheessen.

9          THE COURT:  Yeah.

10         PROSPECTIVE JUROR:  Yes.  I've been on a jury before.

11         THE COURT:  Okay.  And what kind of case was it?

12         PROSPECTIVE JUROR:  It was a murder case.

13         THE COURT:  How long ago was it?

14         PROSPECTIVE JUROR:  When Hurricane George hit.

15         THE COURT:  Was this in Monroe County?

16         PROSPECTIVE JUROR:  Yes.

17         THE COURT:  Okay.  Thank you.

18         PROSPECTIVE JUROR:  George Fernandez.

19         It was a civil case in 2011.

20         THE COURT:  And where was it?

21         PROSPECTIVE JUROR:  In Miami.

22         THE COURT:  In state or federal court?

23         PROSPECTIVE JUROR:  State.

24         THE COURT:  Okay.  Let me just say this about sitting

25     on a civil jury.  For those of you who may have sat on a civil

1  jury, there is a burden of proof that the judge instructed you

2  on that's applicable to civil cases.

3          In a civil case, the burden is on the plaintiff to

4  prove what it has alleged by a preponderance of the evidence.

5          This is a criminal case.  There's a different burden of

6  proof.  It's a higher burden of proof.  It's proof beyond a

7  reasonable doubt.

8          So if you have sat on a civil case before, it's

9  important to put that burden out of your mind and apply the

10  correct burden of proof, proof beyond a reasonable doubt.

11  Okay?

12          PROSPECTIVE JUROR:  Okay.

13          THE COURT:  Thank you.

14          PROSPECTIVE JUROR:  Thank you.

15          PROSPECTIVE JUROR:  My name is Mary Vandenbrook.

16          I have sat on both civil and criminal cases in state

17  court.  And I'm also a lawyer and I've tried a couple of

18  criminal cases in my day.

19          THE COURT:  Okay.  Good for you.

20          Now, when was it that you sat as a juror?

21          PROSPECTIVE JUROR:  In the early 2000s.

22          THE COURT:  Okay.  And where did you sit?

23          PROSPECTIVE JUROR:  Here in Key West, in the state

24  court.

25          THE COURT:  And both civil and criminal?

```
 1              PROSPECTIVE JUROR:  Yes, sir.

 2              THE COURT:  All right.  Thank you.

 3              How about in the back row?

 4              First row?

 5              PROSPECTIVE JUROR:  Hi.  May name is Libby Lee.

 6              And I sat on a DUI last year in the county courthouse.

 7              THE COURT:  Okay.  And did you reach a verdict in the

 8      case?

 9              PROSPECTIVE JUROR:  Yes, we did.

10              THE COURT:  Okay.  Thank you.

11              PROSPECTIVE JUROR:  My name is Jeff Gage.

12              I was on a DUI trial in Texas.

13              THE COURT:  How long ago was that?

14              PROSPECTIVE JUROR:  About 10 years.

15              THE COURT:  And did you reach a verdict?

16              PROSPECTIVE JUROR:  Yes.

17              THE COURT:  Thank you.

18              PROSPECTIVE JUROR:  Tim Esquinaldo.

19              I served as a juror on a federal civil case here in

20      Monroe County involving maritime law.

21              THE COURT:  And when was that?

22              PROSPECTIVE JUROR:  Oh, gosh.  Many, many years ago.

23              THE COURT:  Okay.  It was a civil case?

24              PROSPECTIVE JUROR:  It was a civil case.  Yes,

25      Your Honor.
```

```
 1              THE COURT:  And did you reach a verdict?
 2              PROSPECTIVE JUROR:  Yes, we did.
 3              THE COURT:  Thank you.
 4              MS. VIAMONTES:  I apologize, Your Honor.  We didn't
 5    catch his name.
 6              THE COURT:  What's your name again?
 7              PROSPECTIVE JUROR:  Timothy Esquinaldo.
 8              PROSPECTIVE JUROR:  My name is Carol Wightman.
 9              I served on a jury about seven years ago.  It was a
10    local judge, Judge Miller.  I was an alternate juror and I was
11    dismissed before they came to trial.
12              THE COURT:  Okay.
13              PROSPECTIVE JUROR:  My name's Jessica Lenard.
14              I served at County 1 and it was a civil.  And they
15    ended up settling on their own.
16              THE COURT:  So you didn't deliberate?
17              PROSPECTIVE JUROR:  Nope.
18              THE COURT:  All right.  Thank you.
19              PROSPECTIVE JUROR:  Gregory Barnes.
20              I served on a DUI here in Monroe County.  It was maybe
21    more than 15 years ago.  And we did reach a verdict.
22              THE COURT:  Thank you.
23              PROSPECTIVE JUROR:  My name is Patric Jones.
24              I served on a civil jury here in Key West about five
25    years ago, and we did come to a verdict.
```

1          THE COURT:  Thank you.

2          PROSPECTIVE JUROR:  Hi.  Cynthia Davidson.

3          I served on a jury in Plantation Key.  It was a

4    criminal jury, and we did not come to a verdict.

5          THE COURT:  Did you deliberate?

6          PROSPECTIVE JUROR:  Yes, we did.

7          THE COURT:  And so you just weren't able to reach a

8    verdict?

9          PROSPECTIVE JUROR:  No, sir.

10         THE COURT:  Okay.  Thank you.

11         PROSPECTIVE JUROR:  Darlene Roney.

12         It was a criminal case here in Monroe County 39 years

13   ago.  We did reach a verdict.

14         THE COURT:  All right.  Thank you.

15         I omitted to ask the jurors in the jury box.

16         With respect to those of you who answered that question

17   and indicated that you had served, was there an occasion that

18   you were unable to reach a verdict?  No?  Okay.  All right.

19         All right.  You may hear from witnesses in this case

20   that are employed by law enforcement and that respect.  Has any

21   member of the panel ever been in law enforcement or have any

22   close friend or family member that served in law enforcement?

23   If you have, please raise your hand.

24         Several hands go up.  We'll start in the bottom row in

25   the jury box.

```
 1              PROSPECTIVE JUROR:  My name is Christine Dawson.

 2              My husband was Coast Guard.

 3              THE COURT:  Okay.  And you say "was."  He's no longer

 4   in the Coast Guard?

 5              PROSPECTIVE JUROR:  He retired last year.

 6              THE COURT:  Would the fact that your husband -- we're

 7   going to hear from witnesses who are in the Coast Guard.

 8              Would the fact that your husband was in the Coast Guard

 9   affect in any way your ability to be a fair and impartial juror

10   in this case?

11              PROSPECTIVE JUROR:  No.

12              THE COURT:  Thank you.

13              PROSPECTIVE JUROR:  Susan Eanes.

14              I have a nephew who was in the Air Force in security

15   for missiles and things of that nature.  So that one.  And when

16   I lived in San Francisco some years ago, most of my friends

17   were in the FBI.

18              THE COURT:  Okay.

19              PROSPECTIVE JUROR:  I also have a niece who is in the

20   FBI in Hawaii.

21              THE COURT:  Would the fact that you have relatives and

22   friends in law enforcement affect in any way your ability to be

23   a fair and impartial juror in this case?

24              PROSPECTIVE JUROR:  I don't know.

25              THE COURT:  Well, if you were the prosecutor or the
```

1    defense attorney, would you hesitate to have someone with your

2    frame of mind or background to sit as a juror in this case?

3           PROSPECTIVE JUROR:  Not necessarily.

4           THE COURT:  Okay.  Thank you.

5           By the way, the reason we ask you to stand is we think

6    that your voice projects better and we can all get a chance to

7    see you.  So we're not just asking you to stand for no reason.

8           Yes, sir.

9           PROSPECTIVE JUROR:  Kevin Delahanty.

10          I was in the Department of Corrections in New York

11   State 20 years ago.

12          THE COURT:  Would that affect in any way your ability

13   to be a fair and impartial juror in this case?

14          PROSPECTIVE JUROR:  No, sir.

15          THE COURT:  Thank you.

16          PROSPECTIVE JUROR:  John Kocinski.

17          I don't know if it's relevant, but I did own a towing

18   company in New Jersey and I towed for the police there for

19   30 years.

20          THE COURT:  Would that affect you in this case?

21          PROSPECTIVE JUROR:  Not at all.  No.

22          THE COURT:  Thank you.

23          How about the first row in the back?  First row in

24   the -- there we go.

25          PROSPECTIVE JUROR:  Ardie Woodward.

```
 1              I was a correction officer in the state of Alaska, then
 2     a probation officer in the state of Alaska, retired, and I
 3     worked in airport security for Monroe County Sheriff's Office
 4     for six, seven years and retired there.
 5              THE COURT:  Would that affect you at all in this case?
 6              PROSPECTIVE JUROR:  I don't think so.
 7              THE COURT:  All right.  Thank you.
 8              PROSPECTIVE JUROR:  Hi.  I'm Lora Albritton.
 9              My brother is a retired police officer.  He was an
10     officer for over 30 years.
11              THE COURT:  Where was that?
12              PROSPECTIVE JUROR:  In Joliet, Illinois.
13              THE COURT:  And would that affect you at all in this
14     case?
15              PROSPECTIVE JUROR:  No, sir.
16              THE COURT:  Thank you.
17              PROSPECTIVE JUROR:  Jennifer Walker.
18              My husband is a detective sergeant with Monroe County
19     Sheriff's Office.
20              THE COURT:  Would it affect you at all in this case?
21              PROSPECTIVE JUROR:  No.
22              THE COURT:  Thank you.
23              PROSPECTIVE JUROR:  Timothy Esquinaldo.
24              My brother served for a number of years in the FBI in
25     Washington, DC, and my godson is a detective with the Key West
```

1    Police Department.  But it would not affect me in any way.

2              THE COURT:  Thank you.

3              PROSPECTIVE JUROR:  Jessica Lenard.

4              Actually, I have a lot of police officer friends, and

5    my husband is a Monroe County firefighter.  And so I have a lot

6    of firefighter friends, also.

7              THE COURT:  Would that affect you at all in this case?

8              PROSPECTIVE JUROR:  I think I would not be able to be

9    impartial to the whole thing.

10             THE COURT:  Okay.  And your name again is?

11             PROSPECTIVE JUROR:  Jessica Lenard.

12             THE COURT:  Thank you.

13             Anybody else?

14             PROSPECTIVE JUROR:  My name is Terry Brack.

15             My sister's a lieutenant at the jail in

16   Palm Beach County.  My nephew is a Palm Beach County sheriff,

17   also.  My sister-in-law is a Collier County sheriff.  And I

18   work for the Department of Corrections in clerical.

19             THE COURT:  Would that affect you at all in this case?

20             PROSPECTIVE JUROR:  No, sir.

21             THE COURT:  Thank you.  That's everybody.

22             Okay.

23             PROSPECTIVE JUROR:  My name is Mike Hodes.

24             My brother is a patrolman with the Lee County Sheriff's

25   Department, my older brother.

```
 1            THE COURT:  Would that affect you at all in this case?
 2            PROSPECTIVE JUROR:  He does share a lot of his stories
 3    with me.  It may possibly.  I haven't really heard the case
 4    yet, but it's possible.
 5            THE COURT:  That's exactly right.  That's the right
 6    answer.  You haven't heard anything about this case.
 7            Okay.  Has any member of the panel ever been involved
 8    in any court in a criminal matter that concerned yourself, any
 9    member of your family or a close friend as either a defendant,
10    a witness or a victim?  Anybody been involved in the criminal
11    justice system as either a defendant, a victim or a witness?
12    If you have, please raise your hand.
13            Your name.
14            PROSPECTIVE JUROR:  My name is Charles Neiditz.
15            In 1983, '4 and '5, I was the head of the Department of
16    Corrections medical unit and served on a federal case with
17    Daniel Byfield, who was accused of murder and escaped to, I
18    think, the Cayman Islands because of improper medical care, and
19    we had documentation that he fled for other reasons.
20            And I served as an expert witness there, and I
21    currently still serve as an expert witness for medical
22    malpractice cases.
23            THE COURT:  For both civil and criminal?
24            PROSPECTIVE JUROR:  Criminal.
25            THE COURT:  Criminal.
```

1           And on the criminal side, do you testify for one side

2    or the other only?

3           PROSPECTIVE JUROR:  I volunteer my time for the

4    defendant physicians in medical malpractice cases currently.

5           THE COURT:  Okay.  All right.  Thank you.

6           Okay.  Nobody else in the jury box.

7           How about the first row in the back?

8           PROSPECTIVE JUROR:  Trevor Tellone.

9           2012, my brother and I were arrested and accused of

10   destruction of property and we almost went to trial and Judge

11   Fowler gave us pretrial intervention and community service.

12          THE COURT:  Okay.  So it didn't result in any judgment

13   against you?

14          PROSPECTIVE JUROR:  No.

15          THE COURT:  Okay.  Thank you.

16          PROSPECTIVE JUROR:  All right.

17          PROSPECTIVE JUROR:  Carol Wightman.

18          I've had several employees arrested, and I've helped

19   them.  I also have a son who was arrested.  And so I've had

20   involvement in those.

21          THE COURT:  Thank you.

22          PROSPECTIVE JUROR:  Greg Barnes.

23          I was arrested for assault.  Withheld adjudication.

24          THE COURT:  Where was that?

25          PROSPECTIVE JUROR:  Here in Monroe County.

1        THE COURT:  And when was that?

2        PROSPECTIVE JUROR:  I believe it was in 1998 or 1999.

3        THE COURT:  Okay.  Thank you.

4        Anybody else?  Okay.

5        So I mentioned to you what the allegations in the

6   indictment are, and that is a conspiracy to possess with intent

7   to distribute a controlled substance.

8        And I underscore the fact that they are allegations

9   only.  You haven't heard any evidence at this time.  As any

10  defendant sits before you at this stage of the trial, they are

11  by law presumed to be innocent.

12       The Government has to prove each of the Defendants

13  guilty as to each of the counts in the indictment beyond a

14  reasonable doubt and, if it fails to do so, then you must

15  acquit that Defendant of that allegation.

16       Having said that, just by virtue of the nature of the

17  allegation, is there anything about the nature of the

18  allegation itself that you think would make it difficult or

19  impossible for you to serve as a fair and impartial juror to

20  the Government and to each of the Defendants?  If there is,

21  please let me know.

22       No hands raised.  Oh.  I do see a hand go up in the

23  back.  Okay.

24       PROSPECTIVE JUROR:  Peter Frezza.

25       Just from the information you've given us, I have a

1    very close family member that seemed to be involved with a very

2    similar situation that was, you know, troubling emotionally.

3            THE COURT:  Do you think that it would prevent you from

4    sitting as a fair and impartial juror in this case?

5            PROSPECTIVE JUROR:  From the information that we have,

6    I would say yes.

7            THE COURT:  Okay.  And what is your name again?

8            PROSPECTIVE JUROR:  Peter Frezza.

9            THE COURT:  Thank you, Mr. Frezza.

10           Anybody else?  All right.

11           I'm going to give you some jury instructions in this

12   case, and I'm going to ask you to base any verdict you reach

13   solely on the evidence that you hear in this courtroom and

14   following the Court's instructions to you as what the law is

15   that is applicable to this case.

16           Can each of you assure me that, if you are selected as

17   a juror, that you will decide the case based solely on the

18   evidence that you hear following the Court's instructions to

19   you on the law and not substitute your own ideas about what you

20   think the law should or should not be?  Can you assure me of

21   that?  If you cannot, please raise your hand.

22           No hands raised.  Okay.

23           I indicated to you, based on what the lawyers have told

24   me, that the case should last until Friday.  Maybe it could be

25   finished earlier than that.  And I gave you the schedule that

1    we keep.

2          But is there any member of the panel who has any

3    special disability or problem, scheduling, that would make it

4    difficult or impossible for you to serve as a juror on this

5    case for that period of time?  If there is, please raise your

6    hand.  We don't want to select you and then find out that you

7    can't serve later on.

8          Okay.

9          PROSPECTIVE JUROR:  Camille Wiley.

10         I don't think it's going to develop into anything, but

11   I'm a guardian for my brother in Minnesota who's disabled, and

12   he's in the hospital at the moment with a kidney infection.  I

13   don't think it's going to develop into anything, but I just

14   want to make it noted.

15         THE COURT:  All right.  Thank you.

16         PROSPECTIVE JUROR:  My name is Kenny Whisman.

17         I own my own business and right now it's empty because

18   no one's there.  I have a night shift guy, but he cannot work

19   from 8:00 in the morning till 10:00 at night while I'm in here,

20   because my hours are from 8:00 to 4:00 every day.

21         THE COURT:  Thank you, Mr. Whisman.

22         PROSPECTIVE JUROR:  Carol Wightman.

23         I am scheduled to leave Wednesday for a family wedding,

24   and I'll be out of town until next Monday.

25         THE COURT:  Ms. Wightman is it?

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  When did you schedule your trip out of

3   town?

4          PROSPECTIVE JUROR:  It's been scheduled for six months.

5   I let them know when I asked for a deferral, but they said,

6   since I'm -- and I also own a business here.  I've asked for a

7   deferral before.

8          THE COURT:  Well, I'm not sure.  When did you schedule

9   your trip out of town?

10         PROSPECTIVE JUROR:  It's been scheduled -- I bought the

11   ticket -- I don't know.  I have it with me.  I think I bought

12   it in late May, early June.

13         THE COURT:  And when were you summoned?

14         PROSPECTIVE JUROR:  I don't know the exact dates.  It

15   was -- I was summoned after I had bought the ticket.

16         THE COURT:  You were summoned after you brought the

17   ticket?

18         PROSPECTIVE JUROR:  Yes, I was.

19         THE COURT:  Do you have the --

20         PROSPECTIVE JUROR:  Yes.  I have the ticket with me.

21         THE COURT:  What's the date of your ticket?

22         PROSPECTIVE JUROR:  I leave Wednesday -- this

23   Wednesday.

24         THE COURT:  And what was the date of the summons?

25         I'm being told -- correct me if I'm wrong -- that the

1   summons went out in May and you purchased --

2          PROSPECTIVE JUROR:  I have it in my purse.  I'll get it

3   and tell you exactly.  I don't honestly know.

4          THE COURT:  Go ahead.  Pull it out.

5          PROSPECTIVE JUROR:  I don't know what the timing is.

6          THE COURT:  Go ahead.

7          PROSPECTIVE JUROR:  All right.

8          THE COURT:  I'm trying to find out whether you -- after

9   you were summoned you went ahead and made travel plans to

10  conflict --

11         PROSPECTIVE JUROR:  No.  I would not.  I've known about

12  this wedding for six months.

13         THE COURT:  No.  I'm not talking about the fact of the

14  wedding.  I'm talking about when you made your reservation.

15         Did you make your reservation after you were summoned?

16         PROSPECTIVE JUROR:  I was ticketed on May 26th.  I do

17  not know what day I was summonsed.

18         THE COURT:  The summons were printed on May 11th and

19  went out within three days after that.

20         So am I correct that you --

21         PROSPECTIVE JUROR:  I guess so.  Yes.  I guess you're

22  correct.

23         THE COURT:  And you have been postponed before?

24         PROSPECTIVE JUROR:  Yes, I have.

25         THE COURT:  On how many occasions?

1          PROSPECTIVE JUROR:  Apparently, I was told I was four

2     times.

3          THE COURT:  So when are you going to be available to

4     serve?

5          PROSPECTIVE JUROR:  Whenever I'm -- I sometimes travel

6     in the summer.  Every time they've asked me, I've legitimately

7     been out of town.

8          THE COURT:  Everybody has travel problems.  I

9     understand that.  Everybody has an inconvenience as to why jury

10    service can impact them.

11         PROSPECTIVE JUROR:  I have a scheduled date to be out

12    of town in September for a month.  Other than that, I plan to

13    be here.

14         THE COURT:  Okay.  Give her another date.

15         Your scheduled conflict right now is in -- for what

16    time in September?

17         PROSPECTIVE JUROR:  September 7th to October 4th.

18         THE COURT:  What's on your calendar for March 5th,

19    2018?

20         PROSPECTIVE JUROR:  Nothing yet.  I'll plan to be here.

21         THE COURT:  Now there is something.

22         PROSPECTIVE JUROR:  Okay.  I'll be here.

23         THE COURT:  Okay.  This is where you'll be for that

24    two-week period.  All right?

25         PROSPECTIVE JUROR:  I'll be here.

1          THE COURT:  Don't go scheduling any plane flights out

2    for --

3          PROSPECTIVE JUROR:  I'm Christopher Perez.

4          I'm a broke college student.  I can't really afford to

5    get a hotel out here in Key West.

6          THE COURT:  Where do you live?

7          PROSPECTIVE JUROR:  I live in Key Largo.

8          THE COURT:  We're going to pay for it.

9          PROSPECTIVE JUROR:  You guys can pay for my hotel?

10         THE COURT:  That's right.

11         PROSPECTIVE JUROR:  I don't have money to, like -- I

12   know you guys can reimburse me.  I don't have money to get a

13   hotel or anything like that.

14         THE COURT:  Okay.  Well --

15         PROSPECTIVE JUROR:  I barely made it with, like, a half

16   a tank of gas.  I'll take a bus tomorrow.

17         THE COURT:  Well, I don't know if you're going to get

18   selected or not.  But if you do --

19         PROSPECTIVE JUROR:  It's my first time.

20         THE COURT:  Okay.  I understand.

21         But if you do, then they will pay for the lodging and

22   your daily rate and your mileage.

23         PROSPECTIVE JUROR:  Okay.

24         THE COURT:  All right.  Anybody else?  All righty.

25         You've heard the questions that I've asked you.  You've

 1    heard the reasons why we ask those questions.

 2            Is there any other reason that suggests itself to you

 3    as to why you could not sit as a fair and impartial juror in

 4    this case and base your verdict solely on the evidence you hear

 5    in this courtroom and the Court's instructions to you on the

 6    law?

 7            Is there anything that I haven't asked you that you

 8    think that, if you were the prosecution or the defense, that

 9    they would like to know in trying to make an intelligent

10    decision as to whether to seat or excuse you in this case?

11            If there is, please raise your hand.

12            So we'll start with the Government as to Juror

13    Number 1.

14            MS. ANTON:  The Government accepts.

15            MS. PINERA-VAZQUEZ:  Your Honor, do you mind if we get

16    together?

17            THE COURT:  Sure.

18            MS. PINERA-VAZQUEZ:  Thank you.

19            THE COURT:  It's to the defense, Juror Number 1.

20            The Government already accepted.

21            MR. ABRAMS:  Your Honor, this may be a little difficult

22    with the number of lawyers, but could we have a sidebar?

23            THE COURT:  Yeah.  I mean, if you want to just gather

24    over here, that might be more of a....

25            (Sidebar discussion held as follows:)

1          MR. ABRAMS:  Judge, on behalf of the defense, I think

2     we would like -- we'd appreciate Your Honor inquiring as to the

3     usual background questions, employment, what -- their

4     occupation --

5          THE COURT:  You're right.  You're absolutely right.

6     I'm sorry.

7          MR. ABRAMS:  -- what their spouses do, children of

8     working age.

9          THE COURT:  I'll ask them employment and what their

10    spouse does for a living.  I apologize for not asking that

11    question.

12         MR. ABRAMS:  I'd appreciate you requesting where they

13    live in The Keys.

14         MR. do CAMPO:  While we're up here at sidebar, Juror

15    Number 2, Ms. Finnessey, who stated that Mr. Abrams represented

16    a close friend of hers -- Mr. Abrams and I had a trial against

17    each other and the defendant was very well known in Key West.

18         Can we inquire as to who her friend was?  Because I

19    prosecuted in that case.

20         THE COURT:  So, apparently, the "Stew" made an

21    impression and he didn't.

22         MS. VIAMONTES:  He was convicted.  So, if I may ask one

23    more thing.  Could you also inquire as to whether any of them

24    are bloodline?

25         THE COURT:  No.  You can ask them, if any of them.

1         (Sidebar discussion concluded and the following was

2    held in open court:)

3         THE COURT:  I omitted one area of questioning that I

4    should have gotten into, and the lawyers brought it to my

5    attention.  I thanked them for that.

6         If we could just start with Juror Number 1, please

7    stand one at a time and introduce yourself by name and tell us

8    if you are employed, unemployed or retired, what you do for a

9    living or have done for a living, and also what your marital

10   status is and, if you are married, what your spouse does or has

11   done for a living.  If you don't remember all those, don't

12   worry about it.  I'll ask you.

13        PROSPECTIVE JUROR:  Yes.  My name is Carlos.  I am

14   employed.  I work for the Monroe County School District as an

15   IT tech.  So I fix all their stuff.  I've done volunteering,

16   firefighting, back in the past.

17        THE COURT:  Married?  Single?

18        PROSPECTIVE JUROR:  Single.  22.

19        THE COURT:  Okay.  Thank you.

20        PROSPECTIVE JUROR:  My name is Barbara Finnessey.  I'm

21   a surgical tech.  I work in surgery at Fishermen's Hospital.

22        THE COURT:  Married?  Single?

23        PROSPECTIVE JUROR:  Single.

24        THE COURT:  Ms. Finnessey, just to follow up on another

25   area that you had answered to, you said you knew Mr. Abrams.

 1    And he represented an acquaintance or a friend of yours in a

 2    matter?

 3              PROSPECTIVE JUROR:  My boyfriend.

 4              THE COURT:  And what was his last name?

 5              PROSPECTIVE JUROR:  Wasser.

 6              THE COURT:  Wasser.  Okay.

 7              Does that answer your questions?  Thank you.

 8              PROSPECTIVE JUROR:  Hi.  I'm Christopher Perez.

 9    Currently I'm unemployed and I go to college part-time.  For

10    the summer, I'm not taking any classes, but I take it in the

11    fall and spring.

12              THE COURT:  Married?  Single?

13              PROSPECTIVE JUROR:  I'm single.

14              THE COURT:  Thank you.

15              PROSPECTIVE JUROR:  Hi.  John Kocinski.  I'm retired.

16    I owned my own towing company and sold it back in '07.  And I'm

17    single.

18              THE COURT:  Thank you.

19              PROSPECTIVE JUROR:  That's it.

20              PROSPECTIVE JUROR:  I'm Jaclyn Stone.  I'm currently

21    unemployed, but I am a student.  And I'm single.

22              THE COURT:  Thank you.

23              PROSPECTIVE JUROR:  Christine Dawson.  I'm employed by

24    an eye doctor as an office manager, and my husband is retired

25    Coast Guard.

```
1              THE COURT:  Thank you.

2              PROSPECTIVE JUROR:  Susan Eanes.  I'm semi-retired.  I

3    used to own Big Pine Liquors in Big Pine.  I work part-time for

4    Seacamp doing purchasing for their ship store.  I am widowed.

5              THE COURT:  Thank you.

6              PROSPECTIVE JUROR:  My name is Dr. Charles Neiditz.

7    I've just retired from 35 years of primary care internal

8    medicine, working for the Baptist Healthcare System of South

9    Florida.

10             I also work for the Florida Blue Foundation as a

11   consultant, and I do expert witness for physicians for

12   physician malpractice insurance protection.  My wife is -- I am

13   married.  My wife is an interior designer.

14             THE COURT:  Thank you.

15             PROSPECTIVE JUROR:  My name is Christina Mattheessen.

16   I'm married 26 years, have three children.  My husband and I

17   work together.  We own a local ice cream/cookie store in town.

18   And I believe that's it.

19             THE COURT:  Okay.  Thank you.

20             PROSPECTIVE JUROR:  George Fernandez.  I am employed

21   with the Monroe County Sheriff's Office in their IT division.

22   I fix their computers and electronic equipment.  I am married.

23   My wife works for the Monroe County Clerk of Court as a file

24   clerk.

25             THE COURT:  Thank you.
```

```
 1          PROSPECTIVE JUROR:  Kevin Delahanty.  I work for
 2   Historic Tours of America.  My wife is retired.
 3          THE COURT:  Thank you.
 4          What did your wife do when she worked?
 5          PROSPECTIVE JUROR:  She had various jobs.  She used to
 6   work for Yankee Freedom as a boat mate.
 7          THE COURT:  Thank you.
 8          PROSPECTIVE JUROR:  My name is Mary Vandenbrook.  I'm
 9   currently employed by the Monroe County Department of Health.
10   I'm an attorney.  I've been an attorney since 1983.  I am
11   married.  My husband is retired, and he's a 100 percent
12   disabled veteran.
13          THE COURT:  And what kind of practice do you have?
14          PROSPECTIVE JUROR:  I was a public defender back in the
15   day, and then I worked in child protection, was a guardian ad
16   litem program director.  And I was the court administrator for
17   the state court system here.
18          THE COURT:  Thank you.
19          PROSPECTIVE JUROR:  Hi.  I'm Camille Wiley.  I'm a
20   flight attendant for American Airlines based in Miami.  I've
21   been a flight attendant for 27 years.  So I commute up to
22   Miami.  I'm married.  My husband's a realtor.  And I have two
23   kids at Key West High School.
24          THE COURT:  Thank you.
25          PROSPECTIVE JUROR:  Dave Woodward or Ardie Woodward.
```

1    I'm fully retired.  My wife is retired.  I retired as a

2    probation officer for the State of Alaska.  I'm -- my wife

3    retired as a swim instructor/swim coach.  I guess that's it.

4            THE COURT:  Thank you.

5            PROSPECTIVE JUROR:  Libby Lee.  I'm a bartender here in

6    Key West.  And I'm single.

7            THE COURT:  Thank you.

8            PROSPECTIVE JUROR:  Lora Albritton.  I just recently

9    retired.  I've been a social worker for 35 years here in Monroe

10   County.  And I'm single.

11           THE COURT:  Thank you.

12           PROSPECTIVE JUROR:  Trevor Tellone.  Self-employed

13   musician, part-time delivery driver, single.

14           THE COURT:  Thank you.

15           PROSPECTIVE JUROR:  Jeff Gage.  I work full-time for

16   Signature Flight Services.  I'm single.

17           THE COURT:  Thank you.

18           PROSPECTIVE JUROR:  Deborah Fisher.  My husband and I

19   are marina owners up in the Middle Keys.  He's trying to be

20   retired.  I'm not letting him.

21           THE COURT:  Thank you.

22           PROSPECTIVE JUROR:  Alison Tejeda.  I work for the City

23   of Key West in human resources.  And I'm single.

24           THE COURT:  Thank you.

25           PROSPECTIVE JUROR:  Kenneth Whisman.  I run a parking

1  lot a couple blocks over, single or divorced, and I could

2  really use a beer right now.

3           THE COURT:  Well, good luck.

4           PROSPECTIVE JUROR:  Mike Hodes.  I'm a state certified

5  general contractor.  Married 27 years.  My wife is just the

6  luckiest woman in the world, so....

7           THE COURT:  Thank you.

8           PROSPECTIVE JUROR:  Kenneth Klauss.  I'm semi-retired.

9  I work part-time for Danger Charters here in Key West.  I am

10  married.  My wife is working in -- she lives in Ecuador and

11  she's in medical equipment sales.

12          THE COURT:  Thank you.

13          PROSPECTIVE JUROR:  Jennifer Walker.  I'm the education

14  and disabilities manager for Head Start for Monroe County

15  School District.  I am married.  My husband's a detective

16  sergeant with the sheriff's office.

17          THE COURT:  Thank you.

18          PROSPECTIVE JUROR:  Tim Esquinaldo.  I'm the internal

19  compliance auditor for Florida Keys Aqueduct Authority.  My

20  wife is a paralegal for general counsel there as well.

21          THE COURT:  Thank you.

22          PROSPECTIVE JUROR:  I'm Kermit Lewin.  I work for the

23  First State Bank of the Florida Keys.  And I'm married.

24          THE COURT:  Thank you.

25          PROSPECTIVE JUROR:  Marcus Davila.  Director Community

1    Service for the City of Key West.  Married.

2              THE COURT:  What does your wife do?

3              PROSPECTIVE JUROR:  She used to own Rusty Anchor.

4              THE COURT:  And I didn't ask the gentleman before you

5    what his wife does.

6              PROSPECTIVE JUROR:  She's a housewife.

7              THE COURT:  Thank you.

8              PROSPECTIVE JUROR:  Carol Wightman.  I am single, and I

9    own a business in town.

10             THE COURT:  Thank you.

11             PROSPECTIVE JUROR:  Suzanne Holsapple, single or

12   divorced, and I work as a patient financial representative at

13   Mariner's.

14             THE COURT:  Thank you.

15             PROSPECTIVE JUROR:  Jessica Lenard.  I used to own a

16   salon in Big Pine Key and did nails for 16 years.  And I

17   recently took on a new endeavor and am working for the

18   United States Postal Service.  And I am in the process of

19   getting a divorced or separated, and I have a 16-month-old son.

20             THE COURT:  Thank you.

21             PROSPECTIVE JUROR:  Michael Marrero, founder of the

22   nonprofit Key West Theater, special photographer, married.  My

23   wife is a fitness trainer.

24             THE COURT:  Thank you.

25             PROSPECTIVE JUROR:  Gregory Barnes.  My wife and I are

1    self-employed.  We own an alarm company in the Florida Keys.

2              THE COURT:  Thank you.

3              PROSPECTIVE JUROR:  Terry Brack.  I work for Bass Pro

4    in Amaretto, inventory control specialist.  Married.  My

5    husband's a back-country guide.

6              THE COURT:  Thank you.

7              PROSPECTIVE JUROR:  Peter Frezza.  I have two

8    occupation.  One is a charter captain, and second is a

9    biologist.  And I'm single.

10             THE COURT:  Thank you.

11             PROSPECTIVE JUROR:  Kristen Condella.  I work at Monroe

12   County School District as the instructional materials

13   coordinator.  I am married.  And my husband owns a pawnshop.

14             THE COURT:  Thank you.

15             PROSPECTIVE JUROR:  Todd Jones.  I'm in hospitality

16   management.  I'm married 32 years.  And my husband is an

17   accountant.

18             THE COURT:  Thank you.

19             PROSPECTIVE JUROR:  Cynthia Davidson.  I work for the

20   Monroe County School District at Plantation Key School.  I've

21   been married for 32 years.  And my husband's a musician.

22             THE COURT:  Thank you.

23             PROSPECTIVE JUROR:  Darlene Roney.  I am divorced,

24   retired from the MWR Department of the Navy down here.

25             THE COURT:  Thank you.

1          PROSPECTIVE JUROR:  I am Shirlee Ezmirly.  I'm retired

2     from the Air Force from the Women's Medical Specialist Corps.

3          THE COURT:  Thank you.  Okay.  We're back, then, to the

4     Government.  Juror Number 1.

5          (Discussion held off record among defense attorneys.)

6            FOR CAUSE CHALLENGES & PEREMPTORY CHALLENGES

7          MS. PINERA-VAZQUEZ:  We're ready, Judge.

8          THE COURT:  We're at Juror Number 1.

9          MR. ABRAMS:  We'd excuse, Judge.

10          THE COURT:  To the defense, Juror Number 2.

11          MR. ABRAMS:  Accept.

12          THE COURT:  To the Government, Juror Number 2.

13          MS. ANTON:  Judge, the Government would move for a

14     cause challenge.

15          THE COURT:  That will be denied.

16          MS. ANTON:  Then, the Government would exercise its

17     first preemptory.

18          THE COURT:  To the Government, Juror Number 3.

19          MS. ANTON:  The Government would exercise its second

20     preemptory.

21          THE COURT:  To the defense, Juror Number 4.

22          MR. ABRAMS:  Accept.

23          THE COURT:  To the Government, Juror Number 4.

24          MS. ANTON:  Accept.

25          THE COURT:  To the Government, Juror Number 5.

1          MS. ANTON:  Accept.

2          THE COURT:  To the defense?

3          MR. ABRAMS:  Accept.

4          THE COURT:  To the defense, Juror Number 6.

5          MS. PINERA-VAZQUEZ:  Your Honor, we move for cause on

6    Juror Number 6.

7          THE COURT:  I didn't have any cause down.  So I'll deny

8    it.

9          MR. ABRAMS:  We'd excuse Juror Number 6, Judge.

10          THE COURT:  To the Government, Juror Number 7.

11          MS. ANTON:  Government accepts.

12          THE COURT:  To the defense.

13          MR. ABRAMS:  Cause, Judge.

14          THE COURT:  Denied.

15          MR. ABRAMS:  Judge, she had said that she could not be

16    fair.

17          THE COURT:  She did say that?

18          MS. PINERA-VAZQUEZ:  She said she could not necessarily

19    be fair.  "Not necessarily," with a quote.

20          THE COURT:  Ms. Eanes, let me ask you again.

21          Do you think you could be a fair and impartial juror in

22    this case and base your verdict on the evidence in the case and

23    following the Court's instructions to you on the law.

24          PROSPECTIVE JUROR:  I don't know because I haven't

25    heard any information to help me make that decision.

```
1              THE COURT:  Okay.  Anything else?
2              All right.  We'll grant it.
3              To the defense, Juror Number 8.
4              MR. ABRAMS:  Excuse.
5              THE COURT:  To the Government, Juror Number 9.
6              MS. ANTON:  Government accepts.
7              THE COURT:  To the defense.
8              MR. ABRAMS:  Accept.
9              THE COURT:  Defense, Juror Number 10.
10             MR. ABRAMS:  Excuse.
11             THE COURT:  To the Government, Juror Number 11.
12             MS. ANTON:  Government accepts.
13             THE COURT:  The defense.
14             MR. ABRAMS:  Accept.
15             THE COURT:  Defense, Juror Number 12.
16             MR. ABRAMS:  Accept.
17             THE COURT:  The Government.
18             MS. ANTON:  The Government would excuse.
19             THE COURT:  Okay.  As I call your name, you may be
20   excused.  Carlos Alvarez, Barbara Finnessey, Christopher Perez,
21   Christine Dawson, Susan Eanes, Charles Neiditz, George
22   Hernandez and Mary Vandenbrook.
23             As I call your name, please come forward and take the
24   lowered-numbered seat.
25             Camille Wylie, Ardie Woodward, Libby Lee, Lora
```

1    Albritton, Trevor Tellone, Jeffrey Gage, Deborah Fisher, Alison

2    Tejeda.  Okay.

3              To the Government, Juror Number 1.

4              MS. VIAMONTES:  Your Honor, I'm sorry.  What's Juror

5    Number 1's name?

6              THE COURT:  Camille Wiley.

7              MS. ANTON:  Government accepts.

8              THE COURT:  The defense.

9              MR. ABRAMS:  Judge, we would offer a cause challenge

10   because of her family situation.  We do not have an otherwise

11   legal basis.

12             THE COURT:  Okay.  Denied.

13             MR. ABRAMS:  Accept.

14             THE COURT:  To defense, Juror Number 2.

15             MR. ABRAMS:  Accept.

16             THE COURT:  To the Government.

17             MS. ANTON:  Government accepts.

18             THE COURT:  To the Government, Juror Number 3.

19             MS. ANTON:  Government accepts.

20             THE COURT:  To the defense, Juror Number 3.

21             MR. ABRAMS:  Accept.

22             THE COURT:  To the defense, Juror Number 6.

23             MR. ABRAMS:  Accept.

24             THE COURT:  To the Government.

25             MS. ANTON:  Judge, is Juror Number 6 Ms. Albritton?

```
 1              THE COURT:  Yes, it is.

 2              MS. ANTON:  Government would excuse.

 3              THE COURT:  To the Government, Juror Number 7.

 4              MS. ANTON:  The Government would excuse.

 5              THE COURT:  To the defense, Juror Number 8.

 6              MR. ABRAMS:  Accept.

 7              THE COURT:  To the Government.

 8              MS. ANTON:  Government accepts.

 9              THE COURT:  To the defense, Juror Number 10.

10              MR. ABRAMS:  Excuse.

11              THE COURT:  To the defense, Juror Number 12.

12              MR. do CAMPO:  Judge, Juror Number 12 is?

13              THE COURT:  Ms. Tejeda.

14              MR. ABRAMS:  Excuse.

15              THE COURT:  As I call your name, you may be excused.

16    Ms. Lora Albritton, Mr. Trevor Tellone, Ms. Deborah Fisher and

17    Alison Tejeda.

18              Kenneth Whisman, Seat Number 6.

19              Let's see.  Michael Hodes, Seat Number 10.

20              COURTROOM DEPUTY:  Seat 7.

21              THE COURT:  Oh, that's right.

22              Kenneth Klauss, Seat Number 10.

23              Jennifer Walker, Seat Number 12.

24              That is to -- Juror Number 6, that's to the defense.

25              MS. PINERA-VAZQUEZ:  And who is that?  Is that
```

1    Mr. Whisman?

2           THE COURT:  Yes, it is.

3           MR. ABRAMS:  Your Honor, again, because of

4    Mr. Whisman's business situation, we would offer a cause

5    challenge.

6           THE COURT:  Any objection?

7           MS. ANTON:  No objection from the Government.

8           THE COURT:  Is it 5:00 somewhere?  Okay.  All right.

9           To the Government, Juror Number 7.

10          MS. ANTON:  Judge, we would move for a cause challenge.

11          THE COURT:  What was the basis for that?

12          MS. ANTON:  Mr. Hodes, I believe, said his family -- he

13   didn't know if he would be able to keep this case apart from

14   what was going on with his family; it might affect him.  He has

15   a law enforcement background, if I paraphrased it correctly.

16          THE COURT:  Any objection?

17          MR. ABRAMS:  No, sir.

18          THE COURT:  Mr. Klauss, Juror Number 10, to the

19   defense.

20          MR. ABRAMS:  We accept.

21          THE COURT:  To the defense -- the Government.

22          MS. ANTON:  We would move for a cause challenge -- I'm

23   sorry.  We would use a preemptory.

24          THE COURT:  To the defense, Juror Number 12?

25          MR. ABRAMS:  Excused.

```
 1              THE COURT:  Okay.  Mr. Whisman, Mr. Hodes -- I
 2   apologize if I mispronounce your name -- Mr. Klauss and
 3   Ms. Walker.  Thank you.  You may be excused.
 4              Timothy Esquinaldo, Seat Number 6.
 5              Kermit Lewin, Seat Number 7.
 6              Marcus Davila, Seat Number 10.
 7              Carol Wightman, Seat Number -- we've already deferred
 8   you until March.
 9              Susan Holsapple.
10              And that is to the defense, Juror Number 6.
11              MR. ABRAMS:  Excuse.
12              THE COURT:  To the Government, for cause only,
13   Mr. Lewin.
14              MS. ANTON:  No cause, Judge.  Accept.
15              THE COURT:  To the defense.
16              MR. ABRAMS:  Accept.
17              THE COURT:  To the defense, Juror Number 10.
18              MS. PINERA-VAZQUEZ:  Your Honor, do we have one
19   preemptory left?
20              THE COURT:  I have you as having used eight.
21              MS. PINERA-VAZQUEZ:  Eight.  So we have two.
22              And we're talking about Mr. Davila?
23              THE COURT:  Yes.  You pronounce it better than I do.
24              MR. ABRAMS:  Accept.
25              THE COURT:  For the Government, for cause only.
```

```
1              MS. ANTON:  Accept.

2              THE COURT:  To the defense, Juror Number 12.

3              MR. ABRAMS:  Excuse.

4              THE COURT:  Mr. Esquinaldo and Ms. Holsapple, thank

5    you.  You may be excused.

6              The next juror is excused for cause; right?

7              MR. do CAMPO:  Yes, Your Honor.

8              THE COURT:  Ms. Lenard, thank you.  You may be excused.

9              Mr. Marrero, if you'll take Seat Number 6.

10             Gregory Barnes, Seat Number 12.

11             And that's to the defense, Juror Number 6.

12             MR. ABRAMS:  Accept.

13             THE COURT:  To the Government, for cause only.

14             MS. ANTON:  Accept.

15             THE COURT:  And to the defense, Juror Number 12.

16             MR. ABRAMS:  Accept.

17             THE COURT:  To the Government, for cause only.

18             MS. ANTON:  Accept.

19             THE COURT:  Terry Brack, would you take the next seat.

20             And Peter Frezza is for cause; is that right?

21             MR. ABRAMS:  Yes, sir.

22             THE COURT:  Kristen Condella.

23             Mr. Frezza, you may be excused.

24             One challenge as to both, to the Government.

25             MS. ANTON:  Accept both.
```

```
 1              THE COURT:  To the defense.

 2              MR. ABRAMS:  We would excuse Mr. Brack [sic], Judge.

 3              THE COURT:  You excuse who?

 4              MR. ABRAMS:  Mr. Brack.

 5              THE COURT:  Mr. Brack.  Okay.

 6              Thank you, Mr. Brack [sic].  You'll be excused.

 7              MR. ABRAMS:  Ms. Brack.

 8              THE COURT:  Ms. Brack.  I'm sorry.

 9              MR. ABRAMS:  I'm sorry.

10              THE COURT:  Ms. Condella, do you want to move down one

11    seat there.

12              And Patric Jones.

13              To the Government, as to Mr. Jones.

14              MS. ANTON:  Accept.

15              THE COURT:  Any problems with him?

16              MR. ABRAMS:  No, sir.

17              THE COURT:  Thank you.

18              Folks in the back of the courtroom, jurors, we've

19    seated a jury, so you're free to go.  Thank you.

20              And, ladies and gentlemen, would you all please stand.

21    We'll have you sworn in.

22              COURTROOM DEPUTY:  Raise your right hand, please.

23              Do each of you solemnly swear that you will well and

24    truly try the issues in this case and a true verdict render

25    according to the evidence and charge of this Court?
```

1          If so, please say "I do."

2          THE JURORS (Collectively):  I do.

3          COURTROOM DEPUTY:  Thank you.  You may be seated.

4                    PRELIMINARY JURY INSTRUCTIONS

5          THE COURT:  Members of the jury, now that you have been

6     sworn, I want to give you some preliminary instructions to

7     guide you in your participation in the trial.

8          It will be your duty to find from the evidence what the

9     facts are.  You and you alone are the judges of the facts.

10         You will then have to apply to those facts the law as

11    the Court will give it to you, and you must follow that law

12    whether you agree with it or not.

13         Nothing the Court may say or do during the course of

14    the trial is intended to indicate nor should be taken by you as

15    an indication of what your verdict should be.

16         The evidence from which you will find the facts will

17    consist of the testimony of witnesses, documents and other

18    things received into the record as exhibits and any facts that

19    the lawyers agree to or stipulate to or that the Court may

20    instruct you to find.

21         Certain things are not evidence and must not be

22    considered by you.  I will list them for you now.  Statements

23    arguments and questions by lawyers are not evidence.

24    Objections to questions are not evidence.

25         Lawyers have an obligation to their clients to make

1    objections when they believe the evidence being offered is

2    improper under the rules of evidence, and you should not be

3    influenced by the objection or by the Court's ruling on it.

4           If the objection is sustained, ignore the question.  If

5    it is overruled, treat the answer like any other.  And if you

6    are instructed that some item of evidence is received for a

7    limited purpose only, you must follow that instruction.

8           Testimony that the Court has excluded or told you to

9    disregard is not evidence and must not be considered.  Anything

10   you may have seen or heard outside the courtroom is not

11   evidence and must be disregarded.  You are to decide the case

12   solely on the evidence presented here in the courtroom.

13          There are two kinds of evidence, direct and

14   circumstantial.  Direct evidence is direct proof of a fact,

15   such as testimony of an eyewitness.  Circumstantial evidence is

16   proof of facts from which you may infer or conclude that other

17   facts exist.

18          I will give you further instructions on these as well

19   as other matters at the end of the case, but keep in mind that

20   you may consider both kinds of evidence.

21          It will be up to you to decide which witnesses to

22   believe, which witnesses not to believe, and how much of any

23   witness's testimony to accept or reject, and I will give you

24   some guidelines to determine the credibility of witnesses at

25   the end of the case.

1          As you know, this is a criminal case.  There are three

2    basic rules about a criminal case that you must keep in mind.

3          First, the Defendants are presumed innocent until

4    proven guilty.  An indictment against any Defendant brought by

5    the Government is only an accusation, nothing more.  It is not

6    proof of guilt or anything else.  A defendant therefore starts

7    out with a clean slate.

8          Second, the burden of proof is on the Government until

9    the very end of the case.  A defendant has no burden to prove

10   his innocence or to present any evidence or to testify.

11         Since the defendant has the right to remain silent, the

12   law prohibits you from arriving at your verdict by considering

13   that a defendant may not have testified.

14         Third, the Government must prove each Defendant's guilt

15   beyond a reasonable doubt.  I will give you further

16   instructions on this point later, but bear in mind that, in

17   this respect, a criminal case is different from a civil case.

18         Now, a few words about your conduct as jurors.

19         First, I instruct you that during the trial you are not

20   to discuss the case with anyone or permit anyone to discuss it

21   with you.  Until you retire to the jury room at the end of the

22   case to deliberate on your verdict, you simply are not to talk

23   about this case.

24         Second, do not read or listen to anything touching on

25   this case in any way.  If anyone should try to talk to you

1    about it, bring it to the Court's attention promptly.

2            Third, do not do any research or make any investigation

3    about the case on your own.

4            Finally, do not form any opinion until all the evidence

5    is in.  Keep an open mind until you start your deliberations at

6    the end of the case.

7            The trial will now begin.

8            First, the Government will make a brief opening

9    statement, which is simply an outline to help you understand

10   the evidence as it comes in.

11           Next, the Defendants' attorneys may, but do not have

12   to, make opening statements.  The opening statements are not

13   evidence or argument.

14           The Government will then present its witnesses, and

15   counsel for the Defendants may cross-examine them.

16           Following the Government's case, the Defendants may, if

17   they wish, present witnesses whom the Government may

18   cross-examine.

19           After all the evidence is in, the attorneys will

20   present their closing arguments to summarize and interpret the

21   evidence for you, and the Court will instruct you on the law.

22   After that, you will retire to deliberate on your verdict.

23           With that, we'll hear from the Government counsel for

24   purposes of making an opening statement.

25           MS. ANTON:  Thank you, Your Honor.

1          MR. ABRAMS:  Your Honor, we would invoke the rule at

2     this time.

3          THE COURT:  If there are any witnesses in the

4     courtroom, they need to remain outside the courtroom until

5     they're called as witnesses.

6          MS. ANTON:  Your Honor, will you allow me to use a

7     cordless microphone or would you prefer that I remain?

8          THE COURT:  Sure.  Yeah.  Microphone somehow.

9          COURTROOM DEPUTY:  When we went to sidebar, the

10     interpreters lost the connection.

11          Did you get the connection back yet?  Okay.  Never

12     mind.

13                    GOVERNMENT'S OPENING STATEMENT

14          MS. ANTON:  Desperate times call for desperate

15     measures.  $20 million or more of cocaine being trafficked on

16     the high seas, that's what we're here about today.

17          Last year, in October, these seven Defendants that are

18     in front of you today got together and decided to try to make a

19     quick buck.  They decided that they would try to move 940 kilos

20     of cocaine, 36 huge bales, with the street value of more than

21     $20 million to the United States from Latin America.

22          They did this by using a very small boat, a 26-foot

23     panga-style boat, which is a very small, tin-looking boat with

24     two outboard motors on it, pretty powerful motors, and they

25     left Colombia.  And what did they do when they left Colombia?

1    They all got onboard the boat and they made their way for the

2    United States.

3          Now, they picked a route that's a common

4    drug-trafficking route.  You're going to hear about it.  It's a

5    well-known route that many drug traffickers take from Colombia

6    to get their product into the United States.  Because the

7    product, cocaine -- right? -- doesn't grow here in the

8    United States.  It's not manufactured here.  It comes in from

9    Latin America by people like these Defendants who bring it in.

10          Well, back in October of last year, thanks to the

11    actions of the United States Coast Guard and the United States

12    Navy, that cocaine did not make it onto the streets of the

13    United States of America and Key West.

14          It didn't make it because that day was a clear day,

15    bright sky, calm ocean.  You'll see a video.  And we had a Navy

16    plane.  The United States Navy had a plane that was flying up

17    in the sky on patrol, looking specifically to do these types of

18    interdictions on the high seas.

19          You'll hear that's what they call them.  It's a fancy

20    word for saying stopping a small boat with a lot of cocaine on

21    it and a lot of guys trying to bring it into the United States.

22          The Navy plane is a big plane, about 10, 11 people

23    onboard.  Those Navy crew members, they look at a lot of

24    different boats that are traveling in this cocaine alley, which

25    is also a popular shipping way where cargo ships go through the

1    Panama Canal.  We're talking about 150 nautical miles south of

2    Acapulco.  That's where we are right now in the Eastern Pacific

3    Ocean.

4           Navy plane is flying very high.  These Defendants are

5    on their boat.  They don't see the Navy plane.  It's too high.

6    But the Navy plane has three pilots watching.  They're watching

7    that panga-style boat with those Defendants on it.  Not only

8    are they watching it with their eyes, but they have radar on

9    it.  Not only do they have their eyes on the radar, but they

10   have cameras that are recording it.  Okay?

11          They see the panga, decide it looks suspicious.  Why

12   does it look suspicious?  You'll hear it was covered with a

13   blue tarp.  Why is it covered with a blue tarp?  Because the

14   blue from the sky is reflective and blends in with the ocean.

15          This way, the Navy can't see them.  Right?  They don't

16   want to be seen.  They want to make it to the United States

17   with that load.  Right?  You'll hear that this 940 kilos of

18   cocaine is sometimes referred to as a "load."  Okay?

19          Well, the plane continues flying above.  But, as I

20   said, it's a Navy plane.  It's not a helicopter.  It doesn't

21   have firepower on it.  It can't shoot out engines on a boat.

22          So it continues to circle above and it's recording

23   everything that it sees.  And it changes altitudes, goes a

24   little bit lower, gets a better view.  At some point, you'll

25   see this on video.

1           These Defendants realize the U.S. Navy is in the sky.

2    And what do they do when they realize that there's a plane up

3    there and they've been found out?  They throw it overboard, all

4    seven of them.  They're throwing the narcotics, the kilos of

5    cocaine, huge bales, overboard into the ocean.

6           Now, you'll see this cocaine is wrapped, it's packaged,

7    exactly for this because they know that there's a possibility.

8    Right?  And if they do get caught, they don't want to get

9    caught with the drugs onboard the boat.  Right?  You want to

10   throw it off the boat and continue to flee, which is exactly

11   what they did.

12          You'll see on the video big splashes coming off the

13   side of the boat.  You'll see that the pilots on the Navy plane

14   are documenting on radar where that jettison was.  That's what

15   they call it when they throw off the dope from the boat, the

16   jettison area.  Right?

17          So they're marking that with way points, with radar.

18   And the Navy is in the sky.  This is what they're trained to

19   do.  They're not police officers.  These guys are up there

20   protecting the United States from enemies.  Whether that's

21   contraband, terrorism, that's their job, to protect the

22   United States.

23          They then decide to call the Coast Guard.  Right?

24   Because they're partners.  They can't stop the boat.  So they

25   call the U.S. Coast Guard.

1          The U.S. Coast Guard is part of a task force, you'll

2     hear, works with the Navy, and they do these interdictions.

3     They patrol this are to make sure these drugs don't get into

4     the United States.

5          The Coast Guard dispatches a Coast Guard cutter, the

6     U.S. Coast Guard Cutter *Mellon.*  You're going to hear from all

7     the officers aboard the Coast Guard Cutter *Mellon*.  They're

8     going to tell you that it's a big Coast Guard cutter.  It

9     doesn't move very fast and it wasn't exactly in the Eastern

10    Pacific at the exact coordinates where the Defendants were with

11    their panga and their drugs.

12         So the Coast Guard cutter took awhile to get there.  In

13    fact, it took a couple hours to get there.  And that whole time

14    the Navy pilots maintained visual contact and radar contact in

15    the sky, directing the Coast Guard cutter where to go.

16         Finally, the Coast Guard cutter gets close.  After the

17    Defendants throw off all this cocaine that's now floating in

18    the middle of the ocean, what do they do?  They hightail it.

19    They now increase their speed dramatically and they take off.

20         Unfortunately for them, the direction they decided to

21    take off was exactly the direction that the Coast Guard Cutter

22    *Mellon* was coming.  See, we knew where they were, but they

23    didn't know where the United States Coast Guard was.

24         So the Coast Guard cutter sends out two smaller boats

25    from its cutter.  You'll hear them called over-the-horizon

1   boats.  They're little, small boats that are capable of going

2   very fast.

3          They send out two teams on those boats and send them to

4   the coordinates of where the panga with these seven Defendants

5   are, in the middle of the ocean, 150 nautical miles south of

6   Mexico, international waters, nowhere near shore.

7          Coast Guards are going to tell you, "We arrived there

8   and we went to the panga."  And what did we find on the panga?

9   Well, we didn't find any drugs on the panga -- right? --

10  because they threw it off already, but we found those seven

11  guys on that panga boat and we found the debris field, the

12  cocaine, because we had marked it and we knew where it was.

13         So one of the OTH boats went out there to get the

14  jettison, collect all the drugs that they could.  Mind you,

15  you'll see photos of a lot of drugs.  It takes up a lot of

16  space.  It managed to fit on a very small 23-foot Coast Guard

17  over-the-horizon boat.  And one boat stayed with these

18  Defendants.

19         The Coast Guard will tell you they boarded the vessel.

20  They wanted to find out:  Where is this vessel from?  What

21  nationality is it?  What flag does it fly?  Who's the captain?

22  What are you doing here?

23         That's their standard operating procedures for boats in

24  international waters.  Okay?  We're not talking about a fishing

25  boat three miles off shore.  We're talking about a very small

1    craft in the middle of the ocean.

2         They board the boat.  They do some questions and

3    answers with these Defendants, who don't speak English, through

4    an interpreter.  They determine that the boat is stateless.  It

5    has no nationality and, therefore, the Coast Guard boards it,

6    which they're entitled to do.  And you'll hear that they're

7    entitled to do that.

8         They get onboard and they ask, "Who's the captain?

9    Who's the captain of this vessel?"  Those guys, you'll see,

10   they all look at each other.  No one wants to be the captain of

11   the vessel that just threw over 940 kilos of cocaine.

12        Ultimately, one of the Defendants steps forward, "I'm

13   the captain."  So they do their questions and answers with that

14   Defendant.

15        Ultimately, phone calls are made, the drugs are

16   impounded, and the boat that they're on is searched, that

17   panga.

18        And the Coast Guards are going to tell you.  What did

19   they find on that boat?  No fishing gear, no gear for

20   lifesaving activities, no real personal items, not a lot of

21   food.  What they did find was a lot of gasoline, a lot of

22   gasoline.

23        Why did they have a lot of gasoline?  Because they had

24   to make it far.  Right?  They also took the gasoline when the

25   Coast Guard was approaching and they dumped it all over the

1    place, all over the boat.  You'll hear it was slippery because

2    it was covered in gasoline and all over themselves.

3              Why are they covered in gasoline?  You're going to ask

4    yourselves.  Seven guys in the middle of the ocean just threw

5    the cocaine overboard.  What's with the gasoline all over them?

6              You're going to hear the testimony that these

7    Defendants know that, if they cover themselves in gasoline, it

8    masks the Coast Guard's ability to do what they call an ION

9    swipe, an ION swipe.  Sounds fancy.  Right?

10             But it's like when you're at the airport and you go

11   through TSA.  They swipe everything and put it in a machine and

12   the machine says you've touched explosive or you haven't

13   touched explosive.  It's kind of like that technology, only

14   it's for drugs.

15             They swipe the boat.  They swipe the hands of the guy

16   who said he's the captain, Defendant Garcia-Solar.  Then they

17   swipe all of the other Defendants on the boat.  And you're

18   going to hear Garcia-Solar tested positive for those ION scans

19   and so did the boat.  And the others tested negative.  And

20   you'll hear why that's a possibility, also.

21             You're going to ask yourselves -- and use your common

22   sense -- Why are they doused in gasoline?  Why do their clothes

23   have gasoline on them?  The Coast Guard will come in here.

24   Expert witnesses will testify.  And they'll tell you all about

25   that.

1        Then you're going to hear that they were brought on the

2   Coast Guard Cutter *Mellon* in the middle of the Eastern Pacific

3   Ocean.

4        They were brought on a boat, and there the Coast Guard

5   did their processing of these Defendants, the processing of all

6   of the drugs that they retrieved from the water.  And,

7   ultimately, after awhile, maybe 19 days out at sea, these

8   Defendants finally made their way back to port.

9        And you'll hear that they came in right here to

10   Key West.  This is where the Defendants off-loaded from the

11   Coast Guard and were processed, and this is where the drugs

12   also came in.

13        You're going to hear that 940 kilos of cocaine is a

14   very large amount of cocaine.  And we're not going to bring it

15   in here to show you all 940 kilos of cocaine today, but we will

16   bring in a representative sample, about 10, 11 kilos of

17   cocaine.  They're bricks of cocaine.

18        You'll hear from a chemist, and she'll tell you, "I

19   tested it, and it tested positive."

20        And guess what?  It's cocaine.  No big surprise.

21        So at the end of all of this evidence, when you hear

22   that this very small boat was in the middle of the ocean in

23   international waters, loaded down with nearly a ton of cocaine

24   and seven guys desperate to escape their native countries and

25   make a run for the border loaded with drugs, quick cash, you're

1    going to use your common sense, you're going to listen to the

2    evidence, you're going to evaluate the evidence, and I'm

3    confident that you'll come back with the only just verdicts in

4    this case, which are that the Defendants, all seven of them,

5    are guilty of possessing with intent to distribute -- right? --

6    possess with intent to distribute -- 940 kilos of cocaine and

7    that they conspired.  They all agreed to do this.  It's like

8    the Three Musketeers, all for one, one for all.

9         So at the end of the day, I ask you to listen to the

10   evidence, evaluate the testimony of these witnesses, and return

11   the only just verdict.  Thank you.

12        THE COURT:  For the defense.

13        MR. ENCINOSA:  Your Honor, would it be possible to take

14   a break -- I had an accident -- and maybe get some water?

15        THE COURT:  Okay.  All right.  Let's take about a

16   10-minute break.

17        MS. PINERA-VAZQUEZ:  Thank you, Judge.

18        (Jury exited courtroom at 2:45 p.m.)

19        THE COURT:  About 10 minutes.

20        MS. PINERA-VAZQUEZ:  Thank you, Judge.

21        COURT SECURITY OFFICER:  All rise.

22        MS. PINERA-VAZQUEZ:  Thank you, Judge.

23        (Recess taken from 2:45 p.m. to 3:00 p.m.)

24        (Jury entered courtroom at 3:00 p.m.)

25        THE COURT:  Have a seat, everyone.

1          Who's on deck?

2               GARCIA-SOLAR OPENING STATEMENT

3          MR. ABRAMS:  May it please the Court, counsel, clients,

4     counsel, Special Agent Kenney, ladies and gentlemen.

5          We have a lot of people in here today.  Good afternoon.

6          Once again, my name is Stewart Abrams.  I'm an

7     assistant federal defender in this district.  And, again, I

8     represent Gabriel Garcia-Solar in the case before you.  Don't

9     look glum.  This isn't too bad.  I promise I'm going to be

10    short.  This isn't going to -- I'm not going to speak a real

11    long time.

12         This isn't a really long trial.  There aren't a real

13    lot of witnesses.  This courtroom has certainly seen its share

14    of cases where there were a lot more people who were on trial

15    than what are before you today.

16         But what we are going to try to do for you -- and I

17    speak, I hope, on behalf of my colleagues -- in developing the

18    testimony that you're going to hear, what you're going to hear

19    from that witness stand over here -- we hope to develop the

20    testimony for you so that, when you guys do the most important

21    part of this case, the absolute most important part of this

22    case -- and this is really cool because this is the only time

23    you guys will ever be brought together as a group to do this,

24    and you will be participating in the system.

25         This is what makes our system work in deciding whether

1   the Government -- these folks sitting over here (pointing) --

2   have proved their case against each of the Defendants who are

3   charged here, have they proven their case beyond and to the

4   exclusion of a reasonable doubt.

5        And although -- and I'm going to say this in my closing

6   argument as well.  This is opening statement.  This is when we

7   get to tell you a little bit about what the case is about.

8   It's not argument.  It's just an overview.

9        One of the things that I say now and I'll say at the

10  end, despite of all the cases that have been heard in this

11  courtroom, many of which are much longer, perhaps much more

12  complicated, than this one, none of them, none of them ever

13  have been or will be more important to Mr. Garcia-Solar than

14  this one.

15       And I thank you in advance for your time, the attention

16  that you'll pay to this case, and I hope to give you a little

17  bit now of an overview, from what -- our perspective, what

18  you're going to hear.

19       And I start with a little -- just like a little story.

20  You heard Ms. Anton tell you about the Coast Guard, the

21  Coast Guard out in the Pacific.

22       And, yeah, this is the United States Coast Guard that's

23  out patrolling 150 miles south of the Mexico-Guatemala border,

24  way out in the Pacific Ocean where they, according to

25  Ms. Anton, detect a lot of drugs.

1          And the reason I say I'm going to preface this by a

2    little story, when my kids were small, when I used to put them

3    to bed at night and I'd go into the room with them and the room

4    was dark, there'd be a night-light on in the corner, but they

5    were always concerned about, "What if there's something in the

6    closet?", "What if there's something under the bed?", "I think

7    I saw something move."  And what I had to do for them every

8    night when I put them to bed --

9          MS. ANTON:  Judge, I'm going to object.  This is

10   improper for opening statements.

11         THE COURT:  It's argument.

12         MR. ABRAMS:  I'm just making an analogy, Judge.

13         THE COURT:  I know.  That's argument.

14         MR. ABRAMS:  Okay.  I'll move on from my story a little

15   bit.  I'll save my children for you for closing argument.

16         THE COURT:  There you go.

17         MR. ABRAMS:  Folks, in October of 2016, the

18   United States Coast Guard was patrolling an area that they

19   believed was infested with drugs.

20         As Ms. Anton told you, there are many boats that are --

21   those are travel lanes.  Those are fishing lanes.  There's a

22   lot of people that are out on the water.

23         The Coast Guard is out there looking for drugs.  The

24   Coast Guard is suspecting, whatever they see out there, there's

25   the possibility that there are drugs.

1              In this instance, an airplane overflies a boat, a boat.

2   You're going to see -- you're going to see videos.  You're

3   going to hear testimony all about what happened on the water.

4              And Ms. Anton's given you an overview of that, but let

5   me tell you about Mr. Garcia-Solar and what you're going to

6   hear about him in regard to this case.

7              You're going to hear that Mr. Garcia-Solar is from a

8   little town in the province of Chiapas, C-h-i-p-a-s [verbatim].

9   He lives in the town -- and I can't even say this; so, I made a

10  little sign -- of Pijijiapan, P-i-j-i-j-i-p-a-n.  I'm spelling

11  that for the benefit of the court reporter.

12             Mr. Garcia-Solar is a career fisherman.  His father is

13  a fisherman.  His son is a fisherman.  Mr. Garcia-Solar and his

14  family are not of great means.  He is a member of a fishing

15  cooperative called Obreros del Mar.  You are going to hear

16  that, in October of 2016, Mr. Garcia-Solar, together with his

17  fellow fishermen, were out on the water and they were fishing.

18             When they came in from fishing, one of the fishing

19  boats that was part of the cooperative did not return.  You are

20  going to hear testimony -- and you're going to hear testimony

21  from Mr. Garcia-Solar's brother and three other members of the

22  cooperative, people who fished with Mr. Garcia-Solar, who are

23  going to say that, when this boat didn't return, that a rescue

24  mission was launched, which is why Mr. Garcia-Solar was back

25  out on the water, together with others, on his boat.

1          There were four Mexicans on the boat.  Four of the

2     Defendants in this case are Mexican.  Mr. Garcia-Solar and the

3     other four were out on the boat together.  And you're going to

4     hear how others got onboard the boat as well.

5          But they were out on the boat, looking for missing

6     fishermen.  And while they were out on the boat looking for

7     missing fishermen -- and, again, you're going to hear his

8     brother and three others who are going to testify about the

9     circumstances, exactly what was going on.

10          And while they were out there, an airplane -- at some

11     point while they are out there, you're going to hear

12     testimony and I have no reason to doubt that you're going to

13     hear testimony that an airplane overflew a boat and an airplane

14     made some observations.

15          But the question that you're going to have and -- to

16     determine in this trial is whether the boat that they overflew

17     was his boat, because you are going to hear that, when the

18     Coast Guard later -- the Coast Guard, by the way, was 55 miles

19     away.  It wasn't that they were nearby.  The Coast Guard was

20     55 miles away.  The U.S. Coast Guard *Mellon* was 55 miles away.

21          And the boat that approached Mr. Garcia-Solar -- you're

22     going to hear that this boat approached, five people onboard,

23     and you're going to hear that, when the boat approached, it

24     wasn't calm and quiet, such as I'm speaking to you right now,

25     but, rather, this Coast Guard boat came up to

1    Mr. Garcia-Solar's vessel, guns drawn, siren going, lights

2    going, then there's an airplane overhead and all of a sudden

3    this man and the others are being accused of dumping 940-plus

4    kilograms of cocaine in the water.

5        These guys, these men who live a simple life as

6    fisherman, all of a sudden are surrounded by the U.S. Coast

7    Guard, guns on them, being asked all kinds of questions.

8    Mr. Garcia-Solar tells them his correct name.  He tells them

9    where he's from.  He tells them why he is out there.

10       Despite that, Mr. Garcia-Solar and the others are taken

11   into the custody of the U.S. Coast Guard.  They're transferred

12   Coast Guard cutter to Coast Guard cutter from 150 miles out at

13   sea.

14       No indication they're coming to the United States.

15   They are taken by the Coast Guard, transferred from cutter to

16   cutter.  18 days later they are brought to Key West, and

17   they're charged with this offense.

18       You're going to hear testimony about gasoline.  You're

19   going to hear testimony about ION scans.  And Ms. Anton told

20   you a little bit about what they should have -- what they knew

21   and what they didn't know.

22       Well, one of the questions for you is going to be:

23   What does this simple fisherman from Pijijiapan know about

24   ION scans and hiding traces of cocaine by using gasoline or why

25   he would have any reason to do that?  Because the evidence is

1    going to show you that he wouldn't.

2           And, folks, the question is:  The Government recovered

3    cocaine, but where did it come from?  And the evidence is going

4    to suggest that it did not come from our boat.

5           It is up to them to prove to you beyond and to the

6    exclusion of a reasonable doubt that these men were involved in

7    cocaine trafficking, as they have charged.  It is their burden

8    to prove.

9           At the end of this case, I'm going to have the

10   opportunity to address you again, and then I can tell you

11   stories and I will.  And I ask you, remember, burden of proof

12   rests right there.

13          And if the Government does not prove that Gabriel

14   Garcia-Solar conspired -- conspired's a fancy word for

15   agreement -- had an agreement with others to possess with

16   intent to distribute cocaine or that he actually possessed with

17   intent to distribute cocaine -- if they don't prove that beyond

18   a reasonable doubt, you tell them they didn't prove it by

19   returning verdicts of not guilty.  Thank you.

20               BARRERA-MONTES OPENING STATEMENT

21          MR. RODRIGUEZ:  Good afternoon, ladies and gentlemen.

22   Again, my name is Rafael Rodriguez, and I represent

23   Mr. Barrera-Montes sitting over there in the corner.

24          May it please the Court and counsel.

25          It was a nightmare scenario for Mr. Barrera-Montes when

1  he was picked up by the Coast Guard, but not for the reasons

2  that you may think.

3        It was a nightmare scenario because Mr. Barrera-Montes

4  was asked by Mr. Garcia to help him in this rescue mission and

5  the last thing that he thought when he was picked up by the

6  Coast Guard was that he was going to be accused, as the

7  Government did in opening statement, of being a participant in

8  the conspiracy to possess cocaine in this case.

9        The Government talked to you about what the evidence

10  will show, and the part of opening statement about what the

11  Government will show is part of what the opening statement's

12  all about, but it also is what we will not hear in this trial.

13        What you will not hear in this trial is any specific

14  evidence linking Mr. Barrera-Montes to any of the cocaine that

15  was seized in this case.  You will not hear that evidence.

16        The Government told you about videotape that was taken

17  by an Air Force plane -- or a Navy plane.  Excuse me.  But they

18  didn't tell you about the quality of the videotape that you're

19  going to be seeing.  It's mirky.  It's vague.  It's taken from

20  a long distance.

21        And they will suggest to you, as they did during

22  opening statement, that that will prove to you that

23  Mr. Barrera-Montes and the others were engaged in some type of

24  activity of dumping cocaine into the ocean.

25        But you're going to look at that video and you're going

1    to decide whether or not the Government has proven its case

2    because, as you sit here, all 12 of you -- actually, there are

3    14 of you -- are wearing black robes, as Judge Moore is,

4    because you are the judges of the facts in this case.  You will

5    decide whether or not the Government has proven its case, and

6    no one else will make that decision.

7          What else would -- the Government did not mention to

8    you during its opening statement?

9          The Government did not mention to you the fact that

10   Mr. Barrera-Montes is also from the province of Chiapas, near

11   the border with Guatemala.

12         He also is a poor fisherman, and he went to the

13   assistance of Mr. Garcia-Solar when solicited to help in the

14   rescue mission to pick up the fishermen that were lost at sea.

15   You're going to hear testimony about that.

16         We have no burden in a criminal trial in the

17   United States, as a defense, to prove anything.  The burden

18   rests exclusively with the prosecution and only with the

19   prosecution.

20         But, in this case, we're going to present to you the

21   rest of the story.  And the rest of the story that you're going

22   to hear is, in fact, a rescue mission was put together by these

23   individuals to find lost fisherman and their vessel was

24   confused by the Navy airplane with another vessel.  And you're

25   going to hear that there's a break in the surveillance -- an

1    unexplained break in the surveillance during the video

2    recordings.

3          We're talking about a vast area of thousands of square

4    miles of open ocean.  And as the Government told you, this is

5    an area that's frequented by some of these vessels that are

6    carrying narcotics.

7          Mr. Barrera-Montes is not denying that they were able

8    to recover narcotics in the ocean, but he's denying flatly that

9    he had anything to do with that.

10          And this, according to the Government, is an area where

11    there are lots of vessels going back and forth, and it just so

12    happens that they focused on this particular vessel.

13          And you will hear that there wasn't any fishing

14    equipment onboard precisely because it was a rescue mission.

15    That's what the evidence is going to show in this case.

16          We are confident, ladies and gentlemen, that, when you

17    hear the entire case -- and that's another important point.

18    You must wait until the entire case has ended before you make a

19    decision because what Witness Number 1 may say may be

20    completely contradicted by Witness Number 4 and Witness

21    Number 8 may completely modify what Witness Number 2 said.

22          That's why you have been instructed you are to make no

23    decisions in this case until you hear the entire case presented

24    to you.

25          We are confident that, when you hear the entire case

1    presented to you, you will find Mr. Barrera-Montes not guilty

2    of the charges.

3         Thank you.

4              AGUILAR-ORDONEZ OPENING STATEMENT

5         MR. CHAMBROT:  Good afternoon.  My name is George

6    Chambrot.  I represent Moises Aguilar-Ordonez.

7         Moises is also a fisherman.  He comes from a little

8    town called El Paredon.  That's north of Guatemala on the coast

9    of the Pacific.

10        Most of these guys make their living fishing.  And why

11   would they go on a rescue mission of fellow fishermen?  Simple.

12   If they don't go out, the next time they get stuck, nobody's

13   coming to get them.

14        So if you look at the Government's theory, it would be

15   that, from here to about here -- maybe a little more -- in this

16   space, there was seven men -- none of them are tiny -- over a

17   ton of cocaine, 50 gallons of fuel, two engines, all riding in

18   the Pacific.  Big waves coming down.

19        And if you look at pictures -- and, please, all of

20   us -- and I am here to speak for all the defense counsel and

21   all the Defendants -- we beg you to look at the evidence.  Sit

22   there and look at it.

23        These Pangas are made by the fishermen.  They're not

24   tall ships.  They're not this high.  They're about yay high.

25   So when you float them and you put approximately -- I don't

1   know -- a thousand pounds' worth of people, a thousand kilos,

2   which is almost 2 point -- 2,000 pounds, now you're up to three

3   ton and-a-half.  Fuel and motors.

4        Now, why are the motors important?  If you look at

5   them, they're two sizes.  Why are they two sizes?  Because the

6   people that they rescue, they believe and the evidence will

7   show that that second motor perhaps was to give it to the guys

8   that were out there.

9        The extra fuel was not to come from Ecuador.  They were

10  going to rescue.  They needed fuel.  They needed an extra

11  kicker to get the other guys home.

12       So I beg you to look at those pictures.

13       Now, someone very wise just told me that, on a clear

14  day, you could see forever.  And I want you to remember that.

15  Government told you it was a clear day.  Look at the video.

16  It's fuzzy.  Fuzzy, fuzzy.

17       But if you look at it carefully, you're going to see

18  four bodies in the dumping boat.  We've got seven.  You're

19  going to see the guys dumping the stuff.  And, yet, when they

20  did the tests on our guys for cocaine, it came back negative.

21       So the evidence in this case will clear these guys.

22  And we all beg you.  Look at it carefully.  As Mr. Abrams says,

23  to my guy, Moises Aguilar-Ordonez, this is the most important

24  case.

25       He was out there.  He was picked up.  He was brought

1   here.  He gave his identification, told them, "I'm Mexican.  My

2   boat is Mexican.  We're fishermen."  And here we are in

3   Key West.

4        So please look at the evidence carefully and, if you

5   do, you're going to find my client not guilty.  Because the

6   Judge is going to instruct you as to what reasonable doubt is.

7        And if you look at what the physical evidence show --

8   and something that Mr. Rodriguez brought to your attention,

9   there is a lapse in the video.  The boat that was dumping was

10  picked up by the airplane.  They lose them for a half an hour.

11  And then they find us.  And then they intercept us.  But the

12  boat that dumped got away.

13       So please look at the evidence, follow the Court's

14  instructions.  And, if you do, you're going to find my client,

15  Moises Aguilar-Ordonez not guilty.  Thank you.

16                  PEREZ-CRUZ OPENING STATEMENT

17       MR. BERRIO:  May it please the Court, ladies and

18  gentlemen of the jury, colleagues, gentlemen, prosecution and

19  Government and defense.

20       My name is Juan Berrio, to re-introduce myself, and I

21  was appointed by the Court to defend and protect Jose

22  Candelario Perez-Cruz.

23       Please stand up.  Okay.

24       As you can see, Mr. Cruz needs the benefit of an

25  interpreter.  He does not understand what is happening here

1    today unless he has the benefit of an interpreter.  I hope that
2    nobody will hold that against him.
3           Now, I have been representing Jose -- and he actually
4    goes by "Candy" because his name is so long.  I've been
5    representing him since November 2016.  I've been representing
6    him for over eight months.
7           And during that time I've had an opportunity to go down
8    to his village in Paredon, Mexico.  Like Mr. Chambrot just
9    said, this is a town -- a fisherman's town, low in Mexico, in
10   the southern border, next to Guatemala, very, very, very far
11   away from where we are here today.
12          And "Candy" has grown up in Paredon his whole life.
13   His father's there.  He learned how to fish from his father.
14   He also learned how to fish from his uncle, Gabriel
15   Garcia-Solar, who Mr. Abrams represents.  That's "Candy's"
16   uncle.
17          And "Candy" is a 34-year-old man.  He's married.  And
18   what he does is he fishes.  And what he does is he tries to
19   help lost fishermen out in the sea.  "Candy" himself has been
20   lost on three prior occasions as a fisherman.  He's ended up in
21   Acapulco.
22          Like Mr. Chambrot says, as a fisherman, you have a duty
23   and an obligation to go out and help and look for fellow lost
24   fishermen, and that's what "Candy" was doing in this case.
25          He was recruited by his uncle.  And they went out, four

1    people on a boat, to locate these local Mexican fisherman that

2    were out there that hadn't come back to port.

3          While they were out there, they actually located these

4    other three gentlemen, the gentlemen from Colombia and two

5    gentlemen from Ecuador, that were on a boat that was sinking.

6    And they helped them.  They rescued them.  They were taking

7    them to shore.

8          As they were taking them to shore, they were stopped by

9    the Coast Guard, and they were accused, as the Government

10   said -- and the Government said that they will put on this

11   evidence -- they were accused of having dumped 940 kilos of

12   cocaine into the water.

13         And the Government has told you that they will show you

14   evidence of these seven gentlemen, all seven of them, on a

15   small panga -- a small 26-foot panga with over $20 million of

16   cocaine on it, 940 kilos of cocaine.

17         With all of their weight and with the weight of

18   these drugs, the Government is telling you that there was

19   3,500 pounds of weight on this panga.

20         The Government has told you, has promised you, in their

21   statement that you're going to see a video with these seven men

22   dumping all that cocaine overboard, all those bales, the 36 of

23   them.

24         You know, I've looked at that video.  I've looked at

25   all the video the Government has given me.  I've looked at it

1   numerous times.  I was hard-pressed to count more than four

2   people on that boat that was throwing the drugs over.

3           So I'm inviting you, I'm asking you, I'm begging you,

4   please look at that video.  Look at it closely, the video where

5   they're throwing over the drugs.  I count three people.  Then I

6   say, "Well, there may be four."

7           But certainly there's not seven people on that boat

8   throwing drugs overboard.  I ask you, please, look at that

9   evidence, look at that video.

10          And as Mr. Abrams and Mr. Rodriguez alluded to, there's

11  going to be gaps in the video, and the gaps are at critical

12  times.

13          And the gaps are so important because it shows that

14  these gentlemen at the boat that was seen throwing these drugs

15  over -- and that was video-recorded -- was not constantly being

16  monitored by the military plane.

17          There's a big 38-6-minute gap between the time when

18  they shut off the film and then there's a boat moving and then

19  when they turn back the film on.  So please look at that.

20          Hold them to what they promised to you in their opening

21  statement, that you're going to see seven people on a video

22  throwing bales of cocaine over.  Hold them to that burden.  Ask

23  them to prove it to you.

24          You have your own eyes.  You'll look at that video,

25  hopefully, and you'll see that you cannot count more than

1   three, four people tops, on that video.

2         They've also asked you and their theory of the case is

3   also that these seven gentlemen boarded this small panga --

4   26-foot panga in Colombia, that they boarded this panga in

5   Colombia with all this weight, all these kilograms of cocaine,

6   and they started on their journey from Colombia to, apparently,

7   Mexico.

8         From what I understood, they said that these people

9   were on the boat with these drugs for 18 days, 18 days.  Now,

10  ask yourselves:  What kind of smugglers, what kind of people

11  that are in that trade, would put all that weight, all the

12  value, all that merchandise, 20 million dollars' worth -- the

13  Government -- I believe that it's even higher than

14  20 million -- but all that weight on a boat, on a panga, with

15  seven people?

16        It doesn't make any sense.  It's obvious that the boat

17  is going to move much more slower with more weight on the boat.

18  You'd put maybe two of these drug runners out there, maybe

19  three people, on the boat.

20        But seven people on a boat?  That's asking them to be

21  caught -- that's asking for them to be spotted from the air.

22  That doesn't make any sense.

23        These people are not drug smugglers.  These people are

24  fishermen who came across three gentlemen that were out on the

25  sea that needed help, and they helped them.  And as they were

1    going back into shore, they were stopped by the Coast Guard,

2    and they're here today.

3           Now, I don't deny that the Coast Guard saw a boat

4    dumping cocaine out there more or less around the time when

5    these gentlemen were intercepted.

6           They saw this boat with about three people, four tops,

7    dumping this boat -- this contraband, and they -- and where

8    this contraband was dumped was 29 nautical miles from where

9    these gentlemen were stopped over an hour later.  So take that

10   all into consideration.  Consider those facts.

11          And as you will also hear, the panga, the boat, that

12   was used in this case, that's a very significant piece of

13   evidence.  I submit that the video and the panga are the most

14   important pieces of evidence in this case.

15          The video is fuzzy.  It's not clear.  You can't make

16   out more than four people -- at least I can't make out more

17   than four people on that boat dumping the cocaine.

18          The panga, great piece of evidence for us to

19   investigate, for us to look at, for us to look at the engines,

20   doesn't exist.  It was sunk by the Coast Guard.  It was left

21   out in the ocean.  It's somewhere.  Maybe it sank.  Maybe it's

22   floating below the surface.

23          But we were never given that opportunity to inspect it

24   for ourselves to see how these engines were working, to test

25   all this weight, all these people.  How fast can it move?  We

 1   never got that opportunity because they decided to sink it.

 2          Now, as you'll see, I am going to be the fourth

 3   attorney speaking in this case and asking the Government

 4   witnesses questions.

 5          And because I am the fourth attorney on the case, many

 6   times the evidence and the questions that I have would have

 7   already been asked and answered by the witnesses.  They'll be

 8   asked by Mr. Abrams, by Mr. Rodriguez, by Mr. Chambrot, since

 9   they're before me.

10          They're going to ask more questions, and I'm not going

11   to go over the same lines of questioning.  Their answers will

12   be the same, I trust, and I'm not going to repeat it.  I'm not

13   going to beat a dead horse.

14          I may miss some questions, and I may repeat it.  I'll

15   try not to.  But please keep in mind that, if I don't ask a

16   question, it's not because I don't care what the person is

17   going to say or what the witness is going to testify to.

18          It's because maybe the question has already been asked

19   and answered or maybe I have no questions to ask that witness

20   because it's been covered.

21          So at the end of the day, what we have here is seven

22   men charged with very, very, very serious crimes, very serious

23   crimes.  Because of that, the Government has a very heavy,

24   heavy burden of proof.

25          It needs to prove to you beyond a reasonable doubt,

1    exclude all reasonable doubt, that these are the seven men that

2    were dumping the load of cocaine into the water.

3         I submit to you that they will not be able to prove

4    that because the video itself shows four people tops dumping

5    that load of cocaine.  The video itself is substantial doubt,

6    much more than reasonable doubt, that the Government has the

7    wrong boat.

8         And because the Government stopped the wrong boat more

9    than an hour and 29 miles from where they saw the other boat

10   dumping the cocaine, I'm going to ask you to find my client,

11   Jose Candelario Perez-Cruz and, logically, all seven clients,

12   all seven Defendants, not guilty because the Government has

13   mistaken them for another boat.  It is time for them to go back

14   to their families.  They've been here long enough.  Thank you.

15        No further.

16              VILLEZ-PICO OPENING STATEMENT

17        MR. do CAMPO:  Good afternoon, ladies and gentlemen.

18        I represent Jose Villez-Pico, who's standing.

19        Ladies and gentlemen, like my colleague, Mr. Berrio,

20   said, I'm the fourth lawyer to address you -- I'm sorry -- the

21   fifth lawyer to address you.  I'm going to be the fifth lawyer

22   on the defense side to ask questions, and a lot of times I'm

23   going to be very brief.

24        I don't want to waste your time, and I don't want to go

25   over things that have already been covered.  Please don't

1    mistake my brevity with a lack of interest or a lack of faith

2    in my client's innocence.  I just want to be respectful of your

3    time and don't want to repeat things that have already been

4    established.

5           And, ladies and gentlemen, my client is not Mexican,

6    unlike the other four attorneys who have addressed you whose

7    clients are fishermen from Mexico.  My client is from Ecuador.

8           In April of 2016, there was a very substantial

9    earthquake in Ecuador that caused a lot of damage, killed a lot

10   of people and left a swath of misery behind.  For that reason,

11   my client, like many other people before him, was looking to

12   get out of Ecuador.  He wanted to find a better life somewhere

13   else with more opportunities.

14          The evidence is going to show, ladies and gentlemen,

15   that, in October of 2016, he left Ecuador with a group of other

16   individuals and they were making their way in a makeshift craft

17   throughout the Pacific when their boat became disabled.

18          And, thank goodness, thank goodness, these four

19   gentlemen who were on a mission to find a lost fishing vessel

20   that they never found -- but they did find my client and his

21   boat and they were able to rescue him.  And it was shortly

22   after they picked him up and his companions that the

23   Coast Guard stopped them.

24          Ladies and gentlemen, the evidence in this case I think

25   will be clear to you that there is no evidence that this boat

1    contained the drugs that you -- you will not see the drugs.

2    You will see pictures of the drugs.

3           And when you see the pictures of the drugs, it's a

4    massive, massive quantity.  It's almost a ton.  It's a little

5    over 2,000 pounds of cocaine, seven individuals, 50 gallons of

6    fuel.  Impossible.  Just common sense.

7           The video evidence will also reinforce the notion that

8    there was just no way that the boat that they saw where things

9    were being jettisoned from is this same vessel.

10          Ladies and gentlemen, I ask you to keep an open mind,

11   view the evidence impartially, wait till the end of the trial

12   to make up your mind.

13          And, if you do so, I'm confident there is only one

14   verdict that you can deliver in this case, and that's a verdict

15   of not guilty as to every Defendant here.

16          On that day, these four gentlemen saved my client's

17   life.  At the end of this trial, you'll have a chance to save

18   his freedom.  Thank you.

19                VALECILLO-ORTIZ OPENING STATEMENT

20          MS. PINERA-VAZQUEZ:  Good afternoon.  I represent

21   Martin Ortiz, who's standing up with the jacket.

22          Let me get it out right up front.  Mr. Martin is not

23   guilty of drug smuggling.  Yes.  He was on a panga.  He was on

24   a 26-foot panga and found by the U.S. Coast Guard 150 miles

25   from Acapulco, but he wasn't smuggling drugs.  He was being

1    smuggled into Mexico to find work.  That's what the evidence is

2    going to show.

3         Now, there's seven gentlemen sitting here, and

4    everybody's come up here and going to tell you a little bit

5    about their client.

6         We do that because the Government has to prove its case

7    as to each individual Defendant, not clump them in together.

8    It has to prove their case beyond a reasonable doubt as to each

9    individual Defendant.

10        Now, my client, Martin Ortiz, is from Colombia.  He's

11   the only Colombian here.  We have four Mexicans, two

12   Ecuadorians and one Colombian.  He's 44 years old.  He grew up

13   in a little town in the inside of Colombia called Pajonal,

14   P-a-j-o-n-a-l.

15        He was born to two parents who were both farmers, very

16   poor, with three other children.  He wasn't born in a hospital.

17   He was born in a little wood shed by what they call a midwife

18   in Colombia.

19        He lived there for the first 16 years of his life.  He

20   went to school until third grade because, after that, his

21   parents couldn't afford to send him to the main town for more

22   school.

23        He had to go work the fields with his parents.  They

24   planted bananas, they planted cacao, whatever they could plant.

25   And that's what he did from the age of 10 to 16.  He can barely

1    read and write.  At 16, he moved to a coast town called

2    Salahonda, which is a fishing town, because his uncle lived

3    here.

4            Now, they don't fish like we do here with 21-foot boats

5    or 40-foot Bertrams or Grady-Whites or Boston Whalers.  How

6    they fish in Salahonda is with a canoe, a canoe made at home,

7    and they use nets.

8            Now, you think those canoes are no big deal,

9    100-, 200 bucks.  Those canoes are expensive to Mr. Ortiz and

10   his family.  So what did he do?  He worked with his uncle, went

11   fishing.  He met his wife in Salahonda, Fabiola.  He had his

12   five children in Salahonda.

13           For the next two decades, he worked with his uncle in

14   the canoe, going out, getting fish, and selling them in the

15   local market, basically making $150 a month on a good month,

16   because it all depends on the catch.

17           It's important you know a little bit about his history

18   because we have to put this in perspective when you hear the

19   evidence.

20           Now, his uncle passed away.  And you think he'd get the

21   canoe that he'd been working on for 20 years.  But, no, it

22   didn't go to Mr. Ortiz.  It went to his children.

23           So Mr. Ortiz was left without a job and he still had to

24   feed his five children.  His wife cleaned clothes to make

25   money.

1            So what happened?  He got a job at a local fish store,

2    worked there for a couple years, but things went bad.  He was

3    let go along with another person who worked there.

4            He was desperate.  He had to feed his family.  Because

5    I think the prosecutor used a phrase which is actually quite

6    true.  I'll agree with her.  Desperate times call for desperate

7    measures.  She's absolutely right.

8            He had to feed his children.  He was told at the store

9    that there was work in Ecuador in another fishing town,

10   Esmeraldas.  He didn't want to leave his family.  He didn't

11   want to leave his five kids.

12           But desperate times call for desperate measures.  So he

13   left and he went to Esmeralda, and he was there for a little

14   bit.  When he got there, he went fishing for three straight

15   days.  And you know what.  Nothing.  He didn't catch anything.

16           Now, the evidence will show that, just like there's a

17   drug-smuggling ring, there's alien-smuggling rings.  I'm sure

18   all of you have heard about it here in The Keys or watched it

19   on *Bloodline*, the show that's on TV.  There's an

20   alien-smuggling ring.

21           And what happened?  He learned through other people in

22   Ecuador that there was a recruiter that you would pay a lot of

23   money -- it's expensive -- $5,000, and they would transport you

24   and arrange to smuggle you to Mexico, where you could get a

25   job -- and let's not kid ourselves -- probably end up here in

1    the United States and be smuggled in.  Not right.  Illegal

2    immigration.  But that's what he was told.  He would be

3    smuggled into Mexico.

4         What happens?  He pays.  He finds himself on a little

5    boat along with three other people, and he is transported in

6    that little boat an hour and a half in the ocean to a bigger

7    boat, what I like to call the mother ship.

8         On that mother ship, before he gets on, they put a hood

9    on his face and, along with the other three, he's put on the

10   boat, goes up through a Jacob's ladder, goes down to a cargo

11   hold on the bottom of the boat.

12        When he gets there, they take the hood off.  And what

13   does he find?  About 20 other people, women and children, not

14   only men, a smuggling ring.

15        He lives in that cargo hold for about two weeks.  He's

16   fed twice a day.  They go to the bathroom there, take baths

17   there.  Imagine the smell.  Desperate times call for desperate

18   measures.  He had to feed his family.  He had to find work.

19        They get to the transfer point.  They put all the

20   20 migrants -- and when I say "they," I'm saying the people in

21   charge of the smuggling ring, the mother ship.

22        They put all 20 migrants on a little boat and they're

23   supposed to head back towards Acapulco.  About 150 miles from

24   Acapulco.

25        And what happens?  The boat starts sinking, starts

1    taking on water.  This is about 3:00, 4:00 in the morning in

2    the middle of the ocean.  You start hearing people screaming.

3    People are desperate.  The boat is sinking.  The mother ship is

4    gone.  "We're going to die out here."  This is dangerous.

5         What happens?  Mr. Ortiz hears engines.  And, lo and

6    behold, flashlight.  And thank God for Mr. Garcia-Solar and the

7    other three Mexicans, who, by the way, not necessarily wanted

8    to bring him onboard, but they did the Good Samaritan thing and

9    they did.

10        Six migrants went on and then the other three got

11   scared because they thought the Mexicans were going to do

12   something.

13        But my client, Mr. Ortiz, got on with the Mexicans

14   because he said, "I'm not going to die here in the middle of

15   the Pacific Ocean in a sinking boat.  I'm going to make it to

16   Mexico."

17        So he gets on that boat.  He gets on that 26-foot panga

18   at 4:00 in the morning, along with the Ecuadorians.  And there

19   they go.  They're going in, and he's happy, "Oh, my God, I'm

20   going to make it to Mexico, I'm going to be able to feed my

21   children," when all of a sudden the U.S. Coast Guard stops him,

22   the big Eagle, the United States, in the middle of Mexico.

23        What are they doing there?  Stops him, but he's okay.

24   "I'm going to be saved."  All of a sudden, what happens?  They

25   get boarded and arrested.  He doesn't know what's going on.

1          Now, you heard the prosecutor tell you her story.

2     Because that's what it is.  It's a story.  She wasn't there.

3     She's not a witness to anything.  She can only tell you her

4     story.

5          Let me tell you what the evidence is going to show.

6     It's not going to show what the prosecutor said.  You're right.

7     You're going to see a video.  You're going to see a video of

8     that aircraft.  It's going to be a really fuzzy video, but

9     you're going to see it.

10          And you're going to see people throwing drugs.  And I

11     don't know if it's a guy.  For all I know, it could have been

12     four girls, because you can't tell.  It could have been six

13     girls.  It could have been one girl.  It couldn't be six

14     because there's no six people.

15          But you're going to see the video and you're going to

16     see somebody dumping something overboard, but you're not going

17     to see Mr. Ortiz's face on that video.  You're not going to see

18     any of these guys' face on the video.

19          You're also going to be able to hear that there was no

20     contraband found, no cocaine found, when they boarded

21     Mr. Ortiz's panga.  There were no weapons on that panga when

22     they boarded it.

23          And you know what you're also going to hear?  You're

24     going to hear that they did all that foo-foo testing and it all

25     came back negative.  No drugs, no contraband, on my client's

1   clothes or his hands.  That's evidence.  You're going to hear

2   that.

3          So why are they here?  No drugs on the boat.  No ION

4   scans.  No weapons.  What are they doing here?  Why?  Because

5   30 miles away the Coast Guard discovered 36 bales of cocaine,

6   940 kilos, which is almost two tons.  That's a hell of a lot of

7   cocaine worth a lot of money.

8          Why are they here?  Because the Coast Guard made a

9   mistake.  We're all human.  Coast Guard's human.  Coast Guard's

10  not a corporation.  They're composed of people.  Those people

11  flying the plane are human.  The guys boarding the boats are

12  human.  We're all human, and humans make mistakes.

13         In this case, the Coast Guard made a very serious

14  mistake.  It stopped the wrong panga.  There was a panga out

15  there throwing stuff.  It wasn't my client's -- the panga my

16  client was riding on.  And they made a mistake.

17         And you know what.  Instead of going forward, they

18  didn't.  They brought these seven guys here, millions of

19  dollars to prosecute this case, when they had the wrong panga.

20         You're going to get a chance to look at this evidence.

21  This is not a story.  This is what the evidence is going to

22  show.  And we ask you to look at all the evidence, to look at

23  all the videos, the pictures, the lack of evidence that

24  Mr. Ortiz was on a panga with any drugs.

25         After you do that, you're going to see that it confirms

1   that Mr. Ortiz is not guilty of drug smuggling.  All he wanted

2   to do was get to Mexico, find work and feed his family.  He's

3   ended up here since November, and his family is back home doing

4   what they can.

5          So we're going to come back and ask you for a not

6   guilty verdict.  Thank you.

7                    LUCAS-FRANCO OPENING STATEMENT

8          MR. ENCINOSA:  Good afternoon.  I'm the last one.

9   Okay?

10          First of all, I'd like, on behalf of my client -- and,

11   by the way, my client's name is -- last name is Lucas-Franco.

12   His first name is Jose Martin.  My name is Israel Encinosa.

13   I'm very proud to represent him.

14          On his behalf, I'd like to thank all of you for taking

15   time out of your daily routine to do this very meaningful work

16   that you're going to do.  I think somebody called you the

17   judges of the facts, and that's what you are.  You're going to

18   be the judges of the facts in this case.

19          Now, Mr. Lucas-Franco -- let me introduce you to him.

20   He's a 30-year-old man.  He's from Ecuador.  He's from a region

21   called Manta.  And sure enough that's the region that there was

22   an earthquake in 2016.

23          Now, I'm sure -- use your common sense.  Use your

24   memory.  But that area was devastated, unlike here in the

25   United States.  If we have a disaster, there's insurance,

1    there's health and the area gets rebuilt.  But in a poor

2    country such as in Ecuador and the region that he lives in,

3    nothing gets fixed.  Everything gets worse.

4          He is a husband.  He's married to Reyna.  He met her in

5    the fourth grade and some years later they got together and

6    they grew a family.  He has two beautiful children, Hugo Josue

7    and Matthews Josue.  They're eight and six years old.  They

8    love and miss their dad.

9          He has always worked to support his family.  He doesn't

10   make a quick buck.  He's a very poor man.  He's done all types

11   of jobs, handyman, cleaning, chauffeur.  He even attempted to

12   sell cell phone plans.

13         He would go door to door with his wife and kids,

14   selling plans, and one day they robbed him.  He had made $180.

15   And that's the currency in Ecuador, is they use the dollar.

16   And somebody came along and robbed him.

17         Desperate times make people do desperate things.  This

18   man never intended to make a quick buck.  This man's intention

19   was to come -- and I'll be honest with you.  He was coming to

20   the United States.  He was being smuggled into the

21   United States through Mexico.

22         And he had attempted it before, except he found out

23   that there are borders in Guatemala.  And Mexico has what they

24   call the hypocrisy wall.  It's a border.  It's a big wall they

25   have on the south part of their border and it's hard -- he

1    couldn't get by there.

2         So he tried again to come to the United States, to work

3    hard, to send money back to his family, to fix up his

4    family's -- his mom's house that was devastated.  That's what

5    he was coming into the United States -- that was his intention.

6         And, yes, Ms. Vazquez -- she told you about the trip.

7    It was a horrific trip.  They were put in the galley of a boat.

8    People were throwing up.  People were defecating and urinating,

9    and women were menstruating in there.  It was horrible.  He got

10   sick while he was there.

11        And then they put him in the little boat, and they were

12   told to wait out there, that somebody would come get them.

13   Nobody came until four Mexican fisherman showed up with a

14   little flashlight in the middle of the night, and that was a

15   godsend to him.

16        They said -- they had to talk to him a little bit.  He

17   said, "Look," you know, "help us out.  We're out here all

18   alone."  And he was lucky enough that they agreed to take three

19   of them.

20        He got on that boat and he was sick when he got on that

21   boat.  He was sick, but he was happy.  At least he was going to

22   go to Mexico and then eventually try to get to the

23   United States.

24        Now, please keep in mind that coming into the United

25   States as of today -- it might be different in the future -- is

1    not a criminal offense.

2         He did not commit a criminal offense trying to come

3    into the United States.  He is not being charged with any

4    immigration law.  He's being charged with drugs that were found

5    30 miles away from -- nautical miles away from where they were.

6         His I-O-N test -- and I don't think I know how to

7    pronounce it very good.  But it's like -- they put, like, a

8    swab stick.  They rub it in their clothes, and they rub it in

9    their hands, and then they test it to see if there's cocaine or

10   no cocaine.  They all came back negative, negative.

11        The prosecutor has told you, yeah, all of them were

12   throwing packages overboard.  Well, look at the video, please.

13   I looked at the videos, too.

14        I think one person, maybe two people, on that boat that

15   was out there that day was throwing cocaine, not seven people.

16   And look at the boat.  It's a different boat.  It has a

17   different signature, but, regardless, regardless.

18        Now, he's mentioned in an indictment.  An indictment is

19   not proof of anything.  An indictment is a promise, treated as

20   a promissory note, that the Government of the United States

21   hope that you'll prove beyond a reasonable doubt as to each

22   element of each offense.

23        Also, please be careful here.  They're all charged with

24   two counts.  One is a conspiracy.  One is a drug-trafficking

25   count.  Those are two separate crimes, and each crime has

1    elements.

2         Treat the elements of each offense like ingredients to

3    a recipe -- cooking recipe.  I like to compare it to pancakes.

4    I make pancakes for my grandkids every weekend.  Okay?  So I'm

5    very familiar with pancakes.  You need flour, you need oil, you

6    need eggs, and you need milk.

7         MS. ANTON:  Judge, I'm going to object.  This is

8    argument, not what the evidence will show.

9         THE COURT:  Overruled.

10        MR. ENCINOSA:  You need milk.  If one of those

11   ingredients is missing, I don't get pancakes -- real pancakes.

12        Now, when they're charging with a crime, you have to

13   treat it the same way.  They have to prove to you beyond a

14   reasonable doubt -- and that's your focal point here -- each of

15   those ingredients of that particular offense.

16        You also have seven Defendants.  Not only do you have

17   seven separate trials, but you actually have 14 separate trials

18   because each count is a separate trial.  So be very careful

19   with that, too.

20        Ladies and gentlemen, the Government is going to fall

21   way short as to my client, Lucas-Franco.  The only verdict that

22   you can render in this case is that of not guilty.  Thank you.

23        THE COURT:  All right, folks.  What do you want to do?

24        Do you want to put on witnesses or do you want to start

25   tomorrow morning?

```
 1              MS. PINERA-VAZQUEZ:  Tomorrow's fine, Judge.

 2              MS. ANTON:  Judge, the Government would prefer to start

 3      with the witnesses today.   We have some scheduling problems

 4      with the first two, who have early flights out tomorrow

 5      morning.

 6              THE COURT:  But I take it, it has nothing to do with

 7      the matter that we discussed earlier?

 8              MS. ANTON:  Correct.

 9              THE COURT:  So we'll just do that after the jury

10      leaves.  Okay.

11              All right.  So call your first witness.

12              MS. VIAMONTES:  Thank you, Your Honor.

13              At this time, the United States calls Commander James

14      Imlah.

15              MR. ABRAMS:  Your Honor, just to save time, if there's

16      any Jencks as to this witness, we have not been provided any.

17              COURTROOM DEPUTY:  Raise your right hand, please.

18              Do you solemnly swear the testimony you're about to

19      give is the truth, the whole truth, and nothing but the truth,

20      so help you God?

21              THE WITNESS:  I do.

22              COURTROOM DEPUTY:  Thank you.  Please be seated.

23              Would you please state your full name for the record

24      and also spell it.

25              THE WITNESS:  James Ray Imlah, J-A-M-E-S, R-A-Y,
```

1    I-M-L-A-H.

2              (COMMANDER JAMES IMLAH, being sworn, testified as

3    follows:)

4                        DIRECT EXAMINATION

5    BY MS. VIAMONTES:

6    Q.   Good afternoon, Commander.

7    A.   Good afternoon.

8    Q.   Can you please introduce yourself to the members of the

9    jury, tell them where you work and in what capacity.

10   A.   Absolutely.  I am Commander James Imlah, United States

11   Navy.  I'm commanding officer of Patrol Squadron 47.  We're a

12   squadron of about 300 sailors with nine aircraft.  And we

13   primarily do anti-submarine warfare, surface surveillance, and

14   reconnaissance and surveillance with a camera.

15        I've been in the Navy 17 years.  I have about 1800 hours

16   flying aircraft.  I'm a pilot.  I've done nine moves since I've

17   been in the Navy, six deployments.  Those are generally six to

18   eight months long.

19        This is my sixth deployment when this case happened.

20        I am a Level 500 Weapons Tactics Instructor, which is the

21   highest qualification you can receive in the Navy for the

22   mission that we do.

23   Q.   Are you in charge of all 300 sailors within your squadron?

24   A.   I am.

25   Q.   Can you tell the members of the jury a little bit about

1    your training to become a pilot for the Navy?

2    A.   Absolutely.  It takes about two years from the pilot track

3    from when we start, and you fly multiple aircraft.  You get

4    trained on first how to just be a good pilot, and then we train

5    on the tactics piece, so how to become a war fighter.

6    Q.   What type of aircraft do you fly?

7    A.   During this case, I flew a P-3 Orion, and I'm now in the

8    process of transitioning to a new aircraft.

9    Q.   You're now in training for a new aircraft?

10   A.   I am.

11   Q.   Other than being a pilot for the Navy, have you held other

12   positions within the Navy?

13   A.   I have.  So the Navy values officers that have a breadth of

14   experience, so I've done many, you know, jobs flying planes,

15   but also many jobs sitting behind a desk, you know, the "staff"

16   jobs is what we refer to them as.

17   Q.   Have you worked on an aircraft carrier?

18   A.   I have.  I was the shooter on an aircraft carrier.  I

19   launched the aircraft off the aircraft carrier.  I've worked

20   for NORTHCOM, I've worked Italy, so quite a variety of things.

21   Q.   Now, let me direct your attention to October 18th, 2016.

22        Do you remember that day?

23   A.   I do.

24   Q.   Were you sent out on a mission that morning?

25   A.   I was.

1   Q.   At the time, where were you stationed?

2   A.   We were stationed in Hawaii -- Kaalualu Bay, Hawaii.

3   Q.   Were you deployed somewhere else?

4   A.   We were.  We were deployed to El Salvador.

5   Q.   How long had you been in El Salvador?

6   A.   By that time, I probably been there three months.

7   Q.   And you were the commander of you're your squadron there,

8   in El Salvador?

9   A.   At that time, I was the executive officer, so I was the

10  second in commander of the squadron.

11  Q.   Commander, would it assist you in explaining to the jury

12  where in the world you were at the time of this case to point

13  it out on a map?

14  A.   If it's necessary, sure.

15          MS. VIAMONTES:  May I approach, Your Honor?

16          THE COURT:  All right.

17          MS. VIAMONTES:  Your Honor, may the witness step down?

18          THE COURT:  All right.

19          (Witness steps down.)

20  BY MS. VIAMONTES:

21  Q.   And you want to be able to see it, I would imagine; right?

22  A.   We can move it around.

23  Q.   No, that's fine, we could probably do it from here.

24          Commander, can you please -- and I'm showing you what's

25  premarked as Government's Exhibit 41 for identification just

1    for demonstrative purposes.

2        Is this a map which depicts the Gulf of Mexico?

3    A.   It does.

4    Q.   And does it depict Mexico and South America?

5    A.   It does.  Well, Central America.

6    Q.   I'm sorry, Central America.

7        Can you please point out to the members of the jury

8    whereabouts you were during this mission?

9    A.   Yes.  This is El Salvador, and we were just right on the

10   coast there, midway through El Salvador.

11   Q.   And during this mission, were you sent out to fly in a

12   particular area?

13   A.   We fly all throughout this area, you know, surveillance

14   patrol.  So we get given a certain area to go look and we'll go

15   to that area to look and, you know, conduct a patrol of the

16   area that we're assigned.

17   Q.   And when you're in El Salvador, were you on a mission to

18   interdict narcotics, specifically?

19   A.   That is correct.  We do Operation Martillo down there.

20   Specifically, we were out there just to find illicit activities

21   on the high seas.

22   Q.   And while we're all situated, if I may refer to the next

23   map, Government's Exhibit 42 for identification, would this

24   help you explain to the jury --

25        MS. PINERA-VAZQUEZ:  Your Honor, before she shows the

1   map, I have an objection, please.

2           THE COURT:  Okay.  What's the objection?

3           MS. PINERA-VAZQUEZ:  There are some pins on the map

4   that I request they be taken off.

5           MS. VIAMONTES:  Your Honor, the pins were preplaced

6   there by this witness because it marks the longitudes and

7   latitudes for him to explain to the jury.

8           MS. PINERA-VAZQUEZ:  Your Honor, I would object to the

9   pins until he testifies to it.  I don't know what he's going to

10  testify to because I've never interviewed this witness.

11          THE COURT:  All right.  Overruled.

12          MS. VIAMONTES:  Now, if we get a little closer, you may

13  be able to explain it better to the jury.

14          We might stand over here.

15  BY MS. VIAMONTES:

16  Q.   Now, I'm showing you what's been premarked as Government's

17  Exhibit 42 for identification.

18          What is Government's Exhibit 42?

19  A.   This looks to be a map off the coast of Mexico, so the

20  Western Pacific -- I'm sorry -- the Eastern Pacific.

21  Q.   A nautical map?

22  A.   A nautical map, correct.

23  Q.   And here we see two pins that are colored.

24          Can you please describe the green pin?

25  A.   Yep.  The green pin is where the interdiction occurred.

1    Q.  All right.  Is this the area that you responded to on

2    October 18th, 2016?

3    A.  I was there later on, on my mission.  I initially responded

4    to the area just south of the silver pin, and then this is

5    where I initially picked up a vessel that was of interest to

6    me.  It showed indicators that they were conducting illicit

7    activity.

8    Q.  So when you were testifying, throughout your testimony,

9    were you in this region here, on this map, by this space?

10   A.  I was.

11   Q.  Just south of Mexico?

12   A.  Correct.

13       MS. VIAMONTES:  You can take your seat.  Thank you.

14       (Witness resumes stand.)

15   BY MS. VIAMONTES:

16   Q.  Now, Commander, you mentioned that you fly.  Back in

17   October of 2016, you were flying the P-3 Orion; is that

18   correct?

19   A.  P-3 Orion, yeah.

20   Q.  Orion.

21   A.  Uh-huh.

22       MS. VIAMONTES:  May I approach, Your Honor?

23       THE COURT:  All right.

24   BY MS. VIAMONTES:

25   Q.  Commander, I've handed you what's been premarked as

1    Government's Exhibit 5 for identification.

2         Do you recognize it?

3    A.   I do.

4    Q.   What is it?

5    A.   It's a picture of a P-3 Orion.

6    Q.   Does that picture accurately depict the way Orion -- the

7    P-3 Orion looked when you were flying it back in October of

8    2016?

9    A.   It does.

10        MS. VIAMONTES:  Your Honor, at this time, the

11   Government moves Government's Exhibit 5 into evidence.

12        MS. PINERA-VAZQUEZ:  No objection.

13        THE COURT:  Be admitted.

14        (Government's Exhibit 5 admitted into evidence.)

15        MS. VIAMONTES:  Permission to publish, Your Honor.

16        THE COURT:  All right.

17   BY MS. VIAMONTES:

18   Q.   All right, as that's loading up...

19        Now, the P-3 that you were flying back in October, does it

20   have markings that show that's a U.S. Navy aircraft?

21   A.   It does.  It's very similar to this.  You can see the

22   "Navy" on the side.  It also has "Navy" written on the bottom

23   of the wings -- which you can't see here -- and on the top of

24   the wings; so if you were above the plane or below the plane,

25   you would still know that it was a U.S. Navy aircraft.

1   Q.   Great.  Now, let's talk about October 18th.

2        Were you have given a track or a region to search?

3   A.   We were.  We were given a large area and we were told to go

4   look in that area for illicit activity.

5   Q.   Do you pick which area you're going to search on any given

6   day?

7   A.   I do not.

8   Q.   How often were you flying back in October of 2016?

9   A.   Until we had three crews down there, each crew flew, on

10  average, once every three days.

11  Q.   Did you fly every three days?

12  A.   I did not.  I was the executive officer, so I flew a little

13  bit less, but I still did missions probably, on average, one or

14  two a week.

15  Q.   The rest of your crew that day, did they fly every three

16  days?

17  A.   They did.

18  Q.   How many members, crew members did you have on board on the

19  P-3?

20  A.   We had 10 that day.

21  Q.   Can you tell the members of the jury what the roles are of

22  different crew members on the P-3?

23  A.   Absolutely.  So we do long missions, 10 to 11 hours, so we

24  bring three pilots on board.  We have two pilots in a seat at a

25  time and the third pilot is resting in the back, taking his

1    turn to fly later on another mission.

2         We have two flight engineers on board.

3         We have a tactical coordinator who kind of runs the entire

4    crew.

5         We have a navigator and communicator, who handles all the

6    radio communications.

7         We have an acoustic operator, who's someone that would

8    listen to sonar buoys if we were tracking a submarine, and then

9    we have a non-acoustic operator, who runs our radar and our

10   camera system.

11   Q.   When you're flying the P-3 and when you were flying it on

12   October 18th, 2016, could you see the water beneath you?

13   A.   I could.

14   Q.   How?  How could you see it?

15   A.   Well, I mean, where we fly, as long as there's no clouds

16   between us and the water, we can see the surface of the water.

17   Q.   Was it a clear day back on October 18th, 2016?

18   A.   Fairly clear.  It's what we would call "scattered," so it

19   was, you know, three-sevenths of the sky was covered in clouds,

20   so, for the most part, you could see a majority of the water.

21   Q.   Good weather?

22   A.   Fairly good weather, yes.

23   Q.   What is the purpose of the P-3, generally?

24   A.   It's a three-mission anti-submarine warfare surface

25   surveillance, which is what we were doing that day; and then

1    reconnaissance surveillance, which is where we would look at

2    over-land targets, look at foreign countries that we would want

3    to collect intelligence on.

4    Q.    And what sort of equipment do you have to do surface

5    surveillance on the P-3?

6    A.    Yep.  So the primary two systems we use, our radar system

7    and a E-O-I-R camera, so electro-optical infrared camera.  And

8    our camera specifically has, you know, three different lenses

9    built in; one for infrared, one for very wide angle, and then

10   one that is very narrow angle.  It is kind of like looking

11   through a soda straw, but you can see a very long distance.

12   Q.    Now, back on October 18th, 2016, when you get to the region

13   that you're supposed to surveil, did there come a time that a

14   target -- you saw a target of interest?

15   A.    Correct.  We went out there, you know, we looked at

16   multiple boats, and one of the boats we looked at seemed to be

17   a little bit suspicious to us, so we investigated that vessel.

18   Q.    What is the "target of interest," tell the members of the

19   jury.

20   A.    A "target of interest" is when we go out to some area and

21   they say, hey, go look for these kind of activities, these

22   illicit smugglings.  And so, we saw a vessel that seemed like

23   it was maybe doing some illicit activity, and we would refer to

24   that as the "target of interest."

25   Q.    What specifically were you looking for as suspicious

1  activity of a vessel that might be engaged in illicit activity?

2  A.  So, I mean, there's lots of vessels out there, all

3  different sizes.  But, for us, we're looking for smaller boats

4  that don't have fishing gear on board, that have a large number

5  of outboard engines, you know, to try to propel these boats

6  relatively quickly in the water; you know, multiple people on

7  board; things covered with tarps -- so they're all kind of

8  suspicious activities -- moving at high rates of speed.

9       We find that the fishermen don't travel at the same speeds

10  that maybe people that are trying to smuggle products do.

11  Q.  You mentioned you did see a target of interest?

12  A.  We did.

13  Q.  And what sort of indicators did you see on this target of

14  interest that caught your eye?

15  A.  So, initially, the radar picked up a target that was moving

16  at 27 knots, which is very fast.  We don't see fisherman going

17  that fast because it uses a lot of fuel.

18       And if you're out there to make a living, you want to go,

19  you know, relatively slow speeds; go out to the fishing

20  grounds, catch your fish and bring them back.

21       So any boat moving at 27 knots is suspicious to us.

22  Q.  Once you picked that up on radar --

23  A.  Yes.

24  Q.  -- did you do something to try and see it clearer?

25  A.  So, after we get on radar -- and in that situation, it's

1    just a dot to us on the screen.  We then flew closer, got the

2    camera to look at the vessel, noticed two outboard motors on

3    the vessel, at a minimum, three people we saw initially, and we

4    saw some cargo covered with tarp; and that, to us, was clear

5    indication that this was illicit activity.

6    Q.   Once you see this suspicious target of interest, what do

7    you do?

8    A.   We report it back to our, you know, to our bosses; that's

9    the Joint Inter-Agency Task Force South, here, in Key West.

10   Q.   How long did it take you from the time you left El Salvador

11   until the moment that you saw the target of interest, roughly?

12   A.   I mean, I know that it was 590 miles west of El Salvador,

13   so that distance alone took me two hours to fly there, and then

14   I probably spent another 30 to 45 minutes looking for that

15   target -- or looking for suspect vessels.

16   Q.   When you see the target of interest about two hours or so

17   after you leave El Salvador, is there any boats close to it?

18   A.   I mean, boats generally on the open oceans, they don't

19   travel that close -- you know, it's rare to see boats that are

20   close together.

21        It's not like the highways and the freeways here.

22        There, if you see a boat within a mile or two of another

23   boat, that is something odd.  And so, we certainly didn't note

24   that on this flight.  I do remember towards the end of the

25   flight telling the Coast Guard on the radio that there was no

1    other surface contacts within 30 miles of that vessel.

2    Q.   Do you check to see if there's another vessel within 20 to

3    30 nautical miles of the target of interest?

4    A.   Correct.   And our radar is on the entire time.   If we had

5    noticed two vessels coming together, that would have been

6    something that would have been very clear to us, and we did not

7    see that on this mission.

8    Q.   Once your radar picks up the target of interest, does your

9    radar stay on the target of interest the entire time?

10   A.   It does, and it continues to track it the entire time, as

11   long as we're in range.

12   Q.   When you're sitting as a pilot in the pilot's seat, can you

13   see the camera?

14        Do you have a screen in front of you that sees what the

15   camera's picking up?

16   A.   I can.

17   Q.   Can you also see out the windows and see what's going on

18   beneath you?

19   A.   I can.

20   Q.   Initially, when you see this target of interest, are you at

21   a high elevation?

22   A.   We are.   So, yeah, relatively high altitude, we don't want

23   to be detected, so we stand out quite a distance and use the

24   camera to see more clearly what's going on.

25   Q.   When you say at a "high elevation," generally, give us an

1    idea of how high your aircraft was.

2    A.   A mile-and-a-half, two miles up.

3    Q.   And even though you're a mile-and-a-half, two miles up, can

4    your radar still pick up the vessel?

5    A.   Absolutely.

6    Q.   And can your camera zoom in and see the vessel at times?

7    A.   Yes.  Assuming there's no clouds below you, yes.

8    Q.   Okay.  Now, once you spot this target of interest, do you

9    keep eyes on it for awhile?

10   A.   Yes, we do.  I mean, the general -- we try to keep eyes on

11   it as much as we can, assuming there's nothing else we need to

12   put the camera on.

13   Q.   Did there come a time that you saw suspicious activity

14   coming from that vessel?

15   A.   So, the vessel was traveling at a high rate of speed and

16   then it slowed down and stopped, which is also strange to us --

17   that it's maybe something that a boat would do if they're

18   concerned that someone might be following them, or that an

19   aircraft might be in the area looking for them -- and so they

20   did slow down, almost stop, and then a few minutes later, they

21   started dumping some sort of cargo overboard.

22   Q.   And did the camera pick up the dumping of the cargo?

23   A.   It did.

24   Q.   Are you at a high altitude when this dumping of the cargo

25   takes place?

1    A.   I am.

2    Q.   Is the camera able to get a close-up view of the

3    individuals dumping the cargo?

4    A.   No.

5    Q.   Like their facial rec -- could you see their faces?

6    A.   No, I'm at a significant distance, so...

7    Q.   And is the radar still maintaining contact with the vessel?

8    A.   Yes.

9    Q.   During your surveillance of this vessel, did you have the

10   cameras on at all times?

11   A.   So, the camera we're trying to monitor, if we can, but we

12   have a single operator who's trying to run the radar and the

13   camera, so he doesn't have the ability to run -- you know, they

14   both might be on, but he can only manually control the camera

15   for certain periods of time.

16        It's standard operating procedure for us that we will

17   record things that the camera sees if they are what we would

18   consider vital or important to sending up our chain of command

19   and telling our bosses.

20        So we don't run the -- we don't videotape everything that

21   we see.  We just videotape the tidbits that we think are

22   important.  So if the boat is traveling in one direction for a

23   long period of time, we're probably going to turn the video

24   recorders off; and then if they stop and start dumping drugs or

25   dumping some sort of, you know, package, then we'll turn the

1    recorders back on during those times.

2    Q.   When the camera is turned off, is the radar still

3    functioning?

4    A.   It is.

5    Q.   And is the radar still tracking that vessel?

6    A.   Yes; that and, theoretically, the hundreds of other vessels

7    that might be in the area.  So we can see all the vessels at

8    the same time.

9    Q.   Now, the particular vessel -- the target of interest you

10   saw on October 18th, 2016, could you see what type of vessel

11   that was?  How would you describe that vessel to the members of

12   the jury?

13   A.   So we refer to the small fishing boats in the 23- to

14   28-foot realm, in that general geographical area, we refer to

15   them as "Pangas."  That's really just the style of the boat,

16   and that it's a, you know, relatively small fishing vessel,

17   flat-bottom, a small rise in the bow towards the front, and

18   then an area in the back to put outboard motors.

19   Q.   And did this panga that you saw on October 18th, 2016, have

20   a tarp covering a portion of it?

21   A.   It did.  There appeared to be, yes.

22   Q.   And did you look to see if it had any fishing gear?

23   A.   I did.  We did not see any.

24   Q.   No fishing gear?

25   A.   Nope.

1   Q.   Now, it's in the high seas; right?

2   A.   Correct.

3   Q.   Tell the members of the jury how far, roughly, off land it

4   was when you spotted it.

5   A.   So it was about 120 miles south of Mexico and not in an

6   area that we would typically see fishing.

7   Q.   In that area, would you anticipate seeing large fishing

8   gear if they're out there fishing?

9        MS. PINERA-VAZQUEZ:  Objection.  Speculation.

10       THE COURT:  Overruled.

11  BY MS. VIAMONTES:

12  Q.   Based on your training and your experience, would you see

13  large fishing boats?

14  A.   Certainly, if there are large fishing boats out there, I

15  would expect them to have fishing gear, yes.

16       There would be no reason to be 120 miles off the coast if

17  you weren't doing something out there.

18  Q.   And how many motors did you see on the small panga?

19  A.   Two.

20  Q.   And could you see multiple people?

21  A.   We could.

22  Q.   Now, as you're tracking or your crew is tracking the panga

23  on radar and you see the jettison, can you see any other

24  similar boats, Pangas, other vessels within 30 nautical miles

25  of the target of interest that we're talking about?

1   A.   At the time, no, we did not.

2   Q.   Tell the members of the jury what you see after the people

3   on board that panga dump or jettison all the dope and

4   containers overboard.

5   A.   So after they jettison, we start to see a few more people

6   in the boat, and then they fire both motors and take off at a

7   high rate of speed.

8   Q.   Does the tarp that was covering the cargo get thrown into

9   the water or does it go away at some point?

10  A.   I don't recall where the tarp ends up.

11  Q.   But at some point you are -- as you're following it, you're

12  able to see more people than you originally saw?

13  A.   Yes.

14  Q.   Is is that during the jettison?

15  A.   Yes, it starts at the jettison and, you know, once they

16  jettison the drugs, I can get permission to go down to a lower

17  altitude, because I'm not trying to be as covert anymore.

18       So once I went down to the lower altitude, it's easier for

19  us to then count how many people were on board.

20       Our camera imagery gets a little bit better.

21  Q.   And how do you get permission to go a little lower or

22  lower?

23  A.   Yeah, I mean, I ask my bosses and say, hey, can I get

24  permission to go lower, you know, we have a chat-like system,

25  and we chat it out to them and they reply, "you're approved."

1   Q.   And they communicate back here to JIATF South?

2   A.   That is correct.

3   Q.   Here, in Key West?

4   A.   That is correct.

5   Q.   And then it's relayed back to you and giving you

6   permission; correct?

7   A.   Correct.

8   Q.   When the occupants of the panga dump that cargo -- those

9   bales -- overboard, are you able to mark it, are you able to

10  record somehow where that was?

11  A.   Absolutely.  So we flew right over the jettison field.  We

12  do what's called a "mark on top."  That means we fly right over

13  it and we mark that latitude and longitude, so we can come back

14  later and find those -- find that stuff that was pushed

15  overboard.

16  Q.   Are there different ways to record the longitude and

17  latitude out at sea, or in the air, when you're in the air?

18  A.   Yeah, I mean, there's multiple different ways you could do

19  it, but the mark-on-top is the most accurate.

20  Q.   And mark-on-top is you flying right over it?

21  A.   Correct.

22  Q.   Do you have equipment that can help you in marking

23  longitudes and latitudes?

24  A.   I do.  If I point the camera at a certain area, it should

25  give me a longitude and latitude for whatever I'm looking at.

1  Q.  Does that specific portion of the camera always function?

2  A.  No, and it wasn't functioning that day.  But it's not

3  really a part of the camera system.  It's kind of a separate

4  system that maybe makes our life a little bit easier.

5      It makes it easier to track something, but -- and the

6  camera was fully functional, but that portion there, that just

7  helps us track a little bit easier, wasn't working properly

8  that day.

9  Q.  You have to go old-school and just fly right over the

10 debris?

11 A.  Yes.

12 Q.  And the camera -- you'll see, if you watch some of the

13 video -- the camera is not automatically tracking the ship and

14 things like that.  It's manually being maneuvered, you know,

15 with the operator's thumb manually moving the camera, so it's

16 not quite as smooth as we would normally see.

17 Q.  When you mark the jettison field or the debris field, do

18 you expect that debris to be in the same location when you come

19 back to it a while later or does it drift?

20 A.  It would be in the similar location, but you have drifts,

21 so in that area, we see a two- to three-knot drift per hour

22 nautical miles.

23 Q.  So you were able to calculate where you expect it to be?

24 A.  Absolutely.

25 Q.  After you marked the jettisoned field, what do you do?

1    A.   We go back to locating the target of interest.  So we look

2    at the radar contact that is still in our scope and we turn the

3    airplane and fly down to the panga driving away.

4         MS. VIAMONTES:  Permission to approach, Your Honor.

5         THE COURT:  All right.

6    BY MS. VIAMONTES:

7    Q.   Commander Imlah, I hand you what was marked as Government's

8    Exhibit 27.  Do you recognize it?

9    A.   I do.

10   Q.   What is it?

11   A.   It is a CD that contains -- or I'm sorry -- a DVD that

12   contains the video footage from our mission that day.

13   Q.   And how do you know that that's the video that has the raw

14   data footage from this case?

15   A.   Because my initials are on the DVD that I initialed it when

16   I looked at it.

17   Q.   You had an opportunity to review it and initial it?

18   A.   I did.

19   Q.   And does that video accurately contain what was captured

20   with the cameras, and does it accurately depict what had

21   happened on October 18th, 2016?

22   A.   It does.

23        MS. VIAMONTES:  Your Honor, at this time, the

24   Government moves Government's 27 into evidence.

25        MS. PINERA-VAZQUEZ:  Your Honor, may I have permission

1   to voir dire?

2        THE COURT:  Okay.

3        MS. PINERA-VAZQUEZ:  Thank you.

4                  VOIR DIRE EXAMINATION

5   BY MS. PINERA-VAZQUEZ:

6   Q.  Commander -- is it Lieutenant --

7   A.  Commander.

8   Q.  -- Imlah?

9   A.  Yes.

10  Q.  When you saw that video -- how many parts does it contain?

11  A.  I believe there's five or six parts.

12  Q.  Well, is there five or is there six parts?

13  A.  I don't remember, offhand.

14  Q.  The video in front of you has five parts; isn't that

15  correct?

16  A.  Okay.  I don't know.  I would need to put the CD in and

17  look at it again.

18        MS. PINERA-VAZQUEZ:  Well, Judge, then we'd

19  object because -- we'd object to its introduction because he,

20  obviously, does not know what's on the CD and can't testify to

21  its authenticity.  He can't testify to what's on that CD.

22        THE COURT:  Overruled.

23        MS. VIAMONTES:  Your Honor, at this time the Government

24  moves -- was it Government Exhibit 27 into evidence?

25        THE WITNESS:  27.

1          MS. VIAMONTES:  Now -- give me one second, Your Honor.

2          (Brief pause in the proceedings.)

3               DIRECT EXAMINATION (continued)

4     BY MS. VIAMONTES:

5     Q.  Once you were able to mark the debris field, did you leave

6     the debris field?

7     A.  We did.

8     Q.  And where did you go?

9     A.  We went north looking at the target of interest as it

10    departed the area.

11    Q.  And was the target of interest going at a slow rate of

12    speed?

13    A.  He was going relatively fast, greater than 20 knots.

14    Q.  As you're making these observations, picking it up on the

15    camera, and radar and seeing it out the window, do you

16    communicate this to anyone?

17    A.  We do.  So we keep constant communication with JIATF South,

18    and the Coast Guard cutter is on the same frequency as well.

19    So we give them consistent updates every 15, 20 minutes.

20          MS. VIAMONTES:  Permission to publish Government's 27,

21    Your Honor.

22          THE COURT:  All right.

23          (Government's Exhibit 27 admitted into evidence.)

24    BY MS. VIAMONTES:

25    Q.  Now, Commander, as that's loading up, I think you briefly

1   mentioned that the camera has a few different angles or camera

2   lenses; is that accurate?

3   A.   That is correct.

4   Q.   Can you describe that to the members of the jury, the three

5   different lenses?

6   A.   Yes.  So, infrared, this senses the difference between hot

7   and cold.  So, for instance, a boat that's moving on the

8   surface of the water, the water's relatively cold, the boat's

9   going to be warmer, you know, body heat is created, engine heat

10  is created, so it helps pick out some of those features, the

11  infrared.  That's black and white only.

12  Q.   If I can stop you there.

13  A.   Yes.

14  Q.   Is that typically used when you're at higher altitudes?

15  A.   I mean, we'll use whatever lens that gives us the best

16  imagery.

17  Q.   All right.  And is that one a little granier than maybe

18  some of the other lenses?

19  A.   It is.

20  Q.   All right.  And what's the second one?

21  A.   The second one, it's electro-optical wide.  That's the

22  wide-angle lens.  That one's in color, but you can't zoom in

23  very much on that one, it's very -- you know, it's a broad -- a

24  very broad picture.

25       Then the last one is our electro-optical narrow, and that

1   is black and white as well, and that's the pencil beam I'm

2   talking about, looking out a soda straw at a long distance.

3   Q.   So now, the wide angle, is that normally used when you're

4   at lower altitudes?

5   A.   That is.

6   Q.   And the narrow, the one that you're looking down a soda

7   straw -- as you describe it -- is that when you're at high

8   altitudes, to be able to zoom in?

9   A.   Correct, high altitudes or far away from the target.

10  Q.   Okay.  Now, I'm publishing Government's 27 now in evidence.

11       And is this when you first spot the target of interest, or

12  shortly thereafter, you notice it has suspicious

13  characteristics?

14  A.   Yep.  So we initially noticed he was going 27 knots, and as

15  we came in-bound to look at, you know, the target, he slowed

16  down and stopped.

17       This is what we call "DIW" -- or dead in the water.

18  Q.   And here you're using the narrow-angle lens?

19  A.   Correct, this is the narrow end.

20       MS. PINERA-VAZQUEZ:  Your Honor, can we lower the

21  lights a little bit to see it better?

22       THE COURT:  Sure.

23       THE WITNESS:  So, we see people in the boat.  It looks

24  like they're adjusting the tarp.

25  BY MS. VIAMONTES:

 1   Q.   And can you see the tarp there?

 2   A.   I can see the tarp there, yes.

 3   Q.   And when I hit "play," can you see it blowing in the wind?

 4   A.   I can see it moving in over the center of the boat.

 5   Q.   And now, is the panga picking up speed?

 6   A.   I think they're still kind of adjusting the tarp, and the

 7   engines are probably just --

 8        MR. BERRIO:  Objection as to speculation, Your Honor.

 9   A.   -- turned up a little bit.

10   BY MS. VIAMONTES:

11   Q.   Were you able to see what was going on in the boat?

12   A.   We couldn't see, you know.   We just saw there was no

13   fishing gear, we saw the two outboard engines, and we saw

14   something underneath the tarp, and all that stuff indicated to

15   us that something strange was going on.

16   Q.   While you're surveilling this panga, are there times where

17   the boat stops or idles?

18   A.   Yeah, I mean, what we just saw a few minutes ago was that

19   boat kind of stopped and idling.  And now --

20   Q.   And then are there times where it picks up its speed for

21   awhile?

22   A.   Absolutely, absolutely.

23        MR. BERRIO:  Objection, Your Honor, as to eight minutes

24   ago; this hasn't been running for eight minutes, what we just

25   saw, eight minutes ago?

1           THE COURT:  Did you say "eight minutes"?

2           THE WITNESS:  I did not not say "eight minutes," no,

3   sir.

4           THE COURT:  What did you say?

5           THE WITNESS:  What was the question again?

6           MS. VIAMONTES:  Judge, I didn't say --

7           THE WITNESS:  I said, yeah, previously, you know, they

8   hadn't stopped yet, as you've -- I don't know the specific

9   amount of time.

10  BY MS. VIAMONTES:

11  Q.  Now, is the camera recording your entire mission, all 10

12  hours that you're in the sky, are you guys recording?

13  A.  No, we can't really -- I mean, we don't have the funding to

14  purchase enough tapes to record for 10 hours, plus someone

15  would then have to watch the 10 hours of videotape.

16          And so, we don't have the manning for that.  We just record

17  the tidbits that we think is going to be important, small

18  sections.  But I believe on this mission, you know, we

19  collected over an hour, so that was -- a significant portion.

20          MS. VIAMONTES:  So, let me, for the sake of time --

21          MS. PINERA-VAZQUEZ:  Your Honor, I'm going to object.

22  I request that the entire video be played so the jury can see

23  the video, as opposed to counsel moving it forward and

24  selecting it.  I mean, we'd like the jury to see the entire

25  video, from the beginning to end, of all the parts.

1          THE COURT:  You can do that on cross if you think it's

2     relevant.

3          MS. PINERA-VAZQUEZ:  Okay.

4          MS. ANTON:  Your Honor, I'd move the entire video into

5     evidence.  For sake of time, I'm just going to proceed to

6     timestamp 855.

7          (Videotape played with no audio.)

8     BY MS. VIAMONTES:

9     Q.  Now, Commander, here, at timestamp 855, what's depicted in

10    this portion of the video?

11    A.  You can see members on the boat throwing something into the

12    water, whatever the cargo that is under the tarp was thrown

13    into the water.

14    Q.  And is this the same panga that we just previously saw as a

15    target of interest?

16    A.  It is.  We had radar contact for this boat the entire day.

17    Q.  At the time that you're observing this panga, could you see

18    any other panga in its vicinity?

19    A.  No.

20    Q.  Any other similar vessel in its vicinity?

21    A.  No.  And that's something we would have noted, but we did

22    not.

23    Q.  Now -- what are you observing now on the video?

24    A.  It seems like a large chest or something from the center of

25    the boat was also thrown out.

1    Q.   After that large chest was thrown out and the other

2    packages, what is the panga now doing?

3    A.   Now it's accelerating, trying to get out of the area as

4    quickly as possible.

5    Q.   As you see this jettison of the packages, the chest, do you

6    communicate that back to JIATF South?

7    A.   We do.

8    Q.   And is the Coast Guard cutter now being sent in that

9    direction?

10   A.   They look for whatever vessel's within the area, and if

11   they have something that could intercept, they send a Coast

12   Guard vessel there.

13   Q.   Do you maintain eyes on this panga after the jettison as

14   it's fleeing?

15   A.   For the most part, we do.  You know, we wanted to go back

16   and get positive contact with the debris field, so there is a

17   few minutes there where we don't have contact.  We still have

18   it on radar, we just don't have the camera pointed at it.

19   Q.   And when we say "eyes," are we talking about the camera?

20   A.   Yep.  When I say "eyes on," I'm referring to the camera is

21   actually looking at the target.  You can see now we're panning

22   back to probably -- to look back at the debris field.

23   Q.   All right.  So when the camera pans back to look at the

24   debris field, your cameraman is operating that; correct?

25   A.   Correct.

1   Q.   Is your aircraft still following the panga?

2   A.   We're kind of orbiting in the general vicinity.  So there

3   are times you can look out the window and see them and there

4   are times when you're turned away from them.

5   Q.   And are you still at a high altitude?

6   A.   At this point, I am still at a high altitude.

7   Q.   While the camera's being pointed at the debris field, is

8   the radar still tracking the panga?

9   A.   It is.

10  Q.   And can your cameraman, your radar operator see the panga

11  as it's leaving the area at a high rate of speed?

12         MR. BERRIO:  Objection, Your Honor, speculation as to

13  the "high rate of speed."

14         MS. VIAMONTES:  I'll rephrase it, Your Honor.

15  BY MS. VIAMONTES:

16  Q.   Can you see the radar information as the panga is leaving

17  at a high rate of speed?

18  A.   I can also see the radar information in the flight deck,

19  and yes, we had contact on it.

20  Q.   You could see the radar; correct?

21  A.   Yes.

22  Q.   And at all times, was it tracking the panga?

23  A.   Yes.

24  Q.   Now I'm going to proceed to a different segment of the

25  video, part two.

1       Commander Imlah, at what time was the jettison?

2    A.   I believe it was 14:40 Zulu.

3    Q.   Can you explain that to the members of the jury what that

4    means, 14:40 Zulu time?

5    A.   Because we're doing missions all around the world at any

6    given time, we always reference -- when we're flying the

7    aircraft, we reference from British mean time, which is Zulu

8    time.

9            (Videotape played with no audio.)

10   BY MS. VIAMONTES:

11   Q.   Now we're seeing part two of Government's 27, and what's

12   depicted in this portion of the video?

13   A.   This is the boat after they've dropped the packages they

14   were carrying, heading north towards Mexico, obviously,

15   traveling at a high rate of speed.

16   Q.   And are you still at a high altitude?

17   A.   We are.

18   Q.   What do see see in this portion of the video?

19   A.   This is a cloud, so the camera can't always see them.

20   That's one benefit of the radar, is the radar doesn't respond

21   to clouds, so the radar works whether the cloud's are there or

22   not.

23   Q.   The radar can pierce through the clouds?

24   A.   Yes.

25   Q.   Can your aircraft, the P-3 you were flying on October 18th,

1  can it stay stationary in the same spot and just record what's

2  happening underneath it?

3  A.   No.

4  Q.   Why not?

5  A.   To create lift, we have to be moving forward, so...

6  Q.   It's not a helicopter?

7  A.   We're not a helicopter.

8  Q.   So a helicopter would be able to stay in the same spot.

9       But your aircraft, does it have to loop around?

10 A.   Yeah, we do orbits around over the target of interest.

11 That way we keep the camera on for the longest amount of time.

12 Q.   So while you're orbiting and coming back around to the

13 target of the interest, are there times that your camera cannot

14 pick up the area that you're interested in?

15 A.   There are.

16 Q.   Is this one of those times?

17 A.   Yes.  You can see sometimes the aircraft blocks the imagery

18 as well.

19 Q.   Does there come a time during this segment of the video

20 where you can see the vessel again?

21 A.   Yes.

22 Q.   What do you see here?

23 A.   The same vessel still heading north, still going 20 knots.

24 Q.   And how can you tell -- how do we know that that's the same

25 panga?

1    A.   The radar is in contact the entire time, and the radar's

2    the one telling us that that's, you know, the same contact,

3    still going north, still going the same speed.

4    Q.   And that line we see, what is that line?

5    A.   That's the wake behind the boat.

6    Q.   Back in the clouds again, a little bit?

7    A.   Yeah, he's behind that cloud there; the target of interest

8    is behind the cloud.

9    Q.   Although there are some clouds, is it a fairly clear day

10   for flying?

11   A.   Absolutely, yes.

12   Q.   As the radar is tracking the panga at this point, at any

13   time does it stop and come close to another vessel?

14   A.   No, we didn't see any other vessels near this panga.

15   Q.   Does it stop to rescue any people that are drowning?

16   A.   No.  From the point they dropped the drugs, they have

17   never -- they haven't stopped -- they don't stop until the end

18   when the Coast Guard interdicts.

19        They also don't change course or change speed.

20   Q.   Still going at a high rate of speed?

21   A.   Yep.

22   Q.   Still headed north towards Mexico?

23   A.   Correct.

24   Q.   Now, during this time, are you trying to get permission to

25   go down to a lower altitude?

```
 1    A.   We are.

 2    Q.   And what time in Zulu time is at the top of the video now?

 3    A.   Yeah, that's 15:53 is the Zulu time.

 4    Q.   So is that about 13 minutes after the jettison?

 5    A.   Correct.

 6    Q.   Move ahead a couple minutes.

 7         And now we're at timestamp 555.  What's the time at the top

 8    of the video in Zulu time?

 9    A.   16:09 Zulu.

10    Q.   So now it's about 29 minutes after the jettison?

11    A.   Correct.

12    Q.   And is the panga still traveling at a high rate of speed?

13    A.   It is.

14    Q.   Is it still going northbound?

15    A.   Yes.

16    Q.   Has it come close to any other panga?

17    A.   No.

18    Q.   Has it come close to any other vessel to help --

19    A.   No.

20    Q.   -- people that are drowning?

21    A.   No.

22    Q.   Based on your experience in the Navy, going at this high

23    rate of speed, does it consume a lot of fuel?

24    A.   It does consume a lot of fuel, and this is really hard on

25    the human body.  When you look at the wake that's shooting out
```

1   from the -- every time it hits a wave and it slams back down in

2   the water, that is not a comfortable ride there.

3   Q.  And this uncomfortable ride goes on for how long?

4   A.  I mean, approximately, an hour before the Coast Guard gets

5   there, total.

6   Q.  As you're observing their direction, their speed, their

7   course, are you communicating that back to the Coast Guard?

8   A.  Yeah, I am communicating back to the Joint Inter-Agency

9   Task Force South here in Key West and to the Coast Guard on

10  about every, you know, 15 minutes, we provide them an update,

11  here's the new position, here's the new course, here's the new

12  speed.

13  Q.  And are there times in this video that we see toggling

14  between the different lenses?

15  A.  That is correct.

16  Q.  And who does that?

17  A.  That's our camera operator.

18  Q.  And is that Baidenmann?

19  A.  That is AWS Baidenmann.

20  Q.  All right.  Now, for purposes of saving time, I'm going to

21  go to timestamp 1011, still in part two of Government's 27.

22       And what's the time in Zulu time at the top of the video?

23  A.  16:14 Zulu.

24  Q.  So is that about 34 minutes after jettison?

25  A.  Correct.

1    Q.   And is the vessel still going at a high rate of speed?

2    A.   It is.

3    Q.   Has it stopped at all to rescue anyone?

4    A.   It has not.

5    Q.   Is it still going northbound?

6    A.   Yes.

7    Q.   Towards Mexico?

8    A.   Yes.

9    Q.   Have you seen any other vessel come anywhere close to this

10   panga as it's traveling at a high rate of speed?

11   A.   No.   And like I mentioned before, that's something that

12   would be strange to us.   We would certainly note that, because

13   you don't see that very often.   In my 17 years in the Navy,

14   I've seen it, maybe, a couple of times.

15   Q.   Are you at a lower altitude here?

16   A.   Yes.   Now we've descended down.

17   Q.   So now you have been given permission to get closer?

18   A.   Correct.

19   Q.   And tell the members of the jury, why would you want to get

20   closer?

21   A.   We would get better imagery when we get down closer, so the

22   camera is more clear at a lower altitude.

23   Q.   Now I'm going to move to about timestamp 1410, still in the

24   second portion of Government's 27, and describe to the members

25   of the jury what's happening here.

1  A.  It looks like it's still heading north at a high rate of

2  speed.

3  Q.  And what's the timestamp at the top of the video, in Zulu

4  time?

5  A.  16:18 Zulu.

6  Q.  And now we're 38 minutes from jettison?

7  A.  Correct.

8  Q.  And we're now at timestamp, about, 1455 or so, what do you

9  see happening here in the video?

10  A.  The same, still traveling at the high rate of speed.

11  Q.  Now going into part three of Government's 27 -- while that

12  loads up -- during this time frame, over 30 minutes after

13  you've been following this panga at a high rate of speed, are

14  you now given permission to go lower to get better video

15  imagery?

16  A.  We are.

17  Q.  And during this portion of the video, are you then able --

18  or now able to see the Coast Guard as they're arriving?

19  A.  We are.  There's a -- some of the video that we have in

20  here that shows -- you can see the Coast Guard in the

21  background while we're still taking imagery of the target.

22  Q.  I'm going to go ahead to proceed to timestamp 630.

23      Tell the members of the jury what they're seeing here, what

24  you observed at the time.

25  A.  So this is still, you know, the target vessel heading

1   north, and the Coast Guard vessel -- the Coast Guard intercept

2   small boat has been dispatched to intercept.

3   Q.   What does that mean, "intercept"?

4   A.   It means they try to catch up to them, just challenging

5   when they're going 20 knots.

6   Q.   Were they gaining on them?

7   A.   They were.

8   Q.   Now, at about timestamp 717, what do you see on the video

9   now?

10  A.   Still heading north at the same speed.

11  Q.   And now does it switch to a different camera angle?

12  A.   Yeah, switch to the wide-angle lens now, and we're trying

13  to get -- you can see there's the Coast Guard interceptor on

14  the right, and you can see the target of interest on the left.

15  Q.   All right.

16  A.   I know it's hard to see, but we've spent plenty of time

17  looking at these screens and --

18  Q.   Let me freeze it there.  Let me pause it there.

19       Can you see the target of interest and one of the

20  Coast Guard boats?

21  A.   I can.

22       MS. VIAMONTES:  Okay.  Your Honor, permission for the

23  witness to step down to point at the screen.

24       THE COURT:  Okay.

25       (Witness steps down.)

1

2    BY MS. VIAMONTES:

3    Q.   Commander, if you would, could you please step down and

4    point out to the members of the jury where you see the target

5    of interest?

6    A.   This is the target of interest here.  (Indicating)

7    Q.   Okay.  And where do you see a Coast Guard boat?

8    A.   The Coast Guard intercept vessel is here.  Those white

9    marks are the -- the white marks are the wake behind the boats.

10   Q.   All right.  So I'm going to hit "play" again so we can see

11   it as it moves.

12   A.   You can see the Coast Guard boat is on an intercept course,

13   it's going to take awhile for them to catch up.

14   Q.   What does that mean, "intercept course"?

15   A.   It means that they chose a -- they're driving their boat in

16   the direction that they will eventually catch up to them.  You

17   know, when you're trying to catch up to the boat, you don't

18   want to go directly towards the boat, where it is now, you want

19   to go directly where it's going to be, heading in the other

20   direction.

21   Q.   And here, can you still see the target of interest and the

22   Coast Guard intercept vessel?

23   A.   I see the Coast Guard -- I don't -- oh, there it is, right

24   there, on the lower left.  (Indicating)

25             THE COURT REPORTER:  Can you use the microphone,

1  please.

2            THE WITNESS:  Yes.  Should I sit back down?

3            MS. VIAMONTES:  One second.  There you go.

4            (Hand-held microphone being used.)

5  BY MS. VIAMONTES:

6  Q.  Could you please point out to the members of the jury where

7  you see the target of interest?

8  A.  Can we play it again real quick so I can see which position

9  you're at?

10  Q.  I will go back just a tad.

11  A.  Can you see there, it's pretty clear, the one here is the

12  target of interest, and the one on the upper right is the

13  Coast Guard intercept.  (Indicating)

14      So that's Coast Guard intercept, target of interest.

15            MS. VIAMONTES:  Great.  Thank you.  You can have a

16  seat.

17            (Witness resumes stand.)

18  BY MS. VIAMONTES:

19  Q.  Now, the Coast Guard intercept vessel, do you know what

20  type of vessel that is?

21  A.  That's a Coast Guard cutter.

22  Q.  I'm going to proceed to timestamp 11, still in part three

23  of Government's 27.  Actually, let's starting playing here.

24  I'm not sure if we saw this portion.  Is this a different

25  angle?  Are you now at a lower altitude?

1    A.   We're at a lower altitude.   This is the wide-angle lens,

2    the color lens.

3              (Videotape played with no audio.)

4    BY MS. VIAMONTES:

5    Q.   And what vessel is that, that we're seeing in the middle of

6    the screen?

7    A.   That's the target of interest.

8    Q.   As the camera is going back and forth between the different

9    camera lens, is the radar still on the target of interest?

10   A.   It is.

11   Q.   Now see timestamp 11 and describe to the members of the

12   jury what you see there depicted in the video.

13   A.   That's the panga target of interest.

14   Q.   And is it still going at a high rate of speed?

15   A.   It is.

16   Q.   And what direction is it traveling in?

17   A.   North.

18   Q.   When you reviewed this video, could you see -- could you

19   now see more individuals than what you initially saw on the

20   panga?

21   A.   Yes.

22   Q.   How many individuals can you see?

23        I'm not saying specifically in this portion, but when you

24   reviewed the video, in total, how many people could you see?

25   A.   Seven.

1          MS. PINERA-VAZQUEZ:  Objection.  Objection, Judge.

2          THE COURT:  Overruled.

3    BY MS. VIAMONTES:

4    Q.  I'm sorry, I didn't hear that.

5    A.  Seven.  It was much easier to count them when they slowed

6    down, which happens here in a few minutes.

7    Q.  Does that panga eventually slow down?

8    A.  It does.

9    Q.  Why?

10   A.  The Coast Guard asked me to fly over the panga as close as

11   I was willing to go.

12         MR. BERRIO:  That calls for speculation, Your Honor,

13   why is the panga slowing down.

14         THE COURT:  It's not being offered for the truth of the

15   matter.  He's just explaining what he did.

16         THE WITNESS:  I took my aircraft down to 200 feet, and

17   we flew just to the starboard side of the vessel and then made

18   a left-hand turn directly in front of the vessel.

19   BY MS. VIAMONTES:

20   Q.  I know we're in Key West; most people know what starboard

21   side means, but what does "starboard" mean?

22   A.  The right-hand side of the vessel.  I didn't want to fly

23   directly over the vessel.

24   Q.  All right.  Did you have to get permission to fly that low?

25   A.  No.

1  Q.  Once you flew that low to the vessel, did it stop?

2  A.  Yeah.  As soon as I, you know, banked the aircraft 200 feet

3  to the right-hand side of the boat, they stopped dead in the

4  water and the Coast Guard interceptor caught up seconds later.

5  Q.  Is that a maneuver you do often?

6  A.  It is.  It's a maneuver I'm trained on, let's put it that

7  way.

8  Q.  You're trained to do it, and you may practice it --

9  A.  Yes.

10  Q.  -- but do you do it often in actual surveillance cases?

11  A.  Yes.

12  Q.  You've done it often?

13  A.  Yep.

14  Q.  All right.  Now, let's proceed to the next portion of the

15  video, part four of Government's 27.

16      Now we're in part four of Government's 27.  Explain to the

17  members of the jury what you see here on the screen.

18  A.  So now you can clearly see the same panga, the same two

19  outboard motors, obviously, no cargo in the center now that we

20  originally saw, and the seven people on board.

21  Q.  And is there a person in the back that's driving that

22  panga?

23  A.  It looks to be, yes.

24  Q.  Did that -- strike that.

25      Could you see a steering wheel on this panga?

1    A.   I couldn't personally, no.

2    Q.   And is it still going in the same direction?

3    A.   Still going same direction.

4    Q.   Same high rate of speed?

5    A.   Correct.

6    Q.   Have you seen it stop and get close to another vessel?

7    A.   I have not.

8    Q.   Have you seen it rescue any people?

9    A.   No.

10   Q.   What are we seeing here?

11   A.   That's one of my engines shut down.  We do that to save

12   gas.

13   Q.   Part of your aircraft?

14   A.   Correct.

15   Q.   All right.  I'm going to proceed to timestamp 312, and

16   we're still in part four of Government's 27, and describe to

17   the members of the jury what you see on the video now.

18   A.   Now you can see the Coast Guard's vessel's much closer to

19   the intercept vessel -- or I'm sorry -- to the target of

20   interest.

21   Q.   That Coast Guard vessel that we see, is that a cutter

22   that's coming close to them?

23   A.   No, that's one of their small rib boat -- we refer to them

24   as "rib" boats -- one of the small boats that they intercept

25   with.

1    Q.   Okay.

2    A.   Rigid hull inflatable, I think.

3         THE COURT REPORTER:   "Rigid," what?

4         THE WITNESS:  Rigid hull inflatable.

5    BY MS. VIAMONTES:

6    Q.   Okay.  I'm going to proceed to timestamp 420.

7    A.   So this is the portion where I'm maneuvering to fly over

8    200 feet.

9    Q.   Now you're getting to the lower altitude?

10   A.   Yep.  It takes awhile for us to work the descent down, and

11   we want to do that slowly and methodically so we don't crash

12   into the water ourself.

13   Q.   And what vessel do we see there?

14   A.   That is the panga.   Being down 200 feet, the imagery is,

15   obviously, much better.  It looks more clear.  Of course, the

16   drawback of being in the lower altitude is the plane blocks the

17   camera at times.

18   Q.   So then do you have to loop around again?

19   A.   We do.

20   Q.   Now, I'll proceed to timestamp seven minutes, still in part

21   four of Government's 27, and describe to the members of the

22   jury what we're seeing here in this portion of the video.

23   A.   You can see the two boats now; the one with the wake is the

24   Coast Guard intercept vessel, and then you can see the other --

25   the target of interest is stopped in the water.

1    Q.   And then, is this after your hard rig, after you came

2    within 200 feet of it?

3    A.   This is.

4    Q.   Commander Imlah, this panga that we see in this portion of

5    the video, is this the same panga that you say over an hour

6    before?

7    A.   It is.

8    Q.   Is this the same panga that you saw jettisoning packages

9    and a chest off the side into the ocean?

10   A.   It is.

11   Q.   Now I'm going to proceed to timestamp 1115.  I stopped a

12   little bit before it, but what do we see in this portion of the

13   video?

14   A.   You can see the Coast Guard is now on board and talking to

15   the people that are on -- that were on the panga.

16   Q.   And now I'll proceed to timestamp 1250.

17        And for the record, when I refer to the "timestamp," I'm

18   referring to the time stamps in the Media Player when that

19   portion of the video is played.  And what's depicted in this

20   portion?

21   A.   Once again, they're continuing with the discussion with the

22   crew members of the panga.

23   Q.   Why do you remain on scene or why do you remain with eyes

24   on the panga if the Coast Guard is now there?

25   A.   We just want to kind of, you know, we try to take care of

1    our owns, we want to make sure that they're being taken care

2    of, and it also helps, we can relay communications for them,

3    things like that.  We can help out, because they're busy right

4    now, as you can imagine.

5    Q.   And do you see a time in the video, the actual Zulu time,

6    up toward the top left-hand corner?

7    A.   I do.

8    Q.   And what time is it?

9    A.   16:47.

10   Q.   So about an hour and seven minutes after the jettison?

11   A.   Correct.

12   Q.   Now I'm going to publish the fifth part of Government's 27.

13        After you saw that the Coast Guard over the horizon or the

14   "rig" -- as you call it -- "rig"?

15   A.   Rig, yep.

16   Q.   -- was there and everyone was safe, did you then go and get

17   eyes on the debris field?

18   A.   Correct.  We were asked by JIATF South to go back and

19   relocate the debris field, so that the Coast Guard could come

20   down and pick up the packages.

21   Q.   And I will proceed to timestamp 24 -- 0024, and what do we

22   see here?

23   A.   Right now, open ocean, but this is when we're -- you know,

24   we reacquiring the bales, since they drifted just a little bit.

25   Q.   I will proceed to timestamp 312, again, in part five of

1    Government's 27.  Actually, let me stop at 229.

2        Can you tell the members of the jury what you see here?

3    A.   Yeah.  Those are the bales that we relocated.

4    Q.   All right.  And I'll proceed to timestamp 312.

5        Here we're just seeing open ocean?

6    A.   Yes, I believe this is the time when the Coast Guard is

7    closing distance on the dropped packages.

8    Q.   All right.  So let's talk about that.  We have one rig --

9    Coast Guard rig with the panga.

10       Is there a second Coast Guard rig that's deployed?

11   A.   Yes, they have a separate Coast Guard small boat -- another

12   rib -- that is proceeding now south from the cutter's position

13   to look for the debris.

14   Q.   Is that an over-the-horizon boat?

15   A.   Over-the-horizon vessel, yep, correct.

16   Q.   So that second over the horizon heads to the debris field?

17   A.   Correct.

18   Q.   And are you conveying information back to JIATF South to

19   convey to them as to the location of the field?

20   A.   Yes, the location is -- I was telling them that I was

21   almost out of fuel, I had about an hour left, so they drove

22   south as quickly as they could to get there.

23   Q.   And were you able to locate the debris field?

24   A.   We were, and we had told them that location, too.

25   Q.   Was it still undisturbed?

1   A.   It was still undisturbed.

2   Q.   Were there any other Pangas near the debris field?

3   A.   No.

4   Q.   And now at timestamp 508, do we see the bales that were

5   previously jettisoned off of the panga?

6   A.   Correct, the same debris field that we looked at a few

7   minutes earlier.

8   Q.   Although you didn't keep eyes on it, are you confident --

9   are you sure that that's the same cocaine that was jettisoned

10  off of the panga target of interest?

11       MR. ABRAMS:  Objection to characterization of

12  "cocaine."

13       THE COURT:  Sustained.

14  BY MS. VIAMONTES:

15  Q.   Are those the same bales that were jettisoned off of the

16  target of interest, panga, that we saw stopped earlier in this

17  video?

18  A.   I believe so.

19  Q.   Now we proceed to Government's Exhibit 7, and what do we

20  see here in the video depicted -- if my timestamp is correct --

21  just water?

22  A.   Just water right now.  Let's see.

23       Sorry, I know the video could be frustrating, but it is a

24  difficult problem to have an aircraft moving at 200 miles an

25  hour, trying to use a camera looking through a soda straw;

1    sometimes it's out of focus, sometimes it's not in the right

2    place, but we do our best.

3    Q.  All right.  Let me proceed to about 11 minutes.  At 11:15

4    in part four of Government's 27 -- we'll play this for a little

5    bit.

6    A.  Part five.

7    Q.  I apologize, it's -- I think it's four.  Oh, part five?

8         I was thinking four.  I apologize, I was looking at the

9    wrong plaintiff's exhibit.

10        In part five, basically, now you're just over the debris

11   field; is that correct?

12   A.  Correct.

13   Q.  Now, when -- you're telling them you're out of fuel, right,

14   and you need to get back to your base quickly?

15   A.  Yeah, we're telling them that we're getting close to being

16   out of fuel and we knew that we had to fly 580 miles home, so

17   we knew it was going to take us about two hours, so...

18   Q.  How long was your crew up in the sky that day?

19   A.  Over -- nine-and-a-half hours, somewhere in that vicinity.

20   Q.  Now, when you returned, what do you do?

21        Do you debrief with other members of your group?

22   A.  Yes.  So we bring all the members of the crew into a

23   briefing space.  We sit down with an intelligence analyst.  We

24   go over the highlights of the mission.  We talk about the

25   video, we show them our logs for -- you know, we write down on

1   a piece of paper every time we see a surface vessel and things

2   like that, the course and speed, the location; so we show them

3   the logs, and then they produce a product that gets sent to our

4   boss, which is a review of the mission.

5   Q.   After your debrief with the intelligence specialist, does

6   the intelligence specialist review the video?

7   A.   They do.  They take the eight-millimeter tapes that we

8   bring in, they convert them into a, you know, a very truncated

9   video because our bosses aren't going to watch an

10  hour-and-a-half or two hours of video to see what happened on a

11  mission.

12       They need to know just the bare minimum, just the important

13  parts, and so we'll truncate it down to a four-, five-,

14  six-minute video and then upload that and our bosses then can

15  go on the computer and look at it.

16  Q.   Does it take awhile to upload the video?

17  A.   It does.

18  Q.   And what's the turn-around time -- or in what amount of

19  time does the intelligence specialist have to complete that

20  work?

21  A.   The requirement is 24 hours.  Intelligence is only good if

22  you use it.  If it sits too long, it's not useful anymore.

23  Q.   So other people at higher levels of you are looking at

24  this?

25  A.   They look at this and but tomorrow they don't care about

1    this.  The have tomorrow's missions they have to review.  So

2    that's why it's very important that we get the information in,

3    get it back to them.

4    Q.  So your intelligence specialist prepares a highlights reel,

5    if you will, or a highlights videotape?

6         MS. PINERA-VAZQUEZ:  Objection, Your Honor, as to what

7    the intelligence specialist does.  It's not being offered for

8    the truth of the matter.  It's hearsay.

9         THE COURT:  Overruled.

10   BY MS. VIAMONTES:

11   Q.  You're the commanding officer; right?

12   A.  Yes, I'm the commander officer, and I know what my sailors

13   do, and that is the job that I task my sailors to do.

14   Q.  And do you review the product after your intelligence

15   specialist produces it?

16   A.  Generally, yes.

17   Q.  And did you review it in this case?

18   A.  I did.

19   Q.  And does it contain the most important portions of your

20   mission?

21        MS. PINERA-VAZQUEZ:  Objection, Judge, as to what's

22   important for this Commander, and what's important for the

23   intelligence specialist, and what's important for this product.

24        THE COURT:  You can ask that on cross.

25   BY MS. VIAMONTES:

1    Q.   Does it contain the most important portions in --

2    A.   In my respect, yes, it does.  It has the pieces that we

3    needed to tell our bosses quickly.

4    Q.   Now, how far away was the panga stopped from the point of

5    jettison?

6    A.   Distance-wise?

7    Q.   Nautical miles-wise.

8    A.   Nautical miles, we're looking somewhere around 30 nautical

9    miles.

10   Q.   And it took just over an hour?

11   A.   Correct.

12   Q.   So could you estimate how fast that vessel was going?

13   A.   Our radar told us it was going 28 nautical miles an hour.

14        MS. VIAMONTES:  May I approach, Your Honor?

15        THE COURT:  All right.

16   BY MS. VIAMONTES:

17   Q.   I'm going to show you again Government's Exhibit 42 for

18   identification, and then I'll show it to the jury.

19        The green pin that we see, what does that mark?

20   A.   It marks where the vessel stopped, where it was interdicted

21   by the Coast Guard.

22   Q.   And the silver or gray pin?

23   A.   That's the initial -- the first time I noticed that vessel

24   and marked it as a target of interest.

25   Q.   All right.  And the entire time while you tracked it on

1   this course up north toward Mexico, was your radar on it?

2   A.  Correct, it was.

3   Q.  And the jettison field, did you have eyes on it the whole

4   time?

5   A.  Not eyes on, not with the camera.  But the radar can pick

6   up targets that small, and that's how we relocated it.

7   Q.  And your radar picked up the target after you marked it?

8   A.  The -- which target are we talking about?

9   Q.  I'm sorry, the jettison field --

10  A.  Yes.

11  Q.  -- you marked it and were able to locate it after you went

12  back to it?

13  A.  Correct.

14  Q.  And was it undisturbed?

15  A.  It appeared to be undisturbed.

16        MS. VIAMONTES:  One moment, Your Honor.

17        (Brief pause in the proceedings.)

18  BY MS. VIAMONTES:

19  Q.  Just to clarify.  When you say that the video is uploaded

20  for intelligence purposes, what does that mean?

21        Is it that your superiors, do they just not have enough

22  time to review this much video, an hour worth of video, or why

23  is there such a time constraint?

24  A.  Yes.  Yeah, it is difficult for our bosses to find an hour,

25  I mean --

1      MS. PINERA-VAZQUEZ:  Objection, Your Honor, hearsay as

2  to what his bosses are feeling or not feeling.

3      THE COURT:  Overruled.

4      THE WITNESS:  So there's -- they have hundreds of these

5  missions going on around the world, so how they monitor all of

6  them at the same time by watching realtime, it's not possible.

7  Q.  That's the U.S. Navy?

8  A.  Yes.  So they need to have a way to get that down into

9  something that is usable, some actual intelligence.

10  Q.  To help them in other missions?

11  A.  To help -- sure, absolutely.

12      MS. VIAMONTES:  Nothing further, Your Honor.

13      THE COURT:  Okay.  This is a convenient place to break,

14  so we'll go ahead and recess for the day, and I ask the jury to

15  be back and ready to go at 8:30 tomorrow morning.

16      A couple of things about the schedule.  As I mentioned

17  earlier, if we're just missing one of us, we can't get started.

18  So depending on where you're coming from, try to anticipate any

19  traffic or congestion that may or may not actually occur,

20  but -- and then try to get here a few minutes before 8:30,

21  8:15, 25.

22      I know you can load up on coffee.  Besides, if we're

23  missing one, we can't get started.  Don't talk about the case

24  with anyone, don't read or watch anything touching on the case

25  at any time.  We will see you bright and early tomorrow morning

 1   at 8:30.

 2              COURTROOM DEPUTY:  All rise.

 3              (Jury exited courtroom at 5:25 p.m.)

 4              (Witness steps down.)

 5              THE COURT:  Okay.  Have a seat, everyone.

 6              Let's see.  You have a witness that -- is this the

 7   witness or is it not the witness?

 8              MS. VIAMONTES:  No, Your Honor.  He is not.

 9              THE WITNESS:  Commander, you can step down.

10              Are you training on the P-7 now?

11              THE WITNESS:  On the P-8.  Yes, sir.

12              THE COURT:  Was there a P-7?

13              THE WITNESS:  There was a program, but it was not

14   successful.

15              THE COURT:  So how does the P-8 improve on the P-7?

16              THE WITNESS:  The P-8 is a 737, which is nice.

17              THE COURT:  Right.

18              THE WITNESS:  It's a totally new aircraft that's much

19   more reliable.  My squadron flew the P-3 for 53 years.  The

20   plane was just old and hard to keep maintained.  So....

21              THE COURT:  Not to mention props, and this one's going

22   to be a jet.

23              THE WITNESS:  Right.

24              THE COURT:  How about the time over the target?

25              THE WITNESS:  It's a little bit longer.  The sensors

1   are a little bit better.  And if you look at -- well, the P-8

2   will probably -- capability will just continue to improve over

3   the years where the P-3 kind of maxed out on its capability.

4           THE COURT:  And what was the problem with the P-7?

5           THE WITNESS:  It was financially mismanaged.  So we

6   shut the program down because it was going to be like F-35.

7           THE COURT:  Was it the same manufacturer?

8           THE WITNESS:  It was a Lockheed Martin four-engine prop

9   plane, sir.

10          THE COURT:  But, I mean, are the P-7 and P-8 also going

11  to e Lockheed?

12          THE WITNESS:  No.  The P-8, being a 737, is a Boeing

13  product.  But P-7 was initially going to go to Lockheed Martin.

14  It was mismanaged and they shut the program down.

15          THE COURT:  When did they deploy that?

16          THE WITNESS:  It started deploying two years ago.  So

17  we're the seventh squadron to transition.  So it's a lot of

18  fun.

19          THE COURT:  All right.  So we'll see you tomorrow

20  morning at 8:30.

21          THE WITNESS:  Thank you, sir.

22          THE COURT:  Okay.  Thank you.

23          Do you got a witness you want to call?

24          MS. VIAMONTES:  Yes, Your Honor.

25          The United States calls Officer Pfrimmer.

1          MR. ABRAMS:  Judge, before the witness leaves, we have

2     a potential *Jencks* issue.

3          THE COURT:  Okay.

4          MR. ABRAMS:  The witness made reference to logs that he

5     kept, logs which included reference to surface vessels and,

6     basically, things which he and others on his crew logged during

7     the course of their mission.

8          They then get together as a group.  They discuss what

9     they saw and they summarize everything.  And then that goes

10    into what they have deemed to be, quote-unquote, vital

11    importance.

12         We would like production of the logs and the other

13    surface vessels that were there, what was in the area.  We have

14    not been provided with any of this.

15         And if there's additional -- I understand that the

16    videos have been pared down.  There are five parts.  We believe

17    there is a sixth part which we haven't been provided.  I don't

18    even know if that exists anymore.

19         But if there are other materials, logs, which are the

20    equivalent of statements of this witness which reflect on his

21    testimony, we'd like production.  We think we're entitled to it

22    under Rule 16.

23         THE COURT:  What's the Government's response?

24         MS. VIAMONTES:  Your Honor, we provided the mission

25    narrative.  I believe it was provided in discovery.  We've

1   given them another copy of it this morning.

2       I think what you're referring to the logs were provided

3   in discovery as well.  The logs were provided in discovery as

4   well, the video log with the horizontal rows.

5       MR. ABRAMS:  I don't recall anything --

6       MS. VIAMONTES:  In handwriting.

7       MR. ABRAMS:  -- that reflects anything that was

8   recorded by this crew pertaining to other surface vessels or

9   other things which were observed during the course of this

10  mission.

11      And if there are other reports that were prepared by

12  other crewmen, if they kept similar logs, the radar guy who's

13  going to be called to testify and anyone else on that airplane,

14  we'd like them.

15      THE COURT:  Well, if you're entitled to them, it would

16  only be because they are this witness's statements --

17      MR. ABRAMS:  Yes, sir.

18      THE COURT:  -- not some other witness's statement.

19      MR. ABRAMS:  Correct.

20      THE COURT:  So are there any statements that this

21  witness has made that have not been turned over?

22      MS. VIAMONTES:  No, Your Honor.

23      MS. PINERA-VAZQUEZ:  Judge, he testified that he

24  prepared logs and logs were prepared and he reviewed the logs.

25      THE COURT:  Did he say that he prepared the logs?

1          MR. ABRAMS:  He did.

2          MS. PINERA-VAZQUEZ:  Yes, he did.

3          MR. BERRIO:  He also said that they had radar on the

4    boat the whole time.  We haven't seen it.  I haven't seen any

5    of that.

6          MR. CHAMBROT:  He also stated that, in order to prepare

7    the logs, they would write on pieces of papers.

8          MS. PINERA-VAZQUEZ:  Right.

9          MR. BERRIO:  Notes.

10         MR. CHAMBROT:  Notes, that then were used to be put on

11   the logs and then they would be turned over to their superiors,

12   and we don't have any of that.

13         MS. VIAMONTES:  Do you have notes with you?

14         THE WITNESS:  It's something I saw in the binders

15   there.  It's -- the log is what I'm referring to, surface logs

16   with AWS Baidenmann's notes.

17         MR. BERRIO:  How about the radar report?

18         THE WITNESS:  We don't record any video of the radar

19   and the --

20         MS. VIAMONTES:  There is no report for radar.

21         MR. BERRIO:  There's no radar reports?

22         MS. VIAMONTES:  No.

23         THE WITNESS:  We write down the radar contacts.  Every

24   sweep will be a new picture.  We have thousands of pictures.

25         MS. VIAMONTES:  Is this the log you're referring to?

```
1              THE WITNESS:  That's the log I'm referring to.

2              THE COURT:  Has that previously been provided?

3              MS. VIAMONTES:  I believe so, Your Honor.

4              MR. ABRAMS:  Do you remember seeing this?

5              MS. PINERA-VAZQUEZ:  No.  I've never seen that.

6              MS. VIAMONTES:  I could be wrong, Judge.  I could be

7    wrong, but I thought it was provided.

8              THE COURT:  Well, let's try and be right.

9              Do you know, or do you not, or can you find out?

10             MS. VIAMONTES:  I don't know, Judge.

11             THE COURT:  Okay.  And so let's just assume that it was

12   not turned over until the Government can prove otherwise.

13             In any event, now you have it.

14             MR. ABRAMS:  Thank you.

15             THE COURT:  Okay?

16             MR. ABRAMS:  Yes, sir.

17             THE COURT:  Does that take care of that?

18             MS. PINERA-VAZQUEZ:  No other notes; right?

19             MS. VIAMONTES:  Do you have any other notes?

20             THE WITNESS:  No.

21             MS. PINERA-VAZQUEZ:  Okay.  Well, if this is all there

22   is, this is all there is, so we've got it now.

23             THE COURT:  Okay.  All right.

24             MS. PINERA-VAZQUEZ:  Can we keep this copy?

25             MS. VIAMONTES:  No.
```

1          MS. PINERA-VAZQUEZ:  We need a copy.

2          MR. BERRIO:  Can you make us seven?

3          MS. ANTON:  Judge, as to the other -- defense counsel

4     requested other vessels that were in the area.  I know both

5     Ms. Viamontes and I are new to this case, which is not any

6     excuse, but I don't have it at my fingertips.

7          I read a discovery response from the prior prosecutor

8     which detailed out the specificity, every single other vessel

9     that was looked at on that mission.

10          So I know that that was turned over in discovery.  I

11     would have to look through the docket to find it before we

12     filed our notice of appearance.  But that was done.

13          MS. PINERA-VAZQUEZ:  I'm sorry.  I don't understand

14     what you're saying.  What was turned over?

15          MS. ANTON:  Every other vessel that was looked at.

16          MS. PINERA-VAZQUEZ:  Right.  We have never seen any of

17     that.

18          MS. ANTON:  That was turned over in a specific

19     discovery by the prosecutor.

20          MS. PINERA-VAZQUEZ:  Right.  We have not seen any

21     information regarding any other vessel.  Quite frankly, we'd

22     love to see it because --

23          THE COURT:  Well, they said they turned it over to you.

24          MS. PINERA-VAZQUEZ:  We've never gotten it.

25          MR. BERRIO:  I haven't seen any of it, Your Honor.  I

 1    know that Mr. Behnke initially also said that they couldn't

 2    provide all the video because, apparently, naval

 3    intelligence -- this was highly classified.

 4         The Government did an about-face and provided five

 5    clips of video.  So there's been a miscommunication between --

 6    I believe between the prior counsel for the Government and the

 7    counsel now.

 8         MR. ABRAMS:  All they have to do is identify for us

 9    where it is.

10         MS. PINERA-VAZQUEZ:  Where is it?

11         MS. ANTON:  I can pull up the -- you all have access to

12    CM/ECF, it's on the docket.  I read it on the docket when I

13    came into this case; that defense counsel had asked

14    specifically about other vessels that were looked at that day,

15    and I saw a specific disclosure from the prior prosecutor

16    indicating a list of vessels that were looked at on that

17    mission.

18         MS. PINERA-VAZQUEZ:  Actually, Judge, I believe that

19    Ms. Anton is referring to my specific *Brady* motion where I

20    asked whether or not there were any other vessels in the area,

21    and I believe the response by the Government was that there

22    were not.

23         So if now -- I have never seen any other vessels.  I

24    certainly would appreciate identifying where it was turned

25    over.  I don't believe any of my co-counsel, which we're

1    talking about seven counsel who have been around the federal

2    system for many years, have not -- seen it.

3         So I would love to see details of other vessels in the

4    area.  It supports our defense, I mean.

5         THE COURT:  Do -- is such a record maintained of

6    vessels in the area?

7         THE WITNESS:  This log that we just discussed is the

8    log that we use to know there's no other vessels in the area.

9         THE COURT:  So this is the report?

10        THE WITNESS:  From us, yes, sir.  There might be other

11   intelligence out there that could tell you that, but that's not

12   something that we maintain.

13        THE COURT:  That's all they have.

14        MS. PINERA-VAZQUEZ:  No, but I don't believe that's

15   what Ms. Anton is referring to, if I'm correct.  I don't

16   believe that's what she's saying.  She's saying there's a

17   report out there, that we may have received it, but --

18        MS. ANTON:  Judge, to be clear, the document I saw was

19   on the docket as a filed CM/ECF document from the prior

20   prosecutor.  Whether it was in response to a specific *Brady* or

21   not, I can't recall.

22        But I recall reading a document indicating that there

23   were other vessels and describing them.  I could go through the

24   docket and find it.

25        THE COURT:  Let's go through the docket.

1          MR. BERRIO:  Judge, yes.  Actually, what I recall is

2    Mr. Behnke saying -- and he put it out.  He responded and said

3    that there were no other vessels.

4          THE COURT:  Well, then, that's what --

5          MR. BERRIO:  But she's saying that there apparently are

6    other vessels --

7          MR. CHAMBROT:  There were.

8          MR. BERRIO:  -- other reports.

9          THE COURT:  Maybe what -- she's confused about what was

10   turned over, and what was turned over was that there was no

11   other vessels, which is consistent with the testimony you heard

12   on the stand.

13         MS. PINERA-VAZQUEZ:  How'd she know, Your Honor?  I

14   believe the witness testified that there were hundreds of other

15   vessels in the area.  They just focused on this one.

16         MS. ANTON:  Hundreds?

17         MS. PINERA-VAZQUEZ:  Yeah, hundreds.  I believe that

18   was his testimony.

19         THE WITNESS:  That we could theoretically see hundreds

20   of vessels.

21         MS. PINERA-VAZQUEZ:  Your Honor, I object to him at

22   this juncture -- but I'm going to request that his transcript

23   be provided.  Hopefully, Glenda will be able to provide it.

24         But, aside from that, I believe his testimony -- and

25   we'll get into it on cross-examination tomorrow -- that there

1   were other vessels.  And that's cross-examination material.

2          THE COURT:  Right.

3          MS. PINERA-VAZQUEZ:  So we'll deal with it then.

4          THE COURT:  And just from the testimony that I heard,

5   there were no other vessels in the area.  So, I mean, maybe you

6   can get out of him something different than what he testified

7   to today.  But, I mean, that's at least what I heard.

8          And if there was a document that was turned over to

9   that effect, so be it.  If there wasn't, then it's contained in

10  there.  Okay?

11         All right.  Are we finished for today?

12         MS. ANTON:  Yes.

13         THE COURT:  And I'll order the Government to identify

14  the docket entry where you believe that information was

15  provided.  Okay?  Have it available tomorrow morning.

16         MS. ANTON:  Yes, sir.

17         THE COURT:  All right.

18         MS. VIAMONTES:  Your Honor, we have the Witness

19  Pfrimmer on the GPS issue.

20         THE COURT:  Okay.

21         MS. VIAMONTES:  At this time, the Government calls

22  Officer Pfrimmer.

23         COURTROOM DEPUTY:  Raise your right hand, please.

24         Do you solemnly swear the testimony you're about to

25  give is the truth, the whole truth, and nothing but the truth,

1   so help you God?

2          THE WITNESS:  I do.

3          THE COURTROOM DEPUTY:  Thank you.  Please be seated.

4          Would you please state your full name for the record

5   and, also, spell it.

6          THE WITNESS:  Yes.  Petty Officer Joseph Pfrimmer.

7   J-o-s-e-p-h, P-f-r-i-m-m-e-r.

8          COURTROOM DEPUTY:  Thank you very much.

9          (PETTY OFFICER JOSEPH PFRIMMER, being sworn, testified

10  as follows:)

11                      DIRECT EXAMINATION

12  BY MS. VIAMONTES:

13  Q.  Officer Pfrimmer, where do you work?

14  A.  I currently am stationed in Miami, Florida.

15  Q.  And what are your responsibilities there?

16  A.  I'm an intelligence specialist and a digital forensic

17  examiner.

18  Q.  And do you extract GPS data?

19  A.  Yes, I do.

20  Q.  Did you extract GPS data in this case, the United States of

21  American versus Garcia-Solar, et al.?

22  A.  Yes, I did.

23  Q.  When you extracted the GPS data, did you store it?

24  A.  Yes, I did.

25  Q.  And did you provide it to the Government?

 1    A.   Yes, I did.

 2    Q.   The file with the GPS data with the longitude and latitude

 3    points that were recorded in that GPS hand-held device, what

 4    type of file were they included in?

 5    A.   When I download a Garmin GPS, I use the Garmin software

 6    applications on my forensic workstation, and it is saved as a

 7    .gpx file, which is a universal GPS format.

 8         And then I convert that using Google Earth to a .kmz, and

 9    it's identical to the .gpx, but it's a more user-friendly

10    format.

11    Q.   And that kmz file that you converted it into, did you

12    provide that to the Government?

13    A.   Yes, I did.

14    Q.   Now, did I communicate with you on Friday of last week?

15    A.   Yes.

16    Q.   And did I ask you to put the raw data that was in the kmz

17    file into an easy-to-print-out format or a readable format for

18    defense counsel?

19    A.   Yes, you did.

20    Q.   And did you do that?

21    A.   Yes, I did.

22    Q.   Had the defense counsel downloaded Google Earth and opened

23    the kmz file, would they have been able to see the longitudes

24    and latitude points from the GPS device?

25    A.   Yes, they would.

1          MS. VIAMONTES:  Nothing further, Your Honor.

2          THE COURT:  Cross?

3                    CROSS-EXAMINATION

4     BY MS. PINERA-VAZQUEZ:

5     Q.   Good afternoon -- what should I -- lieutenant or commander?

6     A.   Petty Officer, ma'am.

7     Q.   Officer?

8     A.   Yes.

9     Q.   Officer Pfrimmer.

10         THE COURT:  He'd like "commander."

11    MS. PINERA-VAZQUEZ:

12    Q.   Officer Pfrimmer.  Not Petty Officer.  Officer Pfrimmer.

13         Okay.  When was it that you first received the Garmin GPS

14    device?

15    A.   I received it, if I recall, 08 November.

16    Q.   November 8th?

17    A.   Yes.  November 8th.

18    Q.   Of 2016?

19    A.   Yes, ma'am.

20    Q.   And what did you do with that Garmin device to extract the

21    information?

22    A.   To extract that information, before I powered on the

23    device, I used a signal jammer to ensure that the device did

24    not receive any additional signals when it was powered on to

25    potentially -- that way, it would not overwrite any data.

1      And then I powered on the device, photographed the device,

2    and I used a Garmin data cable to connect it to my forensic

3    workstation.

4    Q.   Now, do you produce a document of the physical extractions

5    of the data?

6    A.   The raw data was that .kmz file, which is a user-friendly

7    format that you're able to view on Google Earth.

8    Q.   Okay.  But is there -- aside from Google Earth -- we'll get

9    to Google Earth in a second -- is there raw data extracted, for

10   example, when you provided it to the Government on Friday?

11   A.   Yes.

12          MS. PINERA-VAZQUEZ:  May I approach, Your Honor?

13          THE COURT:  All right.

14   BY MS. PINERA-VAZQUEZ:

15   Q.   For purposes of this voir dire, I just labeled it

16   Defense 1.  I'm going to show you what's Defense 1 and ask you

17   to review that 113-page document and ask you what that is.

18          Would you tell us what that is.

19   A.   Yes.  This is the latitude/longitude on paper format, which

20   you would have to manually type each one of these

21   latitude/longitudes in to get what the Google Earth already did

22   in the .kmz file.

23   Q.   Right.

24          But that is the actual extraction from the Garmin device;

25   right?

1    A.   On paper format.  Yes ma'am.

2    Q.   On paper format.

3    A.   Yes.

4    Q.   The Google Earth program you're talking about is

5    something -- it's a program that you need that will then go

6    ahead and magically put all the dots where they belong and show

7    up there; right?

8    A.   Yes.

9    Q.   Now I'm going to --

10        MS. PINERA-VAZQUEZ:  May I approach, Your Honor?

11        THE COURT:  All right.

12   BY MS. PINERA-VAZQUEZ:

13   Q.   Let me show you Defense 2 for purposes of this hearing.

14        Could you just take a look at that and tell us what that

15   is.

16        Could you tell us what that is.

17   A.   Yes, ma'am.  This is an overview of something that I

18   created on an Excel spreadsheet converting it from the Garmin

19   software -- or just copy and paste it into a spreadsheet to

20   give you an overview of what was --

21   Q.   All right.

22   A.   -- contained in there.

23   Q.   I'm sorry.  I'm sorry.  Go ahead.

24   A.   Just it's an overview of what was contained.

25   Q.   And that does not include the longitude and latitudes in

1    that Excel spreadsheet; right?

2    A.   One of the logs may, if I may reference it.

3    Q.   Yeah.  Of course.  Go ahead.

4    A.   No, ma'am.  Not this one.

5    Q.   So, in other words, if a defense attorney like me that

6    doesn't know about longitude and latitude, there's no way I can

7    figure out what the longitude and latitudes are from that Excel

8    spreadsheet; right?

9         MS. VIAMONTES:  Objection, Your Honor.  That calls for

10   speculation.  She can hire an expert.

11        MS. PINERA-VAZQUEZ:  If I would have had time.  If you

12   would have given it to me on time, I could have.

13        MS. VIAMONTES:  Your Honor, can you instruct defense

14   counsel to not refer comments back to me but, rather, to the

15   Court, please.

16        THE COURT:  Okay.  All right.

17   BY MS. PINERA-VAZQUEZ:

18   Q.   Officer Pfrimmer, is there any way to figure out what the

19   longitude and latitudes are from that Excel spreadsheet?

20   A.   From this one, no.  But the .kmz file, yes.

21   Q.   I'm sorry?

22   A.   The .kmz file.

23   Q.   And that's the Google Earth program?

24   A.   Yes.

25   Q.   Right.

1        But from that Excel spreadsheet, there's no way to figure

2    it out; right?

3    A.   No.

4    Q.   Now, is there any way to figure -- well, let me hand you

5    another exhibit, Defense 3.

6        Do you know what that is, Officer Pfrimmer?  And just

7    ignore the actual writing on the left side.  Okay?

8    A.   Okay.

9    Q.   Do you know what that is?

10   A.   Yes.  This is a product that -- my former supervisor,

11   Lieutenant Heather Wilson, did an analytical product.

12   Q.   Is there any way to -- is that part of the Google Earth

13   program?

14   A.   Yes.

15   Q.   Is there any way to figure out what the longitude and

16   latitudes are from that picture right there?

17         MS. VIAMONTES:  Objection.  Relevance.  That has

18   nothing to do with the kmz file and the data plan.

19         THE COURT:  I understand.

20         Overruled.

21   BY MS. PINERA-VAZQUEZ:

22   Q.   Is there any way to figure out --

23   A.   You would have to actually be on Google Earth and you can

24   click on each one of those points and it will tell you the date

25   and time and the latitude/longitude position that you're

1  looking for.

2  Q.  But the only way to do it is to use a program, not -- to

3  use a program?  There's no way I could figure it out from that

4  picture; right?

5  A.  That's just how the GPS forensics works.  When you download

6  a GPS unit, it's not a simple print as a PDF.  You have to

7  convert that and do your analytical product like this report

8  is.

9  Q.  You can also do that from the 113 pages of raw data; right?

10  A.  If you want to manually type in thousands and thousands of

11  latitude/longitude points.

12  Q.  Right.

13     So if you don't trust Google Earth program for whatever

14  reason, that would be a better way to figure out what's the

15  longitudes and latitudes because that's an exact extraction

16  from the Garmin; right?

17  A.  And so is the kmz file.  The .gpx file that I extracted it

18  is the raw -- an exact copy of the Garmin GPS in digital

19  format, and this just spits it out into something that you can

20  print 113 pages of.

21  Q.  So what you're saying is that they could have digitally

22  sent that to us using that program -- using the Google Earth

23  program?

24  A.  I had to convert this using the Garmin program that I

25  downloaded the GPS with.  Yes.

1          MS. PINERA-VAZQUEZ:  I have no further questions.

2    I don't know if anybody else does.

3          THE COURT:  Any other questions?  Redirect?

4          MS. PINERA-VAZQUEZ:  Not about this issue, Your Honor.

5          MS. VIAMONTES:  Briefly, Your Honor.

6                        REDIRECT EXAMINATION

7    BY MS. VIAMONTES:

8    Q.  Is the Google Earth program free?

9    A.  Yes.

10   Q.  Is it available open source on the internet for everyone to

11   download?

12   A.  You can just search it through Google.

13   Q.  The data that was received on Friday, is that the same data

14   that was provided in the kmz file?

15   A.  Yes.

16         MS. VIAMONTES:  Nothing further, Judge.

17         THE COURT:  Thank you.  You may step down.

18         (Witness excused.)

19         THE COURT:  Anything else on that?

20         MS. VIAMONTES:  No, Your Honor.

21         THE COURT:  Anything from any defense?

22         MS. PINERA-VAZQUEZ:  Nothing, Your Honor.

23         THE COURT:  Okay.  That settles that issue.

24         Anything else?

25         MS. ANTON:  Yes, Judge.  If I may, I was able to

1   quickly do a search and locate the document that I was

2   referring to.

3          I would direct defense counsel to Document 86, which

4   would be the Government's response to Ms. Pinera's specific

5   demand for *Brady* where she specifically requested any and all

6   information regarding other boats investigated or seized on or

7   about the time the Defendants were arrested on the high seas

8   and any information regarding the existence of larger boats and

9   human trafficking.

10         The Government responded by saying:  According to the

11  U.S. Coast Guard, there were no other vessels detected within

12  30 radar range on October 18th of 2016.

13         However, on October 12, 2016, there was a 40-foot

14  fishing vessel located approximately 360 nautical miles

15  southeast of the location that this panga was observed.

16         On October 18th, that vessel was -- called the REL, a

17  Guatemalan vessel, was investigated for drug smuggling.  All

18  five passengers of the REL were Guatemalan.  No drugs were

19  found.

20         On October 16th, 2016, a 65-foot fishing vessel, the

21  Robalo, was located approximately 702 nautical miles from where

22  this panga was observed on October 18th.  That was investigated

23  for drug smuggling.  All nine passengers were Mexican, and no

24  drugs were found.

25         The Government's response to the existence of larger

1   boats involved in human trafficking indicates that there's no

2   information that there were any other boats suspected of

3   involvement in human trafficking near the location at the time

4   of this incident.

5        This is what I had recalled reading.

6        THE COURT:  Okay.

7        MS. PINERA-VAZQUEZ:  Right.  And that's exactly what I

8   referred to before in regards to my motion for specific *Brady*.

9   I understood she was pointing out to some law or some sort of

10  pictures.  That I'm aware of.  No problem.

11       THE COURT:  You got everything you --

12       MR. BERRIO:  Well, Your Honor, I think she mentioned

13  that it was the Coast Guard, and the gentlemen who testified is

14  with the Navy.  We're asking about the Navy's information.

15       THE COURT:  Well, but this is the United States

16  Government over here.  So the Navy man can only testify about

17  the Navy.

18       MR. BERRIO:  About what the Navy keeps.  And that's

19  what we want, the Navy's information about other boats, not the

20  Coast Guard.

21       THE COURT:  You just heard him testify.  He said

22  there's nothing.  You can cross-examine him on it tomorrow.

23  He'll tell you -- he'll change his mind, maybe, overnight.

24       All right.  Is that it?  Any other discovery bomb

25  shells?

1          MS. PINERA-VAZQUEZ:  We'll find out tomorrow.

2          THE COURT:  Okay.  See you tomorrow at 8:30.

3          (Proceedings adjourned at 5:48 p.m.)

4          (Continued in Day 2 of 5.)

5

6

7                    C E R T I F I C A T E

8
             I hereby certify that the foregoing is an
9
         accurate transcription of the excerpt of the.
10
         proceedings in the above-entitled matter.
11

12
         December 28th, 2017    /s/Glenda M. Powers
13       DATE                  GLENDA M. POWERS, RPR, CRR, FPR
                               Official Federal Court Reporter
14                             United States District Court
                               400 North Miami Avenue, 08S33
15                             Miami, Florida 33128

16

17

18

19

20

21

22

23

24

25

## $

**$150** [1] - 101:15
**$180** [1] - 108:14
**$20** [3] - 68:15, 68:21, 92:15
**$5,000** [1] - 102:23

## '

**'07** [1] - 48:16

## /

**/s/Glenda** [1] - 190:12

## 0

**0024** [1] - 159:21
**08** [1] - 181:15
**08S33** [2] - 2:17, 190:14

## 1

**1** [13] - 1:10, 1:13, 22:24, 30:14, 45:13, 45:19, 47:6, 55:4, 55:8, 58:3, 87:19, 182:16
**1's** [1] - 58:5
**1,628** [1] - 19:13
**10** [19] - 1:5, 16:9, 29:14, 57:9, 59:9, 59:19, 59:22, 60:18, 61:6, 61:17, 69:22, 76:16, 77:19, 100:25, 120:20, 120:23, 139:11, 139:14, 139:15
**10-minute** [1] - 77:16
**100** [2] - 50:11, 101:9
**1011** [1] - 147:21
**107** [1] - 3:25
**108** [2] - 11:18, 12:22
**109** [2] - 11:18, 12:22
**10:00** [1] - 40:19
**11** [7] - 57:11, 69:22, 76:16, 120:23, 152:22, 153:11, 162:3
**1115** [1] - 158:11
**113** [5] - 4:6, 8:3, 16:20, 186:9, 186:20
**113-page** [1] - 182:17
**119** [1] - 5:4
**11:15** [1] - 162:3
**11th** [1] - 42:18
**12** [10] - 57:15, 59:11, 59:12, 59:23, 60:24,

62:2, 62:10, 62:15, 86:2, 188:13
**120** [2] - 129:5, 129:16
**1250** [1] - 158:16
**13** [1] - 146:4
**134** [1] - 4:7
**135** [1] - 5:5
**137** [1] - 4:7
**14** [2] - 86:3, 111:17
**1410** [1] - 148:23
**1455** [1] - 149:8
**14:40** [2] - 143:2, 143:4
**15** [3] - 30:21, 135:19, 147:10
**150** [6] - 70:1, 73:5, 79:23, 83:12, 99:24, 103:23
**15:53** [1] - 146:3
**15th** [3] - 11:7, 11:12, 12:18
**16** [6] - 8:1, 53:16, 100:19, 100:25, 101:1, 170:22
**16-month-old** [1] - 53:19
**16:09** [1] - 146:9
**16:14** [1] - 147:23
**16:18** [1] - 149:5
**16:47** [1] - 159:9
**16th** [1] - 188:20
**17** [2] - 113:15, 148:13
**179** [1] - 4:10
**18** [3] - 83:16, 94:9
**1800** [1] - 113:15
**181** [1] - 4:10
**187** [1] - 4:11
**18th** [13] - 114:21, 118:2, 120:1, 121:12, 121:17, 122:12, 128:10, 128:19, 133:21, 143:25, 188:12, 188:16, 188:22
**19** [1] - 76:7
**1983** [2] - 36:15, 50:10
**1998** [1] - 38:2
**1999** [1] - 38:2
**19th** [3] - 8:4, 9:16, 15:22
**1:00** [1] - 1:7
**1:01** [1] - 1:8
**1:15** [1] - 18:6
**1:22** [1] - 21:8

## 2

**2** [8] - 46:15, 55:10, 55:12, 58:14, 87:21, 89:2, 183:13, 190:4

**2,000** [2] - 89:2, 99:5
**20** [12] - 33:11, 94:12, 94:14, 101:21, 103:13, 103:20, 103:22, 125:2, 135:13, 135:19, 144:23, 150:5
**200** [7] - 101:9, 154:16, 155:2, 157:8, 157:14, 158:2, 161:24
**2000s** [1] - 28:21
**2011** [1] - 27:19
**2012** [1] - 37:9
**2016** [25] - 8:3, 11:7, 11:14, 15:22, 80:17, 81:16, 91:5, 98:8, 98:15, 107:22, 114:21, 118:2, 118:17, 119:8, 120:8, 121:12, 121:17, 122:12, 128:10, 129:19, 133:21, 181:18, 188:12, 188:13, 188:20
**2017** [2] - 1:5, 190:12
**2018** [1] - 43:19
**21-foot** [1] - 101:4
**219** [1] - 1:10
**22** [1] - 47:18
**229** [1] - 160:1
**23** [1] - 128:13
**23-foot** [1] - 73:16
**24** [3] - 3:2, 159:21, 163:21
**25** [1] - 167:21
**26** [2] - 3:4, 49:16
**26-foot** [5] - 68:22, 92:15, 94:4, 99:24, 104:17
**26th** [2] - 8:3, 42:16
**27** [25] - 5:5, 50:21, 52:5, 123:16, 123:21, 133:8, 133:24, 134:24, 134:25, 135:20, 135:23, 137:10, 137:14, 143:11, 147:21, 148:24, 149:11, 152:23, 155:15, 155:16, 156:16, 157:21, 159:12, 160:1, 162:4
**28** [1] - 165:13
**28-foot** [1] - 128:14
**28th** [1] - 190:12
**29** [3] - 95:8, 97:9, 146:10
**2:00** [1] - 7:21

**2:45** [2] - 77:18, 77:23

## 3

**3** [4] - 55:18, 58:18, 58:20, 185:5
**3,500** [1] - 92:19
**30** [12] - 19:16, 33:19, 34:10, 106:5, 110:5, 124:14, 125:1, 125:3, 129:24, 149:12, 165:8, 188:12
**30-year-old** [1] - 107:20
**300** [2] - 113:12, 113:23
**312** [3] - 156:15, 159:25, 160:4
**32** [2] - 54:16, 54:21
**33128** [2] - 2:18, 190:15
**33394** [1] - 1:23
**34** [1] - 147:24
**34-year-old** [1] - 91:17
**35** [2] - 49:7, 51:9
**36** [3] - 68:20, 92:22, 106:5
**360** [1] - 188:14
**38** [1] - 149:6
**38-6-minute** [1] - 93:17
**39** [1] - 31:12
**3:00** [3] - 77:23, 77:24, 104:1

## 4

**4** [4] - 36:15, 55:21, 55:23, 87:20
**40-foot** [2] - 101:5, 188:13
**400** [2] - 2:17, 190:14
**41** [1] - 115:25
**42** [4] - 116:23, 117:17, 117:18, 165:17
**420** [1] - 157:6
**44** [1] - 100:12
**45** [1] - 124:14
**46** [1] - 24:3
**47** [1] - 113:11
**4:00** [3] - 40:20, 104:1, 104:18
**4:16-CR-10042-KMM** [1] - 1:2
**4th** [1] - 43:17

## 5

**5** [8] - 1:13, 5:4, 36:15, 55:25, 119:1, 119:11, 119:14, 190:4
**50** [2] - 88:17, 99:5
**500** [2] - 1:22, 113:20
**508** [1] - 161:4
**53** [1] - 168:19
**55** [4] - 3:5, 82:18, 82:20
**555** [1] - 146:7
**580** [1] - 162:16
**590** [1] - 124:12
**5:00** [2] - 22:10, 60:8
**5:25** [1] - 168:3
**5:30** [1] - 22:10
**5:48** [2] - 1:8, 190:3
**5th** [1] - 43:18

## 6

**6** [11] - 56:4, 56:6, 56:9, 58:22, 58:25, 59:18, 59:24, 61:4, 61:10, 62:9, 62:11
**62** [1] - 3:6
**63** [1] - 3:7
**630** [1] - 149:22
**64** [1] - 3:8
**65-foot** [1] - 188:20
**68** [1] - 3:11

## 7

**7** [6] - 56:10, 59:3, 59:20, 60:9, 61:5, 161:19
**700** [1] - 1:22
**702** [1] - 188:21
**70503** [1] - 24:3
**70506** [1] - 24:4
**717** [1] - 150:8
**737** [2] - 168:16, 169:12
**78** [1] - 3:13
**7th** [1] - 43:17

## 8

**8** [3] - 57:3, 59:5, 87:21
**84** [1] - 3:15
**855** [2] - 140:6, 140:9
**86** [1] - 188:3
**88** [1] - 3:17
**8:00** [2] - 40:19, 40:20
**8:15** [1] - 167:21
**8:30** [6] - 22:9, 167:15,

167:20, 168:1, 169:20, 190:2
**8th** [2] - 181:16, 181:17

## 9

**9** [1] - 57:5
**90** [1] - 3:19
**940** [9] - 68:19, 70:17, 74:11, 76:13, 76:15, 77:6, 92:11, 92:16, 106:6
**940-plus** [1] - 83:3
**97** [1] - 3:21
**99** [1] - 3:23
**9:00** [1] - 22:9

## A

**a...** [1] - 45:24
**ability** [7] - 18:24, 26:21, 32:9, 32:22, 33:12, 75:8, 127:13
**able** [29] - 15:22, 16:18, 31:7, 35:8, 60:13, 87:7, 97:3, 98:21, 104:20, 105:19, 115:21, 117:13, 127:2, 130:12, 131:9, 132:23, 135:5, 137:8, 138:11, 144:8, 149:17, 149:18, 160:23, 166:11, 177:23, 180:23, 182:7, 187:25
**aboard** [1] - 72:7
**about-face** [1] - 175:4
**above-entitled** [1] - 190:10
**ABRAHAM** [1] - 2:5
**Abraham** [1] - 3:17
**ABRAMS** [61] - 2:2, 6:16, 25:1, 45:21, 46:1, 46:7, 46:12, 55:9, 55:11, 55:22, 56:3, 56:9, 56:13, 56:15, 57:4, 57:8, 57:10, 57:14, 57:16, 58:9, 58:13, 58:15, 58:21, 58:23, 59:6, 59:10, 59:14, 60:3, 60:17, 60:20, 60:25, 61:11, 61:16, 61:24, 62:3, 62:12, 62:16, 62:21, 63:2, 63:4, 63:7, 63:9, 63:16, 68:1, 78:3, 80:12,

80:14, 80:17, 112:15, 161:11, 170:1, 170:4, 171:5, 171:7, 171:17, 171:19, 172:1, 173:4, 173:14, 173:16, 175:8
**Abrams** [13] - 3:13, 6:17, 25:3, 26:16, 26:21, 46:15, 46:16, 46:25, 78:6, 89:22, 91:15, 93:10, 96:8
**absolute** [1] - 78:21
**absolutely** [12] - 46:5, 102:7, 113:10, 114:2, 120:23, 126:5, 131:11, 132:24, 138:22, 145:11, 167:11
**Acapulco** [5] - 70:2, 91:21, 99:25, 103:23, 103:24
**accelerating** [1] - 141:3
**accept** [24] - 55:11, 55:22, 55:24, 56:1, 56:3, 57:8, 57:14, 57:16, 58:13, 58:15, 58:23, 59:6, 60:20, 61:14, 61:16, 61:24, 62:1, 62:12, 62:14, 62:16, 62:18, 62:25, 63:14, 65:23
**Accept** [1] - 58:21
**accepted** [1] - 45:20
**accepts** [8] - 45:14, 56:11, 57:6, 57:12, 58:7, 58:17, 58:19, 59:8
**access** [1] - 175:11
**accident** [1] - 77:14
**accommodate** [1] - 18:5
**according** [5] - 17:14, 63:25, 79:24, 87:10, 188:10
**accountant** [1] - 54:17
**accurate** [4] - 8:6, 131:19, 136:2, 190:9
**accurately** [1] - 119:6, 133:19, 133:20
**accusation** [1] - 66:5
**accuse** [1] - 17:18
**accused** [6] - 36:17, 37:9, 83:3, 85:6, 92:9, 92:11
**Agency** [1] - 124:9, 147:8
**AGENT** [1] - 24:23
**Agent** [2] - 6:14, 78:4
**agent** [3] - 13:3, 20:6, 24:21

**acquit** [1] - 38:15
**actions** [1] - 69:11
**activities** [4] - 74:20, 116:20, 122:21, 123:8
**activity** [8] - 85:24, 118:7, 120:4, 122:23, 123:1, 124:5, 126:13
**actual** [5] - 155:10, 159:5, 167:9, 182:24, 185:7
**ad** [1] - 50:15
**addition** [3] - 11:16, 12:20, 19:8
**additional** [7] - 11:19, 11:22, 12:22, 13:22, 18:13, 170:15, 181:24
**address** [3] - 84:10, 97:20, 97:21
**addressed** [1] - 98:6
**adjourned** [1] - 190:3
**adjudication** [1] - 37:23
**adjusting** [2] - 137:24, 138:6
**administrator** [1] - 50:16
**ADMITTED** [1] - 5:3
**admitted** [4] - 17:2, 119:13, 119:14, 135:23
**advance** [1] - 79:15
**affect** [13] - 26:21, 32:9, 32:22, 33:12, 33:20, 34:5, 34:13, 34:20, 35:1, 35:7, 35:19, 36:1, 60:14
**afford** [2] - 44:4, 100:21
**AFPD** [2] - 2:2, 3:13
**afternoon** [34] - 6:4, 6:8, 6:12, 6:15, 6:16, 6:19, 6:22, 6:25, 7:3, 7:7, 7:10, 7:13, 7:21, 21:9, 22:10, 24:17, 24:20, 24:23, 25:2, 25:6, 25:10, 25:13, 25:17, 25:21, 25:25, 78:5, 84:21, 88:5, 97:17, 99:20, 107:8, 113:6, 113:7, 181:5
**age** [2] - 46:8, 100:25
**Agency** [1] - 124:9, 147:8
**AGENT** [1] - 24:23
**Agent** [2] - 6:14, 78:4
**agent** [3] - 13:3, 20:6, 24:21

**ago** [14] - 17:15, 27:13, 29:13, 29:22, 30:9, 30:21, 30:25, 31:13, 32:16, 33:11, 138:18, 138:24, 138:25, 169:16
**agree** [4] - 19:11, 64:12, 64:19, 102:6
**agreed** [2] - 77:7, 109:18
**agreement** [2] - 84:15
**AGUILAR** [4] - 1:8, 2:5, 3:16, 88:4
**Aguilar** [5] - 6:23, 25:12, 88:6, 89:23, 90:15
**AGUILAR-ORDONEZ** [4] - 1:8, 2:5, 3:16, 88:4
**Aguilar-Ordonez** [5] - 6:23, 25:12, 88:6, 89:23, 90:15
**ahead** [12] - 14:5, 16:1, 16:4, 42:4, 42:6, 42:9, 146:6, 149:22, 167:14, 183:6, 183:23, 184:3
**aid** [1] - 7:9
**aided** [1] - 6:1
**Air** [3] - 32:14, 55:2, 85:17
**air** [3] - 94:21, 131:17
**aircraft** [25] - 105:8, 113:12, 113:16, 114:3, 114:6, 114:8, 114:9, 114:17, 114:18, 114:19, 119:20, 119:25, 126:1, 126:19, 142:1, 143:7, 143:25, 144:9, 144:17, 154:16, 155:2, 156:13, 161:24, 168:18
**Airlines** [1] - 50:20
**airplane** [9] - 81:1, 82:10, 82:13, 83:2, 86:24, 90:10, 133:3, 171:13
**airport** [2] - 34:3, 75:10
**aisle** [1] - 23:5
**al** [1] - 179:21
**alarm** [1] - 54:1
**Alaska** [3] - 34:1, 34:2, 51:2
**Albritton** [5] - 34:8, 51:8, 58:1, 58:25, 59:16
**alien** [2] - 102:17,

102:20
**alien-smuggling** [2] - 102:17, 102:20
**Alison** [3] - 51:22, 58:1, 59:17
**allegation** [3] - 38:15, 38:17, 38:18
**allegations** [2] - 38:5, 38:8
**alleged** [1] - 28:4
**alleges** [1] - 23:22
**alleviate** [1] - 18:23
**alley** [1] - 69:24
**allow** [1] - 68:6
**alluded** [1] - 93:10
**almost** [6] - 37:10, 89:2, 99:4, 106:6, 126:20, 160:21
**alone** [3] - 64:9, 109:18, 124:13
**Alonso** [2] - 6:20, 25:8
**ALONSO** [3] - 1:8, 2:4, 3:14
**alternate** [1] - 30:10
**altitude** [14] - 125:22, 126:24, 130:17, 130:18, 142:5, 142:6, 143:16, 145:25, 148:15, 148:22, 152:25, 153:1, 157:9, 157:16
**altitudes** [5] - 70:23, 136:14, 137:4, 137:8, 137:9
**Alvarez** [2] - 22:22, 57:20
**Amaretto** [1] - 54:4
**AMERICA** [1] - 1:4
**America** [7] - 50:2, 68:21, 69:9, 69:13, 116:4, 116:5, 116:6
**American** [2] - 50:20, 179:21
**amount** [6] - 13:24, 24:2, 76:14, 139:9, 144:11, 163:18
**amounts** [1] - 20:1
**analogy** [1] - 80:12
**analyst** [1] - 162:23
**analytical** [2] - 185:11, 186:7
**Anchor** [1] - 53:3
**AND** [1] - 1:10
**and-a-half** [1] - 89:3
**angle** [9] - 122:9, 122:10, 136:22, 137:3, 137:18, 150:11, 150:12, 152:25, 153:1
**angles** [1] - 136:1

answer [4] - 24:8, 36:6, 48:7, 65:5
answered [4] - 31:16, 47:25, 96:7, 96:19
answers [3] - 74:3, 74:13, 96:11
anti [2] - 113:13, 121:24
anti-submarine [2] - 113:13, 121:24
anticipate [3] - 20:9, 129:7, 167:18
ANTON [49] - 1:20, 6:8, 6:13, 24:16, 24:21, 45:14, 55:13, 55:16, 55:19, 55:24, 56:1, 56:11, 57:6, 57:12, 57:18, 58:7, 58:17, 58:19, 58:25, 59:2, 59:4, 59:8, 60:7, 60:10, 60:12, 60:22, 61:14, 62:1, 62:14, 62:18, 62:25, 63:14, 67:25, 68:6, 68:14, 80:9, 111:7, 112:2, 112:8, 140:4, 174:3, 174:15, 174:18, 175:11, 176:18, 177:16, 178:12, 178:16, 187:25
Anton [9] - 3:11, 6:9, 24:17, 79:20, 79:25, 80:20, 83:19, 175:19, 176:15
Anton's [1] - 81:4
apart [1] - 60:13
apologize [5] - 30:4, 46:10, 61:2, 162:7, 162:8
appearance [1] - 174:12
APPEARANCES [2] - 1:18, 2:1
appearances [1] - 6:7
appeared [2] - 128:21, 166:15
applicable [2] - 28:2, 39:15
applications [1] - 180:6
apply [2] - 28:9, 64:10
appointed [2] - 25:8, 90:21
appreciate [7] - 18:22, 21:13, 21:16, 23:7, 46:2, 46:12, 175:24
approach [6] - 115:15, 118:22, 133:4, 165:14, 182:12,

183:10
approached [3] - 82:21, 82:22, 82:23
approaching [1] - 74:25
appropriate [1] - 17:20
approved [1] - 130:25
April [1] - 98:8
Aqueduct [1] - 52:19
Ardie [3] - 33:25, 50:25, 57:25
area [41] - 47:3, 47:25, 71:16, 80:18, 87:3, 87:5, 87:10, 107:24, 108:1, 116:12, 116:13, 116:14, 116:15, 116:16, 118:1, 118:4, 120:3, 120:4, 120:5, 122:20, 126:19, 128:7, 128:14, 128:18, 129:6, 129:7, 131:24, 132:21, 135:10, 141:3, 141:10, 142:11, 144:14, 170:13, 174:4, 175:20, 176:4, 176:6, 176:8, 177:15, 178:5
argument [7] - 67:13, 79:6, 79:8, 80:11, 80:13, 80:15, 111:8
arguments [2] - 64:23, 67:20
arrange [1] - 102:24
arrangements [1] - 22:11
arrested [6] - 37:9, 37:18, 37:19, 37:23, 104:25, 188:7
arrived [1] - 73:7
arriving [2] - 66:12, 149:18
articulate [1] - 18:3
aside [2] - 177:24, 182:8
assault [1] - 37:23
assigned [1] - 116:16
assist [1] - 115:11
assistance [1] - 86:13
Assistant [1] - 6:17
assistant [2] - 25:3, 78:7
assume [1] - 173:11
assuming [3] - 15:9, 126:7, 126:11
assure [2] - 39:16, 39:20

attached [5] - 11:15, 11:16, 12:15, 12:19, 12:20
attachment [6] - 11:25, 12:3, 12:5, 12:25, 13:4, 13:10
attachments [3] - 8:12, 12:15, 12:24
attempted [2] - 108:11, 108:22
attendant [2] - 50:20, 50:21
attention [5] - 47:5, 67:1, 79:15, 90:8, 114:21
attorney [6] - 33:1, 50:10, 96:3, 96:5, 184:5
Attorney's [1] - 1:21
attorneys [6] - 8:14, 13:7, 55:5, 67:11, 67:19, 98:6
audio [3] - 140:7, 143:9, 153:3
auditor [1] - 52:19
August [1] - 8:3
AUSA [3] - 1:20, 1:20, 11:7
authenticity [1] - 134:21
Authority [1] - 52:19
automatically [1] - 132:13
available [4] - 8:17, 43:3, 178:15, 187:10
Avenue [2] - 2:17, 190:14
average [2] - 120:10, 120:13
aware [1] - 189:10
awhile [7] - 72:12, 76:7, 126:9, 138:21, 151:13, 157:10, 163:16
AWS [2] - 147:19, 172:16

B

back-country [1] - 54:5
background [4] - 33:2, 46:3, 60:15, 149:21
bad [2] - 78:9, 102:2
baffled [1] - 13:5
Baidenmann [2] - 147:18, 147:19
Baidenmann's [1] - 172:16

bales [10] - 68:20, 71:5, 92:22, 93:22, 106:5, 131:9, 159:24, 160:3, 161:4, 161:15
bananas [1] - 100:24
Bank [1] - 52:23
banked [1] - 155:2
Baptist [1] - 49:8
Barbara [3] - 26:15, 47:20, 57:20
bare [1] - 163:12
barely [3] - 20:3, 44:15, 100:25
Barnes [4] - 30:19, 37:22, 53:25, 62:10
Barrera [10] - 6:20, 25:9, 84:23, 84:25, 85:3, 85:14, 85:23, 86:10, 87:7, 88:1
BARRERA [4] - 1:8, 2:4, 3:14, 84:20
Barrera-Montes [10] - 6:20, 25:9, 84:23, 84:25, 85:3, 85:14, 85:23, 86:10, 87:7, 88:1
BARRERA-MONTES [4] - 1:8, 2:4, 3:14, 84:20
bartender [1] - 51:5
base [4] - 39:12, 45:4, 56:22, 162:14
based [5] - 14:23, 15:24, 16:11, 21:22, 39:17, 39:23, 50:20, 129:12, 146:22
basic [1] - 66:2
basis [3] - 20:15, 58:11, 60:11
Bass [1] - 54:3
Bates [1] - 11:18
bathroom [1] - 103:16
baths [1] - 103:16
Bay [1] - 115:2
Beach [2] - 35:16
beam [1] - 137:1
bear [1] - 66:16
beat [1] - 96:13
beautiful [1] - 108:6
became [1] - 98:17
become [2] - 114:1, 114:5
bed [3] - 80:3, 80:6, 80:8
beer [1] - 52:2
BEFORE [1] - 1:15
beg [3] - 88:21, 89:12, 89:22
begging [1] - 93:3

begin [2] - 21:11, 67:7
beginning [2] - 21:19, 139:25
begins [1] - 8:3
behalf [14] - 6:9, 6:10, 6:17, 6:20, 6:23, 7:1, 7:4, 7:8, 7:11, 24:17, 46:1, 78:17, 107:10, 107:14
behind [8] - 7:2, 7:9, 98:10, 114:15, 145:5, 145:7, 145:8, 151:9
Behnke [4] - 10:24, 11:8, 175:1, 177:2
behold [1] - 104:6
belong [1] - 183:6
below [3] - 95:22, 119:24, 126:7
beneath [2] - 121:12, 125:18
benefit [4] - 81:11, 90:24, 91:1, 143:20
BERRIO [25] - 2:7, 6:25, 14:23, 19:8, 20:14, 20:19, 21:2, 21:4, 25:13, 90:17, 138:8, 138:23, 142:12, 154:12, 172:3, 172:9, 172:17, 172:21, 174:2, 174:25, 177:1, 177:5, 177:8, 189:12, 189:18
Berrio [5] - 3:19, 7:1, 25:15, 90:20, 97:19
Bertrams [1] - 101:5
best [2] - 136:15, 162:2
better [15] - 11:17, 12:20, 21:3, 33:6, 61:23, 70:24, 98:12, 117:13, 130:20, 137:21, 148:21, 149:14, 157:15, 169:1, 186:14
between [7] - 93:17, 121:16, 136:6, 147:14, 153:8, 175:5, 175:6
beyond [11] - 28:6, 28:10, 38:13, 66:15, 79:3, 84:5, 84:17, 96:25, 100:8, 110:21, 111:13
big [9] - 69:22, 71:12, 72:8, 76:20, 88:18, 93:17, 101:8, 104:22, 108:24
Big [3] - 49:3, 53:16

**bigger** [1] - 103:6
**binders** [1] - 172:14
**biologist** [1] - 54:9
**bit** [24] - 17:25, 70:24, 79:7, 79:17, 80:15, 83:20, 100:4, 101:17, 102:14, 109:16, 113:25, 120:13, 122:17, 130:20, 132:4, 132:7, 137:21, 138:9, 145:6, 158:12, 159:24, 162:5, 168:25, 169:1
**black** [3] - 86:3, 136:11, 137:1
**blame** [1] - 18:1
**blends** [1] - 70:14
**blocks** [3] - 52:1, 144:17, 157:16
**bloodline** [1] - 46:24
**Bloodline** [1] - 102:19
**blowing** [1] - 138:3
**Blue** [1] - 49:10
**blue** [3] - 70:13, 70:14
**board** [10] - 74:2, 120:18, 120:24, 121:2, 123:4, 123:7, 130:3, 130:19, 155:20, 158:14
**boarded** [6] - 73:19, 94:3, 94:4, 104:25, 105:20, 105:22
**boarding** [1] - 106:11
**boards** [1] - 74:5
**boat** [121] - 50:6, 68:22, 68:23, 69:1, 69:20, 70:5, 70:7, 70:21, 71:9, 71:10, 71:13, 71:15, 71:24, 73:11, 73:17, 73:25, 74:2, 74:4, 74:16, 74:19, 75:1, 75:15, 75:17, 75:19, 76:4, 76:22, 81:1, 81:23, 81:25, 82:1, 82:3, 82:4, 82:5, 82:6, 82:13, 82:16, 82:17, 82:21, 82:22, 82:23, 82:25, 84:4, 89:18, 90:2, 90:9, 90:12, 92:1, 92:5, 93:2, 93:7, 93:14, 93:18, 94:9, 94:14, 94:16, 94:17, 94:19, 94:20, 95:3, 95:6, 95:7, 95:11, 95:17, 97:7, 97:8, 97:9, 97:13, 98:17, 98:21, 98:25, 99:8, 103:5, 103:6,

103:7, 103:10, 103:11, 103:22, 103:25, 104:3, 104:15, 104:17, 106:3, 109:7, 109:11, 109:20, 109:21, 110:14, 110:16, 123:21, 124:22, 124:23, 126:17, 127:22, 128:15, 130:6, 136:7, 137:23, 138:4, 138:11, 138:17, 138:19, 140:11, 140:16, 140:25, 143:13, 145:5, 150:2, 151:7, 151:12, 151:15, 151:17, 151:18, 155:3, 156:23, 160:11, 160:14, 172:4
**boat's** [1] - 136:8
**boats** [32] - 69:24, 72:24, 73:1, 73:3, 73:13, 73:23, 80:20, 81:19, 101:4, 106:11, 122:16, 123:3, 123:5, 124:17, 124:18, 124:19, 128:13, 129:13, 129:14, 129:24, 150:20, 151:9, 156:24, 157:23, 188:6, 188:8, 189:1, 189:2, 189:19
**bodies** [1] - 89:18
**body** [2] - 136:9, 146:25
**Boeing** [1] - 169:12
**bomb** [1] - 189:24
**border** [6] - 76:25, 79:23, 86:11, 91:10, 108:24, 108:25
**borders** [1] - 108:23
**born** [3] - 100:15, 100:16, 100:17
**boss** [1] - 163:4
**bosses** [8] - 124:8, 127:19, 130:23, 163:9, 163:14, 165:3, 166:24, 167:2
**Boston** [1] - 101:5
**bottom** [4] - 31:24, 103:11, 119:22, 128:17
**bought** [3] - 41:10, 41:11, 41:15
**Boulevard** [1] - 1:22

**bound** [1] - 137:15
**bow** [1] - 128:17
**box** [5] - 22:22, 22:23, 31:15, 31:25, 37:6
**boyfriend** [1] - 48:3
**brack** [2] - 63:2, 63:4
**Brack** [7] - 35:14, 54:3, 62:19, 63:5, 63:6, 63:7, 63:8
**Brady** [4] - 175:19, 176:20, 188:5, 189:8
**breadth** [1] - 114:13
**break** [5] - 77:14, 77:16, 86:25, 87:1, 167:13
**brevity** [1] - 98:1
**bricks** [1] - 76:17
**Brief** [3] - 16:6, 135:2, 166:17
**brief** [2] - 67:8, 97:23
**briefing** [1] - 162:23
**briefly** [2] - 135:25, 187:5
**bright** [2] - 69:15, 167:25
**bring** [11] - 21:6, 67:1, 69:9, 69:21, 76:14, 76:16, 104:8, 120:24, 123:20, 162:22, 163:8
**British** [1] - 143:7
**broad** [2] - 136:23, 136:24
**broke** [1] - 44:4
**brother** [8] - 34:9, 34:24, 35:24, 35:25, 37:9, 40:11, 81:21, 82:8
**brought** [13] - 13:21, 22:19, 23:7, 41:16, 47:4, 66:4, 76:1, 76:4, 78:23, 83:16, 89:25, 90:8, 106:18
**Broward** [1] - 1:22
**BS** [1] - 12:22
**buck** [3] - 68:19, 108:10, 108:18
**bucks** [1] - 101:9
**built** [1] - 122:9
**buoys** [1] - 121:8
**burden** [14] - 28:1, 28:3, 28:5, 28:6, 28:9, 28:10, 66:8, 66:9, 84:7, 84:11, 86:16, 86:17, 93:22, 96:24
**bus** [1] - 44:16
**business** [4] - 40:17, 41:6, 53:9, 60:4
**busy** [1] - 159:3

**BY** [37] - 2:16, 113:5, 115:20, 117:15, 118:15, 118:24, 119:17, 129:11, 133:6, 134:5, 135:4, 135:24, 137:25, 138:10, 139:10, 140:8, 142:15, 143:10, 151:2, 152:5, 152:18, 153:4, 154:3, 154:19, 157:5, 161:14, 164:10, 164:25, 165:16, 166:18, 179:12, 181:4, 182:14, 183:12, 184:17, 185:21, 187:7
**Byfield** [1] - 36:17

---

**C**

---

**cable** [1] - 182:2
**cacao** [1] - 100:24
**calculate** [1] - 132:23
**calendar** [3] - 19:11, 19:24, 43:18
**calm** [2] - 69:15, 82:24
**camera** [44] - 113:14, 121:10, 122:7, 122:8, 124:2, 125:13, 125:24, 126:6, 126:12, 126:22, 127:2, 127:11, 127:13, 127:14, 127:17, 128:2, 130:20, 131:24, 132:1, 132:3, 132:6, 132:12, 132:13, 132:15, 135:15, 136:1, 139:11, 141:18, 141:19, 141:20, 141:23, 143:19, 144:11, 144:13, 147:17, 148:22, 150:11, 153:8, 153:9, 157:17, 161:25, 166:5
**camera's** [2] - 125:15, 142:7
**cameraman** [2] - 141:24, 142:10
**cameras** [3] - 70:10, 127:10, 133:20
**Camille** [4] - 40:9, 50:19, 57:25, 58:6
**Campo** [4] - 3:21, 7:4, 13:11, 25:19

**CAMPO** [10] - 2:8, 7:3, 14:12, 14:15, 14:21, 25:17, 46:14, 59:12, 62:7, 97:17
**Canal** [1] - 70:1
**CANDELARIO** [1] - 1:9, 2:7, 3:18
**Candelario** [4] - 7:1, 25:15, 90:22, 97:11
**Candy** [6] - 25:16, 91:4, 91:12, 91:17, 91:19, 91:24
**Candy's** [1] - 91:15
**cannot** [5] - 13:19, 39:21, 40:18, 93:25, 144:13
**canoe** [4] - 101:6, 101:14, 101:21
**canoes** [2] - 101:8, 101:9
**capability** [2] - 169:2, 169:3
**capable** [1] - 73:1
**capacity** [1] - 113:9
**captain** [7] - 54:8, 73:21, 74:8, 74:9, 74:10, 74:13, 75:16
**captured** [1] - 133:19
**care** [7] - 36:18, 49:7, 96:16, 158:25, 159:1, 163:25, 173:17
**career** [1] - 81:12
**careful** [2] - 110:23, 111:18
**carefully** [3] - 89:17, 89:22, 90:4
**cargo** [12] - 69:25, 103:10, 103:15, 124:4, 126:21, 126:22, 126:24, 127:3, 130:8, 131:8, 140:12, 155:19
**Carlos** [2] - 47:13, 57:20
**Carol** [5] - 30:8, 37:17, 40:22, 53:8, 61:7
**carrier** [3] - 114:17, 114:18, 114:19
**carrying** [2] - 87:6, 143:14
**case** [118] - 8:22, 10:3, 10:25, 13:3, 15:8, 19:2, 21:11, 21:24, 23:21, 24:10, 24:13, 25:5, 26:5, 26:9, 27:2, 27:11, 27:12, 27:19, 28:3, 28:5, 28:8, 29:8, 29:19, 29:23, 29:24, 31:12,

31:19, 32:10, 32:23,
32:2, 33:13, 33:20,
34:5, 34:14, 34:20,
35:7, 35:19, 36:1,
36:3, 36:6, 36:16,
39:4, 39:12, 39:15,
39:17, 39:24, 40:5,
45:4, 45:10, 46:19,
56:22, 60:13, 63:24,
65:11, 65:19, 65:25,
66:1, 66:2, 66:9,
66:17, 66:20, 66:22,
66:23, 66:25, 67:3,
67:6, 67:16, 77:4,
78:8, 78:21, 78:22,
79:2, 79:3, 79:7,
79:16, 81:6, 82:2,
84:9, 85:8, 85:15,
86:1, 86:4, 86:5,
86:20, 87:15, 87:17,
87:18, 87:23, 87:25,
89:21, 89:24, 91:24,
94:2, 95:12, 95:14,
96:3, 96:5, 98:24,
99:14, 100:6, 100:8,
106:13, 106:19,
107:18, 111:22,
113:19, 114:7,
115:12, 133:14,
164:17, 167:23,
167:24, 174:5,
175:13, 179:20
**CASE** [1] - 1:2
**cases** [9] - 23:21,
28:2, 28:16, 28:18,
36:22, 37:4, 78:14,
79:10, 155:10
**cash** [1] - 76:25
**catch** [8] - 30:5,
101:16, 102:15,
123:20, 150:4,
151:13, 151:16,
151:17
**caught** [5] - 71:8,
71:9, 94:21, 123:14,
155:4
**CAUSE** [2] - 3:5, 55:6
**caused** [1] - 98:9
**Cayman** [1] - 36:18
**CD** [5] - 19:9, 133:11,
134:16, 134:20,
134:21
**cell** [3] - 9:6, 9:7,
108:12
**center** [3] - 138:4,
140:24, 155:19
**Central** [2] - 116:5,
116:6
**certain** [4] - 64:21,
116:14, 127:15,

131:24
**certainly** [6] - 78:13,
93:7, 124:23,
129:14, 148:12,
175:24
**Certified** [1] - 6:1
**certified** [1] - 52:4
**certify** [1] - 190:8
**chain** [1] - 127:18
**challenge** [7] - 8:7,
55:14, 58:9, 60:5,
60:10, 60:22, 62:24
**CHALLENGES** [4] -
3:5, 55:6
**challenging** [1] -
150:4
**CHAMBROT** [7] - 2:5,
6:22, 25:10, 88:5,
172:6, 172:10, 177:7
**Chambrot** [7] - 3:17,
6:23, 25:11, 88:6,
91:8, 91:22, 96:8
**chance** [4] - 18:25,
33:6, 99:17, 106:20
**change** [4] - 18:4,
145:19, 189:23
**changes** [1] - 70:23
**characteristics** [1] -
137:13
**characterization** [1] -
161:11
**charge** [3] - 63:25,
103:21, 113:23
**charged** [7] - 79:3,
83:17, 84:7, 96:22,
110:3, 110:4, 110:23
**charges** [1] - 88:2
**charging** [1] - 111:12
**Charles** [3] - 36:14,
49:6, 57:21
**charter** [1] - 54:8
**Charters** [1] - 52:9
**chat** [2] - 130:24,
130:25
**chat-like** [1] - 130:24
**chauffeur** [1] - 108:11
**check** [1] - 125:2
**chemist** [1] - 76:18
**chest** [4] - 140:24,
141:1, 141:5, 158:9
**Chiapas** [2] - 81:8,
86:10
**CHIEF** [1] - 1:15
**child** [1] - 50:15
**children** [11] - 46:7,
49:16, 80:15,
100:16, 101:12,
101:22, 101:24,
102:8, 103:13,
104:21, 108:6

**CHIPAS** [1] - 81:8
**chose** [1] - 151:15
**Christina** [2] - 27:8,
49:15
**Christine** [3] - 32:1,
48:23, 57:20
**Christopher** [3] - 44:3,
48:8, 57:20
**circle** [1] - 70:22
**circumstances** [1] -
82:9
**circumstantial** [2] -
65:14, 65:15
**City** [2] - 51:22, 53:1
**city** [1] - 27:6
**civil** [17] - 23:20, 27:2,
27:19, 27:25, 28:2,
28:3, 28:8, 28:16,
28:25, 29:19, 29:23,
29:24, 30:14, 30:24,
36:23, 66:17
**clarify** [1] - 166:19
**classes** [1] - 48:10
**classified** [1] - 175:3
**clean** [1] - 66:7
**cleaned** [1] - 101:24
**cleaning** [1] - 108:11
**clear** [17] - 13:9,
13:20, 69:14, 89:13,
89:15, 89:21, 95:15,
98:25, 121:17,
121:18, 124:4,
125:6, 145:9,
148:22, 152:11,
157:15, 176:18
**clearer** [1] - 175:10
**clearly** [2] - 125:24,
155:18
**clerical** [1] - 35:18
**Clerk** [1] - 49:23
**clerk** [1] - 49:24
**click** [1] - 185:24
**client** [18] - 15:16,
16:7, 16:9, 17:4,
25:8, 90:5, 90:14,
97:10, 98:5, 98:7,
98:11, 98:20, 100:5,
100:10, 104:13,
106:16, 107:10,
111:21
**client's** [5] - 98:2,
99:16, 105:25,
106:15, 107:11
**clients** [7] - 8:7, 20:12,
20:24, 64:25, 78:3,
97:11, 98:7
**clips** [1] - 175:5
**close** [18] - 26:19,
31:22, 36:9, 39:1,
46:16, 72:16,

124:17, 124:19,
124:20, 127:2,
145:13, 146:16,
146:18, 148:9,
154:10, 156:6,
156:22, 162:15
**close-up** [1] - 127:2
**closely** [1] - 93:4
**closer** [6] - 117:12,
124:1, 148:17,
148:20, 148:21,
156:18
**closest** [2] - 22:23,
23:4
**closet** [1] - 80:6
**closing** [4] - 67:20,
79:5, 80:15, 160:7
**clothes** [4] - 75:22,
101:24, 106:1, 110:8
**cloud** [3] - 143:19,
145:7, 145:8
**cloud's** [1] - 143:21
**clouds** [7] - 121:15,
121:19, 126:7,
143:21, 143:23,
145:6, 145:9
**clump** [1] - 100:7
**CM/ECF** [2] - 175:12,
176:19
**co** [4] - 13:11, 15:17,
16:8, 175:25
**co-counsel** [4] -
13:11, 15:17, 16:8,
175:25
**coach** [1] - 51:3
**Coast** [10] - 32:2,
32:4, 32:7, 32:8,
48:25, 69:11, 71:23,
71:25, 72:1, 72:5,
72:6, 72:7, 72:8,
72:12, 72:15, 72:16,
72:21, 72:23, 72:24,
73:7, 73:16, 73:19,
74:5, 74:18, 74:25,
75:8, 75:23, 76:2,
76:4, 76:11, 79:20,
79:21, 79:22, 80:18,
80:23, 80:24, 82:18,
82:19, 82:20, 82:25,
83:6, 83:11, 83:12,
83:15, 85:1, 85:6,
92:9, 95:1, 95:3,
95:20, 98:23, 99:24,
104:21, 106:5,
106:8, 106:9,
106:13, 124:25,
135:18, 141:8,
141:11, 145:18,
147:4, 147:7, 147:9,
149:18, 149:20,

150:1, 150:13,
150:20, 151:7,
151:8, 151:12,
151:22, 151:23,
152:13, 152:14,
152:19, 152:21,
154:10, 155:4,
156:18, 156:21,
157:24, 158:14,
158:24, 159:13,
159:19, 160:6,
160:9, 160:10,
160:11, 165:21,
188:11, 189:13,
189:20
**coast** [5] - 88:8, 101:1,
116:10, 117:19,
129:16
**cocaine** [53] - 24:2,
68:15, 68:20, 69:7,
69:12, 69:20, 69:24,
70:18, 71:5, 71:6,
72:17, 73:12, 74:11,
75:5, 76:13, 76:14,
76:15, 76:17, 76:20,
76:23, 77:6, 83:4,
83:24, 84:3, 84:7,
84:16, 84:17, 85:8,
85:14, 85:24, 88:17,
89:20, 92:12, 92:16,
92:22, 93:22, 94:5,
95:4, 95:17, 97:2,
97:5, 97:10, 99:5,
105:20, 106:5,
106:7, 110:9,
110:10, 110:15,
161:9, 161:12
**Code** [1] - 24:3
**coffee** [1] - 167:22
**cold** [2] - 136:7, 136:8
**colleague** [1] - 97:19
**colleagues** [2] -
78:17, 90:18
**collect** [2] - 73:14,
122:3
**collected** [1] - 139:19
**Collectively** [2] -
24:11, 64:2
**college** [2] - 44:4, 48:9
**Collier** [1] - 35:17
**Colombia** [10] - 68:25,
69:5, 92:4, 94:4,
94:5, 94:6, 100:10,
100:13, 100:18
**Colombian** [2] -
100:11, 100:12
**color** [2] - 136:22,
153:2
**colored** [1] - 117:23
**comfortable** [1] -

147:2
**coming** [15] - 15:3,
26:5, 71:12, 72:22,
83:14, 88:13, 88:18,
108:19, 109:5,
109:24, 125:5,
126:14, 144:12,
156:22, 167:18
**command** [1] - 127:18
**Commander** [10] -
112:13, 113:6,
113:10, 115:24,
118:16, 118:25,
135:25, 140:9,
143:1, 164:22
**COMMANDER** [1] -
4:5
**commander** [13] -
113:2, 115:7,
115:10, 115:11,
133:7, 134:6, 134:7,
151:3, 158:4,
164:12, 168:9,
181:5, 181:10
**commanding** [2] -
113:11, 164:11
**comments** [1] -
184:14
**commit** [1] - 110:2
**common** [5] - 69:3,
75:21, 77:1, 99:6,
107:23
**communicate** [4] -
131:1, 135:16,
141:6, 180:14
**communicating** [2] -
147:7, 147:8
**communication** [1] -
135:17
**communications** [2] -
121:6, 159:2
**communicator** [1] -
121:5
**Community** [1] -
52:25
**community** [1] - 37:11
**commute** [1] - 50:21
**companions** [1] -
98:22
**company** [3] - 33:18,
48:16, 54:1
**compare** [1] - 111:3
**complaining** [1] -
10:21
**complete** [1] - 163:19
**completely** [2] -
87:20, 87:21
**compliance** [1] -
52:19
**complicated** [1] -

79:12
**composed** [1] -
106:10
**computer** [2] - 10:19,
163:15
**computers** [1] - 49:22
**concerned** [4] - 17:10,
36:8, 80:5, 126:18
**conclude** [1] - 65:16
**concluded** [1] - 47:1
**conclusion** [1] - 14:23
**Condella** [3] - 54:11,
62:22, 63:10
**conduct** [2] - 66:18,
116:15
**conducting** [1] - 118:6
**confer** [1] - 14:9
**conferred** [1] - 15:20
**confident** [5] - 77:3,
87:16, 87:25, 99:13,
161:8
**confirmed** [1] - 15:24
**confirms** [1] - 106:25
**conflict** [2] - 42:10,
43:15
**confused** [2] - 86:24,
177:9
**congestion** [1] -
167:19
**connect** [1] - 182:2
**connection** [2] -
68:10, 68:11
**consider** [5] - 15:15,
18:17, 65:20, 95:10,
127:18
**consideration** [3] -
18:23, 22:15, 95:10
**considered** [2] -
64:22, 65:9
**considering** [1] -
66:12
**consist** [1] - 64:17
**consistent** [2] -
135:19, 177:11
**conspiracy** [3] - 38:6,
85:8, 110:24
**conspire** [1] - 23:25
**conspired** [2] - 77:7,
84:14
**conspired's** [1] -
84:14
**constant** [1] - 135:17
**constantly** [1] - 93:15
**constraint** [1] - 166:23
**consult** [4] - 15:16,
15:17, 16:3, 16:19
**consultant** [1] - 49:11
**consulting** [1] - 16:1
**consume** [2] - 146:23,
146:24

**contact** [10] - 72:14,
127:7, 133:2,
140:16, 141:16,
141:17, 142:19,
145:1, 145:2
**contacts** [2] - 125:1,
172:23
**contain** [5] - 16:17,
133:19, 134:10,
164:19, 165:1
**contained** [4] - 99:1,
178:9, 183:22,
183:24
**containers** [1] - 130:4
**containing** [1] - 24:2
**contains** [3] - 19:13,
133:11, 133:12
**content** [1] - 17:12
**continuance** [5] -
15:11, 15:15, 17:1,
17:3, 19:2
**continue** [2] - 71:10,
169:2
**continued** [3] - 4:1,
4:7, 135:3
**CONTINUED** [1] - 2:1
**Continued** [1] - 190:4
**continues** [3] - 70:19,
70:22, 125:10
**continuing** [1] -
158:21
**contraband** [5] -
71:21, 95:7, 95:8,
105:20, 105:25
**contractor** [1] - 52:5
**contradicted** [1] -
87:20
**contrary** [1] - 15:1
**control** [2] - 54:4,
127:14
**controlled** [2] - 23:25,
38:7
**convenience** [1] -
8:18
**convenient** [1] -
167:13
**convert** [4] - 163:8,
180:8, 186:7, 186:24
**converted** [2] - 11:8,
180:11
**converting** [1] -
183:18
**convey** [1] - 160:19
**conveying** [1] -
160:18
**convicted** [1] - 46:22
**cooking** [1] - 111:3
**cool** [2] - 19:4, 78:22
**cooperative** [3] -
81:15, 81:19, 81:22

**coordinates** [18] - 9:2,
9:4, 11:7, 11:22,
13:14, 13:18, 14:7,
14:15, 14:18, 14:20,
14:24, 15:2, 16:12,
16:14, 16:17, 17:21,
72:10, 73:4
**coordinator** [2] -
54:13, 121:3
**copied** [1] - 13:3
**copy** [8] - 10:17,
11:17, 12:20, 171:1,
173:24, 174:1,
183:19, 186:18
**cordless** [1] - 68:7
**corner** [2] - 80:4,
84:23, 159:6
**corporation** [1] -
106:10
**Corps** [1] - 55:2
**correct** [48] - 9:17,
28:10, 41:25, 42:20,
42:22, 83:8, 112:8,
116:19, 117:22,
118:12, 118:18,
122:15, 125:4,
129:2, 131:2, 131:4,
131:6, 131:7,
131:21, 134:15,
136:3, 137:9,
137:19, 141:24,
141:25, 142:20,
145:23, 146:5,
146:11, 147:15,
147:25, 148:18,
149:7, 156:5,
156:14, 159:11,
159:18, 160:15,
160:17, 161:6,
161:20, 162:11,
162:12, 165:11,
166:2, 166:13,
171:19, 176:15
**correction** [1] - 34:1
**Corrections** [3] -
33:10, 35:18, 36:16
**correctly** [1] - 60:15
**counsel** [27] - 6:7,
8:12, 9:22, 13:11,
15:17, 15:21, 16:8,
19:24, 25:8, 52:20,
67:15, 67:23, 78:3,
78:4, 84:24, 88:20,
139:23, 174:3,
175:6, 175:7,
175:13, 175:25,
176:1, 180:18,
180:22, 184:14,
188:3
**counsel's** [1] - 24:19

**counseling** [1] - 20:24
**counsels'** [1] - 6:13
**count** [7] - 93:1, 93:5,
93:25, 110:25,
111:18, 130:19,
154:5
**countries** [2] - 76:24,
122:2
**country** [2] - 54:5,
108:2
**counts** [2] - 38:13,
110:24
**County** [21] - 27:15,
29:20, 30:14, 30:20,
31:12, 34:3, 34:18,
35:5, 35:16, 35:17,
35:24, 37:25, 47:14,
49:21, 49:23, 50:9,
51:10, 52:14, 54:12,
54:20
**county** [1] - 29:6
**couple** [7] - 28:17,
52:1, 72:13, 102:2,
146:6, 148:14,
167:16
**course** [12] - 64:13,
145:19, 147:7,
147:11, 151:12,
151:14, 157:15,
163:2, 166:1, 170:7,
171:9, 184:3
**court** [13] - 7:6, 23:16,
25:8, 26:6, 27:7,
27:22, 28:17, 28:24,
36:8, 47:2, 50:16,
50:17, 81:11
**COURT** [387] - 1:1,
6:3, 6:4, 6:12, 6:15,
7:13, 7:18, 7:22, 8:9,
9:14, 9:18, 9:23,
10:2, 10:6, 10:8,
10:15, 10:20, 11:1,
11:10, 11:13, 11:24,
12:2, 12:6, 12:8,
12:11, 12:13, 12:17,
12:25, 13:6, 13:16,
13:23, 14:3, 14:6,
14:11, 14:13, 14:17,
14:22, 14:25, 15:5,
15:9, 15:14, 15:18,
16:1, 16:4, 16:25,
17:7, 17:9, 19:4,
19:6, 19:20, 20:13,
20:17, 20:25, 21:3,
21:5, 21:7, 21:9,
24:13, 24:24, 26:3,
26:17, 26:20, 26:24,
27:9, 27:11, 27:13,
27:15, 27:17, 27:20,
27:22, 27:24, 28:13,

28:19, 28:22, 28:25, 29:2, 29:7, 29:10, 29:13, 29:15, 29:17, 29:21, 29:23, 30:1, 30:3, 30:6, 30:12, 30:16, 30:18, 30:22, 31:1, 31:5, 31:7, 31:10, 31:14, 32:3, 32:6, 32:12, 32:18, 32:21, 32:25, 33:4, 33:12, 33:15, 33:20, 33:22, 34:5, 34:7, 34:11, 34:13, 34:16, 34:20, 34:22, 35:2, 35:7, 35:10, 35:12, 35:19, 35:21, 36:1, 36:5, 36:23, 36:25, 37:5, 37:12, 37:15, 37:21, 37:24, 38:1, 38:3, 39:3, 39:7, 39:9, 40:15, 40:21, 40:25, 41:2, 41:8, 41:13, 41:16, 41:19, 41:21, 41:24, 42:4, 42:6, 42:8, 42:13, 42:18, 42:23, 42:25, 43:3, 43:8, 43:14, 43:18, 43:21, 43:23, 44:1, 44:6, 44:8, 44:10, 44:14, 44:17, 44:20, 44:24, 45:17, 45:19, 45:23, 46:5, 46:9, 46:20, 46:25, 47:3, 47:17, 47:19, 47:22, 47:24, 48:4, 48:6, 48:12, 48:14, 48:18, 48:22, 49:1, 49:5, 49:14, 49:19, 49:25, 50:3, 50:7, 50:13, 50:18, 50:24, 51:4, 51:7, 51:11, 51:14, 51:17, 51:21, 51:24, 52:3, 52:7, 52:12, 52:17, 52:21, 52:24, 53:2, 53:4, 53:7, 53:10, 53:14, 53:20, 53:24, 54:2, 54:6, 54:10, 54:14, 54:18, 54:22, 54:25, 55:3, 55:8, 55:10, 55:12, 55:15, 55:18, 55:21, 55:23, 55:25, 56:2, 56:4, 56:7, 56:10, 56:12, 56:14, 56:17, 56:20, 57:1, 57:5, 57:7, 57:9, 57:11, 57:13, 57:15, 57:17, 57:19, 58:6, 58:8, 58:12, 58:14, 58:16, 58:18, 58:20, 58:22, 58:24, 59:1,

59:3, 59:5, 59:7, 59:9, 59:11, 59:13, 59:15, 59:21, 60:2, 60:6, 60:8, 60:11, 60:16, 60:18, 60:21, 60:24, 61:1, 61:12, 61:15, 61:17, 61:20, 61:23, 61:25, 62:2, 62:4, 62:8, 62:13, 62:15, 62:17, 62:19, 62:22, 63:1, 63:3, 63:5, 63:8, 63:10, 63:15, 63:17, 64:5, 68:3, 68:8, 77:12, 77:15, 77:19, 77:21, 77:25, 80:11, 80:13, 80:16, 111:9, 111:23, 112:6, 112:9, 115:16, 115:18, 117:2, 117:11, 118:23, 119:13, 119:16, 129:10, 133:5, 134:2, 134:22, 135:22, 137:22, 139:1, 139:4, 140:1, 150:24, 151:25, 154:2, 154:14, 157:3, 161:13, 164:9, 164:24, 165:15, 167:3, 167:13, 168:5, 168:12, 168:15, 168:17, 168:21, 168:24, 169:4, 169:7, 169:10, 169:15, 169:19, 169:22, 170:3, 170:23, 171:15, 171:18, 171:20, 171:25, 173:2, 173:8, 173:11, 173:15, 173:17, 173:23, 174:23, 176:5, 176:9, 176:13, 176:25, 177:4, 177:9, 177:9, 178:2, 178:4, 178:13, 178:17, 178:20, 181:2, 181:10, 182:13, 183:11, 184:16, 185:19, 187:3, 187:17, 187:19, 187:21, 187:23, 189:6, 189:11, 189:15, 189:21, 190:2
**Court** [20] - 2:16, 2:17, 3:4, 6:1, 7:5, 21:12, 49:23, 63:25, 64:11, 64:13, 64:19, 65:8,

67:21, 78:3, 84:24, 90:17, 90:21, 184:15, 190:13, 190:14
**Court's** [8] - 18:22, 39:14, 39:18, 45:5, 56:23, 65:3, 67:1, 90:13
**court-appointed** [1] - 25:8
**Court-Certified** [1] - 6:1
**courtesy** [3] - 8:18, 8:20, 8:25
**courthouse** [2] - 23:21, 29:6
**courtroom** [17] - 15:4, 21:8, 22:19, 23:4, 23:7, 39:13, 45:5, 63:18, 65:10, 65:12, 68:4, 77:18, 77:24, 78:13, 79:11, 168:3
**COURTROOM** [12] - 24:7, 24:12, 59:20, 63:22, 64:3, 68:9, 112:17, 112:22, 168:2, 178:23, 179:3, 179:8
**courts** [1] - 27:3
**cover** [1] - 75:7
**covered** [9] - 70:12, 70:13, 75:2, 75:3, 96:20, 97:25, 121:19, 123:7, 124:4
**covering** [2] - 128:20, 130:8
**covert** [1] - 130:17
**craft** [2] - 74:1, 98:16
**crash** [1] - 157:11
**cream/cookie** [1] - 49:17
**create** [1] - 144:5
**created** [3] - 136:9, 136:10, 183:18
**credibility** [1] - 65:24
**crew** [12] - 69:23, 120:9, 120:15, 120:18, 120:22, 121:4, 129:22, 158:22, 162:18, 162:22, 170:6, 171:8
**crewmen** [1] - 171:12
**crews** [1] - 120:9
**crime** [2] - 110:25, 111:12
**crimes** [3] - 96:22, 96:23, 110:25
**criminal** [21] - 23:21, 27:2, 28:5, 28:16, 28:18, 28:25, 31:4,

31:12, 36:8, 36:10, 36:23, 36:24, 36:25, 37:1, 66:1, 66:2, 66:17, 86:16, 110:1, 110:2
**critical** [2] - 16:11, 93:11
**CROSS** [1] - 181:3
**cross** [8] - 67:15, 67:18, 140:1, 164:24, 177:25, 178:1, 181:2, 189:22
**Cross** [1] - 4:10
**cross-examination** [2] - 177:25, 178:1
**CROSS-EXAMINATION** [1] - 181:3
**Cross-Examination** [1] - 4:10
**cross-examine** [3] - 67:15, 67:18, 189:22
**CRR** [2] - 2:16, 190:13
**crucial** [1] - 15:7
**Cruz** [5] - 7:1, 25:16, 90:22, 90:24, 97:11
**CRUZ** [4] - 1:9, 2:7, 3:18, 90:16
**cure** [1] - 18:15
**currency** [1] - 108:15
**custody** [2] - 19:15, 83:11
**cutter** [15] - 72:5, 72:8, 72:12, 72:15, 72:16, 72:24, 72:25, 83:12, 83:15, 83:16, 135:18, 141:8, 152:21, 156:21
**Cutter** [4] - 72:6, 72:7, 72:21, 76:2
**cutter's** [1] - 160:12
**Cynthia** [2] - 31:2, 54:19

# D

**dad** [1] - 108:8
**daily** [2] - 44:22, 107:15
**damage** [1] - 98:9
**Dan** [2] - 6:14, 24:22
**Danger** [1] - 52:9
**dangerous** [1] - 104:4
**Daniel** [1] - 36:17
**dark** [1] - 80:4
**Darlene** [2] - 31:11, 54:23
**data** [19] - 9:11, 10:5, 10:7, 13:22, 133:14, 179:18, 179:20,

179:23, 180:2, 180:16, 181:25, 182:2, 182:5, 182:6, 182:9, 185:18, 186:9, 187:13
**DATE** [1] - 190:13
**date** [6] - 9:16, 41:21, 41:24, 43:11, 43:14, 185:24
**dated** [1] - 12:18
**dates** [1] - 41:14
**Dave** [1] - 50:25
**Davidson** [2] - 31:2, 54:19
**Davila** [3] - 52:25, 61:6, 61:22
**Dawson** [3] - 32:1, 48:23, 57:21
**DAY** [1] - 1:13
**days** [9] - 42:19, 76:7, 83:16, 94:9, 102:15, 120:10, 120:11, 120:16
**DC** [1] - 34:25
**dead** [3] - 96:13, 137:17, 155:3
**deal** [2] - 101:8, 178:3
**Deborah** [3] - 51:18, 58:1, 59:16
**debrief** [2] - 162:21, 163:5
**debris** [18] - 73:11, 132:10, 132:17, 132:18, 135:5, 135:6, 141:16, 141:22, 141:24, 142:7, 159:17, 159:19, 160:13, 160:16, 160:23, 161:2, 161:6, 162:10
**decades** [1] - 101:13
**December** [16] - 8:11, 8:12, 8:13, 9:16, 10:4, 10:9, 10:22, 11:7, 11:11, 11:12, 12:18, 15:22, 18:21, 20:21, 20:22, 190:12
**decide** [7] - 39:17, 65:11, 65:21, 70:11, 71:23, 86:1, 86:5
**decided** [4] - 68:18, 68:19, 72:20, 96:1
**deciding** [1] - 78:25
**decision** [2] - 45:10, 56:25, 86:6, 87:19
**decisions** [1] - 87:23
**deck** [2] - 78:1, 142:18
**deemed** [1] - 170:10
**defecating** [1] - 109:8
**defend** [1] - 90:21

**Defendant** [7] - 38:15, 66:4, 74:14, 75:16, 99:15, 100:7, 100:9
**defendant** [9] - 36:9, 36:11, 37:4, 38:10, 46:17, 66:6, 66:9, 66:11, 66:13
**DEFENDANT** [7] - 3:12, 3:14, 3:16, 3:18, 3:20, 3:22, 3:24
**Defendant's** [1] - 66:14
**Defendants** [31] - 6:1, 23:22, 26:9, 38:12, 38:20, 66:3, 67:15, 67:16, 68:17, 69:9, 70:4, 70:7, 71:1, 72:10, 72:17, 73:4, 73:18, 74:3, 74:12, 75:7, 75:17, 76:5, 76:8, 76:10, 77:4, 79:2, 82:2, 88:21, 97:12, 111:16, 188:7
**Defendants'** [1] - 67:11
**defender** [3] - 25:3, 50:14, 78:7
**Defender** [1] - 6:17
**Defense** [4] - 182:16, 183:13, 185:5
**defense** [54] - 8:12, 9:22, 13:7, 15:21, 19:23, 24:25, 26:22, 33:1, 45:8, 45:19, 46:1, 55:5, 55:10, 55:21, 56:2, 56:4, 56:12, 57:3, 57:7, 57:9, 57:13, 57:15, 58:8, 58:14, 58:20, 58:22, 59:5, 59:9, 59:11, 59:24, 60:19, 60:21, 60:24, 61:10, 61:15, 61:17, 62:2, 62:11, 62:15, 63:1, 77:12, 86:17, 88:20, 90:19, 97:22, 174:3, 175:13, 176:4, 180:18, 180:22, 184:5, 184:13, 187:21, 188:3
**deferral** [2] - 41:5, 41:7
**deferred** [1] - 61:7
**del** [1] - 81:15
**Delahanty** [2] - 33:9, 50:1
**delay** [1] - 19:2
**deliberate** [4] - 30:16, 31:5, 66:22, 67:22

**deliberations** [1] - 67:5
**deliver** [1] - 99:14
**delivery** [1] - 51:13
**demand** [1] - 188:5
**demonstrative** [1] - 116:1
**denied** [3] - 55:15, 56:14, 58:12
**deny** [2] - 56:7, 95:3
**denying** [2] - 87:7, 87:8
**departed** [1] - 135:10
**Department** [8] - 24:21, 33:10, 35:1, 35:18, 35:25, 36:15, 50:9, 54:24
**depict** [3] - 116:4, 119:6, 133:20
**depicted** [5] - 140:9, 143:12, 153:12, 158:19, 161:20
**depicts** [1] - 116:2
**deploy** [1] - 169:15
**deployed** [3] - 115:3, 115:4, 160:10
**deploying** [1] - 169:16
**deployment** [1] - 113:19
**deployments** [1] - 113:17
**DEPUTY** [12] - 24:7, 24:12, 59:20, 63:22, 64:3, 68:9, 112:17, 112:22, 168:2, 178:23, 179:3, 179:8
**descended** [1] - 148:16
**descent** [1] - 157:10
**describe** [8] - 117:24, 128:11, 136:4, 137:7, 148:24, 153:11, 156:16, 157:21
**describing** [1] - 176:23
**designer** [1] - 49:13
**desire** [1] - 19:2
**desk** [1] - 114:15
**desperate** [13] - 68:14, 76:24, 102:4, 102:6, 102:12, 103:17, 104:3, 108:17
**despite** [2] - 79:10, 83:10
**destruction** [1] - 37:10
**detailed** [1] - 174:8
**details** [1] - 176:3
**detect** [1] - 79:25

**detectable** [1] - 24:2
**detected** [2] - 125:23, 188:11
**detective** [3] - 34:18, 34:25, 52:15
**determine** [3] - 65:24, 74:4, 82:16
**devastated** [2] - 107:24, 109:4
**develop** [3] - 40:10, 40:13, 78:19
**developing** [1] - 78:17
**device** [10] - 7:24, 180:3, 180:24, 181:14, 181:20, 181:23, 182:1, 182:24
**die** [2] - 104:4, 104:14
**Diego** [1] - 3:19
**DIEGO** [1] - 2:7
**difference** [1] - 136:6
**different** [19] - 28:5, 66:17, 69:24, 109:25, 110:16, 110:17, 120:22, 122:8, 123:3, 131:16, 131:18, 136:1, 136:5, 142:24, 147:14, 150:11, 152:24, 153:8, 178:6
**differently** [1] - 18:19
**difficult** [5] - 38:18, 40:4, 45:21, 161:24, 166:24
**digital** [2] - 179:16, 186:18
**digitally** [1] - 186:21
**Dire** [1] - 4:7
**dire** [4] - 16:13, 18:25, 134:1, 182:15
**DIRE** [2] - 3:3, 134:4
**DIRECT** [3] - 113:4, 135:3, 179:11
**direct** [6] - 4:7, 65:13, 65:14, 114:21, 188:3
**Direct** [2] - 4:6, 4:10
**directing** [1] - 72:15
**direction** [10] - 72:20, 72:21, 127:22, 141:9, 147:6, 151:16, 151:20, 153:16, 156:2, 156:3
**directly** [4] - 151:18, 151:19, 154:18, 154:23
**director** [1] - 50:16
**Director** [1] - 52:25
**disabilities** [1] - 52:14
**disability** [1] - 40:3

**disabled** [3] - 40:11, 50:12, 98:17
**disaster** [1] - 107:25
**disclosure** [2] - 16:12, 175:15
**discovered** [1] - 106:5
**discovery** [15] - 8:22, 9:20, 11:5, 11:16, 11:18, 12:20, 12:21, 13:12, 170:25, 171:3, 174:7, 174:10, 174:19, 189:24
**discuss** [2] - 66:20, 170:8
**discussed** [2] - 112:7, 176:7
**discussion** [4] - 45:25, 47:1, 55:5, 158:21
**dismissed** [1] - 30:11
**dispatched** [1] - 150:2
**dispatches** [1] - 72:5
**disregard** [1] - 65:9
**disregarded** [1] - 65:11
**distance** [8] - 85:20, 122:11, 124:13, 125:23, 127:6, 137:2, 160:7, 165:6
**distance-wise** [1] - 165:6
**distribute** [6] - 23:25, 38:7, 77:5, 77:6, 84:16, 84:17
**district** [2] - 25:4, 78:7
**District** [8] - 2:17, 21:12, 21:13, 47:14, 52:15, 54:12, 54:20, 190:14
**DISTRICT** [3] - 1:1, 1:1, 1:15
**division** [1] - 49:21
**divorced** [4] - 52:1, 53:12, 53:19, 54:23
**DIW** [1] - 137:17
**DO** [1] - 2:8
**docket** [7] - 174:11, 175:12, 176:19, 176:24, 176:25, 178:14
**doctor** [1] - 48:24
**Document** [1] - 188:3
**document** [7] - 176:18, 176:19, 176:22, 178:8, 182:4, 182:17, 188:1
**documentation** [1] - 36:19
**documenting** [1] -

71:14
**documents** [1] - 64:17
**dollar** [1] - 108:15
**dollars** [1] - 106:19
**dollars'** [1] - 94:12
**done** [10] - 17:13, 17:16, 47:9, 47:11, 47:15, 108:10, 113:16, 114:14, 155:12, 174:12
**door** [2] - 108:13
**dope** [2] - 71:15, 130:3
**dot** [1] - 124:1
**dots** [3] - 13:13, 13:14, 183:6
**doubt** [16] - 28:7, 28:10, 38:14, 66:15, 79:4, 82:12, 84:6, 84:18, 90:6, 96:25, 97:1, 97:5, 97:6, 100:8, 110:21, 111:14
**doused** [1] - 75:22
**down** [47] - 23:1, 23:17, 54:24, 56:7, 63:10, 76:23, 88:18, 91:7, 103:10, 115:17, 115:19, 116:19, 120:9, 126:16, 126:20, 130:16, 130:18, 133:3, 137:6, 137:16, 145:25, 147:1, 148:16, 148:21, 150:23, 150:25, 151:3, 152:2, 154:6, 154:7, 154:13, 154:16, 156:11, 157:10, 157:14, 159:20, 162:23, 162:25, 163:13, 167:8, 168:4, 168:9, 169:6, 169:14, 170:16, 172:23, 187:17
**download** [5] - 8:16, 8:19, 180:5, 186:5, 187:11
**downloaded** [2] - 180:22, 186:25
**Dr** [1] - 49:6
**dramatically** [1] - 72:19
**drawback** [1] - 157:16
**drawn** [1] - 83:1
**drift** [2] - 132:19, 132:21
**drifted** [1] - 159:24
**drifts** [1] - 132:20

driver [1] - 51:13
driving [3] - 133:3,
  151:15, 155:21
dropped [3] - 143:13,
  145:16, 160:7
drove [1] - 160:21
drowning [2] - 145:15,
  146:20
drug [10] - 69:4, 69:5,
  94:18, 94:23, 99:23,
  102:17, 107:1,
  110:24, 188:17,
  188:23
drug-smuggling [1] -
  102:17
drug-trafficking [2] -
  69:4, 110:24
drugs [36] - 71:9, 72:3,
  72:11, 73:9, 73:14,
  73:15, 74:15, 75:14,
  76:6, 76:11, 76:25,
  79:25, 80:19, 80:23,
  80:25, 92:18, 93:2,
  93:5, 93:8, 93:14,
  94:9, 99:1, 99:2,
  99:3, 99:25, 105:10,
  105:25, 106:3,
  106:24, 110:4,
  127:24, 130:16,
  145:16, 188:18,
  188:24
DUI [3] - 29:6, 29:12,
  30:20
dump [2] - 130:3,
  131:8
dumped [4] - 74:25,
  90:12, 92:11, 95:8
dumping [19] - 83:3,
  85:24, 89:18, 89:19,
  90:9, 92:22, 95:4,
  95:7, 95:17, 97:2,
  97:4, 97:10, 105:16,
  126:21, 126:22,
  126:24, 127:3,
  127:24, 127:25
during [18] - 64:13,
  66:19, 85:21, 86:8,
  87:1, 91:7, 114:7,
  116:8, 116:11,
  127:9, 128:1,
  130:14, 144:19,
  145:24, 149:12,
  149:17, 170:6, 171:9
duty [2] - 64:8, 91:22
DVD [2] - 133:11,
  133:15

E

e-mail [13] - 8:12,

9:21, 9:22, 11:19,
  12:6, 12:9, 12:13,
  12:14, 12:17, 12:23,
  12:24, 13:1, 13:4
e-mails [1] - 11:4
Eagle [1] - 104:22
Eanes [4] - 32:13,
  49:2, 56:20, 57:21
early [4] - 28:21,
  41:12, 112:4, 167:25
Earth [15] - 10:12,
  10:13, 180:8,
  180:22, 182:7,
  182:8, 182:9,
  182:21, 183:4,
  184:23, 185:12,
  185:23, 186:13,
  186:22, 187:8
earthquake [2] - 98:9,
  107:22
easier [6] - 8:23,
  130:18, 132:4,
  132:5, 132:7, 154:5
easiest [1] - 14:1
East [1] - 1:22
Eastern [4] - 70:2,
  72:9, 76:2, 117:20
easy [2] - 11:9, 180:17
easy-to-print-out [1] -
  180:17
Ecuador [12] - 52:10,
  89:9, 92:5, 98:7,
  98:9, 98:12, 98:15,
  102:9, 102:22,
  107:20, 108:2,
  108:15
Ecuadorians [2] -
  100:12, 104:18
education [1] - 52:13
educational [1] - 22:1
effect [1] - 178:9
eggs [1] - 111:6
eight [12] - 19:14,
  61:20, 61:21, 91:6,
  108:7, 113:18,
  138:23, 138:24,
  138:25, 139:1,
  139:2, 163:7
eight-millimeter [1] -
  163:7
either [6] - 19:21,
  26:22, 27:2, 36:9,
  36:11
El [10] - 88:8, 115:4,
  115:5, 115:8, 116:9,
  116:10, 116:17,
  124:10, 124:12,
  124:17
electro [3] - 122:7,
  136:21, 136:25

electro-optical [3] -
  122:7, 136:21,
  136:25
electronic [1] - 49:22
element [1] - 110:22
elements [2] - 111:1,
  111:2
elevation [1] - 125:21,
  125:25
emotionally [1] - 39:2
employed [8] - 31:20,
  47:8, 47:14, 48:23,
  49:20, 50:9, 51:12,
  54:1
employees [1] - 37:18
employment [2] -
  46:3, 46:9
empty [1] - 40:17
ENCINOSA [10] - 2:11,
  7:10, 9:25, 10:5,
  10:7, 10:10, 25:25,
  77:13, 107:8, 111:10
Encinosa [4] - 3:25,
  7:11, 26:1, 107:12
end [17] - 65:19,
  65:25, 66:9, 66:21,
  67:6, 76:21, 77:9,
  79:10, 84:9, 96:21,
  99:11, 99:17,
  102:25, 124:24,
  137:19, 139:25,
  145:17
endeavor [1] - 53:17
ended [4] - 30:15,
  87:18, 91:20, 107:3
ending [1] - 15:22
ends [1] - 130:10
enemies [1] - 71:20
enforcement [5] -
  31:20, 31:21, 31:22,
  32:22, 60:15
engaged [2] - 85:23,
  123:1
engine [2] - 136:9,
  169:8
engineers [1] - 121:2
engines [9] - 70:21,
  88:17, 95:19, 95:24,
  104:5, 123:5, 138:7,
  138:13, 156:11
English [1] - 74:3
ensure [1] - 181:23
entered [2] - 21:8,
  77:24
entire [15] - 87:17,
  87:18, 87:23, 87:25,
  121:3, 125:4, 125:9,
  125:10, 139:11,
  139:22, 139:24,
  140:4, 140:16,

145:1, 165:25
entitled [6] - 9:11,
  74:6, 74:7, 170:21,
  171:15, 190:10
entry [1] - 178:14
EOIR [1] - 5:23
equipment [5] - 49:22,
  52:11, 87:14, 122:4,
  131:22
equivalent [1] -
  170:20
escape [1] - 76:24
escaped [1] - 36:17
Esmeralda [1] -
  102:13
Esmeraldas [1] -
  102:10
Esq [6] - 3:15, 3:17,
  3:19, 3:21, 3:23,
  3:25
ESQ [6] - 2:4, 2:5, 2:7,
  2:8, 2:10, 2:11
Esquinaldo [6] -
  29:18, 30:7, 34:23,
  52:18, 61:4, 62:4
essential [1] - 14:16
essentially [1] - 7:23
established [1] - 98:4
estimate [1] - 165:12
estimated [1] - 22:8
et [1] - 179:21
evaluate [2] - 77:2,
  77:10
event [2] - 21:1,
  173:13
eventually [3] -
  109:22, 151:16,
  154:7
evidence [76] - 7:20,
  8:11, 15:8, 28:4,
  38:9, 39:13, 39:18,
  45:4, 56:22, 63:25,
  64:8, 64:16, 64:21,
  64:23, 64:24, 65:1,
  65:2, 65:6, 65:9,
  65:11, 65:12, 65:13,
  65:14, 65:15, 65:20,
  66:10, 67:4, 67:10,
  67:13, 67:19, 67:21,
  76:21, 77:2, 77:10,
  83:25, 84:3, 85:9,
  85:14, 85:15, 87:15,
  88:21, 89:6, 89:21,
  90:4, 90:7, 90:13,
  92:11, 92:14, 93:9,
  95:13, 95:14, 95:18,
  96:6, 98:14, 98:24,
  98:25, 99:7, 99:11,
  100:1, 101:19,
  102:16, 105:5,

106:1, 106:20,
  106:21, 106:22,
  106:23, 111:8,
  119:11, 119:14,
  133:24, 134:24,
  135:23, 137:10,
  140:5
EVIDENCE [1] - 4:3
exact [4] - 41:14,
  72:10, 186:15,
  186:18
exactly [9] - 12:16,
  36:5, 42:3, 71:7,
  71:10, 72:9, 72:21,
  82:9, 189:7
examination [3] -
  22:7, 177:25, 178:1
EXAMINATION [7] -
  3:3, 113:4, 134:4,
  135:3, 179:11,
  181:3, 187:6
Examination [6] - 4:6,
  4:7, 4:7, 4:10, 4:10,
  4:11
examine [4] - 17:11,
  67:15, 67:18, 189:22
examiner [1] - 179:17
example [1] - 182:10
Excel [6] - 16:16,
  183:18, 184:1,
  184:7, 184:19, 185:1
except [1] - 108:22
excerpt [1] - 190:9
exclude [4] - 7:19,
  19:9, 19:19, 97:1
excluded [5] - 15:14,
  16:23, 65:8
exclusion [3] - 15:12,
  79:4, 84:6
exclusively [1] - 86:18
excuse [16] - 45:10,
  55:9, 56:9, 57:4,
  57:10, 57:18, 59:2,
  59:4, 59:10, 59:14,
  61:11, 62:3, 63:2,
  63:3, 85:17, 174:6
excused [11] - 22:3,
  57:20, 59:15, 60:25,
  61:3, 62:5, 62:6,
  62:8, 62:23, 63:6,
  187:18
excusing [1] - 23:9
executive [2] - 115:9,
  120:12
exercise [2] - 55:16,
  55:19
EXHIBIT [1] - 5:3
exhibit [3] - 5:4,
  162:9, 185:5
Exhibit [13] - 5:5,

# F

115:25, 116:23, 117:17, 117:18, 119:1, 119:11, 119:14, 133:8, 134:24, 135:23, 161:19, 165:17
**exhibits** [1] - 64:18
**exist** [2] - 65:17, 95:20
**existence** [2] - 188:8, 188:25
**exists** [1] - 170:18
**exited** [2] - 77:18, 168:3
**expect** [3] - 129:15, 132:18, 132:23
**expected** [1] - 22:6
**expensive** [2] - 101:9, 102:23
**experience** [4] - 22:2, 114:14, 129:12, 146:22
**expert** [16] - 8:5, 9:1, 9:10, 13:15, 14:10, 14:25, 15:20, 16:13, 16:19, 17:10, 19:1, 36:20, 36:21, 49:11, 75:24, 184:10
**explain** [6] - 9:13, 116:24, 117:7, 117:13, 143:3, 155:16
**explaining** [2] - 115:11, 154:15
**explore** [1] - 18:10
**explosive** [2] - 75:12, 75:13
**extra** [2] - 89:9, 89:10
**extract** [8] - 9:7, 14:7, 14:19, 15:1, 179:18, 179:20, 181:20, 181:22
**extracted** [4] - 9:8, 179:23, 182:9, 186:17
**extraction** [2] - 182:24, 186:15
**extractions** [3] - 7:24, 9:6, 182:4
**extrapolate** [2] - 13:17, 16:14
**extremely** [1] - 8:7
**eye** [2] - 48:24, 123:14
**eyes** [13] - 70:8, 70:9, 93:24, 126:9, 126:10, 141:13, 141:19, 141:20, 158:23, 159:17, 161:8, 166:3, 166:5
**eyewitness** [1] - 65:15
**Ezmirly** [1] - 55:1

**F-35** [1] - 169:6
**Fabiola** [1] - 101:11
**face** [4] - 103:9, 105:17, 105:18, 175:4
**faces** [1] - 127:5
**facial** [1] - 127:5
**fact** [10] - 26:20, 32:6, 32:8, 32:21, 38:8, 42:13, 65:14, 72:13, 86:9, 86:22
**facts** [11] - 64:9, 64:10, 64:16, 64:18, 65:16, 65:17, 86:4, 95:10, 107:17, 107:18
**fails** [1] - 38:14
**fair** [10] - 26:21, 32:9, 32:23, 33:13, 38:19, 39:4, 45:3, 56:16, 56:19, 56:21
**fairly** [3] - 121:18, 121:22, 145:9
**faith** [1] - 98:1
**fall** [2] - 48:11, 111:20
**familiar** [1] - 111:5
**families** [1] - 97:14
**family** [17] - 31:22, 36:9, 39:1, 40:23, 58:10, 60:12, 60:14, 81:14, 101:10, 102:4, 102:10, 103:18, 107:2, 107:3, 108:6, 108:9, 109:3
**family's** [1] - 109:4
**fancy** [3] - 69:19, 75:9, 84:14
**far** [7] - 17:9, 18:8, 74:24, 91:10, 129:3, 137:9, 165:4
**farmers** [1] - 100:15
**fast** [7] - 72:9, 73:2, 95:25, 123:16, 123:17, 135:13, 165:12
**father** [2] - 81:12, 91:13
**father's** [1] - 91:13
**FBI** [3] - 32:17, 32:20, 34:24
**features** [1] - 136:10
**fed** [1] - 103:16
**Federal** [2] - 6:17, 190:13
**federal** [7] - 25:3, 27:3, 27:22, 29:19, 36:16, 78:7, 176:1

**feed** [6] - 101:24, 102:4, 102:8, 103:18, 104:20, 107:2
**feet** [5] - 154:16, 155:2, 157:8, 157:14, 158:2
**fellow** [4] - 22:15, 81:17, 88:11, 91:23
**Fernandez** [2] - 27:18, 49:20
**FERNANDO** [3] - 1:9, 2:8, 3:20
**few** [11] - 21:22, 27:5, 66:18, 126:20, 130:5, 136:1, 138:18, 141:17, 154:6, 161:6, 167:20
**field** [21] - 73:11, 131:11, 132:17, 132:25, 135:5, 135:6, 141:16, 141:22, 141:24, 142:7, 159:17, 159:19, 160:16, 160:19, 160:23, 161:2, 161:6, 162:11, 166:3, 166:9
**fields** [1] - 100:23
**fifth** [3] - 97:21, 159:12
**fighter** [1] - 114:5
**figure** [8] - 184:7, 184:18, 185:1, 185:4, 185:15, 185:22, 186:3, 186:14
**file** [21] - 9:20, 11:6, 11:8, 11:21, 15:21, 15:24, 49:23, 180:2, 180:4, 180:7, 180:11, 180:17, 180:23, 182:6, 182:22, 184:20, 184:22, 185:18, 186:17, 187:14
**filed** [4] - 7:20, 19:9, 174:12, 176:19
**files** [3] - 11:22, 19:13, 19:17
**film** [2] - 93:18, 93:19
**finally** [3] - 67:4, 72:16, 76:8
**financial** [1] - 53:12
**financially** [1] - 169:5
**fine** [2] - 112:1, 115:23
**fingertips** [1] - 174:6
**finish** [1] - 16:1
**finished** [2] - 39:25, 178:11

**Finnessey** [5] - 26:15, 46:15, 47:20, 47:24, 57:20
**fire** [1] - 130:6
**firefighter** [2] - 35:5, 35:6
**firefighting** [1] - 47:16
**firepower** [1] - 70:21
**First** [1] - 52:23
**first** [25] - 13:20, 19:11, 21:19, 23:1, 23:4, 24:15, 26:4, 29:4, 33:23, 37:7, 44:19, 55:17, 66:3, 66:19, 67:8, 100:19, 107:10, 107:12, 112:4, 112:11, 114:4, 137:11, 165:23, 181:13
**fish** [7] - 91:13, 91:14, 101:4, 101:6, 101:14, 102:1, 123:20
**fished** [1] - 81:22
**Fisher** [3] - 51:18, 58:1, 59:16
**fisherman** [13] - 81:12, 81:13, 83:6, 83:23, 86:12, 86:23, 88:7, 91:20, 91:22, 92:1, 109:13, 123:16
**fisherman's** [1] - 91:9
**fishermen** [12] - 81:17, 82:6, 82:7, 86:14, 88:11, 88:23, 90:2, 91:19, 91:24, 94:24, 98:7, 123:9
**Fishermen's** [1] - 47:21
**fishes** [1] - 91:18
**fishing** [29] - 73:24, 74:19, 80:21, 81:14, 81:17, 81:18, 87:13, 88:10, 98:19, 101:2, 101:11, 102:9, 102:14, 123:4, 123:19, 128:13, 128:16, 128:22, 128:24, 129:6, 129:7, 129:8, 129:13, 129:14, 129:15, 138:13, 148:14, 188:20
**fit** [1] - 73:16
**fitness** [1] - 53:23
**five** [17] - 24:1, 30:24, 82:22, 101:12, 101:24, 102:11, 134:11, 134:12, 134:14, 159:25, 

162:6, 162:7, 162:10, 163:13, 170:16, 175:4, 188:18
**fix** [3] - 47:15, 49:22, 109:3
**fixed** [1] - 108:3
**flag** [1] - 73:21
**flashlight** [2] - 104:6, 109:14
**flat** [1] - 128:17
**flat-bottom** [1] - 128:17
**flatly** [1] - 87:8
**fled** [1] - 36:19
**flee** [1] - 71:10
**fleeing** [1] - 141:14
**flew** [8] - 114:7, 120:9, 120:12, 124:1, 131:11, 154:17, 155:1, 168:19
**Flight** [1] - 51:16
**flight** [6] - 50:20, 50:21, 121:2, 124:24, 124:25, 142:18
**flights** [2] - 44:1, 112:4
**float** [1] - 88:25
**floating** [2] - 72:17, 95:22
**FLORIDA** [1] - 1:1
**Florida** [11] - 1:4, 1:23, 2:18, 21:13, 49:9, 49:10, 52:19, 52:23, 54:1, 179:14, 190:15
**flour** [1] - 111:5
**fly** [19] - 73:21, 114:3, 114:6, 116:11, 116:13, 118:16, 120:11, 120:15, 121:1, 121:15, 124:13, 131:12, 132:9, 133:3, 154:10, 154:22, 154:24, 157:7, 162:16
**flying** [16] - 69:16, 70:4, 70:19, 106:11, 113:16, 114:14, 118:17, 119:7, 119:19, 120:8, 121:11, 131:20, 143:6, 143:25, 145:10
**focal** [1] - 111:14
**focus** [1] - 162:1
**focused** [2] - 87:12, 177:15

**folks** [5] - 63:18, 79:1, 80:17, 84:2, 111:23
**Folks** [1] - 12:19
**follow** [5] - 17:20, 47:24, 64:11, 65:7, 90:13
**following** [9] - 39:14, 39:18, 47:1, 56:23, 67:16, 126:18, 130:11, 142:1, 149:13
**follows** [3] - 45:25, 113:3, 179:10
**foo** [2] - 105:24
**foo-foo** [1] - 105:24
**food** [1] - 74:21
**footage** [2] - 133:12, 133:14
**FOR** [8] - 1:20, 2:2, 2:4, 2:5, 2:7, 2:8, 2:10, 2:11
**force** [1] - 72:1
**Force** [5] - 32:14, 55:2, 85:17, 124:9, 147:9
**foregoing** [1] - 190:8
**foreign** [1] - 122:2
**forensic** [3] - 179:16, 180:6, 182:2
**forensics** [1] - 186:5
**forever** [1] - 89:14
**form** [1] - 67:4
**format** [19] - 8:16, 8:19, 8:20, 8:23, 11:9, 13:12, 14:1, 17:23, 18:19, 18:20, 180:7, 180:10, 180:17, 182:7, 182:19, 183:1, 183:2, 186:19
**former** [1] - 185:10
**Fort** [1] - 1:23
**forth** [2] - 87:11, 153:8
**forward** [6] - 16:9, 57:23, 74:12, 106:17, 139:23, 144:5
**forwarded** [1] - 9:21
**Foundation** [1] - 49:10
**founder** [1] - 53:21
**four** [28] - 43:1, 82:1, 82:3, 89:18, 91:25, 93:1, 93:6, 94:1, 95:6, 95:16, 95:17, 97:4, 98:6, 98:18, 99:16, 100:11, 105:12, 109:13, 155:15, 155:16, 156:16, 157:21,

162:4, 162:7, 162:8, 163:13, 169:8
**four-engine** [1] - 169:8
**fourth** [4] - 96:2, 96:5, 97:20, 108:5
**Fowler** [1] - 37:11
**FPR** [2] - 2:16, 190:13
**frame** [2] - 33:2, 149:12
**Francis** [2] - 6:10, 24:19
**FRANCIS** [1] - 1:20
**Francisco** [1] - 32:16
**Franco** [5] - 7:11, 26:2, 107:11, 107:19, 111:21
**FRANCO** [4] - 1:10, 2:11, 3:24, 107:7
**frankly** [1] - 174:21
**free** [5] - 8:17, 11:19, 12:23, 63:19, 187:8
**Freedom** [1] - 50:6
**freedom** [1] - 99:18
**freeways** [1] - 124:21
**freeze** [1] - 150:18
**frequency** [1] - 135:18
**frequented** [1] - 87:5
**Frezza** [6] - 38:24, 39:8, 39:9, 54:7, 62:20, 62:23
**Friday** [13] - 7:21, 8:14, 8:23, 10:18, 10:20, 11:9, 13:22, 16:20, 17:24, 39:24, 180:14, 182:10, 187:13
**friend** [5] - 31:22, 36:9, 46:16, 46:18, 48:1
**friendly** [2] - 180:9, 182:6
**friends** [4] - 32:16, 32:22, 35:4, 35:6
**front** [7] - 23:16, 68:18, 99:22, 125:14, 128:17, 134:14, 154:18
**frustrating** [1] - 161:23
**fuel** [11] - 88:17, 89:3, 89:9, 89:10, 99:6, 123:17, 146:23, 146:24, 160:21, 162:13, 162:16
**full** [3] - 51:15, 112:23, 179:4
**full-time** [1] - 51:15
**fully** [2] - 51:1, 132:6
**fun** [1] - 169:18

**function** [1] - 132:1
**functional** [1] - 132:6
**functioning** [2] - 128:3, 132:2
**funding** [1] - 139:13
**future** [1] - 109:25
**fuzzy** [5] - 89:16, 95:15, 105:8

# G

**GABRIEL** [3] - 1:7, 2:2, 3:12
**Gabriel** [5] - 6:18, 25:5, 78:8, 84:13, 91:14
**Gage** [3] - 29:11, 51:15, 58:1
**gaining** [1] - 150:6
**galley** [1] - 109:7
**gallons** [2] - 88:17, 99:5
**gap** [1] - 93:17
**gaps** [3] - 93:11, 93:13
**Garcia** [26] - 6:6, 6:18, 25:5, 75:16, 75:18, 78:8, 79:13, 81:5, 81:7, 81:12, 81:13, 81:16, 81:21, 81:22, 81:24, 82:2, 82:21, 83:1, 83:8, 83:10, 84:14, 85:4, 86:13, 91:15, 104:6, 179:21
**GARCIA** [4] - 1:7, 2:2, 3:12, 78:2
**Garcia-Solar** [23] - 6:6, 6:18, 25:5, 75:16, 75:18, 78:8, 79:13, 81:5, 81:7, 81:12, 81:13, 81:16, 81:22, 81:24, 82:2, 82:21, 83:8, 83:10, 84:14, 86:13, 91:15, 104:6, 179:21
**GARCIA-SOLAR** [4] - 1:7, 2:2, 3:12, 78:2
**Garcia-Solar's** [2] - 81:21, 83:1
**Garmin** [12] - 7:24, 9:12, 180:5, 181:13, 181:20, 182:2, 182:24, 183:18, 186:16, 186:18, 186:24
**gas** [2] - 44:16, 156:12
**gasoline** [12] - 74:21, 74:22, 74:23, 74:24, 75:2, 75:3, 75:5, 75:7, 75:22, 75:23, 83:18, 83:24

**gather** [1] - 45:23
**gear** [8] - 74:19, 123:4, 128:22, 128:24, 129:8, 129:15, 138:13
**general** [5] - 52:5, 52:20, 126:10, 128:14, 142:2
**generally** [5] - 113:17, 121:23, 124:18, 125:25, 146:16
**gentleman** [2] - 23:2, 53:4
**gentlemen** [35] - 19:14, 25:2, 25:6, 25:10, 25:13, 25:17, 25:22, 25:25, 26:4, 63:20, 78:4, 84:21, 87:16, 90:18, 92:4, 92:5, 92:14, 93:14, 94:3, 94:24, 95:5, 95:9, 97:17, 97:19, 98:5, 98:14, 98:19, 98:24, 99:10, 99:16, 100:3, 111:20, 189:13
**geographical** [1] - 128:14
**George** [5] - 27:14, 27:18, 49:20, 57:21, 88:5
**girl** [1] - 105:13
**girls** [2] - 105:12, 105:13
**given** [16] - 16:15, 20:21, 20:22, 38:25, 81:4, 92:25, 95:23, 116:14, 120:2, 120:3, 120:5, 143:6, 148:17, 149:14, 171:1, 184:12
**Glenda** [1] - 177:23
**GLENDA** [2] - 2:16, 190:13
**Glenn** [1] - 3:13
**GLENN** [1] - 2:2
**glum** [1] - 78:9
**God** [4] - 104:6, 104:19, 112:20, 179:1
**godsend** [1] - 109:15
**godson** [1] - 34:25
**Gonzalez** [1] - 22:22
**goodness** [2] - 98:18
**Google** [17] - 10:11, 10:13, 16:14, 180:8, 180:22, 182:7, 182:8, 182:9, 182:21, 183:4, 184:23, 185:12,

185:23, 186:13, 186:22, 187:8, 187:12
**gosh** [1] - 29:22
**Gotcha** [1] - 17:18
**Government** [101] - 11:2, 17:15, 18:1, 19:4, 19:10, 26:22, 38:12, 38:20, 45:12, 45:14, 45:20, 55:4, 55:12, 55:13, 55:16, 55:18, 55:19, 55:23, 55:25, 56:10, 56:11, 57:5, 57:6, 57:11, 57:12, 57:17, 57:18, 58:3, 58:7, 58:16, 58:17, 58:18, 58:19, 58:24, 59:2, 59:3, 59:4, 59:7, 59:8, 60:7, 60:9, 60:21, 61:12, 61:25, 62:13, 62:17, 62:24, 63:13, 66:5, 66:8, 66:14, 67:8, 67:14, 67:17, 67:23, 79:1, 84:2, 84:13, 85:7, 85:9, 85:11, 85:16, 86:1, 86:5, 86:7, 86:9, 87:4, 87:10, 89:15, 90:19, 92:9, 92:10, 92:13, 92:18, 92:20, 92:25, 94:13, 96:3, 96:23, 97:6, 97:8, 97:12, 100:6, 110:20, 111:20, 112:2, 119:11, 133:24, 134:23, 134:24, 173:12, 175:4, 175:6, 175:21, 178:13, 178:21, 179:25, 180:12, 182:10, 188:10, 189:16
**GOVERNMENT** [2] - 1:20, 3:10
**GOVERNMENT'S** [3] - 4:3, 5:3, 68:13
**Government's** [32] - 8:9, 67:16, 88:14, 115:25, 116:23, 117:16, 117:18, 119:1, 119:11, 119:14, 133:7, 133:24, 135:20, 135:23, 137:10, 143:11, 147:21, 148:24, 149:11, 152:23, 155:15, 155:16, 156:16, 157:21, 159:12,

160:1, 161:19, 162:4, 165:17, 170:23, 188:4, 188:25

**GPS** [14] - 178:19, 179:18, 179:20, 179:23, 180:2, 180:3, 180:5, 180:7, 180:24, 181:13, 186:5, 186:6, 186:18, 186:25

**gpx** [3] - 180:7, 180:9, 186:17

**grade** [2] - 100:20, 108:5

**Grady** [1] - 101:5

**Grady-Whites** [1] - 101:5

**grandkids** [1] - 111:4

**granier** [1] - 136:17

**grant** [1] - 57:2

**gray** [1] - 165:22

**great** [4] - 81:14, 95:18, 120:1, 152:15

**greater** [1] - 135:13

**green** [3] - 117:24, 117:25, 165:19

**Greg** [1] - 37:22

**Gregory** [3] - 30:19, 53:25, 62:10

**grew** [2] - 100:12, 108:6

**grounds** [1] - 123:20

**group** [4] - 78:23, 98:15, 162:21, 170:8

**grow** [1] - 69:7

**grown** [1] - 91:12

**Guard** [95] - 32:2, 32:4, 32:7, 32:8, 48:25, 69:11, 71:23, 71:25, 72:1, 72:5, 72:6, 72:7, 72:8, 72:12, 72:15, 72:16, 72:21, 72:23, 72:24, 73:16, 73:19, 74:5, 74:25, 75:23, 76:2, 76:4, 76:11, 79:20, 79:21, 79:22, 80:18, 80:23, 80:24, 82:18, 82:19, 82:20, 82:25, 83:7, 83:11, 83:12, 83:15, 85:1, 85:6, 92:9, 95:1, 95:3, 95:20, 98:23, 99:24, 104:21, 106:5, 106:8, 106:13, 124:25, 135:18, 141:8, 141:12, 145:18, 147:4, 147:7, 147:9,

149:18, 149:20, 150:1, 150:13, 150:20, 151:7, 151:8, 151:12, 151:22, 151:23, 152:13, 152:14, 152:19, 152:21, 154:10, 155:4, 156:21, 157:24, 158:14, 158:24, 159:13, 159:19, 160:6, 160:9, 160:10, 160:11, 165:21, 188:11, 189:13, 189:20

**Guard's** [4] - 75:8, 106:9, 156:18

**guardian** [2] - 40:11, 50:15

**Guards** [2] - 73:7, 74:18

**Guatemala** [5] - 79:23, 86:11, 88:8, 91:10, 108:23

**Guatemalan** [2] - 188:17, 188:18

**guess** [4] - 42:21, 51:3, 76:20

**guide** [2] - 54:5, 64:7

**guidelines** [1] - 65:24

**guilt** [2] - 66:6, 66:14

**guilty** [13] - 38:13, 66:4, 77:5, 84:19, 88:1, 90:5, 90:15, 97:12, 99:15, 99:23, 107:1, 107:6, 111:22

**Gulf** [1] - 116:2

**guns** [2] - 83:1, 83:7

**guy** [5] - 40:18, 75:15, 89:23, 105:11, 171:12

**guys** [20] - 44:9, 44:12, 69:21, 71:19, 73:11, 74:9, 75:4, 76:24, 78:20, 78:23, 83:5, 88:10, 89:7, 89:11, 89:19, 89:20, 89:21, 106:11, 106:18, 139:12

**guys'** [1] - 105:18

**H**

**half** [8] - 44:15, 89:3, 90:10, 103:6, 126:2, 126:3, 162:19, 163:10

**hand** [22] - 23:11, 24:6, 26:6, 26:11, 27:4, 31:23, 36:12,

38:22, 39:21, 40:6, 45:11, 63:22, 112:17, 133:7, 152:4, 154:18, 154:22, 155:3, 159:6, 178:23, 180:3, 185:4

**hand-held** [2] - 152:4, 180:3

**handed** [1] - 118:25

**handles** [1] - 121:5

**hands** [10] - 17:25, 26:7, 26:12, 27:5, 31:24, 38:22, 39:22, 75:15, 106:1, 110:9

**handwriting** [1] - 171:6

**handyman** [1] - 108:11

**happy** [3] - 17:10, 104:19, 109:23

**hard** [8] - 10:17, 93:1, 108:25, 109:3, 146:24, 150:16, 158:1, 168:20

**hard-pressed** [1] - 93:1

**Hawaii** [3] - 32:20, 115:2

**Head** [1] - 52:14

**head** [2] - 36:15, 103:23

**headed** [1] - 145:22

**heading** [6] - 143:14, 144:23, 149:1, 149:25, 150:10, 151:19

**heads** [1] - 160:16

**health** [1] - 108:1

**Health** [1] - 50:9

**Healthcare** [1] - 49:8

**hear** [58] - 31:19, 32:7, 39:13, 39:18, 45:4, 67:23, 69:4, 69:19, 70:12, 70:17, 72:2, 72:6, 72:25, 74:6, 75:1, 75:6, 75:18, 75:20, 76:1, 76:9, 76:13, 76:18, 76:21, 78:18, 79:18, 81:3, 81:6, 81:7, 81:15, 81:20, 82:4, 82:7, 82:11, 82:13, 82:17, 82:22, 82:23, 83:18, 83:19, 85:12, 85:13, 85:15, 86:15, 86:22, 86:25, 87:13, 87:17, 87:23, 87:25, 95:11, 101:18, 105:19, 105:23, 105:24,

106:1, 154:4

**heard** [16] - 20:25, 36:3, 36:6, 38:9, 44:25, 45:1, 56:25, 65:10, 79:10, 79:20, 102:18, 105:1, 177:11, 178:4, 178:7, 189:21

**hearing** [3] - 13:6, 104:2, 183:13

**hears** [1] - 104:5

**hearsay** [2] - 164:8, 167:1

**heart's** [1] - 17:12

**heat** [2] - 136:9

**Heather** [1] - 185:11

**heavy** [2] - 96:23, 96:24

**held** [6] - 45:25, 47:2, 55:5, 114:11, 152:4, 180:3

**helicopter** [4] - 70:20, 144:6, 144:7, 144:8

**hell** [1] - 106:6

**help** [18] - 7:12, 23:7, 56:25, 67:9, 85:4, 86:13, 91:19, 91:23, 94:25, 109:17, 112:20, 116:24, 131:22, 146:18, 159:3, 167:10, 167:11, 179:1

**helped** [3] - 37:18, 92:6, 94:25

**helps** [3] - 132:7, 136:10, 159:2

**hereby** [1] - 190:8

**Hernandez** [1] - 57:22

**hesitate** [1] - 33:1

**hi** [6] - 29:5, 31:2, 34:8, 48:8, 48:15, 50:19

**hiding** [1] - 83:24

**high** [36] - 68:16, 69:18, 70:4, 70:5, 88:24, 116:21, 123:8, 125:21, 125:22, 125:25, 126:1, 126:15, 126:24, 129:1, 130:7, 137:7, 137:9, 142:5, 142:6, 142:11, 142:13, 142:17, 143:15, 143:16, 145:20, 146:12, 146:22, 148:1, 148:10, 149:1, 149:10, 149:13, 153:14, 156:4, 188:7

**High** [1] - 50:23

**higher** [4] - 28:6, 94:13, 136:14, 163:23

**highest** [1] - 113:21

**highlight** [1] - 20:5

**highlights** [3] - 162:24, 164:4, 164:5

**highly** [1] - 175:3

**hightail** [1] - 72:18

**highways** [1] - 124:21

**himself** [2] - 91:19, 103:4

**hire** [1] - 184:10

**Historic** [1] - 50:2

**history** [1] - 101:17

**hit** [3] - 27:14, 138:3, 151:10

**hits** [1] - 147:1

**Hodes** [5] - 35:23, 52:4, 59:19, 60:12, 61:1

**hold** [6] - 13:8, 91:2, 93:20, 93:22, 103:11, 103:15

**Holsapple** [3] - 53:11, 61:9, 62:4

**home** [5] - 17:5, 89:11, 101:6, 107:3, 162:16

**Homeland** [1] - 24:22

**honest** [1] - 108:19

**honestly** [1] - 42:3

**Honor** [87] - 6:8, 6:13, 6:19, 6:22, 6:25, 7:3, 7:10, 8:10, 8:24, 9:21, 9:25, 11:3, 13:3, 13:19, 13:20, 14:9, 15:7, 15:19, 19:5, 19:8, 19:23, 20:14, 21:4, 24:16, 29:25, 30:4, 45:15, 45:21, 46:2, 56:5, 58:4, 60:3, 61:18, 62:7, 67:25, 68:1, 68:6, 77:13, 112:12, 112:15, 115:15, 115:17, 116:25, 117:5, 117:8, 118:22, 119:10, 119:15, 133:4, 133:23, 133:25, 134:23, 135:1, 135:21, 137:20, 138:8, 138:23, 139:21, 140:4, 142:12, 142:14, 150:22, 154:12, 164:6, 165:14, 166:16, 167:1,

167:12, 168:8,
169:24, 170:24,
171:22, 173:3,
174:25, 177:13,
177:21, 178:18,
181:1, 182:12,
183:10, 184:9,
184:13, 187:4,
187:5, 187:20,
187:22, 189:12
**HONORABLE** [1] -
1:15
**hood** [2] - 103:8,
103:12
**hope** [8] - 16:11,
21:16, 21:25, 78:17,
78:19, 79:16, 91:1,
110:21
**hopefully** [3] - 22:10,
93:25, 177:23
**horizon** [6] - 72:25,
73:17, 159:13,
160:14, 160:15,
160:16
**horizontal** [1] - 171:4
**horrible** [1] - 109:9
**horrific** [1] - 109:7
**horse** [1] - 96:13
**Hospital** [1] - 47:21
**hospital** [2] - 40:12,
100:16
**hospitality** [1] - 54:15
**hot** [1] - 136:6
**hotel** [3] - 44:5, 44:9,
44:13
**hour** [16] - 90:10, 95:9,
97:9, 103:6, 132:21,
139:19, 147:4,
158:5, 159:10,
160:21, 161:25,
163:10, 165:10,
165:13, 166:22,
166:24
**hour-and-a-half** [1] -
163:10
**hours** [13] - 40:20,
72:13, 113:15,
120:23, 124:13,
124:16, 139:12,
139:14, 139:15,
162:17, 162:19,
163:10, 163:21
**house** [1] - 109:4
**housewife** [1] - 53:6
**how'd** [1] - 177:13
**HSI** [1] - 6:14
**huge** [2] - 68:20, 71:5
**Hugo** [1] - 108:6
**hull** [2] - 157:2, 157:4
**human** [10] - 51:23,

106:9, 106:11,
106:12, 146:25,
188:9, 189:1, 189:3
**humans** [1] - 106:12
**hundreds** [6] - 128:6,
167:4, 177:14,
177:16, 177:17,
177:19
**Hurricane** [1] - 27:14
**husband** [12] - 32:2,
32:6, 32:8, 34:18,
35:5, 48:24, 49:16,
50:11, 51:18, 54:13,
54:16, 108:4
**husband's** [4] - 50:22,
52:15, 54:5, 54:21
**hypocrisy** [1] - 108:24

**I**

**I-M-L-A-H** [1] - 113:1
**ice** [1] - 49:17
**idea** [1] - 126:1
**ideas** [1] - 39:19
**identical** [1] - 180:9
**identification** [6] -
90:1, 115:25,
116:23, 117:17,
119:1, 165:18
**identify** [3] - 23:18,
175:8, 178:13
**identifying** [2] - 23:14,
175:24
**idles** [1] - 138:17
**idling** [1] - 138:19
**ignore** [2] - 65:4,
185:7
**illegal** [1] - 103:1
**illicit** [7] - 116:20,
118:6, 120:4,
122:22, 122:23,
123:1, 124:5
**Illinois** [1] - 34:12
**imagery** [7] - 130:20,
136:16, 144:17,
148:21, 149:15,
149:21, 157:14
**imagine** [3] - 103:17,
115:21, 159:4
**Imlah** [7] - 112:14,
112:25, 113:10,
133:7, 134:8, 143:1,
158:4
**IMLAH** [2] - 4:5, 113:2
**immigration** [2] -
103:2, 110:4
**impact** [1] - 43:10
**impartial** [9] - 26:22,
32:9, 32:23, 33:13,
35:9, 38:19, 39:4,

45:3, 56:21
**impartially** [1] - 99:11
**importance** [2] -
21:16, 170:11
**important** [21] - 9:13,
28:9, 78:20, 78:21,
79:13, 87:17, 89:4,
89:23, 93:13, 95:14,
101:17, 127:18,
127:22, 139:17,
163:12, 164:2,
164:19, 164:22,
164:23, 165:1
**impossible** [3] -
38:19, 40:4, 99:6
**impounded** [1] - 74:16
**impression** [1] - 46:21
**improper** [3] - 36:18,
65:2, 80:10
**improve** [2] - 168:15,
169:2
**in-bound** [1] - 137:15
**incident** [1] - 189:4
**include** [3] - 13:14,
16:18, 183:25
**included** [3] - 11:5,
170:5, 180:4
**inconvenience** [2] -
21:14, 43:9
**incorrect** [1] - 8:10
**increase** [1] - 72:19
**indicate** [2] - 23:11,
64:14
**indicated** [3] - 31:17,
39:23, 138:14
**indicates** [1] - 189:1
**indicating** [5] - 151:6,
151:24, 152:13,
175:16, 176:22
**indication** [3] - 64:15,
83:14, 124:5
**indicators** [2] - 118:6,
123:13
**indictment** [6] - 38:6,
38:13, 66:4, 110:18,
110:19
**individual** [2] - 100:7,
100:9
**individuals** [7] -
26:10, 86:23, 98:16,
99:5, 127:3, 153:19,
153:22
**infection** [1] - 40:12
**infer** [1] - 65:16
**infested** [1] - 80:19
**inflatable** [2] - 157:2,
157:4
**influenced** [1] - 65:3
**information** [36] -
8:13, 8:15, 9:7, 9:10,

13:17, 14:1, 14:7,
14:19, 15:1, 15:10,
15:15, 16:24, 17:14,
17:19, 18:2, 18:9,
18:11, 18:12, 18:16,
18:19, 38:25, 39:5,
56:25, 142:16,
142:18, 160:18,
164:2, 174:21,
178:14, 181:21,
181:22, 188:6,
188:8, 189:2,
189:14, 189:19
**infrared** [4] - 122:7,
122:9, 136:6, 136:11
**ingredient** [1] - 14:16
**ingredients** [3] -
111:2, 111:11,
111:15
**initial** [2] - 133:17,
165:23
**initialed** [1] - 133:15
**initials** [1] - 133:15
**innocence** [2] - 66:10,
98:2
**innocent** [2] - 38:11,
66:3
**input** [1] - 13:15
**inputted** [4] - 9:2, 9:4,
9:10, 9:11
**inquire** [2] - 46:18,
46:23
**inquiring** [1] - 46:2
**inside** [1] - 100:13
**inspect** [1] - 95:23
**instance** [2] - 81:1,
136:7
**instead** [1] - 106:17
**instruct** [5] - 64:20,
66:19, 67:21, 90:6,
184:13
**instructed** [3] - 28:1,
65:6, 87:22
**instruction** [1] - 65:7
**instructional** [1] -
54:12
**INSTRUCTIONS** [2] -
3:8, 64:4
**instructions** [9] -
39:11, 39:14, 39:18,
45:5, 56:23, 64:6,
65:18, 66:16, 90:14
**Instructor** [1] - 113:20
**instructor/swim** [1] -
51:3
**insurance** [2] - 49:12,
107:25
**intelligence** [15] -
122:3, 162:23,
163:5, 163:6,

163:19, 163:21,
164:4, 164:7,
164:14, 164:23,
166:20, 167:9,
175:3, 176:11,
179:16
**intelligent** [1] - 45:9
**intend** [1] - 20:3
**intended** [2] - 64:14,
108:18
**intent** [6] - 23:25,
38:6, 77:5, 77:6,
84:16, 84:17
**intention** [2] - 108:18,
109:5
**Inter** [2] - 124:9, 147:8
**Inter-Agency** [2] -
124:9, 147:8
**intercept** [15] - 90:11,
141:11, 150:1,
150:2, 150:3, 151:8,
151:12, 151:14,
151:22, 152:13,
152:14, 152:19,
156:19, 156:24,
157:24
**intercepted** [1] - 95:5
**interceptor** [2] -
150:13, 155:4
**interdict** [1] - 116:18
**interdicted** [1] -
165:20
**interdiction** [1] -
117:25
**interdictions** [2] -
69:18, 72:2
**interdicts** [1] - 145:18
**interest** [43] - 17:19,
98:1, 118:5, 122:14,
122:18, 122:20,
122:24, 123:11,
123:14, 124:6,
124:11, 124:16,
125:3, 125:8, 125:9,
125:20, 126:8,
128:9, 129:25,
133:1, 135:9,
135:11, 137:11,
140:15, 144:10,
144:13, 145:7,
150:14, 150:19,
151:5, 151:6,
151:21, 152:7,
152:12, 152:14,
153:7, 153:9,
153:13, 156:20,
157:25, 161:10,
161:16, 165:24
**interested** [1] - 144:14
**interesting** [1] - 22:1

**interior** [1] - 49:13
**internal** [2] - 49:7, 52:18
**international** [3] - 73:6, 73:24, 76:23
**internet** [2] - 8:17, 187:10
**interpret** [1] - 67:20
**interpreter** [5] - 7:6, 7:9, 74:4, 90:25, 91:1
**Interpreters** [1] - 6:2
**interpreters** [2] - 7:12, 68:10
**interrupt** [1] - 14:5
**intervention** [1] - 37:11
**interviewed** [1] - 117:10
**introduce** [5] - 24:14, 47:7, 90:20, 107:19, 113:8
**introduced** [2] - 26:8, 26:10
**introducing** [1] - 18:12
**introduction** [1] - 134:19
**inventory** [1] - 54:4
**investigate** [1] - 95:19
**investigated** [4] - 122:17, 188:6, 188:17, 188:22
**investigation** [2] - 15:6, 67:2
**Investigations** [1] - 24:22
**inviting** [1] - 93:3
**invoke** [1] - 68:1
**involved** [6] - 26:18, 36:7, 36:10, 39:1, 84:6, 189:1
**involvement** [2] - 37:20, 189:3
**involving** [1] - 29:20
**ION** [10] - 11:17, 11:22, 12:21, 75:8, 75:9, 75:18, 83:19, 83:24, 106:3, 110:6
**Islands** [1] - 36:18
**ISRAEL** [1] - 2:11
**Israel** [4] - 3:25, 7:11, 26:1, 107:12
**issue** [8] - 17:22, 17:24, 20:13, 20:14, 170:2, 178:19, 187:4, 187:23
**issues** [1] - 63:24
**IT** [2] - 47:15, 49:21
**it'll** [1] - 23:7

**Italy** [1] - 114:20
**item** [1] - 65:6
**items** [4] - 11:15, 12:15, 12:19, 74:20
**itself** [4] - 38:18, 45:2, 97:4, 97:5

**J**

**jacket** [1] - 99:21
**Jaclyn** [1] - 48:20
**Jacob's** [1] - 103:10
**jail** [5] - 17:6, 19:24, 19:25, 20:2, 35:15
**James** [3] - 112:13, 112:25, 113:10
**JAMES** [3] - 4:5, 112:25, 113:2
**jammer** [1] - 181:23
**January** [1] - 20:22
**Jeff** [2] - 29:11, 51:15
**Jeffrey** [1] - 58:1
**Jencks** [2] - 112:16, 170:2
**Jennifer** [3] - 34:17, 52:13, 59:23
**Jersey** [1] - 33:18
**Jessica** [4] - 30:13, 35:3, 35:11, 53:15
**jet** [1] - 168:22
**jettison** [22] - 71:14, 71:16, 73:14, 129:23, 130:3, 130:5, 130:14, 130:15, 130:16, 131:11, 132:17, 141:5, 141:13, 143:1, 146:4, 146:10, 147:24, 149:6, 159:10, 165:5, 166:3, 166:9
**jettisoned** [5] - 99:9, 132:25, 161:5, 161:9, 161:15
**jettisoning** [1] - 158:8
**JIATF** [5] - 131:1, 135:17, 141:6, 159:18, 160:18
**job** [5] - 71:21, 101:23, 102:1, 102:25, 164:13
**jobs** [5] - 50:5, 108:11, 114:14, 114:15, 114:16
**JODI** [1] - 1:20
**Jodi** [2] - 6:9, 24:17
**Joe** [2] - 6:23, 25:11
**John** [2] - 33:16, 48:15
**Joint** [2] - 124:9,

147:8
**Joliet** [1] - 34:12
**Jones** [4] - 30:23, 54:15, 63:12, 63:13
**Jose** [13] - 3:15, 3:25, 7:1, 7:4, 7:11, 25:15, 25:19, 26:1, 90:21, 91:3, 97:11, 97:18, 107:12
**JOSE** [11] - 1:9, 1:9, 1:10, 2:4, 2:7, 2:8, 2:11, 3:18, 3:20, 3:24
**JOSEPH** [4] - 2:5, 4:9, 179:7, 179:9
**Joseph** [2] - 3:17, 179:6
**Josue** [2] - 108:6, 108:7
**journey** [1] - 94:6
**jset148.kmz** [1] - 11:21
**Juan** [4] - 3:19, 7:1, 25:15, 90:20
**JUAN** [1] - 2:7
**Judge** [51] - 6:16, 7:7, 7:15, 9:13, 10:10, 10:23, 12:7, 12:9, 13:8, 14:4, 14:12, 15:3, 15:13, 15:17, 16:5, 16:7, 19:7, 21:10, 22:14, 25:1, 30:10, 37:10, 46:1, 55:7, 55:9, 56:9, 56:13, 59:12, 61:14, 63:2, 77:17, 77:20, 77:22, 80:12, 86:3, 90:6, 112:1, 112:2, 134:18, 139:6, 154:1, 164:21, 170:1, 171:23, 173:6, 173:10, 175:18, 176:18, 177:1, 187:16, 187:25
**judge** [12] - 7:19, 18:22, 28:1, 30:10, 55:13, 56:15, 58:9, 58:25, 60:10, 80:9, 111:7, 174:3
**JUDGE** [1] - 1:15
**judges** [4] - 64:9, 86:4, 107:17, 107:18
**judgment** [1] - 37:12
**July** [1] - 1:5
**juncture** [1] - 177:22
**June** [1] - 41:12
**jurisdiction** [1] - 23:23
**juror** [18] - 24:9, 26:22, 27:1, 28:20,

29:19, 30:10, 32:9, 32:23, 33:2, 33:13, 38:19, 39:4, 39:17, 40:4, 45:3, 55:4, 56:21, 62:6
**Juror** [42] - 22:24, 45:12, 45:19, 46:14, 47:6, 55:8, 55:10, 55:12, 55:18, 55:21, 55:23, 55:25, 56:4, 56:6, 56:9, 56:10, 57:3, 57:5, 57:9, 57:11, 57:15, 58:3, 58:4, 58:14, 58:18, 58:20, 58:22, 58:25, 59:3, 59:5, 59:9, 59:11, 59:12, 59:24, 60:9, 60:18, 60:24, 61:10, 61:17, 62:2, 62:11, 62:15
**JUROR** [157] - 26:15, 26:18, 26:23, 27:6, 27:8, 27:10, 27:12, 27:14, 27:16, 27:18, 27:21, 27:23, 28:12, 28:14, 28:15, 28:21, 28:23, 29:1, 29:5, 29:9, 29:11, 29:14, 29:16, 29:18, 29:22, 29:24, 30:2, 30:7, 30:8, 30:13, 30:17, 30:19, 30:23, 31:2, 31:6, 31:9, 31:11, 32:1, 32:5, 32:11, 32:13, 32:19, 32:24, 33:3, 33:9, 33:14, 33:16, 33:21, 33:25, 34:6, 34:8, 34:12, 34:15, 34:17, 34:21, 34:23, 35:3, 35:8, 35:11, 35:14, 35:20, 35:23, 36:2, 36:14, 36:24, 37:3, 37:8, 37:14, 37:16, 37:17, 37:22, 37:25, 38:2, 38:24, 39:5, 39:8, 40:9, 40:16, 40:22, 41:1, 41:4, 41:10, 41:14, 41:18, 41:20, 41:22, 42:2, 42:5, 42:7, 42:11, 42:16, 42:21, 42:24, 43:1, 43:5, 43:11, 43:17, 43:20, 43:22, 43:25, 44:3, 44:7, 44:9, 44:11, 44:15, 44:19, 44:23, 47:13, 47:18, 47:20, 47:23, 48:3, 48:5, 48:8, 48:13, 48:15, 48:19, 48:20, 48:23, 49:2, 49:6,

49:15, 49:20, 50:1, 50:5, 50:8, 50:14, 50:19, 50:25, 51:5, 51:8, 51:12, 51:15, 51:18, 51:22, 51:25, 52:4, 52:8, 52:13, 52:18, 52:22, 52:25, 53:3, 53:6, 53:8, 53:11, 53:15, 53:21, 53:25, 54:3, 54:7, 54:11, 54:15, 54:19, 54:23, 55:1, 56:24
**JURORS** [4] - 3:2, 3:3, 24:11, 64:2
**jurors** [7] - 21:8, 22:13, 22:15, 24:6, 31:15, 63:18, 66:18
**jury** [67] - 7:17, 17:11, 18:7, 18:14, 19:1, 21:6, 21:7, 21:14, 21:16, 21:20, 21:24, 22:1, 22:4, 22:22, 22:23, 22:24, 25:14, 25:18, 27:10, 27:25, 28:1, 30:9, 30:24, 31:3, 31:4, 31:15, 31:25, 37:6, 39:11, 43:9, 63:19, 64:5, 66:21, 77:18, 77:24, 90:18, 112:9, 113:9, 113:25, 115:11, 116:7, 116:24, 117:7, 117:13, 120:21, 122:19, 128:12, 129:3, 130:2, 136:4, 139:22, 139:24, 143:3, 148:19, 148:25, 149:23, 151:4, 152:6, 153:12, 155:17, 156:17, 157:22, 160:2, 165:18, 167:14, 168:3
**JURY** [5] - 1:13, 3:6, 3:7, 3:8, 64:4
**justice** [1] - 36:11

**K**

**Kaalualu** [1] - 115:2
**keep** [16] - 23:8, 40:1, 60:13, 65:19, 66:2, 67:5, 96:15, 99:10, 109:24, 126:9, 126:10, 135:17, 144:11, 161:8, 168:20, 173:24
**keeps** [1] - 189:18
**Kenneth** [4] - 51:25,

52:8, 59:18, 59:22
**Kenney** [3] - 6:14, 24:22, 78:4
**KENNEY** [1] - 24:23
**Kenny** [1] - 40:16
**kept** [2] - 170:5, 171:12
**Kermit** [2] - 52:22, 61:5
**Kevin** [2] - 33:9, 50:1
**Key** [24] - 1:4, 28:23, 30:24, 31:3, 34:25, 44:5, 44:7, 46:17, 50:23, 51:6, 51:23, 52:9, 53:1, 53:16, 53:22, 54:20, 69:13, 76:10, 83:16, 90:3, 124:9, 131:3, 147:9, 154:20
**Keys** [6] - 46:13, 51:19, 52:19, 52:23, 54:1, 102:18
**kicker** [1] - 89:11
**kid** [1] - 102:25
**kidney** [1] - 40:12
**kids** [4] - 50:23, 80:2, 102:11, 108:13
**killed** [1] - 98:9
**kilograms** [3] - 24:1, 83:4, 94:5
**kilos** [2] - 68:19, 70:17, 71:4, 74:11, 76:13, 76:15, 76:16, 77:6, 89:1, 92:11, 92:16, 106:6
**kind** [16] - 18:10, 27:11, 50:13, 75:13, 94:10, 121:3, 122:10, 122:21, 123:7, 132:3, 138:6, 138:19, 142:2, 158:25, 169:3
**kinds** [3] - 65:13, 65:20, 83:7
**Klauss** [4] - 52:8, 59:22, 60:18, 61:2
**kmz** [13] - 11:6, 15:22, 180:8, 180:11, 180:16, 180:23, 182:6, 182:22, 184:20, 184:22, 185:18, 186:17, 187:14
**knot** [1] - 132:21
**knots** [6] - 123:16, 123:21, 135:13, 137:14, 144:23, 150:5
**knowingly** [1] - 23:24
**known** [3] - 42:11,

46:17, 69:5
**Kocinski** [2] - 33:16, 48:15
**Kristen** [2] - 54:11, 62:22

# L

**labeled** [1] - 182:15
**lack** [3] - 98:1, 106:23
**ladder** [1] - 103:10
**ladies** [20] - 25:2, 25:6, 25:10, 25:13, 25:17, 25:21, 25:25, 26:4, 63:20, 78:4, 84:21, 87:16, 90:17, 97:17, 97:19, 98:5, 98:14, 98:24, 99:10, 111:20
**lady** [1] - 23:3
**land** [2] - 122:2, 129:3
**lanes** [2] - 80:21
**lapse** [1] - 90:9
**large** [8] - 76:14, 120:3, 123:4, 129:7, 129:13, 129:14, 140:24, 141:1
**larger** [2] - 188:8, 188:25
**Largo** [1] - 44:7
**last** [12] - 22:6, 29:6, 32:5, 39:24, 48:4, 68:17, 69:10, 85:5, 107:8, 107:11, 136:25, 180:14
**lastly** [1] - 17:13
**late** [2] - 16:11, 41:12
**Latin** [2] - 68:21, 69:9
**latitude** [10] - 9:12, 11:6, 16:17, 16:21, 131:13, 131:17, 131:25, 180:2, 180:24, 184:6
**latitude/longitude** [3] - 182:19, 185:25, 186:11
**latitude/longitudes** [1] - 182:21
**latitudes** [9] - 8:6, 15:23, 117:7, 131:23, 183:25, 184:7, 184:19, 185:16, 186:15
**Lauderdale** [1] - 1:23
**launched** [2] - 81:24, 114:19
**law** [19] - 29:20, 31:20, 31:21, 31:22, 32:22, 35:17, 38:11, 39:14, 39:19, 39:20, 45:6,

56:23, 60:15, 64:10, 64:11, 66:12, 67:21, 110:4, 189:9
**Lawyer** [1] - 7:8
**lawyer** [4] - 28:17, 97:20, 97:21
**lawyers** [8] - 22:14, 23:8, 39:23, 45:22, 47:4, 64:19, 64:23, 64:25
**lead** [1] - 24:21
**learned** [3] - 91:13, 91:14, 102:21
**least** [4] - 12:24, 95:16, 109:21, 178:7
**leave** [6] - 40:23, 41:22, 102:10, 102:11, 124:17, 135:5
**leaves** [2] - 112:10, 170:1
**leaving** [2] - 142:11, 142:16
**Lee** [4] - 29:5, 35:24, 51:5, 57:25
**left** [15] - 61:19, 68:25, 95:20, 98:10, 98:15, 101:23, 102:13, 124:10, 150:14, 151:24, 154:18, 159:6, 160:21, 185:7
**left-hand** [2] - 154:18, 159:6
**legal** [1] - 58:11
**legitimately** [1] - 43:6
**Lenard** [5] - 30:13, 35:3, 35:11, 53:15, 62:8
**length** [1] - 22:8
**lens** [7] - 136:15, 136:22, 137:18, 150:12, 153:1, 153:2, 153:9
**lenses** [5] - 122:8, 136:2, 136:5, 136:18, 147:14
**less** [4] - 21:23, 22:7, 95:4, 120:13
**letting** [1] - 51:20
**Level** [1] - 113:20
**levels** [1] - 163:23
**Lewin** [3] - 52:22, 61:5, 61:13
**Libby** [3] - 29:5, 51:5, 57:25
**lieutenant** [2] - 35:15, 181:5
**Lieutenant** [2] - 134:6, 185:11
**life** [8] - 21:15, 83:5,

91:12, 98:12, 99:17, 100:19, 132:4
**lifesaving** [1] - 74:20
**lift** [1] - 144:5
**light** [2] - 13:21, 80:4
**lights** [2] - 83:1, 137:21
**limited** [1] - 65:7
**line** [2] - 145:4
**lines** [1] - 96:11
**linking** [1] - 85:14
**Liquors** [1] - 49:3
**list** [2] - 64:22, 175:16
**listed** [3] - 11:15, 12:16, 12:19
**listen** [5] - 17:21, 66:24, 77:1, 77:9, 121:8
**listened** [3] - 19:15, 20:3, 20:23
**listening** [1] - 20:7
**litem** [1] - 50:16
**live** [4] - 44:6, 44:7, 46:13, 83:5
**lived** [3] - 32:16, 100:19, 101:2
**lives** [4] - 52:10, 81:9, 103:15, 108:2
**living** [6] - 46:10, 47:9, 47:11, 88:10, 123:18
**lo** [1] - 104:5
**load** [5] - 70:17, 70:18, 97:2, 97:5, 167:22
**loaded** [3] - 76:10, 76:23, 76:25
**loading** [2] - 119:18, 135:25
**loads** [1] - 149:12
**local** [5] - 30:10, 49:17, 92:1, 101:15, 102:1
**locate** [4] - 92:1, 160:23, 166:11, 188:1
**located** [3] - 92:3, 188:14, 188:21
**locating** [1] - 133:1
**location** [8] - 132:18, 132:20, 160:19, 160:20, 160:24, 163:2, 188:15, 189:3
**Lockheed** [3] - 169:8, 169:11, 169:13
**lodging** [1] - 44:21
**log** [6] - 171:4, 172:15, 172:25, 173:1, 176:7, 176:8
**logged** [1] - 170:6
**logically** [1] - 97:11
**logs** [17] - 162:25,

163:3, 170:4, 170:5, 170:12, 170:19, 171:2, 171:3, 171:12, 171:24, 171:25, 172:7, 172:11, 172:15, 184:2
**longest** [1] - 144:11
**longitude** [13] - 9:12, 11:6, 16:17, 16:21, 131:13, 131:16, 131:25, 180:2, 183:25, 184:6, 184:7, 184:19, 185:15
**longitudes** [6] - 8:5, 15:23, 117:6, 131:23, 180:23, 186:15
**look** [56] - 9:20, 14:12, 69:23, 70:12, 74:10, 78:9, 85:25, 88:14, 88:19, 88:21, 88:22, 89:4, 89:12, 89:15, 89:17, 89:22, 90:4, 90:7, 90:13, 91:23, 93:4, 93:8, 93:9, 93:19, 93:24, 95:19, 106:20, 106:22, 109:17, 110:12, 110:16, 116:14, 116:15, 120:4, 122:1, 122:2, 122:21, 124:2, 128:22, 133:1, 134:17, 137:15, 141:10, 141:22, 141:23, 142:3, 146:25, 160:13, 163:15, 163:25, 169:1, 174:11, 183:14
**looked** [13] - 92:24, 92:25, 110:13, 119:7, 122:15, 122:16, 133:16, 161:6, 174:9, 174:15, 175:14, 175:16
**looking** [25] - 15:23, 17:21, 68:23, 69:17, 80:23, 82:5, 82:6, 98:11, 122:10, 122:25, 123:3, 124:14, 124:15, 126:19, 131:25, 135:9, 137:2, 137:6, 141:21, 150:17, 161:25, 162:8, 163:23, 165:8, 186:1

**looks** [6] - 70:11,
117:19, 137:23,
149:1, 155:23,
157:15
**loop** [2] - 144:9,
157:18
**Lora** [4] - 34:8, 51:8,
57:25, 59:16
**lose** [1] - 90:10
**lost** [7] - 68:10, 86:14,
86:23, 91:19, 91:20,
91:23, 98:19
**love** [3] - 108:8,
174:22, 176:3
**low** [3] - 91:9, 154:24,
155:1
**lower** [18] - 22:23,
70:24, 130:16,
130:18, 130:21,
130:22, 130:24,
137:4, 137:20,
145:25, 148:15,
148:22, 149:14,
151:24, 152:25,
153:1, 157:9, 157:16
**lowered** [1] - 57:24
**lowered-numbered**
[1] - 57:24
**LUCAS** [4] - 1:10,
2:11, 3:24, 107:7
**Lucas** [5] - 7:11, 26:2,
107:11, 107:19,
111:21
**LUCAS-FRANCO** [4] -
1:10, 2:11, 3:24,
107:7
**Lucas-Franco** [5] -
7:11, 26:2, 107:11,
107:19, 111:21
**luck** [1] - 52:3
**luckiest** [1] - 52:6
**lucky** [1] - 109:18

**M**

**ma'am** [6] - 26:13,
181:6, 181:19,
183:1, 183:17, 184:4
**machine** [2] - 75:11,
75:12
**magically** [1] - 183:6
**mail** [13] - 8:12, 9:21,
9:22, 11:19, 12:6,
12:9, 12:13, 12:14,
12:17, 12:23, 12:24,
13:1, 13:4
**mails** [1] - 11:4
**main** [1] - 100:21
**maintain** [2] - 141:13,
176:12

**maintained** [3] -
72:14, 168:20, 176:5
**maintaining** [1] -
127:7
**majority** [1] - 121:20
**makeshift** [1] - 98:16
**malpractice** [3] -
36:22, 37:4, 49:12
**man** [6] - 83:3, 91:17,
107:20, 108:10,
108:18, 189:16
**man's** [1] - 108:18
**managed** [1] - 73:16
**management** [1] -
54:16
**manager** [2] - 48:24,
52:14
**maneuver** [2] - 155:5,
155:6
**maneuvered** [1] -
132:14
**maneuvering** [1] -
157:7
**manning** [1] - 139:16
**Manta** [1] - 107:21
**manually** [5] - 127:14,
132:14, 132:15,
182:20, 186:10
**manufactured** [1] -
69:8
**manufacturer** [1] -
169:7
**map** [14] - 10:12,
10:14, 13:13, 13:14,
16:19, 115:13,
116:2, 116:23,
117:1, 117:3,
117:19, 117:21,
117:22, 118:9
**Mar** [1] - 81:15
**March** [2] - 43:18, 61:8
**Marcus** [2] - 52:25,
61:6
**marina** [1] - 51:19
**Mariner's** [1] - 53:13
**marital** [1] - 47:9
**maritime** [1] - 29:20
**mark** [8] - 131:9,
131:12, 131:13,
131:19, 131:20,
132:17, 135:5,
165:19
**mark-on-top** [2] -
131:19, 131:20
**marked** [6] - 73:12,
132:25, 133:7,
165:24, 166:7,
166:11
**market** [1] - 101:15
**marking** [2] - 71:17,

131:22
**markings** [1] - 119:20
**marks** [4] - 117:6,
151:9, 165:20
**Marrero** [2] - 53:21,
62:9
**married** [21] - 47:10,
47:17, 47:22, 48:12,
49:13, 49:16, 49:22,
50:11, 50:22, 52:5,
52:10, 52:15, 52:23,
53:1, 53:22, 54:4,
54:13, 54:16, 54:21,
91:17, 108:4
**Martillo** [1] - 116:19
**Martin** [10] - 7:8, 7:11,
25:23, 26:1, 99:21,
99:22, 100:10,
107:12, 169:8,
169:13
**MARTIN** [6] - 1:10,
1:10, 2:10, 2:11,
3:22, 3:24
**Mary** [3] - 28:15, 50:8,
57:22
**masks** [1] - 75:8
**massive** [2] - 99:4
**mate** [1] - 50:6
**material** [1] - 178:1
**materials** [2] - 54:12,
170:19
**matter** [6] - 36:8, 48:2,
112:7, 154:15,
164:8, 190:10
**matters** [1] - 65:19
**Mattheessen** [2] -
27:8, 49:15
**Matthews** [1] - 108:7
**maxed** [1] - 169:3
**mean** [27] - 10:11,
11:24, 18:6, 27:6,
45:23, 121:15,
123:2, 124:12,
124:18, 126:10,
130:23, 131:18,
136:15, 138:18,
139:13, 139:24,
143:7, 147:4, 150:3,
151:14, 154:21,
166:20, 166:25,
169:10, 176:4,
178:5, 178:7
**meaningful** [1] -
107:15
**means** [6] - 81:14,
131:12, 143:4,
150:4, 151:15,
154:21
**measures** [4] - 68:15,
102:7, 102:12,

103:18
**Media** [1] - 158:18
**medical** [5] - 36:16,
36:18, 36:21, 37:4,
52:11
**Medical** [1] - 55:2
**medicine** [1] - 49:8
**Mellon** [5] - 72:6, 72:7,
72:22, 76:2, 82:20
**member** [8] - 27:1,
31:21, 31:22, 36:7,
36:9, 39:1, 40:2,
81:14
**members** [30] - 64:5,
69:23, 81:21, 113:8,
113:25, 116:7,
120:18, 120:21,
120:22, 122:18,
128:11, 129:3,
130:2, 136:4,
140:11, 143:3,
148:19, 148:24,
149:23, 151:4,
152:6, 153:11,
155:17, 156:17,
157:21, 158:22,
160:2, 162:21,
162:22
**memory** [1] - 107:24
**men** [7] - 83:5, 84:6,
88:16, 92:21, 96:22,
97:1, 103:14
**menstruating** [1] -
109:9
**mention** [3] - 86:7,
86:9, 168:21
**mentioned** [8] - 38:5,
110:18, 118:16,
123:11, 136:1,
148:11, 167:16,
189:12
**merchandise** [1] -
94:12
**met** [2] - 101:11, 108:4
**methodically** [1] -
157:11
**Mexican** [7] - 82:2,
90:1, 90:2, 92:1,
98:5, 109:13, 188:23
**Mexicans** [5] - 82:1,
100:11, 104:7,
104:11, 104:13
**Mexico** [25] - 73:6,
79:23, 91:8, 91:9,
94:7, 98:7, 100:1,
102:24, 103:3,
104:16, 104:20,
104:22, 107:2,
108:21, 108:23,
109:22, 116:2,

116:4, 117:19,
118:11, 129:5,
143:14, 145:22,
148:7, 166:1
**Mexico-Guatemala** [1]
- 79:23
**Miami** [8] - 2:17, 2:18,
27:21, 50:20, 50:22,
179:14, 190:14,
190:15
**MICHAEL** [1] - 1:15
**Michael** [3] - 21:10,
53:21, 59:19
**microphone** [4] -
68:7, 68:8, 151:25,
152:4
**Middle** [1] - 51:19
**middle** [10] - 72:18,
73:5, 74:11, 75:4,
76:2, 76:22, 104:2,
104:14, 104:22,
109:14, 153:5
**midway** [1] - 116:10
**midwife** [1] - 100:17
**might** [11] - 18:16,
45:24, 60:14,
109:25, 117:14,
123:1, 126:18,
126:19, 127:14,
128:7, 176:10
**migrants** [3] - 103:20,
103:22, 104:10
**Mike** [2] - 35:23, 52:4
**mile** [3] - 124:22,
126:2, 126:3
**mile-and-a-half** [2] -
126:2, 126:3
**mileage** [1] - 44:22
**miles** [33] - 70:1, 73:5,
73:25, 79:23, 82:18,
82:20, 83:12, 87:4,
95:8, 97:9, 99:24,
103:23, 106:5,
110:5, 124:12,
125:1, 125:3, 126:2,
126:3, 129:5,
129:16, 129:24,
132:22, 161:24,
162:16, 165:7,
165:8, 165:9,
165:13, 188:14,
188:21
**miles-wise** [1] - 165:7
**military** [1] - 93:16
**milk** [2] - 111:6,
111:10
**Miller** [1] - 30:10
**millimeter** [1] - 163:7
**million** [5] - 68:15,
68:21, 92:15, 94:12,

94:14

**millions** [1] - 106:18

**mind** [14] - 28:9, 33:2, 45:15, 65:19, 66:2, 66:16, 67:5, 68:12, 73:14, 96:15, 99:10, 99:12, 109:24, 189:23

**minimum** [2] - 124:3, 163:12

**Minnesota** [1] - 40:11

**minute** [1] - 163:14

**minutes** [25] - 19:16, 77:19, 124:14, 126:20, 135:19, 138:18, 138:23, 138:24, 138:25, 139:1, 139:2, 141:17, 146:4, 146:6, 146:10, 147:10, 147:24, 149:6, 149:12, 154:6, 157:20, 159:10, 161:7, 162:3, 167:20

**mirky** [1] - 85:19

**miscommunication** [1] - 175:5

**misery** [1] - 98:10

**mismanaged** [2] - 169:5, 169:14

**mispronounce** [1] - 61:2

**miss** [2] - 96:14, 108:8

**missiles** [1] - 32:15

**missing** [6] - 22:13, 82:5, 82:7, 111:11, 167:17, 167:23

**mission** [28] - 81:24, 85:4, 86:14, 86:22, 87:14, 88:11, 98:19, 113:22, 114:24, 116:8, 116:11, 116:17, 118:3, 121:1, 121:24, 125:7, 133:12, 139:11, 139:18, 162:24, 163:4, 163:11, 164:20, 170:7, 170:24, 171:10, 174:9, 175:17

**missions** [6] - 120:13, 120:23, 143:5, 164:1, 167:5, 167:10

**mistake** [4] - 98:1, 106:9, 106:14, 106:16

**mistaken** [1] - 97:13

**mistakes** [1] - 106:12

**mitigate** [1] - 19:2

**mixture** [1] - 24:1

**modify** [1] - 87:21

**Moises** [6] - 6:23, 25:12, 88:6, 88:7, 89:23, 90:15

**MOISES** [3] - 1:8, 2:5, 3:16

**mom's** [1] - 109:4

**moment** [3] - 40:12, 124:11, 166:16

**Monday** [2] - 1:6, 40:24

**money** [6] - 44:11, 44:12, 101:25, 102:23, 106:7, 109:3

**monitor** [2] - 127:11, 167:5

**monitored** [1] - 93:16

**Monroe** [16] - 27:15, 29:20, 30:20, 31:12, 34:3, 34:18, 35:5, 37:25, 47:14, 49:21, 49:23, 50:9, 51:9, 52:14, 54:11, 54:20

**MONTES** [4] - 1:8, 2:4, 3:14, 84:20

**Montes** [10] - 6:20, 25:9, 84:23, 84:25, 85:3, 85:14, 85:23, 86:10, 87:7, 88:1

**month** [3] - 43:12, 101:15

**months** [9] - 10:11, 16:9, 17:15, 19:14, 41:4, 42:12, 91:6, 113:18, 115:6

**MOORE** [1] - 1:15

**Moore** [2] - 21:10, 86:3

**morning** [13] - 7:20, 22:9, 40:19, 104:1, 104:18, 111:25, 112:5, 114:24, 167:15, 167:25, 169:20, 171:1, 178:15

**most** [12] - 32:16, 78:20, 78:21, 88:10, 89:23, 95:13, 121:20, 131:19, 141:15, 154:20, 164:19, 165:1

**mother** [4] - 103:7, 103:8, 103:21, 104:3

**motion** [6] - 7:16, 7:19, 19:9, 175:19, 189:8

**motor** [1] - 89:7

**motors** [9] - 68:24,

89:3, 89:4, 124:2, 128:18, 129:18, 130:6, 155:19

**move** [16] - 19:18, 55:13, 56:5, 60:10, 60:22, 63:10, 68:19, 72:9, 80:7, 80:14, 94:17, 95:25, 115:22, 140:4, 146:6, 148:23

**moved** [1] - 101:1

**moves** [5] - 113:16, 119:11, 133:24, 134:24, 151:11

**moving** [10] - 93:18, 123:8, 123:15, 123:21, 132:15, 136:7, 138:4, 139:23, 144:5, 161:24

**MR** [111] - 6:16, 6:19, 6:22, 6:25, 7:3, 7:10, 9:25, 10:5, 10:7, 10:10, 14:12, 14:15, 14:21, 14:23, 19:8, 20:14, 20:19, 21:2, 21:4, 25:1, 25:6, 25:10, 25:13, 25:17, 25:25, 45:21, 46:1, 46:7, 46:12, 46:14, 55:9, 55:11, 55:22, 56:3, 56:9, 56:13, 56:15, 57:4, 57:8, 57:10, 57:14, 57:16, 58:9, 58:13, 58:15, 58:21, 58:23, 59:6, 59:10, 59:12, 59:14, 60:3, 60:17, 60:20, 60:25, 61:11, 61:16, 61:24, 62:3, 62:7, 62:12, 62:16, 62:21, 63:2, 63:4, 63:7, 63:9, 63:16, 68:1, 77:13, 78:3, 80:12, 80:14, 80:17, 84:21, 88:5, 90:17, 97:17, 107:8, 111:10, 112:15, 138:8, 138:23, 142:12, 154:12, 161:11, 170:1, 170:4, 171:5, 171:7, 171:17, 171:19, 172:1, 172:3, 172:6, 172:9, 172:10, 172:17, 172:21, 173:4, 173:14, 173:16, 174:2, 174:25, 175:8, 177:1, 177:5, 177:7, 177:8,

189:12, 189:18

**MS** [238] - 6:8, 6:10, 6:13, 7:7, 7:15, 7:19, 7:23, 8:10, 8:24, 9:16, 9:20, 10:13, 10:16, 10:23, 11:2, 11:3, 11:12, 11:14, 12:1, 12:4, 12:7, 12:9, 12:12, 12:14, 12:18, 13:2, 13:3, 13:8, 13:19, 13:20, 13:24, 14:4, 14:8, 14:9, 15:3, 15:7, 15:12, 15:16, 15:19, 15:25, 16:3, 16:5, 16:7, 17:4, 17:8, 18:22, 19:5, 19:7, 19:23, 24:16, 24:20, 24:21, 25:21, 30:4, 45:14, 45:15, 45:18, 46:22, 55:7, 55:13, 55:16, 55:19, 55:24, 56:1, 56:5, 56:11, 56:18, 57:6, 57:12, 57:18, 58:4, 58:7, 58:17, 58:19, 58:25, 59:2, 59:4, 59:8, 59:25, 60:7, 60:10, 60:12, 60:22, 61:14, 61:18, 61:21, 62:1, 62:14, 62:18, 62:25, 63:14, 67:25, 68:6, 68:14, 77:17, 77:20, 77:22, 80:9, 99:20, 111:7, 112:1, 112:2, 112:8, 112:12, 113:5, 115:15, 115:17, 115:20, 116:25, 117:3, 117:5, 117:8, 117:12, 117:15, 118:13, 118:15, 118:22, 118:24, 119:10, 119:12, 119:15, 119:17, 129:9, 129:11, 133:4, 133:6, 133:23, 133:25, 134:3, 134:5, 134:18, 134:23, 135:1, 135:4, 135:20, 135:24, 137:20, 137:25, 138:10, 139:6, 139:10, 139:20, 139:21, 140:3, 140:4, 140:8, 142:14, 142:15, 143:10, 150:22, 151:2, 152:3, 152:5, 152:15, 152:18,

153:4, 154:1, 154:3, 154:19, 157:5, 161:14, 164:6, 164:10, 164:21, 164:25, 165:14, 165:16, 166:16, 166:18, 167:1, 167:12, 168:8, 169:24, 170:24, 171:6, 171:22, 171:23, 172:2, 172:8, 172:13, 172:20, 172:22, 172:25, 173:3, 173:5, 173:6, 173:10, 173:18, 173:19, 173:21, 173:24, 173:25, 174:1, 174:3, 174:13, 174:15, 174:16, 174:18, 174:20, 174:24, 175:10, 175:11, 175:18, 176:14, 176:18, 177:13, 177:16, 177:17, 177:21, 178:3, 178:12, 178:16, 178:18, 178:21, 179:12, 181:1, 181:4, 181:11, 182:12, 182:14, 183:10, 183:12, 184:9, 184:11, 184:13, 184:17, 185:17, 185:21, 187:1, 187:4, 187:5, 187:7, 187:16, 187:20, 187:22, 187:25, 189:7, 190:1

**multiple** [5] - 114:3, 122:16, 123:6, 129:20, 131:18

**murder** [2] - 27:12, 36:17

**musician** [2] - 51:13, 54:21

**Musketeers** [1] - 77:8

**must** [9] - 38:14, 64:11, 64:21, 65:7, 65:9, 65:11, 66:2, 66:14, 87:18

**MWR** [1] - 54:24

**N**

**nails** [1] - 53:16

**name** [52] - 21:10, 23:14, 23:19, 25:2, 25:7, 25:11, 25:15, 25:19, 25:23, 26:1,

26:10, 26:14, 26:15, 28:15, 29:5, 29:11, 30:5, 30:6, 30:8, 30:23, 32:1, 35:10, 35:14, 35:23, 36:13, 36:14, 39:7, 40:16, 47:7, 47:13, 47:20, 48:4, 49:6, 49:15, 50:8, 57:19, 57:23, 58:5, 59:15, 61:2, 78:6, 83:8, 84:22, 88:5, 90:20, 91:4, 107:11, 107:12, 112:23, 179:4

**name's** [1] - 30:13
**narcotics** [4] - 71:4, 87:6, 87:8, 116:18
**narrative** [1] - 170:25
**narrow** [5] - 122:10, 136:25, 137:6, 137:18, 137:19
**narrow-angle** [1] - 137:18
**nationality** [2] - 73:21, 74:5
**native** [1] - 76:24
**nature** [3] - 32:15, 38:16, 38:17
**nautical** [15] - 70:1, 73:5, 95:8, 110:5, 117:21, 117:22, 125:3, 129:24, 132:22, 165:7, 165:8, 165:13, 188:14, 188:21
**naval** [1] - 175:2
**navigator** [1] - 121:5
**Navy** [37] - 54:24, 69:12, 69:15, 69:16, 69:22, 69:23, 70:4, 70:5, 70:6, 70:15, 70:20, 71:1, 71:13, 71:18, 72:2, 72:14, 85:17, 86:24, 113:11, 113:15, 113:17, 113:21, 114:1, 114:11, 114:12, 114:13, 119:20, 119:22, 119:25, 146:22, 148:13, 167:7, 189:14, 189:16, 189:17, 189:18
**Navy's** [2] - 189:14, 189:19
**near** [5] - 73:6, 86:10, 145:14, 161:2, 189:3
**nearby** [1] - 82:19
**nearly** [1] - 76:23
**necessarily** [4] - 33:3,

56:18, 56:19, 104:7
**necessary** [1] - 115:14
**need** [18] - 8:19, 9:24, 14:16, 18:9, 21:20, 68:4, 111:5, 111:6, 111:10, 126:11, 134:16, 162:14, 163:12, 167:8, 174:1, 183:5
**needed** [6] - 8:16, 13:25, 89:10, 94:25, 165:3
**needs** [2] - 90:24, 96:25
**negative** [5] - 75:19, 89:20, 105:25, 110:10
**Neiditz** [3] - 36:14, 49:6, 57:21
**nephew** [2] - 32:14, 35:16
**nets** [1] - 101:7
**never** [11] - 68:11, 95:23, 96:1, 98:20, 108:18, 117:10, 145:17, 173:5, 174:16, 174:24, 175:23
**nevertheless** [1] - 21:15
**new** [9] - 53:17, 114:8, 114:9, 147:11, 168:18, 172:24, 174:5
**New** [2] - 33:10, 33:18
**next** [11] - 21:10, 24:5, 40:24, 62:6, 62:19, 67:11, 88:12, 91:10, 101:13, 116:22, 155:14
**nice** [1] - 168:16
**niece** [1] - 32:19
**night** [6] - 40:18, 40:19, 80:3, 80:4, 80:8, 109:14
**night-light** [1] - 80:4
**nightmare** [2] - 84:25, 85:3
**nine** [4] - 113:12, 113:16, 162:19, 188:23
**nine-and-a-half** [1] - 162:19
**NO** [1] - 1:2
**nobody** [3] - 37:6, 91:2, 109:13
**nobody's** [1] - 88:12
**non** [1] - 121:9
**non-acoustic** [1] - 121:9

**none** [5] - 10:3, 12:6, 79:12, 88:16
**nonprofit** [1] - 53:22
**normally** [2] - 132:16, 137:3
**North** [2] - 2:17, 190:14
**north** [11] - 88:8, 135:9, 143:14, 144:23, 145:3, 145:22, 149:1, 150:1, 150:10, 153:17, 166:1
**northbound** [2] - 146:14, 148:5
**NORTHCOM** [1] - 114:20
**note** [4] - 6:7, 110:20, 124:23, 148:12
**noted** [2] - 40:14, 140:21
**notes** [6] - 172:9, 172:10, 172:13, 172:16, 173:18, 173:19
**nothing** [16] - 17:15, 43:20, 64:13, 66:5, 102:15, 108:3, 112:6, 112:19, 126:11, 167:12, 178:25, 181:1, 185:18, 187:16, 187:22, 189:22
**notice** [2] - 137:12, 174:12
**noticed** [4] - 124:2, 125:5, 137:14, 165:23
**notion** [1] - 99:7
**November** [6] - 20:20, 91:5, 107:3, 181:15, 181:16, 181:17
**nowhere** [1] - 73:6
**Number** [57] - 22:24, 45:13, 45:19, 46:15, 47:6, 55:4, 55:8, 55:10, 55:12, 55:18, 55:21, 55:23, 55:25, 56:4, 56:6, 56:9, 56:10, 57:3, 57:5, 57:9, 57:11, 57:15, 58:3, 58:5, 58:14, 58:18, 58:20, 58:22, 58:25, 59:3, 59:5, 59:9, 59:11, 59:12, 59:18, 59:19, 59:22, 59:23, 59:24, 60:9, 60:18, 60:24, 61:4, 61:5, 61:6, 61:7, 61:10, 61:17, 62:2,

62:9, 62:10, 62:11, 62:15, 87:19, 87:20, 87:21
**number** [4] - 11:18, 34:24, 45:22, 123:4
**numbered** [1] - 57:24
**numerous** [1] - 93:1

## O

**object** [7] - 80:9, 111:7, 117:8, 134:19, 139:21, 177:21
**objection** [21] - 10:1, 60:6, 60:7, 60:16, 65:3, 65:4, 117:1, 117:2, 119:12, 129:9, 138:8, 138:23, 154:1, 161:11, 164:6, 164:21, 167:1, 184:9, 185:17
**Objection** [1] - 142:12
**objections** [2] - 64:24, 65:1
**obligation** [3] - 8:25, 64:25, 91:23
**Obreros** [1] - 81:15
**observations** [2] - 82:14, 135:14
**observed** [4] - 149:24, 171:9, 188:15, 188:22
**observing** [3] - 140:17, 140:23, 147:6
**obtain** [1] - 15:23
**obtained** [1] - 19:25
**obvious** [1] - 94:16
**obviously** [4] - 134:20, 143:14, 155:19, 157:15
**occasion** [2] - 22:5, 31:17
**occasions** [2] - 42:25, 91:20
**occupants** [1] - 131:8
**occupation** [2] - 46:4, 54:8
**occur** [1] - 167:19
**occurred** [1] - 117:25
**ocean** [17] - 69:15, 70:14, 71:5, 72:18, 73:5, 74:1, 75:4, 76:22, 85:24, 87:4, 87:8, 95:21, 103:6, 104:2, 158:9, 159:23, 160:5
**Ocean** [4] - 70:3, 76:3,

79:24, 104:15
**oceans** [1] - 124:18
**October** [26] - 8:4, 43:17, 68:17, 69:10, 80:17, 81:16, 98:15, 114:21, 118:2, 118:17, 119:7, 119:19, 120:1, 120:8, 121:12, 121:17, 122:12, 128:10, 128:19, 133:21, 143:25, 188:12, 188:13, 188:16, 188:20, 188:22
**odd** [1] - 124:23
**OF** [3] - 1:1, 1:4, 3:3
**off-loaded** [1] - 76:10
**offense** [6] - 83:17, 110:1, 110:2, 110:22, 111:2, 111:15
**offer** [2] - 58:9, 60:4
**offered** [3] - 65:1, 154:14, 164:7
**offering** [2] - 16:25, 17:1
**offhand** [1] - 134:13
**Office** [4] - 1:21, 34:3, 34:19, 49:21
**office** [2] - 48:24, 52:16
**officer** [16] - 34:1, 34:2, 34:9, 34:10, 35:4, 51:2, 113:11, 115:9, 120:12, 164:11, 164:12, 179:13, 181:7, 181:9, 181:12, 184:18
**Officer** [8] - 15:20, 169:25, 178:22, 179:6, 181:6, 181:12, 185:6
**OFFICER** [5] - 4:9, 6:3, 21:7, 77:21, 179:9
**officers** [3] - 71:19, 72:7, 114:13
**Official** [2] - 2:16, 190:13
**often** [5] - 120:8, 148:13, 155:5, 155:10, 155:12
**oil** [1] - 111:5
**old** [4] - 100:12, 108:7, 132:9, 168:20
**old-school** [1] - 132:9
**older** [1] - 35:25
**omitted** [2] - 31:15,

47:3
**onboard** [9] - 23:23, 69:1, 69:23, 71:9, 74:8, 82:4, 82:22, 87:14, 104:8
**once** [12] - 18:13, 78:6, 120:10, 123:22, 124:6, 125:8, 126:8, 130:15, 130:18, 135:5, 155:1, 158:21
**one** [74] - 8:1, 9:24, 10:1, 16:20, 20:6, 20:10, 21:19, 22:13, 22:14, 32:15, 37:1, 46:22, 47:3, 47:7, 54:8, 61:18, 62:24, 63:10, 73:13, 73:17, 74:10, 74:12, 77:8, 79:9, 79:12, 79:14, 81:18, 83:22, 86:6, 99:13, 100:12, 105:13, 107:8, 108:14, 110:14, 110:24, 111:10, 120:13, 122:9, 122:10, 122:16, 127:22, 135:1, 136:17, 136:20, 136:21, 136:23, 136:25, 137:6, 143:20, 144:16, 145:2, 150:19, 152:3, 152:11, 152:12, 156:11, 156:23, 156:24, 157:23, 160:8, 166:16, 167:17, 167:23, 177:15, 182:20, 184:2, 184:4, 184:20, 185:24
**one's** [3] - 40:18, 136:22, 168:21
**ones** [3] - 16:21, 20:21
**open** [11] - 12:2, 12:5, 14:14, 47:2, 67:5, 87:4, 99:10, 124:18, 159:23, 160:5, 187:10
**opened** [1] - 180:22
**OPENING** [9] - 3:9, 68:13, 78:2, 84:20, 88:4, 90:16, 97:16, 99:19, 107:7
**opening** [14] - 18:7, 18:14, 67:8, 67:12, 67:24, 79:6, 80:10, 85:7, 85:10, 85:11, 85:22, 86:8, 93:20

**operate** [1] - 22:17
**operating** [3] - 73:23, 127:16, 141:24
**Operation** [1] - 116:19
**operator** [5] - 121:7, 121:9, 127:12, 142:10, 147:17
**operator's** [1] - 132:15
**opinion** [1] - 67:4
**opportunities** [1] - 98:13
**opportunity** [6] - 8:4, 84:10, 91:7, 95:23, 96:1, 133:17
**opposed** [1] - 139:23
**optical** [3] - 122:7, 136:21, 136:25
**orbiting** [2] - 142:2, 144:12
**orbits** [1] - 144:10
**order** [7] - 15:15, 22:20, 22:21, 23:6, 23:12, 172:6, 178:13
**ORDONEZ** [4] - 1:8, 2:5, 3:16, 88:4
**Ordonez** [5] - 6:23, 25:12, 88:6, 89:23, 90:15
**original** [3] - 8:15, 11:18, 12:21
**originally** [2] - 130:12, 155:20
**Orion** [7] - 114:7, 118:17, 118:19, 118:20, 119:5, 119:6, 119:7
**ORLANDO** [1] - 2:8
**Orlando** [3] - 3:21, 7:4, 25:19
**Ortiz** [11] - 7:8, 25:24, 99:21, 100:10, 101:9, 101:22, 101:23, 104:5, 104:13, 106:24, 107:1
**ORTIZ** [4] - 1:10, 2:10, 3:22, 99:19
**Ortiz's** [2] - 105:17, 105:21
**OTH** [1] - 73:13
**otherwise** [2] - 58:10, 173:12
**ourself** [1] - 157:12
**ourselves** [2] - 95:24, 102:25
**outboard** [6] - 68:24, 123:5, 124:2, 128:18, 138:13, 155:19
**outline** [1] - 67:9

**outside** [3] - 19:1, 65:10, 68:4
**over-land** [1] - 122:2
**over-the-horizon** [4] - 72:25, 73:17, 160:14, 160:15
**overboard** [11] - 71:3, 71:5, 75:5, 92:22, 93:8, 105:16, 110:12, 126:21, 130:4, 131:9, 131:15
**overflew** [2] - 82:13, 82:16
**overflies** [1] - 81:1
**overhead** [1] - 83:2
**overnight** [1] - 189:23
**overruled** [9] - 65:5, 111:9, 117:11, 129:10, 134:22, 154:2, 164:9, 167:3, 185:20
**overview** [6] - 79:8, 79:17, 81:4, 183:17, 183:20, 183:24
**overwrite** [1] - 181:25
**own** [15] - 30:15, 33:17, 39:19, 40:17, 41:6, 48:16, 49:3, 49:17, 53:3, 53:9, 53:15, 54:1, 67:3, 93:24
**owned** [1] - 48:16
**owners** [1] - 51:19
**owns** [2] - 54:13, 159:1

---

## P

**P-3** [14] - 114:7, 118:17, 118:19, 119:5, 119:7, 119:19, 120:19, 120:22, 121:11, 121:23, 122:5, 143:25, 168:19, 169:3
**P-7** [6] - 168:10, 168:12, 168:15, 169:4, 169:10, 169:13
**P-8** [6] - 168:11, 168:15, 168:16, 169:1, 169:10, 169:12
**P-a-j-o-n-a-l** [1] - 100:14
**P-f-r-i-m-m-e-r** [1] - 179:7
**P-i-j-i-j-i-p-a-n** [1] - 81:10

**p.m** [10] - 1:7, 1:8, 21:8, 77:18, 77:23, 77:24, 168:3, 190:3
**Pacific** [11] - 70:2, 72:10, 76:2, 79:21, 79:24, 88:9, 88:18, 98:17, 104:15, 117:20
**package** [1] - 127:25
**packaged** [1] - 71:6
**packages** [7] - 110:12, 141:2, 141:5, 143:13, 158:8, 159:20, 160:7
**PAGE** [2] - 3:1, 4:4
**pages** [4] - 8:3, 16:20, 186:9, 186:20
**Pages** [1] - 1:10
**Pajonal** [1] - 100:13
**Palm** [2] - 35:16
**Panama** [2] - 70:1
**pancakes** [5] - 111:3, 111:4, 111:5, 111:11
**panel** [4] - 27:1, 31:21, 36:7, 40:2
**PANEL** [2] - 3:6, 3:7
**panga** [78] - 7:24, 68:23, 70:7, 70:11, 72:11, 73:4, 73:8, 73:9, 73:11, 74:17, 92:15, 92:19, 94:3, 94:4, 94:14, 95:11, 95:13, 95:18, 99:23, 99:24, 104:17, 105:21, 106:14, 106:15, 106:19, 106:24, 128:19, 129:18, 129:22, 130:3, 131:8, 133:3, 138:5, 138:16, 140:14, 140:17, 140:18, 141:2, 141:13, 142:1, 142:8, 142:10, 142:16, 142:22, 144:25, 145:12, 145:14, 146:12, 146:16, 148:10, 149:13, 153:13, 153:20, 154:7, 154:10, 154:13, 155:18, 155:22, 155:25, 157:14, 158:4, 158:5, 158:8, 158:15, 158:22, 158:24, 160:9, 161:5, 161:10, 161:16, 165:4, 188:15, 188:22
**panga-style** [2] -

68:23, 70:7
**Pangas** [4] - 88:23, 128:15, 129:24, 161:2
**panning** [1] - 141:21
**pans** [1] - 141:23
**paper** [4] - 163:1, 182:19, 183:1, 183:2
**papers** [1] - 172:7
**paralegal** [1] - 52:20
**paraphrased** [1] - 60:15
**pardon** [1] - 10:6
**pared** [1] - 170:16
**Paredon** [3] - 88:8, 91:8, 91:12
**parents** [3] - 100:15, 100:21, 100:23
**parking** [1] - 51:25
**part** [32] - 48:9, 49:3, 51:13, 52:9, 72:1, 78:21, 81:19, 85:10, 85:11, 108:25, 121:20, 132:3, 141:15, 142:25, 143:11, 147:21, 149:11, 152:22, 155:15, 155:16, 156:13, 156:16, 157:20, 159:12, 159:25, 162:4, 162:6, 162:7, 162:10, 170:17, 185:12
**part-time** [4] - 48:9, 49:3, 51:13, 52:9
**participant** [1] - 85:7
**participating** [1] - 78:24
**participation** [1] - 64:7
**particular** [6] - 21:24, 22:20, 87:12, 111:15, 116:12, 128:9
**parties** [2] - 24:13, 26:8
**partners** [1] - 71:24
**parts** [7] - 134:10, 134:11, 134:12, 134:14, 139:25, 163:13, 170:16
**passed** [1] - 101:20
**passengers** [2] - 188:18, 188:23
**past** [2] - 19:14, 47:16
**paste** [1] - 183:19
**patient** [1] - 53:12
**Patric** [2] - 30:23, 63:12

**Patrol** [1] - 113:11
**patrol** [4] - 69:17, 72:3, 116:14, 116:15
**patrolling** [2] - 79:23, 80:18
**patrolman** [1] - 35:24
**pause** [4] - 16:6, 135:2, 150:18, 166:17
**pawnshop** [1] - 54:13
**pay** [5] - 44:8, 44:9, 44:21, 79:16, 102:22
**pays** [1] - 103:4
**PDF** [2] - 11:22, 186:6
**pencil** [1] - 137:1
**pending** [1] - 7:16
**people** [61] - 69:9, 69:22, 78:5, 78:14, 80:22, 81:22, 82:22, 89:1, 89:6, 92:1, 93:2, 93:5, 93:7, 93:21, 94:1, 94:8, 94:10, 94:15, 94:19, 94:20, 94:23, 95:6, 95:16, 95:17, 95:25, 97:4, 98:10, 98:11, 102:21, 103:5, 103:13, 103:20, 104:2, 104:3, 105:10, 105:14, 106:10, 108:17, 109:8, 110:14, 110:15, 123:6, 123:10, 124:3, 129:20, 130:2, 130:5, 130:12, 130:19, 137:23, 145:15, 146:20, 153:24, 154:20, 155:20, 156:8, 158:15, 163:23
**per** [1] - 132:21
**percent** [1] - 50:11
**PEREMPTORY** [2] - 3:5, 55:6
**Perez** [7] - 7:1, 25:16, 44:3, 48:8, 57:20, 90:22, 97:11
**PEREZ** [4] - 1:9, 2:7, 3:18, 90:16
**Perez-Cruz** [4] - 7:1, 25:16, 90:22, 97:11
**PEREZ-CRUZ** [4] - 1:9, 2:7, 3:18, 90:16
**perhaps** [2] - 79:11, 89:7
**period** [3] - 40:5, 43:24, 127:23
**periods** [1] - 127:15
**permission** [13] -

119:15, 130:16, 130:21, 130:24, 131:6, 133:4, 133:25, 135:20, 145:24, 148:17, 149:14, 150:22, 154:24
**permit** [1] - 66:20
**person** [4] - 96:16, 102:3, 110:14, 155:21
**personal** [2] - 21:15, 74:20
**personally** [1] - 156:1
**perspective** [2] - 79:17, 101:18
**pertaining** [1] - 171:8
**Peter** [4] - 38:24, 39:8, 54:7, 62:20
**PETTY** [2] - 4:9, 179:9
**Petty** [2] - 181:6, 181:12
**petty** [1] - 179:6
**Pfrimmer** [12] - 9:2, 15:20, 169:25, 178:19, 178:22, 179:6, 179:13, 181:9, 181:12, 184:18, 185:6
**PFRIMMER** [2] - 4:9, 179:9
**phone** [8] - 9:7, 19:9, 19:13, 20:12, 20:20, 74:15, 108:12
**photographed** [1] - 182:1
**photographer** [1] - 53:22
**photos** [1] - 73:15
**phrase** [1] - 102:5
**physical** [2] - 90:7, 182:4
**physician** [1] - 49:12
**physicians** [2] - 37:4, 49:11
**pick** [8] - 86:14, 120:5, 126:4, 126:22, 136:10, 144:14, 159:20, 166:5
**picked** [10] - 69:3, 85:1, 85:5, 89:25, 90:10, 98:22, 118:5, 123:15, 123:22, 166:7
**picking** [3] - 125:15, 135:14, 138:5
**picks** [2] - 125:8, 138:20
**Pico** [5] - 7:4, 25:20, 97:18

**PICO** [4] - 1:9, 2:8, 3:20, 97:16
**picture** [7] - 16:15, 119:5, 119:6, 136:24, 172:24, 185:16, 186:4
**pictures** [7] - 88:19, 89:12, 99:2, 99:3, 106:23, 172:24, 189:10
**piece** [5] - 15:8, 95:12, 95:18, 114:5, 163:1
**pieces** [3] - 95:14, 165:2, 172:7
**pierce** [1] - 143:23
**Pijijiapan** [2] - 81:10, 83:23
**pilot** [7] - 113:16, 114:1, 114:2, 114:4, 114:11, 120:25, 125:12
**pilot's** [1] - 125:12
**pilots** [5] - 70:6, 71:13, 72:14, 120:24
**pin** [5] - 117:24, 117:25, 118:4, 165:19, 165:22
**Pine** [3] - 49:3, 53:16
**Pinera** [5] - 3:23, 4:7, 4:10, 7:8, 25:23
**PINERA** [91] - 2:10, 7:7, 7:15, 7:19, 7:23, 8:24, 10:13, 10:16, 10:23, 11:2, 12:7, 12:9, 12:12, 13:2, 13:8, 13:19, 14:4, 14:8, 15:12, 15:16, 15:25, 16:3, 16:5, 16:7, 16:7, 17:4, 17:8, 18:22, 19:7, 25:21, 45:15, 45:18, 55:7, 56:5, 56:18, 59:25, 61:18, 61:21, 77:17, 77:20, 77:22, 99:20, 112:1, 116:25, 117:3, 117:8, 119:12, 129:9, 133:25, 134:3, 134:5, 134:18, 137:20, 139:21, 140:3, 154:1, 164:6, 164:21, 167:1, 171:23, 172:2, 172:8, 173:5, 173:18, 173:21, 173:24, 174:1, 174:13, 174:16, 174:20, 174:24, 175:10, 175:18, 176:14, 177:13, 177:17, 177:21, 178:3, 181:4, 181:11, 182:12, 182:14, 183:10, 183:12, 184:11, 184:17, 185:21, 187:1, 187:4, 187:22, 189:7, 190:1
**Pinera-Vazquez** [3] - 3:23, 4:7, 4:10
**pins** [4] - 117:3, 117:5, 117:9, 117:23
**place** [4] - 75:1, 126:25, 162:2, 167:13
**placed** [1] - 22:4
**plaintiff** [1] - 28:3
**plaintiff's** [1] - 162:9
**plan** [4] - 18:12, 43:12,

177:17, 177:21, 178:3, 181:4, 181:11, 182:12, 182:14, 183:10, 183:12, 184:11, 184:17, 185:21, 187:1, 187:4, 187:22, 189:7, 190:1
**Pinera's** [2] - 19:8, 188:4
**PINERA-VAZQUEZ** [91] - 2:10, 7:7, 7:15, 7:19, 7:23, 8:24, 10:13, 10:16, 10:23, 11:2, 12:7, 12:9, 12:12, 13:2, 13:8, 13:19, 14:4, 14:8, 15:12, 15:16, 15:25, 16:3, 16:5, 16:7, 17:4, 17:8, 18:22, 19:7, 25:21, 45:15, 45:18, 55:7, 56:5, 56:18, 59:25, 61:18, 61:21, 77:17, 77:20, 77:22, 99:20, 112:1, 116:25, 117:3, 117:8, 119:12, 129:9, 133:25, 134:3, 134:5, 134:18, 137:20, 139:21, 140:3, 154:1, 164:6, 164:21, 167:1, 171:23, 172:2, 172:8, 173:5, 173:18, 173:21, 173:24, 174:1, 174:13, 174:16, 174:20, 174:24, 175:10, 175:18, 176:14, 177:13, 177:17, 177:21, 178:3, 181:4, 181:11, 182:12, 182:14, 183:10, 183:12, 184:11, 184:17, 185:21, 187:1, 187:4, 187:22, 189:7, 190:1

43:20, 185:18
**plane** [21] - 44:1, 69:16, 69:22, 70:4, 70:5, 70:6, 70:19, 70:20, 71:2, 71:13, 85:17, 93:16, 106:11, 119:24, 157:16, 168:20, 169:9
**planes** [1] - 114:14
**plans** [3] - 42:9, 108:12, 108:14
**plant** [1] - 100:24
**Plantation** [2] - 31:3, 54:20
**planted** [2] - 100:24
**play** [4] - 138:3, 151:10, 152:8, 162:4
**played** [5] - 139:22, 140:7, 143:9, 153:3, 158:19
**Player** [1] - 158:18
**playing** [3] - 17:18, 19:22, 152:23
**plenty** [1] - 150:16
**plot** [1] - 16:19
**plus** [1] - 139:14
**point** [19] - 66:16, 70:24, 82:11, 87:17, 89:2, 103:19, 111:14, 115:12, 116:7, 130:9, 130:11, 131:24, 142:6, 145:12, 145:16, 150:23, 151:4, 152:6, 165:4
**pointed** [2] - 141:18, 142:7
**pointing** [2] - 79:1, 189:9
**points** [8] - 8:5, 10:12, 16:19, 71:17, 180:3, 180:24, 185:24, 186:11
**police** [4] - 33:18, 34:9, 35:4, 71:19
**Police** [1] - 35:1
**pool** [1] - 22:4
**poor** [4] - 86:12, 100:16, 108:1, 108:10
**popular** [1] - 69:25
**port** [2] - 76:8, 92:2
**portion** [18] - 128:20, 132:1, 132:6, 139:19, 140:10, 143:12, 143:18, 148:24, 149:17, 152:24, 153:23, 155:14, 157:7,

157:22, 158:4, 158:12, 158:19, 158:20
**portions** [2] - 164:19, 165:1
**pose** [1] - 21:14
**position** [4] - 147:11, 152:8, 160:12, 185:25
**positions** [1] - 114:12
**positive** [3] - 75:18, 76:19, 141:16
**possess** [5] - 23:25, 38:6, 77:6, 84:15, 85:8
**possessed** [1] - 84:16
**possessing** [1] - 77:5
**possibility** [3] - 71:7, 75:20, 80:25
**possible** [4] - 36:4, 77:13, 141:4, 167:6
**possibly** [2] - 22:6, 36:3
**Postal** [1] - 53:18
**postponed** [1] - 42:23
**potential** [1] - 170:2
**potentially** [1] - 181:25
**pounds** [3] - 89:2, 92:19, 99:5
**pounds'** [1] - 89:1
**powered** [3] - 181:22, 181:24, 182:1
**powerful** [1] - 68:24
**POWERS** [2] - 2:16, 190:13
**Powers** [1] - 190:12
**practice** [2] - 50:13, 155:8
**precede** [1] - 23:13
**precisely** [1] - 87:14
**preemptory** [4] - 55:17, 55:20, 60:23, 61:19
**preface** [1] - 80:1
**prefer** [2] - 68:7, 112:2
**preferred** [1] - 18:20
**prejudice** [2] - 18:3, 20:11
**prejudiced** [1] - 8:7
**PRELIMINARY** [2] - 3:8, 64:4
**preliminary** [1] - 64:6
**premarked** [2] - 115:25, 117:16, 118:25
**prepare** [1] - 172:6
**prepared** [5] - 15:13, 171:11, 171:24, 171:25

**prepares** [1] - 164:4
**preparing** [1] - 20:24
**preplaced** [1] - 117:5
**preponderance** [1] - 28:4
**presence** [2] - 17:11, 19:1
**present** [10] - 6:18, 6:21, 6:24, 7:5, 14:10, 66:10, 67:14, 67:17, 67:20, 86:20
**presented** [2] - 65:12, 87:23, 88:1
**pressed** [1] - 93:1
**presumed** [2] - 38:11, 66:3
**pretrial** [1] - 37:11
**pretty** [2] - 68:24, 152:11
**prevent** [1] - 39:3
**previously** [4] - 139:7, 140:14, 161:5, 173:2
**primarily** [1] - 113:13
**primary** [1] - 49:7, 122:6
**print** [4] - 11:3, 180:17, 186:6, 186:20
**printed** [1] - 42:18
**printout** [1] - 12:21
**printouts** [1] - 11:17
**privilege** [3] - 25:4, 25:7, 25:11
**Pro** [1] - 54:3
**probation** [2] - 34:2, 51:2
**probative** [2] - 20:5, 20:11
**problem** [4] - 40:3, 161:24, 169:4, 189:10
**problems** [4] - 18:16, 43:8, 63:15, 112:3
**procedure** [1] - 127:16
**procedures** [1] - 73:23
**proceed** [5] - 140:5, 142:24, 149:22, 152:22, 155:14, 156:15, 157:6, 157:20, 158:11, 158:16, 159:21, 159:25, 160:4, 161:19, 162:3
**proceeding** [1] - 160:12
**proceedings** [7] - 16:6, 22:16, 23:17, 135:2, 166:17, 190:3, 190:10
**process** [2] - 53:18,

114:8
**processed** [1] - 76:11
**processing** [1] - 76:5
**produce** [3] - 9:18, 163:3, 182:4
**produces** [1] - 164:15
**product** [9] - 69:6, 69:7, 163:3, 164:14, 164:23, 169:13, 185:10, 185:11, 186:7
**production** [2] - 170:12, 170:21
**products** [1] - 123:10
**program** [20] - 9:1, 9:3, 9:9, 12:4, 13:15, 50:16, 168:13, 169:6, 169:14, 183:4, 183:5, 184:23, 185:13, 186:2, 186:3, 186:13, 186:22, 186:23, 186:24, 187:8
**prohibits** [1] - 66:12
**projects** [1] - 33:6
**promise** [2] - 78:9, 110:19
**promised** [2] - 92:20, 93:20
**promissory** [1] - 110:20
**promptly** [1] - 67:1
**pronounce** [2] - 61:23, 110:7
**proof** [13] - 28:1, 28:6, 28:10, 65:14, 65:16, 66:6, 66:8, 84:11, 96:24, 110:19
**prop** [1] - 169:8
**propel** [1] - 123:5
**properly** [2] - 20:24, 132:7
**property** [1] - 37:10
**propounded** [1] - 24:8
**props** [1] - 168:21
**prosecute** [1] - 106:19
**prosecuted** [1] - 46:19
**prosecution** [6] - 10:9, 24:15, 45:8, 86:18, 86:19, 90:18
**prosecutor** [10] - 10:24, 32:25, 102:5, 105:1, 105:6, 110:11, 174:7, 174:19, 175:15, 176:20
**PROSPECTIVE** [160] - 3:2, 3:3, 24:11, 26:15, 26:18, 26:23,

27:6, 27:8, 27:10, 27:12, 27:14, 27:16, 27:18, 27:21, 27:23, 28:12, 28:14, 28:15, 28:21, 28:23, 29:1, 29:5, 29:9, 29:11, 29:14, 29:16, 29:18, 29:22, 29:24, 30:2, 30:7, 30:8, 30:13, 30:17, 30:19, 30:23, 31:2, 31:6, 31:9, 31:11, 32:1, 32:5, 32:11, 32:13, 32:19, 32:24, 33:3, 33:9, 33:14, 33:16, 33:21, 33:25, 34:6, 34:8, 34:12, 34:15, 34:17, 34:21, 34:23, 35:3, 35:8, 35:11, 35:14, 35:20, 35:23, 36:2, 36:14, 36:24, 37:3, 37:8, 37:14, 37:16, 37:17, 37:22, 37:25, 38:2, 38:24, 39:5, 39:8, 40:9, 40:16, 40:22, 41:1, 41:4, 41:10, 41:14, 41:18, 41:20, 41:22, 42:2, 42:5, 42:7, 42:11, 42:16, 42:21, 42:24, 43:1, 43:5, 43:11, 43:17, 43:20, 43:22, 43:25, 44:3, 44:7, 44:9, 44:11, 44:15, 44:19, 44:23, 47:13, 47:18, 47:20, 47:23, 48:3, 48:5, 48:8, 48:13, 48:15, 48:19, 48:20, 48:23, 49:2, 49:6, 49:15, 49:20, 50:1, 50:5, 50:8, 50:14, 50:19, 50:25, 51:5, 51:8, 51:12, 51:15, 51:18, 51:22, 51:25, 52:4, 52:8, 52:13, 52:18, 52:22, 52:25, 53:3, 53:6, 53:8, 53:11, 53:15, 53:21, 53:25, 54:3, 54:7, 54:11, 54:15, 54:19, 54:23, 55:1, 56:24
**prospective** [1] - 24:5
**Prospective** [1] - 21:8
**protect** [2] - 71:21, 90:21
**protecting** [1] - 71:20
**protection** [2] - 49:12, 50:15
**proud** [1] - 107:13

**prove** [19] - 28:4, 38:12, 66:9, 66:14, 84:5, 84:8, 84:13, 84:17, 84:18, 85:22, 86:17, 93:23, 96:25, 97:3, 100:6, 100:8, 110:21, 111:13, 173:12
**proved** [1] - 79:2
**proven** [4] - 66:4, 79:3, 86:1, 86:5
**provide** [5] - 147:10, 175:2, 177:23, 179:25, 180:12
**provided** [26] - 8:11, 8:22, 8:23, 8:25, 9:1, 9:14, 9:19, 10:18, 16:16, 19:10, 19:18, 112:16, 170:14, 170:17, 170:24, 170:25, 171:2, 171:3, 173:2, 173:7, 175:4, 177:23, 178:15, 182:10, 187:14
**province** [2] - 81:8, 86:10
**public** [2] - 25:3, 50:14
**publish** [3] - 119:15, 135:20, 159:12
**publishing** [1] - 137:10
**pull** [2] - 42:4, 175:11
**purchase** [1] - 139:14
**purchased** [1] - 42:1
**purchasing** [1] - 49:4
**purpose** [2] - 65:7, 121:23
**purposes** [8] - 22:24, 22:25, 67:24, 116:1, 147:20, 166:20, 182:15, 183:13
**purse** [1] - 42:2
**pushed** [1] - 131:14
**put** [31] - 8:18, 9:25, 14:1, 17:10, 18:11, 28:9, 75:11, 80:2, 80:8, 86:22, 88:25, 92:10, 94:11, 94:18, 101:18, 103:8, 103:9, 103:19, 103:22, 109:7, 109:11, 110:7, 111:24, 126:12, 128:18, 134:16, 155:6, 172:10, 177:2, 180:16, 183:6

## Q

**qualification** [1] - 113:21
**qualifications** [1] - 24:9
**qualified** [1] - 21:24
**quality** [1] - 85:18
**quantity** [1] - 99:4
**questioning** [2] - 47:3, 96:11
**questions** [24] - 11:19, 12:23, 21:22, 21:23, 22:19, 24:8, 44:25, 45:1, 46:3, 48:7, 64:23, 64:24, 74:2, 74:13, 83:7, 83:22, 96:4, 96:6, 96:10, 96:14, 96:19, 97:22, 187:1, 187:3
**quick** [5] - 68:19, 76:25, 108:10, 108:18, 152:8
**quickly** [6] - 123:6, 141:4, 160:22, 162:14, 165:3, 188:1
**quiet** [1] - 82:24
**quite** [5] - 102:5, 114:20, 125:23, 132:16, 174:21
**quote** [2] - 56:19, 170:10
**quote-unquote** [1] - 170:10

## R

**radar** [47] - 70:8, 70:9, 71:14, 71:17, 72:14, 121:9, 122:6, 123:15, 123:22, 123:25, 125:4, 125:8, 125:9, 126:4, 127:7, 127:12, 128:2, 128:5, 129:23, 133:2, 135:15, 140:16, 141:18, 142:8, 142:10, 142:16, 142:18, 142:20, 143:20, 143:21, 143:23, 145:1, 145:12, 153:9, 165:13, 166:1, 166:5, 166:7, 171:12, 172:3, 172:17, 172:18, 172:20, 172:21, 172:23, 188:12
**radar's** [1] - 145:1

**radio** [2] - 121:6, 124:25
**RAFAEL** [1] - 2:4
**Rafael** [4] - 3:15, 6:20, 25:7, 84:22
**raise** [13] - 17:24, 24:6, 26:6, 26:11, 27:3, 31:23, 36:12, 39:21, 40:5, 45:11, 63:22, 112:17, 178:23
**raised** [3] - 26:12, 38:22, 39:22
**raising** [1] - 23:11
**randomly** [1] - 21:21
**range** [2] - 125:11, 188:12
**rare** [1] - 124:19
**rate** [18] - 44:22, 126:15, 130:7, 135:11, 142:11, 142:13, 142:17, 143:15, 145:20, 146:12, 146:23, 148:1, 148:10, 149:1, 149:10, 149:13, 153:14, 156:4
**rates** [1] - 123:8
**rather** [3] - 17:2, 82:25, 184:14
**raw** [7] - 13:22, 133:13, 180:16, 182:6, 182:9, 186:9, 186:18
**Ray** [1] - 112:25
**RAY** [1] - 112:25
**re** [2] - 8:23, 90:20
**re-introduce** [1] - 90:20
**re-provided** [1] - 8:23
**reach** [8] - 29:7, 29:15, 30:1, 30:21, 31:7, 31:13, 31:18, 39:12
**reacquiring** [1] - 159:24
**read** [7] - 12:16, 14:1, 66:24, 101:1, 167:24, 174:7, 175:12
**readable** [2] - 11:9, 180:17
**reading** [2] - 176:22, 189:5
**ready** [3] - 7:14, 55:7, 167:15
**real** [5] - 74:20, 78:10, 78:12, 111:11, 152:8
**realize** [2] - 71:1, 71:2

**really** [10] - 36:3, 44:4, 52:2, 78:12, 78:22, 105:8, 128:15, 132:3, 139:13, 146:24
**realm** [1] - 128:14
**realtime** [1] - 167:6
**realtor** [1] - 50:22
**reason** [9] - 33:5, 33:7, 45:2, 80:1, 82:12, 83:25, 98:10, 129:16, 186:14
**reasonable** [14] - 28:7, 28:10, 38:14, 66:15, 79:4, 84:6, 84:18, 90:6, 96:25, 97:1, 97:6, 100:8, 110:21, 111:14
**reasons** [3] - 36:19, 45:1, 85:1
**rebuilt** [1] - 108:1
**rec** [1] - 127:5
**recalled** [1] - 189:5
**receive** [6] - 10:8, 12:10, 13:1, 13:2, 113:21, 181:24
**received** [15] - 7:21, 10:3, 10:7, 12:6, 13:4, 13:7, 13:11, 20:15, 20:25, 64:18, 65:6, 176:17, 181:13, 181:15, 187:13
**recently** [3] - 10:11, 51:8, 53:17
**recess** [2] - 18:14, 167:14
**Recess** [1] - 77:23
**recipe** [2] - 111:3
**recognize** [2] - 119:2, 133:8
**reconnaissance** [2] - 113:14, 122:1
**record** [15] - 9:25, 23:18, 55:5, 64:18, 112:23, 127:17, 131:10, 131:16, 139:14, 139:16, 144:1, 158:17, 172:18, 176:5, 179:4
**recorded** [3] - 93:15, 171:8, 180:3
**recorders** [2] - 127:24, 128:1
**recording** [4] - 70:10, 70:22, 139:11, 139:12
**recordings** [1] - 87:2
**recover** [1] - 87:8
**recovered** [1] - 84:2

**recruited** [1] - 91:25
**recruiter** [1] - 102:22
**Redirect** [1] - 4:11
**redirect** [1] - 187:3
**REDIRECT** [1] - 187:6
**reel** [1] - 164:4
**refer** [8] - 114:16, 116:22, 122:23, 128:13, 128:14, 156:23, 158:17, 184:14
**reference** [5] - 143:6, 143:7, 170:4, 170:5, 184:2
**referenced** [1] - 11:23
**referred** [4] - 11:17, 12:21, 70:18, 189:8
**referring** [6] - 141:20, 158:18, 171:2, 172:15, 172:25, 173:1, 175:19, 176:15, 188:2
**reflect** [2] - 23:18, 170:20
**reflective** [1] - 70:14
**reflects** [1] - 171:7
**regard** [2] - 18:5, 81:6
**regarding** [4] - 7:20, 174:21, 188:6, 188:8
**regardless** [2] - 110:17
**regards** [1] - 189:8
**region** [6] - 107:20, 107:21, 108:2, 118:9, 120:2, 122:12
**reimburse** [1] - 44:12
**reinforce** [1] - 99:7
**reject** [1] - 65:23
**REL** [2] - 188:16, 188:18
**relatively** [6] - 123:6, 123:19, 125:22, 128:16, 135:13, 136:8
**relatives** [1] - 32:21
**relay** [1] - 159:2
**relayed** [1] - 131:5
**relevance** [1] - 185:17
**relevant** [2] - 33:17, 140:2
**reliable** [1] - 168:19
**reliance** [1] - 16:23
**relocate** [1] - 159:19
**relocated** [2] - 160:3, 166:6
**remain** [5] - 66:11, 68:4, 68:7, 158:23
**remember** [7] - 47:11, 84:11, 89:14, 114:22, 124:24,

**134:13, 173:4**
**render** [2] - 63:24, 111:22
**repeat** [3] - 96:12, 96:14, 98:3
**rephrase** [1] - 142:14
**reply** [1] - 130:25
**report** [4] - 124:8, 172:17, 172:20, 176:9, 176:17, 186:7
**REPORTED** [1] - 2:16
**reporter** [2] - 23:16, 81:11
**Reporter** [2] - 2:16, 190:13
**REPORTER** [2] - 151:25, 157:3
**reports** [3] - 171:11, 172:21, 177:8
**represent** [10] - 25:15, 25:19, 25:23, 26:1, 78:8, 84:22, 88:6, 97:18, 99:20, 107:13
**representative** [1] - 53:12, 76:16
**represented** [3] - 26:19, 46:15, 48:1
**representing** [6] - 25:4, 25:8, 25:12, 91:3, 91:5
**represents** [1] - 91:15
**reputation** [1] - 26:11
**request** [5] - 16:13, 16:23, 117:4, 139:22, 177:22
**requested** [4] - 13:21, 20:1, 174:4, 188:5
**requesting** [3] - 8:21, 10:5, 46:12
**required** [2] - 9:5, 9:6
**requirement** [1] - 163:21
**rescue** [12] - 81:23, 85:4, 86:14, 86:22, 87:14, 88:11, 89:6, 89:10, 98:21, 145:15, 148:3, 156:8
**rescued** [1] - 92:6
**research** [1] - 67:2
**resent** [1] - 8:20
**reservation** [2] - 42:14, 42:15
**resolve** [2] - 9:23, 15:9
**resources** [1] - 51:23
**respect** [4] - 31:16, 31:20, 66:17, 165:2
**respectful** [2] - 22:16, 98:2
**respond** [3] - 22:20, 23:6, 143:20

213

**responded** [4] - 118:1, 118:3, 177:2, 188:10
**response** [16] - 8:9, 11:16, 11:18, 12:20, 12:22, 17:20, 23:10, 23:13, 23:14, 23:15, 170:23, 174:7, 175:21, 176:20, 188:4, 188:25
**responses** [4] - 13:6, 21:23, 23:8, 23:12
**responsibilities** [1] - 179:15
**rest** [3] - 86:21, 120:15
**resting** [1] - 120:25
**rests** [2] - 84:12, 86:18
**result** [1] - 37:12
**resumes** [2] - 118:14, 152:17
**retire** [2] - 66:21, 67:22
**retired** [20] - 32:5, 34:2, 34:4, 34:9, 47:8, 48:15, 48:24, 49:2, 49:7, 50:2, 50:11, 51:1, 51:3, 51:9, 51:20, 52:8, 54:24, 55:1
**retrieved** [1] - 76:6
**return** [3] - 77:10, 81:19, 81:23
**returned** [1] - 162:20
**returning** [1] - 84:19
**review** [10] - 8:5, 133:17, 163:4, 163:6, 164:1, 164:14, 164:17, 166:22, 182:17
**reviewed** [3] - 153:18, 153:24, 171:24
**Reyna** [1] - 108:4
**rib** [3] - 156:23, 156:24, 160:12
**ride** [2] - 147:2, 147:3
**riding** [2] - 88:17, 106:16
**rig** [7] - 158:1, 159:14, 159:15, 160:8, 160:9, 160:10
**right-hand** [2] - 154:22, 155:3
**righty** [1] - 44:24
**rigid** [2] - 157:2, 157:3
**Rigid** [1] - 157:4
**ring** [4] - 102:17, 102:20, 103:14, 103:21
**rings** [1] - 102:17
**rise** [5] - 6:3, 21:7, 77:21, 128:17, 168:2

**Robalo** [1] - 188:21
**robbed** [2] - 108:14, 108:16
**robes** [1] - 86:3
**Rodriguez** [7] - 3:15, 6:20, 25:7, 84:22, 90:8, 93:10, 96:8
**RODRIGUEZ** [4] - 2:4, 6:19, 25:6, 84:21
**roles** [1] - 120:21
**Roney** [2] - 31:11, 54:23
**room** [2] - 66:21, 80:3
**Room** [1] - 2:17
**roughly** [2] - 124:11, 129:3
**route** [3] - 69:3, 69:4, 69:5
**routine** [1] - 107:15
**row** [11] - 22:23, 23:1, 23:2, 23:3, 23:4, 29:3, 29:4, 31:24, 33:23, 37:7
**rows** [1] - 171:4
**RPR** [2] - 2:16, 190:13
**rub** [2] - 110:8
**Rule** [2] - 8:1, 170:22
**rule** [1] - 68:1
**rules** [2] - 65:2, 66:2
**ruling** [1] - 65:3
**run** [5] - 51:25, 76:25, 127:12, 127:13, 127:20
**runners** [1] - 94:18
**running** [1] - 138:24
**runs** [2] - 121:3, 121:9
**Rusty** [1] - 53:3

## S

**safe** [2] - 15:19, 159:16
**sailors** [4] - 113:12, 113:23, 164:12, 164:13
**sake** [2] - 139:20, 140:5
**Salahonda** [4] - 101:2, 101:6, 101:11, 101:12
**sales** [1] - 52:11
**salon** [1] - 53:16
**Salvador** [9] - 115:4, 115:5, 115:8, 116:9, 116:10, 116:17, 124:10, 124:12, 124:17
**Samaritan** [1] - 104:8
**sample** [1] - 76:16
**San** [1] - 32:16

**sank** [1] - 95:21
**sat** [5] - 27:25, 28:8, 28:16, 28:20, 29:6
**Saturday** [1] - 7:20
**save** [4] - 80:15, 99:17, 112:15, 156:11
**saved** [3] - 99:16, 104:24, 180:6
**saving** [1] - 147:20
**saw** [31] - 80:7, 95:3, 95:6, 97:9, 99:8, 122:14, 122:22, 124:3, 124:4, 124:11, 126:13, 128:10, 128:19, 130:12, 134:10, 138:12, 138:13, 138:18, 138:25, 140:14, 152:24, 153:19, 155:20, 158:8, 159:13, 161:16, 170:9, 172:14, 175:15, 176:18
**scan** [2] - 11:17, 12:21
**scans** [4] - 75:18, 83:19, 83:24, 106:4
**scared** [1] - 104:11
**scattered** [1] - 121:18
**scenario** [2] - 84:25, 85:3
**scene** [1] - 158:23
**schedule** [5] - 22:17, 39:25, 41:2, 41:8, 167:16
**Scheduled** [1] - 1:7
**scheduled** [5] - 40:23, 41:4, 41:10, 43:11, 43:15
**schedules** [1] - 21:18
**scheduling** [3] - 40:3, 44:1, 112:3
**School** [6] - 47:14, 50:23, 52:15, 54:12, 54:20
**school** [3] - 100:20, 100:22, 132:9
**scope** [1] - 133:2
**Scott** [2] - 11:8, 11:20
**screaming** [1] - 104:2
**screen** [5] - 124:1, 125:14, 150:23, 153:6, 155:17
**screens** [1] - 150:17
**sea** [6] - 76:7, 83:13, 86:14, 91:19, 94:25, 131:17
**Seacamp** [1] - 49:4
**search** [4] - 120:2,

120:5, 187:12, 188:1
**searched** [1] - 74:16
**seas** [5] - 68:16, 69:18, 116:21, 129:1, 188:7
**seat** [13] - 6:5, 22:23, 45:10, 57:24, 59:20, 62:19, 63:11, 77:25, 118:13, 120:24, 125:12, 152:16, 168:5
**Seat** [10] - 59:18, 59:19, 59:22, 59:23, 61:4, 61:5, 61:6, 61:7, 62:9, 62:10
**seated** [7] - 6:13, 23:16, 24:12, 63:19, 64:3, 112:22, 179:3
**SEATED** [1] - 3:6
**seating** [1] - 23:9
**second** [14] - 54:8, 55:19, 66:8, 66:24, 89:7, 115:10, 135:1, 136:20, 136:21, 148:24, 152:3, 160:10, 160:16, 182:9
**seconds** [1] - 155:4
**sections** [1] - 139:18
**Sections** [1] - 24:3
**security** [2] - 32:14, 34:3
**Security** [1] - 24:22
**SECURITY** [5] - 6:3, 21:7, 77:21
**See** [1] - 13:10
**see** [170] - 8:6, 18:8, 18:24, 20:7, 23:20, 24:5, 27:5, 33:7, 38:22, 59:19, 69:15, 70:5, 70:11, 70:15, 70:25, 71:6, 71:12, 71:13, 72:22, 73:15, 74:9, 80:24, 81:2, 89:14, 89:17, 89:19, 90:24, 92:21, 93:21, 93:25, 95:24, 96:2, 99:1, 99:2, 99:3, 105:7, 105:9, 105:10, 105:15, 105:16, 105:17, 106:25, 110:9, 115:21, 117:23, 119:21, 119:23, 121:12, 121:14, 121:16, 121:20, 122:11, 123:11, 123:13, 123:16, 123:24, 124:6, 124:16, 124:19,

124:22, 125:2, 125:7, 125:13, 125:17, 125:20, 125:24, 126:6, 127:5, 127:21, 128:7, 128:10, 128:22, 128:23, 129:6, 129:12, 129:18, 129:20, 129:23, 130:2, 130:5, 130:12, 132:12, 132:16, 132:21, 137:21, 137:23, 138:1, 138:2, 138:3, 138:4, 138:11, 138:12, 139:22, 139:24, 140:11, 140:17, 141:5, 141:21, 142:3, 142:10, 142:16, 142:18, 142:20, 143:18, 143:19, 144:17, 144:20, 144:22, 145:4, 145:14, 147:13, 148:13, 149:9, 149:18, 149:20, 150:8, 150:13, 150:14, 150:16, 150:19, 151:4, 151:7, 151:10, 151:12, 151:21, 151:23, 152:7, 152:8, 152:11, 153:11, 153:12, 153:18, 153:19, 153:22, 153:24, 155:17, 155:18, 155:25, 156:17, 156:18, 156:21, 157:13, 157:23, 157:24, 158:4, 158:12, 158:14, 159:5, 159:22, 160:2, 161:4, 161:20, 161:22, 163:1, 163:10, 165:19, 167:25, 168:6, 169:19, 174:22, 176:3, 177:19, 180:23, 190:2
**seeing** [10] - 85:19, 129:7, 135:15, 143:11, 149:23, 153:5, 156:10, 157:22, 160:5, 173:4
**sees** [3] - 70:23, 125:14, 127:17
**segment** [2] - 142:24, 144:19

**seized** [2] - 85:15, 188:6
**select** [3] - 18:7, 21:20, 40:6
**selected** [5] - 21:21, 21:25, 22:3, 39:16, 44:18
**selecting** [1] - 139:24
**selection** [3] - 7:17, 18:14, 22:24
**self** [2] - 51:12, 54:1
**self-employed** [2] - 51:12, 54:1
**sell** [1] - 108:12
**selling** [2] - 101:14, 108:14
**semi** [2] - 49:2, 52:8
**semi-retired** [2] - 49:2, 52:8
**send** [5] - 73:3, 100:21, 109:3, 141:11
**sending** [1] - 127:18
**sends** [1] - 72:24
**sense** [6] - 75:22, 77:1, 94:16, 94:22, 99:6, 107:23
**senses** [1] - 136:6
**sensors** [1] - 168:25
**sent** [15] - 8:11, 8:13, 8:16, 9:21, 10:22, 11:7, 11:10, 14:2, 14:6, 15:21, 114:24, 116:11, 141:8, 163:3, 186:22
**separate** [6] - 110:25, 111:17, 111:18, 132:3, 160:11
**separated** [1] - 53:19
**September** [3] - 43:12, 43:16, 43:17
**sergeant** [2] - 34:18, 52:16
**series** [1] - 22:18
**serious** [3] - 96:22, 106:13
**serve** [6] - 24:9, 36:21, 38:19, 40:4, 40:7, 43:4
**served** [12] - 27:1, 29:19, 30:9, 30:14, 30:20, 30:24, 31:3, 31:17, 31:22, 34:24, 36:16, 36:20
**Service** [2] - 53:1, 53:18
**service** [7] - 21:14, 21:17, 21:24, 22:1, 22:4, 37:11, 43:10
**services** [1] - 7:5

**Services** [1] - 51:16
**settles** [1] - 187:23
**settling** [1] - 30:15
**seven** [36] - 30:9, 34:4, 68:17, 71:4, 73:4, 73:10, 75:4, 76:24, 77:4, 88:16, 89:18, 92:14, 92:21, 93:7, 93:21, 94:3, 94:15, 94:20, 96:21, 97:1, 97:11, 97:12, 99:5, 100:3, 106:18, 110:15, 111:16, 111:17, 153:25, 154:5, 155:20, 157:20, 159:10, 174:2, 176:1
**seventh** [1] - 169:17
**sevenths** [1] - 121:19
**several** [2] - 31:24, 37:18
**share** [2] - 36:2, 78:13
**shed** [1] - 100:17
**shells** [1] - 189:25
**sheriff** [2] - 35:16, 35:17
**sheriff's** [1] - 52:16
**Sheriff's** [4] - 34:3, 34:19, 35:24, 49:21
**shift** [1] - 40:18
**ship** [6] - 49:4, 103:7, 103:8, 103:21, 104:3, 132:13
**shipping** [1] - 69:25
**ships** [2] - 69:25, 88:24
**Shirlee** [1] - 55:1
**shoot** [1] - 70:21
**shooter** [1] - 114:18
**shooting** [1] - 146:25
**shore** [5] - 73:6, 73:25, 92:7, 92:8, 95:1
**short** [3] - 13:24, 78:10, 111:21
**shortly** [2] - 98:21, 137:12
**show** [28] - 8:4, 10:16, 13:10, 76:15, 84:1, 85:10, 85:11, 87:15, 89:7, 90:7, 92:13, 98:14, 100:2, 102:16, 102:19, 105:5, 105:6, 106:22, 111:8, 119:20, 162:25, 163:2, 165:17, 165:18, 182:16, 183:6, 183:13
**showed** [2] - 109:13,

118:6
**showing** [3] - 8:13, 115:24, 117:16
**shows** [4] - 93:13, 97:4, 116:25, 149:20
**shut** [4] - 93:18, 156:11, 169:6, 169:14
**sic** [1] - 63:2
**sic]** [1] - 63:6
**sick** [3] - 109:10, 109:20, 109:21
**side** [12] - 15:20, 37:1, 71:13, 97:22, 119:22, 154:17, 154:21, 154:22, 155:3, 158:9, 185:7
**sidebar** [3] - 45:22, 46:14, 68:9
**Sidebar** [2] - 45:25, 47:1
**sign** [1] - 81:10
**signal** [1] - 181:23
**signals** [1] - 181:24
**signature** [1] - 110:17
**Signature** [1] - 51:16
**significant** [4] - 15:6, 95:12, 127:6, 139:19
**silent** [1] - 66:11
**silver** [2] - 118:4, 165:22
**Silvia** [3] - 3:23, 7:8, 25:23
**SILVIA** [1] - 2:10
**similar** [6] - 39:2, 119:21, 129:24, 132:20, 140:20, 171:12
**simple** [4] - 83:5, 83:23, 88:11, 186:6
**simply** [3] - 13:13, 66:22, 67:9
**single** [19] - 47:17, 47:18, 47:22, 47:23, 48:12, 48:13, 48:17, 48:21, 51:6, 51:10, 51:13, 51:16, 51:23, 52:1, 53:8, 53:11, 54:9, 127:12, 174:8
**sink** [1] - 96:1
**sinking** [4] - 92:5, 103:25, 104:3, 104:15
**siren** [1] - 83:1
**sister** [1] - 35:17
**sister's** [1] - 35:15
**sister-in-law** [1] - 35:17
**sit** [7] - 28:22, 33:2, 45:3, 86:2, 88:21,

152:2, 162:23
**sits** [2] - 38:10, 163:22
**sitting** [9] - 7:9, 17:25, 27:24, 39:4, 79:1, 84:23, 100:3, 114:15, 125:12
**situated** [1] - 116:22
**situation** [3] - 39:2, 58:10, 60:4, 123:25
**six** [14] - 17:15, 34:4, 41:4, 42:12, 104:10, 105:12, 105:13, 105:14, 108:7, 113:17, 134:11, 134:12, 163:14
**six-minute** [1] - 163:14
**sixth** [2] - 113:19, 170:17
**sizes** [3] - 89:5, 123:3
**sky** [9] - 69:15, 69:17, 70:14, 71:1, 71:18, 72:15, 121:19, 139:12, 162:18
**slams** [1] - 147:1
**slate** [1] - 66:7
**slippery** [1] - 75:1
**slow** [4] - 123:19, 126:20, 135:11, 154:7
**slowed** [3] - 126:16, 137:15, 154:5
**slower** [1] - 94:17
**slowing** [1] - 154:13
**slowly** [1] - 157:11
**small** [21] - 68:22, 68:23, 69:20, 73:1, 73:16, 73:25, 76:22, 80:2, 92:15, 94:3, 128:13, 128:16, 128:17, 129:18, 139:17, 150:2, 156:23, 156:24, 160:11, 166:6
**smaller** [2] - 72:24, 123:3
**smell** [1] - 103:17
**smooth** [1] - 132:16
**smuggle** [2] - 102:24, 123:10
**smuggled** [4] - 100:1, 103:1, 103:3, 108:20
**smugglers** [2] - 94:10, 94:23
**smuggling** [10] - 99:23, 99:25, 102:17, 102:20, 103:14, 103:21, 107:1, 188:17, 188:23

**smugglings** [1] - 122:22
**so..** [3] - 127:6, 144:5, 162:17
**so...** [2] - 52:6, 168:20
**social** [1] - 51:9
**soda** [4] - 122:11, 137:2, 137:6, 161:25
**software** [4] - 8:17, 8:19, 180:5, 183:19
**SOLAR** [4] - 1:7, 2:2, 3:12, 78:2
**Solar** [23] - 6:6, 6:18, 25:5, 75:16, 75:18, 78:8, 79:13, 81:5, 81:7, 81:12, 81:13, 81:16, 81:22, 81:24, 82:2, 82:21, 83:8, 83:10, 84:14, 86:13, 91:15, 104:6, 179:21
**Solar's** [2] - 81:21, 83:1
**sold** [1] - 48:16
**solely** [4] - 39:13, 39:17, 45:4, 65:12
**solemnly** [4] - 24:7, 63:23, 112:18, 178:24
**solicited** [1] - 86:13
**someone** [6] - 26:18, 33:1, 89:13, 121:7, 126:18, 139:14
**sometimes** [5] - 43:5, 70:18, 144:17, 162:1
**somewhat** [1] - 18:23
**somewhere** [6] - 60:8, 95:21, 98:12, 115:3, 162:19, 165:8
**son** [3] - 37:19, 53:19, 81:13
**sonar** [1] - 121:8
**soon** [3] - 20:6, 20:10, 155:2
**sorry** [17] - 46:6, 58:4, 60:23, 63:8, 63:9, 97:20, 116:6, 117:20, 133:11, 154:4, 156:19, 161:23, 166:9, 174:13, 183:23, 184:21
**sort** [5] - 122:4, 123:13, 126:21, 127:25, 189:9
**sounds** [1] - 75:9
**source** [1] - 187:10
**South** [9] - 49:8, 116:4, 124:9, 131:1, 135:17, 141:6, 147:9, 159:18,

**south** [9] - 70:1, 73:5,
79:23, 108:25,
118:4, 118:11,
129:5, 160:12,
160:22
**southeast** [1] - 188:15
**southern** [1] - 91:10
**SOUTHERN** [1] - 1:1
**Southern** [1] - 21:12
**space** [4] - 73:16,
88:16, 118:9, 162:23
**Spanish** [1] - 6:1
**speaking** [3] - 23:18,
82:24, 96:3
**special** [2] - 40:3,
53:22
**Special** [2] - 6:14,
78:4
**specialist** [9] - 54:4,
163:5, 163:6,
163:19, 164:4,
164:7, 164:15,
164:23, 179:16
**Specialist** [1] - 55:2
**specific** [9] - 85:13,
132:1, 139:8,
174:18, 175:15,
175:19, 176:20,
188:4, 189:8
**specifically** [8] -
69:17, 116:18,
116:20, 122:8,
122:25, 153:23,
175:14, 188:5
**specificity** [1] - 174:8
**speculation** [5] -
129:9, 138:8,
142:12, 154:12,
184:10
**speed** [27] - 72:19,
123:8, 126:15,
130:7, 135:12,
138:5, 138:20,
142:11, 142:13,
142:17, 143:15,
145:3, 145:19,
145:20, 146:12,
146:23, 147:6,
147:12, 148:1,
148:10, 149:2,
149:10, 149:13,
150:10, 153:14,
156:4, 163:2
**speeds** [2] - 123:9,
123:19
**spell** [2] - 112:24,
179:5
**spelling** [1] - 81:10
**spent** [2] - 124:14,

**150**:16
**spits** [1] - 186:19
**splashes** [1] - 71:12
**spoken** [2] - 16:7,
16:8
**spot** [5] - 16:17,
126:8, 137:11,
144:1, 144:8
**spotted** [3] - 20:6,
94:21, 129:4
**spouse** [2] - 46:10,
47:10
**spouses** [1] - 46:7
**spreadsheet** [7] -
16:16, 183:18,
183:19, 184:1,
184:8, 184:19, 185:1
**spring** [1] - 48:11
**Squadron** [1] - 113:11
**squadron** [6] - 113:12,
113:23, 115:7,
115:10, 168:19,
169:17
**square** [1] - 87:3
**staff** [1] - 114:15
**stage** [1] - 38:10
**stamp** [1] - 11:18
**stamps** [1] - 158:18
**stand** [14] - 23:13,
24:6, 26:13, 33:5,
33:7, 47:7, 63:20,
78:19, 90:23,
117:14, 118:14,
125:23, 152:17,
177:12
**standard** [2] - 73:23,
127:16
**standing** [2] - 97:18,
99:21
**starboard** [3] - 154:17,
154:20, 154:21
**start** [16] - 21:11, 22:9,
23:2, 23:3, 24:15,
31:24, 45:12, 47:6,
67:5, 79:19, 104:2,
111:24, 112:2,
114:3, 127:24, 130:5
**Start** [1] - 52:14
**started** [6] - 22:14,
94:6, 126:21,
167:17, 167:23,
169:16
**starting** [1] - 152:23
**starts** [4] - 66:6,
103:25, 130:15
**state** [12] - 27:3, 27:6,
27:22, 27:23, 28:16,
28:23, 34:1, 34:2,
50:17, 52:4, 112:23,
179:4

**State** [3] - 33:11, 51:2,
52:23
**stateless** [1] - 74:4
**STATEMENT** [8] -
68:13, 78:2, 84:20,
88:4, 90:16, 97:16,
99:19, 107:7
**statement** [10] - 67:9,
67:24, 79:6, 85:7,
85:10, 85:22, 86:8,
92:21, 93:21, 171:18
**statement's** [1] -
85:11
**statements** [9] - 18:7,
18:14, 64:22, 67:12,
80:10, 170:20,
171:16, 171:20
**STATEMENTS** [1] -
3:9
**STATES** [3] - 1:1, 1:4,
1:15
**States** [46] - 1:21,
2:17, 6:6, 6:9, 6:11,
21:12, 23:22, 23:24,
24:3, 24:18, 53:18,
68:21, 69:2, 69:6,
69:8, 69:11, 69:13,
69:16, 69:21, 70:16,
71:20, 71:22, 72:4,
72:23, 79:22, 80:18,
83:14, 86:17, 103:1,
104:22, 107:25,
108:20, 108:21,
109:2, 109:5,
109:23, 109:25,
110:3, 110:20,
112:13, 113:10,
169:25, 179:20,
189:15, 190:14
**stationary** [1] - 144:1
**stationed** [3] - 115:1,
115:2, 179:14
**status** [1] - 47:10
**stay** [4] - 17:5, 125:9,
144:1, 144:8
**stayed** [1] - 73:17
**steering** [1] - 155:25
**STENOGRAPHICAL
LY** [1] - 2:15
**step** [5] - 115:17,
150:23, 151:3,
168:9, 187:17
**steps** [4] - 74:12,
115:19, 150:25,
168:4
**Stew** [1] - 46:20
**Stewart** [5] - 3:13,
6:17, 25:3, 26:16,
78:6
**STEWART** [1] - 2:2

**stick** [1] - 110:8
**still** [43] - 36:21,
101:23, 119:25,
120:13, 126:4,
127:7, 128:2, 128:5,
133:2, 138:6,
141:17, 142:1,
142:5, 142:6, 142:8,
143:16, 144:23,
145:3, 145:20,
145:22, 146:12,
146:14, 147:21,
148:1, 148:5,
148:23, 149:1,
149:10, 149:21,
149:25, 150:10,
151:21, 152:22,
153:9, 153:14,
156:2, 156:3,
156:16, 157:20,
160:25, 161:1
**stipulate** [1] - 64:19
**Stone** [1] - 48:20
**stop** [10] - 71:24,
126:20, 127:24,
136:12, 145:13,
145:15, 145:17,
155:1, 156:6, 160:1
**stopped** [18] - 92:8,
95:1, 95:9, 97:8,
98:23, 106:14,
126:16, 137:16,
138:19, 139:8,
145:17, 148:3,
155:3, 157:25,
158:11, 161:16,
165:4, 165:20
**stopping** [1] - 69:20
**stops** [3] - 104:21,
104:23, 138:17
**store** [5] - 49:4, 49:17,
102:1, 102:8, 179:23
**stories** [2] - 36:2,
84:11
**story** [9] - 79:19, 80:2,
80:14, 86:21, 105:1,
105:2, 105:4, 106:21
**straight** [1] - 102:14
**strange** [3] - 126:16,
138:15, 148:12
**strategy** [1] - 18:4
**straw** [4] - 122:11,
137:2, 137:7, 161:25
**street** [1] - 68:20
**streets** [1] - 69:12
**strike** [1] - 155:24
**strongest** [1] - 15:8
**stuck** [1] - 88:12
**student** [2] - 44:4,
48:21

**stuff** [5] - 47:15,
89:19, 106:15,
131:14, 138:14
**style** [3] - 68:23, 70:7,
128:15
**subject** [1] - 23:23
**submarine** [3] -
113:13, 121:8,
121:24
**submission** [1] - 11:5
**submit** [2] - 95:13,
97:3
**substance** [3] - 24:1,
24:2, 38:7
**substantial** [2] - 97:5,
98:8
**substitute** [1] - 39:19
**successful** [1] -
168:14
**sudden** [4] - 83:2,
83:6, 104:21, 104:24
**suggest** [2] - 84:4,
85:21
**suggests** [1] - 45:2
**Suite** [1] - 1:22
**summarize** [2] -
67:20, 170:9
**summer** [2] - 43:6,
48:10
**summoned** [5] -
41:13, 41:15, 41:16,
42:9, 42:15
**summons** [3] - 41:24,
42:1, 42:18
**summonsed** [1] -
42:17
**sunk** [1] - 95:20
**superiors** [2] - 166:21,
172:11
**supervisor** [1] -
185:10
**supplemental** [2] -
11:16, 12:19
**support** [1] - 108:9
**supports** [1] - 176:4
**supposed** [2] -
103:23, 122:13
**surface** [12] - 95:22,
113:13, 121:16,
121:24, 122:4,
125:1, 136:8, 163:1,
170:5, 170:13,
171:8, 172:15
**surgery** [1] - 47:21
**surgical** [1] - 47:21
**surprise** [1] - 76:20
**surrounded** [1] - 83:6
**surveil** [1] - 122:13
**surveillance** [10] -
86:25, 87:1, 113:13,

113:14, 116:13, 121:25, 122:1, 122:5, 127:9, 155:10
**surveilling** [1] - 138:16
**Susan** [4] - 32:13, 49:2, 57:21, 61:9
**suspect** [1] - 124:15
**suspected** [1] - 189:2
**suspecting** [1] - 80:24
**suspicious** [9] - 70:11, 70:12, 122:17, 122:25, 123:8, 123:21, 124:6, 126:13, 137:12
**sustained** [2] - 65:4, 161:13
**Suzanne** [1] - 53:11
**swab** [1] - 110:8
**swath** [1] - 98:10
**swear** [5] - 24:5, 24:7, 63:23, 112:18, 178:24
**sweep** [1] - 172:24
**swim** [1] - 51:3
**swipe** [6] - 75:9, 75:11, 75:15, 75:17
**switch** [2] - 150:11, 150:12
**sworn** [4] - 63:21, 64:6, 113:2, 179:9
**SWORN** [2] - 3:2, 3:7
**system** [10] - 36:11, 50:17, 78:24, 78:25, 121:10, 122:6, 130:24, 132:3, 132:4, 176:2
**System** [1] - 49:8
**systems** [1] - 122:6

## T

**table** [2] - 6:13, 24:19
**tactical** [1] - 121:3
**Tactics** [1] - 113:20
**tactics** [1] - 114:5
**tad** [1] - 152:10
**tall** [1] - 88:24
**tank** [1] - 44:16
**tapes** [2] - 139:14, 163:7
**target** [51] - 122:14, 122:18, 122:20, 122:24, 123:11, 123:13, 123:15, 124:6, 124:11, 124:15, 124:16, 125:3, 125:8, 125:9, 125:20, 126:8,

128:9, 129:25, 133:1, 135:9, 135:11, 137:9, 137:11, 137:15, 140:15, 141:21, 144:10, 144:13, 145:7, 149:21, 149:25, 150:14, 150:19, 151:4, 151:6, 151:21, 152:7, 152:12, 152:14, 153:7, 153:9, 153:13, 156:19, 157:25, 161:10, 161:16, 165:24, 166:7, 166:8, 168:24
**targets** [2] - 122:2, 166:6
**tarp** [12] - 70:13, 124:4, 128:20, 130:8, 130:10, 137:24, 138:1, 138:2, 138:6, 138:14, 140:12
**tarps** [1] - 123:7
**task** [2] - 72:1, 164:13
**Task** [2] - 124:9, 147:9
**team** [1] - 10:25
**teams** [1] - 73:3
**tech** [2] - 47:15, 47:21
**technology** [1] - 75:13
**Tejeda** [4] - 51:22, 58:2, 59:13, 59:17
**Tellone** [4] - 37:8, 51:12, 58:1, 59:16
**terms** [1] - 18:4
**terrorism** [1] - 71:21
**Terry** [3] - 35:14, 54:3, 62:19
**test** [4] - 11:22, 95:24, 110:6, 110:9
**tested** [4] - 75:18, 75:19, 76:19
**testified** [7] - 66:13, 113:2, 171:23, 177:14, 178:6, 179:9, 189:13
**testifies** [1] - 117:9
**testify** [12] - 11:4, 37:1, 66:10, 75:24, 82:8, 96:17, 117:10, 134:20, 134:21, 171:13, 189:16, 189:21
**testifying** [1] - 118:8
**testimony** [24] - 64:17, 65:8, 65:15, 65:23, 75:6, 77:10, 78:18, 78:20, 81:3, 81:20,

82:12, 82:13, 83:18, 83:19, 86:15, 112:18, 118:8, 170:21, 177:11, 177:18, 177:24, 178:4, 178:24
**testing** [1] - 105:24
**tests** [1] - 89:20
**Texas** [1] - 29:12
**thanked** [1] - 47:5
**that...** [1] - 13:9
**THE** [420] - 1:15, 1:20, 6:4, 6:12, 6:15, 7:13, 7:18, 7:22, 8:9, 9:14, 9:18, 9:23, 10:2, 10:6, 10:8, 10:15, 10:20, 11:1, 11:10, 11:13, 11:24, 12:2, 12:6, 12:8, 12:11, 12:13, 12:17, 12:25, 13:6, 13:16, 13:23, 14:3, 14:6, 14:11, 14:13, 14:17, 14:22, 14:25, 15:5, 15:9, 15:14, 15:18, 16:1, 16:4, 16:25, 17:7, 17:9, 19:4, 19:6, 19:20, 20:13, 20:17, 20:25, 21:3, 21:5, 21:9, 24:13, 24:24, 26:3, 26:17, 26:20, 26:24, 27:9, 27:11, 27:13, 27:15, 27:17, 27:20, 27:22, 27:24, 28:13, 28:19, 28:22, 28:25, 29:2, 29:7, 29:10, 29:13, 29:15, 29:17, 29:21, 29:23, 30:1, 30:3, 30:6, 30:12, 30:16, 30:18, 30:22, 31:1, 31:5, 31:7, 31:10, 31:14, 32:3, 32:6, 32:12, 32:18, 32:21, 32:25, 33:4, 33:12, 33:15, 33:20, 33:22, 34:5, 34:7, 34:11, 34:13, 34:16, 34:20, 34:22, 35:2, 35:7, 35:10, 35:12, 35:19, 35:21, 36:1, 36:5, 36:23, 36:25, 37:5, 37:12, 37:15, 37:21, 37:24, 38:1, 38:3, 39:3, 39:7, 39:9, 40:15, 40:21, 40:25, 41:2, 41:8, 41:13, 41:16, 41:19, 41:21, 41:24, 42:4, 42:6, 42:8, 42:13, 42:18, 42:23,

42:25, 43:3, 43:8, 43:14, 43:18, 43:21, 43:23, 44:1, 44:6, 44:8, 44:10, 44:14, 44:17, 44:20, 44:24, 45:17, 45:19, 45:23, 46:5, 46:9, 46:20, 46:25, 47:3, 47:17, 47:19, 47:22, 47:24, 48:4, 48:6, 48:12, 48:14, 48:18, 48:22, 49:1, 49:5, 49:14, 49:19, 49:25, 50:3, 50:7, 50:13, 50:18, 50:24, 51:4, 51:7, 51:11, 51:14, 51:17, 51:21, 51:24, 52:3, 52:7, 52:12, 52:17, 52:21, 52:24, 53:2, 53:4, 53:7, 53:10, 53:14, 53:20, 53:24, 54:2, 54:6, 54:10, 54:14, 54:18, 54:22, 54:25, 55:3, 55:8, 55:10, 55:12, 55:15, 55:18, 55:21, 55:23, 55:25, 56:2, 56:4, 56:7, 56:10, 56:12, 56:14, 56:17, 56:20, 57:1, 57:5, 57:7, 57:9, 57:11, 57:13, 57:15, 57:17, 57:19, 58:6, 58:8, 58:12, 58:14, 58:16, 58:18, 58:20, 58:22, 58:24, 59:1, 59:3, 59:5, 59:7, 59:9, 59:11, 59:13, 59:15, 59:21, 60:2, 60:6, 60:8, 60:11, 60:16, 60:18, 60:21, 60:24, 61:1, 61:12, 61:15, 61:17, 61:20, 61:23, 61:25, 62:2, 62:4, 62:8, 62:13, 62:15, 62:17, 62:19, 62:22, 63:1, 63:3, 63:5, 63:8, 63:10, 63:15, 63:17, 64:2, 64:5, 68:3, 68:8, 77:12, 77:15, 77:19, 77:25, 80:11, 80:13, 80:16, 111:9, 111:23, 112:6, 112:9, 112:21, 112:25, 115:16, 115:18, 117:2, 117:11, 118:23, 119:13, 119:16, 129:10, 133:5, 134:2, 134:22, 134:25, 135:22,

137:22, 137:23, 139:1, 139:2, 139:4, 139:5, 139:7, 140:1, 150:24, 151:25, 152:2, 154:2, 154:14, 154:16, 157:3, 157:4, 161:13, 164:9, 164:24, 165:15, 167:3, 167:4, 167:13, 168:5, 168:9, 168:11, 168:12, 168:13, 168:15, 168:16, 168:17, 168:18, 168:21, 168:23, 168:24, 168:25, 169:4, 169:5, 169:7, 169:8, 169:10, 169:12, 169:15, 169:16, 169:19, 169:21, 169:22, 170:3, 170:23, 171:15, 171:18, 171:20, 171:25, 172:14, 172:18, 172:23, 173:1, 173:2, 173:8, 173:11, 173:15, 173:17, 173:20, 173:23, 174:23, 176:5, 176:7, 176:9, 176:10, 176:13, 176:25, 177:4, 177:9, 177:19, 178:2, 178:4, 178:13, 178:17, 178:20, 179:2, 179:3, 179:6, 181:2, 181:10, 182:13, 183:11, 184:16, 185:19, 187:3, 187:17, 187:19, 187:21, 187:23, 189:6, 189:11, 189:15, 189:21, 190:2
**Theater** [1] - 53:22
**themselves** [5] - 24:14, 26:8, 26:10, 75:2, 75:7
**theoretically** [2] - 128:6, 177:19
**theory** [2] - 88:14, 94:2
**there'd** [1] - 80:4
**thereafter** [1] - 137:12
**therefore** [2] - 66:6, 74:5
**they've** [8] - 16:8,

19:14, 20:12, 43:6, 71:3, 94:2, 97:14, 143:13

**thinking** [1] - 162:8

**third** [4] - 66:14, 67:2, 100:20, 120:25

**thousand** [2] - 89:1

**thousands** [4] - 87:3, 172:24, 186:10

**three** [36] - 42:19, 49:16, 66:1, 70:6, 73:25, 81:21, 82:8, 89:2, 91:20, 92:4, 93:5, 94:1, 94:19, 94:24, 95:6, 100:16, 102:14, 103:5, 103:9, 104:7, 104:10, 109:18, 115:6, 120:9, 120:10, 120:11, 120:15, 120:24, 121:19, 121:24, 122:8, 124:3, 132:21, 136:4, 149:11, 152:22

**Three** [1] - 77:8

**three-knot** [1] - 132:21

**three-mission** [1] - 121:24

**three-sevenths** [1] - 121:19

**threw** [3] - 73:10, 74:11, 75:4

**throughout** [3] - 98:17, 116:13, 118:8

**throw** [4] - 71:3, 71:10, 71:15, 72:17

**throwing** [12] - 71:4, 93:2, 93:5, 93:8, 93:14, 93:22, 105:10, 106:15, 109:8, 110:12, 110:15, 140:11

**thrown** [4] - 130:8, 140:12, 140:25, 141:1

**thumb** [1] - 132:15

**Thursday** [1] - 19:12

**ticket** [5] - 41:11, 41:15, 41:17, 41:20, 41:21

**ticketed** [1] - 42:16

**tidbits** [2] - 127:21, 139:17

**Tim** [2] - 29:18, 52:18

**timely** [1] - 20:15

**timestamp** [22] - 140:6, 140:9, 146:7, 147:21, 148:23, 149:3, 149:8,

149:22, 150:8, 152:22, 153:11, 156:15, 157:6, 157:20, 158:11, 158:16, 158:17, 159:21, 159:25, 160:4, 161:4, 161:20

**timing** [1] - 42:5

**Timothy** [3] - 30:7, 34:23, 61:4

**tin** [1] - 68:23

**tin-looking** [1] - 68:23

**tiny** [1] - 88:16

**Title** [1] - 24:3

**today** [16] - 18:8, 23:21, 25:4, 26:6, 68:16, 68:18, 76:15, 78:5, 78:15, 91:1, 91:11, 95:2, 100:25, 112:3, 178:7, 178:11

**Todd** [1] - 54:15

**together** [13] - 45:16, 49:17, 68:18, 78:23, 81:16, 81:25, 82:3, 86:22, 100:7, 108:5, 124:20, 125:5, 170:8

**toggling** [1] - 147:13

**tomorrow** [12] - 44:16, 111:25, 112:4, 163:25, 167:15, 167:25, 169:19, 177:25, 178:15, 189:22, 190:1, 190:2

**tomorrow's** [2] - 112:1, 164:1

**took** [8] - 19:15, 53:17, 72:12, 72:13, 74:24, 124:13, 154:16, 165:10

**top** [9] - 119:23, 131:12, 131:19, 131:20, 146:2, 146:7, 147:22, 149:3, 159:6

**tops** [3] - 94:1, 95:6, 97:4

**total** [2] - 147:5, 153:24

**totally** [1] - 168:18

**touched** [2] - 75:12, 75:13

**touching** [3] - 24:9, 66:24, 167:24

**Tours** [1] - 50:2

**toward** [2] - 159:6, 166:1

**towards** [7] - 103:23,

124:24, 128:17, 143:14, 145:22, 148:7, 151:18

**towed** [1] - 33:18

**towing** [2] - 33:17, 48:16

**town** [17] - 40:24, 41:3, 41:9, 43:7, 43:12, 49:17, 53:9, 81:8, 81:9, 88:8, 91:9, 100:13, 100:21, 101:1, 101:2, 102:9

**tracer** [1] - 16:18

**traces** [1] - 83:24

**track** [6] - 23:8, 114:2, 120:2, 125:10, 132:5, 132:7

**tracked** [1] - 165:25

**tracking** [8] - 121:8, 128:5, 129:22, 132:13, 142:8, 142:22, 145:12

**trade** [1] - 94:11

**traffic** [1] - 167:19

**trafficked** [1] - 68:15

**traffickers** [1] - 69:5

**trafficking** [6] - 69:4, 84:7, 110:24, 188:9, 189:1, 189:3

**train** [1] - 114:4

**trained** [4] - 71:18, 114:4, 155:6, 155:8

**trainer** [1] - 53:23

**training** [4] - 114:1, 114:9, 129:12, 168:10

**transcript** [1] - 177:22

**transcription** [1] - 190:9

**transfer** [1] - 103:19

**transferred** [2] - 83:11, 83:15

**transition** [1] - 169:17

**transitioning** [1] - 114:8

**transport** [1] - 102:23

**transported** [1] - 103:5

**travel** [6] - 42:9, 43:5, 43:8, 80:21, 123:9, 124:19

**traveling** [8] - 69:24, 126:15, 127:22, 143:15, 146:12, 148:10, 149:10, 153:16

**treat** [3] - 65:5, 111:2, 111:13

**treated** [1] - 110:19

Trevor [4] - 37:8, 51:12, 58:1, 59:16

**TRIAL** [1] - 1:13

**trial** [29] - 15:13, 16:10, 17:5, 17:16, 17:17, 18:8, 19:20, 21:19, 21:21, 22:6, 22:8, 29:12, 30:11, 37:10, 38:10, 46:16, 64:7, 64:14, 66:19, 67:7, 78:12, 78:14, 82:16, 85:12, 85:13, 86:16, 99:11, 99:17, 111:18

**trials** [2] - 111:17

**tried** [2] - 28:17, 109:2

**tries** [1] - 91:18

**trip** [4] - 41:2, 41:9, 109:6, 109:7

**troubling** [1] - 39:2

**true** [2] - 63:24, 102:6

**truly** [2] - 24:8, 63:24

**truncate** [1] - 143:12

**truncated** [1] - 163:8

**trust** [2] - 96:12, 186:13

**truth** [8] - 112:19, 154:14, 164:8, 178:25

**try** [18] - 12:2, 18:4, 23:20, 63:24, 66:25, 68:18, 68:19, 78:16, 96:15, 109:22, 123:5, 123:24, 126:10, 150:4, 158:25, 167:18, 167:20, 173:8

**trying** [15] - 18:1, 42:8, 45:9, 51:19, 69:21, 110:2, 123:10, 127:11, 127:12, 130:17, 141:3, 145:24, 150:12, 151:17, 161:25

**TSA** [1] - 75:11

**turn** [9] - 9:5, 9:6, 93:19, 121:1, 127:23, 127:25, 133:2, 154:18, 163:18

**turn-around** [1] - 163:18

**turned** [16] - 7:25, 8:1, 128:2, 138:9, 142:4, 171:21, 172:11, 173:12, 174:10, 174:14, 174:18, 174:23, 175:24, 177:10, 178:8

**TV** [1] - 102:19

**twice** [1] - 103:16

**two** [48] - 19:15, 43:24, 50:22, 54:7, 61:21, 65:13, 68:24, 72:24, 73:3, 88:17, 89:5, 92:4, 94:18, 100:11, 100:15, 101:13, 103:15, 106:6, 108:6, 110:14, 110:24, 110:25, 112:4, 114:2, 117:23, 120:14, 120:24, 121:2, 122:6, 124:2, 124:13, 124:16, 124:22, 125:5, 126:2, 126:3, 129:19, 132:21, 138:13, 142:25, 143:11, 147:21, 155:18, 157:23, 162:17, 163:10, 169:16

**two-week** [1] - 43:24

**type** [7] - 85:23, 114:6, 128:10, 152:20, 180:4, 182:20, 186:10

**types** [2] - 69:17, 108:10

**typically** [2] - 129:6, 136:14

---

# U

**U.S** [13] - 71:1, 71:25, 72:1, 72:6, 82:20, 83:6, 83:11, 99:24, 104:21, 119:20, 119:25, 167:7, 188:11

**ultimately** [3] - 74:12, 74:15, 76:7

**unable** [1] - 31:18

**uncle** [7] - 91:14, 91:16, 91:25, 101:2, 101:10, 101:13, 101:20

**uncomfortable** [1] - 147:3

**under** [6] - 8:1, 22:17, 65:2, 80:6, 140:12, 170:22

**underlying** [1] - 9:11

**underneath** [2] - 138:14, 144:2

**underscore** [1] - 38:8

**understood** [2] - 94:8, 189:9

**undisturbed** [4] -

160:25, 161:1,
166:14, 166:15
**unemployed** [3] -
47:8, 48:9, 48:21
**unexplained** [1] - 87:1
**unfortunately** [2] -
10:18, 72:20
**unit** [2] - 36:16, 186:6
**United** [45] - 1:21, 6:6,
6:9, 6:11, 21:12,
23:22, 23:24, 24:3,
24:18, 53:18, 68:21,
69:2, 69:6, 69:8,
69:11, 69:13, 69:16,
69:21, 70:16, 71:20,
71:22, 72:4, 72:23,
79:22, 80:18, 83:14,
86:17, 103:1,
104:22, 107:25,
108:20, 108:21,
109:2, 109:5,
109:23, 109:24,
110:3, 110:20,
112:13, 113:10,
169:25, 179:20,
189:15, 190:14
**UNITED** [3] - 1:1, 1:4,
1:15
**united** [1] - 2:17
**universal** [1] - 180:7
**unless** [1] - 91:1
**unlike** [2] - 98:6,
107:24
**unquote** [1] - 170:10
**up** [76] - 7:16, 7:17,
14:14, 17:21, 21:21,
23:12, 26:7, 27:5,
30:15, 31:24, 38:22,
46:14, 47:24, 50:21,
51:19, 65:21, 69:16,
71:2, 71:19, 73:15,
82:25, 84:5, 85:1,
85:5, 86:14, 89:2,
89:25, 90:10, 90:23,
91:12, 91:20, 98:22,
99:12, 99:21, 99:22,
100:4, 100:12,
102:25, 103:10,
107:3, 109:3, 109:8,
109:13, 118:5,
123:15, 123:22,
125:8, 125:15,
126:2, 126:3, 126:4,
126:22, 127:2,
127:18, 130:10,
135:14, 135:25,
138:5, 138:9,
138:20, 144:14,
149:12, 150:4,
151:13, 151:16,

151:17, 155:4,
159:6, 159:20,
162:18, 166:1,
166:6, 166:7,
167:22, 175:11,
183:7
**up..** [1] - 119:18
**update** [1] - 147:10
**updates** [1] - 135:19
**upload** [2] - 163:14,
163:16
**uploaded** [1] - 166:19
**upper** [1] - 152:12
**urinating** [1] - 109:8
**usable** [1] - 167:9
**useful** [2] - 20:7,
163:22
**user** [2] - 180:9, 182:6
**user-friendly** [2] -
180:9, 182:6
**uses** [1] - 123:17
**usual** [1] - 46:3
**utilizing** [1] - 7:5

# V

**vague** [1] - 85:19
**Valecillo** [1] - 25:24
**VALECILLO** [4] - 1:10,
2:10, 3:22, 99:19
**Valecillo-Ortiz** [1] -
25:24
**VALECILLO-ORTIZ**
[4] - 1:10, 2:10, 3:22,
99:19
**value** [2] - 68:20,
94:12
**values** [1] - 114:13
**Vandenbrook** [3] -
28:15, 50:8, 57:22
**variety** [1] - 114:20
**various** [1] - 50:5
**vast** [1] - 87:3
**Vazquez** [4] - 3:23,
4:7, 4:10, 109:6
**VAZQUEZ** [91] - 2:10,
7:7, 7:15, 7:19, 7:23,
8:24, 10:13, 10:16,
10:23, 11:2, 12:7,
12:9, 12:12, 13:2,
13:8, 13:19, 14:4,
14:8, 15:12, 15:16,
15:25, 16:3, 16:5,
16:7, 17:4, 17:8,
18:22, 19:7, 25:21,
45:15, 45:18, 55:7,
56:5, 56:18, 59:25,
61:18, 61:21, 77:17,
77:20, 77:22, 99:20,
112:1, 116:25,

117:3, 117:8,
119:12, 129:9,
133:25, 134:3,
134:5, 134:18,
137:20, 139:21,
140:3, 154:1, 164:6,
164:21, 167:1,
171:23, 172:2,
172:8, 173:5,
173:18, 173:21,
173:24, 174:1,
174:13, 174:16,
174:20, 174:24,
175:10, 175:18,
176:14, 177:13,
177:17, 177:21,
178:3, 181:4,
181:11, 182:12,
182:14, 183:10,
183:12, 184:11,
184:17, 185:21,
187:1, 187:4,
187:22, 189:7, 190:1
**verbatim** [1] - 81:8
**verdict** [22] - 29:7,
29:15, 30:1, 30:21,
30:25, 31:4, 31:8,
31:13, 31:18, 39:12,
45:4, 56:22, 63:24,
64:15, 66:12, 66:22,
67:22, 77:11, 99:14,
107:6, 111:21
**verdicts** [2] - 77:3,
84:19
**versus** [2] - 6:6,
179:21
**vessel** [68] - 7:25,
23:23, 73:19, 73:20,
74:9, 74:11, 83:1,
86:23, 86:24, 87:12,
98:19, 99:9, 118:5,
122:17, 122:22,
123:1, 124:2, 124:3,
125:1, 125:2, 126:4,
126:6, 126:14,
126:15, 127:7,
127:9, 128:5, 128:9,
128:10, 128:11,
128:16, 140:20,
141:12, 144:20,
144:23, 145:13,
146:18, 148:1,
148:9, 149:25,
150:1, 151:8,
151:22, 152:19,
152:20, 153:5,
154:17, 154:18,
154:22, 154:23,
155:1, 156:6,
156:19, 156:21,

157:13, 157:24,
160:15, 163:1,
165:12, 165:20,
165:23, 174:8,
174:15, 174:21,
188:14, 188:16,
188:17, 188:20
**vessel's** [2] - 141:10,
156:18
**vessels** [29] - 87:5,
87:11, 123:2,
124:15, 125:5,
128:6, 128:7,
129:24, 145:14,
170:5, 170:13,
171:8, 174:4,
175:14, 175:16,
175:20, 175:23,
176:3, 176:6, 176:8,
176:23, 177:3,
177:6, 177:11,
177:15, 177:20,
178:1, 178:5, 188:11
**veteran** [1] - 50:12
**via** [1] - 9:21
**Viamontes** [7] - 4:6,
4:7, 4:10, 4:11, 6:10,
24:19, 174:5
**VIAMONTES** [101] -
1:20, 6:10, 8:10,
9:16, 9:20, 11:3,
11:12, 11:14, 12:1,
12:4, 12:14, 12:18,
13:3, 13:20, 13:24,
14:9, 15:3, 15:7,
15:19, 19:5, 19:23,
24:20, 30:4, 46:22,
58:4, 112:12, 113:5,
115:15, 115:17,
115:20, 117:5,
117:12, 117:15,
118:13, 118:15,
118:22, 118:24,
119:10, 119:15,
119:17, 129:11,
133:4, 133:6,
133:23, 134:23,
135:1, 135:4,
135:20, 135:24,
137:25, 138:10,
139:6, 139:10,
139:20, 140:8,
142:14, 142:15,
143:10, 150:22,
151:2, 152:3, 152:5,
152:15, 152:18,
153:4, 154:3,
154:19, 157:5,
161:14, 164:10,
164:25, 165:14,

165:16, 166:16,
166:18, 167:12,
168:8, 169:24,
170:24, 171:6,
171:22, 172:13,
172:20, 172:22,
172:25, 173:3,
173:6, 173:10,
173:19, 173:25,
178:18, 178:21,
179:12, 181:1,
184:9, 184:13,
185:17, 187:5,
187:7, 187:16,
187:20
**vicinity** [4] - 140:18,
140:20, 142:2,
162:19
**victim** [2] - 36:10,
36:11
**video** [83] - 69:15,
70:25, 71:12, 85:25,
87:1, 89:15, 90:9,
92:21, 92:24, 92:25,
93:4, 93:9, 93:11,
93:15, 93:21, 93:24,
94:1, 95:13, 95:15,
97:4, 97:5, 99:7,
105:7, 105:8,
105:15, 105:17,
105:18, 110:12,
127:23, 132:13,
133:12, 133:13,
133:19, 134:10,
134:14, 139:22,
139:23, 139:25,
140:4, 140:10,
140:23, 142:25,
143:12, 143:18,
144:19, 146:2,
146:8, 147:13,
147:22, 149:3,
149:9, 149:14,
149:17, 149:19,
150:8, 153:12,
153:18, 153:24,
155:15, 156:17,
157:22, 158:5,
158:13, 158:19,
159:5, 161:17,
161:20, 161:23,
162:25, 163:6,
163:9, 163:10,
163:14, 163:16,
166:19, 166:22,
171:4, 172:18,
175:2, 175:5
**video-recorded** [1] -
93:15
**videos** [4] - 81:2,

106:23, 110:13, 170:16

**videotape** [6] - 85:16, 85:18, 127:20, 127:21, 139:15, 164:5

**Videotape** [3] - 140:7, 143:9, 153:3

**view** [4] - 70:24, 99:11, 127:2, 182:7

**village** [1] - 91:8

**VILLEZ** [4] - 1:9, 2:8, 3:20, 97:16

**Villez** [3] - 7:4, 25:20, 97:18

**VILLEZ-PICO** [4] - 1:9, 2:8, 3:20, 97:16

**Villez-Pico** [3] - 7:4, 25:20, 97:18

**violation** [1] - 24:3

**virtue** [1] - 38:16

**visual** [1] - 72:14

**vital** [2] - 127:18, 170:10

**voice** [1] - 33:6

**VOIR** [2] - 3:3, 134:4

**Voir** [1] - 4:7

**voir** [4] - 16:13, 18:25, 134:1, 182:15

**voluminous** [1] - 20:1

**volunteer** [1] - 37:3

**volunteering** [1] - 47:15

**vs** [1] - 1:6

**W**

**wait** [3] - 87:18, 99:11, 109:12

**waiting** [1] - 17:24

**wake** [4] - 145:5, 146:25, 151:9, 157:23

**Walker** [4] - 34:17, 52:13, 59:23, 61:3

**wall** [2] - 108:24

**wants** [4] - 16:9, 17:4, 17:5, 74:10

**war** [1] - 114:5

**warfare** [2] - 113:13, 121:24

**warmer** [1] - 136:9

**Washington** [1] - 34:25

**Wasser** [2] - 48:5, 48:6

**waste** [1] - 97:24

**watch** [4] - 132:12, 139:15, 163:9, 167:24

**watched** [1] - 102:18

**watching** [4] - 70:6, 70:8, 167:6

**water** [26] - 76:6, 77:14, 80:22, 81:3, 81:17, 81:25, 83:4, 92:12, 97:2, 104:1, 121:12, 121:16, 121:20, 123:6, 130:9, 136:8, 137:17, 140:12, 140:13, 147:2, 155:4, 157:12, 157:25, 161:21, 161:22

**water's** [1] - 136:8

**waters** [3] - 73:6, 73:24, 76:23

**wave** [1] - 147:1

**waves** [1] - 88:18

**ways** [2] - 131:16, 131:18

**weapons** [2] - 105:21, 106:4

**Weapons** [1] - 113:20

**wearing** [1] - 86:3

**weather** [2] - 121:21, 121:22

**wedding** [3] - 40:23, 42:12, 42:14

**Wednesday** [3] - 40:23, 41:22, 41:23

**week** [4] - 22:6, 43:24, 120:14, 180:14

**weekend** [1] - 111:4

**weeks** [1] - 103:15

**weight** [8] - 92:17, 92:19, 94:5, 94:11, 94:14, 94:17, 95:25

**welcoming** [1] - 21:11

**well-known** [1] - 69:5

**West** [20] - 1:4, 28:23, 30:24, 34:25, 44:5, 46:17, 50:23, 51:6, 51:23, 52:9, 53:1, 53:22, 69:13, 76:10, 83:16, 90:3, 124:9, 131:3, 147:9, 154:20

**west** [1] - 124:12

**Western** [1] - 117:20

**Whalers** [1] - 101:5

**wheel** [1] - 155:25

**whereabouts** [1] - 116:8

**Whisman** [6] - 40:16, 40:21, 51:25, 59:18, 60:1, 61:1

**Whisman's** [1] - 60:4

**white** [4] - 136:11, 137:1, 151:8, 151:9

**Whites** [1] - 101:5

**whole** [7] - 35:9, 72:13, 91:12, 112:19, 166:3, 172:4, 178:25

**wide** [6] - 122:9, 136:21, 136:22, 137:3, 150:12, 153:1

**wide-angle** [3] - 136:22, 150:12, 153:1

**widowed** [1] - 49:4

**wife** [17] - 49:12, 49:13, 49:23, 50:2, 50:4, 51:1, 51:2, 52:5, 52:10, 52:20, 53:2, 53:5, 53:23, 53:25, 101:11, 101:24, 108:13

**Wightman** [6] - 30:8, 37:17, 40:22, 40:25, 53:8, 61:7

**Wiley** [3] - 40:9, 50:19, 58:6

**willfully** [2] - 23:24

**willing** [1] - 154:11

**Wilson** [1] - 185:11

**wind** [1] - 138:3

**window** [3] - 23:4, 135:15, 142:3

**windows** [1] - 125:17

**wings** [2] - 119:23, 119:24

**wise** [3] - 89:13, 165:6, 165:7

**wish** [1] - 67:17

**withheld** [1] - 37:23

**WITNESS** [33] - 112:21, 112:25, 134:25, 137:23, 139:2, 139:5, 139:7, 152:2, 154:16, 157:4, 167:4, 168:9, 168:11, 168:13, 168:16, 168:18, 168:23, 168:25, 169:5, 169:8, 169:12, 169:16, 169:21, 172:14, 172:18, 172:23, 173:1, 173:20, 176:7, 176:10, 177:19, 179:2, 179:6

**witness** [26] - 11:4, 36:10, 36:11, 36:20, 36:21, 49:11, 78:19, 96:17, 96:19, 105:3, 112:11, 112:16, 115:17, 117:6, 117:10, 150:23,

152:17, 168:6, 168:7, 169:23, 170:1, 170:4, 170:20, 171:21, 177:14

**Witness** [10] - 87:19, 87:20, 87:21, 115:19, 118:14, 150:25, 168:4, 178:18, 187:18

**witness's** [3] - 65:23, 171:16, 171:18

**witnesses** [18] - 22:7, 31:19, 32:7, 64:17, 65:21, 65:22, 65:24, 67:14, 67:17, 68:3, 68:5, 75:24, 77:10, 78:13, 96:4, 96:7, 111:24, 112:3

**WITNESSES** [1] - 4:4

**woman** [1] - 52:6

**women** [2] - 103:13, 109:9

**Women's** [1] - 55:2

**wood** [1] - 100:17

**Woodward** [4] - 33:25, 50:25, 57:25

**word** [2] - 69:20, 84:14

**words** [2] - 66:18, 184:5

**worker** [1] - 51:9

**works** [4] - 49:23, 72:2, 143:21, 186:5

**workstation** [2] - 180:6, 182:3

**world** [4] - 52:6, 115:12, 143:5, 167:5

**worry** [1] - 47:12

**worse** [1] - 108:3

**worth** [4] - 89:1, 94:12, 106:7, 166:22

**wrapped** [1] - 71:6

**write** [4] - 101:1, 162:25, 172:7, 172:23

**writing** [1] - 185:7

**written** [1] - 119:22

**Wylie** [1] - 57:25

**Y**

**Yankee** [1] - 50:6

**year** [4] - 29:6, 32:5, 68:17, 69:10

**years** [33] - 29:14, 29:22, 30:9, 30:21, 30:25, 31:12, 32:16, 33:11, 33:19, 34:4, 34:10, 34:24, 49:7,

49:16, 50:21, 51:9, 52:5, 53:16, 54:16, 54:21, 100:12, 100:19, 101:21, 102:2, 108:5, 108:7, 113:15, 114:2, 148:13, 168:19, 169:3, 169:16, 176:2

**York** [1] - 33:10

**young** [1] - 23:3

**yourself** [5] - 23:14, 23:19, 36:8, 47:7, 113:8

**yourselves** [3] - 75:4, 75:21, 94:10

**Z**

**zoom** [3] - 126:6, 136:22, 137:8

**Zulu** [12] - 143:2, 143:4, 143:7, 146:2, 146:3, 146:8, 146:9, 147:22, 147:23, 149:3, 149:5, 159:5