```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2
                    CASE NO. 4:16-CR-10042-KMM
 3


 4
     UNITED STATES OF AMERICA          Key West, Florida
 5
                                       July 11, 2017
 6        vs.                          Tuesday


 7
     GABRIEL GARCIA-SOLAR,             Scheduled for 8:30 a.m.
 8   ALONSO BARRERA-MONTES,           8:28 a.m. to 5:27 p.m.
     MOISES AGUILAR-ORDONEZ,
 9   JOSE CANDELARIO PEREZ-CRUZ,
     JOSE FERNANDO VILLEZ-PICO,
10   MARTIN VALECILLO-ORTIZ, AND
     JOSE MARTIN LUCAS-FRANCO          Pages 1 - 393
11

12   ------------------------------------------------------------

13
                      JURY TRIAL - DAY 2 of 5
14

15             BEFORE THE HONORABLE K. MICHAEL MOORE
                UNITED STATES CHIEF DISTRICT JUDGE
16


17

18   APPEARANCES:

19

20   FOR THE GOVERNMENT:          JODI ANTON, AUSA
                                  FRANCIS VIAMONTES, AUSA
21
                                  United States Attorney's Office
22                                500 East Broward Boulevard
                                  Suite 700
23                                Fort Lauderdale, Florida  33394

24

25
```

```
 1   APPEARANCES (CONTINUED):

 2
     FOR GABRIEL GARCIA-SOLAR:     STEWART GLENN ABRAMS, AFPD
 3

 4   FOR ALONSO BARRERA-MONTES:    JOSE RAFAEL RODRIGUEZ, ESQ.

 5
     FOR MOISES AGUILAR-ORDONEZ:   JOSEPH ABRAHAM CHAMBROT, ESQ.
 6

 7   FOR JOSE CANDELARIO PEREZ-CRUZ:   JUAN DIEGO BERRIO, ESQ.

 8
     FOR JOSE FERNANDO VILLEZ-PICO:    ORLANDO DO CAMPO, ESQ.
 9

10   FOR MARTIN VALECILLO-ORTIZ:       SILVIA PINERA-VAZQUEZ, ESQ.

11
     FOR JOSE MARTIN LUCAS-FRANCO:      ISRAEL JOSE ENCINOSA, ESQ.
12

13

14

15
     STENOGRAPHICALLY
16   REPORTED BY:            GLENDA M. POWERS, RPR, CRR, FPR
                             Official Court Reporter
17                           United States District Court
                             400 North Miami Avenue, Room 08S33
18                           Miami, Florida 33128

19

20

21

22

23

24

25
```

```
 1                           I N D E X
                                                     PAGE
 2

 3                       GOVERNMENT'S EVIDENCE

 4   WITNESSES                                       PAGE

 5

     COMMANDER JAMES IMLAH
 6
         Cross-Examination by Ms. Pinera-Vazquez         5
 7       Cross-Examination by Mr. Abrams                93
         Cross-Examination by Mr. Rodriguez            105
 8       Cross-Examination by Mr. Chambrot             115
         Cross-Examination by Mr. Berrio               117
 9       Cross-Examination by Mr. do Campo             124
         Cross-Examination by Mr. Encinosa             125
10       Redirect Examination by Ms. Viamontes         127

11   PETTY OFFICER COBY BAIDENMANN

12       Direct Examination by Ms. Anton               142
         Cross-Examination by Mr. Abrams               166
13       Cross-Examination by Mr. Rodriguez            172
         Cross-Examination by Mr. Chambrot             176
14       Cross-Examination by Mr. Berrio               180
         Cross-Examination by Mr. do Campo             184
15       Cross-Examination by Ms. Pinera-Vazquez       190
         Cross-Examination by Mr. Encinosa             196
16       Redirect Examination by Ms. Anton             199

17

     OFFICER KYLE HADLEY
18
         Direct Examination by Ms. Viamontes           207
19       Cross-Examination by Mr. Abrams               258
         Cross-Examination by Mr. Rodriguez            276
20       Cross-Examination by Mr. Chambrot             283
         Cross-Examination by Mr. Berrio               290
21       Cross-Examination by Mr. do Campo             300
         Cross-Examination by Ms. Pinera-Vazquez       307
22       Cross-Examination by Mr. Encinosa             323
         Redirect Examination by Ms. Viamontes         336
23

24

25
```

```
 1                          E X H I B I T S

 2

 3     GOVERNMENT'S EXHIBIT                              ADMITTED

 4
       Exhibit 26                                          122
 5
       Exhibit 10                                          209
 6
       Exhibit 7                                           213
 7
       Exhibit 6                                           220
 8
       Exhibit 28                                          222
 9
       Exhibit 29                                          222
10
       Exhibit 30                                          222
11
       Exhibit 18                                          235
12
       Exhibit 25                                          235
13
       Exhibit 9                                           256
14
       Exhibit 11                                          256
15

16     DEFENDANT'S LUCAS FRANCO

17     Exhibit 1                                           330

18     Exhibit 2                                           330

19
       Defense 1                                           315
20
       Defense 2                                           315
21
       Defense 3                                           315
22

23

24

25
```

1                    (Continued from Day 1 of 5.)

2                    (Defendants aided by Court-Certified Spanish

3      Interpreters.)

4                    COURT SECURITY OFFICER:  All rise.

5                    (Jury entered courtroom at 8:28 a.m.)

6                    THE COURT:  Good morning, ladies and gentlemen.

7                    Please be seated.  All right.

8                    Are we all here?  Are we missing anybody?  No.  We can

9      get started.

10                   Let's see.  Where's our witness?

11                   (Witness resumes stand.)

12                   THE COURT:  You're still under oath.

13                   Who goes first?

14                (COMMANDER JAMES IMLAH, continued testifying as follows:)

15                              CROSS-EXAMINATION

16     BY MS. PINERA-VAZQUEZ:

17     Q.  Good morning.

18     A.  Good morning.

19     Q.  Commander Imlah, you and I have never met before; right?

20     A.  We have not.

21     Q.  Yesterday was the first time?

22     A.  Correct.

23     Q.  So I've never had an opportunity to sit down with you and

24     discuss what you're going to testify here to today; right?

25     A.  We have not talked about that.  No.

1   Q.   But you've talked to the Government about your testimony;

2   right?

3   A.   I have.

4   Q.   Several times?

5   A.   Sure.  Yes.

6   Q.   About how many times?

7   A.   Two.

8   Q.   Two times.

9        Now, I want to go over a couple things that you said

10  yesterday that I want to understand a little better.

11  A.   Uh-huh.

12  Q.   First of all, let's talk about your pilot career.

13  A.   Okay.

14  Q.   How long have you been a pilot?

15  A.   I've been a pilot for 17 years.

16  Q.   And you mentioned that you were a tactical pilot.  Is that

17  different than a regular pilot?

18  A.   Yeah.  I mean, we have training pilots, but -- and then we

19  have the pilots that do the job of going out on station and

20  doing the missions.

21  Q.   And those are the tactical pilots?

22  A.   Correct.

23  Q.   And how long have been a tactical pilot?

24  A.   I was a -- from the get-go, our first two years was

25  training.  And then, after that, I've been doing tactical

1    flights.

2        And then the weapons tactic instructor piece that I talked

3    about, that highest level of qualification we have for

4    instructors, I received that in 2005.

5    Q.   And has all your training been with the U.S. Navy?

6    A.   It has.

7    Q.   And how long have you been flying the P-3 Orion?

8    A.   Fifteen years.

9    Q.   Fifteen years.

10       How many hours, more or less?

11   A.   Total hours, I have 1800.  In the P-3, probably 1500 of

12   those.

13   Q.   And correct me if I'm wrong.

14       When you're a pilot, you have to have training on the

15   specific airplane that you're going to be flying.  You have to

16   have a certain amount of hours; is that correct?

17   A.   In the Navy, it's not like a requirement for a number of

18   hours per aircraft.  You gain your qualification -- you always

19   start as the third pilot, the least experienced, and you have

20   other pilots onboard that are more experienced.  And as time

21   goes on, you become the more experienced pilot.

22   Q.   Okay.  So let's talk a little bit about the P-3 Orion.

23            MS. PINERA-VAZQUEZ:  Do you have a picture?

24            MS. VIAMONTES:  I do.  It's up there.

25            MS. PINERA-VAZQUEZ:  So -- did you admit this into

```
 1   evidence?

 2             MS. VIAMONTES:  I did.

 3             MS. PINERA-VAZQUEZ:  We don't have an Elmo; do we?

 4             MS. VIAMONTES:  Right there.  (Pointing.)

 5             MS. PINERA-VAZQUEZ:  Can someone -- how do you operate

 6   that?  All right.  Okay.

 7             (Discussion held off the record.)

 8   BY MS. PINERA-VAZQUEZ:

 9   Q.  So that's the P-3 Orion.

10        What year is that plane?  Do you know?

11   A.  Most of them -- most of the P-3s were made between '60 and

12   '80, 1960 and 1980.

13   Q.  Okay.

14   A.  This specifically I do not know.

15   Q.  And four engines?

16   A.  Correct.

17   Q.  No weapons on, I believe you said?

18   A.  That day, no weapons.  We can carry weapons, but we didn't

19   have any weapons onboard that day.

20   Q.  What kind of weapons can it carry?

21   A.  Four or five missiles.

22             MS. VIAMONTES:  Objection.  Relevance.

23             THE COURT:  Overruled.

24             THE WITNESS:  Four or five missiles, torpedos.

25   BY MS. PINERA-VAZQUEZ:
```

1    Q.   I'm sorry.  How many missiles?

2    A.   Four or five missiles.  I mean, there's many different

3    types and many different quantities that we can carry.

4    Q.   And torpedos?

5    A.   Torpedos.

6    Q.   Does it have any machine guns on the outside or anything

7    like that?

8    A.   It does not.

9    Q.   Now, that P-3 Orion is used for -- I think you testified

10   yesterday, basically, threefold purpose?

11   A.   Yeah.

12   Q.   That's the anti-submarine warfare?

13   A.   Correct.

14   Q.   What does that exactly mean?

15   A.   That means we track, hunt down and, if necessary, kill

16   stuff.

17   Q.   With armed torpedos or missiles?

18   A.   Right.  Torpedos.

19   Q.   And it's also used for surface surveillance?

20   A.   Correct.

21   Q.   That means that you're able to go -- I believe you said

22   over foreign countries and gather intelligence; is that right?

23   A.   Surface surveillance really talks about -- we get into high

24   seas, going out over the oceans and finding ships.

25   Q.   I guess ships and also, for instance, there was a recent

1    earthquake in New Zealand.  They used P-3 Orions to search for

2    either people or anything else; is that right?

3    A.   That's the third mission.  We talk about the reconnaissance

4    surveillance.  We use a camera over land to try to find, you

5    know, railroad tracks that have been damaged, roads that have

6    been damaged, people that were injured, things like that.

7    Q.   And also to gather foreign intelligence in foreign

8    countries; right?

9    A.   Sure.

10   Q.   Highly advanced aircraft.  You would agree with me; right?

11   A.   Yes.  Comparatively, yes.

12   Q.   Expensive aircraft?

13   A.   Sure.

14   Q.   About $50 million?

15   A.   I --

16   Q.   That's being conservative.  50 million?

17   A.   I couldn't say.  I don't know offhand.

18   Q.   Well, I went on Wikipedia last night and I looked it up --

19        MS. VIAMONTES:  Objection, Your Honor.  Objection.

20        MS. PINERA-VAZQUEZ:  Your Honor --

21        THE COURT:  Sustained.

22   BY MS. PINERA-VAZQUEZ:

23   Q.   $50 million is a high number or a low number?

24        MS. VIAMONTES:  Objection.  Calls for speculation.

25   He's already said he doesn't know.

```
 1              THE COURT:  Do you know?
 2              THE WITNESS:  No, sir, I do not.
 3   BY MS. PINERA-VAZQUEZ:
 4   Q.  But certainly it's not a run-of-the-mill airplane.  It's a
 5   highly advanced Navy aircraft?
 6   A.  It is.  All aircraft are expensive.  So a Boeing aircraft
 7   would cost -- that you fly here commercially would cost as much
 8   as what we pay for our aircraft.  So I'd say they're similar.
 9   Q.  So American Airlines pays the amount -- your testimony is
10   that American Airlines would pay the same amount as the U.S.
11   Navy?
12              MS. VIAMONTES:  Objection, Your Honor.  Relevance.
13              MS. PINERA-VAZQUEZ:  Your Honor, I'm asking him --
14   he --
15              THE COURT:  Sustained.  I don't see the relevance of
16   it.
17              MS. PINERA-VAZQUEZ:  Well, if you give me --
18              THE COURT:  I stand --
19              MS. PINERA-VAZQUEZ:  I can tie it up.
20              THE COURT:  I stand on the objection.
21   BY MS. PINERA-VAZQUEZ:
22   Q.  All right.  Let's go back to the fact that this is used for
23   intelligence purposes, right, the P-3?
24   A.  One of its missions.  Yes.
25   Q.  Now, since intelligence is one of the functions of the
```

1    P-3 Orion, important to have high-definition equipment?

2    A.   Yes.

3    Q.   And important to have good cameras because you're using it

4    for surveillance to take videos and pictures; correct?

5    A.   As good as we can, considering that all those things cost

6    money and the Navy -- you know, we spend the money where it's

7    appropriate.

8    Q.   Right.

9         And you know that the Navy has a 379.8-billion-dollar

10   budget; right?

11             MS. VIAMONTES:   Objection.   Relevance.

12             THE COURT:   Sustained.

13   BY MS. PINERA-VAZQUEZ:

14   Q.   But you would agree with me that a camera is important to

15   have on an airplane; right?

16   A.   For our aircraft, that camera's important.   Yes.

17   Q.   Because, if you're protecting the security of our country

18   of all of us sitting here today, it's important to have cameras

19   that are used for intelligence that work good; right?

20   A.   Correct.

21   Q.   Let's talk about the mission.

22        You said you had been stationed in El Salvador three months

23   prior?

24   A.   Correct.

25   Q.   That would be July of 2016?

 1  A.   Correct.

 2  Q.   And during the three months before the date of this

 3  incident, you had gone out on other missions; right?

 4  A.   Correct.

 5  Q.   By the way, what's the name of the base in El Salvador?

 6       MS. VIAMONTES:  Objection.  Relevance.

 7       THE COURT:  Overruled.

 8       THE WITNESS:  It's Comalapa.

 9  BY MS. PINERA-VAZQUEZ:

10  Q.   How do you spell that?

11  A.   I would believe that it is C-o-m-o-p-o-a [sic].

12  Q.   And I believe you testified on cross that, at the time, you

13  were the second in command at the base; is that right?

14  A.   Of the squadron.

15  Q.   Of the squadron.

16       And the squadron has 398 people, you said?

17  A.   Total of 300 people.  In El Salvador, we had 80 people at

18  the time.  The squadron was in dual site.

19  Q.   And since you're the second in command of the squadron,

20  that's why you don't fly every day; you fly every third day?

21  A.   So these missions -- when you look at how long they were,

22  10 hours, when you do the preflight and postflight, it takes

23  about 14 to 16 hours for every mission that we do.

24       So all of our sailors, they'll fly that 14 hours.  They'll

25  get a day to come in and just do their ground job where they

1  have to catch up on other things that the Navy's asking them to

2  do.  And then the third day we try to give them a rest before

3  they do the next 14-hour day.

4      So I don't go with that three-day cycle.  I do more of the

5  taking-care-of-the-squadron duties because that's one of my

6  responsibilities as the second in command.

7      So I may fly and then work the desk for two or three days

8  and then fly again.  I don't fly quite as often as they do.  I

9  don't fly every third day.

10  Q.  So you do every third day, more or less?

11  A.  The rest of my squadron does.  I do not.

12  Q.  So how often do you fly?

13  A.  Probably every five to six days.

14  Q.  And when you said take care of your squadron duties, what

15  squadron duties do you have?

16  A.  As the executive officer, you're responsible for all of the

17  departments, the maintenance department, the operations

18  department, the safety maints-ops.

19      We have many different responsibilities, not just out there

20  flying missions every day.  There's paperwork that has to be

21  done, qualifications that have to be approved, training that

22  has to be completed.  And those are the responsibilities of the

23  executive officer.

24  Q.  So, on this day, I believe you testified that you were

25  involved in Operation Martillo; is that right?

```
 1   A.   Operation Martillo.   Yes.

 2   Q.   Martillo.   Is that with two l's?

 3   A.   Yes.

 4   Q.   So that's "hammer" in Spanish, right, Operation Hammer?

 5   A.   I don't speak Spanish.   I do not know.

 6   Q.   All right.   And what was -- the nature of the operation was

 7   to go out into the Pacific and look for illicit activities?

 8   A.   Correct.

 9   Q.   And among those illicit activities would be drug smuggling;

10   right?

11   A.   Correct.

12   Q.   Among those illicit activities would be human smuggling;

13   right?

14   A.   True.

15   Q.   Among the illicit activities would be gun running; right?

16   A.   Yeah.   That's not specifically what Operation Martillo is.

17   But if we saw those things, we would report them the same way

18   we would report....

19   Q.   So Operation Martillo is really for human and drug

20   smuggling; right?

21   A.   We understand primarily for drug smuggling, but, you know,

22   human smuggling is also part of that.   Yes.

23   Q.   Because human smuggling in that part of the world is a

24   pretty common occurrence; correct?

25   A.   I do not know.   I'm not an expert at that.
```

 1   Q.   Fair enough.  Okay.

 2        So let's go to the crew onboard.

 3        You had said there were 10 people -- 10 members of the crew

 4   the day of October 18th, 2016?

 5   A.   Yes, ma'am.

 6   Q.   You had three pilots because one rests while the other two

 7   fly --

 8   A.   Uh-huh.

 9   Q.   -- right?

10   A.   Correct.

11   Q.   Two flight engineers?

12   A.   Yes, ma'am.

13   Q.   One tactical coordinator?

14   A.   Yes, ma'am.

15   Q.   Is that the person that sort of manages what's going on on

16   the aircraft?

17   A.   That is correct.  Yes.

18   Q.   Like the office manager of the aircraft?

19   A.   Correct.  He's actually the sensor manager.  He's the one

20   who makes sure the sensors are being used properly.

21   Q.   Oh.  Sensor manager.

22   A.   Yes.

23   Q.   What type of sensors?

24   A.   In this mission, our radar and our camera were the primary

25   sensors we were using.

1   Q.   So when the vector broke -- or when the vector -- you

2   discovered that the vector was broken, he would be the one to

3   tell you?

4   A.   Are you talking about the camera -- the ability of the

5   camera to track a surface contact?

6        What do you mean by "vector"?

7   Q.   When you said that the vectors were broken on the tape,

8   that you couldn't graph the coordinates.

9   A.   Okay.  Yeah.  That -- we knew that before we took off

10  because, during our three-hour preflight, we discovered that

11  that system wasn't working.

12  Q.   We'll get to the vector in a second, but let me finish

13  through the crew.

14       And you had one acoustic operator?

15  A.   Correct.

16  Q.   And that person is in charge of locating submarines; is

17  that right?

18  A.   Correct.

19  Q.   And then the last one is a non-acoustic operator, and that

20  person runs the camera and the radar?

21  A.   Correct.

22  Q.   So are the camera and radar located in the same area in the

23  plane?

24  A.   Yeah.  There's three controls that can control it, you

25  know.  The electronic warfare officer is responsible for using

1   both those pieces of equipment, because that acoustic operator

2   is onboard because we're not doing an anti-submarine mission

3   that day, they're available to help with those things.

4        So they may take, you know, control of the camera at times

5   to ease the load on the electronic warfare officer.

6   Q.   In this case, in this particular flight, not theoretically,

7   do you know if that happened?

8   A.   I don't know offhand.

9   Q.   Okay.  So who was the non-acoustic operator on this flight?

10  A.   I cannot recall.

11  Q.   Do you have any reports that would refresh your

12  recollection as to who that was?

13  A.   I don't believe I do.

14  Q.   So as you sit here today, you haven't looked over any

15  reports in preparation for this hearing as to who was on your

16  P-3 Orion?

17  A.   I have.  But, you know, we have 24 acoustic operators in a

18  squadron, and at this time I can't remember which of the 24.  I

19  fly with all of them.  So -- that's one of my responsibilities.

20  So I can't recall offhand which one of the 24 I was flying with

21  that day.

22  Q.   Right.

23       But you flew with only one on this day that you're

24  testifying to here today; right?

25  A.   True.

1    Q.   And you don't remember?

2    A.   I don't remember.  I wouldn't want to give you the wrong

3    information.  I have a pretty good idea, but I wouldn't want to

4    give you the wrong information.

5    Q.   Don't want the wrong information.

6         Let's talk about the radar.  Explain what a radar is on a

7    plane such as a P-3 Orion.

8    A.   Sure.  Radar, basically, sends out an electrical signal.

9    That electrical signal bounces off any object, usually metal

10   objects.  But, you know, thick-wood objects and plastic objects

11   can also return.

12        That reflection comes off of those objects, comes back to

13   the plane as interpreted.  Based on the time that it takes for

14   that reflection to come back to the aircraft, we can determine

15   a distance and a location.

16   Q.   Do you have two radars on the plane, one for you as you're

17   flying and another one for the -- for a surface radar?

18        Are there two radars on the plane?

19   A.   Just one.

20   Q.   Just one?

21   A.   Correct.

22   Q.   Now, does that radar transmit signals back to your base in

23   El Salvador?

24   A.   It does not.

25   Q.   And it's not recorded either; right?

1    A.   Right.

2    Q.   So whatever is on that radar is only -- it's a moment in

3    time.   It's only visually to you or whoever's monitoring the

4    radar?

5    A.   Correct.

6    Q.   There's no way to go back and confirm that the numbers that

7    you saw or the coordinates that you saw were correct?

8    A.   No.   But we do keep a log of everything -- of the radar

9    contacts we see or the ones that we feel are important.

10   Q.   Right.

11        The ones that you determine are important?

12   A.   Correct.

13   Q.   Now, you said yesterday that you were communicating your

14   coordinates every 15 minutes to the base; is that right?

15   A.   Not -- yeah.   Our coordinates and the target of interest

16   coordinates and the target of interest speed, things like that.

17   It's approximately every 15 minutes.

18   Q.   And does the base keep a log of those coordinates?

19   A.   I don't know how the base operates.

20   Q.   But you don't keep one on your plane?

21   A.   We keep a log for the flight.   But then, when we turn the

22   power off the aircraft, that log is cleared.

23   Q.   So it's kept digitally?

24   A.   Correct.   On the aircraft.

25   Q.   All right.   So let's go to October 18th, 2016.

1       Did you get mission instructions?

2   A.  I did.

3   Q.  And what were your mission instructions?

4   A.  They were to go out to a certain area and conduct a search

5   for illicit vessels.

6   Q.  And before you went on your mission, did you have any

7   specific information regarding the target of interest?

8   A.  Not specifically this one.  No.

9   Q.  What time did you leave the base?

10  A.  What time did we take off?

11  Q.  Yes.  I'm sorry.

12      What time did you take off?

13  A.  I don't know the exact time.  I could look at my mission

14  report.  I could probably tell.

15          MS. PINERA-VAZQUEZ:  Your Honor, may I approach?

16          THE COURT:  All right.

17          THE WITNESS:  And may I get the mission narrative?

18          MS. PINERA-VAZQUEZ:  That would be the other report?

19          THE WITNESS:  Yes, ma'am.

20          It's about at 1155 Zulu.

21  BY MS. PINERA-VAZQUEZ:

22  Q.  Okay.  If you can just put it down and not refer to it.

23  Turn it upside down.

24  A.  (Witness complies.)

25  Q.  Thanks.  Okay.

1      So what time did you say you left?

2   A.  1155 Zulu.

3   Q.  Let's discuss this whole Zulu thing, because I'm not really

4   that -- I understand it, but I want to make sure the jury

5   understands it.

6      Okay.  Zulu is military time, you said; right?

7   A.  It's Greenwich Mean Time.  It's universal.

8   Q.  Right.  Greenwich Mean Time, that's what all of the

9   military operates, so everybody's on the same time frame;

10  right?

11  A.  Correct.

12  Q.  Now, Zulu is really -- if you go to a regular clock, it's

13  four hours before -- or it's four hours back in Mexico, where

14  you guys were at, Mexico and that area; is that right?

15  A.  I believe it's more like seven hours back.

16  Q.  So if it's 1155 Zulu, what time is it on the regular clock?

17  A.  It would be somewhere -- it would be 4:55 in the morning.

18  Q.  I'm sorry?

19  A.  I believe it'd be 4:55 in the morning.

20  Q.  So seven hours is -- in El Salvador, is that also the same

21  hours back in Mexico, same time frame?

22  A.  I don't know the time zone in Mexico.

23  Q.  So when you say seven hours back, you're referring to the

24  time zone in El Salvador as seven hours back; is that right?

25  A.  Correct.  The local time in El Salvador is seven hours, and

1   it depends on daylight saving time.  Sometimes it's six hours.

2   Q.  So, on October 18th, 2016, would it have been six hours or

3   seven hours?

4   A.  I believe it was seven hours at the time.

5   Q.  So you left your base at 4:55 in the morning?

6   A.  I believe so.

7   Q.  Dark outside?

8   A.  Yes.

9   Q.  The sun hadn't come up yet; right?

10       Now, you said you were traveling for about two hours?

11  A.  Correct.

12  Q.  To get to your, I guess, point of interest or target of

13  interest?

14  A.  Yeah.  My initial search area was about 500 nautical miles

15  away.

16  Q.  I'm sorry?

17  A.  About 500 nautical miles away was my initial search.

18  Q.  So that meant that you would have gotten there at about

19  6:55 in the morning?

20  A.  Correct.

21  Q.  All right.  Now, while you're traveling during those two

22  hours, I believe you testified you were at one and-a-half to

23  two miles up?

24  A.  Correct.

25  Q.  Okay.  I can't visualize that.  So that's, what, about

1    10,000, 15,000 feet?

2    A.   Somewhere between 10,000 and 18,000.

3    Q.   And 18,000.

4         And you fly at that really high level so you're not

5    detected, obviously, by people in the ocean?

6    A.   Correct.

7    Q.   Now, that day was fairly clear, you testified?

8    A.   Correct.

9    Q.   About three-seventh of the sky was covered in clouds?

10   A.   That's what we referred to as scattered.

11   Q.   Scattered clouds?

12   A.   Right.

13   Q.   Cumulus clouds?  Large cumulus clouds?

14   A.   Yes.  Those are cumulus.

15   Q.   And about how high are the cumulus clouds, usually?

16   A.   It depends.  Early in the morning they barely start to

17   build and then later in the day they build much taller.  So

18   starting out early, it was probably, you know, 2,000 to 4,000

19   feet and, as you went on the mission, you could see that they

20   started to build a little more.

21   Q.   And you were about 10,000 feet?

22   A.   Initially, yes.

23   Q.   Now, as you left the base in El Salvador, you testified on

24   direct examination that you looked at multiple boats.

25   A.   Correct.

 1   Q.   And those multiple boats that you looked at in the Pacific,

 2   I mean, they were big boats?

 3   A.   A smattering.  I mean, we see the large cargo vessels.  We

 4   also see, you know, small fishing boats and things like that --

 5   Q.   And you also --

 6   A.   -- medium-sized fishing boats.

 7   Q.   I'm sorry.

 8   A.   Medium-sized fishing boats.

 9   Q.   And from 10,000 feet you can see that they're fishing

10   boats?

11   A.   Well, initially, with the radar contact -- we can see the

12   strength of the radar contact that tells us how large the ship

13   is, and then we put the camera on each one of them and say, you

14   know, what is this.

15        And from that altitude, we can tell if it's a small fishing

16   boat or if it's a medium fishing boat or this is a -- you know,

17   a large, cargo-container ship, things like that.

18   Q.   And, also, there could be just pleasure boats out there;

19   right?

20   A.   Pleasure boats.  We also find things like, you know,

21   55-gallon drums floating in the water, things like that.

22   Q.   I'm sorry?

23   A.   We also find things like 55-gallon drums floating in the

24   water, logs floating in the water.  They all have a radar

25   return.

1    Q.   And as you're going to your destination, do you actually

2    hone in on those targets to see what they are and keep on with

3    your mission?

4    A.   We do.  So we'll look at one and we'll say, "Okay.  That's

5    about the size of a medium-sized fishing boat."  They have

6    fishing gear onboard.  They're going at a speed that would make

7    sense for them being fishermen.  And then we move on to the

8    next contact.

9    Q.   And when the radar captures these electronic signals of

10   these boats, you certainly can't see what's inside the boat;

11   right?

12   A.   I mean, a radar contact is a dot on the screen.  But the

13   camera lets us see what's on the deck of the boat.  You're

14   right, you can't see what's inside.

15   Q.   Right.

16        You can't see if there is 20 or 30 aliens inside a boat

17   being smuggled; right?

18   A.   No.

19   Q.   Possible?

20   A.   But they're not giving us any indications that they're

21   involved in illicit activity.

22   Q.   I'm sorry?

23   A.   The boats that we see with fishing gear and stuff on the

24   deck that we would expect to see, they're not giving us any

25   signals that they are involved in illicit activity, so we don't

 1    investigate them further.

 2    Q.   Right.

 3         So there's no sign that says "We're smuggling aliens" to

 4    give you a sign; right?

 5    A.   Sure, absolutely.

 6    Q.   Right.

 7         Because if you're smuggling aliens, you don't want to get

 8    caught; so you're not going to, obviously, make it obvious that

 9    you're smuggling aliens; right?

10    A.   Sure.

11    Q.   So there could be fishing rods on a big boat to pretend

12    they're fishing, but there's really 20 Colombians and

13    Ecuadorians and Salvadorians in the cargo hold; right?

14         MS. VIAMONTES:   Objection, Your Honor.   Calls for

15    speculation.

16         THE COURT:   Sustained.

17    BY MS. PINERA-VAZQUEZ:

18    Q.   Bottom line is you don't know what's in those boats.   You

19    only know what's on the deck; correct?

20    A.   Correct.

21    Q.   Now, you testified that you got to the target of interest.

22         Now, before you got to the target of interest -- and those

23    are -- I guess -- is that a term of art, "target of interest"?

24    A.   It's a term that the Navy uses.   Yes.

25    Q.   So before you got to the target of interest, were there any

1    other boats that you determined to be targets of interest or

2    you just found one boat in the entire ocean to be a target of

3    interest?

4    A.   No.  We looked at multiple boats before we got that target

5    of interest, and then our responsibility now is to look at that

6    boat.  So we don't look at any other vessels after that because

7    we found someone that we need to look more closely at.

8    Q.   And you, as the commander, determined that, of all the

9    boats that you saw -- the many boats that you saw, would be the

10   target of interest?

11   A.   I decided this one was appropriate for us to continue

12   monitoring.

13   Q.   Now, when you first spotted the target of interest, I

14   believe you testified that there were three people onboard that

15   you saw?

16   A.   Initially, when we -- you know, at a high altitude with the

17   camera, to us, it looked like there was three people onboard.

18   Q.   And, in fact, that's what you put in your log --

19   A.   Correct.

20   Q.   -- right, in the notes of your log?

21   A.   Correct.  You have to understand, at 18,000 feet, it's hard

22   to see, you know, people under tarps or people --

23   Q.   No.  I agree with you.  It's very hard.

24   A.   Yeah.

25   Q.   Now, when you first saw this target of interest at

1    18,000 feet, did you seek permission at that point to go down

2    and -- lower to see what they were doing?

3    A.   We did not.  So as long as they're not alerted to our

4    presence, we prefer to stay at an altitude and monitor from a

5    distance.

6    Q.   So they had no idea that -- this target of interest had no

7    idea that a Navy P-3 Orion was flying 18,000 feet above; right?

8         MS. VIAMONTES:  Objection.  Calls for speculation.

9         THE COURT:  Sustained.

10   BY MS. PINERA-VAZQUEZ:

11   Q.   Well, that would be the goal.  You certainly don't want the

12   target-of-interest individuals to see a big Navy plane flying

13   overhead; right?

14   A.   Yes.  If they see me, they generally drop their cargo, and

15   that's not what I desire.

16   Q.   So as you're at 18,000 feet, you're approaching the target

17   of interest.  You said you saw three people, at least?

18   A.   Uh-huh.

19   Q.   You can't tell at 18,000 feet if they have any fishing

20   equipment; right?

21   A.   It's difficult, but you can -- I mean, you can pick out

22   fishing poles and buoys and things like that, generally.

23   Q.   Can you pick up nets?  You can't pick up nets; right?

24   A.   You can.  You can see a people of nets.

25   Q.   18,000 feet?

```
 1   A.   Yes, ma'am.

 2   Q.   So it's not that difficult to see them?

 3   A.   The nets?

 4   Q.   From 18,000 feet.  You testified a little while ago at

 5   18,000 feet it's difficult to see.  That's why you put the

 6   three people on there.  Now you're telling me that you're

 7   looking at nets on the floor.  So it's not that difficult.

 8   A.   Yes.  Some things you can see very well.  Some you can't.

 9   That infrared camera -- the net -- you know, all the little

10   gaps that the net has, that creates a contrast.  So where you

11   can see white and dark squares, that is likely a pile of nets.

12   Q.   How about water?  Can you tell how much water they're

13   carrying?

14   A.   Water?  No.

15   Q.   How about gas?  Can you tell how much gas they're carrying

16   from 18,000 feet?

17   A.   Not necessarily.  You can see gas tanks and things, but you

18   don't necessarily know how much gas they have.

19   Q.   Food?  Can you tell how much food they have?

20   A.   No.

21   Q.   So pretty much -- well, you can tell possibly the number of

22   people and fishing nets and fishing rods, is pretty much your

23   testimony that you can see?

24   A.   And you can see the number of outboard engines.

25   Q.   Can you tell the type of outboard engine?
```

1   A.   No.

2   Q.   Can you tell the horsepower?

3   A.   No.

4   Q.   Can you tell whether they're Yamahas or not?

5   A.   No.  But you -- I mean, you can see if they're big or

6   small.  You would know if it was two 15-horsepower motors.

7   Q.   And you would know that because?

8   A.   Because 15-horsepower motors are relatively small.

9   Q.   As opposed to?

10  A.   You can generally see the size of the motor and say that's

11  a bigger or a smaller motor.

12  Q.   So fair enough.

13       You can say it's big or smell, but you really don't know

14  the horsepower?

15  A.   No.

16  Q.   And you don't know if there's two different size engines on

17  a boat; right?

18  A.   You don't know.

19  Q.   Now, certainly there's no facial recognition in your

20  camera; right?

21  A.   No, ma'am.

22  Q.   So, in other words, when you first came across this target

23  of interest, you couldn't see my client, Martin --

24          MS. PINERA-VAZQUEZ:  Could you come forward, Martin.

25  BY MS. PINERA-VAZQUEZ:

1   Q.   -- you couldn't see my client's face there; right?

2   A.   No, ma'am.

3        MS. PINERA-VAZQUEZ:   Thank you.   You can sit down.

4   BY MS. PINERA-VAZQUEZ:

5   Q.   Now, at some point when you were over the target of

6   interest, you said that -- and we saw in the video that the

7   packages were thrown overboard; right?

8   A.   Correct.

9   Q.   But you couldn't get the vector coordinates for that

10  jettison of cargo; right?

11  A.   Well, we still got it by flying over it.   I mean, there are

12  many ways to get the coordinates of where they dropped the

13  packages.

14       So our camera didn't tell us exactly where the lat/long of

15  that -- you know, the latitude and longitude of the package

16  drops, but we have other ways in which we can get that same

17  information.

18  Q.   Right.

19       But specifically to the vector coordinates, you said that,

20  before you took off and you did the checklist, you knew that

21  your vector machine -- and I apologize if I'm not using the

22  right language.   Is it called a vector machine?

23  A.   It's not.

24  Q.   What is it called?

25  A.   I don't want to get too technical.   The DTIU basically

1    gives us elevation data.  So when you're pointing the camera at

2    something, it knows the lat/long.

3         If you were pointing the camera at the top of a mountain,

4    you'd want to make sure that it was -- well, I can draw a

5    picture of it, but it -- it gets complicated very quickly.

6    Q.  So, basically, the vector coordinates give you the latitude

7    and the longitude of something that you're --

8    A.  The elevation data, if it's loaded in the system, will tell

9    you the latitude and longitude where the camera is pointed.  So

10   when you're looking at something on the camera, it'll tell you

11   this is exactly where that item is.

12   Q.  And you were pretty upset that that was -- that you

13   couldn't get the vector coordinates for the packages that were

14   jettisoned; right?

15   A.  Not upset.  Because I have another way that I can get that

16   latitude and longitude by flying over, which is what I did.

17   Q.  Have you listened to a video in this case of the person

18   speaking regarding the vector coordinates?

19   A.  I have, regarding the --

20   Q.  Was that you speaking?

21   A.  That was not me speaking.

22   Q.  Who was speaking?

23   A.  That was AWO2 Baidenmann.

24   Q.  I didn't get that.  I'm sorry?

25   A.  AWO2 Baidenmann, my electronic warfare officer.

1    Q.    Baidenmann?

2    A.    Uh-huh.

3    Q.    Let's talk about the video.

4          The video was described as "raw footage."  Do you know what

5    that means?

6    A.    It means it's untouched or uncut.

7    Q.    And when you say "untouched," that means that there's no

8    gaps in the video; right?

9    A.    Not necessarily.  The raw video is what we collected.

10   There was no more that was not collected.

11   Q.    So you viewed five parts; right?

12   A.    I viewed the entire long video and the small -- the shorter

13   video that was made by my intelligence analyst.  But, to me,

14   they don't come in parts because, to me, it was one mission.

15         It was one long piece.  So we keep -- you know, there's a

16   part discussion, but I'm not sure which part we're talking

17   about because, to me, it was all one.

18   Q.    Yesterday when you were here you saw the five parts that

19   were played on the video; right?

20   A.    I did.

21   Q.    And there was five parts?

22   A.    On that CD, yes.

23   Q.    On that one?

24   A.    Yes.

25   Q.    But you're also aware that there was a sixth part that was

1   not included in this video; right?

2   A.   The sixth part that you're referring to is the summation of

3   all of those pieces all pushed together, small tidbits.

4   Q.   So that sixth part was not included there?

5   A.   We didn't look at it yesterday.  But that sixth part was

6   where we took all that video, we took out the important pieces

7   and we uploaded it for our bosses to look that.

8        When we talked about our intelligence analyst doing it

9   that, that's their job, is to make it so it's a video that's

10  quickly and easily viewable.  So six minutes is something that

11  our boss could look at.

12  Q.   Right.  Okay.  So let me get this straight.

13       There's nothing missing.  The raw footage is the entire

14  mission.  And the sixth part that was not shown yesterday is

15  your intelligence officer's compilation of what you felt was

16  important; right?

17  A.   Sure.

18       MS. VIAMONTES:   Objection, Your Honor.  It calls for

19  speculation as to what the intelligence officer put together.

20  He would have no knowledge of this.

21       THE COURT:   I think he can answer it.  Go ahead.

22  Overruled.

23       THE WITNESS:   So, you know, the video you've seen is

24  one of the two tapes that we had.  These tapes are not all that

25  great.  We look at eight millimeter.  This is technology that

1    we haven't been using for awhile.

2         And this plane was built in the '50s, '60s and '70s --

3    so, I'm sorry -- the '50s, '70s and '80s, so some of the

4    technology on it is not that updated, and eight-millimeter tape

5    recorders are kind of gone away.  So for us to find tapes to

6    buy new is difficult in the Navy now.

7         Now, grant you, we're starting to move away from this

8    aircraft to new aircraft because of problems like this, but

9    this old aircraft has issues and things like the camera not

10   working right all the time, things like tapes that are not as

11   clear as we'd like them to be.  And so we used multiple tapes

12   throughout this flight.

13        And so we went to a second tape, and that's probably

14   what you're referring to.  There's a small section on the

15   six-minute piece that is from a second tape that we don't have.

16   Q.   And we, the defense attorney -- we don't have it either;

17   right?

18   A.   I don't think anybody has it.  It was lost after we

19   finished the mission.

20   Q.   When you say "lost," it was lost or it was just destroyed

21   and taped over?

22   A.   Yeah.  Taped over.  So because these tapes are hard to

23   find, we reuse them.  And so we record over them.

24   Q.   So we're actually missing part of the raw footage.  We're

25   missing that sixth portion of six minutes that you said.  That

1   was destroyed; right?

2   A.   It was a small portion of that six-minute -- that we don't

3   have that --

4   Q.   Right.

5   A.   -- which you are considering the raw footage.

6   Q.   So there's a small portion missing.  Okay.

7        And now, just to get it straight, so you said that these

8   cameras, you use eight-millimeter tapes?

9   A.   Correct.

10  Q.   And you're saying that the Navy cannot find

11  eight-millimeter tapes to save search missions on?

12  A.   Well, I would say that, yeah, not only -- they're not in

13  the Navy supply system, let's put it that way.

14  Q.   Can you go to Office Depot and get them?

15  A.   We can't.  That's not the way the procurement system works,

16  unfortunately.

17  Q.   But it can be found if the United States Government wants

18  to find eight-millimeter tapes; right?

19  A.   I'm not sure how the Navy supply system operates.  All I

20  know is that I'm told that I can order things from the Navy

21  supply system and then, when I order them, they come in or they

22  tell me they're back-ordered.

23  Q.   But these are really important videos.  I mean, you're

24  doing intelligence for our country; right?

25  A.   It is true.

1    Q.   You would agree with me that it's important to keep tapes

2    of these missions even if you have to buy the eight-millimeter

3    tapes at Home Depot -- or Office Depot or CVS or Walgreens?

4    A.   Yeah.  Unfortunately, I can't procure them directly from

5    Walgreens.  And if I save the tapes from every mission, I would

6    have a room this size full of tapes.

7    Q.   Can you transfer them out to digital?

8    A.   We do, but then, you know, we would then have a courtroom

9    full of hard drives.

10   Q.   Right.

11        Like Google keeps all their servers.  They could be kept on

12   a server; right?

13   A.   True.  Although my entire squadron -- the space that we're

14   allotted on the Government computer system is less than

15   10 gigabytes for the entire 300 people.  So we don't have space

16   to store that stuff.

17   Q.   How many gigabytes does the Navy have?

18   A.   I don't know offhand.

19   Q.   But your squadron is only allotted 10 gigabytes?

20   A.   Yeah.  A very small amount of space that our squadrons are

21   allotted.

22   Q.   And this is to store intelligence information; right?

23   A.   Yes.  And all your -- you know, any personal files that you

24   might need for your jobs, Excel spreadsheets, Word documents,

25   those kind of things.

1   Q.   So if you have some sort of really important piece of

2   intelligence and the 10 gigabytes are all taken, that's it?

3   It's destroyed?

4   A.   No.  We will delete something else and keep it on there.

5   But what I'm trying to get at is you can't keep everything for

6   ever.  There's just not enough space for that.

7            MS. PINERA-VAZQUEZ:  Your Honor, at this juncture, I

8   would like to play the tape.

9            THE COURT:  Okay.

10            MS. PINERA-VAZQUEZ:  So just give me a second so I can

11   set it up.

12            (Brief pause in the proceedings.)

13            MS. PINERA-VAZQUEZ:  And for purposes of the record,

14   this is Government Exhibit 27.

15            MS. VIAMONTES:  I don't -- I'm not really sure.

16            MS. ANTON:  It's on the left side.

17            MS. PINERA-VAZQUEZ:  On the left side?

18            MS. ANTON:  Left side.

19            MS. PINERA-VAZQUEZ:  But it's not on; right?

20            MS. VIAMONTES:  Upper left side "on" button.  Left

21   side.

22            MS. PINERA-VAZQUEZ:  Oh.  Left side.  Thank you.

23   BY MS. PINERA-VAZQUEZ:

24   Q.   So yesterday the Government prosecutor showed you certain

25   selected portions of the video.  Do you recall that?

1   A.  Yes, ma'am.

2   Q.  I'm going to show you the entire video, and I'm going to

3   stop on certain portions and ask you questions.

4   A.  Yes, ma'am.

5   Q.  Where would the CD be -- I'm sorry -- the CD be?

6            MS. VIAMONTES:  You go to --

7            (Discussion held off the record concerning video

8   equipment operation.)

9            MS. PINERA-VAZQUEZ:  Could we lower the lights a little

10  bit, please?

11           (Videotape being played and paused and resumed

12  throughout questioning of this witness.)

13  BY MS. PINERA-VAZQUEZ:

14  Q.  So here are the five parts you're talking about; right?

15  A.  Yes, ma'am.

16  Q.  This is the raw footage; correct?

17  A.  This is everything that we collected that day.

18  Q.  Except for the missing part?

19  A.  Except for that small portion of the video.

20  Q.  I'm sorry?

21  A.  Yeah, that is correct.

22           (Brief pause in the proceedings.)

23  BY MS. PINERA-VAZQUEZ:

24  Q.  So what I'd like to do before we get to the video -- could

25  you just explain -- let's start on the left-hand side, the

1    numbers on the screen, because I don't understand what they

2    are.

3    A.   On the top is --

4    Q.   For the jury, let's start on the left side.

5    A.   Top left, that 10-18-16 is the date of the mission.

6    14:53 is the Zulu time.

7    Q.   Let me stop you there.

8         So if it's 14:53 Zulu, what's the normal clock time?

9    A.   This is one thing that is always difficult.  This is why we

10   keep it in Zulu because always converting from Zulu back to

11   standard back to Zulu, it just gets too confusing.

12   Q.   Right.

13   A.   I need to verify -- I believe it's plus seven there, but I

14   don't know -- you know, I don't keep that in my mind each time

15   zone.  So....

16   Q.   Well, you're now in the Mexico area; right?

17   A.   We always use the Zulu time based on our takeoff location.

18   So it would be whatever the Zulu conversion was for

19   El Salvador.

20        That's another reason -- exactly why we keep with the Zulu

21   time, is that, when we change time zone to get in the

22   Mexican -- the Mexico time zone, we don't have to change any

23   sort of clocks or times on the plane.

24   Q.   Right.  I understand that.

25        But for our purposes here that we're not in the military,

1   we need to understand what time it is.  That's why I'm asking

2   you this.

3        So when you say 14:53 Zulu, is that Zulu -- that was your

4   time?  It's just Zulu time all over the world; right?

5   A.   Yeah.  Zulu time is all over the world.

6   Q.   So if you're in Mexico, from what I was able to read here,

7   it's four hours back.

8             MS. VIAMONTES:  Objection, Your Honor.

9             THE COURT:  Sustained.

10            MS. VIAMONTES:  Counsel is testifying.

11  BY MS. PINERA-VAZQUEZ:

12  Q.   So if it's 14 hours, what would you say it is in the

13  Pacific?

14            MS. VIAMONTES:  Objection, Your Honor.  Asked and

15  answered.

16            THE COURT:  Sustained.

17            THE WITNESS:  So I --

18  BY MS. PINERA-VAZQUEZ:

19  Q.   That's okay.  He sustained it.

20        In El Salvador, what would be the Zulu time?

21  A.   Zulu time is the same across the world.

22  Q.   I mean -- I'm sorry.  Not the Zulu time.  The regular time.

23  Sorry about that.

24  A.   I would need to look up the conversion chart.  I don't know

25  exactly.  I believe it's plus seven, but I don't know offhand.

1   That's why I -- I don't want to give you the wrong information.

2   Q.   But it was early in the morning?

3   A.   Early in the morning.

4   Q.   So it couldn't be plus seven because plus seven would be in

5   the afternoon?

6   A.   Yeah.  I can't -- offhand, I can't really tell you.  The

7   time zone conversions are difficult.  That's why we stick with

8   Zulu.  But this was a normal daytime mission.

9   Q.   Because you left at 4:00 in the morning?

10  A.   We left early.

11  Q.   4:55 in the morning from El Salvador.  And if it took you

12  two hours to get to your target destination, it was probably

13  about 7:00 in the morning, 6:55 in the morning?

14  A.   Some point in the morning.

15  Q.   Okay.  We figured it out.

16  A.   I mean, it may have been 4:55, might have been 5:55.  You

17  know, it depends on whether it was a plus six or a plus seven.

18  That's why it gets very confusing very quickly.  That's why I

19  like to stick with the one time zone, the Zulu time.

20  Q.   But it's not the afternoon, it's the morning; right?  Okay.

21  So what's --

22          MS. VIAMONTES:  Is there a question?

23          MS. PINERA-VAZQUEZ:  I'm sorry.  I didn't finish saying

24  that.

25  BY MS. PINERA-VAZQUEZ:

1   Q.   Okay.  So what's this up here, where it says, Haze EON --

2   actually, let me go back.

3        Where it says Haze EON 3200, what's that?

4   A.   That's the haze -- just means our haze filter's on.  EON is

5   the EO narrow.  When I talked about the three cameras

6   yesterday, there's EO wide, EO narrow and IR, infrared.

7        So this is the EO narrow camera.  This is the one where

8   we're looking down the soda straw.

9        3200 has to do with your focused length, so how zoomed in

10  you are.

11       Polarized is the POL.  You can go hot or -- so white hot or

12  dark hot on infrared.

13  Q.   So POL is the infrared.  Is that what you said?

14  A.   No.  POL just means polarized.  When you go to infrared

15  right there, it would tell you whether you're white hot or

16  black hot.

17  Q.   Okay.

18  A.   So that basically means, if something is hot, do you want

19  it to show up as white in the picture or do want it to show up

20  as black.

21       You got the auto there, which is focus.  And then that's

22  all that really matters on the top line there.

23  Q.   What's that 17:37?

24  A.   17:37 is the actual focus length at the time.  So....

25  Q.   And then on the left-hand side, what are those dots and

1    numbers?

2    A.   So the left-hand side is how much the camera's looking up

3    or down.  So that's minus five.  So if the aircraft's in level

4    flight and it's in minus five, it's looking five degrees -- you

5    know, the camera is pointed five degrees down from the level

6    horizon.

7    Q.   And at the bottom, as you'll see in a second, are some

8    lines.  What are those?

9    A.   That's a magnetic heading.  So if you see 270, that means

10   we're looking out the left-hand side of the aircraft.  So the

11   aircraft is always oriented, you know, straight ahead.  So that

12   tells me which direction the camera is looking.

13   Q.   And those bottom -- again, it looks just like a compass;

14   right?

15   A.   A compass.

16   Q.   So on the compass is 0180 at the bottom --

17   A.   Yeah.  North is zero.  South is 180.  270 is west.  And

18   090 is east.  That's the direction the camera is pointed in,

19   not necessarily the direction the plane is going.

20   Q.   Okay.  That was my next question.

21        These coordinates are for the camera, not for the plane?

22   A.   The bearing is for the camera.  The coordinates are

23   something else.

24   Q.   I'm sorry.

25        The bearing.  The numbers on the bottom are for the camera,

 1   not the plane?

 2   A.  Correct.

 3   Q.  So let's start -- the video of Part 1 starts at 14:53:55,

 4   and that's Zulu time?

 5   A.  Correct.

 6   Q.  And that's the first time you see what you call the target

 7   of interest?

 8   A.  Yeah.  This is our initial -- well, we did an initial

 9   investigation and then started recording.  Yes.

10   Q.  Why is it going to that white --

11   A.  It's based on the sun glint hitting the glass on the

12   camera.

13   Q.  Now, you can't tell how many people are on there; right?

14   A.  As the motion continues, you can -- you see the movement in

15   the back, so, you know, you count that as one.  Now you can see

16   the movement on the right.  You count that as the second.

17       You got the two -- it looks like two guys sitting in the

18   front.  So it's hard.  But, yeah, you can kind of -- as the

19   motion continues, you can see bodies moving around or people

20   moving around.

21   Q.  Because it looks like one guy standing or one guy or girl.

22       Because you don't know; right?

23   A.  Don't know.  Yeah.  It's a person.

24   Q.  A person.

25       You can clearly see one person; right?

1   A.  I can see three people in that picture right there.

2   Q.  Okay.  Where's the second one?

3   A.  In the black -- in the center of the boat with the darker

4   shirt.  It looks like a black shirt there.  And then on the --

5   towards the bow, there's a white -- I can stand up and point it

6   to you, if you want me to.

7   Q.  Okay, the -- right -- right there to the -- right in front

8   of the person with the black shirt?

9   A.  Just to the right of the person with the black shirt, but

10   on the opposite side of the boat.

11   Q.  Now, you can tell there there's one engine; right?

12   A.  You can see two engines there.

13   Q.  Oh.  You can see two engines?

14   A.  As you point to the video, as we come around the back of

15   the aircraft -- or the back of the boat, you can see both

16   engines clearly.

17   Q.  Now, they can't see you; right?

18   A.  I don't know if they can see me or not.

19   Q.  Well, you're at 18,000 feet; right?

20   A.  I assume they can't.  I set myself up so that I don't want

21   them to, but I don't know for sure if they see me or not.

22   Q.  Now, that looks like a white boat; right?

23   A.  It's black and white.  So we don't know what color boat it

24   is.

25   Q.  Well, it's not black?

```
 1   A.   What's that?

 2   Q.   It's not black?

 3   A.   I mean, it appears white, but it just means it's a white

 4   color.

 5   Q.   Is this the clearest shot you can get from that camera?

 6   A.   Well, you've got to understand we're miles away.  So this

 7   is --

 8   Q.   You're 18,000 feet, miles.  Yeah.

 9   A.   And, as I said before, you know, you've got an aircraft

10   moving 200 miles an hour.

11   Q.   Right.

12   A.   It's a difficult problem.  But, yes, the focus -- while

13   it's on auto focus, it's not focusing purposely for us right

14   now.  Once again, that's the sun glinting off the glass in the

15   camera.

16            THE COURT:  Do you have a question?

17            MS. PINERA-VAZQUEZ:  I do not, Judge, because we are

18   playing the whole video.  I don't have a question right now,

19   because I think the jury --

20            THE COURT:  What's the point of playing the whole

21   video?

22            MS. PINERA-VAZQUEZ:  Because I think the jury needs to

23   see the entire video to see how --

24            THE COURT:  What do you want them to see?

25            MS. PINERA-VAZQUEZ:  Well, I want them to see the whole
```

1   video because --

2           THE COURT:  Why?

3           MS. PINERA-VAZQUEZ:  Why do I want them to see the

4   whole video?  Because --

5           THE COURT:  For what?

6           MS. PINERA-VAZQUEZ:  Because it is not -- my client is

7   not on the ship.

8           THE COURT:  It just seems like it's a waste of time to

9   show something just without any questions or inquiry about it.

10          MS. PINERA-VAZQUEZ:  Judge, well, I -- with all due

11  respect, this is not --

12          THE COURT:  If there's a point to it -- if there's a

13  point to it, there's no problem.  What is the point?

14          MS. PINERA-VAZQUEZ:  There will be a point because it's

15  going to show the gaps in the video that the Government did not

16  show yesterday, Your Honor.

17          It's going to show that my client is not on that boat.

18  It's going to show that you can't see him.  It's going to show

19  that there -- my client's face is not on this panga.

20          And the jury -- this is the most important day for my

21  client's life and the jury should be entitled to see the video

22  that exonerates him.

23          THE COURT:  All right.  Go ahead, if you think you're

24  accomplishing something with this.

25

1  BY MS. PINERA-VAZQUEZ:

2  Q.  Commander, let me know the first time you see more than

3  three people on this video that we're going to be playing.

4  A.  Okay.  A couple things to note, that my electronic warfare

5  officer is -- he is my expert in this.  This is his system that

6  he runs.

7      And while I look at it in the flight station or at cam log,

8  on the aircraft, he is trained to look and see, you know, these

9  images much more clearly than I.

10 Q.  Right.

11     But as you sit here today, just let us know the first time

12 you see more than three people.

13 A.  As you'll see, this video unfolds, you know, the -- once

14 the tarp is removed, there are likely people hiding under the

15 tarp.  That's why you can't see them in the initial video.

16 Q.  Now, let me just ask you a question.

17     You said people were hiding under the tarp.  You don't see

18 what's under the tarp; right?

19 A.  We don't.

20 Q.  So you're speculating that people are hiding under the

21 tarp; right?

22 A.  Well, if they were sitting outside -- on the outside, I

23 would see them, most likely.  I've already seen them.

24 Q.  Right.

25     But you're speculating that people are under the tarp?  You

1    have no idea because the camera can't see through the tarp?

2    A.   Well, I know that this ship -- you know, I track it by

3    radar.  So I know it never stops, never rendezvous with another

4    plane.  So I can -- or another boat.  So I can assume, if

5    there's seven at the end, there were seven there from the

6    get-go.

7    Q.   Right.

8         But you're completely speculating because you cannot see

9    through the tarp; correct?

10   A.   I can't see through the tarp, no.

11   Q.   Let me ask the --

12             THE INTERPRETER:  Your Honor --

13             MS. PINERA-VAZQUEZ:  I'm sorry.

14             THE INTERPRETER:  -- I can't interrupt her when --

15   BY MS. PINERA-VAZQUEZ:

16   Q.   At 14:59, you cannot tell there's people hiding under a

17   tarp; correct?

18   A.   I don't know offhand.  No.

19   Q.   Not offhand.  You can't tell.  It's either yes or no.  You

20   can't tell; right?

21   A.   I can't tell.

22   Q.   Because your camera doesn't go through a tarp?

23   A.   Correct.

24   Q.   Doesn't have x-ray vision; does it?

25   A.   Does not.

1    Q.   So you're making an assumption?

2    A.   Based on my experience in knowing this mission, there's --

3    because the boat never stops and no one ever gets on, we know

4    there's seven people on that boat.

5         Because when I go to a lower altitude and I know that boat

6    hasn't stopped and no one's got on or no one's got off, there's

7    seven people on that boat.  So while it's hard to see from

8    18,000 feet, I know there's seven people on that boat.

9    Q.   At that point, you don't know there's seven people?

10   A.   Correct.

11   Q.   At that point, you put on your log there's three people;

12   correct?

13   A.   Correct.

14   Q.   So we --

15   A.   Because we're at 18,000 feet and we're looking through a

16   soda straw trying to see what's going on on that boat.

17   Q.   So when you see more than three people, then you let us

18   know.  Okay?

19   A.   Yes, ma'am.  It won't be anytime soon.  It's probably about

20   the time they start dumping the packages overboard, which is

21   about 40 minutes.

22             THE COURT:  How long?

23             THE WITNESS:  40 minutes.

24             THE COURT:  We're going to sit here and watch this for

25   40 minutes?

```
 1              THE WITNESS:  The time, I guess, Judge, it is time
 2     that -- 15:40 is about when they dropped the drugs.
 3              MS. PINERA-VAZQUEZ:  Judge, there's no -- first of all,
 4     there's no question pending, Judge.
 5              And as I said before, there's other issues I want --
 6              THE COURT:  My question is, are we going to sit here
 7     for 40 minutes --
 8              MS. PINERA-VAZQUEZ:  We're going to --
 9              THE COURT:  -- accomplishing what?
10              MS. PINERA-VAZQUEZ:  We're going to see the entire
11     video.  Like I said, Judge, there's gaps in the video.  And I
12     believe my defense counsel also wanted to play the entire
13     video.  That's why I objected yesterday to not playing the
14     entire video.  I believe this jury is entitled to see the
15     entire video.
16              MS. VIAMONTES:  Your Honor, just to be clear, the
17     Government did move that video into evidence and the jury will
18     have the jury laptop where they can watch it in the jury room.
19              I just want to make it clear because certain statements
20     were made earlier.  They are free to see the entire video in
21     the jury room.
22              THE COURT:  All right, let's move it along, counsel.
23     We're not going to show the entire video.  If they want to see
24     it, they can.  Just move to the point that you want to go to.
25     We're not going to sit here and waste the jury's time.
```

1          MS. PINERA-VAZQUEZ:  Okay, Judge.  I object.

2          THE COURT:  Well, that --

3          MS. PINERA-VAZQUEZ:  I wanted to show a video, but I

4     understand the Court's ruling.

5          THE COURT:  Your objection is noted.

6          MS. PINERA-VAZQUEZ:  I just want to make sure.

7          THE COURT:  Your objection is noted, and it's

8     overruled.

9     BY MS. PINERA-VAZQUEZ:

10    Q.  So we're going to get to --

11         MS. PINERA-VAZQUEZ:  I'm figuring out how to work this,

12    Judge.  Sorry.

13    BY MS. PINERA-VAZQUEZ:

14    Q.  At this juncture, you still can't see how many people;

15    right?

16    A.  No, ma'am.

17    Q.  Now, 15:02:36, do you see that, the time?  That is 15:02:36

18    Zulu; right?

19    A.  Yes, ma'am.

20    Q.  Now, what happens?  There's a break; right?

21    A.  There's a break.

22    Q.  And it picks up when?

23    A.  When there's -- beginning to dump the packages.

24    Q.  Right.

25         But what's the time on there?

1   A.   15:38 Zulu.

2   Q.   So there's a 36-minute break that's not captured on the

3   camera; right?

4   A.   Correct.  That's our standard operating procedure.

5   Q.   Your standard operating procedure is to not tape certain

6   things?

7   A.   Correct.  So if we do a 10-hour mission, we can't come back

8   with 10 hours of video because someone has to watch and edit

9   all that video.  So we will record the tidbits that we believe

10  are important.

11       So when we initially thought this guy was a target of

12  interest, we started recording.  We recorded for a period of

13  time.

14       We stopped the cameras and continued to monitor him and, at

15  some point, they start dropping these packages overboard

16  unexpected.  So we go in and turn that camera back on and begin

17  recording once again.

18  Q.   Right.

19       So there came a point where you decided that they weren't

20  dumping anything over.  So, you stopped recording it; correct?

21  A.   Or they were most likely just going to stay going in one

22  direction for a period of time.  So they were going to be

23  cruising north, you know --

24  Q.   Right.  But we don't --

25  A.   -- 10, 15, 20 knots.  So there's no sense in getting

1   40 minutes of video of a boat just driving in the water.

2   Q.   But we don't know because we don't have those 36 minutes.

3        Those 36 minutes are missing from Part 1 of this raw

4   footage; right?

5   A.   True.

6   Q.   Okay.

7   A.   They're not captured here, but I -- you know --

8   Q.   I'm sorry?

9   A.   They're not captured here, but I saw them on the video

10  myself.

11  Q.   Right.

12       But they're not in the camera; correct?

13  A.   Our camera's still on the boat and the entire crew is

14  watching what this boat is doing.  We're just not recording it

15  to a videotape.

16  Q.   Right.

17       There's no recording.  36 minutes were chosen to be taken

18  out, correct -- or not recorded?  I'm right?

19  A.   Yeah, not recorded.

20  Q.   Right, not recorded.

21  A.   The recorder was turned off.

22  Q.   So now this is the part you said they -- when it picks up

23  after the 36-minute lapse, they're dumping something; right?

24  A.   Correct.

25  Q.   Now, how many people do you see on that boat?

1    A.  Well, it's still real fuzzy.  You'll see, as they start to

2    speed up, we'll get permission to go down to a lower altitude,

3    and then I believe we start counting five bodies after that,

4    five personnel.

5    Q.  I want you to tell me when you Count 5.  Okay?  Not what

6    you did.  When you count five.

7    A.  Okay.

8    Q.  That's the debris field that you were talking about

9    yesterday?

10   A.  Correct.

11   Q.  Now, can you see how many people are on that boat right

12   now?  Can you tell?

13   A.  I cannot tell offhand, no.

14   Q.  Okay.

15   A.  So there's at least four there you can see.

16   Q.  Okay.  Four people.  Okay.

17        That's a pretty big box; right?

18   A.  If you paused it back there, you could probably see all

19   five.

20   Q.  I'm sorry.

21        You said five?  Where do you see five?

22   A.  If you paused it -- if you go back right as they dump that

23   big -- there's a great silhouette with the back-lighting behind

24   them.  You could probably pick out all five after that big box

25   goes over.  You need to pause -- oh, missed it.

```
 1   Q.   Okay.  Now --

 2   A.   Certainly, more heads are popping up now.

 3   Q.   More than three?

 4   A.   Correct.  More than three.

 5   Q.   Now we go to -- they're taking off.

 6        Now, you're still pretty high; right?

 7   A.   We're still high.

 8   Q.   18,000 feet?

 9   A.   Somewhere between 10,000 and 18,000, yes.

10   Q.   The boat's going north, you said?

11   A.   Boat is going north.  There are logs to confirm that as

12   well.

13   Q.   Still going north; right?

14   A.   It went north all day.

15   Q.   Looks like a fuzzy -- you can see the wake, I guess,

16   behind the boat; right?

17   A.   Yeah.

18   Q.   What time is that?

19   A.   15:40 Zulu.

20   Q.   15:40:44; right?

21        Now, you can't see anything; right?

22   A.   Correct.

23   Q.   Lost the boat?

24   A.   He's still on radar.  We don't have the camera pointed at

25   it.  Right now, we're trying to reacquire the debris field with
```

 1   the camera.

 2   Q.   Right.

 3        So for the last nine minutes -- and I can play it if the

 4   Court permits me -- you're basically focused on the debris.

 5   You're not focused on the boat with the camera; right?

 6   A.   Correct.  However, our radar is still in contact.

 7   Q.   But your camera is not; right?

 8   A.   Correct.

 9   Q.   And we don't have both reports, reports of that radar;

10   right?

11   A.   There are no reports of the radar, correct.

12        I guess you might have to take my word.  I don't know.

13   Q.   So this whole time you were focused on the debris?

14   A.   Yeah.  Marking it in --

15        MS. VIAMONTES:  Objection, Your Honor.  This whole time

16   I don't know what counsel is referring to.

17        THE COURT:  Sustained.

18   BY MS. PINERA-VAZQUEZ:

19   Q.   The next nine minutes till the end of Part 1, you're

20   focused on the debris.  You're not focused on the panga; right?

21   A.   Well, I mean, we're still focused on both, because we

22   certainly don't want this boat that's cruising north at, you

23   know, 20 to 27 knots -- we don't want them to get away.

24        So we're monitoring the radar contact, watching it, while

25   also marking the debris field.  You know, we're -- that's why

```
 1    we have so many people onboard, so we can do multiple things at
 2    multiple time -- at the same time.
 3    Q.  But your camera is focused on the debris?
 4    A.  The camera is.  Yes.  That does not mean the entire crew is
 5    focused on the debris.
 6    Q.  And you'll agree with me that the next five minutes are
 7    focused on the debris?
 8    A.  Correct.
 9    Q.  So, then, I don't have to play the next nine minutes.
10            THE COURT:  Thank you.
11    BY MS. PINERA-VAZQUEZ:
12    Q.  So now there's a color change in the -- oh.
13        So let's go all the way down.  14:49.  There's the debris.
14    Keep going.  So up to 49.
15        Then you go back to this panga; right?
16    A.  Correct.
17    Q.  So let's go to -- huh.  Do I hit here?
18        So now we're going to go to Part 2 of the raw footage.
19        Okay.  Part 2 picks up at 15:49 Zulu; right?
20    A.  Correct.
21    Q.  And that's the panga that's going north?
22    A.  Correct.  Going north.
23    Q.  And how high are you flying at this point?
24    A.  I couldn't tell you offhand, but....
25    Q.  Over 10,000 feet?
```

```
 1  A.   It's still in the 10,000 to 18,000-foot window.

 2  Q.   And you're trying to be kept discreet and not be seen;

 3  right?

 4  A.   I'm in the process of trying to get permission to go lower

 5  from JIATF South.

 6  Q.   Right.

 7       But you have no idea whether or not this panga has seen

 8  you; right?

 9  A.   I mean, that -- well, the fact that they dropped their

10  packages and they're running now is an indication that I don't

11  need to be covert anymore.

12  Q.   But you're speculating, because you don't know?

13  A.   I don't know if they've seen me or not.

14  Q.   Now, these are the cumulus clouds I was talking about

15  before?

16  A.   Correct.

17  Q.   They're about, what, 15,000 feet?

18  A.   I couldn't make that as an estimate.

19  Q.   Well, you're above them; right?

20  A.   Correct.

21  Q.   You're above them; right?

22  A.   I could be lateral to them as well, depending on the

23  camera.  To me, it's pointing five degrees down.  So....

24  Q.   And you're flying between 10,000 and 18,000 feet?

25  A.   Sure.
```

1   Q.   And you haven't gotten permission to go down yet; correct?

2   A.   Correct.

3   Q.   And, obviously, you can't see the panga because you have

4   right now the clouds?

5   A.   True.  But as you mentioned before, the radar is still in

6   contact because the radar is not affected by the clouds.

7   Q.   Right.

8        The radar that we don't have reports; right?

9   A.   Yes, ma'am.

10  Q.   I don't want to spend ten minutes on the clouds.  More

11  clouds.  More clouds.

12       That's a propeller of the engine; right?

13  A.   Correct.

14  Q.   And throughout this time the camera picks up the boat,

15  loses the boat, is that right, because it gets off in the

16  cloud -- in the cloud?  See there's the boat again -- or there

17  is a boat.

18       And now -- what are you doing there?

19  A.   At times, when we do these logs here, the radar operator

20  needs to write stuff down.  And so he'll either turn the camera

21  over to someone else or the camera will just be pointing to

22  clouds or something like that for a few minutes while he's

23  writing stuff down.

24  Q.   Right.

25       So the same person doesn't operate the camera the entire

1   time?

2   A.   We have the potential for load-sharing, is what it's

3   called, where multiple people could -- you know, one person

4   could use the camera at some point and someone else could use

5   the camera at other points.

6   Q.   Okay.  With this specific mission, more than one person

7   operated the camera, as you just said; correct?

8   A.   We need to ask the camera operator.

9   Q.   But so then you assumed that the reason it was pointed

10  somewhere else is because someone else was doing the camera, as

11  you testified?

12  A.   Correct.

13  Q.   You didn't know?

14  A.   I didn't know.  I'm flying the plane.  I try to manage the

15  crew, but there's only so much I can do.

16  Q.   So, at this point, you really don't know who's doing the

17  camera -- who's actually doing the camera?

18  A.   I don't know offhand.  No.

19  Q.   So now whoever was using the camera finds a boat; right?

20  A.   Well, yes.  However, the reason why it's easy to locate

21  these boats through the clouds is that the radar tells them

22  exactly where it is.

23       The radar tells them, hey, down this bearing line 270.

24  When you go to the bottom of the video, that's the bearing line

25  at which, you know, the radar is telling them the same contact

1  is continuing to go north, continuing to go 20 knots.  That's

2  where he is.

3      So it's not like we're searching the entire ocean because

4  this vessel -- they know exactly where to point the camera

5  based on the radar.

6  Q.  The radar reports we don't have; right?

7  A.  I don't think there is such a thing as a radar report.

8  There are logs.

9  Q.  No radar logs; right?

10  A.  As the radar sweeps, you know, you have a radar report

11  every second, every sweep that it did.

12  Q.  So now that this -- this vessel gets lost in the clouds;

13  right?  There it goes.

14  A.  Those are really thin clouds.  You can almost see through

15  them.

16  Q.  Yeah.

17      So now -- these are just pictures of clouds; right?

18  A.  The contact's actually right in the center there.  It's

19  just hard to see.  It may look like a cloud, but it's, you

20  know, toward the center there.

21  Q.  I'm sorry.  What did you say?

22  A.  As you go back, you can see the contact is likely that --

23  there's a white dot in the center of the screen.

24  Q.  You're saying that the vessel's there?

25  A.  It appears, to me, but yeah.

```
 1    Q.   Well, where is the camera pointing?  Isn't it -- what is
 2    it?  Five -- no, 15 --
 3    A.   15 degrees, nose down.
 4    Q.   I mean, nine degrees?
 5    A.   That's 14 degrees, nose down.
 6    Q.   So that's not the sky?  You're saying that there's a vessel
 7    there?
 8    A.   So, see your IR analysis, now the water would be a dark
 9    color and the clouds are white.  So that's the infrared.  So
10    you're looking at the water right now even though it's not
11    blue.
12    Q.   So you're above the clouds.  Okay.  So there you go.
13         Now we have another break; right?
14    A.   Correct.
15    Q.   At 15:54:58?
16    A.   At this point, he's just going north at 20 to 27 knots, so
17    there's no reason to cut the video.
18    Q.   Okay.  Hold on for my question.  Okay?  I need to go back
19    because we need to make sure that this raw footage to make sure
20    how much of a break there is.
21         So, at 15:54:58, the camera stops; right?
22    A.   Yes, ma'am.
23    Q.   And now it picks up at 16:09.  You'll see it now in a
24    minute.
25         That's a 15-minute gap where there's no recording; right?
```

1   A.   Yes, ma'am.

2   Q.   You've got a 36-minute gap the first raw footage, the first

3   part; right?  And now you have a 15-minute gap in the second.

4        So now let's just move it forward.

5        So before that 15-minute gap that we saw, the drugs were --

6   the packages were dropped, right, before that 15-minute gap?

7   A.   Correct.

8   Q.   So this is just the vessel moving north.  So let me just

9   move it forward.

10        It's going pretty fast; right?

11  A.   Yes, ma'am.

12  Q.   What would you estimate the -- how fast it's going?

13  A.   20 knots.

14  Q.   Can you see how many people are on there now?

15  A.   I can't in this imagery.  But as the video continues, we

16  will be able to see.

17  Q.   Right.

18        But at this point -- every time I ask, I'm just asking you

19  at this point.  Okay?

20        At this point, you can't tell; right?

21  A.   No.  But there was five on there before and no one got on,

22  no one got off, because I had a radar contact that showed he

23  didn't slow or stop.

24  Q.   Right.

25        But, at this point, we can't tell how many and there's a

1    couple gaps.

2         So you can't tell how many are on there, right, at this

3    point?

4    A.   Not at this point.  No.

5    Q.   And you're still flying at between 18,000 and 10,000 feet?

6    A.   I believe we've now descended down and we're closer to the

7    target.

8    Q.   And here you can see better; right?

9    A.   Correct.

10   Q.   How many people do you see there?

11   A.   I can see at least five there.

12   Q.   Five people.

13        Again, just going north.  And still going; right?

14   A.   Still going north.

15   Q.   Let's go on to Part 3.  We're going to see now Part 3 of

16   the raw footage.

17        So it picks up at 16:18:44, and it's the same picture,

18   right, that we saw in Part 2; right?

19   A.   What do you mean, "same picture"?  You mean --

20   Q.   Can you tell how many people are on that panga right now?

21   A.   On this video -- or right at this moment, no.

22   Q.   And there you still can't tell how many people at this

23   moment; right?

24   A.   No.

25   Q.   Now, there the camera's pointing to the clouds?

1   A.   The camera's just righting itself so -- to indicate someone

2   is not holding on to the joy stick, controlling right now.

3   Q.   That nobody's sitting at the camera?

4   A.   They're still sitting there.  They're just not....

5   Q.   They're not using it?

6   A.   They're not using it.  They either let go of the joy stick

7   to write something down or....

8   Q.   Right.

9        But you're speculating because you don't know; right?

10  A.   Right.  Do not know.

11  Q.   More pictures of clouds.  Oh.

12       There is some sort of vessel; right?

13  A.   Yes, which I know to be the same vessel.

14  Q.   Now, is that orange thing, what is that?  Is that -- could

15  that be the Coast Guard vessel?

16  A.   What are you --

17  Q.   Right here, the little -- the orange.

18  A.   No.  It's just the wake of the vessel -- or the wake behind

19  the boat.

20  Q.   But that's the first time we see it orange; isn't it?

21  A.   The water appears a little bit orange; is that what you're

22  referring to?

23  Q.   Well, right -- the arrow -- that, right there, seems

24  orange; right?

25  A.   It still looks white to me.  The wake behind the boat seems

1    a little orange, maybe.

2    Q.   This part seems white and this part seems orange, or am

3    I --

4    A.   No, the other way.

5    Q.   Maybe I'm colorblind.  I don't know.

6         What color is that?

7    A.   That looks white, to me.  I mean, white in the picture.

8    But....

9    Q.   Now, why does it go from color to black and white?

10   A.   Because the different lenses -- the different cameras have

11   capabilities.  Only the wide-angle lens is in color.

12   Q.   So there is a vessel; right?

13   A.   Correct.

14   Q.   More clouds.

15        Back to the ocean; right?

16   A.   Correct.

17   Q.   More clouds.

18        And I believe that yesterday you explained that, at this

19   point -- there we clearly have a panga; right?  A lot more

20   clear?

21   A.   Yes, ma'am.

22   Q.   Is that because you're lower?

23   A.   Yeah.  We're continuing to descend.

24   Q.   Do you recall what your altitude is here?

25   A.   I don't recall.

1   Q.  Now, this is the -- it's in color because you said it's the

2   wide angle or...?

3   A.  Wide-angle lens.  Yeah.  We're trying to pan between the

4   Coast Guard intercept vessel and the target of interest.

5   Q.  And you said that this is -- what's this right here?

6   A.  That's the Coast Guard intercept vessel.

7   Q.  Excuse me.  So let me ask a question.

8       Now, for the first time all the identifiers that were on

9   there before, the Zulu time, why does it disappear?

10  A.  I don't know offhand.

11  Q.  Is that something that would be manually done?

12  A.  It can be manually turned off, yes.  But it was likely that

13  they -- I wouldn't want to speculate.

14  Q.  What is that EO/OW?  That's a camera; right?

15  A.  Yeah.  That's EO wide, so the camera that is color, the

16  wide-angle lens.

17  Q.  Right.  So that's --

18  A.  That's the Coast Guard intercept.  On the bottom left,

19  right by the cloud, is the --

20  Q.  And this is the other one; right?

21  A.  -- target of interest, correct.

22  Q.  Okay.  Let's talk a little bit about the Coast Guard

23  intercept that you said yesterday.

24      Was that the RIB that you mentioned?

25  A.  I don't know if it was a RIB.  I don't know if that's the

1    right terminology.  But, yeah, I believe that's what we call

2    them.

3    Q.  Like a zodiac; right?

4    A.  Kind of like a zodiac, yeah.

5    Q.  22 per zodiac.

6        And the Coast Guard Cutter *Mellon* has two zodiacs; right?

7    A.  Correct, yeah, two small boats.

8    Q.  And that's called a Mel-I and a Mel-II; right?

9    A.  I don't know what they're called -- or what they call them.

10   Q.  So this would be one of the zodiacs, for lack of a better

11   term, with -- chasing that panga; right?

12   A.  Yes.

13   Q.  In what direction are they going?

14   A.  North.  Well, the panga is still going north.  The

15   Coast Guard, you can see, is on an intercept course.  So

16   they're probably going 020, something like that.

17   Q.  So there they are right next to each other; right?

18   A.  They're not right next to each other.  They're miles apart.

19   Q.  By the way, about how much mileage is in between that?

20   A.  I wouldn't have a way to estimate that.

21   Q.  You have no way to know how far the zodiac is from the

22   panga?

23   A.  Not based on the video, no.

24   Q.  Okay.  Let's stop here.

25       Now we're going to hone in to -- what's that?  Do you know

1   what that is?

2   A.   That's a Coast Guard ship.

3   Q.   That's the cutter; is that right?

4   A.   Correct.

5   Q.   That would be the *Mellon* -- the United States Coast Guard

6   *Mellon*?

7   A.   Yes.

8   Q.   And do you know what that other dot is?

9   A.   I believe that'd be their second RIB.

10   Q.   Second one; right?

11        How far is this -- do you have any idea how far the

12   Coast Guard cutter is from the other panga -- the panga and the

13   other zodiac?

14   A.   I do not know offhand.

15   Q.   Pretty close.

16        Now that was the orange.  Is that the --

17   A.   I think you're seeing there there's just an orange tinge in

18   the camera.  You know, as the white water is created, it makes

19   it look orange.  Even some of the clouds there, they look a

20   little orange.

21   Q.   So I'm not colorblind?

22   A.   It's just the way the sun's glinting down on the clouds.

23   Q.   So would that tail be the tail of the panga or the tail of

24   the -- that's the zodiac; right?

25   A.   That's the intercept.  Correct.

```
 1   Q.   So it looks like that -- that orange right there, that's
 2   the zodiac, right, the intercept, what you called the boat?
 3   A.   Yeah.  The intercept vessel.
 4   Q.   The RIB.  Because here is the --
 5   A.   Panga.
 6   Q.   By the way, they're orange in color.  Those zodiacs are
 7   orange; right?
 8   A.   I don't know the color offhand.
 9   Q.   Have you seen this video?
10   A.   I've seen the video, yeah.
11   Q.   And you see the zodiacs on the video afterwards; right?
12   A.   Yes.
13   Q.   Okay.
14   A.   I mean, it's not something I really noted.  You know, it's
15   not --
16   Q.   Fair enough.
17        All right.  So this is a -- you're lower here; right?
18   A.   Correct.
19   Q.   Panga.
20        It goes back to the black and white.
21        And now that's, obviously, the airplane, right, and there
22   you have -- do you know what that is?  Is that the panga?
23   A.   I need to wait until we zoom out a little bit, but....
24   Q.   That's a panga; right?
25   A.   To me, it looks like that is the panga on the upper side
```

1   there.

2   Q.   Right.

3        The panga's on top and that's the Coast Guard.   You can't

4   tell which one.   But the one on the bottom is the RIB, right,

5   the zodiac?

6   A.   Correct.

7   Q.   It's going to intercept this panga right here; right?

8   A.   Well, they're going to attempt it.

9   Q.   They're going to attempt.

10       You can clearly see the amount of people there now on this

11  panga; right?

12  A.   Yeah.   It's still under.   The panga is traveling at, you

13  know, 25 miles an hour in the water.

14       You can clearly see more people on there.

15  Q.   More people there.

16       And now -- was that the Coast Guard cutter that I saw

17  there?   Go back.

18       That's the Coast Guard cutter right there; right?

19  A.   I couldn't --

20  Q.   Do you see the Coast Guard cutter?

21  A.   I couldn't see it.   It was --

22  Q.   Right there?   Right here?   Is that the cutter or not?

23  A.   I think that's just a reflection of -- or a shadow of a

24  cloud.

25  Q.   So there he's going.   You see the amount of people on this

1    panga.  Go forward.  Okay.  No doubt, there's more people.

2    A.   So the mission yesterday, when you're down in the lower

3    altitudes --

4    Q.   You got permission to go down to the lower altitudes?

5    A.   -- it's harder to get the camera on because you're closer

6    to the target.

7    Q.   And that's the plane; right?

8    A.   Correct.

9    Q.   And you're trying to get everything in one frame.  I think

10   that's what you testified yesterday; right?

11   A.   Well, at this point, I'm maneuvering down to try to get the

12   vessel to stop.

13   Q.   Oh.  Is that when you do that -- what did you call it?

14   A.   The rig?

15   Q.   Yeah.  Rig.

16        So what's in the distance right here?  What's that?  Do you

17   know what that is?

18   A.   I don't know.

19   Q.   You don't know what that is; right?

20   A.   Not offhand.

21   Q.   Okay.

22   A.   My camera operator couldn't keep up with it.

23   Q.   You saw something over here on this side; right?

24   A.   Yeah.  That's one of the two boats.  And the way the

25   aircraft is turning, it's likely the panga.  So when we go down

1    to do these rigs, the camera is not the primary source anymore.

2    And so the camera is less important, which is why it's

3    sometimes looking at the wheel well and things like that.

4    Q.   It looks like the Coast Guard zodiac has caught up to this

5    panga.

6    A.   Right.  They're right behind them.

7    Q.   Right.

8    A.   But they're not slowing or stopping.

9    Q.   They haven't slowed down yet.  We're in Part 3.

10          MS. PINERA-VAZQUEZ:  Judge, I don't know if you want to

11    take a break at this time?

12          THE COURT:  Nope.

13          MS. PINERA-VAZQUEZ:  What's your schedule?

14          THE COURT:  Nope.

15          MS. PINERA-VAZQUEZ:  Okay.  Not a problem.

16    BY MS. PINERA-VAZQUEZ:

17    Q.   Okay.  Let's go to Part 4.

18          So Part 4 picks up at 16:33; right?

19    A.   Correct.

20    Q.   And there you can see how many people are on the boat;

21    right?

22    A.   Yeah.  It's still tough, because they're moving so quickly,

23    but --

24    Q.   Right.

25          A lot more clearer than the --

 1   A.  Much more clearer, certainly.

 2   Q.  And you see that this person here is driving the boat from

 3   the back; right?

 4   A.  It does appear to be.

 5   Q.  And here you can see clearly there's two engines.  A lot

 6   better with vision; right?

 7   A.  Yes.

 8   Q.  Now, what land mass is to the north of the boat?

 9   A.  Mexico.

10   Q.  Mexico.  Okay.  All right.

11       So they're still going forward.  The jury can see this in

12   the back.  Let me just go forward.

13       The cameras are on it all the time; right?  Do you know

14   what that is right there?

15       Is that just a picture from far away of the panga?  Did you

16   see that?

17   A.  Yeah.  That's the two boats still chasing each other down.

18   Q.  They're catching up; right?  There's the --

19   A.  Slowly they are catching up.

20   Q.  That's the Coast Guard; right?

21   A.  Correct.

22   Q.  Okay.  So there it is going up....  That's the tail of the

23   Coast Guard catching up.  Moving forward.

24       Now, you obviously didn't have to shoot for this panga to

25   stop; right?

```
 1    A.   I don't have anything I can shoot.

 2    Q.   Okay.  You don't have any weapons onboard?

 3    A.   Correct.

 4    Q.   No handguns?  No machine guns?  Nothing?

 5    A.   Nothing.

 6    Q.   And you know that the zodiac didn't have to shoot for this

 7    panga to stop; right?

 8    A.   Correct.

 9    Q.   Okay.  You're pretty low there?

10    A.   Correct.

11    Q.   About how high?

12    A.   200 feet.

13    Q.   That's that rig maneuver you did?

14    A.   Correct.

15    Q.   So there we have --

16    A.   So after we completed the rig, the boat stopped.  And it

17    takes us a little bit to open up and -- the camera when you're

18    that close is -- you know, it's like trying to take an action

19    shot of someone running right in front of you.

20         So as you get at a greater distance, it's easier to snap a

21    photo.  So now that we're at a greater distance, it's easier

22    for us to keep position and see both vessels.

23    Q.   They were just trying to get a boat; right?

24         So that's the zodiac stopping the panga; right?

25    A.   Correct.
```

1   Q.   And --

2   A.   Or stopping at the panga.

3   Q.   Right.   They stopped the panga.

4        Now, you go away from them.   They're stopped.   The zodiac

5   stops the panga; right?

6   A.   Correct.

7   Q.   And you go away from --

8   A.   We stay and monitor the initial -- the first Coast Guard

9   boat there just to kind of keep eyes on from above, see what

10  happens, make sure they're taken care of.   And then we're asked

11  to go to relocate the debris field.

12  Q.   And the debris field you said was about 30 miles.   Is that

13  what your testimony was?

14  A.   Correct.

15  Q.   And when you say nautical miles, how does that translate to

16  regular miles?

17  A.   So nautical miles -- it's hard for us -- so 5,280 feet

18  would be a statute mile.   That's hard math to do sometimes when

19  you're in the air.   So nautical miles are based on 6,000 feet.

20  So 2,000 yards is a nautical mile.

21  Q.   Okay.   I was not a math major.

22       2,000 yards is how many miles, like regular miles?   Like

23  when I run, I run 3.2 miles.

24  A.   Yeah.   So 1 nautical mile or it would be 1.1 statute mile.

25  Q.   1.1.   Okay.

1  A.   Or something near there.  You know?  It doesn't convert

2  exactly, but....

3  Q.   Okay.  And so that would be about 32, 33 miles.

4       And you said you have a vision of how much in your plane?

5  A.   With what?  Sensor?

6  Q.   The field of vision is how far?

7  A.   What sensor?

8  Q.   Your field of vision, how far can you see?

9  A.   On my camera or...?

10 Q.   Yeah.  Camera.

11 A.   It's based on the horizon for the day.  If you can see -- I

12 can see the horizon right there.  Based on the coverage of the

13 earth from that altitude, it's probably somewhere like 30 miles

14 or something like that.

15 Q.   Right.

16 A.   It's all based on the environmental conditions, the

17 altitude of the aircraft.

18 Q.   And now we're back to the panga that was stopped?

19 A.   Correct.  We never left.  We just didn't have the camera on

20 it.

21 Q.   All right.  So let me just go through it.

22       And you have no idea where that other zodiac is; right?

23 A.   I do not.  It's probably on my radar, but I had no reason

24 to note where he was.

25 Q.   Right.

1      There you can see everybody very clearly that's on this

2   panga; right?

3   A.   Right.

4   Q.   They do the boarding.  You don't see anybody objecting to

5   the boarding; right?

6   A.   I'm not an expect on that.  I would not know whether

7   they're objecting or not.

8   Q.   Well, nobody's fighting; right?  You don't see anybody

9   throwing any punches or anything; right?

10  A.   No.  I --

11  Q.   Right?

12  A.   I do not see that.

13  Q.   Let's get to Part 5.

14       MS. PINERA-VAZQUEZ:  We're almost done, Judge.  One

15  more part.

16  BY MS. PINERA-VAZQUEZ:

17  Q.   Part 5 starts recording at 10:48; right?

18  A.   16:48.

19  Q.   Yeah.  I'm sorry.  16:48.  Still morning.

20       And then it stops; right?  No?

21       And then it stops, like the other ones; right?  And it

22  picks up at 17:08.  So there is a 15-minute lapse in the

23  recording; right?

24  A.   Yep, that's why we were --

25  Q.   I'm sorry.  Not 15.

1       20-minute lapse?

2    A.   We were transiting back to the debris field, there was

3    nothing to record during that time.

4    Q.   It's missing from the report; right?

5    A.   I mean, there's no reason to record anything.  What would

6    we record?

7    Q.   But my question is not whether there was a reason or not,

8    it's missing; right?

9    A.   Yeah.  There is no coverage -- there is -- we did not

10   record during that time.

11   Q.   Okay.  Thank you.

12       So right now we have three areas that were -- that there is

13   no recording.  The first part, which was 36 minutes; right?

14       The second part, which was 15 minutes, and now the fifth

15   part, where there's 20 minutes?

16   A.   Yes, ma'am.

17   Q.   Okay.  So then -- so here the debris is located.

18       You're focusing on the debris; right?  None of this is

19   really necessary either because you're just doing the ocean;

20   right?

21   A.   Yeah.  We're trying to locate the debris field using the

22   camera.  So....

23   Q.   So you felt that this was necessary and kept the camera on;

24   right?

25   A.   My sensor operator felt it was necessary.  Yes, ma'am.

1    Q.   And there's the debris; right?

2    A.   Correct.

3    Q.   Okay.  They felt this was necessary; right?

4    A.   Oh, we'll have to ask him that.

5    Q.   Okay.  Well, you testified that the other parts weren't

6    necessary.  So I would think you'd know if this was necessary;

7    right?

8    A.   Yeah.  My sensory operator, he's the one who turns on the

9    recording, does a -- you know, starts and stops the recording.

10   If I need to direct him, I can.  But....

11   Q.   There's the debris.  That's necessary; correct?

12   A.   Absolutely.

13   Q.   More ocean, more ocean.

14        Now, interestingly, you're looking for something; right?

15   A.   Well, we had located the debris field.

16   Q.   But you're still out there with a camera taking it.  So,

17   really, you could have just erased it because it doesn't seem

18   on your terms that it's necessary.

19        But, obviously, the operator thought it was necessary

20   because they're still taping it; right?

21        MS. VIAMONTES:  Objection, Your Honor.  Calls for

22   speculation.

23        THE COURT:  Sustained.

24   BY MS. PINERA-VAZQUEZ:

25   Q.   Still looking for something in the ocean?

 1   A.   Yeah.  I wouldn't know what my sensor operator is, you

 2   know, believing that he's recording here.  He may have just

 3   forgot to turn off the recorder.

 4   Q.   Well, you're looking at this camera, too; right?

 5   A.   I can see it, but just because I see it --

 6   Q.   And you're flying the plane?

 7   A.   Yes.  But I see it when it's recording or not.  So I see it

 8   all the time.

 9   Q.   And you're flying the plane?

10   A.   Correct.

11   Q.   So who's telling you where to go?

12   A.   I have a navigator.  But I also can look outside the window

13   and know which direction to go.

14   Q.   So what are you doing?

15   A.   Flying around the debris field while the people in the back

16   are communicating to JIATF South.

17   Q.   Right.

18        But there's no debris here.  So you're not in the debris

19   field.  You're away from the debris field; right?

20   A.   Well, I mean, it's relatively small in this gargantuan

21   ocean, so we have to do our orbits around it.

22   Q.   And look, you're focusing in.  What are you looking for

23   there?

24   A.   He may have thought he saw another package.

25   Q.   Or he might have seen another boat; right?

```
 1            MS. VIAMONTES:  Objection, Your Honor.  Speculation.
 2            MS. PINERA-VAZQUEZ:  He's assuming that he saw another
 3   package, Judge.  I'm just questioning.  He could have also
 4   found -- seen another vessel.
 5            THE COURT:  Sustained.
 6            THE WITNESS:  You see these little glints of --
 7   occasionally, the water -- the way the white water turns over?
 8   It makes it look like there's something there that might be a
 9   package.  One of the smaller pieces had drifted away.
10   BY MS. PINERA-VAZQUEZ:
11   Q.  So do you know how far this is from the debris field?
12   A.  This is in the vicinity of the debris field.
13   Q.  And what does "in the vicinity" mean?
14   A.  To me, that probably means within two miles.
15        Right there you see some water that came up.  It kind of
16   looked like maybe it was something, but then it drifts away and
17   there's nothing there.  It's probably an animal or something
18   that --
19   Q.  Maybe it's a whale.  It actually looks like a whale.
20   A.  Could have been.
21   Q.  Are there whales there in that area?
22            MS. VIAMONTES:  Objection, Your Honor.  Relevance.
23            THE WITNESS:  I don't know.  We see lots of marine
24   mammal life in this job.
25
```

```
1    BY MS. PINERA-VAZQUEZ:

2    Q.   Is that infrared?

3    A.   That is.

4    Q.   Now, what are you trying to do here?

5    A.   We're still orbiting around the debris field.

6    Q.   So you're basically going around the debris field; is that

7    right?

8    A.   Yeah.  We're flying around the debris field.  By this time,

9    we've probably communicated with the Coast Guard and they have

10   sent their second RIB down.

11        So we're now waiting at the debris field, looking for -- or

12   waiting for that Coast Guard vessel to get there.  You can see,

13   there's no other boats around or anything that we've got to be

14   worried about.  So that's why we're just orbiting around here.

15   Q.   But you haven't seen the second RIB yet; right?

16   A.   We have not seen it yet.  No.  We don't want to lose the

17   packages, though.  We want to stay kind of on top of them or

18   near them.  So we'll orbit in that area waiting for that Coast

19   Guard vessel to come.

20   Q.   You have no idea where the second RIB is; right?

21   A.   I can see them on radar coming down towards us.

22   Q.   You're looking at --

23   A.   But he starts 27 miles -- you know, somewhere around

24   30 miles north of us.  So it's going to take -- I can get down

25   there -- at 250 miles an hour, I can get down there quickly.
```

1  It's going to take him almost an hour to get down there.

2  Q.  Right.

3      And you can see the second RIB or your testimony is that

4  you can't see the second RIB?

5  A.  Not on the video.

6  Q.  No.  You.  You.  You're looking out.  You can see a second

7  RIB?

8  A.  Not with the naked eye.  With the radar, I can see it.

9  Q.  But you can't see it regular; right?

10 A.  No.  Once he gets much closer, I can see it visually.

11 Q.  So the radar can capture more than one vessel at a time; is

12 that right?

13 A.  Correct.  So the camera can only see one thing.  And

14 yesterday, when we talked about that, you know, you thought he

15 could theoretically see 100 contacts.  That's because the radar

16 can track multiple contacts all at the same time.

17 Q.  And the vessel can follow multiple contacts at the same

18 time; right?

19 A.  The -- I'm sorry.

20 Q.  The radar.

21 A.  The radar can track multiple, yes.

22 Q.  Tracking.  And you or whoever -- actually, you're not

23 monitoring the radar.

24     Whoever's monitoring the radar elects which track they're

25 following; right?

1    A.   No.   They follow them all.

2    Q.   Oh.   They follow them all?

3    A.   That's what I'm saying.   They can follow all of them

4    simultaneously.

5    Q.   So there could be more than five targets of interest on the

6    radar at the same time?   That's a possibility?

7    A.   Well, they wouldn't be targets of interest.   There could be

8    five vessels total.   But....

9    Q.   Perfect.   All right.

10        So, then again, this is still just more ocean; right?   It

11   looks like it's looking for something there; right?

12   A.   Correct.   So when these debris fields go out, they don't

13   always stay together.   Small, little pieces drift away.   So

14   we're just wanting to make sure, if there's any small, little

15   pieces that had drift away, we can tell the Coast Guard they're

16   there and they can pick them up as well.

17   Q.   And you said that the second RIB is about an hour away,

18   according to the radar?

19   A.   Initially, when -- well, initially, when they departed from

20   there -- the cutter -- they were an hour away.   At this point,

21   I would have to look at the Zulu time and figure out how far

22   away it is.

23   Q.   Still looking for something.   Nothing there; right?

24   A.   I mean, these packages -- some of these that drift away are

25   the size of a shoebox.   They're difficult to find, so they keep

1    on searching.

2    Q.   Would the radar pick them up?

3    A.   Probably not a shoebox size, no.

4    Q.   Well, these weren't shoebox sizes.  They were bale sizes.

5    A.   The big bales, the radar can pick up.  But we're looking

6    for these -- now these little pieces that have drifted away.

7    We found the main debris field.  Now we're looking for any

8    small, little boxes that might have drifted away.

9    Q.   Right.

10        And since your vector machine was broken, you didn't have

11   the vector coordinates; right?

12   A.   Not --

13        MS. VIAMONTES:   Objection, Your Honor.  Objection.

14   Facts not in evidence about a vector machine that was broken.

15        MS. PINERA-VAZQUEZ:   He testified that, before he took

16   off, the vector machine --

17        THE WITNESS:   Elevation data.

18   BY MS. PINERA-VAZQUEZ:

19   Q.   Which are vectors; right?

20   A.   Not really.  They're something separate.

21   Q.   Oh, I'm sorry.  I thought you testified that the vectors

22   had to do with elevation data.

23   A.   No.  The elevation data just tells me the latitude and

24   longitude and where the camera is looking.

25   Q.   So what machine was broken before you took off from

1   El Salvador?  What machine was not functioning?

2       Maybe "broken" is an inappropriate word.

3       What machine was not functioning?

4   A.  I mean, the DDIU is a box that controls the elevation data.

5   Q.  And it was not functioning; right?

6   A.  It was not functioning.

7   Q.  All right.  So it just keeps going, and it's just more

8   ocean; right?

9   A.  Yep.  Continues with --

10  Q.  And we are done with the Part 5.  Okay?

11      MS. PINERA-VAZQUEZ:  Can we turn on the lights, please.

12      Thank you.

13  BY MS. PINERA-VAZQUEZ:

14  Q.  I appreciate your patience in going through the five parts.

15  A.  Yes, ma'am.

16  Q.  And then the last thing is, there was a sixth part that you

17  testified was destroyed.

18      So we can't show the jury; right?

19  A.  A portion of that sixth section is in the small, truncated,

20  six-minute video.

21  Q.  Let me clarify --

22      MS. PINERA-VAZQUEZ:  May I approach, Your Honor?

23      THE COURT:  All right.

24  BY MS. PINERA-VAZQUEZ:

25  Q.  So yesterday you testified about this map, which is a --

1    what are these maps called?

2    A.   That's a nautical chart.

3    Q.   Okay.

4    A.   So the numbers on there are depths.

5    Q.   So the nautical chart has those two pins.

6         And you testified that the green pin was where the panga

7    was docked?

8    A.   Correct.

9    Q.   And the gray pin is what?

10   A.   Is where we initially located the target of interest.

11   Q.   I'm sorry.  The what?

12   A.   The target of interest where we initially located it -- the

13   panga -- is at the gray pin.

14   Q.   So what's the mileage in between the gray pin and the green

15   pin?

16   A.   I didn't do that math.  We can figure it out.  It's

17   probably somewhere -- roughly 30 miles.

18   Q.   So 30 miles would be -- I mean, because it looks pretty

19   close on the map; right?

20   A.   Correct.

21   Q.   But 30 miles is, like, from Key West to Big Pine, more or

22   less; right?

23   A.   I don't know offhand.

24   Q.   You're not familiar with Key West?

25   A.   Not with Key West.

1    Q.   The Keys?

2    A.   I'm not.

3    Q.   But 30 miles is a pretty wide distance.  It's not like they

4    were right next to each other.  It took about an hour

5    and-a-half to two hours to stop; right?

6    A.   Correct.  In ocean terms, 30 miles is not that close.

7    Q.   Right.

8         And you were in the air for about two hours?

9    A.   Before I got to the --

10   Q.   No, no.

11   A.   -- target of interest?

12   Q.   During this entire time when you were taping.

13   A.   Correct.

14   Q.   This was not a ten-hour mission.  Basically, a two-hour

15   mission.  Right?

16   A.   No.  From the time we took off to the time we landed, it

17   was near 10 hours, the actual --

18   Q.   All right.

19   A.   Nine and-a-half hours I think it was.

20   Q.   Okay.  I'm done with -- you said you returned to the base

21   that was 580 miles from where you were at?

22   A.   Yes.  My return was approximately 580 miles west of

23   El Salvador.

24   Q.   And you were close to running out of gas, keeping in mind

25   the distance you still had to travel; right?

```
 1   A.   Correct.

 2             MS. PINERA-VAZQUEZ:  Could I have a moment, Your Honor?

 3             THE COURT:  All right.

 4             MS. PINERA-VAZQUEZ:  I have no further questions at

 5   this point.  And thank you for allowing me to play the five

 6   parts of the video.

 7             THE COURT:  All right.  Let's go ahead and take our

 8   morning recess for about ten minutes.

 9             JUROR FIVE:  Excuse me, Judge.  Are we allowed to

10   discuss anything?

11             THE COURT:  No, no.  Not until all the evidence is in.

12             (Jury exited the courtroom at 10:21 a.m.)

13             (Recess taken from 10:21 am to 10:35 a.m.)

14             (Jury entered courtroom at 10:35 a.m.)

15             THE COURT:  Please be seated.

16             Who's up next?

17                         CROSS-EXAMINATION

18   BY MR. ABRAMS:

19   Q.   Good morning, sir.

20   A.   Good morning, sir.

21   Q.   My name is Stew Abrams.  I represent Mr. Garcia-Solar.

22        You and I have never met before, have we?

23   A.   No, sir, we have not.

24   Q.   I'm going to try real hard to not be overly repetitive of

25   any of the questions you've been asked already.  I believe
```

1    Ms. Pinera was very thorough.

2         Now, you're on approximately a 10-hour mission on

3    October 18, 2016; is that right?

4    A.  Yes, sir.

5    Q.  Flying the P-3 that you've been asked a lot of questions

6    about?

7    A.  Yes, sir.

8    Q.  Okay.  And as part of your mission in the P-3, when you're

9    doing surveillance, you're trying to be as covert as possible,

10   at least initially; is that right?

11   A.  Yes, sir.

12   Q.  And the aircraft that you're flying is -- I know it's got

13   the Navy insignia, but essentially it's a silver aircraft;

14   right?

15   A.  Yes, sir.  It's gray.

16   Q.  Well, gray.  I'll put it up.  This is Government Exhibit 5.

17        Kind of gray in color; right?

18   A.  Yes, sir.

19   Q.  And it flies the Navy insignia on the side and says "Navy"?

20   A.  Yes, sir.

21   Q.  And I believe you testified yesterday that it says "Navy"

22   under the wing as well as on top of the wing; is that right?

23   A.  Yes, sir.  And that same emblem with the star and the blue

24   and red symbols that's on the underside of the wing and topside

25   of the wing as well.

1    Q.   Now, typical law enforcement that you associate with the

2    interdiction of drugs and aliens in the Caribbean as well as

3    the Pacific where you were is Coast Guard; isn't that right?

4    A.   Yes, sir.

5    Q.   Now, the Coast Guard vessels are a little more blatant, I

6    guess, in terms of their presence than -- or a little more

7    outstanding in presence than the Navy; is that right?

8    A.   I mean, I wouldn't -- I don't know exactly how, you know,

9    blatant the Coast Guard is --

10   Q.   All right.  Well --

11   A.   -- when they try to maintain covertness or not.  But....

12   Q.   Well, in other words, the reason I say that, the

13   Coast Guard vessels are generally -- for example, a Coast Guard

14   helicopter's generally a bright orange; is that right?

15   A.   Correct.

16   Q.   The Coast Guard vessels generally have the striped insignia

17   on the side; right?

18   A.   Yes, sir.

19   Q.   And marked "U.S. Coast Guard"; right?

20   A.   Yes, sir.

21   Q.   Your aircraft, although it bears the Navy insignia, pretty

22   much blends in with a lot of other aircraft that fly?

23   A.   Potentially.

24   Q.   Now -- and when you were flying on October 16th, you're

25   somewhere between a mile and-a-half and two miles up; is that

1    right?

2    A.  Yes, sir.

3    Q.  Now, when you first encountered -- and I'm not going to

4    show you anymore videos.  All right?

5        But when you first encountered the target of interest in

6    our case, well, this was after you had noticed or observed many

7    other targets -- or I shouldn't say "targets" -- other boats?

8    A.  Yes, sir.

9    Q.  How many boats?

10   A.  We probably had looked at 10 boats before we found this

11   one.

12   Q.  And you have a certain type of boat that you target; is

13   that right?

14   A.  The panga is something we look for because it's typically

15   used by drug smugglers.

16   Q.  Oh.  And --

17   A.  But fisherman use the panga as well.  So....

18   Q.  Exactly.

19       I was going to say there are many -- the boat that you

20   described, I believe you said 23 to 28 feet long; is that

21   right?

22   A.  Correct.

23   Q.  Multiple engines; right?

24   A.  Those are some of the things we look for.  But, you know,

25   panga, like I said, is a regional thing.  That's -- you know,

1    that's just kind of a standard boat.

2    Q.   And you know from your experience that that kind of boat is

3    pretty typical for fishing boats in the region that you were

4    patrolling?

5    A.   Correct.

6    Q.   That includes Mexico?

7    A.   Correct.

8    Q.   El Salvador, where you were based at this particular time?

9    A.   Yes.

10   Q.   And other countries in between?

11   A.   Yes, sir.

12   Q.   Now, when you -- and you decided that you were going to

13   look at the particular boat, and this is the one that you saw

14   in Part 1.

15        You were approximately a mile and-a-half, two miles up and

16   you overflew or orbited that vessel; correct?

17   A.   Yes, sir.

18   Q.   Trying to stay covert; right?

19   A.   And if you look at the logs, the initial indication is that

20   that boat was traveling at a high rate of speed.  And it's

21   logged as such.

22   Q.   And you went down to take a look at that -- well, but you

23   took a look at that boat through your cameras?

24   A.   Correct.

25   Q.   You determined that the boat had multiple engines?

1   A.   Correct.

2   Q.   Could you tell whether the engines were the same size?

3   A.   I could not tell.

4   Q.   And Ms. Pinera had asked you if you were able to tell the

5   horsepower or make, model of the engines, and you said you

6   couldn't; correct?

7   A.   No, sir.

8   Q.   It's fair, it's a-mile-and-a-half, two miles up; right?

9   A.   Yes, sir.

10  Q.   Now, you said that you didn't see fishing equipment; right?

11  A.   Correct.

12  Q.   And you were asked a lot of questions about that, and you

13  said that, had there been nets on the vessel, you would have

14  been able to see them because they would have created a

15  contrast in the colors that you saw on the camera; is that

16  right?

17  A.   Yes, sir.

18  Q.   But you didn't see any of that?

19  A.   We did not.

20  Q.   Now, you did see three people?

21  A.   Yes, sir.

22  Q.   And you -- and there was some going back and forth, also,

23  about whether or not there were other people that were also on

24  the boat; right?

25  A.   Yes, sir.

1   Q.   And that was because you saw that there was a tarp on the

2   vessel?

3   A.   Yes, sir.

4   Q.   And it was a blue tarp?

5   A.   Well, we couldn't tell the color because the video was in

6   black and white.

7   Q.   Now, when you talked about their being additional

8   individuals, other than the three that you initially observed,

9   that's based on what happened later, like we saw in Parts 3, 4

10   and 5 of the video; is that right?

11   A.   Yes, sir.  As the video progressed, we started to notice

12   there was more than three, and we would call those out as a

13   crew.  We'd say, "Hey, I think there's a fourth one on there."

14   A few minutes later, "Hey, I definitely see a fifth," you know.

15       And this kind of progressed until -- you know, at the end,

16   we believed there were six.  And then, once the vessel stopped,

17   we counted very clearly seven.  It's kind of a process that

18   we've got there.

19   Q.   Part 1 of the video we saw three?

20   A.   Yes, sir.

21   Q.   Part 5 of the video, when the Coast Guard boarded the

22   vessel, we saw seven?

23   A.   Yes, sir.

24   Q.   So when you talk about other people being under the tarp

25   when you first saw the boat -- in Part 1, when you first

1   overflew the vessel and you talked about others, that was based

2   upon what happened later, not upon what you initially observed?

3   A.   Yes, sir.

4   Q.   Now, just as there was the possibility of other individuals

5   under the tarp when you observed Part 1, is your camera

6   equipment going to be able to see nets or fishing equipment

7   under that same tarp which could have been concealing people?

8   A.   No.   If there was fishing equipment under the tarp, we

9   would not have seen it.

10  Q.   So, then, as you are looking at Part 1, you don't know

11  whether there is or isn't fishing equipment on that boat?

12  A.   Yeah.   We don't know for sure.   But there was enough

13  indicators on this boat to make us think that something was not

14  right.

15  Q.   Okay.   There could have been; right?

16  A.   Could have been a fishing boat?

17  Q.   Fishing equipment.   Fishing equipment.

18  A.   It could have been.

19  Q.   Okay.

20  A.   And we would have -- and things like this happen all the

21  time.   We look and, hey, it looks like stuff's, you know,

22  illicit and then, as we continue looking, we find, oh, no, he's

23  got a bunch of poles and he's dropping something in the water.

24  And then we depart the area.

25  Q.   Okay.

1    A.   In this case, the data just continued to reinforce that

2    something illicit was going on.

3    Q.   And just as there may have been fishing equipment, there

4    may or may not -- and, again, I'm talking about initially,

5    Part 1 -- may have been other people, may not have been other

6    people; right?

7    A.   Yes, sir.

8         MS. VIAMONTES:   Objection, Your Honor.

9    BY MR. ABRAMS:

10   Q.   Now, you kept notes; right?   You kept some notes as you

11   were making some observations?

12   A.   I didn't keep the notes.   My radar operator kept the notes.

13   Q.   Did you write anything down yourself?

14   A.   No, sir.

15   Q.   By the way, did you ever find the tarp?

16   A.   No, sir.

17   Q.   The boat that was stopped in -- with these gentlemen on it

18   in Part 5 of the video when the Coast Guard approached them,

19   was there a tarp onboard that boat?

20   A.   I didn't see one.

21   Q.   Now, you watched in Part -- I guess it was Part 1,

22   Part 2 -- during the jettison of items from the boat that you

23   overflew in Part 1; right?

24   A.   Yes, sir.

25   Q.   Did you see a tarp thrown over?

1    A.   By the time the video started, you know, the tarp was

2    likely already gone.

3    Q.   Well, you've described -- or I believe you said that the

4    tarp was pulled back.

5    A.   So in the initial Part 1, when they're going very slow, you

6    can see they're adjusting the tarp.  They're trying to tuck it

7    in or something.  It's kind of flying in the wind.  They're

8    trying to tuck it in and get it a little -- taken care of, I

9    guess.

10         And then later on in the video they start dumping the drugs

11   and that's when I can assume that the tarp got thrown

12   overboard, but I didn't specifically see it.  I didn't note to

13   myself there goes the tarp.

14   Q.   And it's not on the camera?

15   A.   It is not.

16   Q.   And there are parts that you described that were -- of this

17   incident that were not recorded; right?

18   A.   Correct.

19   Q.   But between you and -- I guess there were nine other people

20   onboard; correct?

21   A.   Yes, sir.

22   Q.   Even when the camera wasn't on, you were watching?

23   A.   Correct.

24   Q.   To the best of your knowledge, you don't recall a tarp

25   being thrown off the boat?

1   A.   Yeah.   I did not have a reason to note that a tarp was

2   being thrown off the boat.

3   Q.   When you returned -- well, let me not jump ahead.

4        You followed the boat and then returned to the debris field

5   so you could mark -- I guess mark it by flying over or

6   something; is that right?

7   A.   Yes, sir.

8   Q.   When you flew over that debris field, did you observe a

9   tarp?

10  A.   No, sir.

11  Q.   When you later returned to the debris field -- and when I

12  say "later," this is after the boat with these gentlemen was

13  stopped by the Coast Guard -- did you locate a tarp?

14  A.   No, sir.

15  Q.   To the best of your knowledge, was a tarp located onboard

16  the boat that these seven gentlemen were on?

17  A.   I wouldn't have a way to know that for sure.   So I don't

18  have any expertise there.

19  Q.   When you were overflying the boat that these seven

20  gentlemen were on, after it was stopped by the Coast Guard, did

21  you observe a tarp?

22  A.   I did not observe a tarp.

23  Q.   Did you see anything -- when we saw in the video packages

24  being thrown over the sides, did you see anything thrown off

25  the bow?

 1    A.   No, sir, I did not.

 2    Q.   Did you observe at any time the vessel that jettisoned the

 3    packages being washed down by the crew?

 4    A.   Washed down...?

 5    Q.   Things being dumped, cleaned.  You know, you're in the

 6    Navy.  You guys wash down things all the time.

 7    A.   Yes, sir.

 8         No.  I mean, I didn't see -- I didn't note anybody dumping

 9    a liquid or anything like that.

10    Q.   Okay.  By the way, is your radar equipment able to detect

11    the -- or do you have equipment -- I know you've got some real

12    sophisticated stuff on your plane.  And you said that the boats

13    that you are interested in are between -- one of the things

14    that you look for are boats between 23 and 28 feet long.

15         The vessel that you observed dumping, were you able to

16    determine how long that vessel was?

17    A.   I believe that the logs show it was 26 feet, somewhere in

18    that --

19    Q.   Is that something that you observed or were able to tell

20    from the equipment on your boat?

21    A.   You can tell from the equipment on our aircraft, but not

22    something that I personally observed.

23    Q.   And what equipment was utilized on your boat to determine

24    the length of that vessel?

25    A.   That's a mode of radar that we have.

```
 1   Q.   Okay.  And that determined the length of the boat?

 2   A.   It does determine lengths of boats, yes, sir.

 3        MR. ABRAMS:  I have no further questions, Judge.

 4        THE COURT:  Thank you.

 5                    CROSS-EXAMINATION

 6   BY MR. RODRIGUEZ:

 7   Q.   Good morning, Commander.

 8   A.   Good morning, sir.

 9   Q.   My name is Rafael Rodriguez.  I represent

10   Mr. Barrera-Montes.

11        We've never talked before, have we?

12   A.   We have not.

13   Q.   Sir, let me ask you a few questions.  Let me start with the

14   map.  Maybe I can do it this way so the jury can see.

15        Can you point to where El Salvador is.

16   A.   Yes, sir.  (Indicating.)

17   Q.   That's El Salvador?

18   A.   Yes, sir.

19   Q.   And you told us that that was about 500 to 600 miles away

20   from the area in question?

21   A.   Yes, sir.

22   Q.   Where those pins are?

23   A.   Yes, sir.

24   Q.   Now, what was the area that you were covering in your

25   mission?
```

1    A.   I don't recall offhand, but it was likely a very large

2    section of water.

3    Q.   We're talking about thousands of square miles of ocean?

4    A.   Yes, sir.

5    Q.   Open ocean?

6    A.   Yes, sir.

7    Q.   Now, this area of the Eastern Pacific is a highly traveled

8    commercial lane; correct?

9    A.   Correct.

10   Q.   And it's commerce between South and North America; correct?

11   A.   Correct.

12   Q.   Commerce between South America and the Orient?

13   A.   Yes, sir.

14   Q.   So there's a lot of vessel activity in this area?

15   A.   Correct.

16   Q.   And part of your mission, if I understood your testimony

17   correctly, was not just national security, but you were looking

18   for criminal activity in this area?

19   A.   Correct.

20   Q.   So when you're looking for these vessels that are

21   suspicious, like these Pangas that you mentioned, you're not

22   just on a national security mission.  You're on a criminal

23   mission, correct, criminal interdiction?

24        MS. VIAMONTES:  Objection, Your Honor.  Relevance.

25        THE COURT:  Overruled.

1          THE WITNESS:  Yeah.  I mean, I guess, in that form, I

2     am supporting the Coast Guard, who was on a law enforcement

3     mission.

4     BY MR. RODRIGUEZ:

5     Q.   Correct.

6          So my point is, when you talk about the tapes being edited

7     for your bosses --

8     A.   Correct.

9     Q.   -- you're talking about your military bosses?

10    A.   Correct.

11    Q.   Not the jury bosses; right?

12    A.   Correct.  All of my bosses are military, and they tell me

13    where to go and what to do.

14         The law enforcement doesn't tell me what to do.

15    Q.   So you're wearing two hats, both national security and

16    criminal interdiction?

17    A.   Well, that's what JIATF South -- that's a hat JIATF South

18    wears.  My job is just to report up the chain what I see and

19    JIATF South, that interagency task force, then takes that

20    information and decides whether it's criminal or not.

21    Q.   Now, prior to this particular mission on the 18th of

22    October -- correct? --

23    A.   Yes, sir.

24    Q.   -- when was the last time you had participated in a fly-out

25    of El Salvador?

```
 1          MS. VIAMONTES:  Objection.  Relevance.

 2          THE COURT:  Overruled.

 3          THE WITNESS:  I have to look at my log book, but it was

 4     probably three or four days.

 5     BY MR. RODRIGUEZ:

 6     Q.   And in those three or four days, you don't know what the

 7     weather conditions were out there before; right?

 8     A.   Before we get out for every mission, we check weather

 9     conditions.

10     Q.   Right.

11          On your day of the mission; correct?

12     A.   Correct.

13     Q.   But what I'm talking about is those days that you were not

14     on mission.

15     A.   Correct.  I would have no reason to check them.  But....

16     Q.   You don't know if there were storms out there a few days

17     before; correct?

18     A.   I wouldn't know.

19     Q.   Now, you're busy flying because that's your job, and you

20     have other individuals who are in charge of specific duties on

21     this particular plane; correct?

22     A.   Yes, sir.

23     Q.   The plane that is on the screen?

24     A.   Yes, sir.

25     Q.   The radar that we keep talking about are blips on the
```

1   screen?

2   A.  Yes, sir.

3   Q.  That's not in any way kept in evidence?

4   A.  Correct.

5   Q.  And when you first saw -- or when -- you first noted a

6   particular panga was moving 27 knots per hour?

7   A.  Yes, sir.

8   Q.  After the dump of the items, the panga that you ended up

9   videotaping was going 20 knots per hour?

10  A.  Yes, sir.

11  Q.  So is it fair to say that the vessel carrying the items

12  that were dumped was actually going faster than the panga that

13  you stopped that was lighter as a result of the dump?

14          MS. VIAMONTES:  Objection, Your Honor.  Facts not in

15  evidence.  The question poses two separate vessels and I don't

16  think that's what the evidence shows the testimony is.

17          THE COURT:  Can you rephrase your question?

18          MR. RODRIGUEZ:  Certainly.

19  BY MR. RODRIGUEZ:

20  Q.  The panga that you saw dumping the items was going 27 knots

21  per hour; correct?

22  A.  Correct.

23  Q.  The panga that was interdicted that you videotaped was

24  going 20 knots per hour; correct?

25  A.  Yes, sir.

1    Q.   By the way, who's in charge of the maintenance on the

2    radar?

3    A.   Our maintenance department.

4    Q.   So you have nothing to do with that?

5    A.   No.  In the preflight checks, that three hours, we verify

6    that the radar is completely functional.

7    Q.   The radar operator does it?

8    A.   Correct.

9    Q.   And who is the radar operator on this flight?

10   A.   AWO2 Baidenmann.

11   Q.   Now, if I understand your testimony correctly, the debris

12   field was 30 nautical miles away from the interdiction point.

13   A.   Roughly.

14   Q.   And this vessel had been going 20 knots per hour for an

15   hour?

16   A.   Over an hour, yes, sir.

17   Q.   So the difference is 10 nautical miles; correct?

18   A.   If we need to pull my -- we would need to be more precise.

19   I estimated 30 miles an hour.  But, yeah, it could be 22, sure.

20   Q.   I'm using your figures, sir.

21   A.   Yeah.

22   Q.   I mean, you're the one who testified to these figures.

23        Are you standing by your testimony?

24   A.   And that's why I said approximately, because it's hard to

25   judge for sure.

1    Q.   So when you say 27, are you just speculating?

2    A.   The radar gives me an actual number.  It tells me 27 knots.

3    Q.   So you're standing by those numbers?

4    A.   Absolutely.  I guess it's hard to stand by my estimation

5    that was 30 miles.  You know?  It's somewhere in that vicinity.

6    But whether it was 21, 22, 25, 27, it's hard to judge, because

7    I don't know exactly how long we went 20 knots.

8    Q.   Your communications with El Salvador or with Key West as

9    far as lowering the plane to a lower attitude, which one was

10   it?

11   A.   What do you mean?  Sorry.

12   Q.   When you asked permission to reduce the altitude, with whom

13   were you communicating?

14   A.   JIATF South.

15   Q.   Where was that?

16   A.   In Key West.

17   Q.   Is that recorded?

18   A.   I don't know if Key West records that data.

19   Q.   To your knowledge -- you've been in the Navy quite a long

20   time -- is it ever recorded?

21   A.   Generally, no.

22   Q.   But there are instances where it is?

23   A.   I could think of few where they may want to.  When you're

24   in, you know, sensitive issues with foreign countries, you may

25   want to record the things that their operators say.  But in

1    this situation, there would be no reason to.

2    Q.   Do you know if there was an issue with another country in

3    reference to the panga that was interdicted?

4    A.   No.  I believe we have great international relations with

5    all the countries in that vicinity.

6    Q.   Well, that wasn't really my question.

7         My question is:  Do you know whether or not in this

8    particular panga that was stopped there was communication with

9    a foreign nation?

10   A.   I don't know.

11   Q.   The actual radar itself doesn't tell you there's criminal

12   activity going on; correct?

13   A.   Correct.

14   Q.   And when you're 18,000 feet up, you said one and-a-half to

15   two miles up, you can't determine whether or not there's

16   criminal activity going on; you're only going by certain

17   details that you've mentioned before?

18   A.   Yes.  We verify with the camera what we see on the radar.

19   Q.   So if a particular vessel does not have fishing gear, do

20   you automatically assume that they're in criminal activity?

21   A.   It's one of the indicators, and it takes multiple

22   indicators.  But you start adding this data up and it makes the

23   case that this vessel's involved in criminal activity.

24   Q.   But I'm talking about the initial view of this particular

25   panga.

 1   A.   Yeah.

 2   Q.   You indicated you didn't see any fishing gear.

 3   A.   Yeah.   That's one of the indicators.

 4   Q.   One indicator.

 5        And the other one was a tarp, I believe.

 6   A.   The other one was that they had two outboard motors.

 7   Q.   Two outboard motors.

 8        So those three indicators indicated to you criminal

 9   activity?

10   A.   The possibility, and that we should continue monitoring it

11   and see if we see anything additional.   The dumping of the

12   cargo was the indicator that for sure this was something that

13   we should keep an eye on.

14   Q.   By the way, when you flew 200 feet above the panga, was

15   that for purposes not just to stop it, but to intimidate the

16   people on the boat?

17   A.   Not -- I mean, my purpose was to stop it.

18   Q.   Well, the Coast Guard was already on hand; right?

19   A.   Yeah.   We didn't -- I mean, I didn't know if they had seen

20   the Coast Guard behind them.   So I was giving them a clear

21   indication that, "Hey, we're out here and we just want to talk

22   to you" or I would assume that's what I was trying to

23   communicate.

24   Q.   You came within 200 feet of them on a military plane;

25   correct?

1  A.  200 feet off his starboard side.  Correct.  200 feet over

2  the water.  So the slant range would be something 400 or

3  500 feet.

4  Q.  And when you said you were 18,000 feet up, you're not

5  directly above them; right?

6  A.  Correct.

7  Q.  So you could be how many miles out beyond that?

8  A.  It could be 10, 20.

9  Q.  Do you know if you were 10 or 20?

10  A.  I don't know offhand specifically what the distance was.

11  Q.  So your radar at the time that you're 10 or 20 miles out is

12  covering 30 miles in that area, not 30 miles where the panga

13  is; correct?

14  A.  Well, the radar is covering a much greater range than

15  30 miles.  So....

16  Q.  When you testified about the 30 miles, you're sticking to

17  that testimony; right?

18  A.  Yes.  That -- remind me what we were talking about the

19  30 miles.  The distance that has elapsed or...?

20  Q.  You indicated, I think, in your testimony that there was no

21  other vessels within 30 miles of that particular panga.

22  A.  Yeah.  So the conversation I had where that came up was

23  with the Coast Guard interdiction vessel that was going south

24  to pick up the packages.  We told them on the radio

25  specifically, "There are no surface contacts within 30 miles of

1    your location."

2    Q.  But that conclusion was when you were not above it.  You

3    were 20 miles beyond the panga.

4    A.  Yeah.  Correct.  This is later in the mission.  You know,

5    there are other vessels in the area.  So....

6    Q.  Thank you, sir.

7         MR. RODRIGUEZ:  I have no further questions.

8                    CROSS-EXAMINATION

9    BY MR. CHAMBROT:

10   Q.  Good morning, Commander.

11   A.  Good morning, sir.

12   Q.  Other than this trial, we have never met; correct?

13   A.  We have not.

14   Q.  You stated that the speed that this panga was traveling was

15   very rough on the body.

16   A.  Yes, sir.  Or my assessment that it was rough on the body.

17   Q.  So those bodies were being pounded; correct?

18   A.  Yes, sir.

19   Q.  Now, the Pangas are not very high boats; correct?

20   A.  Relatively short.

21   Q.  And in order for people to be hiding under the tarp, they

22   would have had to be either sitting down or laying down on the

23   boat; correct?

24   A.  Yes, sir.

25   Q.  So now their whole body is just being slammed up and down;

1   correct?

2   A.   Theoretically.

3   Q.   For over an hour; correct?

4   A.   Yes, sir.

5   Q.   Okay.

6   A.   Although, once the cargo was dropped --

7   Q.   Then there's less weight on the boat; correct?

8   A.   Yeah.  Then we see more bodies sitting up so that -- you

9   know, after the cargo has dropped, we start to see more heads

10  pop up.

11  Q.   But you don't see seven people?

12  A.   Yeah.  But --

13  Q.   Not until the boat is stopped?

14  A.   Correct.  That's just because it's hard to see at that

15  distance and those -- you know, with the camera that we have.

16  Q.   But your testimony was that you felt that they were hiding

17  under the tarp?

18  A.   Initially, while they still had cargo, because we only saw

19  three in the initial video.  My personal assessment was that

20  they were hiding under the tarp.

21  Q.   So they must have taken a pounding?

22  A.   Yes, sir, at 27 knots, absolutely.

23  Q.   Now, you stated that your plane, which is a beautiful

24  plane, has the ability to read heat signatures; correct?

25  A.   Yes, sir.

 1   Q.   And you had that ability going on when you were following

 2   the panga; correct?

 3   A.   Yes, sir.

 4   Q.   Did you have the ability to read the heat signature of

 5   seven bodies inside that panga?

 6   A.   No.   However, you know, something like a suitcase-size box

 7   of something would block that thermal image.   So we can't see

 8   through, you know, thick objects.

 9   Q.   But you could see through a tarp?

10   A.   See through a tarp, yeah.

11        MR. CHAMBROT:   I have no further questions.   Thank you.

12                       CROSS-EXAMINATION

13   BY MR. BERRIO:

14   Q.   Good morning, Commander.

15   A.   Good morning, sir.

16   Q.   My name is Juan Berrio.   I represent Jose Candelario

17   Perez-Cruz.

18        You testified that there was 10 crew members on your plane?

19   A.   Yes, sir.

20   Q.   Mr. Baidenmann was working the camera and the radar?

21   A.   Yes, sir.   A majority of the time.   He might be able to

22   tell you he turned the night camera over to someone else.

23   Q.   It was his job to locate these targets of interest, film

24   them and put them on the radar?

25   A.   Yes, sir.

1   Q.   And all of you are wearing headsets or how are you

2   communicating amongst yourselves?

3   A.   Yes, sir.  We all wear headsets.

4   Q.   So when you speak over the headsets, you could hear each

5   other what you're saying?

6   A.   Yes, sir.

7   Q.   What Mr. Baidenmann's saying?

8   A.   Yes, sir.

9   Q.   What the other eight crew members are saying?

10  A.   Yes, sir.  Not all of them are on deck there at the same

11  time, but yes, whoever's in their seat with their headset on.

12  If they get up to go use the restroom or something like that,

13  then they would be off the headset.

14  Q.   There's a restroom on the plane.

15  A.   I wouldn't call it a restroom, sir.  It's a plastic urinal.

16  That's about it.

17  Q.   Okay.  But it works as a restroom?

18  A.   Yes, sir.

19  Q.   So throughout this whole mission that you guys were up in

20  the air, you guys are speaking to each other and communicating

21  to each other about what you're seeing below?

22  A.   Yes, sir.

23  Q.   About what you're not seeing below; right?

24  A.   Yes, sir.

25  Q.   And this camera equipment that is being used to film what

1    is going down below, that records what you guys are seeing?

2    A.  Yes, sir, it can.

3    Q.  And there's audio.  It captures audio, what's being

4    discussed, what's being said, over this mission?

5    A.  Yes, sir.

6    Q.  And you've reviewed this film that's been said and these

7    videos that have been provided to us; right?

8    A.  Yes, sir.

9    Q.  And in this particular case, the crew, your crew, was

10   speaking to each other and I believe, Mr. Baidenmann -- he was

11   frustrated; right?

12   A.  Yes, sir.

13   Q.  At about 15:41 when this boat, this target of interest, is

14   dumping what appears to be contraband -- 36 bales of

15   contraband -- which eventually was recovered; right?

16   A.  Yes, sir.

17   Q.  And it weighed over a thousand kilograms; right?

18   A.  Yes, sir.

19   Q.  About 2,200 pounds?

20   A.  Somewhere roughly around there, yes, sir.  I don't know the

21   exact weight.

22   Q.  And Officer Baidenmann was frustrated?

23   A.  He was frustrated by the elevation data not working on the

24   camera.

25   Q.  And he communicated this to all of you --

1   A.   Yes, sir.

2   Q.   -- right?

3        He said, "I can't lay a contact"; right?

4   A.   Yes, sir.

5   Q.   He said, "I have no target data"; correct?

6   A.   Yes, sir.

7   Q.   He said, "I can't tell where it is"; correct?

8   A.   Correct -- well, he said that.  Yes.

9   Q.   Okay.  And so he was clearly frustrated and it was his job

10  to locate this vessel and this target and he couldn't do that

11  because he couldn't locate it on his radar, and that's what he

12  said?

13  A.   He couldn't locate it the typical way.  The typical way

14  you'd locate it is the radar mark is there and the camera will

15  automatically turn itself to look at exactly at the radar

16  contact.

17       So without that elevation data -- or the target data, he

18  referred to it as, he had to now look at the radar and say,

19  "Hey, this contact is at 270," turn the camera that same

20  direction and then get the camera on to a vessel.

21  Q.   So he was having problems locating the target; right?

22  A.   He just had to use a more -- a system that is more

23  labor-intensive.

24  Q.   Okay.  And in the first video that was actually provided --

25  which is about a 6-minute-and-55-second video? --

1   A.   Yes, sir.

2   Q.   -- you could actually hear him complaining; right?

3   A.   Yes, sir.

4   Q.   And let me just play that video for you.  It's small.

5   A.   Sure.

6        MS. VIAMONTES:  Your Honor, are we moving -- are you

7   moving this video into evidence?

8        MR. BERRIO:  Yes.  I'll move it in as Defense 1 into

9   evidence, Your Honor.  We'll play it.  He just testified as to

10  what he heard.

11       We were discussing that he had seen it.

12       MS. VIAMONTES:  Your Honor, I don't think a proper

13  foundation has been laid.  We do expect to admit that video

14  into evidence in the future, but one that's been authenticated

15  by the witness.

16       MR. BERRIO:  Your Honor, I believe he just testified

17  that there were several videos, that he watched them all, that

18  one is 6 minutes and 55 seconds of the highlights.

19       And that's what this is.

20       MS. VIAMONTES:  Well, this witness doesn't know what's

21  on that CD.  He hasn't been shown that particular CD.

22       MR. BERRIO:  I'm going to show it to him.

23       THE COURT:  Well, can he authenticate this?  Has he

24  seen what's on this video?

25       MR. BERRIO:  I believe he said that he's seen the

1   videos -- all the videos.

2          THE WITNESS:  I have seen the six-minute video, Your

3   Honor, that is on a CD by the Government.

4          MS. VIAMONTES:  Your Honor, we can offer the one that

5   he has authenticated and has seen, which we're going to move

6   into evidence later today, if you want to play that one.

7          MR. BERRIO:  Yeah.  We can play that one.  I'm assuming

8   it's the same that we've been provided with.

9          MS. VIAMONTES:  Yes.  We provided you with an exact

10  copy.

11         MR. BERRIO:  Okay.  So --

12         MS. VIAMONTES:  But I don't know what --

13         MR. BERRIO:  -- you could play that one.  We could play

14  this one.  Doesn't matter.

15         MS. VIAMONTES:  So, Your Honor, I guess at this time

16  the Government will move Government's Exhibit 26 into evidence.

17         THE COURT:  All right.  Be admitted.

18         (Government's Exhibit 26 admitted into evidence.)

19         MR. BERRIO:  And, Judge, just to clarify, that's coming

20  in as Government's Exhibit --

21         MS. VIAMONTES:  26.

22         MR. BERRIO:  -- 26.

23         Thank you.

24  BY MR. BERRIO:

25  Q.   I'm going to just -- for the sake of brevity, I'm going to

1   speed it up to the time where the bales are being dumped over.

2   A.   Okay.

3   Q.   This is a short video.

4        And we could see that there's no audio.  None of the things

5   that you guys are saying over to each other is being taped at

6   this time; right?

7   A.   Yes, sir.

8        (Audiotape starting to be played and then stopped.)

9        MR. BERRIO:  Can you guys hear that?  I'm sorry.

10       Does the Court hear it?

11       THE JURY:  Barely.

12       MR. BERRIO:  Barely.  How could we -- I'm sorry, let me

13   just make sure I get it all.

14   BY MR. BERRIO:

15   Q.   So, no audio at this time; right?

16   A.   Correct.

17   Q.   And then you're speaking to each other over the headsets?

18   A.   Correct.

19       (Audiotape played as follows:)

20       VOICE:  Yeah.  But I don't think I can lay a contact.

21       VOICE:  What about like a reference mark?

22       VOICE:  No.  I mean, like I can't tell where it is

23   because I don't have my fucking target yet.  Fuck.

24       VOICE:  We can probably get down and get on it.

25       (Audiotape concluded.)

1         THE WITNESS:  You can sense the frustration when your

2    equipment's not working right.

3         MR. BERRIO:  I understand.  I understand.

4         THE WITNESS:  We're also war fighters.  We don't -- you

5    know, we don't bake cupcakes.

6         MR. BERRIO:  I understand.

7         THE WITNESS:  So we occasionally use words that are

8    inappropriate for the Court.

9         MR. BERRIO:  It's frustrating.

10        Okay.  Commander, I have no further questions.  Thank

11   you.

12        THE WITNESS:  Thank you, sir.

13                         CROSS-EXAMINATION

14   BY MR. do CAMPO:

15   Q.  Good morning, sir.

16   A.  Good morning.

17   Q.  Sir, you've testified that you utilize the radar to help

18   locate objects, the Pangas, the debris field, in this case;

19   correct?

20   A.  Yes, sir.

21   Q.  And the technology exists for recording radar data;

22   correct?

23   A.  Theoretically, you could -- yes, you could record a radar

24   track in radar screen.

25   Q.  The technology exists?

1    A.   Yes.

2    Q.   And that wasn't done in this case?

3    A.   Correct.

4         MR. do CAMPO:   Nothing further.   Thank you.

5                        CROSS-EXAMINATION

6    BY MR. ENCINOSA:

7    Q.   Good morning, Commander.

8    A.   Good morning, sir.

9    Q.   Very briefly, did you ever locate in the debris field after

10   you went back at the end a white box -- a wooden box floating?

11   A.   We did not.   So at the end, it looks like a large box was

12   thrown overboard.

13   Q.   Yeah.

14   A.   And my only assumption is that it sunk.

15   Q.   You did not locate it; correct?

16   A.   I did not find it.

17   Q.   And it wasn't with the debris field when you found it;

18   right?

19   A.   Correct.

20   Q.   Now, also, there was -- I think Mr. Chambrot asked you

21   about heat -- that you were able to detect heat.

22   A.   Yes, sir.

23   Q.   And you mentioned -- and I'm not too familiar with any of

24   that.

25        You mentioned something about that you can use a briefcase

1    to hide the heat or something like that?

2    A.   So the infrared senses a -- you know, a hot and a cold

3    item.  So, for instance, sir, if you were standing behind that

4    podium and I pointed an infrared camera to you, I could see the

5    top half of your body would be warm, but the podium would still

6    be cold.  And so I wouldn't see it.

7    Q.   So so long as there's something cold blocking -- between

8    the radar and the heat, it would block it; correct?

9    A.   Yeah.  It would have to be something, you know,

10   significant.  A tarp wouldn't do it, but a, you know, six-inch

11   briefcase would.

12   Q.   Now, in this case, did you -- was there a briefcase found

13   inside that boat, that you're aware of?

14   A.   I mean, all of these large packages being suitcase-size

15   packages --

16   Q.   What suitcase-size packages?

17   A.   The ones that were dumped overboard and later recovered.

18   Q.   But after they were dumped, were there any other suitcase

19   type of item in there?

20   A.   No.  And so that's why we started picking up more people

21   onboard.

22   Q.   So there are things that even the radar would not

23   penetrate; correct?

24   A.   The infrared camera?

25   Q.   The infrared camera.  I'm sorry.

1    A.   Yeah.  I mean, there's -- anytime you can mask a heat

2    source, you can throw off the infrared camera, but we still

3    have the EO cameras, electro-optical.

4    Q.   Okay.

5    A.   You know, it's whatever is within sight at the time.

6    Q.   All right.  Thank you.

7             MR. ENCINOSA:  No further questions.

8             THE COURT:  Is that everybody?  Redirect?

9             MS. VIAMONTES:  Yes, Your Honor.

10                       REDIRECT EXAMINATION

11   BY MS. VIAMONTES:

12   Q.   Good morning, Commander.

13   A.   Good morning.

14   Q.   Sir, you traveled about 500 miles from your station on

15   October 18th to the area that you were searching?

16   A.   Yes, ma'am.

17   Q.   And you testified this is a highly traveled area?

18   A.   Correct.

19   Q.   There are shipping lanes in that area?

20   A.   There are shipping lanes.  Correct.

21   Q.   So in those thousands of miles out there, there are other

22   vessels?

23   A.   Yes.

24   Q.   Now, is your radar limited to just 20 or 30 nautical miles?

25   A.   No.

1    Q.   So your radar is able to see many vessels further than

2    that?

3    A.   Yes.

4    Q.   During all the relevant portions of your investigation out

5    there in the Eastern Pacific, from the time you spotted the

6    target of interest, were there other vessels in close proximity

7    to that panga?

8           MS. PINERA-VAZQUEZ:   Objection to close proximity,

9    Judge.   Vague.

10          THE COURT:   Overruled.

11   BY MS. VIAMONTES:

12   Q.   Were there vessels within 20, 30 nautical miles of that

13   panga?

14   A.   I believe vessels probably greater than five miles away is

15   probably your, you know....

16   Q.   Now --

17   A.   So no vessels within five miles, which on the open ocean is

18   a significant distance.

19   Q.   Now, you mentioned different altitudes throughout the

20   course of your investigation; right?

21   A.   Yes, ma'am.

22   Q.   Do you change your altitude throughout the flight?

23   A.   Absolutely.

24   Q.   You testified about other vessels that drew your attention

25   that day; correct?

1    A.   Correct.

2    Q.   Before you saw the target of interest in question in this

3    case; correct?

4    A.   Correct.

5    Q.   After looking at those vessels for a period of time, did

6    you move on?

7    A.   We did.

8    Q.   Why?

9    A.   Because they didn't show us any sort of indications that

10   they were involved in illicit activity.

11   Q.   Did those other vessels have tarps covering part of a

12   cargo?

13   A.   No.

14   Q.   Did they have two outboard engines and no fishing

15   equipment?

16   A.   No.

17          MR. ABRAMS:  Objection.  Leading.

18          THE COURT:  Sustained.

19   BY MS. VIAMONTES:

20   Q.   Now, when you saw the target of interest, what do you

21   recall being the first thing that drew your attention to that

22   vessel?

23   A.   Well, on the radar, when they showed up at 27 knots, that's

24   the first indication because fisherman don't travel around at

25   27 knots.  It uses too much fuel.

1   Q.   And could you tell that it was a small vessel from the

2   radar data?

3   A.   We could.

4   Q.   And that would --

5   A.   And even on large vessels, you know, the large

6   transporters, they don't go that speed either.  So -- because

7   it wastes too much fuel.

8   Q.   Once you see that it's going at a high rate of speed, what

9   else do you see that's suspicious about it?

10  A.   So that's the initial indication.  Then we put the camera

11  on it and we see the outboard motors.  The two outboard motors

12  is the first thing we pick out and then the cargo under the

13  tarp and no fishing equipment.

14  Q.   When you're talking about the speed of the target of

15  interest, the panga in question in this case, are those speeds

16  estimates?

17  A.   The radar's pretty accurate.  Probably plus or minus one

18  knot is somewhere in the realm of the accuracy of the radar.

19  Q.   Now, defense counsel asked you about a Part 6 of the video.

20  A.   Correct.

21  Q.   Was that on a different tape than Parts 1 through 5?

22  A.   It was.

23  Q.   And is that because of the amount of time you guys

24  recorded?

25           MS. PINERA-VAZQUEZ:  Objection.  Leading.

 1          THE COURT:  Sustained.

 2   BY MS. VIAMONTES:

 3   Q.   Why was Part 6 on a second tape and not included on that

 4   first tape?

 5   A.   The first tape ran out.  So we switched over to a second

 6   tape.

 7   Q.   Are portions of Part 6 in the highlights tape, which a

 8   portion was just played?

 9   A.   Yeah.

10   Q.   And Part 6, does that capture the investigation after the

11   panga was stopped with the occupants on it?

12   A.   I believe Part 6 only captures the Coast Guard bringing the

13   bales onboard their intercept vessel.

14   Q.   Now a lot was talked about Zulu time and different times.

15   A.   Correct.

16   Q.   Do you keep all of your data in Zulu times?

17   A.   What data are we talking about, ma'am?

18   Q.   When you're talking about times, is it all in Zulu time?

19   A.   Yes.  On our missions, we only talk about Zulu.

20   Q.   In that region of the world, is there a time zone change?

21   A.   There is.

22   Q.   Is that one of the reasons why you keep consistent with the

23   Zulu time throughout?

24   A.   Absolutely.

25   Q.   Because, depending on where you're flying, you could switch

```
1    into a different time zone?

2    A.   Correct.  It would cause confusion.

3    Q.   You testified -- you explained to the members of the jury

4    that you've flown the P-3 for over how many hours?

5    A.   1800 -- well, 1500 hours in the P-3.  1800 hours total time

6    as an aviator.

7    Q.   During that flight time, do you spend a lot of time looking

8    at the camera or the screen that you have access to?

9    A.   I spend a good portion.  Yeah.  As the senior person

10   onboard, you know, I want to make sure I know what's going on

11   in the back as much as I can.

12   Q.   And have you been trained to look at infrared video?

13   A.   I have.

14   Q.   Have you been trained to look at the different lenses that

15   you guys use on the P-3?

16   A.   I have.

17   Q.   Is it fair to say you've looked at this type of video

18   footage or live camera for hundreds of hours?

19   A.   It is.

20        MS. PINERA-VAZQUEZ:  Objection.  Leading.

21        THE COURT:  Overruled.

22   BY MS. VIAMONTES:

23   Q.   Is it fair to say you've looked at it for hundreds of

24   hours?

25   A.   Absolutely.  Probably more.
```

1  Q.  Now, was a machine broken on the P-3 on October 18, 2016?

2  A.  Yeah.  Not really broken.  It just indicates that data was

3  missing.  We didn't have the elevation data, is what was

4  loaded.

5  Q.  The data, is that information that's coming from the

6  aircraft into the camera?

7  A.  Yes.

8  Q.  Were they just not interfacing properly?

9  A.  Correct.  The camera just wasn't sensing the data.

10  Q.  And did you know that prior to flying out that day?

11  A.  Yes.

12  Q.  Did it cause you concern?

13  A.  No.

14  Q.  Does that mean you couldn't complete your mission?

15  A.  No.

16  Q.  Are there other ways of acquiring longitude and latitude

17  information?

18  A.  Yes.

19  Q.  Let's talk a little bit about the different camera lenses,

20  if you will.

21      Some are in black and white; is that true?

22  A.  Yes.  That's true.

23  Q.  The infrared can look like an ultrasound at times?

24  A.  True.

25  Q.  And some are in color?

1   A.   Yes.

2   Q.   Now, when the camera is in the narrow view, is that the one

3   you described as looking through a straw?

4   A.   This is true.  Yes.

5   Q.   And that's in black and white?

6   A.   That's in black and white.

7   Q.   When the camera is looking from a long distance through

8   that straw, as you described it, can it pick up nuances in

9   shades or colors?

10   A.   It's difficult.

11   Q.   Okay.  So --

12   A.   I mean -- I'm sorry.  Go ahead.

13   Q.   I'm sorry, if you didn't complete your answer.

14   A.   No.  I was going to say that, you know, it's just like

15   trying to look at a license plate from two miles away.  I mean,

16   you can see that it's square and you can see there's a license

17   plate, but you can't always see, you know, the specific shades.

18   Q.   Would it distinguish between a pale blue and white?

19   A.   It would be difficult.

20   Q.   Okay.  What color in the video when it's in that narrow

21   view would a pale blue appear?

22   A.   It would appear white.

23   Q.   You had testified about a tarp.  Let's talk about the tarp.

24        Do you see the tarp moving in the video?

25   A.   I do see it.  Yes.

1    Q.   When you see the tarp moving, are you then able to see

2    additional people -- occupants?

3    A.   I don't recall offhand.

4    Q.   Okay.  And at some point, is the tarp then missing?

5    A.   Yes.

6    Q.   Would it be easy for you to spot the tarp in the ocean as

7    it's floating by?

8    A.   No.  Very difficult.

9    Q.   Why not?

10   A.   Just because it's, you know, likely to sink because it has

11   water, you know, just over top of it.  It's likely the same

12   color of the ocean and so it would blend in, you know, it's

13   relatively small.

14   Q.   Let's talk about the times when the recording equipment --

15   when the camera was not recording.  Okay?

16        You testified there are a few gaps within the video;

17   correct?

18   A.   Correct.

19   Q.   And why is it that there are gaps in the video that you do

20   not record or your cameraman doesn't record what's happening?

21   A.   It's our standard procedure that we only record, you know,

22   the highlights, the things that are most important, because we

23   don't want to collect 10 hours of video and then have someone

24   have to watch that video.

25        And, in addition to that, these tapes are hard to come by

1    and we try to reuse them and try to maximize our efficiency

2    with the tapes.  So....

3    Q.   Now, although the cameraman isn't recording, is the radar

4    still working and tracking the vessel?

5    A.   Absolutely.  As long as we turn it on -- we turn it on as

6    soon as we get off deck, and we turn it off right before we

7    land, so it's running the entire mission.

8    Q.   And in the pilot's seat, are you able to access or review

9    the radar data?

10   A.   I am.

11   Q.   At any time from the time you spotted the panga in question

12   and decided it was a target of interest to the time of

13   intercept, did your radar lose contact with the target of

14   interest?

15   A.   No.  Not to my knowledge.

16   Q.   Did you lose contact with that vessel at any time with your

17   radar equipment?

18   A.   No.

19   Q.   Although the camera is a recording, do you still know

20   what's going on?  Do you still see your radar equipment?

21   A.   Yes.

22   Q.   From the time that you -- from the time of jettison to the

23   time of intercept, is there any other vessel that comes close

24   to the target of interest?

25   A.   Only the Coast Guard cutter and the two Coast Guard

1   intercept vessels.

2   Q.  Were you ever up there communicating with the camera guy

3   with your camera sailor saying, "Oh, my goodness.  We've lost

4   this panga.  Where is it?"

5           MS. PINERA-VAZQUEZ:  Objection.  Leading,

6   argumentative.

7           THE COURT:  Overruled.

8           THE WITNESS:  I never said that the entire mission,

9   said, "Hey, we have lost him or" --

10  BY MS. VIAMONTES:

11  Q.  Did you ever lose the panga?

12  A.  No.

13  Q.  Can you track a vessel without a camera?

14  A.  Yes.

15  Q.  Can you choose to not record any of your mission?

16  A.  I could.  Yes.

17  Q.  Does that mean that you wouldn't know where a vessel is?

18  A.  No.

19  Q.  How long was the panga target of interest fleeing away from

20  the jettison until it was intercepted?

21          MS. PINERA-VAZQUEZ:  Objection.  Leading.

22          THE COURT:  Overruled.

23          THE WITNESS:  More than an hour.

24  BY MS. VIAMONTES:

25  Q.  Let's talk about the highlights video.

1       Can you hear your camera operator frustrated?

2  A.  Yes.

3  Q.  What is he telling you about the data that he's unable to

4  collect?  What does that mean?

5  A.  Yeah.  So I think what he's trying to say is he couldn't

6  put a radar mark on -- so we have another screen that shows us,

7  like, the overview of the map area of where we're at.

8       And so, to keep the tactical operator from having to go to

9  the radar screen and back and forth, he can drop a radar mark

10  there and show it to the tactical coordinator on his map

11  screen.

12  Q.  In order to drop that radar map, would he need the target

13  data information coming into his camera?

14  A.  Yes.

15  Q.  And it wasn't coming in?

16  A.  Correct.

17  Q.  Is that the only way to mark a longitude and latitude?

18  A.  No.

19  Q.  Were you able to find the debris field?

20  A.  Yes.

21  Q.  Were you able to mark the longitude and latitude where it

22  was jettisoned?

23  A.  We did.

24  Q.  Were you able to later go back and find it after the

25  intercept?

1    A.   Yes.

2    Q.   Were you able to direct the Coast Guard on how to get to

3    that location and find the packages that were jettisoned from

4    the target of interest?

5    A.   Yes.

6    Q.   Now, on cross-examination, when you were shown the raw

7    footage, defense counsel was asking you in different portions,

8    "Well, how many people do you see here?", "How many people do

9    you see here?"  Do you remember that?

10   A.   Yes, ma'am.

11   Q.   At any given freeze of the video, can you see all seven

12   people?

13   A.   No, I can't.

14   Q.   At the end of the video, when the target of interest is no

15   longer moving at a high rate of speed, can you see seven

16   individuals?

17   A.   Yes, ma'am.

18   Q.   Is that the same vessel that you saw jettisoning packages

19   off its side?

20   A.   Yes, ma'am.

21   Q.   And is that the same vessel that you marked as a target of

22   interest over an hour before?

23   A.   Yes, ma'am.

24   Q.   From the time of jettison to the time it was intercepted,

25   did that vessel stop?

1   A.   No, ma'am.

2   Q.   When you do the hard rig maneuver -- did I say that

3   properly?  Hard rig? --

4   A.   Yes.

5   Q.   -- can you see the occupants of the panga?

6   A.   I can, out the window.

7   Q.   Could you see that there were more than three people on

8   there?

9   A.   Yes.

10  Q.   Could you see more than four people on there?

11  A.   Yes.

12  Q.   How many people could you see?

13  A.   I probably estimated five to seven, but, I mean, I didn't

14  specifically count them as they went by.  But you could

15  definitely see there was more than the original three that we

16  had counted.  So I would estimate five to seven.

17  Q.   How quickly after the hard rig did that panga stop?

18  A.   Immediately.

19  Q.   Commander, your radar equipment tells you the speed that a

20  target is traveling at; correct?

21  A.   Yes.

22  Q.   Do you have GPS -- are you looking at GPS data at that time

23  to determine the speed a vessel's traveling at?

24  A.   Not GPS data.  No.  I mean, we have our own internal

25  inertials and then we have two GPS's as well.  So that's four

1   independent devices that tell me where the aircraft is, and

2   then the radar can base that off of the lat/long for that ship

3   based on my own position.

4   Q.   Now, you were asked a little bit about infrared and heat

5   emanating from individuals.  So let's talk about that.

6       Would your infrared pick up each separate individual as a

7   separate infrared image on a vessel?

8   A.   It's likely that, if people are close together, all of

9   those -- that massive heat will just show up as one big white

10  blob.

11  Q.   Can the vessel show up as one big heat blob?

12  A.   Absolutely, such as the heat of the engines and the

13  friction on the water.  That'll create heat.

14  Q.   Although the target data information was not coming into

15  the camera, were you able to locate the debris field?

16  A.   Yes.

17          MS. VIAMONTES:  One second, Your Honor.

18          No further questions, Your Honor.

19          THE COURT:  Thank you.  You may step down.

20          (Witness excused.)

21          THE COURT:  Call your next witness.

22          MS. ANTON:  The Government calls Petty Officer Cody

23  Baidenmann.

24          COURTROOM DEPUTY:  Raise your right hand, please.

25          Do you solemnly swear the testimony you're about to

1  give is the truth, the whole truth, and nothing but the truth,

2  so help you God?

3          THE WITNESS:  Yes, ma'am.

4          COURTROOM DEPUTY:  Thank you.  Please be seated.

5          Would you please state your full name for the record

6  and also spell it.

7          THE WITNESS:  All right.  Full name is Cody Alexander

8  Baidenmann.  And Cody is C-o-d-y.  Middle name, too?  Alexander

9  is A-l-e-x-a-n-d-e-r.  And then Baidenmann,

10  B-a-i-d-e-n-m-a-n-n.

11          COURTROOM DEPUTY:  Thank you.

12          (PETTY OFFICER CODY BAIDENMANN, being sworn, testified

13  as follows:)

14                      DIRECT EXAMINATION

15  BY MS. ANTON:

16  Q.  Good afternoon, Officer Baidenmann.

17  A.  Good afternoon.

18  Q.  I'm just going to ask you to keep your voice up really loud

19  so the members of the jury can hear you.  Okay?

20  A.  Okay.  Will do.

21  Q.  Could you formally introduce yourself to our panel.

22  A.  My name is Petty Officer Baidenmann.  I've been in the Navy

23  for five -- going on five years now and....

24  Q.  Why don't you tell us your background with the Navy.

25          Where did you start out and where are you now?

1    A.   Okay.  So after -- well, training-wise, we started A School

2    in Pensacola, Florida, and then B230 is where we learn the

3    aircraft platform.  And that's in Jacksonville, Florida.

4         And then, after Jacksonville, I got stationed with VP-47 in

5    Hawaii.  And I've done two deployments with them.  I have over

6    a thousand hours with the P-3 Orion and -- yeah.

7    Q.   And did you start with the Navy immediately after you

8    graduated high school?

9    A.   Yes, I did.

10   Q.   So in the couple years that you've been with the Navy,

11   what's your official title and position now with the Navy?

12   A.   Okay.  The official title is naval air crewman.  So,

13   abbreviated, it's AWO2 for second class.

14        And then my job title is electronic warfare operator.

15   Q.   Could you tell us what a camera operator does.

16        What does your job consist of?

17   A.   Okay.  My job consists -- I run five different systems on

18   the aircraft.  Before this type of mission, we only used two

19   really, and the two I use is radar and the camera.

20        So, camera, I got different -- three types of cameras, and

21   I use those to visually see off the aircraft.  And then the

22   radar paints me a picture of what's out in the area.

23   Q.   And you received extensive training in the Navy on how to

24   use these systems?

25   A.   Yes, I did.  So VP-30 is where we learn the aircraft and

1    the systems.  So we get multiple flights, multiple simulators

2    of practicing, utilizing their equipment.

3         And then, when I get to VP-47, I had a year length of being

4    qualified with them on their standards, which is a little

5    higher than most squadrons.

6         And even after I got qualified, we still do practice

7    flights every other day, dependent on what the squadron wants

8    to do, and then multiple deployments, so more practice there.

9    Even when we're not doing a mission, we still do practice

10   flights and....

11   Q.   And when you're not doing practice flights or actual real

12   deployments, do you also do classroom training on how to use

13   the software and the lenses and the radar?

14   A.   Yes.  Every day we continuously study.  It's a very

15   academic rate that I'm in.  We're constantly studying because

16   new upgrades come out and we just have to keep on top of the

17   knowledge.

18   Q.   So let's take you back to October of last year.

19        Can you tell us where your assignment was and what squad

20   you were working with back then.

21   A.   Okay.  So the crew I was on was the Cat 10, but we were

22   deployed to El Salvador at the time.  I spent three months

23   there.

24        And then, prior to that, VP-9 needed assistance back in

25   January, and I spent a month there.  So I got over 300 hours in

1   El Salvador working on those missions.

2   Q.   And when you were in El Salvador, were you flying on a crew

3   that was commanded by Commander James Imlah?

4   A.   At the time, no.  I had a different pilot, but he wasn't

5   available for that flight.  So Commander Imlah took that spot

6   and was in charge of that flight.

7   Q.   Can you tell the jury how it is -- when you're in

8   El Salvador, how your flying schedule will work and when you're

9   assigned to fly versus when you're not?

10  A.   Yes.  So there's three crews in El Salvador.  So we have a

11  three-day rotation.  One day we'll be on the ready.  The next

12  day will be like a duty day.  And the third day is kind of an

13  off day, but we still go to work.  But we don't fly or we're

14  not on duty.

15       So on the ready days we go in, we preflight the aircraft

16  and then we wait for the call, if there's going to be a call.

17  Q.   And can you explain to us who was on that airplane, how

18  many crew members and what the different types of positions

19  are.

20  A.   Yes.  So there's usually 10 to 11 crewmen -- or personnel

21  on the aircraft.  There's three pilots, we have two flight

22  engineers, and then a TAC-O, a navigator, a -- Sensor 3 is what

23  I do, and then two Sensor 1 -- or one Sensor 1 for L-stat

24  missions, and then an in-flight technician as well.

25  Q.   So let's go back to talking about this specific mission

1    mid-October of 2016.

2        Can you explain to the jury the camera system on the P-3.

3    Let's start with:  Where is the camera on the outside of the

4    plane actually mounted?

5    A.   Okay.  It's in the nose of the aircraft.  It has a -- it

6    extends and retracts from the nose and then has three different

7    cameras.

8        Has an EO wide, which is kind of like your normal day

9    camera.  It zooms in and out.  It shows video in color.  And

10   then there's an EO narrow.  So that's more of a zoom-in camera.

11       And then there's the infrared camera.  So it shows

12   everything in black and white pretty much and shows like -- for

13   people or engines, like hot, so you can see that heat from it.

14   Q.   Are you the crewman on the P-3 who would be in charge of

15   operating that camera?

16   A.   Yes, I am.

17   Q.   So let's also talk about the radar system on the P-3.

18       You were trained in how to use the radar and how the radar

19   system works?

20   A.   Yes, I am.

21   Q.   Could you explain that to the ladies and gentlemen of our

22   jury.

23   A.   Yes.  So the radio is -- emits off the radio frequency.  It

24   comes from the aircraft down to the surface.  And when it hits

25   the surface, it bounces back to the aircraft.  And then it

1    paints me a picture from that RF frequency, the radio

2    frequency.

3    Q.   And you've received extensive training on how to understand

4    and read and document the radar?

5    A.   Yes.  That was our very first system that we start

6    learning, and it never stops.

7    Q.   Before you all got onto the plane on the morning of

8    October 16th for your mission, do you do some kind of checks to

9    make sure the equipment is working and determine whether or not

10   it's even safe to fly the aircraft?

11   A.   Yes, I do.

12   Q.   Can you tell us about that.

13   A.   So when we get out to the aircraft, I have to turn up the

14   system, preflight it, make sure to do all the checks.  And as

15   we're rolling out to the runway, we stop for a moment and then

16   I turn it on all the way so I can see what the aircraft is

17   showing.

18        And if the radar isn't working, we usually don't fly

19   because it's one of the main systems that we use on these

20   missions.  And it's also very important for weather.  If

21   there's heavy weather, the radar will pick up that weather.

22        So if that system isn't working, we usually don't fly

23   without the radar.

24   Q.   And on the morning that you all did this mission in

25   October, were there any systems or parts of the camera that

1    were not working before you took off?

2    A.   Before I took off, no.   Everything was working perfectly

3    fine.

4    Q.   So let me specifically ask you about the ability of the

5    camera to look at an item below and give you the latitude and

6    longitude.

7         What is the name of that system?

8    A.   So there's a nav data that we get from, like, the GPS that

9    talks to the camera.   Doesn't really degrade the camera.   But

10   at the time -- well, on the station, the nav data wasn't going

11   to the camera; so, the interface wasn't working correctly.

12        But -- so the only thing I wasn't receiving was lat/longs

13   from the camera's position and, like, a range, but I was

14   getting a direction.   So I was able to tell where the camera

15   was looking and then I would associate that with the radar and

16   get a pinpoint spot.

17   Q.   So, as I understand what you're saying, the camera and its

18   functionality is wholly separate and apart from the radar and

19   its functionality?

20   A.   Yes, it is.

21   Q.   So when we talk specifically about the camera on the

22   mechanisms you're talking about, is it fair to say the camera

23   was working, but when you were pointing the camera down at

24   something, you weren't able to get a latitude and longitude

25   that way?

1  A.  Correct.

2  Q.  Are there other ways in which you're able to get that

3  information?

4  A.  Yes.  The radar is very accurate at getting those

5  positions.  And then, if need be, we could fly over and then

6  mark that spot that we are over.

7  Q.  Could you explain that to the ladies and gentlemen of our

8  jury a little bit more, flying over and marking the spot.

9  A.  Okay.  So say there's a -- well, at this point, they were

10  by the jettison field.  We flew over the jettison field and,

11  using the GPS, we blocked on that spot that -- right when we

12  fly over it, we mark that spot, and now we know that's where

13  everything is at.

14  Q.  So the fact that this latitude and longitude from the

15  camera wasn't interfacing and giving you that information, that

16  didn't prevent you in any way from documenting and knowing

17  exactly where something was?

18  A.  No, it wasn't.

19        MS. PINERA-VAZQUEZ:  Objection.  Leading.

20        THE COURT:  Overruled.

21  BY MS. ANTON:

22  Q.  And, specifically, I'm going to talk about the jettison

23  field.  So let's talk about your mission on October 16th.

24        That morning were you asked to fly to a specific location

25  to do patrol?

 1   A.   A specific area, yes.

 2   Q.   And where was that?

 3   A.   It was rough -- it was south of Mexico.  If we had that

 4   chart, I could point out where it was.

 5   Q.   But you were in El Salvador?

 6   A.   Yeah.  We flew out of El Salvador east -- no -- west.

 7   Sorry.  We started out at El Salvador west towards -- we call

 8   it the "op" area.

 9   Q.   Are you given the op area by a task force that you all are

10   a part of?

11   A.   Yes, we do.

12   Q.   And is that called JIATF?

13   A.   JIATF South.  Yeah.

14   Q.   So JIATF South told you guys, the crew of the P-3, where to

15   fly on that day?

16   A.   Yes, they did.

17   Q.   As dutiful officers, you went and patrolled that area?

18   A.   Yes.

19   Q.   Could you tell the ladies and gentlemen of our jury, when

20   you were out in that area after you transited from El Salvador

21   to that part of the international waters, what did you observe?

22   A.   So when we got on to the station, we observed that we found

23   a single panga out there.  There was no other vessels around

24   the area of the panga.  So we got eyes on that panga and then

25   proceeded to the mission.

1   Q.   Okay.  And when you say, "We observed a single panga," what
2   are you actually looking at, as the camera operator on this
3   plane?
4   A.   So when I say a single panga, I go off the radar.  The
5   radar is the most accurate on what is out in the area.  And I
6   was only getting one return.
7        So when we get that one return, I mark it.  And then we fly
8   towards it and we do an orbit around it.  And that's when I do
9   my investigation on the details of the vessel.
10  Q.   And is your radar able to give you a return on the
11  approximate size of the vessel?
12  A.   Sort of.  There's functions that do that, but we go off
13  visually when we try to estimate.
14  Q.   So you're saying you go off visually for size?
15  A.   Yes.  Of the panga.
16  Q.   So when your radar gave you a return that there was a
17  potential vessel out there, did you know at that time whether
18  it was a cargo vessel or a small vessel?
19  A.   So it's hard to tell the difference on the radar.  But,
20  usually, you can kind of tell if it's a larger or a smaller
21  vessel.  And it did give off a smaller vessel.  So that tells
22  us to investigate that one because that's part of the mission.
23  Q.   When you went to investigate based on what your radar was
24  telling you, before you explain to us what you saw, I
25  understand the camera is in the nose and the camera is seeing

1   out of the nose of the plane.

2          But as the operator of the camera, what kind of systems are

3   you looking at in front of you?  Do you have one screen?  Do

4   you have multiple screens?

5   A.   Okay.

6   Q.   What does it look like?

7   A.   So at my station I have one main screen in front of me and

8   then a small -- smaller screen.  That's my camera.  It shows

9   very good detail.  It's a little bit better than what gets

10  recorded sometimes.  But at the main part of my screen is my

11  radar.  That's what I view with.

12  Q.   So you just said that you are able to look at the screen

13  and sometimes what you see on the screen is actually a better

14  quality than what gets recorded on the camera.

15  A.   Yes.

16  Q.   Are the other crew members on the plane also able to see

17  what you see out of their screens?

18          MS. PINERA-VAZQUEZ:  Objection as to what other crew

19  members can see.

20          THE COURT:  Overruled.

21  BY MS. VIAMONTES:

22  Q.   You can answer that question.

23  A.   Okay.

24  Q.   Does the plane have that ability?

25  A.   Yes, it does.

 1   Q.   And are you all able to communicate with each other?

 2   A.   Yes, we do.

 3   Q.   And do you, in fact, communicate with each other on the

 4   plane?

 5   A.   We do.

 6   Q.   So now you've indicated that you saw a target of

 7   interest on your radar.

 8        Were there any other vessels nearby that target of interest

 9   when you went to investigate it?

10   A.   No, there was not.

11   Q.   Are you able to give an approximation of how far away the

12   next closest vessel was?

13   A.   It was over 20 knots -- or 20 miles.

14   Q.   20 miles.

15        There wasn't another vessel within 20 miles?

16   A.   No.

17   Q.   So when you flew closer to try to observe what your radar

18   picked up, can you tell the jury what you saw.

19   A.   So what I observed when we flew on to the vessel was two

20   outboard engines, three personnel onboard at the time, and then

21   a -- there was a -- what looked to be cargo in the midship of

22   the vessel with a tarp over it.

23        I was trying to see what was in there, but that was

24   something suspicious that there was cargo there.  And then

25   later on is when we noticed the tarp was starting to move

1    around, and when the tarp came off is when we saw them jettison

2    the cargo, the drugs.

3    Q.   And who on the plane decides when to turn the camera on?

4    A.   I do.

5    Q.   You do?

6    A.   Yes.

7    Q.   So did you turn the camera on as soon as you got to that

8    panga?

9    A.   No.  Initially, we always investigate first.  We don't want

10   to waste the tape space that's on the eight-millimeter tapes.

11   So we investigate first and, when we deem it's necessary or

12   something that's suspicious, then we will record the initial

13   few minutes to document where we found it and what we found.

14   Q.   So after you observed the target of interest for a few

15   minutes, you were the one who made the decision to turn on the

16   camera?

17   A.   Yes.

18   Q.   And that's when the recording starts?

19   A.   Yes.

20   Q.   And you've had a chance to review the recording in this

21   case?

22   A.   Yes, I have.

23   Q.   You reviewed both the full approximately hour-long video?

24   A.   Yes.

25   Q.   And did you also review the shorter seven-minute video?

1   A.   Yes, I have.

2   Q.   And those videos accurately depict what you saw?

3   A.   Yes.  Exactly.

4   Q.   Now, when you're controlling the radar on the plane, how

5   are you physically doing that?  Is it through a computer?  Is

6   there a joy stick?  Or how did that plane look inside?  Could

7   you explain it.

8   A.   Yes.  There's a -- we call it a "PEP."  It has -- it's like

9   a big keyboard, but it's all touch, kind of like a touch

10  screen, and that allows me to adjust the range and the

11  different modes of the radar.

12  Q.   Now, let's talk some more about the radar.

13       So does your radar on that P-3 have the ability to see

14  through clouds?

15  A.   Yes, it does.

16  Q.   Does it have the ability to see long distance?

17  A.   Yes, it does.  Very long distance.

18  Q.   Are you able to give an approximation of how far your radar

19  can detect?

20  A.   Not an exact approximation because it all depends on the

21  altitude of the aircraft at that time.

22  Q.   Do you recall how high, approximately, you guys were

23  flying?

24  A.   We were -- usually, when we go on station, it's about

25  18- to 20,000 feet.

1   Q.   And at about 18,000 feet, how far out could your radar see,

2   approximately?

3   A.   I can do a calculation with a calculator if I need to.

4   Q.   It's over the 40 miles that you told us?

5   A.   Yes.  Definitely, over the 40 miles.

6   Q.   Okay.

7   A.   It's more in the hundreds of miles.

8   Q.   And as the operator of the radar on the plane, are you able

9   to lock on to a target of interest and keep your radar locked

10  on that target?

11  A.   Yes.

12  Q.   Are you able to lock on to multiple targets at the same

13  time?

14  A.   So that doesn't necessarily lock on to a target, but I will

15  not -- like, it won't leave the radar screen.

16  Q.   So let's stop, particularly in this case.  Okay?

17       After you saw the target of interest and you started

18  recording it, you noticed something happening; right?

19  A.   Yes.

20  Q.   You've explained to us you saw a tarp?

21  A.   Yes.

22  Q.   What happened after you observed the tarp?

23  A.   So when the tarp started to come off, we noticed the

24  personnel onboard jettisoning packages off the ship.

25  Q.   Were you able to see splashes from where you were?

 1   A.   Yes, I was.

 2   Q.   At that point, was your radar locked or pointed, for lack

 3   of a better word, at that target of interest?

 4   A.   Yes.

 5   Q.   And throughout your mission regarding that specific target

 6   of interest that just threw those packages over, did you remain

 7   tracking on it?

 8   A.   On the vessel?  Yes.

 9   Q.   On the vessel?

10   A.   On the panga.

11   Q.   Now, did your radar at any time during that time you were

12   tracking it lose it?

13   A.   No.

14   Q.   So the vessel never got away from you?

15   A.   No, it did not.

16   Q.   Did another vessel ever come in and take its place and you

17   saw another vessel go away?

18   A.   No, it did not.

19   Q.   And your camera was recording --

20   A.   Yeah.

21   Q.   -- right?

22        Now, sometimes when you saw the video the camera stopped

23   recording?

24   A.   Yes.

25   Q.   And why is it that you had turned the camera off?

1    A.   So the camera is not turned off, but the recording is

2    turned off.   So when the -- I stop the recorder, it is -- I do

3    it to save my tapes because how the VCRs work, the

4    eight-millimeter tapes only has a certain amount of length

5    of -- that tape will be recorded.   So it's about two hours of

6    recording.

7         And we record on all three tapes just in case our main tape

8    is bad.   If our main tape is bad, we'll use a different tape to

9    turn into the -- for the investigations.

10        So to save the length of the tapes, I stop the recording or

11   I'll restart recording based on what I deem necessary.

12   Q.   What you deem is --

13   A.   Important.

14   Q.   Important.   Okay.   Sorry.   I didn't hear the last word.

15        But when you turn off the recording ability of the camera,

16   are you turning off the radar ability?

17   A.   No.   The radar is separate.

18   Q.   So even though the camera is off, the radar is still

19   tracking the vessel?

20   A.   Yes, ma'am.

21   Q.   You indicated that you saw the target of interest throw

22   over some packages.

23   A.   Yes, ma'am.

24   Q.   Do you do anything to try to mark where those packages are

25   in the ocean?

1    A.   So yes.  On the radar, I'll mark where that ship was at the

2    time, and then, usually, I'll use the camera to also mark where

3    it was looking at.

4         But that's when the nav data wasn't communicating with the

5    camera; so, it wasn't giving me that position.  So what we did

6    to help better position that area, we flew over the area and

7    used the aircraft to mark the area.

8    Q.   Now, there's an audio that goes along with the video?

9    A.   Yes.

10   Q.   And I see that you're smiling.

11        Were you frustrated?

12   A.   I was.

13   Q.   And did you express your frustration on the audio?

14   A.   I do.

15   Q.   Did the fact that you were frustrated and expressing them

16   prevent you from marking where those packages were dumped in

17   the ocean?

18   A.   No, it did not.

19   Q.   And how do you know that it didn't?

20   A.   Because I was able to use the radar and mark their last

21   position where they were jettisoned.

22   Q.   And, ultimately, after the target of interest was

23   interdicted, were you able to go back to the position you

24   marked?

25   A.   I was.

1   Q.   And did you find the packages that were thrown over?

2   A.   Right away.

3   Q.   So after the packages were thrown over, did you notice that

4   there were more people on the boat than you initially saw?

5   A.   We did.  We did notice -- because we were following them

6   after they jettisoned and after we marked the jettisoned spot.

7   We were following the panga and, as we were watching them,

8   looked through the camera, I noticed more -- from 18,000 feet

9   it's kind of hard to see the body.  But you started to notice

10  more bodies on the panga.

11  Q.   And are you recording this information onto a log?

12  A.   Yes.

13  Q.   And you also make notes about what you observed?

14  A.   Yes, I do.

15  Q.   And you did that in this case?

16  A.   I did.

17  Q.   And why is it important, your observation, as to how many

18  people are on that target of interest?  Why is that important?

19  A.   For safety reasons.  When the Coast Guard goes to intercept

20  the panga, it's important for them to know how many personnel

21  are on that vessel because it might change their tactics to

22  approach it, maybe have more personnel on their boat or maybe

23  just approach it differently to be safer, because it's a

24  dangerous thing to approach a panga like that.

25  Q.   At some point during your mission, when you were

1    interacting with this target of interest, was the P-3 given

2    permission to go overt instead of covert?

3    A.   Yes, we were.

4    Q.   And what do you mean -- what I do mean when I say that?

5    What does that mean to you?

6    A.   So "covert" means trying to stay hidden.  "Overt" means,

7    like, showing ourselves, our presence, out there.  And as the

8    Coast Guard intercepting the panga, we are given permission to

9    go overt.  So we flew down -- I think we started off at around

10   3 -- or 1- to 3,000 feet and then we descend all the way lower

11   to about 300 feet.

12   Q.   And when you dipped down to the 300 feet, besides the pilot

13   windows in the front of the plane, are there any other windows

14   on that P-3?

15   A.   So the TAC-O and the navigator also have a big bulge of a

16   window, and then the in-flight technician in the back also has

17   a window.

18   Q.   And can you tell us, when you dip down that low, what

19   effect does that have on your camera and its ability to see

20   what's right below it?

21   A.   It limits my range on the camera.  Sometimes the aircraft

22   will be in the way of the video -- or of the panga and then --

23   so I have to tighten up or open up our orbit so I can keep eyes

24   on the whole time.  But sometimes I just can't because it's

25   annoying.

1   Q.   So you said keep eyes on at all time.

2   A.   Yes.

3   Q.   When you say that, do you mean the eyes of the camera?

4   A.   Yes.

5   Q.   So even though you may not have had eyes on, did you have

6   some other mechanism that you were keeping track of the target

7   of interest?

8   A.   Yes.  The radar.

9   Q.   The radar.  Okay.

10       So when you're flying over and the jettison occurs and the

11  packages remain in one area and then the boat continues to

12  another area -- at some point in the video, we already saw that

13  your plane goes back to the jettison field.

14  A.   Yes.

15  Q.   When your plane returns to the jettison field and it's no

16  longer in camera view of the target of interest, are you still

17  locked on with the radar to that target of interest?

18  A.   Yes.  At the time, we were -- went back up in elevation, so

19  my coverage opened up.  So, yes, I was in contact with the

20  Coast Guard vessel and the panga and the target -- or the

21  jettison point.

22  Q.   So even though we don't see out of your camera on a video

23  the target of interest, it doesn't mean that you weren't

24  actually knowing where the target of interest was?

25  A.   Correct.

1   Q.   In fact, you knew where the target of interest was from the

2   beginning until the end of this interdiction?

3   A.   Yes.

4          MS. PINERA-VAZQUEZ:   Objection.   Leading.

5          THE COURT:   Sustained.

6   BY MS. ANTON:

7   Q.   Did you know where the target of interest was from the

8   minute you saw it until the minute the Coast Guard cutter got

9   there?

10  A.   Yes.   I had them the whole time.

11  Q.   And how did you know that?

12  A.   Via radar.   Our radar keeps track of it.

13  Q.   And do you recall that on the audio, in addition to being

14  frustrated with the ability to -- I think you called it lay a

15  contact --

16  A.   Yes.

17  Q.   -- and get the target data -- you also said that there

18  might actually be more than six people?

19  A.   Yes.

20  Q.   So that was the information that you were able to see on

21  your camera?

22  A.   Yes.

23  Q.   And once you got closer and the boat stopped moving, were

24  you able to get a better view of the boat?

25  A.   Yes.

1  Q.   And all the passengers on the boat?

2  A.   Yes, I was.

3  Q.   And after the target of interest was interdicted, did you

4  see the Coast Guard communicate to you that they found the

5  jettison field?

6  A.   Yes, it was.

7  Q.   What did you see the Coast Guard do?

8  A.   So we had on recordings the Coast Guard rolling up to the

9  jettison spot.  And after they were pulling on the packages, we

10  got a thumbs-up from one of the crew members on the boat.

11  Q.   And what did that signify to you?

12  A.   That we got the biggest bulk of the drugs.

13  Q.   Okay.  So that's the area that you were having a hard time

14  laying a mark on?

15  A.   Yes.

16  Q.   That you went back and did a flyover?

17  A.   Yes.

18  Q.   Okay.  And once the Coast Guard arrived on the scene, did

19  your crew of the P-3 -- you guys remain on that scene as well?

20  A.   We did.  And then over the jettison spot; is that what

21  you're talking about?

22  Q.   I'm sorry.  I couldn't hear you.

23  A.   Of the jettison point?

24  Q.   Once they were interdicted and the Coast Guard was there.

25  A.   The panga or the jettison spot?

1    Q.   Of the panga.

2    A.   Okay.

3    Q.   Did you remain on that scene?

4    A.   We remained on it until they deemed it was safe for them to

5    move without our observation, and then that's when we returned

6    to the jettison's point.

7    Q.   And when you returned to the jettison point after they were

8    interdicted, what was the reason for orbiting around the

9    jettison point?

10   A.   To not lose sight on the jettison point until the

11   Coast Guard arrived to pick it all up.

12   Q.   And while you monitored and orbited over the jettison site,

13   did you see any other boats coming into play?

14   A.   No small vessels were in the area.  No.

15   Q.   So the boat that you saw initially and you locked on to

16   radar is the same boat that jettisoned the packages?

17   A.   Yes, it is.

18   Q.   Is that the same boat that the Coast Guard interdicted?

19   A.   Yes, it was.

20   Q.   And how do you know that?

21   A.   Because I had never lost sight on it on my radar.

22        MS. ANTON:  Can I have one moment, please?

23        I have no further questions.

24        Thank you, Petty Officer Baidenmann.

25        THE WITNESS:  Thank you.

1                        CROSS-EXAMINATION

2    BY MR. ABRAMS:

3    Q.   Good afternoon, sir.

4    A.   Good afternoon.

5    Q.   How do I properly address you?

6    A.   Petty Officer Baidenmann is okay.

7    Q.   If I forget how to pronounce your last name, I'll just call

8    you "sir," if that's all right.

9    A.   That's okay.  Thank you.

10   Q.   I'm going to ask you something about one of the last

11   questions first, but then go back through what you testified to

12   a little bit about when -- Ms. Anton asked you about how you

13   knew that the boat that was stopped by the Coast Guard was the

14   same boat that you first saw and you said you never lost it on

15   radar; is that right?

16   A.   That's correct.

17   Q.   Now, many -- several times during Ms. Anton's questioning

18   of you she referred to the target of interest being -- or

19   that -- I'm sorry -- that your radar was, quote-unquote, locked

20   on to the target of interest.

21        That's not a correct characterization, is it?

22   A.   The radar gives me coverage of a certain area and I don't

23   lose that coverage until -- depending on our altitude.

24   Q.   Well, you have a screen that -- a radar screen that's in

25   front of you; right?

1   A.   Yes.

2   Q.   And a lot of things show up on that screen; right?

3   A.   Yes.

4   Q.   But your radar isn't locking in to one particular blip on

5   your screen; right?

6   A.   It does -- I initiate that lock-on.

7   Q.   Well, with this, you were looking at a whole lot of things?

8   You weren't just looking at -- there wasn't just one thing on

9   your screen?

10  A.   There was in the area.  Yes.  Just that one.

11  Q.   Are you telling me your radar followed this boat by itself?

12  A.   I initiate it.  Yes.  I'm the operator of the radar.  So,

13  yes, that's --

14  Q.   So it was on your screen, but it's not something that's

15  locked in to your screen?

16       In other words, we've seen on TV with -- airplanes that --

17  Airplane Number 1 is going to shoot down Airplane Number 2 and

18  Airplane Number 1 has radar that locks on to Airplane Number 2.

19  So the operator just has to push a button and the missile flies

20  and Airplane Number 2 blows up.

21       That's not the kind of lock-on we're talking about, is it?

22  A.   No.  That's not the radar system either, though.

23  Q.   So when we're talking about the boat being on your radar,

24  this was a blip that you were able to observe?

25  A.   Yes.

1    Q.   And, as its radar operator, you were responsible for

2    looking at what was on the radar screen?

3    A.   Yes.

4    Q.   Now, when you went out on October 18, 2016, this was not

5    the first boat that you looked at when you were out on the

6    water, was it?

7    A.   It was.

8    Q.   This was the only boat that you looked it?

9    A.   It was.

10   Q.   There were no other boats that your airplane looked at that

11   day?

12   A.   There was not any other vessels in the area.

13   Q.   Okay.  Now, when you went to the boat, you said that the

14   radar, quote-unquote, sort of gives you the size; is that

15   right?

16   A.   Yes.

17   Q.   So it didn't give you an exact -- the radar doesn't give

18   you an exact measurement of the boat?

19   A.   No.

20   Q.   Now, in addition to the radar, you were also responsible

21   for the camera and among the camera lenses was an infrared

22   lens; is that right?

23   A.   Yes.

24   Q.   And the infrared detects heat; is that right?

25   A.   Yes.

1   Q.   Is it fair to say that a body gives off a different --

2   well, will give off a deep -- different heat signature than a

3   body of water?

4   A.   Yes.

5   Q.   And did you look at this boat with your -- with the target

6   of interest that you first approached?  You approached this

7   boat and you see the target of interest; right?

8   A.   Yes.

9   Q.   And you see three people; right?

10  A.   At first, yes.

11  Q.   You see a tarp; right?

12  A.   Yes.

13  Q.   All right.  Did you look at that boat through your

14  infrared?

15  A.   Yes, I did.

16  Q.   All right.  Now -- and is it fair to say that the people

17  that you saw gave off a different heat signature than other

18  parts of the boat?

19  A.   Yes.

20  Q.   The infrared camera capable of penetrating a tarp?

21  A.   No.

22  Q.   It can't penetrate the tarp?

23  A.   Most tarps, no.

24  Q.   Can the infrared penetrate -- what can it penetrate?

25  A.   So, say someone's wearing a blanket, the blanket will heat

1   up just from your body heat, you can see that.  But some

2   tarps -- some Pangas even cover their engines with tarps so we

3   don't see the engine.

4       So, no, you can't really see through the tarp.

5   Q.  Well, is it fair to say, then, that whether or not the

6   infrared can see through the tarp depends on what the tarp's

7   made of?

8   A.  Yes.  Could be.

9   Q.  And people that you were describing who covered their

10  engines, it makes a difference -- correct me if I'm wrong.

11      Somebody covering an engine with a T-shirt versus somebody

12  covering an engine with a hot tarp -- or -- I'm sorry -- a

13  thick tarp may make a difference as to whether you can see

14  through that -- even see the engine or not?

15  A.  Yes.

16  Q.  When you looked at the boat -- at the tarp with your

17  infrared, did you detect any heat signatures under the tarp

18  that were similar to those of the three individuals who you

19  observed?

20  A.  No.  I didn't see any heat signature under the tarp.

21  Q.  Now, you observed the jettison of packages from the target

22  of interest; right?

23  A.  Say that again.

24  Q.  You saw packages being thrown off -- thrown off of the

25  target of interest?

1    A.   Yes.

2    Q.   And after those packages were thrown off, you followed the

3    boat for a -- that boat for a little bit; is that right?

4    A.   Yes.

5    Q.   And then you went back to the debris field, if you will, so

6    you could mark that debris field; right?

7    A.   Yes.  We marked the debris field.

8    Q.   And after you marked the debris -- how long did that take?

9    A.   I would have to take a look at my log, but it doesn't take

10   long.  We watched the vessel take off and then we returned to

11   the jettison field to mark the spot, and then we returned and

12   orbited the vessel.

13   Q.   Okay.  And were you still at 18- to 20,000 feet when you

14   did that?

15   A.   Yes.

16   Q.   How much time passed between the time that you first

17   observed the jettisoning of packages and then you went back to

18   the debris field and then you were on top of the boat again?

19   A.   It doesn't take too long, but I couldn't give you an

20   approximate time.

21   Q.   No?

22   A.   No.

23   Q.   Okay.  Before you went on this mission -- I think this is

24   probably typical military, but tell me if I'm wrong -- was

25   there a debriefing?  Did you get together with the crew to

1   discuss your mission?

2   A.   Yes.

3   Q.   And you basically discuss what the purpose of that mission

4   is going to be on that particular day?

5   A.   Yes.

6   Q.   And isn't it true, then, when you come back after the

7   mission, you also meet again?

8   A.   I would meet with our -- yes.  We meet and discuss what

9   happened.

10  Q.   All right.  Do you all meet collectively?

11  A.   No.  It's more of just the -- maybe the pilot and the TAC-O

12  and myself.

13  Q.   And everyone meets together?

14  A.   Yes.

15  Q.   And discussed what happened on a mission?

16  A.   Yes.

17  Q.   And that happened in this case, too?

18  A.   Yes.  That's when I returned my tapes and my logs.

19  Q.   Okay.  Thank you.

20                       CROSS-EXAMINATION

21  BY MR. RODRIGUEZ:

22  Q.   Good afternoon, Petty Officer -- and I'm going to try and

23  pronounce it -- "Baidenmann."  Correct?

24  A.   "Baidenmann."  Yes.

25  Q.   Sir, we've never talked about this case; correct?

1    A.   No.

2    Q.   But you've talked to the prosecutors about this case before

3    today; correct?

4    A.   Yes.

5    Q.   Other than the notes that you referred to, you didn't

6    prepare any reports in this case; correct?

7    A.   No.

8    Q.   And the radar that you keep referring to, there are no

9    reports associated with the radar; correct?

10   A.   As in what?

11   Q.   In other words, you didn't generate any reports from the

12   radar?

13   A.   No.

14   Q.   Now, the -- when you went out, what kind of day was it when

15   you left El Salvador?

16   A.   It was daytime.

17   Q.   How late in the day?

18   A.   I'm honestly not too sure.  All I could tell you is, when

19   we got on station, it was about 14:00 Zulu.

20   Q.   That's when you left?

21   A.   No.  That's when we got on station.  So two- or three-hour

22   transit --

23   Q.   Let me put it this way:  When you left El Salvador, was the

24   sun up?

25   A.   I don't remember.

1   Q.   That detail you don't recall?

2   A.   No.

3   Q.   How long did it take you to get to the area that you were

4   assigned?

5   A.   About two to three hours.

6   Q.   And during that two- and three-hour period, you didn't see

7   other vessels?

8   A.   There was vessels out there, but that's in transit.  When I

9   got on station in the area that we were working in, there was

10  no vessels in the area.

11  Q.   You're aware that that's a very heavy shipping area;

12  correct?

13  A.   It could be.  I mean, the Panama Canal is down south.  So

14  there's a lot, yeah, there's a lot of vessels, I guess.

15  Q.   In fact, in that area, there are thousands of vessels

16  traversing that area; correct?

17  A.   There could be.

18  Q.   Now, who made the decision that this was a target vessel --

19  a target of interest?  Who made that decision?  You?

20  A.   The crew does.  We discuss what we find, and then we

21  discuss if it's something we should follow.

22  Q.   It's like a committee decision?

23  A.   Yes.

24  Q.   And once that decision is made -- well, let me ask you

25  this.  Is that done by a majority vote?

1   A.   Yes.   It's a discussion between the pilot and the TAC-O and

2   myself.

3   Q.   Once that decision is made, you make the sole decisions as

4   to whether or not to turn on the video?

5   A.   Yes.

6   Q.   And you make the sole decision as to what type of lens to

7   use?

8   A.   Yes.

9   Q.   So there's no one on the airplane that directs you to do

10  anything about that?

11  A.   Well, the TAC-O, or the PC, he can say, "Hey, you should

12  record this," so I'll follow orders and record it.

13       But whether to save the video or not, like turning it on

14  and off, I'll say, "I'm going to turn off the recorder," "I'm

15  going to turn on the record," usually, they're like, "Okay."

16  Q.   Your idea when you flew out to this area was to look for

17  some type of criminal activity?

18  A.   We go investigate the Pangas as a -- for drug interdiction.

19  Yes.

20  Q.   Which is criminal activity; right?

21  A.   Correct.

22  Q.   So when you collect the evidence, you're collecting it not

23  just for the Navy, but for a potential prosecution in a court

24  of law; correct?

25  A.   Yes.

1  Q.  Are you told to preserve certain evidence because it may

2  end up in a court of law?

3  A.  As in like certain...?

4  Q.  A video.

5  A.  Yes.  Yes, we do.

6  Q.  But you make the decision whether to turn off the video?

7  A.  We have to to kind of -- to save the tapes.

8  Q.  Can the radar that you're referring to estimate the speed

9  of vessels on the ocean?

10  A.  Yes, it does.

11  Q.  And you made those determinations?

12  A.  The radar works out the calculation of the speed based off

13  time from one position to another position.

14  Q.  Thank you, sir.

15       MR. RODRIGUEZ:  I have no further questions.

16                      CROSS-EXAMINATION

17  BY MR. CHAMBROT:

18  Q.  Good afternoon, Mr. Baidenmann.

19  A.  Good afternoon.

20  Q.  Correct me if I'm wrong.

21       You stated that your plane, the plane you were using that

22  day, had five different systems, camera, radar and three

23  others; correct?

24  A.  Correct.

25  Q.  And that particular day you decided to only use two of

1   them?

2   A.   The other three aren't used for that type of mission.  So,

3   no, we don't use those three.  We use the two that we mainly

4   use.

5   Q.   What type of missions are the other three used for?

6   A.   Missions that the Navy requires.

7   Q.   Okay.  Those three have the capability of recording?

8   A.   I mean, they have their forms of their own data record, but

9   it doesn't go off the VTR.  It's like the radar --

10  Q.   I'm sorry.  I couldn't understand you.

11  A.   I said the other three systems have their own form of

12  recording, but the radar and the camera go off the tapes.

13  Q.   Is there any particular reason why you decided not to --

14  was it your decision not to use the other three?

15  A.   Yes.  They don't use those systems for this type of

16  mission.

17  Q.   Okay.  Now, you stated that, when you saw the debris

18  field -- or you saw these folks dumping whatever it was that

19  they were dumping, your plane was approximately 18- to

20  20,000 feet up in the air?

21  A.   Yes.

22  Q.   And you stated that, once you're up in that height, you

23  could probably see for hundreds of miles?

24  A.   It all depends on the environment, but it could.

25  Q.   Okay.  And that particular day, the environment wasn't bad

1    at all; was it?

2    A.   No, it wasn't.

3    Q.   Okay.  So when you say "hundreds of miles," is it hundreds

4    of miles one way or is it a hundred miles every which way?

5    A.   So when I say it's a hundred miles, that's talking about

6    the radar.  The radar can see a hundred feet.

7    Q.   Okay.

8    A.   And it gives me 240 degrees off the aircraft that I can

9    see.

10   Q.   So it would be a hundred miles this way, a hundred miles

11   this way?

12   A.   Yes.

13   Q.   So, in total, it would be a radius of a hundred-plus miles;

14   correct?

15   A.   Correct.

16   Q.   And correct me if I'm wrong:

17        Your testimony was that once you approached the boat, you

18   saw no other boats in that entire area?

19   A.   Correct.

20   Q.   So for hundreds of miles, there was nothing there?

21   A.   That's not really -- that was a hundred miles.  Of course,

22   there's going to be other vessels.  But within this area of the

23   panga, there was not any in the vicinity of.

24   Q.   So your testimony is -- let's say this is the panga right

25   here -- I'm the panga -- and then for hundreds of miles there's

1   no other vessels?

2   A.   That's not what I said.

3        There is, of course, ships hundreds of miles out.

4        But within the vicinity of the panga, there was no vessels.

5   Q.   Okay.  But my question was:  There was no vessels within

6   how far?

7   A.   About, you know, 20 or 30 miles.

8   Q.   So when you stated that you could see for hundreds of miles

9   and there were no vessels, that was not accurate?

10  A.   That's not what I said.

11  Q.   Okay.  Please repeat.  I'm not trying to be argumentative.

12  A.   What I said was that radar as -- depending on its altitude,

13  I can see hundreds of miles.

14       I didn't say there was no vessels for hundreds of miles.

15  Q.   So where was the nearest vessel to the panga?

16  A.   I'm not too sure.  There was no vessel within 20 or

17  30 miles.  So it could have been out 40, 50 miles.

18  Q.   Did you log that anywhere to see -- for a report?

19  A.   No.

20  Q.   So your estimate of how far anybody was is just that, an

21  estimate?

22  A.   Yes.

23  Q.   Didn't you think it would be something worthwhile to record

24  in your notes?

25  A.   No.  It's not necessary.

1    Q.  So you're the person that decides what gets recorded, what

2    gets taped, what's get used?

3    A.  Throughout the crew, I'm the one to initiate the recording,

4    but the crew talks about, "Hey, maybe we should record this."

5    And then I would record.

6    Q.  But if no one says anything, it's basically entirely in

7    your hands?

8    A.  Yes.

9    Q.  So you're the one that pretty much would dictates what

10   comes into a courtroom to be used as evidence at any given

11   time?

12           MS. VIAMONTES:  Objection, Judge.

13           THE COURT:  Overruled.

14           MR. CHAMBROT:  Nothing further.

15                        CROSS-EXAMINATION

16   BY MR. BERRIO:

17   Q.  Good afternoon, Mr. Baidenmann.

18   A.  Good afternoon, sir.

19   Q.  We've never met before?

20   A.  No.

21   Q.  My name is Juan Berrio.  I represent one of the Defendants

22   in this case, Jose Candelario Perez-Cruz.  Nice to meet you.

23   A.  Nice to meet you.

24   Q.  That day you video-recorded for this particular case, you

25   video-recorded almost two hours of video that day; correct?

```
 1   A.   Correct.

 2   Q.   And you testified that you viewed most of the video or all

 3   of the video that was provided, I believe, on direct

 4   examination; correct?

 5   A.   Yes.

 6   Q.   You viewed all the raw video footage that was provided?

 7   A.   Yes.

 8   Q.   And there are big gaps in that log video; correct?

 9   A.   Yes.

10   Q.   36 minutes here; correct?

11   A.   Yes.

12   Q.   15 minutes after you filmed the boat that's tossing this

13   contraband -- there's a 15-minute gap after you filmed that

14   boat; right?

15   A.   I believe so.

16   Q.   So for 15 minutes you weren't filming the boat that

17   actually discarded this contraband; correct?

18   A.   I did not record.  No.

19   Q.   You also viewed the highlights.  It's about a

20   6-minute-and-55-second video?

21   A.   Yes, I have.

22   Q.   And in the "highlights" section you heard yourself, how you

23   were frustrated that you couldn't locate some target data or

24   something of that nature?

25   A.   Yes.
```

1    Q.   For the most part, the only audio we have of those two

2    hours of video is when you're frustrated; right?

3    A.   No.  There's other parts of the audio, but that was the

4    beginning of it, yes.

5    Q.   Okay.  But I've looked at all that video as well, and out

6    of all that raw video -- and we actually saw some of it here

7    today -- I think we actually saw most of the film today --

8    there's no audio in the long, raw video.

9    A.   Okay.

10   Q.   So somebody at the Navy, I guess, edited and took out the

11   audio on the video -- the audio, what was being discussed

12   amongst the crew members.

13        MS. ANTON:  Object and ask if there's a question

14   pending.

15        MR. BERRIO:  Yes.

16   BY MR. BERRIO:

17   Q.   Do you know who decided to audio -- take out all the audio

18   in the raw footage?

19   A.   Yes.

20   Q.   Who decided to take out all the audio?

21   A.   It's not really a decision.  It's more of a policy.  It's

22   what we're supposed to do.

23   Q.   Why wasn't it done in the "highlights" section?

24   A.   I may have made a mistake.

25   Q.   You made a mistake leaving all the audio in; right?

1    A.   Yes.

2    Q.   You guys don't want us to hear in this courtroom what is

3    being discussed for two hours; right?

4              MS. ANTON:   Objection.

5              THE COURT:   Overruled.

6              THE WITNESS:   We have a lot of conversations in the

7    aircraft that shouldn't-be-released-type thing.   It's sensitive

8    information.   So, no, we don't want that recorded.

9    BY MR. BERRIO:

10   Q.   Big mistake; right?

11   A.   Not really.

12   Q.   You don't think it's important for us here to know what

13   you're seeing down below for two hours?

14             MS. ANTON:   Objection.   Argumentative.

15             THE COURT:   Overruled.

16             THE WITNESS:   Can you say that again.

17   BY MR. BERRIO:

18   Q.   You don't think it's important for us, the jury, the

19   members, to know what you guys are saying to each other for two

20   hours as you're filming targets of interest down below?

21   A.   No.

22   Q.   It's not important for us to know that?

23   A.   No.

24   Q.   You guys keep it amongst yourselves; right?

25   A.   Yes.

1   Q.   And then, when you get back to base, you huddle and you

2   meet; correct?

3   A.   We debrief.  Yes.

4   Q.   And then you got to decide what you saw where and you put

5   it into your logs?

6   A.   We do the logs on the aircraft.

7   Q.   But then, when you get back, you meet and you huddle and

8   you discussed what you saw?

9   A.   Yes.  We debrief.

10   Q.   Okay.

11        MR. BERRIO:  I have no further questions.

12                      CROSS-EXAMINATION

13   BY MR. do CAMPO:

14   Q.   Good afternoon, sir.

15   A.   Good afternoon.

16   Q.   Sir, you were operating the radar onboard the aircraft in

17   this case; right?

18   A.   Yes, sir.

19   Q.   And can you describe for the jury, what does your radar

20   screen look like?

21   A.   So the navigators usually put up some overlays on the

22   screen and then my radar, as it sweeps around, it shows me

23   everything that the radar is seeing on the screen.

24        So, in certain modes, I can see weather.  In other modes,

25   it blinks through the weather.  So I don't see it.  And then

1   it'll show me what's on the surface of the water.

2   Q.   The screen itself, is it like an LED?  Is it like an old

3   type of screen?  How big is it?

4   A.   I -- can give you like -- it's about this big (indicating).

5   Q.   You're showing about a foot-and-a-half with your hands.

6   Would that be fair?  18 inches, maybe?

7   A.   Probably a little bit bigger than 18 inches, maybe.

8   Q.   A little bit bigger than 18 inches?

9        And on that screen -- that 18-inch screen, what's the field

10  of view?  How much area can you fit on that screen?

11  A.   It all depends on what I -- that I set it to.  It depends

12  on what I set it to.

13  Q.   So you can control the field of view; right?

14  A.   Yes.

15  Q.   So you could zoom into a smaller part of the ocean or you

16  can expand back and have a much bigger part of the ocean?

17  A.   Yes.

18  Q.   Could you give us a sense of what the range would be.  Like

19  what's the widest view you could get?

20  A.   I don't know.  It -- it's kind of sensitive information

21  that doesn't need to be released.

22       MS. ANTON:  Your Honor, I'm going to object to the

23  relevance of this line of questioning as to the radar

24  capability.

25       MR. do CAMPO:  Your Honor, I think it is relevant

1    because one of the principal issues in this case is what was

2    seen in that radar, and how much he could focus in at any given

3    moment is very relevant to his ability to give the answers that

4    he's given.

5         THE COURT:  Well, why don't you rephrase your question,

6    a hundred miles.

7         MR. do CAMPO:  Okay.

8    BY MR. do CAMPO:

9    Q.  You know what.  Why don't we do this.

10        Do you recall more or less what -- the range you were using

11   on the day in question regarding your testimony here?

12   A.  So I adjusted it thoroughly back and forth to make sure

13   there was no vessels coming into the area or -- yeah.  I adjust

14   it to change my field view.

15   Q.  Okay.  On the day in question, just related to this case,

16   when you say "back and forth," what's back and what's forth?

17   A.  I zoom in and out.

18   Q.  Right.

19        But could you give us a sense of what was the largest field

20   of view you had in the screen and what was the smallest, just

21   in connection with this case, with the couple of hours you were

22   working this matter?

23   A.  So are you asking what are the different ranges I get?

24   Q.  That you used.

25   A.  That I can't disclose because of sensitive information

1    about the system.

2            MR. do CAMPO:  Your Honor, I object.  I don't think

3    that's his call to make, number one.  And number two is, if

4    they're going to bring a case like this, they have to --

5            THE COURT:  Well, I think you can get at it a different

6    way.  But, I mean, as I -- as I understood the earlier

7    testimony, it was also a function of the altitude that the

8    plane was at.  So it can vary, but -- and there is a -- this

9    other issue of the horizon.

10           MR. do CAMPO:  Right.

11           THE COURT:  I mean, I would come at it from the

12   standpoint, "Is it 50?  Did you go out a hundred?  Did you go

13   out 200?"

14           And at some point, I think you've gotten the answer you

15   want, is the way I would approach it.  I mean, at a certain

16   point, how far out does it really need to go anyway?

17           MR. do CAMPO:  Got you.

18   BY MR. do CAMPO:

19   Q.  So when you were zooming in as close as you could to the

20   target -- what you considered to be the target vessel, how big

21   was the area that you were monitoring on your screen?  Was it

22   10 miles?

23   A.  Roughly.

24   Q.  And when you would scan back to get a wider view, would you

25   say you would adjust to maybe a hundred miles?

1  A.  Yes.  It could go out further because it all depends on the

2  altitude of the aircraft at the time.

3  Q.  Now, is it a fair statement that the wider out you are, the

4  less detail you pick up; right?

5  A.  Yes.

6  Q.  Well, the wider out you are, the bigger the area you're

7  focusing on your 18-inch screen; right?

8  A.  Right.

9  Q.  So, at some point, do you lose track of smaller details

10  when you expand out so far?

11  A.  No.

12  Q.  So it doesn't make a difference from what distance you

13  expand the screen?  You'll pick up every little -- every

14  vessel?

15  A.  Yes.

16  Q.  Up to what size vessel would you pick up?

17  A.  I could pick up -- I've picked up turtle shells on the

18  surface of the water.  I've picked up logs in the water.  I've

19  also picked up large, large, you know, combatant ships out on a

20  different missions, so it could pick up anything.

21  Q.  So I imagine, when you're expanding your screen to a

22  hundred miles, as you said you did, there must be a lot of

23  little data points on your screen.

24  A.  Could be.

25  Q.  Well, in this particular case, wasn't it true that, when

1   you expand back a hundred miles, in any given part of the

2   ocean, there's going to be a lot of logs and turtles?  Right?

3   A.   Right.

4   Q.   There's going to be a lot of small vessels?

5   A.   Right.

6   Q.   There's going to be a lot of big vessels?

7   A.   Right.

8   Q.   Maybe hundreds, even?

9   A.   Could be.

10  Q.   Okay.  And all of that is on your screen?

11  A.   Yes.

12  Q.   Now, you're seeing this and you interpret the points that

13  you see on the screen, and that's why you think there were no

14  other vessels in the area; right?

15  A.   I know there was no other vessels in the area.

16  Q.   But, obviously, the Navy makes mistakes; doesn't it?

17  A.   Yeah.

18  Q.   And you've made a mistake at least once in your life,

19  haven't you?

20  A.   Yes.

21  Q.   Now, the technology to record what you were viewing that

22  day exists; doesn't it?

23  A.   Can you say that one more time?

24  Q.   The technology to record the data -- the radar data exists?

25  A.   Yes.

1    Q.   But that wasn't done this day?

2    A.   It could have, but I didn't because we are told that video

3    from the camera is more important.

4    Q.   Who tells you this?

5    A.   It's just how we have passed down.

6    Q.   So you have no idea who made this decision?

7    A.   No.

8    Q.   But you follow your orders?

9    A.   Yes.

10   Q.   Okay.  But if that data was here, obviously, we could all

11   judge for ourselves; right?

12   A.   Yes.

13   Q.   Thank you.

14        MR. do CAMPO:  No further questions.

15                       CROSS-EXAMINATION

16   BY MS. PINERA-VAZQUEZ:

17   Q.   Hi, Officer Baidenmann?  Right?  "Baidenmann"?

18   A.   "Baidenmann."  Thank you.

19   Q.   Let me just pick up on what my co-counsel was asking you.

20        Was there the technology available on the aircraft to

21   record the radar?

22   A.   Yes.

23   Q.   It just was not used?

24   A.   No.

25   Q.   And that's because you were told to use the video versus

1    the recording?

2    A.   Yes.

3    Q.   I'm sorry.  Versus recording the data?

4    A.   Right.

5    Q.   So just a little bit about your background.

6         You graduated five years ago from high school?

7    A.   2012.  Yes.

8    Q.   2012.  Okay.

9         You went directly into the Navy?

10   A.   Yes.

11   Q.   And all your training has been with the Navy?

12   A.   Yes.

13   Q.   And you have -- your specialty is camera, radar?

14   A.   Yes.

15   Q.   Specifically limited to aircraft?

16   A.   To the P-3 Orion.  Yes.

17   Q.   So your entire training is related to the P-3 Orion?

18   A.   Yes.

19   Q.   Now, you haven't had any law enforcement training; right?

20   A.   No.

21   Q.   So you haven't been trained on how to collect evidence for

22   purposes of going to trial?

23   A.   No.

24   Q.   You haven't been trained on the constitutional issues when

25   it comes to a trial; correct?

1          MS. ANTON:  Your Honor, I'm going to object as to the

2     relevance.

3          THE COURT:  Overruled.

4          THE WITNESS:  Say it again.  I'm sorry.

5     BY MS. PINERA-VAZQUEZ:

6     Q.   You haven't been trained in what the law is -- the

7     constitutional law is when it comes to a trial; is that right?

8     A.   Correct.

9     Q.   And you haven't been trained in how to gather evidence from

10    a crime scene; right?

11    A.   I am trained on how to gather information and evid -- not

12    evidence -- but information and details of the mission I'm on.

13    Q.   But not for law enforcement purposes?  For intelligence

14    purposes?

15    A.   Yes.

16    Q.   And you haven't been trained on how to preserve evidence

17    for law enforcement purposes; correct?

18    A.   Can you reword that question.

19    Q.   Preserve evidence, for instance, you find.

20         If it were decided to preserve a tarp in the ocean was

21    important for a case, you haven't been taught what to do to

22    preserve that evidence; right?

23    A.   Right.

24    Q.   Your entire training resolves around intelligence?

25    A.   Yes.

1    Q.   So when you make those decisions to turn on and turn off

2    the tape -- hello, hello -- when you make those decisions to

3    turn on and turn off the tape, that's based on your

4    intelligence training?

5    A.   Of what's important.  Yes.

6    Q.   I'm sorry?

7    A.   To gather what's important.  Yes.

8    Q.   Right.

9         It was not part of your law enforcement training because

10   you haven't had any?

11   A.   Correct.

12   Q.   And had you had law enforcement training, maybe that

13   decision would have been different; correct?

14   A.   Perhaps.

15        MS. ANTON:   Judge, I'm going to object.  This is

16   argumentative.

17        THE COURT:   Sustained.

18   BY MS. PINERA-VAZQUEZ:

19   Q.   Now, the Navy does have law enforcement training; right?

20   A.   We have security personnel.  Yes.

21   Q.   Well, a little bit more than security.  There's the Navy

22   special intelligence law enforcement training that they have

23   specifically as an arm of the Navy; isn't that right?

24   A.   Like the master of arms is a rating, yes --

25   Q.   Right.

1    A.   -- that's basically police in the Navy.

2    Q.   And they're trained in law enforcement?

3    A.   I think so.

4    Q.   All right.  So let's go to today on -- not today -- I'm

5    sorry -- October 18th.

6         Who was in charge of that mission?  Would that have been

7    Commander Imlah?

8    A.   Yes.

9    Q.   Was that the first time that you rode with Commander Imlah?

10   A.   No.

11   Q.   But the commander that was supposed to go on that flight

12   for some reason was not able to make it?

13   A.   The pilot at the time.  Yeah.

14   Q.   Now, you said that the camera's on the nose of the plane,

15   the front.

16   A.   Yes.

17   Q.   But you're not seated there.  You're seated more back;

18   right?

19   A.   Yes.  I'm in the middle of the aircraft.

20   Q.   And is there a window next to you that you can look

21   outside?

22   A.   I have a very small window, but it just shows the engine of

23   the aircraft.

24   Q.   Are there three windows in the P-3 Orion?

25   A.   Total windows, there's -- including an emergency hatches,

1    there's -- all in the floatation, there's the TAC-O, the

2    navigator, my little window, the two emergency hatches that

3    have windows on there, and then there is two more in the back

4    where the observer and the in-flight technician would sit, and

5    then in our galley, there are three small windows.

6    Q.   And are you looking outside the window as you're monitoring

7    the radar and the camera, also?

8    A.   I don't.

9    Q.   So when you left the Comalapa base -- is that how you say

10   it in -- the base in El Salvador, how do you pronounce it?

11   A.   "Comalapa."

12   Q.   "Comalapa."

13        When you left Comalapa base around 4:55 in the morning, you

14   already were seated at your post, which would have been to

15   monitor the radar and the camera; right?

16   A.   Yes.

17   Q.   Two hours to get to your destination?

18   A.   Yeah.  Two to three hours.

19   Q.   And during that time, there's several vessels that appear

20   on your radar?

21   A.   Yes.

22   Q.   And you're the one that's making the decision which ones

23   you should focus on or not?

24   A.   Well, within the area of what JIATF South gives us, I take

25   all the vessels in the area of that, and then we check; but

1    there was no vessels in the area, so we found just the one, so

2    we focused on that one.

3    Q.  Right.  But you're the one that makes that decision based

4    on your intelligence training?

5    A.  As a crew, we do.

6    Q.  Does anybody else on the crew have law enforcement

7    training?

8    A.  No.

9         MS. PINERA-VAZQUEZ:  Nothing else, Your Honor.

10                         CROSS-EXAMINATION

11   BY MR. ENCINOSA:

12   Q.  Good afternoon.

13   A.  Good afternoon.

14   Q.  You're responsible for all the -- recording all the videos;

15   right?

16   A.  Yes.

17   Q.  And did you say that all those videos had sound, the

18   talking back and forth inside the plane?

19   A.  Inside the plane, yes.

20   Q.  And they all got erased; right?

21   A.  Yes.  Well, it's not -- I don't know if they was erased or

22   not.  I don't know how -- the procedure of taking the audio

23   out.  I don't know -- I don't do that, so I don't know that.  -

24   Q.  Take the audio out intentionally; right?

25   A.  Yes.

1    Q.   We could have heard -- the jury could have heard everything

2    that was said during the flight; right?

3    A.   Could have.

4    Q.   And because it was erased or taken out, however you want to

5    call it, the jury won't be able to hear it?

6    A.   No.

7    Q.   Now, you also mentioned that the reason that you don't

8    record everything is to save the tape.  You mentioned VCR?

9    A.   VTR.

10   Q.   PTR?

11   A.   VTR.

12   Q.   VTR.

13        And you mentioned eight millimeters?

14   A.   Yes.  It's an eight-millimeter cassette tape.

15   Q.   It's a cassette tape.  Is it like the ones you put in the

16   VCR?

17   A.   Not a VCR, but like in your -- back when they had cassette

18   tapes in cars.

19   Q.   Okay.

20   A.   You put the tape in.

21   Q.   Oh.  Like the cassette tapes we used to put in the cars --

22   A.   Yeah.

23   Q.   -- awhile back?

24   A.   Awhile back.

25   Q.   Okay.  Now, when you get to the stage -- and there are ways

1    of putting that information -- or those recordings into DVDs;

2    right?

3    A.   We don't do that on our plane.  No.

4    Q.   No.

5         But there are ways of doing it, right, when you get back?

6    A.   I'm not sure.  It's not my job to do that.

7    Q.   Okay.  Well, we received several DVDs with all the

8    recordings.  So obviously you're able to do it; right?

9    A.   Okay.  Yes.

10   Q.   Right?

11   A.   I don't do it.  No.

12   Q.   But it can be done very easily; right?

13   A.   Yes.

14   Q.   And it wasn't done in this case.  In other words, your

15   testimony was that you avoid taking videos in order to save the

16   space on the tape; right?

17   A.   Right.

18   Q.   Well, you can download them when you get back, erase the

19   whole thing, and you still have them recorded.  You still have

20   them there; right?

21   A.   But that doesn't say the length on the cassette tape while

22   we're on station.

23   Q.   But all you need is some very inexpensive device to

24   download whatever you get -- you record up there.

25        When you get back, you download it and then you erase the

1    tape and use it again; right?

2    A.   Right.

3    Q.   It wasn't done; right?

4    A.   Well, if you have the video, then it was done.

5    Q.   Okay.  But you could have taped everything, right, and done

6    the same thing?

7    A.   No.

8    Q.   You couldn't have?

9    A.   No.

10   Q.   Okay.  You also mentioned that you've seen cases where

11   people cover up with tarps the boat in order to avoid detection

12   by the infrared; correct?

13   A.   Yes.

14   Q.   You've seen that; right?

15   A.   Yes.

16   Q.   And they were able to avoid detection by infrared; correct?

17   A.   From infrared, yes.

18   Q.   Yes.  Okay.  Thank you.

19           MR. ENCINOSA:  I have no further questions.

20           THE COURT:  Any redirect?

21                       REDIRECT EXAMINATION

22   BY MS. ANTON:

23   Q.   Officer Baidenmann, so defense counsel has asked a lot of

24   questions about the audio portion being stripped out of the

25   video that we have.

1    A.    Right.

2    Q.    When you all are flying these mission -- and I mean the

3    U.S. Navy when I say "you all" -- are there conversations that

4    you're having aboard that aircraft that are not relevant to

5    this interdiction and can possibly pertain to issues of

6    national security?

7    A.    Yes.

8    Q.    And is the Navy's primary mission law enforcement?

9    A.    No, it's not.

10   Q.    What is the Navy's primary mission?

11   A.    Maritime patrol is our primary mission at the B-3

12   community.

13   Q.    Is your primary mission to protect the United States?

14   A.    Yes, it is.

15   Q.    Are you trained in law enforcement?

16   A.    No, I'm not.

17   Q.    Are you trained in weaponry?

18   A.    No -- well, of the aircraft's weaponry.  Yes.

19   Q.    Are you trained in combat?

20   A.    What the aircraft can do, yes.

21   Q.    Are you trained in how to deal with that aircraft in a

22   combat situation?

23   A.    Yes, I am.

24   Q.    That aircraft can carry missiles?

25   A.    Yes, it can.

1    Q.   Can the aircraft carry torpedos?

2    A.   Yes, it can.

3    Q.   And those are used for combat?

4    A.   Yes, it is.

5    Q.   Now, we were talking about this area, that JIATF told you

6    to respond to --

7    A.   Yes.

8    Q.   -- in the Eastern Pacific.

9         When you got to that area, after you transited for two

10   hours to fly there, was that the only vessel that you saw in

11   that area?

12   A.   In that area, yes.

13   Q.   But your radar was capable of seeing far further than that;

14   right?

15   A.   Yes, it was.

16   Q.   Now, we talked a lot on cross-examination about this radar.

17   Defense counsel referred to it as a blip on the screen.

18   A.   Yes.

19   Q.   Was this a blip on the screen or was this a panga throwing

20   cargo off?

21   A.   On the radar, it was a blip on the screen.

22   Q.   Okay.  The radar that you're using -- right? -- defense

23   counsel asked you how far, how wide.

24        Do you recall those questions?

25   A.   Yes, I do.

```
 1   Q.   Is that the same radar system on that P-3 plane -- the same

 2   radar system that the U.S. Navy uses to defend the

 3   United States of America in warfare?

 4   A.   Yes, it is.

 5   Q.   Defense counsel asked you if you made a mistake in your

 6   life.

 7   A.   Yes.

 8   Q.   You answered that you have.  We all have.  Right?

 9        Let's talk about this case.  Let's talk about the radar.

10   A.   Okay.

11   Q.   Did you make a mistake reading the radar in this case?

12   A.   I did not.

13   Q.   Now, defense counsel also asked about the gaps in the video

14   because the video was turned off.

15   A.   Yes.

16   Q.   And, admittedly, you had to turn off the video, you

17   testified, to conserve the tape?

18   A.   Yes.

19   Q.   Now, the conservation of the tape is not your decision --

20   A.   No.

21   Q.   -- right?

22   A.   No.

23   Q.   That's the Navy's decision; right?  You were following your

24   orders?

25   A.   Yes.
```

1    Q.   And when you turned off the tape, there are some gaps, for

2    lack of a better word -- some gaps in the time?

3    A.   Yes.

4    Q.   And while we don't see the camera in those gaps, did you

5    still rely on that same radar that the Navy uses in warfare to

6    protect our country to track that panga?

7    A.   Yes, I did.

8    Q.   And you didn't lose sight of that panga?

9    A.   No.

10        MS. PINERA-VAZQUEZ:  Objection.  Leading.

11        THE COURT:  Overruled.

12   BY MS. ANTON:

13   Q.   And during those gaps when we don't see anything on the

14   video, but you're still looking at your screens and on the

15   radar, did any other panga come on to your radar screen?

16   A.   No, it did not.

17   Q.   There was no switching of Pangas?

18   A.   No, there was not.

19   Q.   And that morning when you went out to investigate this area

20   of the Eastern Pacific, was that the only target of interest

21   that you guys looked at in that area that JIATF told you to

22   respond to?

23   A.   Yes, it was.

24   Q.   But, clearly, it wasn't the only vessel out in the Eastern

25   Pacific on that morning?

1    A.  Not in the Eastern Pacific.  No.

2    Q.  And, lastly, when you got back from your mission, you

3    called it a debriefing with your crew and an intelligence

4    specialist.

5    A.  Yes.

6    Q.  That intelligence specialist is the one who actually made

7    the edited version of the shorter video?

8    A.  Yes.

9    Q.  And you're working with a task force; is that correct?

10   A.  Yes.

11   Q.  And the name of that task force we keep referring to, is

12   that JIATF?

13   A.  JIATF.  Yes.

14   Q.  And the U.S. Navy is just one branch of armed forces that

15   works with that task force?

16   A.  Yes.

17   Q.  It also consists of the Coast Guard?

18        MS. PINERA-VAZQUEZ:  Objection.  Leading.

19        MR. do CAMPO:  Objection.  Leading.

20        THE COURT:  Sustained.

21   BY MS. ANTON:

22   Q.  Does it consist of other law enforcement partners or is

23   JIATF composed of just the Navy?

24   A.  It uses multiple different forces.

25   Q.  And when you get back from your mission, the purpose of

1   having your debriefing is what?

2   A.   Is to turn over my logs and tapes to the intelligence

3   specialist that then -- she does what she does with the

4   information and uploads it.

5   Q.   But she is the intelligence specialist; right?

6   A.   Yes.

7   Q.   So is it important for you to get that information to her

8   in a timely manner?

9   A.   Yes.  Right away.

10  Q.   And why is that?

11  A.   You don't want the information to devalue, is what she

12  would say.

13  Q.   So if time had elapsed between your telling them what you

14  saw out there, the information might not be valuable anymore?

15  A.   Correct.

16  Q.   And when you say that information, are you just talking

17  about this interdiction of this one panga on the high seas or

18  are you talking about the information of your mission?

19  A.   From the panga.

20  Q.   Okay.  And when you all go out there and respond to an area

21  that JIATF tells you to respond to, do you have to come back

22  with a report saying, "We found a panga"?

23  A.   If there's something out there that is needed to be

24  recorded, yes.  But if there's nothing out there, there's

25  nothing out there.  It's happened.

1    Q.   Okay.  And that's perfectly fine for you to go back and

2    tell them there was nothing out there?

3    A.   Yes.

4    Q.   In fact, have you looked at targets of interest before that

5    have turned out to be nothing but innocent vessels on the high

6    seas?

7    A.   Yes, I have.

8    Q.   And, in those cases, you went back and reported that to

9    your intelligence officer?

10   A.   Yes.

11   Q.   Thank you.

12        MS. ANTON:  Nothing further.

13        THE COURT:  Thank you.  You may step down.

14        All right, ladies and gentlemen.  It's five to 1:00.

15   So I ask you to be back at five to 2:00, and we'll pick up

16   there.  Have a pleasant lunch.

17        (Witness excused.)

18        (Jury exited courtroom at 12:55 p.m.)

19        (Luncheon recess taken from 12:55 p.m. to 1:55 p.m.)

20        (Jury entered courtroom at 1:55 p.m.)

21        THE COURT:  Good afternoon, ladies and gentlemen.

22   Please be seated.

23        Call your next witness.

24        MS. VIAMONTES:  At this time, the United States calls

25   Officer Hadley.

1           COURTROOM DEPUTY:  Raise your right hand, please.

2           Do you solemnly swear the testimony you're about to

3     give is the truth, the whole truth, and nothing but the truth,

4     so help you God?

5           THE WITNESS:  I swear.

6           THE COURT:  Thank you.  Please be seated.

7           COURTROOM DEPUTY:  Would you please state your full

8     name for the record and, also, spell it and speak slowly.

9           THE WITNESS:  Yes.  Kyle David Hadley.  K-y-l-e,

10    D-a-v-i-d, H-a-d-l-e-y.

11          COURTROOM DEPUTY:  Thank you.

12          (OFFICER KYLE HADLEY, being sworn, testified as

13    follows:)

14                        DIRECT EXAMINATION

15    BY MS. VIAMONTES:

16    Q.  Officer Hadley, can you please introduce yourself to the

17    members of the jury and tell them where you work and in what

18    capacity.

19    A.  Hi, I'm Kyle Hadley.  I was stationed onboard the Coast

20    Guard Cutter *Mellon* the past two years based out of Seattle,

21    Washington.  I was a boarding officer onboard, so I conducted

22    law enforcement.  That's my primary job.

23    Q.  What's your position with the Coast Guard?  What's your

24    rank?  What's your position?

25    A.  Okay.  Junior grade, an 02.  I was assigned to *Mellon* as a

1    deck officer and boarding officer, and so I drive ship,

2    navigate and, like I said, conduct law enforcement.

3        And that's my main job.

4    Q.   How long have you been with the Coast Guard?

5    A.   I graduated from the Academy in 2011 -- or sorry -- 2015,

6    so a total of six years now.

7    Q.   How long is the Academy?

8    A.   Four years.

9    Q.   Is that like going to college?

10   A.   Yes, exactly.  Exactly.

11   Q.   What was your -- after graduating from the Academy, what

12   was your first position with the Coast Guard?

13   A.   My first unit was Coast Guard Cutter *Mellon* for 2015 - '16.

14   Q.   And you said you drive a vessel?

15   A.   Yes.

16   Q.   Which vessel?

17   A.   The Coast Guard Cutter *Mellon.*  I run the bridge team as

18   the officer on deck, so I manage myself, the helmsman,

19   lookouts, the quartermaster, make sure that we navigate through

20   the mission safely and that nobody gets hurt.

21       MS. VIAMONTES:  Permission to approach, Your Honor?

22       THE COURT:  All right.

23   BY MS. VIAMONTES:

24   Q.   Officer Hadley, I'm handing you Government's Exhibit 10 for

25   identification.  Do you recognize it?

1    A.   Yes.  That's the Coast Guard Cutter *Mellon*.

2    Q.   Is that a picture of the Coast Guard Cutter *Mellon*?

3    A.   That is a picture of the Coast Guard Cutter *Mellon,* yes.

4    Q.   Does that picture accurately depict the way the Coast Guard

5    *Cutter Mellon* looked back in October of 2016?

6    A.   Yes, it does.

7           MS. VIAMONTES:  Your Honor, at this time, the

8    Government moves Government's 10 for identification into

9    evidence.

10          MR. ABRAMS:  No objection.

11          MR. BERRIO:  No objection.

12          THE COURT:  Admitted.

13          (Government's Exhibit 10 admitted into evidence.)

14          MS. VIAMONTES:  Permission to publish, Your Honor?

15          THE COURT:  All right.

16   BY MS. VIAMONTES:

17   Q.   As I place it on the screen for the jury to see -- let me

18   take it out of the protective sheet so you don't have a glare.

19          Can you describe the vessel to the members of the jury, how

20   big is it?

21   A.   It's 378 feet long.  It's an A-class cutter, high

22   endurance, so we go out for deployments up to and exceeding

23   three months at a time.

24   Q.   How many crew members were on the cutter that was deployed?

25   A.   Typically, we will have 180 people onboard.

1  Q.  How many cutters does the U.S. Coast Guard have in its

2  fleet?

3  A.  I don't know that off the top of my head.

4  Q.  Now, back in October 2016, where was the Coast Guard Cutter

5  *Mellon* stationed?

6  A.  Coast Guard *Cutter Mellon* is still currently, and was then,

7  stationed in Seattle, Washington, that's its home port.  We go

8  all over the Pacific Ocean to conduct a variety of missions,

9  including, but not limited to, Search and Rescue Ops is number

10  one, Living Marine Resources Law Enforcement, and Counter Drug

11  Law Enforcement as well, south.

12  Q.  So you mentioned various different missions you have; is

13  that true?

14  A.  Yes.

15  Q.  And what's the primary mission that you stated that the

16  Coast Guard has?

17  A.  The Coast Guard's primary mission is search and rescue,

18  pretty much trumps every other one.

19  Q.  All right.  You go out on deployments for a long period of

20  time?

21  A.  Yes.  Typically, three months at a time.

22  Q.  Back in October of 2016, specifically, October 18th, 2016,

23  what was your role on the Coast Guard Cutter *Mellon*?

24  A.  October 18th, I was the boarding officer and pursuit

25  mission commander in this pursuit in the case, so I led the law

1   enforcement team on the small boat.

2   Q.   Okay.  You said a "small boat."

3        Does the Coast Guard Cutter *Mellon* have smaller vessels on

4   it?

5   A.   Yes.  So, *Coast Guard* Cutter *Mellon* is a ship, and it has

6   two small boats that we deploy to various law enforcement teams

7   to and from target vessels, and then to conduct a variety of

8   other missions as well.  If there's a search and rescue case,

9   then we definitely have a small boat to go up to those people

10  as we go on the scene.

11  Q.   And can you describe the small boat that you were on, on

12  October 18th, 2016?

13  A.   Yes.  It's about 23 feet long.  You can see it in this

14  image here, right towards the middle, being suspended by a

15  crane.  That's actually how we lower it into the water, so we

16  extend the crane out over the water and lower it with cables.

17  Q.   Would you mind stepping down -- with the permission of the

18  Court -- to point out where you see that smaller vessel.

19       Your Honor, permission for the witness to step down?

20            THE COURT:  All right.

21            (Witness steps down.)

22  A.   This, right here, is the small boat, and there's another

23  one on the other side as well.

24  Q.   Are those two boats similar?

25  A.   They're very similar, just very minor differences, same

1   length.

2   Q.  Can you tell them apart?

3   A.  Yes, you can.

4   Q.  How so?

5   A.  Well, one, their color is different.  So this one on the

6   port side has an orange hull with gray, gray sponsons.

7       And on the starboard side, the other small boat, it's got

8   orange inflatable sponsons and an aluminum hull on the bottom,

9   so...

10      MS. VIAMONTES:  Permission to approach, Your Honor.

11  BY MS. VIAMONTES:

12  Q.  Now, Officer Hadley, I'm showing you what's been premarked

13  as Government's Exhibit 7.  Do you recognize it?

14  A.  I do.

15  Q.  What is it?

16  A.  This is a picture of both of our small boats on scene with

17  the suspect panga.  It's with all the suspects onboard.

18  Q.  Does that photograph accurately depict the way your small

19  vessel looked on October 18th, 2016?

20  A.  Yes.

21      MS. VIAMONTES:  Your Honor, at this time, the

22  Government moves Government's 7 into evidence.

23      MS. PINERA-VAZQUEZ:  No objection.

24      MR. ABRAMS:  No objection.

25      THE COURT:  Admitted.

```
 1                (Government's Exhibit 7 admitted into evidence.)

 2                MS. VIAMONTES:  Permission to publish.

 3                THE COURT:  All right.

 4   BY MS. VIAMONTES:

 5   Q.   Does this small vessel have a name?

 6        What type of vessel is it?

 7   A.   The suspect vessel?

 8   Q.   No, the vessel that you were driving.

 9   A.   Yes.  They're referred to -- we use a lot of names.

10   Primarily, we call them Mel-I and Mel-II.

11   Q.   Is yours the Mel-I or the Mel-II?

12   A.   Mel-I is the one on the starboard side, so with the orange

13   inflatable sponsons and aluminum hull, and Mel-II is the one we

14   keep on the port side -- it's on the right side of this

15   picture -- with the gray sponsons and the orange hull.

16   Q.   And which one were you on, the one on the right or the one

17   on the left?

18   A.   In this picture, I'm already onboard the panga, so...

19   Q.   Okay.  So it's not on the Mellon.

20   A.   Yeah.

21   Q.   What type of -- Mel-I and Mel-II, do you refer to them by

22   another name, an acronym?

23   A.   OTH, over-the-horizon boat.

24   Q.   "Over-the-horizon boat," is that what you call it?

25   A.   Yes.
```

1   Q.   Do you know why it's called an "over-the-horizon boat"?

2   A.   Yes.

3   Q.   Why?

4   A.   Because its capabilities allow it to operate out of sight

5   of Cutter *Mellon*, so we can take the OTH, over-the-horizon

6   boats for occasions off the ship.

7   Q.   Let me direct your attention now to October 18th, 2016.

8        Were you on duty that day?

9   A.   Yes.

10  Q.   And were you sent out on the over-the-horizon to the target

11  of interest?

12  A.   I was.

13  Q.   Why?  Do you know why you were sent out?

14  A.   We received word that there was a target in that particular

15  direction, so we were instructed to intercept it.

16  Q.   And is the over-the-horizon then deployed from the cutter?

17  A.   Yes, it is.

18  Q.   Explain to the members of the jury -- as I put the cutter

19  Exhibit 10 back up here -- how is the over-the-horizon launched

20  or deployed?

21  A.   So the Cutter *Mellon* would get as close as possible to

22  where -- as close as tactically advantageous to the point where

23  we have to put a small vessel -- we'll be going pretty fast,

24  about 30 knots on the cutter, they'll slow down to no more than

25  five knots, and the personnel will climb to the side, and

1   there's a whole team of people out there that will operate the

2   davit to lower us down to the water.

3   Q.   So they lower you down and --

4   A.   Lower us down and we unhook -- we unhook and we go in the

5   water.

6   Q.   Can the over-the-horizon travel at high rates of speed?

7   A.   Yes, it can.

8   Q.   How high can it reach?

9   A.   In my experience, approximate nautical speed, up to 50

10  knots.

11  Q.   Can it travel faster than the cutter?

12  A.   Yes.

13  Q.   Is that the reason why the over the horizon is deployed?

14  A.   Yes, it is, ma'am.

15  Q.   So you can catch up to the target of interest?

16  A.   Yes, ma'am.

17  Q.   Tell the jury how it is that you guys intercept.

18       Do you chase right behind the target of interest or do you

19  use a different tactic?

20  A.   Well, if it's that ahead of us and heading away from us, we

21  would chase it for awhile right behind.

22       But in this particular case, we were told that it was

23  actually approaching us, so we just --

24  Q.   It was coming in your direction?

25  A.   Yes, it was coming in our direction, so we drove the small

1    boat towards them; and then once they made efforts to evade, we

2    followed.  So the pursuit is typically right behind them.

3    They're off center a little bit.

4    Q.   Okay.  Initially, they're traveling toward you, you said?

5    A.   Yes.

6    Q.   Was the Coast Guard Cutter *Mellon* far away from the target

7    of interest?

8    A.   Yes, it was, when we were made aware of it, so --

9    Q.   And as the target of interest is coming toward you, does

10   there come a point that it appears that they saw you?

11   A.   I was already -- we had already deployed the small boat at

12   this point, but it was very clear to me that they had seen us

13   when they immediately turned sharply to the right.

14   Q.   Did you see a sharp turn?

15   A.   I did.

16   Q.   And did you then change your tactic or your direction to

17   catch up to them?

18   A.   Yes, we did.

19   Q.   How so?

20   A.   We were initially heading right towards them -- they were

21   heading towards us, essentially, a head-on situation.  And once

22   they saw us, they made a 90-degree turn starboard and proceeded

23   at a high rate of speed, so we made about a 90-degree turn to

24   port to follow them.

25   Q.   And I forgot to ask you, on October 18th when the

1   Coast Guard *Mellon* was deployed to the area, explain to the

2   members of the jury where -- what part of the world are you in?

3   A.   So we're in the Eastern Pacific, off the coast of Central

4   and South America, it's widely known as a -- it's widely known

5   as a high traffic -- it's, essentially, a lane for drug

6   trafficking, so we --

7   Q.   Is it between Colombia and Mexico?

8   A.   Yes.

9   Q.   Is that where the Coast Guard *Mellon* was?

10  A.   Yes, it was.

11  Q.   And were you guys strategically there patrolling?

12  A.   Yes.

13  Q.   As you're following the target of interest, what

14  specifically are you doing on the over-the-horizon vessel?

15  A.   Specifically, I'm making reports back to *Mellon*

16  indicating -- well, I'm telling them exactly what I'm seeing,

17  essentially, giving them courses, speeds, number of people I

18  think I see onboard, description of the panga, position I

19  sighted them in, what time.  So I'm relaying that all back to

20  the cutter, as well as energizing our blue law enforcement

21  light.

22  Q.   Do you have lights and sirens operating?

23  A.   Yes, we do.  We have the siren operating as well, and I'm

24  also attempting to issue commands to the suspects to stop, as

25  we are in pursuit.

1   Q.   Do you speak Spanish?

2   A.   I don't.

3   Q.   As you're giving commands to stop, what are you saying?

4   A.   I'm telling them that this is the United States Coast Guard

5   and stop their vessel immediately.

6   Q.   You're saying that in English?

7   A.   I am attempting to read it off of a card, off of a card we

8   have onboard, in Spanish.

9   Q.   Do you at some point get close enough where the occupants

10   of that vessel can hear you?

11   A.   I believe.  I believe they could, yes.

12   Q.   And when you get close enough, do you tell them to put

13   their hands up?

14   A.   When they reduced speed and we had -- and we were able to

15   maneuver close to approach them, yes, I did instruct them to

16   put their hands up.

17   Q.   As you're gaining on the target of interest, how fast is

18   the OTH going?

19   A.   We were traveling at max speed, so between 47, 50 knots.

20   Q.   How long did you chase the target of interest?

21   A.   I would say no more than 10-minutes.

22   Q.   Did there come a time that they came to a stop?

23   A.   Yes, there was.

24   Q.   Before they came to a stop, did you see the Navy P-3 plane?

25   A.   Yes.

1  Q.  And what did you see the Navy P-3 plane do?

2  A.  Essentially, it dove down towards them to about 3, 400 feet

3  and crossed their bow.

4  Q.  After the Navy airplane came down low, did that panga

5  target of interest stop?

6  A.  Yes, it did.  Yes, ma'am.

7  Q.  And then you were able to interdict them?

8  A.  Yes, ma'am.

9  Q.  Government's Exhibit 7 on the Elmo, is this picture before

10 or after the interdiction?

11 A.  They did come to a stop at this point.

12 Q.  They had already come to a stop?

13 A.  Yes, ma'am.  It looks like I was already onboard.

14      MS. VIAMONTES:  Permission to approach, Your Honor.

15      THE COURT:  All right.

16 BY MS. VIAMONTES:

17 Q.  Officer Hadley, I handed you what's been marked as

18 Government's Exhibit 6 for identification.

19      Do you recognize it?

20 A.  Yes.

21 Q.  What is it?

22 A.  It's both of our small boats, both of our OTH's next to the

23 panga.

24 Q.  And does Government's Exhibit 6 for identification

25 accurately depict the scene on October 18th, 2016, after the

1    interdiction?

2    A.  Yes, it does.

3          MS. VIAMONTES:  Your Honor, at this time, the

4    Government moves Government's Exhibit 6 into evidence.

5          MR. ABRAMS:  No objection.

6          THE COURT:  Admitted.

7          (Government's Exhibit 6 admitted into evidence.)

8          MS. VIAMONTES:  Permission to publish.

9          THE COURT:  All right.

10   BY MS. VIAMONTES:

11   Q.  Look at Exhibit 6, is this after the vessel been

12   interdicted, intercepted?

13   A.  Yes.

14   Q.  As you're approaching chasing down the target of interest,

15   were you able to record some of that chase?

16   A.  Yes, I was.

17   Q.  Tell the members of the jury how you were able to do that.

18   A.  We had a GoPro camera on the front of our small boat, so it

19   was, essentially, what we were seeing at the same time.

20   Q.  What is a GoPro camera?

21   A.  GoPro is portable waterproof camera that a lot of people

22   use to record action-filled activities.

23   Q.  And have you had an opportunity to review the disks of the

24   GoPro footage from that day?

25   A.  Yes, I have.

1   Q.   Now, before we get to the videos, tell the members of the

2   jury the crew that is on your over-the-horizon vessel as you're

3   chasing down the target of interest, who's onboard with you?

4   A.   So the crew, including myself, the pursuit coxswains, the

5   one driving the boat, the small boat engineer, the -- a

6   boarding team member and interpreter, there's five of us.

7   Q.   And what were you wearing as you're out there chasing down

8   this panga?

9   A.   I'm wearing a set of cover-alls; on top of that, I had my

10  body armor and equipment, gun belt; and then on top of that, I

11  had a personal floatation device as well; outside, I had

12  ballistic helmut on, sunglasses, work gloves, steel-toed boots.

13  Q.   Do you have a weapon?

14  A.   Yes, I do.

15  Q.   What type of weapon were you carrying that day?

16  A.   It's a Sig Sauer personal defense weapon.

17          MS. VIAMONTES:   Permission to approach, Your Honor.

18          THE COURT:   All right.

19  BY MS. VIAMONTES:

20  Q.   Officer Hadley, I have shown -- I have given you what's

21  been premarked as Government's Exhibit 28 through 30.

22          Do you recognize those?

23  A.   Yes.

24  Q.   What are they?

25  A.   It looks like the CDs of the footage and GoPro.

1    Q.   Have you had an opportunity to review those CDs?

2    A.   Yes.

3    Q.   And how do you know those are the ones that you reviewed?

4    A.   My initials are on, my initials that I watched.

5    Q.   And do those videos accurately depict the scene as you were

6    chasing down and boarding the panga in question in this case?

7    A.   Yes, they do.

8              MS. VIAMONTES:   Your Honor, at this time, the

9    Government moves Exhibit 28, 29 and 30 into evidence.

10             MR. ABRAMS:   No objection.

11             MS. PINERA-VAZQUEZ:   No objection.

12             THE COURT:   Be admitted.

13             (Government's Exhibits 28, 29 and 30 admitted into

14   evidence.)

15   BY MS. VIAMONTES:

16   Q.   When you finally catch up to this panga, what do you do?

17   A.   Telling them to keep their hands up, keep away from the

18   engines and we muster them on the bow of the panga.

19   Q.   "Muster them on the bow," what does that mean?

20   A.   That means I instructed all of them to move as a group, to

21   kind of isolate themselves on the bow of the boat so there's a

22   lot of space for myself and my boarding team to basically

23   embark.

24   Q.   So you moved them to the front of the boat?

25   A.   Moved them to the front, yes, ma'am.

1    Q.   Do you immediately board their vessel or do you have to

2    obtain permission to board their vessel?

3    A.   You have to obtain permission, yes, ma'am.

4    Q.   Did you obtain permission to board their vessel?

5    A.   I had obtained permission, yes.

6    Q.   You previously stated you do not speak Spanish; right?

7    A.   Correct.

8    Q.   How are you communicating with the members -- the crew

9    members on the target of interest?

10   A.   We had a designated interpreter with us, Officer Barajas,

11   for anything I need to say to them to interpret and vice versa.

12   Q.   Did she have any other role out there that day, was she

13   responsible for doing anything else other than interpreting?

14   A.   No.

15   Q.   Does she come up with her own questions or does she

16   translate only what you have tell her to tell them?

17   A.   She only translates what I told her to tell them.

18   Q.   And does she translate back to you what she told you the

19   suspects are saying?

20   A.   Yes, ma'am.

21        MS. VIAMONTES:   Permission to the publish the video,

22   Your Honor.

23        THE COURT:   All right.

24   BY MS. VIAMONTES:

25   Q.   Now, the GoPro that you used to capture this video, does it

1    record in high definition?

2    A.   Yes, ma'am, it does.

3    Q.   Does that take up a lot of data?

4    A.   It takes up a lot of data.

5    Q.   Do you eat up all the data that you had rather quickly?

6    A.   Yes.

7    Q.   So are the videos pretty short in time?

8    A.   Yes, they are.

9    Q.   Do they capture the entire time you're out there?

10   A.   No.

11   Q.   How long were you out there bobbing up and down on either

12   your vessel or the panga on that day?

13   A.   From the time I left the Coast Guard Cutter *Mellon* on the

14   OTH until about the time I returned, it was about 11, 12 hours.

15        MS. VIAMONTES:   Now, for the record, first I'm going to

16   play the first portion, which is Government's Exhibit 28.

17        Can we dim the lights, Your Honor?

18        (Videotape being played and paused and resumed

19   throughout questioning of this witness.)

20   BY MS. VIAMONTES:

21   Q.   Now, we see a bar in the middle.

22        What is that bar in the middle of the screen?

23   A.   That bar is used to hang things on.  It's just part of the

24   structure of the boat.

25   Q.   It's part of the structure.  All right.

1        And, unfortunately, the camera was positioned slightly

2    above it?

3    A.   Unfortunately.

4             (Videotape paused.)

5             (Videotape resumed.)

6    BY MS. VIAMONTES:

7    Q.   Can you see a reflection on the screen?

8    A.   Yes.

9    Q.   Whose that reflection behind the plastic?

10   A.   That's the reflection of the coxswain.

11   Q.   And he's the driver of the boat?

12   A.   Yes, ma'am.

13   Q.   And where are you seated in conjunction to the coxswain?

14   A.   I'm seated about eight feet behind him.

15   Q.   Behind him.  It looks like a rough ride?

16   A.   It's rough.

17   Q.   Are you going fast?

18   A.   Yes, ma'am.

19   Q.   Are you guys holding on?

20        How do you stay on the over-the-horizon?

21   A.   There's a seat belt, there is foot stirrups to hold

22   yourself on.

23   Q.   Did you have your seat belt on?

24   A.   Yes, ma'am.

25             (Videotape paused.)

```
 1              (Videotape resumed.)

 2    BY MS. VIAMONTES:

 3    Q.   Here we're at about eight minutes and 20 seconds into the

 4    video; is that right?

 5    A.   Yes.

 6    Q.   Are you now gaining on the panga?

 7    A.   We are, yes, ma'am.

 8              (Videotape paused.)

 9              (Videotape resumed.)

10    BY MS. VIAMONTES:

11    Q.   Here, you start slowing down?

12    A.   Yes, ma'am.

13    Q.   And can you see the target of interest, the panga, on the

14    screen now?

15    A.   Yes, I can.

16    Q.   Where do you see it?

17         Describe it to the members of the jury.

18    A.   It's just below that bar in the middle of the screen and on

19    the left side of the bow.

20    Q.   I'm going to point my mouse toward it.

21         Is that what you're referring to?

22    A.   Yes, ma'am.

23              (Videotape paused.)

24              (Videotape resumed.)

25
```

1   BY MS. VIAMONTES:

2   Q.   Do you see in the background an aircraft?

3   A.   Yes, ma'am, I do.

4   Q.   Can you tell what aircraft that's back there, if you

5   remember?

6   A.   Yes, ma'am.  That's the same P-3 aircraft.

7   Q.   That belongs to the Navy?

8   A.   Yes, ma'am.

9   Q.   Is that after they came low towards the target of interest?

10  A.   They are performing a maneuver at this point.

11  Q.   At some point, we heard -- did we hear sirens?

12  A.   Yes, ma'am.

13  Q.   Are those the sirens that you activated from your vessel?

14  A.   Yes, ma'am.

15  Q.   Did you also have lights?

16  A.   We also have a blue light, yes, ma'am.

17          (Videotape paused.)

18          (Videotape resumed.)

19  BY MS. VIAMONTES:

20  Q.   Whose voice is that we heard there?

21  A.   That's my voice.

22  Q.   You said "manos."

23  A.   Yes.

24  Q.   What does that mean in English?

25  A.   It means raise your hands, put your hands up.

1    Q.   Is that the only thing you know in Spanish?

2    A.   Yes, ma'am.

3    Q.   You told them to put their hands up?

4    A.   Yes, ma'am.

5    Q.   You told them you're with the U.S. Coast Guard?

6    A.   Yes, ma'am.

7            (Videotape paused.)

8            (Videotape resumed.)

9    BY MS. VIAMONTES:

10   Q.   Now, we saw briefly on screen -- did you see a Coast Guard

11   officer to the left with a long weapon?

12   A.   Yes, ma'am.

13   Q.   Who is that?

14   A.   That is Officer Higgins.

15           (Videotape paused.)

16           (Videotape resumed.)

17   BY MS. VIAMONTES:

18   Q.   Are the occupants of the panga complying?  Do they have

19   their hands up?

20   A.   Yes, ma'am.

21           (Videotape paused.)

22           (Videotape resumed.)

23   BY MS. VIAMONTES:

24   Q.   Did you hear your voice again there?

25   A.   Yes.

1    Q.   And what were you saying?

2    A.   I was instructing my interpreter to tell them to turn the

3    engines off.

4    Q.   Why do you want the engines off?

5    A.   So they don't make an attempt to escape while we're trying

6    to embark.

7    Q.   And does she convey that to them?

8    A.   She does.

9    Q.   Did they turn the engines off?

10   A.   Yes, they did.

11   Q.   Did you then board their vessel?

12   A.   Yes.

13            (Videotape paused.)

14            (Videotape resumed.)

15   BY MS. VIAMONTES:

16   Q.   Does it take awhile for you to board?

17   A.   Yes, it does.

18   Q.   Why?

19   A.   I'm not sure they understood that I wanted them to move

20   themselves to the bow.

21            (Videotape paused.)

22            (Videotape resumed.)

23   BY MS. VIAMONTES:

24   Q.   I'm sorry, you were answering -- completing your answer,

25   you weren't sure that they had understood?

1   A.   I wasn't sure they understood.  They were slow to react to

2   our instructions to move to the bow, so it was --

3   Q.   Why is it important for them to all move to the bow?

4   A.   You wouldn't want a law enforcement officer jumping from

5   one moving boat onto another one right in the middle of a bunch

6   of suspects, who I don't know if they're armed or have any

7   malicious intent towards me, so I just wanted to give myself as

8   much space as possible so I can see if I can embark.

9   Q.   How many officers were going to board the target of

10  interest vessel?

11  A.   Myself, Officer Higgins and Officer Barajas, there's three

12  of us.

13  Q.   Do these subjects eventually comply and move to the bow --

14  A.   Eventually.

15  Q.   -- of the vessel?

16  A.   Yes, ma'am, they do.

17          (Videotape paused.)

18          (Videotape resumed.)

19  BY MS. VIAMONTES:

20  Q.   Now, I will stop the video, which is Government's Exhibit

21  28, at that portion about 14 minutes.

22      What is it that we're seeing here?

23  A.   You're seeing myself, Officer Higgins and Barajas embark

24  the vessel.

25  Q.   So you're getting on their vessel?

1    A.   Yes, exactly.

2            (Videotape paused.)

3            (Videotape resumed.)

4    BY MS. VIAMONTES:

5    Q.   Can you describe for the members of the jury what the

6    target vessel looked like?  What type of vessel is it?

7    A.   It's a classic panga, just an open construction vessel just

8    used to move things around.  It's about -- I can't remember

9    exactly how long it was, but I would say about the same size as

10   our small boat length-wise, so 20 feet.

11   Q.   How deep is that vessel when you come into it?

12   A.   I'd say it comes up to my upper leg on the side.

13   Q.   And how many motors did it have on it?

14   A.   It had two outboard motors.

15   Q.   When you first board the vessel, do you search around it?

16   A.   Yes.  That's the first thing we do any time we board a

17   vessel, was conduct an initial safety sweep, so just for --

18   Q.   Why?

19   A.   -- for officer safety, I want to make sure the vessel is

20   seaworthy, we're not going to -- there's nothing that could

21   harm us, the ship's not going to go down as soon as we get

22   onboard.

23   Q.   And did you conduct that safety sweep?

24   A.   Yes, I did.

25   Q.   Did you find anything that could harm you?

1   A.   Yes, I did.

2   Q.   What did you find?

3   A.   I found a large butcher's knife on the deck right where I

4   was embarking.

5   Q.   So what did you do with that?

6   A.   So I picked it up and I threw it overboard.

7   Q.   Why did you just tossed it overboard?

8   A.   I figured it was the safest way to dispose of it.  If I put

9   it back on my small boat, someone could step on it, it could be

10   moved while we're moving around.

11       Nothing is very secure out there at sea.

12   Q.   Okay.  Did you have a weapon on you?

13   A.   I did.

14   Q.   Was your weapon drawn at this point?

15   A.   At this point, no.  It was holstered.

16   Q.   And Officer Higgins, when he boarded, did he still have

17   that long weapon that we saw at the beginning of the video?

18   A.   No, he didn't.

19   Q.   Where did he leave of the long weapon?

20   A.   He left the long weapon on our small boat.

21   Q.   Did he have a different weapon on him?

22   A.   He did.  He had a side arm just like I did, the same one.

23   Q.   When you boarded that vessel, how many occupants were on

24   the vessel?

25   A.   Seven.

1   Q.   What's your role once you board the target vessel?

2   A.   My role as the boarding officer is to conduct law

3   enforcement, so the first thing I have to do is establish our

4   jurisdiction.  That's accomplished by asking them a series of

5   questions, getting any sort of identification I can for them,

6   for this vessel.  That's the first step.

7   Q.   Are you the commanding officer on that vessel, are you in

8   charge?

9   A.   Of that boat, the small boat, yes, at that point.

10  Q.   So you mentioned that when you first board, you're asking

11  questions about jurisdiction?

12  A.   Yes.

13  Q.   What sort of questions do you ask the occupants to

14  determine jurisdiction?

15  A.   To ask them who the captain is, what the nationality of

16  them or the vessel is, what their last port-of-call was, next

17  port-of-call is, how long they have been at sea, what the

18  purpose is out here.

19       But the big ones are identification and establishing

20  whether or not this is a foreign flag vessel, a U.S. vessel or

21  state vessel.

22  Q.   Okay.  Did you ask the occupants for identification?

23  A.   Yes.

24  Q.   How do you communicate with them?  Are you using your

25  translator?

1   A.   The entire time.

2   Q.   Do you tell her to ask for identification?

3   A.   Yes, ma'am.

4   Q.   Do any of them produce identification?

5   A.   They do not.

6   Q.   Do you ask who the captain of the vessel is?

7   A.   Yes, I did.

8   Q.   And was anyone forthcoming in providing you information,

9   initially, about who the captain of the vessel was?

10  A.   All seven of them claimed to be the captain of the vessel

11  at the same time.

12  Q.   Did that change while you were onboard their vessel?

13          MS. PINERA-VAZQUEZ:  Your Honor, I'm going to object to

14  this line of questioning.  He's not actually asking the

15  questions direct to the occupants.  I don't know how it was

16  conveyed.  He wasn't the one asking the questions, it was done

17  by a translator, so we don't know exactly what was asked and

18  what the responses were because he doesn't speak Spanish.

19          THE COURT:  Overruled.

20  BY MS. VIAMONTES:

21  Q.   Through the use of your translator, did someone eventually

22  come forward and admit to being the captain of the vessel?

23  A.   Yes.

24  Q.   Who was it?

25  A.   Eventually, Mr. Garcia-Solar.

1          MS. VIAMONTES:  Permission to approach, Your Honor.

2          THE COURT:  All right.

3   BY MS. VIAMONTES:

4   Q.   Officer Higgins [sic], I've handed you what's been

5   premarked as Government's Exhibit 18 and 25.

6          Do you recognize them?

7   A.   I do.

8   Q.   What are they?

9   A.   This is a group photo.

10  Q.   Is that Government's Exhibit 18?

11  A.   Exhibit 18, yes, ma'am, that's a group photo of all the

12  suspects, and then Exhibit 25, it's Mr. Garcia-Solar.

13  Q.   Do those photographs accurately depict the way the suspects

14  looked back on October 18th, 2016?

15  A.   Yes, they do.

16         MS. VIAMONTES:  Your Honor, at this time, the

17  Government moves Government's 18 and 25 into evidence.

18         MS. PINERA-VAZQUEZ:  No objection.

19         MR. ABRAMS:  No objection.

20         THE COURT:  Admitted.

21         (Government's Exhibits 18 and 25 admitted into

22  evidence.)

23         MS. VIAMONTES:  Permission to publish, Your Honor.

24         THE COURT:  All right.

25  BY MS. VIAMONTES:

1    Q.   Now I'm going to place on the Elmo Government's Exhibit 18.

2    When was this photograph taken?

3        Was that taken while you were out there?

4    A.   Yes, ma'am.

5    Q.   Who took this photograph?

6    A.   I believe Officer Higgins took that photo.

7    Q.   What area of the target vessel are the occupants on -- or

8    toward?

9    A.   It's hard to tell based on the photo.

10   Q.   Okay.  And can you tell there the captain of the ship, can

11   you point him out to the members of the jury?

12   A.   Yes.  Mr. Garcia-Solar is the second from the left with the

13   frog T-shirt.

14   Q.   Now placing on the Elmo Government's Exhibit 18 now in

15   evidence.  And who is depicted in this photograph?

16   A.   Mr. Garcia-Solar.

17   Q.   As you were doing your interview to determine jurisdiction,

18   did you ask the captain of the ship the nationality of he and

19   his crew members?

20   A.   Yes, I did.

21   Q.   What did he say?

22   A.   I don't remember exactly.  I have to refer back to my

23   statement.

24   Q.   Did you write a report after you came back onto the *Mellon*?

25   A.   Yes, I believe.

1   Q.   And would that refresh your recollection?

2   A.   Yes, it would.

3          MS. VIAMONTES:   Permission to approach, Your Honor.

4          THE COURT:   All right.

5          MR. BERRIO:   Your Honor, I'm going to object as to the

6   questioning.   He's relying on an interpreter to tell him what

7   Mr. Solar said, so I think we should hear from the interpreter.

8          THE COURT:   Well, I think the jury can appreciate the

9   issue that you're raising.   Certainly the questions that he

10  asks are his own statements and what he's told back is his

11  understanding of what he was told.

12         So the jury can attach whatever weight to that that

13  they want.   It goes to the weight that they want to give to it;

14  not to its admissibility.

15         MR. BERRIO:   How about on the grounds that's hearsay?

16         THE COURT:   Again, I think to the extent that he's laid

17  a predicate that they have an interpreter there that's

18  translating -- is it your intention to call the translator?

19         Is it your intention to call the translator?

20         MS. VIAMONTES:   We may, Your Honor.

21         THE COURT:   Okay.   So to that extent, you may have an

22  opportunity to cross-examine the interpreter as well.   Okay.

23  Note the objection and deny it.

24         MR. ENCINOSA:   Your Honor, I would like the same

25  objection on the --

```
 1              THE COURT:  Everybody gets the same.

 2              MR. ENCINOSA:  -- for all three.

 3   BY MS. VIAMONTES:

 4   Q.  Officer Hadley, have you had an opportunity to refresh your

 5   recollection?

 6   A.  Yes.

 7   Q.  And did you learn of the occupants -- did you learn what

 8   Mr. Garcia-Solar said his nationality was?

 9   A.  Yes.

10   Q.  What did he say?

11   A.  He made a claim of Mexican nationality for himself, the

12   rest of the crew and the boat vessel.

13   Q.  And the vessel itself?

14   A.  Yes, ma'am.

15   Q.  Now, in reference to the translations, who was translating

16   for you?

17   A.  Officer Barajas.

18   Q.  In order to become a translator for the Coast Guard, do you

19   have to be certified?

20   A.  Yes, you do.

21   Q.  Do you rely on the translator when you're out on these

22   missions?

23   A.  Absolutely.

24   Q.  Did you also ask the crew members what their mission was

25   that day for the purpose of the voyage?
```

1    A.    Yes.

2    Q.    And who are the questions being addressed to?

3    A.    Mr. Garcia-Solar.

4    Q.    What does he say about the mission of their voyage?

5    A.    Initially, he said they're out there for food.

6    Q.    You said initially he says that.

7          Does he later give a different version or a different

8    statement as to why they're out at a sea?

9    A.    Yes, ma'am.  Later he says that they were out at sea to

10   rescue people from a sinking vessel.

11   Q.    And does he tell you whether they found the people that

12   they were out searching for from that missing vessel?

13   A.    Yes, he does.  Those people are onboard with them.

14   Q.    And does he point out people that are on his boat as the

15   ones he rescued?

16   A.    Yes, he does.

17   Q.    Does he say whether those people on his boat are the ones

18   that he went out looking for?

19   A.    Yes.

20   Q.    And you asked him what his last port-of-call was?

21   A.    Yes, ma'am.

22   Q.    Did he tell you?

23   A.    He did, yes.

24   Q.    What did he say?

25   A.    His last port-of-call was Oaxaca.

1    Q.   Where is that?

2    A.   Mexico.

3    Q.   Did he say when he left Oaxaca?

4    A.   He says they left three days ago.

5    Q.   As you're communicating with Mr. Garcia-Solar and the other

6    crew members, does the translator interpose her own questions?

7    A.   No.  She only asks the questions I direct her to.

8    Q.   Does she have conversations with them aside from what

9    you're telling her to ask what their answers are?

10   A.   No.

11        MR. BERRIO:  Objection, Your Honor.  He's speculating

12   as to what she's asking them in another language.

13        THE COURT:  Overruled.

14   BY MS. VIAMONTES:

15   Q.   So Mr. Garcia-Solar told you that he left three days prior

16   from Oaxaca?

17   A.   Yes, ma'am.

18   Q.   So he would have left Oaxaca on October 15th?

19   A.   Yes.

20   Q.   Now, permission to publish Government's Exhibit 29, which

21   is another segment of the video captured from the

22   over-the-horizon, which is now in evidence.

23        THE COURT:  All right.

24        (Videotape being played and paused and resumed.)

25

```
 1   BY MS. VIAMONTES:

 2   Q.  Now, I'm stopping it briefly at 216.

 3       Can you see inside of the panga vessel here?

 4   A.  Yes.

 5   Q.  Do you see containers here where I'm pointing with my

 6   mouse?

 7   A.  I do.

 8   Q.  What are those containers?

 9   A.  Those were large containers filled with gasoline.

10   Q.  How much gasoline was onboard this panga?

11   A.  I don't remember exactly how much gasoline, but there was

12   an excessive amount for sure.

13           (Videotape paused.)

14           (Videotape resumed.)

15   BY MS. VIAMONTES:

16   Q.  Now, in the background do we see the second

17   over-the-horizon that was launched from the cutter?

18   A.  Yes, ma'am.

19   Q.  You mentioned that when you board the vessel you do a

20   protective sweep quickly for your safety?

21   A.  Yes, ma'am.

22   Q.  While you're interviewing and speaking with

23   Mr. Garcia-Solar, do you ask for registration information for

24   the vessel?

25   A.  Yes, ma'am, I do.
```

 1   Q.   Is he able to produce any?

 2   A.   No.

 3   Q.   While you do your protective sweep, do you see food on this

 4   vessel?

 5   A.   A very limited amount.

 6   Q.   Do you remember what type of food it was?

 7   A.   Yes, it was -- it was like a container of refried

 8   beans-looking kind of food, had a couple drinks.

 9   Q.   Was there water?

10   A.   I can't remember exactly what type of drink it was.

11   Q.   Were there large amounts of food for all seven crew

12   members?

13   A.   No.

14        MS. PINERA-VAZQUEZ:   Objection to "large."

15   BY MS. VIAMONTES:

16   Q.   Was there enough water or fluids to last a day for seven

17   crew members?

18   A.   No.

19        (Videotape paused.)

20        (Videotape resumed.)

21   BY MS. VIAMONTES:

22   Q.   Now to the right, from the background, do you see another

23   vessel there?

24   A.   That's the Coast Guard Cutter *Mellon*.

25   Q.   After you obtain the responses from Garcia-Solar and the

1   other crew members, what do you do, in reference to

2   nationality, the reasons for their voyage, how long they've

3   been out, what do you do?

4   A.   I relay all that information back to the cutter, and they

5   take that information and relay that back to the United States

6   to District 11, our land-based unit in California, and they

7   take that information and relay it to the country that they

8   claim to be from, and then there's conversation to attempt to

9   confirm whether or not that those are actual Mexican citizens.

10  Q.   And while they're attempting to confirm whether or not the

11  individuals are, in fact, of Mexican nationality and whether

12  the vessel's actually Mexican, what do you do?

13  A.   I just sit there and wait.

14  Q.   Sit and bob up and down?

15  A.   Yes, ma'am.

16  Q.   And how long were you out there on that panga bobbing up

17  and down?

18  A.   I think it was about 1800 that they finally came back with

19  information.

20  Q.   Was it a long time later?

21  A.   Yes, ma'am, so that was over six hours later.

22              (Videotape paused.)

23              (Videotape resumed.)

24  BY MS. VIAMONTES:

25  Q.   Now, on this video we hear some audio?

1    A.    Yes, ma'am.

2    Q.    Can we hear you and Officer Barajas on the target vessel?

3    A.    Yes, ma'am.

4    Q.    Are you wearing anything to capture audio?

5    A.    I have my radio.  I'm not physically wearing a recording

6    device.

7    Q.    But the GoPro's on your over-the-horizon; right?

8    A.    Yes, ma'am.

9    Q.    So whatever audio is being captured, is that on the GoPro

10   on the over-the-horizon?

11   A.    Yes, ma'am, it is.

12   Q.    So if we hear your voice, is it through the radio that is

13   on over-the-horizon?

14   A.    Yes, ma'am.  In this video, it looks like they're close

15   enough for the camera to pick up the video by itself.

16              (Videotape paused.)

17              (Videotape resumed.)

18   BY MS. VIAMONTES:

19   Q.    I'm going to fast-forward here or just move it at a fast

20   rate just to conserve time.

21        Are you able to see here you and Officer Barajas

22   interacting with Mr. Garcia-Solar?

23   A.    Yes, ma'am.

24              (Videotape paused.)

25              (Videotape resumed.)

```
 1    BY MS. VIAMONTES:

 2    Q.   And it appears that Mr. Garcia-Solar's writing something

 3    down.  Do you know what that is?

 4    A.   I believe it's when I asked him to write down his name,

 5    spell it out for me, him and his crew members.

 6              (Videotape paused.)

 7              (Videotape resumed.)

 8              MR. do CAMPO:  What time is it?  Thank you.

 9              MS. VIAMONTES:   Time stamp is 825 right now, and that's

10    in Government Exhibit 29.

11    BY MS. VIAMONTES:

12    Q.   Does there come a time when one of the crew members holds

13    up a document?

14    A.   Yes.

15    Q.   Do you remember that?

16    A.   I do remember that.

17    Q.   And was that document written in English or in Spanish?

18    A.   It was in Spanish.

19    Q.   Could you read it?

20    A.   I could not read it.

21    Q.   Did you ask Officer Barajas to look at it?

22    A.   I did.

23    Q.   Did it contain registration in there?

24    A.   No, it did not.

25    Q.   Did it have a registration number for the vessel?
```

1    A.   It did not.

2    Q.   Did it have any information that could be useful for you to

3    determine if this was truly a Mexican vessel that belonged to

4    Mr. Garcia-Solar?

5         MS. PINERA-VAZQUEZ:  Your Honor, I'm going to object.

6    There's no way for him to know whether there was any

7    information that was useful because he could not read the

8    document.  It was in Spanish.

9         THE COURT:  Well, go ahead and follow-up on that.

10   BY MS. VIAMONTES:

11   Q.   Did you ask Officer Barajas to look through the document?

12   A.   I did.

13   Q.   Did you ask her to look for registration information?

14   A.   Specifically.

15   Q.   Did you ask her to look to see if the document had

16   Mr. Garcia-Solar's name in it?

17   A.   Yes, I did.

18   Q.   And did it have his name in it?

19   A.   She couldn't find his name, she couldn't find any official

20   numbers for the boat.  There was no identification information

21   in there at all.

22   Q.   Speaking of official numbers, did the boat have any

23   markings on the outside of it?

24   A.   It did not.

25   Q.   Was it flying a flag?

```
 1    A.   It was not.

 2    Q.   Did it have any registration information painted on it?

 3    A.   No, it didn't.

 4    Q.   Did it say who it belonged to?

 5    A.   No, it did not.

 6    Q.   Did it have a name to the vessel?

 7    A.   It did not.

 8              (Videotape paused.)

 9              (Videotape resumed.)

10    BY MS. VIAMONTES:

11    Q.   Did you sit out there for a long time?

12    A.   Yes, ma'am.

13    Q.   Why are you out there so long?  Are you waiting for

14    something?

15    A.   Yes, ma'am.  We're waiting for that information that I sent

16    back to my ship that I sent back to land for our Government to

17    talk to Mexico's Government.

18         We're waiting for them to come back with confirmation that

19    these people or this vessel are Mexican or not.  So, basically,

20    we're waiting that entire time to see if we have jurisdiction

21    over it.

22    Q.   And did you finally get word back from the cutter?

23    A.   Yes, we did.

24    Q.   And was Mexico able to confirm that these were their

25    citizens?
```

1    A.   No, they were not.

2    Q.   Were they able to confirm or deny whether the vessel

3    belonged to Mexico?

4    A.   They could not confirm or deny.

5              (Videotape paused.)

6              (Videotape resumed.)

7    BY MS. VIAMONTES:

8    Q.   As you and Officer Higgins and Officer Barajas are on the

9    target of interest, are your weapons out?

10   A.   No.

11   Q.   Are you yelling at them?

12   A.   No.

13             MS. VIAMONTES:   Now I will publish Government's Exhibit

14   30 in evidence, which is the last segment of the recording.

15             (Videotape being played and paused and resumed.)

16   BY MS. VIAMONTES:

17   Q.   Once you hear back from headquarters and the

18   Coast Guard Cutter *Mellon* that Mexico could not confirm nor

19   deny the nationality of the vessel or the crew members, what do

20   you do?

21   A.   Well, then we assimilate the vessels to one without a

22   nationality, being that we have absolute jurisdiction over it

23   as if it were one of our own.

24        So, at that point, we want to conduct our full law

25   enforcement as part of the boarding, which includes taking

1    space accountability and ensuring that we've checked every

2    square inch of the boat for evidence and then....

3    Q.   And do you do that with the suspects on the vessel?

4    A.   No.  So, in order for myself and Officer Higgins to do that

5    safely, I had all the suspects transferred back over to the

6    cutter.  So we had -- you know, free to move around, didn't

7    have to worry about them doing anything unexpected.

8    Q.   How were they transported back to the cutter?

9    A.   So, first, we frisked them, made sure they didn't have any

10   weapons.  We put them in life jackets, and then we put them on

11   our two small boats and they transported them to the cutter

12   that way.

13   Q.   Do you participate in transporting the suspects back to the

14   cutter?

15   A.   Myself and Officer Higgins stayed onboard the panga so we

16   could get to work while they were being transported.

17   Q.   And the two over-the-horizons head back with the suspects

18   to the cutter?

19   A.   Yes, ma'am.

20   Q.   Are you left out there on the panga without an OTH nearby?

21   A.   Yes, we were.

22   Q.   For how long?

23   A.   Not very long.  I don't recall exactly how long.  But as

24   soon as they dropped off the suspects, one of them came back

25   for us.

1   Q.   So as soon as the over-the-horizons dropped off the

2   suspects, one OTH came back?

3   A.   Yes, ma'am.

4   Q.   Now, once the suspects are off the target vessel, the

5   panga, what do you do?

6   A.   Like I was saying before, we can do the space

7   accountability, which included making a sketch of the vessel

8   with the dimensions, what it looked like, what we do is we take

9   our ION scan swipes to collect samples from various locations

10   on the boat.

11   Q.   Did you conduct the ION swipes?

12   A.   I did not.

13   Q.   Who did?

14   A.   Officer Higgins conducted them at my direction, so I told

15   him where to do it.

16   Q.   And do you search the vessel?

17   A.   Yes, we do.

18   Q.   Did you see any gas tanks on there?

19   A.   Yes.  Quite --

20   Q.   Roughly, how many?

21   A.   Between 15 and 20 -- 15 and 20 tanks, and I'd say they were

22   50 liters apiece.

23   Q.   Did you find any flashlights --

24   A.   No.

25   Q.   -- onboard that vessel?

1    A.   I did not.

2    Q.   Did you find any fishing gear on that vessel?

3    A.   There was no fishing gear.

4    Q.   Did you find any life vests?

5    A.   I believe they might have had one or two.  I don't recall.

6    Q.   After you complete your law enforcement boarding

7    procedures, what do you do?

8    A.   We transported -- we had the small boat.  We had the OTH

9    transport all of our evidence back to the cutter so they could

10   get to work analyzing and cataloging everything.  And then we

11   stayed onboard and asked for further direction, further

12   tasking.

13   Q.   Eventually, are you then taken back to the Cutter *Mellon*?

14   A.   Eventually.

15   Q.   Eventually.  It was a long day?

16   A.   Close to midnight.

17   Q.   While you were out there on your over-the-horizon and on

18   the target of interest, the panga, did you have an opportunity

19   to eat?

20   A.   I believe the -- no.  No, I didn't.

21   Q.   How many hours were you out there?

22   A.   About 12.

23   Q.   At times, did the occupants, the suspects -- did they ask

24   for food?

25   A.   They did.

1    Q.   And could you give them food?

2    A.   We didn't have any ourselves to give them, so no.

3    Q.   Did you have to wait until you got back on the cutter to

4    feed them and feed yourself?

5    A.   Yes, ma'am.

6    Q.   Once you are off the target of interest, once you're off

7    the panga and back on the Cutter *Mellon*, what do you do with

8    the panga?

9    A.   We destroyed it.  It was a hazard to navigation to just

10   leave it sitting out there.

11   Q.   You mean the cutter can't just tow it back here to the

12   United States?

13   A.   I suppose that's possible.  We still had -- this was early

14   in our patrol.  We still had a lot of work to do out there.  So

15   keeping it attached to us wasn't really feasible to do for --

16   Q.   How far away are you from the United States?

17   A.   From the United States, we're off the coast of Guatemala

18   and Mexico at this point, so the very southern tip of Mexico.

19   I don't know exact how far that is, but it takes us about a

20   week to get back.

21   Q.   All right.  Is that panga something that you would feel

22   comfortable driving back here to the United States --

23   A.   No.

24   Q.   -- on the high seas?

25   A.   No.

1   Q.   How is it that it's destroyed?

2   A.   We -- once we finished everything, everything was off, we

3   lit a flare from one of our survival vests and tossed it

4   onboard.

5        Seeing as there was so much gasoline already all over the

6   place, it was set ablaze.  And then later, once we were back

7   onboard the cutter, they put some rounds through it to sink it.

8   Q.   You mentioned there was gasoline all over the place.

9        How do you know that?

10  A.   Overwhelming odor.  It was nauseating, really.

11  Q.   Was it spilled about the panga?

12  A.   Yes, it was.

13  Q.   Before the suspects are taken off of their vessel and

14  transported to the cutter, do you give them any instructions on

15  what to bring with them --

16  A.   Yes.

17  Q.   -- or what's about to happen?

18  A.   Yes.  I instructed Officer Barajas to tell them this was

19  their last opportunity to be on this boat, so they need to grab

20  anything they need and take it with them because they're not

21  coming back.

22  Q.   While your -- you had mentioned previously that your

23  primary mission in the Coast Guard is search and rescue?

24  A.   Yes, ma'am.

25  Q.   Did any of the occupants on that panga while you were out

1    there on October 18th, 2016, ever tell you, "Hey, you need to

2    help another ship, another boat, that's sinking nearby"?

3    A.   No, they didn't.

4    Q.   Had they told you that, would you send a Coast Guard boat

5    out there to help them?

6    A.   Absolutely.

7    Q.   Did you ever see any of the crew members crying about

8    potential people that could be dying, sinking on a skiff

9    nearby?

10   A.   No.

11   Q.   Did any of these crew members ever tell you that they had

12   been smuggled or they were trying to be smuggled into Mexico or

13   the United States?

14   A.   No.

15        MS. PINERA-VAZQUEZ:   Objection, Your Honor.   He doesn't

16   speak Spanish, so nobody's told him anything he can understand.

17        THE COURT:   Overruled.

18   BY MS. VIAMONTES:

19   Q.   Did they?

20   A.   No.

21   Q.   I'm placing on the Elmo Government's Exhibit 18 in

22   evidence.

23        Did the suspects look like they had been out at sea, some

24   of them, for two weeks?

25   A.   Not at all.

1   Q.  Let's take, for example -- and I'm pointing to the

2   gentleman with the yellow jersey.  Do you see that there?

3   A.  Yes, ma'am.

4   Q.  Did he look filthy from being in the bow of a huge mother

5   ship for two weeks?

6   A.  No, he did not.

7   Q.  Were people were defecating all over the place?

8   A.  No.

9   Q.  Let's focus on the gentleman wearing a safety vest and a

10  sweatshirt with an Adidas stripe down the arm.

11      Do you see him?

12  A.  Yes, ma'am.

13  Q.  Does he have a mustache?

14  A.  He does.

15  Q.  The rest of his face, is it growing a beard?

16  A.  No, it's not.

17  Q.  Let's look at this gentleman wearing black pants and a

18  black long-sleeved shirt.  And I can show you the picture up

19  close, if you'd like.  Can you see him?

20  A.  Yes, I can.

21  Q.  Does he have a little bit of a mustache and a little bit of

22  a goatee?

23  A.  A little bit.  Yes, ma'am.

24  Q.  Is the rest of his face fairly clean-shaven?

25  A.  I would say so.  Yes.

1    Q.   Not someone who hasn't been able to shave for 12 days or

2    two weeks?

3    A.   No.

4              MS. VIAMONTES:   Permission to approach, Your Honor?

5              THE COURT:   All right.

6              MS. VIAMONTES:   Can we have the lights back on, please.

7    BY MS. VIAMONTES:

8    Q.   Officer Hadley, I've handed you what's been premarked as

9    Government's Exhibits 9 and 11, I believe.

10   A.   Yes, ma'am.

11   Q.   What is Government's Exhibit 9?

12   A.   Exhibit 9 is a picture of myself and Officer Higgins

13   onboard the panga with the Cutter *Mellon* in the background.

14   Q.   And what is Government's Exhibit 11?

15   A.   And 11 is Officer Higgins and myself onboard the panga.

16   Q.   And do Government's Exhibits 9 and 11 accurately depict the

17   scene when you were out there on the panga with Officer Higgins

18   on October 18th, 2016?

19   A.   Yes, they do.

20             MS. VIAMONTES:   Your Honor, at this time, the

21   Government moves Government's Exhibits 9 and 11 for

22   identification into evidence.

23             MR. do CAMPO:   No objection.

24             THE COURT:   Be admitted.

25             (Government's Exhibits 9 and 11 admitted into

```
 1   evidence.)

 2              MS. VIAMONTES:  And permission to publish, Your Honor?

 3              THE COURT:  Okay.

 4   BY MS. VIAMONTES:

 5   Q.   I placed on the Elmo Government's Exhibit 11.

 6   Government's Exhibit 11 is now on the Elmo.  It might be hard

 7   to see through the Elmo.

 8        But do you see a -- something blue here inside the vessel?

 9   A.   Yes, I do.

10   Q.   What is that blue container?

11   A.   I'm not sure.

12   Q.   Now, I'm placing -- I think I just made that worse --

13   Government's Exhibit 9 on the Elmo.

14        Can you see the Coast Guard *Mellon* in the background?

15   A.   Yes.

16   Q.   And is that you depicted here where I'm pointing with my

17   red pen?

18   A.   Yes, ma'am.

19   Q.   The individual that's to the left of Governments Exhibit 9,

20   is that you?

21   A.   That's me.  Yes.

22   Q.   And to the right, is that Officer Higgins?

23   A.   It is.

24   Q.   Is that while you were finishing the law enforcement

25   boarding process?
```

1  A.  Yes, ma'am.

2  Q.  Was Officer Higgins responsible for the ION swiping?

3  A.  Yes, ma'am, he was.

4  Q.  Once these suspects are taken to the Coast Guard *Mellon*, do

5  you interact with them at all?

6  A.  I didn't see them again.

7  Q.  You're not responsible for watching them?

8  A.  No.  They're -- there's a designated watch -- there was a

9  designated detainee watch onboard.

10  Q.  You're not part of that --

11  A.  I'm not part of that.

12          MS. VIAMONTES:  One second, Your Honor.

13          (Brief pause in the proceedings.)

14          MS. VIAMONTES:  No further questions, Your Honor.

15          THE COURT:  Okay.  Let's go ahead and take our

16  afternoon recess for about 10 minutes.

17          COURTROOM DEPUTY:  All rise.

18          (Jury exited courtroom at 3:17 p.m.)

19          THE COURT:  We will be in recess for another

20  10 minutes.  I have another matter that I need to take up.

21          (Recess taken from 3:17 p.m. to 3:34 p.m.)

22          (Jury entered courtroom at 3:34 p.m.)

23          THE COURT:  Have a seat, everyone.

24          Cross.

25                            CROSS-EXAMINATION

1   BY MR. ABRAMS:

2   Q.   Good afternoon, sir.

3   A.   Good afternoon.

4   Q.   You were the boarding officer for Mel-I; is that correct?

5   A.   That's correct.

6   Q.   And you were one of the crew of five?

7   A.   Yes.

8   Q.   When's the first time you heard that you were going to

9   intercept a target of interest -- well, this particular one?

10  A.   This particular one?  I don't remember exactly when.

11  Q.   Is it fair to say it was several hours prior to Mel-I being

12  lunched from the *Mellon*?

13  A.   Yes.

14  Q.   And at the time -- either you know this or you don't know

15  this.  Do you know the *Mellon* was approximately 55 miles away

16  from your target of interest when *Mellon* was first notified?

17  A.   I wouldn't know exactly where we were in relation to them.

18  Q.   Is it fair to say that -- well, that you -- *Mellon* didn't

19  observe anything being thrown from the boat that you eventually

20  stopped?

21  A.   I personally didn't see that.

22  Q.   Okay.  Now, I believe your testimony was that, at the time

23  Mel-I was launched from the *Mellon*, the *Mellon* and Mel-I are

24  heading directly for the target of interest.  Target of

25  interest is heading directly for Mel-I; is that right?

```
 1   A.   That's true.

 2   Q.   What is your heading at the time that you're doing this?

 3   A.   I don't remember my -- our heading at the time exactly.

 4   Q.   Do you know how -- okay.

 5        You said, at some point, the target of interest made a

 6   turn --

 7   A.   Yes.

 8   Q.   -- is that right?

 9   A.   That's correct.

10   Q.   And how big a turn did the target of interest make?

11   A.   About 90 degrees, I would say.

12   Q.   It didn't turn around and go the other way?

13   A.   No.

14   Q.   All right.  At the time -- now, we watched -- we watched

15   some of the video -- this is starting with Government

16   Exhibit 28, which showed Mel-I, the GoPro -- the GoPro is on

17   Mel-I showing you guys going across the water at a high rate of

18   speed; right?

19   A.   Yes.

20   Q.   This is also a GoPro that's equipped for sound?

21   A.   Yes.

22   Q.   You also have GoPros that don't record sound; is that

23   right?

24   A.   I'm not sure.

25   Q.   You have GoPros that aren't mounted on the boat?  In other
```

1   words, you have other GoPros on the *Mellon*?

2   A.   Yes.

3   Q.   And you have GoPros that mount on the helmets that you

4   wear; is that right?

5   A.   I never had a helmet-mounted camera.

6   Q.   You haven't done so.

7        How about other members of your crew?

8   A.   I can't say.  It's possible.  I'm not sure.

9   Q.   But for purposes of this case and your actions in this

10  case, the GoPro that we're working with is the one that was

11  mounted on Mel-I?

12  A.   Yes.

13  Q.   At the time that -- when Mel-I was approaching the target

14  of interest and target of interest made a 90-degree turn, your

15  siren wasn't going at that point, was it?

16  A.   Not at that point.  No.

17  Q.   In fact, I believe from -- when we were watching Government

18  Exhibit 28, the -- your siren went on approximately eight

19  minutes into the video; is that right?

20  A.   I'm not sure I remember exactly.

21  Q.   Okay.  Well, the siren wasn't on very long; is that right?

22  A.   I'm not -- I'm not sure of the duration either.

23  Q.   Well, the video that we just watched.

24  A.   But there was certainly some footage without the siren.

25  Q.   And, in fact, the target of interest went dead in the

1   water?

2   A.   Yes.

3   Q.   Was the target of interest dead in the water before you put

4   the siren on?

5   A.   I can't remember exactly.

6   Q.   Is it fair to say that, after the siren went on, the target

7   of interest stopped, there was no pursuit?

8   A.   I would say what stopped them was the P-3 making its

9   maneuver.

10   Q.   Okay.  Well, I'm going to ask you about that, too.

11       Now, as you are approaching the target of interest, it's

12   not just you and your boat that's approaching; right?

13   A.   There was another boat in the water.

14   Q.   There was another boat in the water; that was Mel-II?

15   A.   Right.

16   Q.   There was also a very large Coast Guard cutter --

17   A.   Yes.

18   Q.   -- right?

19   A.   Yes.

20   Q.   That was a hundred -- what -- how big was that one?

21   A.   378 feet long.

22   Q.   That's a big one.

23   A.   It is.

24   Q.   And there was an airplane?

25   A.   Right.

1   Q.   And this airplane -- did you watch as the airplane came

2   down low over the boat?

3   A.   Yes, sir, I did.

4   Q.   So, essentially, there are -- there is a small boat that's

5   being approached by four other things, three boats and an

6   airplane; right?

7   A.   Yes.

8   Q.   To the best of your knowledge, did the airplane communicate

9   to the boat that the boat needed to stop?

10  A.   I don't believe so.

11  Q.   When you got on your loud hailer and you were calling to

12  the boat, I guess you said you were reading from a card.

13  A.   Yes.

14  Q.   All right.  And you weren't sure they could hear you or

15  not?

16  A.   Well, it's louder and going that fast.

17  Q.   So you don't know if they heard you or not?

18  A.   I felt certain they heard me, but --

19  Q.   Well, what we do know for certain, though, is as soon as

20  you activated that law enforcement siren, that boat went dead

21  in the water?

22  A.   Right.

23  Q.   Now, aside from the fact that the boat made a 90-degree

24  turn, you don't know that this target of interest knew it was

25  being pursued, do you?

1    A.   I would say that their action was because they saw us, an

2    orange Coast Guard vessel, a U.S. flag, and a blue light

3    flashing on top.

4    Q.   Okay.  But it didn't turn completely around or away from

5    you; right?

6    A.   It did.  It turned 90 degrees.

7    Q.   Okay.  Here's the target of interest.  Here's Mel-I.  And

8    they're coming toward each other.  Target of interest makes a

9    left turn -- all right? -- a 90-degree turn.

10        All you have to do is change your course a little bit and

11   you're still heading right for it; right?

12   A.   Correct.

13   Q.   It's not like it's turning around and then there's a chase.

14   A.   Well, there was a chase.

15   Q.   Well, from your perspective.

16   A.   Certainly from my perspective.

17   Q.   Okay.  Now, you've had -- you've dealt with -- in your

18   experience aboard the *Mellon*, you've dealt with noncompliant

19   vessels?

20   A.   Yeah.

21   Q.   And you are trained in various means to stop noncompliant

22   vessels; is that right?

23   A.   Yes, I am.

24   Q.   And your training -- as part of your training, you know one

25   of the things you sometimes do is there are warning shots that

1    are fired?

2    A.   Sometimes.  Yes.

3    Q.   And if that doesn't get their attention, there is disabling

4    fire when you attempt to shoot out the engines of the boat?

5    A.   Yes.

6    Q.   That's pretty extreme, probably something you don't really

7    want to do if you don't have to?

8    A.   Correct.

9    Q.   It didn't happen in this case?

10   A.   It didn't.

11   Q.   Now, the boat stops and you approach and you ask -- I

12   believe you said first what you did was you conducted a safety

13   sweep.

14   A.   Yes.

15   Q.   I guess we'd all agree that one of the most paramount

16   concerns that you would have when you're doing a boarding is

17   the safety of yourself and your crew.

18   A.   Certainly.

19   Q.   So that's why the initial safety sweep?

20   A.   Yes.

21   Q.   Now, you then said -- you then had to establish

22   jurisdiction.

23   A.   Yes.

24   Q.   This is after finding the big butcher knife and throwing it

25   over the side and then it was time to establish jurisdiction;

1    right?

2    A.   Well, we had already been granted permission to use our

3    steps for stopping a noncompliant vessel up to disabling fire.

4    So....

5    Q.   All right.  But you didn't have to do any of that?

6    A.   Right.  We didn't have to.

7    Q.   Because they were compliant?

8    A.   Well, they weren't compliant.  They were -- they did comply

9    eventually, but I wouldn't call it a vessel evading, fleeing

10   from me, compliant.

11   Q.   Well, let me ask you about that.

12        You've got a big silver airplane swooping down on them,

13   you've got this 300-foot vessel, and you've got two small boats

14   with guys who are armed to the teeth pointing rifles at them

15   and they took off.

16   A.   Well, they had only seen my boat and the plane at that

17   point when they took off.

18   Q.   Okay.  Well, when you approached their boat -- you know,

19   you and I are having a conversation right now --

20   A.   Yes, we are.

21   Q.   -- about what happened.

22   A.   Yes.

23   Q.   When Mel-I approaches a target of interest, you're not --

24   you are not approaching them to have a conversation.  You're

25   approaching them to give them commands and you demand that they

1   obey what you're telling them to do and then maybe you'll have

2   a conversation; is that right?

3   A.   In this particular case, because they had already

4   demonstrated that they weren't compliant, yes.

5   Q.   All right.  Well, when you do a boarding -- when you're

6   approaching somebody in a case like this -- you'd received

7   information that you're acting on that this boat might be

8   involved in some illegal activity; right?

9   A.   Yes.

10  Q.   So you approach it as a law enforcement approach?

11  A.   Yes.

12  Q.   All right.  So when you approach, again, you're concerned

13  with the safety of yourself and your crew?

14  A.   Absolutely.

15  Q.   So when you approach them, you're all armed?

16  A.   Yes.  We're armed all the time.

17  Q.   All right.  Well, when you approach them and you don't know

18  what you're dealing with, your pistol isn't in the holster, is

19  it?

20  A.   Correct.  No.

21  Q.   The guy with the rifle who we saw in the video, he's not

22  pointing the gun in the ground or behind the boat or anything

23  like that, is he?

24  A.   No.

25  Q.   He's pointing it in the direction at least -- if not at the

1    seven guys, he's pointing it in the direction of the seven guys

2    so, if anybody does something, he's ready to meet whatever they

3    do?

4    A.   Right.

5    Q.   Okay.  So it's going to be a little tense until everybody's

6    established what's going on and then maybe things can lighten

7    up a little bit?

8    A.   Sure.

9    Q.   You then ask -- we get to a point where you ask your

10   jurisdictional questions; right?

11   A.   Yes, sir.

12   Q.   All right.  You asked who was the captain?

13   A.   Correct.

14   Q.   And you didn't get an immediate response?

15   A.   Well, I got a response that they're all captains.

16   Q.   Okay.  And then, eventually, Mr. Garcia-Solar stepped

17   forward on behalf of the boat and he said that he was the

18   captain?

19   A.   Yes.

20   Q.   All right.  And he told you that the -- that they were from

21   Mexico; is that right?

22   A.   Correct.  Mexican nationality for himself, the crew and the

23   vessel.

24   Q.   And the vessel was Mexican as well.

25        And you transmitted that information back to *Mellon*?

1   A.   Yes.  That's correct.

2   Q.   For them to then send the information to somebody else to

3   see if they could affirm or deny that the vessel was Mexican

4   and the nationals onboard the vessel were Mexican; is that

5   right?

6   A.   Correct.

7   Q.   All right.  Now -- and I understand that you weren't the

8   one who was actually directly asking -- I guess they were your

9   questions, but they were being asked through the interpreter;

10  right?

11  A.   Correct.  Yes.

12  Q.   Now -- and you asked -- you asked Mr. Garcia-Solar about

13  the crew, right, about the other individuals onboard the boat?

14  A.   About their nationality?

15  Q.   About the nationality.

16  A.   Yes.

17  Q.   You asked what the purpose of the voyage was?

18  A.   Correct.

19  Q.   You said he initially said for food?

20  A.   Right.

21  Q.   But then said he was involved in rescuing people from a

22  sinking vessel; is that right?

23  A.   Right.

24  Q.   Now, during your testimony, you said that he was involved

25  in picking up an additional three individuals from a sinking

1    vessel, and that the three onboard the vessel were the three

2    that he was out looking for --

3    A.   Correct.

4    Q.   -- is that right?

5    A.   Yes.

6    Q.   Well, is that what you said in your statement?

7    A.   I have to refer back to my statement.

8    Q.   Okay.  Because I'm going to ask you if -- when he said the

9    three people on his boat were the ones that he was out to

10   rescue, whether that is what he said to you or that was your

11   interpretation of what he said.

12   A.   I have to refer back to my statement.

13   Q.   Okay.  I'm going to refer to this as a high exhibit letter

14   because I have a lot of other things that are pre-lettered as

15   exhibits.

16        But I have marked this and I will show you what is marked

17   Defendant's Exhibit Z, as in zebra.

18        MR. ABRAMS:  May I approach, Judge?

19        THE COURT:  All right.

20   BY MR. ABRAMS:

21   Q.   Do you recognize the document I put in front of you?

22   A.   Yes, I do.

23   Q.   And what is it?

24   A.   It is my statement concerning the events of 18 October,

25   2016.

1    Q.   I'm supposed to ask you these lovely legal -- use these

2    lovely legal buzz words:  Does it refresh your recollection?

3    Nobody in this world talks like that.

4         So I'm going to ask you if, by looking at your statement,

5    it helps you remember what you said and what you remember in

6    regard to the three guys.

7    A.   Yes.

8    Q.   And what was that?

9    A.   It says that he subsequently changed his story -- initially

10   responded for food and subsequently changed his story, saying

11   they left Oaxaca three days ago, a crew of three people -- so

12   him and three others -- they picked up an additional three

13   individuals from a sinking vessel in the vicinity.

14   Q.   All right.  Does that statement indicate anywhere or does

15   that help you remember anywhere that he said that the people

16   that he went out to rescue were, in fact, on that boat?

17   A.   It -- no.  The statement does not specifically say that

18   those three people were the ones that he would have to rescue.

19   Q.   Well, then, is it fair to say that you don't know whether

20   the three people that he was out -- that he refers to that he

21   was out to look for were or weren't on his boat?

22   A.   It was really a long time ago, so that statement is really

23   what I have to go off of.

24   Q.   Okay.  So from this statement, we can't -- from what you

25   wrote, we don't know if those three people were on the boat or

1   not?

2   A.   The three people he was looking for --

3   Q.   Yes.

4   A.   -- were those three?

5   Q.   Yes.

6   A.   From the pure reading of the statement, no.

7   Q.   Now, Mr. Garcia-Solar, in telling you this, was at least to

8   some degree conversant with you through your interpreter; is

9   that right?

10   A.   That's true.  Yes.

11   Q.   All right.  Did you ask him any other questions about

12   the -- that would have helped with determining whether or not

13   he and his -- he and the crew and the vessel were Mexican?

14   A.   I have to refer back to my statement.  But regarding

15   questions I asked, I asked him directly what their nationality

16   was.  So....

17   Q.   And he told you Mexican?

18   A.   Right.

19   Q.   Did you ask him a date of birth?

20   A.   I asked him for any identification.  We definitely got a

21   date of birth and spelling of the names and relayed that

22   information to the cutter.

23   Q.   Did you ask him what city he lived in or where he worked,

24   anything like that, his family?

25   A.   I don't recall.

1    Q.   Would that have been in your statement if you did?

2    A.   I'm not sure.  It might be.

3    Q.   Did you ask him his occupation?

4    A.   I don't know if I did or not.  I have to refer back to the

5    statement.

6    Q.   Did you ask him anything about the ownership of the boat,

7    whether it was owned by someone other than him?

8    A.   Well, the registration would have indicated whether or not

9    that was -- it was owned by somebody else and he was just the

10   operator.  But there wasn't a registration.  So....

11   Q.   Well, you've been out on boats and you've done -- have you

12   ever patrolled in the Caribbean?

13   A.   Not in the Caribbean.

14   Q.   Have you ever patrolled somewhere where you've pulled over

15   a pleasure boat and they didn't have a copy of the registration

16   onboard?

17   A.   I can't say I've ever conducted a boarding where the

18   operator didn't have a copy of his registration ready.

19   Q.   Is it fair to say, if somebody told you, "My name is...and

20   this is where I live and the vessel is registered in the state

21   of Florida," that through the communications that you're

22   capable of, you can verify that registration?

23   A.   I could.

24   Q.   How much fuel was on the boat?

25   A.   An excessive amount.

1  Q.  Well, tell me what you mean by "excessive."

2  A.  I mean 15 to 20 gallon -- or 15 to 20 containers of

3  approximately 50 liters each.

4  Q.  So that would be maybe -- were they full?

5  A.  Not all of them were full.  No.

6  Q.  Any estimate about how much fuel -- not the containers --

7  how much fuel is on the boat?

8  A.  I'm not sure, to be honest, exactly how much fuel.

9  Q.  And this boat was about 120 miles south of Mexico, is that

10  right, something like that?

11  A.  Roughly.

12  Q.  All right.  Pretty decent distance?

13  A.  Pretty decent distance.  Yes.

14  Q.  Do you know what the fuel consumption rate is on that

15  particular boat with those particular engines?

16  A.  It certainly depends on the speed.  I don't know off the

17  top of my head, though.

18  Q.  You would agree with me that, if you are 120 miles from

19  where you're going, you'd rather have too much fuel than not

20  enough; right?

21  A.  That makes sense.  Yes.

22  Q.  You were asked if -- about what happened to the boat, and

23  you said, "We destroyed it as a hazard to navigation"; is that

24  right?

25  A.  That's correct.

1  Q.   This boat was seaworthy; wasn't it?

2  A.   We got on it.  So, yes, I would say so.

3  Q.   In fact, not only were you on it, but there was a period of

4  time when you and Officer Higgins were on it and neither Mel-I

5  nor Mel-II was with you in case there was a problem --

6  A.   Correct.

7  Q.   -- right?

8  A.   Yeah.

9  Q.   So that boat wasn't sinking?

10  A.   No.

11  Q.   Is there any reason why the *Mellon*, this 378-foot boat,

12  could not have taken this -- what you described, I guess, as a

13  20- -- or maybe more -- foot vessel onboard, put it on the

14  fantail of the *Mellon* and brought it in the next time you came

15  into port?

16  A.   Well, we would have had to rig up some device to get it

17  onboard.  I just don't see why we would do that.

18  Q.   Well, maybe because it's evidence in a criminal case?

19          MS. VIAMONTES:  Objection, Your Honor.  Argumentative.

20          THE COURT:  Overruled.

21          THE WITNESS:  We -- we're just -- it's just standard

22  practice.

23  BY MR. ABRAMS:

24  Q.   You'd agree that, from the Coast Guard's perspective, this

25  vessel was used to commit a criminal offense; right?

1    A.   Yes.

2    Q.   All right.

3         MR. ABRAMS:   I have nothing further, Judge.

4         THE COURT:   Thank you.

5                        CROSS-EXAMINATION

6    BY MR. RODRIGUEZ:

7    Q.   Hello, Officer Hadley.

8    A.   Hello.

9    Q.   When -- let me ask you a few questions about your

10   questioning of the crew members.

11        Did I understand you correctly to say that you were

12   directing your questions to Mr. Garcia-Solar only after awhile?

13   A.   Yes.  That's correct.

14   Q.   So the initial conversation you had with the crew members

15   was as a group and then later you focused only as to

16   Mr. Garcia-Solar?

17   A.   Correct.

18   Q.   So am I to understand that the only question that was

19   addressed to the group outside of Mr. Garcia-Solar was, "Who's

20   the captain?"

21   A.   Correct.

22   Q.   So you had no communication with my client,

23   Mr. Barrera-Montes, correct, outside of the initial questions?

24   A.   Correct.

25   Q.   All right.  So do you believe that it's possible that the

1   interpreter misinterpreted when you asked who was the captain?

2   A.   No.

3   Q.   And how do you -- are you so sure that she did not

4   misinterpret it?

5   A.   Because she's certified, has to go through a rigorous

6   qualification process to be a Coast Guard interpreter.   I

7   think, at that level, it's safe to say that she can interpret

8   correctly.

9   Q.   And, yet, Mr. Garcia-Solar came forward and corrected the

10   answer?

11   A.   Corrected which answer?

12   Q.   The answer about who the captain was.

13   A.   Oh.   Well, he claimed that he was the captain later after

14   they all claimed to be the captain.

15   Q.   Now, you said you were part of a law enforcement team;

16   correct?

17   A.   Correct.

18   Q.   So you have law enforcement training?

19   A.   Correct.

20   Q.   And as far as law enforcement, you're trained to collect

21   evidence?

22   A.   Correct.

23   Q.   And you are cognizant of the fact that it's very important

24   to collect evidence in case there's a prosecution?

25   A.   Correct.

```
 1   Q.   And I think you just answered Mr. Abrams' question that you

 2   destroyed the vessel in question.

 3   A.   Correct.

 4   Q.   Did you save the engines?

 5   A.   No, we did not.

 6   Q.   That was destroyed as well?

 7   A.   Yes.

 8   Q.   Did you save the gas tanks?

 9   A.   No.

10   Q.   That was destroyed as well; correct?

11   A.   That was destroyed as well.  Yes.

12   Q.   You destroyed the butcher knife?

13   A.   I didn't destroy it.  I threw it overboard.

14   Q.   You discarded it?

15   A.   Yes.

16   Q.   And it was not subject to any ION testing?

17   A.   No, it wasn't.

18   Q.   The document that was shown to you that was in Spanish,

19   where is it?

20   A.   It's not in my possession.

21   Q.   It was destroyed; was it not?

22   A.   Yes, it was.

23   Q.   The life vests that you mentioned, they were destroyed as

24   well?

25   A.   Yes.
```

1   Q.   So, frankly, the only thing you retrieved from that vessel

2   were the individuals that were in the vessel?

3   A.   The individuals, anything they deemed to be important

4   enough to take with them, their belongings, ION swipes and -- I

5   think that was about it.

6   Q.   You agree, you have an independent obligation in a law

7   enforcement investigation to collect evidence; would you not

8   agree?

9   A.   Which we did.

10  Q.   But I gave you a list of the items that you destroyed.  You

11  didn't collect those.

12       MS. VIAMONTES:   Objection, Your Honor.   Argumentative

13  and asked and answered.

14       THE COURT:   Overruled.

15  BY MR. RODRIGUEZ:

16  Q.   Correct?

17  A.   Well, we can't afford to -- on a very long three-month

18  patrol, we can't afford to pick up every single boat that we

19  interdict and every single item on every single one of those

20  boats, especially when we're going to be away from shore for

21  periods of up to a month at a time.

22  Q.   Well, that's a very important point you brought up.

23       How many boats did you seize between the time that you

24  stopped that vessel and your entry into Key West?  How many

25  boats did you interdict?

1   A.   So between that point --

2   Q.   Yeah.

3   A.   -- and the date of October and me being here right now?

4   Q.   Between the point that you interdicted the panga on

5   October the 18th and the point that you came into port in

6   Key West, how many other vessels did you interdict?

7   A.   I never came into port in Key West.

8   Q.   So you're unaware of any other vessels that they seized,

9   the *Mellon*?

10  A.   The *Mellon* seized?  No.  I would be aware.

11  Q.   Okay.  So how many vessels?

12  A.   I'm not sure exactly how many.  I'd have to ask.  I don't

13  know off the top of my head.

14  Q.   Were those vessels containing cocaine?

15  A.   Yes.  Some of them were.

16  Q.   So that cocaine was brought onboard the vessel, the *Mellon*?

17  A.   Correct.

18  Q.   Now, you mentioned that this area of the Eastern Pacific is

19  an area -- you said it was a lane of drug trafficking.

20       You would also agree that it is a heavily commercial lane?

21  A.   I'm not sure about the commercial nature of that lane.

22  Q.   You don't know there's trade vessels that go through that

23  area?

24  A.   I wouldn't know the traffic density of trade vessels that

25  go through that area.

1    Q.   Are you aware of any piracy in that area?

2    A.   I'm not aware.

3    Q.   You're in law enforcement; correct?

4    A.   Correct.

5    Q.   Other than the statement that you provided and you have

6    identified as Exhibit Z, as in zebra, did you prepare any other

7    reports in this case?

8    A.   In this case?

9    Q.   Yes.

10   A.   Yes.

11   Q.   How many more reports did you prepare?

12   A.   I have my statements.  I -- well, the report -- so these

13   additional reports that I'm talking about pertain to this case

14   specifically.

15   Q.   I'm talking about your report, sir.

16   A.   I only generated one statement.

17   Q.   The only thing you prepared was a statement?

18   A.   No.  I also prepared an inventory of the suspects'

19   belongings, a lot of information about where we were, what

20   happened, what time, all in our case package.

21   Q.   Where are the Alpha and Victor reports?

22   A.   I'm not sure.

23   Q.   They're mentioned in your statement.

24   A.   Correct.

25   Q.   You're not sure what those are?

1    A.   Oh.   You asked me what they are or where they are?

2    Q.   Well, first of all, where are they and what are they?

3    A.   I'm not sure where they are.   I'm assuming they're around

4    here somewhere.   After I submitted my case package, prepared it

5    and transferred that to the other cutter, I don't know what

6    happens to it after that, but someone transfers possession of

7    it.

8         Then what it is.   A case package is just everything that we

9    need for the evidence, statements from all the boarding team

10   members, a chronological kind of like log of what happened, the

11   Alpha and Victor reports and any helpful information obtained

12   in the case.

13   Q.   Now, let me ask you another question about jurisdiction.

14        You mentioned to Mr. Abrams that you waited six hours on

15   this vessel waiting for news as to whether or not Mexico was

16   claiming this vessel.

17   A.   Correct.

18   Q.   You were bobbing up and down with the individuals for six

19   hours?

20   A.   Correct.

21   Q.   And neither you nor they ate or drank anything?

22   A.   Correct.

23   Q.   Do you know if Mexico was informed that they had said they

24   were on a rescue mission?   Do you know that?

25   A.   I'm not sure if Mexico was informed about that.

1    Q.   Do you know if this vessel had any markings either inside

2    or outside the hull?

3    A.   It didn't have any markings.

4    Q.   Of any kind?

5    A.   Of any kind.

6         MR. RODRIGUEZ:   I have no further questions, Your

7    Honor.  Thank you.

8         THE COURT:   Thank you.

9                        CROSS-EXAMINATION

10   BY MR. CHAMBROT:

11   Q.   Good afternoon.

12   A.   Good afternoon.

13   Q.   It's been a long day, huh?  Okay.  I'll make this brief.

14        You stated that you had law enforcement training; correct?

15   A.   Correct.

16   Q.   So in your training, was it part of your training that,

17   when you ever wrote a report, it has to be as accurate as

18   possible?  Correct?

19   A.   Correct.

20   Q.   And when you wrote your report, you wrote that -- and, if

21   you need to, I could just forward to refresh your

22   recollection -- that you and Officer Higgins searched and

23   counted the amount of fuel onboard.

24   A.   Yes.

25   Q.   How much fuel was onboard?

```
 1    A.   I can't remember exactly how much fuel was onboard.

 2    Q.   But it is safe to say that, if you boarded the vessel,

 3    which you did with Officer Higgins, and it was unsafe, you

 4    would not board that vessel, for your own safety; correct?

 5    A.   Correct.

 6    Q.   So whatever fuel was on that vessel was not something that

 7    you felt that was dangerous or that threatened your safety;

 8    correct?

 9    A.   I mean, the fuel just being there itself, no, I don't think

10    that was threatening to my safety.

11    Q.   Okay.  And fuel to make 120-, 130-mile trip would pretty

12    much match, in your opinion, necessarily what was onboard;

13    correct?

14    A.   No.  I think there was a lot more.

15    Q.   Isn't it better to be safe than sorry in a situation in the

16    middle of the ocean, the Pacific --

17    A.   Sure.

18    Q.   -- and overall oceans?

19    A.   You could say that.  But, as a mariner, you typically plan

20    exactly what you're going to do, you know, how much fuel you're

21    going to need.  And having fuel in excess like that just --

22    it's just way too much for a 120-mile trip.

23    Q.   Isn't it true the stuff in Pacific -- about the Pacific

24    ocean is kind of rough?

25    A.   Not in that area, no.
```

1    Q.   Now, you stated that you guys have some GoPros; correct?

2    A.   Correct.

3    Q.   Did you have any other type of cameras?

4    A.   We had a visual camera that's part of our boarding officer

5    kit.

6    Q.   Did you photograph the inside of the vessel before you

7    destroyed it?

8    A.   We -- I'm not -- I can't remember exactly what the pictures

9    were of.

10   Q.   Okay.  But as far as you are aware, you don't recall anyone

11   taking pictures of the inside of the vessel?

12   A.   I personally didn't take pictures.

13   Q.   Did you command anybody else to do so?

14   A.   Officer Higgins.

15   Q.   You commanded him to take pictures of inside the vessel?

16   A.   Yes -- no, not inside the vessel.

17   Q.   Okay.

18   A.   I don't remember exactly what I told him to take pictures

19   of.

20   Q.   Okay.  Now, did you guys take a picture of that document

21   that was destroyed to save it for -- I don't know -- for the

22   jury to see or for us to take a look at it or for the

23   Government to review it?

24   A.   I don't recall if we took a picture of that or not.

25   Q.   Was the information on that document relayed to the Mexican

1    authorities for them to make a better determination as to

2    whether they could confirm or deny the nationality of that

3    vessel?

4    A.   I mean, all the language on that 90-plus-page packet wasn't

5    transmitted over the radio to *Mellon* to the Government.

6    Q.   Okay.  So it wasn't a paper.  It was sort of like a folder,

7    like a 90-page document, that you couldn't read because you

8    don't speak Spanish; correct?

9    A.   I couldn't read it, but my interpreter could.

10   Q.   Did she read it?

11   A.   She read it.

12   Q.   All 90 pages?

13   A.   I'm not sure if she read all 90 pages or not.

14   Q.   So there could have been something in those 90 pages that

15   could have helped or aided the Mexican Government in making

16   their determination; correct?

17   A.   I disagree.

18   Q.   Okay.  Were photos of the panga forwarded to the Mexican

19   consulate or the Mexican authorities to be able to help them

20   whether or not to determine the nationality of the boat?

21   A.   I don't know whether or not it was.

22   Q.   You don't know.  Okay.

23        Now, you took photos of the engines, including make, model

24   and serial numbers; correct?

25   A.   Correct.

1    Q.   Was that forwarded to the Mexican Government?

2    A.   I'm not sure if it was or not.

3    Q.   Do you recall if it was forwarded to the Mexican

4    Government?

5    A.   I recall that their names and dates of birth were forwarded

6    and they had no identification or registration to forward.

7    So....

8    Q.   And information as to the vessel?

9    A.   There was no information as to the vessel.

10   Q.   Sure there was.  There was a panga in the middle of the

11   ocean with a 90-page document with two motors that had serial

12   numbers on it and photographs of the panga.

13   A.   That's hardly identifying information, though.

14   Q.   Don't you think that that would have helped the Mexican

15   Government in identifying whether or not this vessel was of

16   Mexican nationality?

17   A.   I don't think it would have helped.

18   Q.   Okay.  Now, as to these individuals, none of them had any

19   identification, any ID cards?

20   A.   Correct.

21   Q.   No driver's licenses?  Nothing?

22   A.   Nothing.

23   Q.   Whatsoever?

24   A.   They didn't produce anything when we asked them several

25   times.

1    Q.   Did you search through their personal property to see if

2    there was any of these documents in their personal property?

3    A.   All their property is inventoried.

4    Q.   Okay.  But my question to you is:  Before it was

5    inventoried, was it searched to see if there was any

6    information that could be forwarded to the Mexican authorities

7    in aiding them in the determination of the nationality of the

8    boat?

9    A.   Yes.  And if we had -- we found that information, it would

10   have helped to have forwarded that.

11   Q.   But none of that was forwarded?

12   A.   None of that existed.

13   Q.   So what was forwarded was their names and date of birth?

14   A.   Correct.

15   Q.   That's it?

16   A.   And then the information regarding, like, the last

17   port-of-call and next port-of-call.  On the Alpha and Victor

18   report, all of that information was forwarded.

19   Q.   Didn't you think that that 90-page document would have been

20   helpful to the Mexican authorities in making a determination?

21        MS. VIAMONTES:  Objection, Your Honor.  Asked and

22   answered.

23        THE COURT:  Overruled.

24   A.   I don't think it would have been helpful.

25   BY MR. CHAMBROT:

1   Q.  But you're not sure if your interpreter read it all and you

2   certainly didn't read it?

3   A.  Registration documents are not hard to identify and they

4   very clearly give you all the information you need.  That's why

5   I have no reason to believe that this 90-page -- these 90 pages

6   were just stapled together.  We looked through it.  They didn't

7   contain any obvious....

8   Q.  How many other nationalities of boats have you intercepted?

9   A.  Let's see --

10  Q.  We got the Mexicans.  What other ones?

11  A.  On this particular patrol?

12  Q.  No.  On any patrol.  More than two?  More than five?  More

13  than 10?

14  A.  Japanese, Chinese.

15  Q.  And each country has their own set of identifications?

16  A.  Sure.  But they're very easy to find.

17  Q.  What if in this particular case Mexican documentation isn't

18  easy to read or interpret because it belongs to a co-op of poor

19  guys that make the best try, in an effort to identify their

20  vessel?

21  A.  I'm sorry, could you restate the question?

22  Q.  Certainly.  I'll rephrase it.

23      Don't you think that it may have been worth looking into,

24  to see what those 90 pages contain, that perhaps may have

25  helped the Mexican Government in ID'g this boat?

```
 1              MS. VIAMONTES:  Objection.  Asked and answered, he's
 2    not the person.
 3              THE COURT:  Overruled.
 4              THE WITNESS:  No, I don't think it would have been
 5    helpful.
 6    BY MR. CHAMBROT:
 7    Q.  Okay.  And you saw no interest in keeping this document?
 8    A.  I saw no interest in keeping this document.
 9    Q.  So you left it onboard and set it on fire?
10    A.  Yes.
11    Q.  Okay.
12              MR. CHAMBROT:  Nothing further.
13                          CROSS-EXAMINATION
14    BY MR. BERRIO:
15    Q.  Good afternoon, Officer Higgins [sic].  My name is Juan
16    Berrio.  I represent one of the Defendants in this case.
17              How are you today?
18    A.  I'm doing well.  How are you?
19    Q.  Good.  Thank you.
20    A.  I'm Officer Hadley, by the way.
21    Q.  Oh.  I -- Higgins is your partner?
22    A.  He's my partner.
23    Q.  Okay.  I'm sorry about that, Officer Hadley.
24    A.  That's okay.
25    Q.  You were the lead boarding officer?
```

1    A.   Yes.

2    Q.   You were giving the instructions?

3    A.   Yes.

4    Q.   And do you do that because you have more experience than

5    the other ones?  Are you deemed the lead boarding agent because

6    you have more experience than the other gentlemen who are with

7    you?

8    A.   That's not why, no.

9    Q.   Then, why are you specifically the lead boarding officer in

10   this case?

11   A.   I just have the qualification.

12   Q.   Okay.

13   A.   Anybody can be designated as a, you know, lead boarding

14   officer, commander, as long as they have the qualification.

15   So....

16   Q.   Okay.  And you've been out there many times on patrol and

17   intercepting vessels?

18   A.   Yes.

19   Q.   And you've been -- this wasn't your first vessel that

20   you've intercepted with contraband or suspected contraband?

21   A.   No.

22   Q.   Okay.  You've actually intercepted vessels with contraband.

23   There wasn't any contraband on this particular vessel when you

24   stopped it, though?

25   A.   No.

1  Q.  And those vessels -- you say that they're typical -- they

2  look like Pangas and they're vessels that are able to move

3  cargo from place to place?

4  A.  Yes.

5  Q.  And those vessels, the ones that you've seen, they tend to

6  move faster if they're lighter; right?  The lighter they are,

7  the less cargo they have, obviously, the faster they could

8  move?

9  A.  Obviously, yes.

10  Q.  Yes.  Right?

11       And, normally, if these people are trying to move cargo,

12  they don't want so much weight onboard because they want to be

13  out in the ocean as little as possible; right?

14  A.  It depends on the -- I'm not sure I understand the

15  question.

16  Q.  Okay.  If these people are moving cargo, drugs, from

17  Place A to Place B, they want to do it quickly, I guess,

18  because the quicker they do it, the less they'll be out there

19  and visible and subject to interception; correct?

20  A.  Sure.  Yes.

21  Q.  So they want to move fast; correct?

22  A.  Correct.

23  Q.  And that's why you normally see two or three people on

24  these vessels that are moving cargo; right?

25  A.  I would say normally -- honestly, the numbers just -- they

1    vary.

2    Q.   They vary?

3    A.   They vary.  I've seen two, three.  I've seen five.  In this

4    particular case, there were seven.

5    Q.   But you actually didn't see the contraband on this vessel;

6    did you?

7    A.   No.

8    Q.   So you don't know that this vessel, with these seven men,

9    were actually moving contraband?  You, yourself, don't know

10   that?

11   A.   Oh, I do know that, because the aircraft saw them doing it.

12   Q.   You didn't do it?  You didn't see it?

13   A.   Oh, I saw the video.

14   Q.   You saw the video.

15        In the video, you made out seven people in the vessel?

16   A.   That's hard to make out exactly things from that distance.

17   But this vessel had the position and course and speed, and they

18   watched it the whole time.  And then we were there.

19   Q.   So you, yourself, don't have personal knowledge.  This is

20   based on what the Navy is telling you?

21   A.   Oh, based on what I saw from the material they produced.

22   Q.   You, yourself, did not see these seven gentlemen with

23   contraband on your vessel; did you?

24   A.   Oh, I did on the videos.

25   Q.   But physically.  Not on video.  Not what somebody else

1    gathered.  Not the evidence that somebody else gathered.

2         What you saw.

3         You didn't see them; did you?

4    A.   No.  There was no contraband onboard when I got there.

5    They jettisoned it.

6    Q.   There also wasn't any tarp onboard, was there?

7    A.   No.  There was not a tarp.

8    Q.   And there was no tarp in the bales that were subsequently

9    recovered, was there?

10   A.   I'm not sure if the tarp was there or not.

11   Q.   Well, wasn't your job to gather evidence in this case?

12   A.   It is.

13   Q.   And weren't you the lead officer in this case?

14   A.   Yes.  But I can't be two places at once.  So....

15   Q.   Okay.  You got back to the *Mellon*, didn't you?

16   A.   Eventually.  Yes.

17   Q.   And eventually you looked at the contraband?

18   A.   Yes.

19   Q.   And eventually you looked at all the evidence that was

20   gathered out there?

21   A.   Yeah.

22   Q.   And you didn't see a tarp; did you?

23   A.   I didn't see a tarp.

24   Q.   So you didn't see a tarp in the boat and you didn't see a

25   tarp on the *Mellon* as evidence that was gathered; correct?

1    A.   Was that evidence submitted?

2    Q.   I'm asking you the questions here.

3    A.   I'm -- I'm --

4    Q.   You didn't see a tarp either at the vessel; correct?  You

5    didn't gather -- you never gathered a tarp as evidence in this

6    case; did you?

7    A.   It was not on the panga.  And I wouldn't have gathered it

8    because I wasn't there collecting the bales.

9    Q.   You didn't see a tarp on the *Mellon;* did you?

10   A.   I can't remember.

11   Q.   This *Mellon* stores and houses many detainees that are

12   stopped at sea; right?

13   A.   Yes.

14   Q.   And when these gentlemen were stopped, there were already

15   detainees onboard the *Mellon;* correct?

16   A.   There were not.

17   Q.   There weren't?

18   A.   There were not.

19   Q.   There wasn't other contraband on the *Mellon?*

20   A.   No.

21   Q.   No?

22   A.   No.

23   Q.   And does the *Mellon* transfer the contraband and the other

24   detainees that it stopped on the sea to other bigger ships?

25   A.   Other ships.  Yes.

1   Q.   And, in this case, on November 13th, 2016, they transferred

2   a bunch of contraband onto the *Hamilton*; isn't that right?

3   A.   Yes.

4   Q.   They transferred ten bales of contraband that were

5   discovered and that had been stored on the *Mellon*?

6   A.   I'm not sure about the date.   I'm not sure that it was the

7   *Hamilton* for this particular case.

8   Q.   Does the *Mellon* keep logs and reports?

9   A.   Yes.   Those are detainee logs.

10  Q.   And when they transfer one set of contraband to a bigger

11  ship like the *Hamilton*, will they inventory that?

12  A.   Yes.

13  Q.   If I show you a report from the *Mellon* as to the transition

14  of these documents, do you think it'll refresh your

15  recollection?

16  A.   Yes.

17       MR. BERRIO:   May I approach?

18       MS. VIAMONTES:   Your Honor, I'm going to object.   This

19  goes beyond the scope of direct, one.   And, secondly, it's

20  beyond his -- what he's testified about in this case.   He

21  doesn't have personal knowledge of when the drugs were

22  transferred.   He wants him to refer to a document to testify

23  about when drugs were transferred.

24       THE COURT:   Well, ask him about what he has personal

25  knowledge of.

1          MR. BERRIO:  I did, Your Honor.  And he's testified

2     that there weren't any other drugs on the boat, and I have a

3     document that I believe contradicts what he just said.

4          THE COURT:  Okay.  Sure.

5          MR. BERRIO:  May I approach?

6          THE COURT:  All right.

7          MS. VIAMONTES:  Your Honor, may I be shown what the

8     witness is....

9          MR. BERRIO:  I'm sorry.  I apologize.

10    BY MR. BERRIO:

11    Q.  Officer Hadley, do you see that document?

12    A.  Yes.

13    Q.  And that document is titled "Requisition and Invoice

14    Shipping Document"; correct?

15    A.  Yes, it is.

16    Q.  And it says in the first box --

17         MS. VIAMONTES:  Your Honor, I'm going to object to this

18    being published to the jury.  This is not in evidence.  This

19    report is not admissible in evidence.

20         THE COURT:  Sustained.

21         MR. BERRIO:  Your Honor, I'm not -- okay.  I'll ask him

22    about it.

23    BY MR. BERRIO:

24    Q.  In the first box it says --

25         MS. VIAMONTES:  Judge, I'm going to object.

1          MR. BERRIO:  No.  No.  He's testified that there wasn't

2     any contraband onboard that was transferred.

3          THE COURT:  That's right.  That's right.  He's done

4     that.

5          MR. BERRIO:  And I have here documentation --

6          THE COURT:  He has to be able to authenticate that.

7     Otherwise, you need to call the witness, if you choose to put

8     on a case, who has that document.  You can't impeach him with

9     extrinsic evidence.

10         MR. BERRIO:  Okay.  In that regard, I'll skip this line

11    of questioning, then.

12         THE COURT:  Okay.

13    BY MR. BERRIO:

14    Q.   Officer Hadley, does this document refresh your

15    recollection?

16    A.   My recollection of?

17    Q.   Of the contraband that was onboard the *Mellon* that was

18    transferred to the *Hamilton* on November 13th, 2016.

19    A.   This says what was transferred.  Yes.

20    Q.   Does it refresh your recollection; it does?

21    A.   I guess -- so was your question whether or not there was

22    other contraband and detainees onboard when they were brought

23    onboard?

24    Q.   Yes.  That's what I asked.

25    A.   Okay.  So on October 18th.

1    Q.   On October 18th?

2    A.   Okay.  So, no.

3    Q.   There weren't?

4    A.   There weren't.

5    Q.   So when were the -- do you recall when the other detainees

6    were brought onboard?

7    A.   After that.  So between that day and 13 November.

8    Q.   What dates?

9    A.   I'm not sure off the top of my head.

10   Q.   When was the contraband recovered?

11   A.   Which contraband?

12   Q.   The one that's listed here.

13   A.   In between 18 October and 13 November?

14   Q.   Yes.

15   A.   Yes.

16   Q.   Okay.  Which --

17   A.   So that's --

18   Q.   Which contraband was recovered?

19   A.   That's when it was recovered.  I'm not sure exactly

20   which -- I'd have to look up -- I'd have to go into our

21   database and look up these specific cases.

22   Q.   So off the top of your head, you recall that there was

23   nobody onboard when these gentlemen were detained?

24   A.   Yes.

25   Q.   That's what you're testifying to here today?

1   A.   Yes.

2   Q.   And you recall that there was no contraband onboard when

3   these gentlemen were detained?

4   A.   Yes.

5        MR. BERRIO:  I have no further questions.

6        THE COURT:  Thank you.

7                      CROSS-EXAMINATION

8   BY MR. do CAMPO:

9   Q.   Good afternoon, sir.

10  A.   Good afternoon.

11  Q.   So you were the lead boarding officer in this case?

12  A.   Yes, I was.

13  Q.   Prior to that date, had you ever been the lead boarding

14  officer before?

15  A.   Yes.

16  Q.   How many times?

17  A.   Just once.

18  Q.   So this was your second time?

19  A.   Yes.

20  Q.   And, since then, have you done it again?

21  A.   Yes.

22  Q.   How many times since then?

23  A.   Several.

24  Q.   Six?  Seven?

25  A.   Twenty.

```
 1   Q.   Twenty.  Okay.

 2        I want to ask you -- you said that you saw a number of fuel

 3   containers on the boat; right?

 4   A.   Yes.

 5   Q.   Approximately how many do you recall seeing?

 6   A.   Between 15 and 20.

 7   Q.   Between 15 and 20.

 8        And do you recall -- you said they were approximately

 9   50 liters in size?

10   A.   I believe so.

11   Q.   Is that like a standard fuel container that's used in

12   boats?

13   A.   In this particular type of boat, panga?

14   Q.   Yeah.

15   A.   Typically, there will be an excess of fuel just like there

16   was on this one.

17   Q.   No, no.  But I mean the container itself.

18        How did you recognize it as a 50-liter container?  Is it a

19   common size used for fuel containers?

20   A.   I believe it was marked.

21   Q.   Oh, okay.  Do you know what 50 liters is, approximately, in

22   gallons?

23   A.   Not off the top of my head.  No.

24   Q.   Do you know how many liters in a gallon?

25   A.   Not off the top of my head.  No.
```

1    Q.   Not even approximately?

2    A.   I'd rather not -- I'd rather just look it up.

3         MS. VIAMONTES:  Objection, Your Honor.  Calls for

4    speculation.

5         THE COURT:  Sustained.

6         MR. do CAMPO:  Okay.

7    BY MR. do CAMPO:

8    Q.   You said that there was an excessive amount of fuel on

9    those containers.

10        How many gallons would you suppose were in those

11   containers?

12        MS. VIAMONTES:  Objection.  Calls for speculation and

13   leading.

14        THE COURT:  If he knows.

15        THE WITNESS:  I'm not sure exactly how many gallons

16   were there.

17   BY MR. do CAMPO:

18   Q.   So you've now testified three times there was an excessive

19   amount of fuel.  But you can't even hazard a guess as to how

20   many gallons of fuel were on the boat?

21        MS. VIAMONTES:  Objection.  Argumentative.

22        THE COURT:  Overruled.

23        THE WITNESS:  I'd rather look up the conversion and

24   then look at the pictures and then say, "Oh, I think I see this

25   many" and then let me do the math instead of just making a

1    guess.

2    BY MR. do CAMPO:

3    Q.   Well, you've never done that before, though; right?

4    A.   Done the math?

5    Q.   Yeah.  For these particular containers.

6    A.   I don't think that I've looked at one of these containers

7    and thought about how many gallons are in it.

8    Q.   Okay.  Did you take any photos of these containers?

9    A.   I'm not sure.  I don't remember.

10   Q.   Did you direct Officer Higgins -- is that right?  Higgins?

11   A.   Higgins.  Yes.

12   Q.   Did you direct him to take photos of these containers?

13   A.   I don't recall.  It's a long time ago.

14   Q.   In reviewing the evidence of this case, do you recall

15   seeing photos of the containers?

16   A.   Not photos specifically of the containers.  No.

17   Q.   Photos of what, then?

18   A.   Photos of the boat.  Photos of the suspects.

19   Q.   And in those photos of the boats and photos of the

20   suspects, can you see the containers?

21   A.   Yes.  I believe so.

22   Q.   You believe so?

23   A.   Yes.

24   Q.   And prior to joining the Coast Guard, were you a boater?

25   Were you familiar with boating?

1   A.   I knew how to sail, but I wasn't a --

2   Q.   Not a power boat guy?

3   A.   No.

4   Q.   Do you know anything about the consumption of outboard

5   engines?

6   A.   I know that they would not have needed that much fuel for

7   that distance.

8   Q.   My question is:  Do you know about the consumption of

9   outboard engines?

10   A.   I can certainly look it up.

11   Q.   I know.

12        But, as you sit here -- see, as you sit here, you've said

13   "excessive" several times.

14   A.   Yes.

15   Q.   That's a conclusion that says it's more than they need;

16   right?

17   A.   Yes.  Absolutely.

18   Q.   But you don't know how much was there?

19   A.   I don't know exactly how much was there.

20   Q.   You don't know approximately how much was there?

21   A.   15 to 20 containers about 50 liters in size.

22   Q.   Okay.  What is that?

23        MS. VIAMONTES:  Objection, Your Honor.  Asked and

24   answered.

25        THE COURT:  Overruled.

1          THE WITNESS:  About a thousand.

2    BY MR. do CAMPO:

3    Q.  About?

4    A.  About a thousand.

5    Q.  A thousand --

6    A.  Sorry.

7    Q.  A thousand gallons?

8    A.  Do you have a pen and paper I can do the math on real

9    quick?

10   Q.  Sure.

11         THE COURT:  20 times 50.

12         THE WITNESS:  Sorry.  I --

13         MR. do CAMPO:  20 times 2?

14         THE COURT:  20 times 50.

15         MR. do CAMPO:  Oh.  20 times 50?  Be --

16         THE COURT:  Equals a thousand.

17         THE WITNESS:  So a thousand.

18   BY MR. do CAMPO:

19   Q.  You're saying that 50 liters is 20 gallons?

20   A.  No.  I'm saying there were 20 containers, 50 liters each.

21   Q.  Okay.  So that's how many liters there are?

22   A.  This is a long time ago.  I'm trying to recall.

23   Q.  I get it.  I get it.  I'm just trying to get to the bottom

24   of why you think it's excessive.  That's all.

25         Because if it's excessive, that would mean that there's

1    more fuel than is necessary.

2    A.   Sure.

3    Q.   And right now you can't even tell us how much fuel you saw.

4    A.   Well, how many people go out on their pleasure boats with a

5    thousand liters of gas?

6    Q.   Do you know anything about what those engines consumed, how

7    many liters per hour?

8    A.   It depends on speed.

9    Q.   Right.

10        At the 20 knots that they were moving when you saw them.

11   A.   Well, they were moving more than 20 knots when I saw them.

12   Q.   Well, what would you hazard -- what would you estimate that

13   they were moving?

14   A.   As fast as we were until -- until they slowed down.

15   45 knots.

16   Q.   You're saying that they were moving 45 knots?

17   A.   Yes.

18   Q.   How did you catch up with them?

19   A.   They slowed down.

20   Q.   At 45 knots, what kind of fuel consumption would they get?

21   A.   I'm not sure.

22   Q.   It would be pretty high; right?

23   A.   Pretty -- pretty high.

24   Q.   How far away from the closest land mass?

25   A.   I believe it was 120 miles -- nautical miles.

1   Q.   120 nautical miles?

2   A.   Yes.

3   Q.   Do you have any idea how much fuel you'd need to get

4   120 nautical miles on that boat with those two engines?

5   A.   I'd have to look it up.

6   Q.   You're not sure.  As you sit here, you're not sure?

7   A.   Right.

8           MR. do CAMPO:  I have no questions.

9           THE COURT:  Thank you.

10                          CROSS-EXAMINATION

11  BY MS. PINERA-VAZQUEZ:

12  Q.   Officer Hadley, when you boarded that boat, you didn't find

13  any drugs on that boat; right?

14  A.   Well, that's -- I didn't find any because they had already

15  jettisoned them.

16  Q.   Maybe you didn't understand my question.

17       When you boarded that Vessel Number 1, the panga, did you

18  find any drugs on that vessel?

19  A.   They had already gotten rid of them.  So I didn't see any.

20  No.

21  Q.   You did not see any -- you didn't see any of these

22  gentlemen get rid of any drugs; right?

23  A.   I saw the footage from the P-3.

24  Q.   Well, you're here to testify to your own personal

25  knowledge.

1    A.    Okay.

2    Q.    So it's a very simple question.

3          When you got on the boat, there was no cocaine; right?

4    A.    Right.

5    Q.    Okay.

6    A.    They had gotten rid of it.

7    Q.    So when you got on that vessel, there were no weapons;

8    right?

9    A.    Right, with the exception of the knife.

10   Q.    The knife -- the butcher knife.

11         Butcher knives are used to cut fish; right?

12   A.    I'm not a fisherman.  So I'm not --

13   Q.    But you would agree with me that a butcher knife can cut a

14   fish open; right?

15   A.    Certainly could cut a fish.

16   Q.    Can cut maybe a hook or a line; right?

17   A.    It could.

18   Q.    Can cut an orange?

19   A.    Right.

20   Q.    Apple?

21   A.    Can cut oranges, yes.

22   Q.    Apples; right?

23   A.    Yeah.

24   Q.    Now, you didn't find any AK-47s onboard; right?

25   A.    No.

1    Q.   You didn't find any M4s onboard; right?

2    A.   No.

3    Q.   And, by the way, that long weapon that Officer Higgins had,

4    that wasn't -- it was -- that long weapon, was that an

5    automatic weapon?

6    A.   Yes.

7    Q.   That -- what was it?  M4 or --

8    A.   It was M16.

9    Q.   -- M16?

10   A.   M16.

11   Q.   M16.

12        And in addition to Officer Higgins, did anybody else have

13   M16s?

14   A.   No.

15   Q.   Now, I just want to ask you a couple things.

16        I'm not going to go through your law enforcement because I

17   knew you were the head law enforcement guy on the scene.

18        How far from the -- where you stopped Vessel Number 1, how

19   far from there was the cutter?

20   A.   I don't remember exactly.

21   Q.   Could you see it?

22   A.   I wasn't looking in that direction.  I was looking at who

23   we were chasing.

24   Q.   Right.

25        So after you stopped chasing Vessel Number 1, did you at

1    all -- could you tell how far the cutter was?

2    A.   Well, it came into view in the video, eventually.

3    Q.   So based on your experience the last five or six years that

4    you've been on a cutter, you can't tell how far?

5    A.   No.  I can tell how --

6    Q.   Oh, okay.

7    A.   I can tell how far.

8         At that point -- I'm just confused about when -- like when,

9    you're asking me for the specifics.

10   Q.   When you stopped the cutter.

11   A.   So when we --

12   Q.   I mean -- I'm sorry -- when you stopped Vessel Number 1.

13   A.   Okay.  When we interdicted the panga, there were -- they

14   were hanging around about 1500 -- a thousand, 1500 yards away

15   from us.

16   Q.   And that's the cutter?

17   A.   Yes, the cutter.

18   Q.   In miles, that is what?

19   A.   That's three-quarters of a mile -- of a nautical mile.

20   Q.   Of a nautical mile.  Okay.

21        Now, let's talk about the two over-the-horizons.

22   A.   Yes.

23   Q.   How -- they're 23 feet, you said?

24   A.   Yes.

25   Q.   And they go about 45 knots?

1    A.    Approximately.

2    Q.    And what's their capacity?  How much stuff can you put in

3    them?

4    A.    It depends on how creative you want to get and what you're

5    using it for.

6    Q.    How many pounds does it hold?  Does it hold 10,000 pounds?

7    A.    I'd have to look at the manual, but we could....

8    Q.    10,000 pounds is a lot; right?

9    A.    That's a lot.  Correct.

10   Q.    On a 23-foot boat; right?

11   A.    I mean, it's certainly doable.

12   Q.    Now, on October 18th, after you chased down this Vessel

13   Number 1 -- and, by the way, were you on the Mel-I or the

14   Mel-II?

15   A.    Mel-I.

16   Q.    When the Mel-I chased down this Vessel Number 1, we saw the

17   video with the GoPro in front; right?

18   A.    Yes.

19   Q.    Now, was that GoPro a Navy-issued GoPro?

20   A.    I don't know if the Navy issues GoPros.

21   Q.    Do you think you could have gone to Best Buy and bought

22   that GoPro?

23   A.    I can certainly go to Best Buy and buy a GoPro.  Yes.

24   Q.    And anybody in the Navy can buy a GoPro; right?

25   A.    (No response.)

1   Q.   Right?

2   A.   I don't see why not.

3   Q.   Now, in the video -- when the prosecutor was showing the

4   video of all of you on the Mel-I, you went pretty fast; right?

5   A.   Yes.

6   Q.   And I believe you testified that you had seat belts on.

7   A.   Yes.

8   Q.   Some of you?

9   A.   Yes.

10  Q.   And others had their locked feet into position?

11  A.   On the other OTH on Mel-II --

12  Q.   Okay.  On the other one.

13  A.   -- they had the stirrups on that one.

14  Q.   Yours only has the seat belts?

15  A.   Right.

16  Q.   And do you recall about what the waves were?  Three to

17  four?  Four to five?

18  A.   One to two feet.

19  Q.   One or two feet.  Okay.

20       So even with one or two feet, you're still wearing seat

21  belts because, you know, you bounce up and down, you go fast

22  and you can get hurt; right?

23  A.   If you're not careful, yes.

24  Q.   Now, when you stopped Vessel Number 1, they cooperated

25  after they made -- what did you say? -- a 90-degree turn, they

1    eventually stopped; right?

2    A.   After they evaded us, yes.

3    Q.   And when you asked them to -- I guess you didn't.  But when

4    the interpreter asked them to move back -- to the back of

5    Vessel Number 1, they did; right?

6    A.   Yes.

7    Q.   Now, while you were there waiting for six hours for the

8    response -- did you say it was six hours that you were waiting?

9    A.   I'm not sure exactly how long it was.  That was kind of a

10   ballpark estimate.

11   Q.   But you did say that on direct, right, about six hours?

12   A.   Yes, surely, I said that.

13   Q.   Were you on Vessel Number 1 already or was everybody still

14   on Mel-I?

15   A.   I was on the panga.

16   Q.   All right.  So I'm just trying not to repeat what everybody

17   else said.

18        So, now, in addition to the pictures -- where are the

19   pictures?

20        Do you know how many pictures were taken --

21   A.   I don't know.

22   Q.   -- on that day by Officer Higgins?

23   A.   I don't know exactly how many pictures were taken.

24        MS. VIAMONTES:  Objection.  Relevance.

25   BY MS. PINERA-VAZQUEZ:

 1   Q.  Well, we have 131 pictures that were taken that day.

 2        MS. VIAMONTES:  Objection, Your Honor, as to counsel

 3   testifying.

 4        THE COURT:  Sustained.

 5   BY MS. PINERA-VAZQUEZ:

 6   Q.  Have you had an opportunity to view all the pictures that

 7   were taken in this case?

 8   A.  Yes.

 9   Q.  And you know that it's only -- it's not only the ones --

10   let's see.

11        MS. VIAMONTES:  Judge, I'm going to object as to

12   relevance.

13        THE COURT:  Pardon me?

14        MS. VIAMONTES:  I'm going to object as to relevance as

15   to how many pictures there are.

16        THE COURT:  Overruled.

17   BY MS. PINERA-VAZQUEZ:

18   Q.  There were more than six pictures taken; right?

19   A.  Yes.

20        MS. PINERA-VAZQUEZ:  May I approach, Your Honor?

21        THE COURT:  All right.

22   BY MS. PINERA-VAZQUEZ:

23   Q.  So I'm going to show you these three pictures that's marked

24   as Defense Exhibit 1, 2 and 3 and ask you if you recognize

25   them.  Just go through them.

1    A.   Yes.  I recognize these photos.

2    Q.   Okay.  And do they depict accurately what was on

3    October 18th in the ocean?

4    A.   Yes.

5    Q.   Do they fairly and accurately depict what you saw on that

6    day?

7    A.   Yes.

8              MS. PINERA-VAZQUEZ:  At this time, Your Honor, we move

9    into evidence Defense 1, 2 and 3.

10             MS. VIAMONTES:  No objection.

11             THE COURT:  Be admitted.

12             (Defendant's Exhibits 1, 2 and 3 admitted into

13   evidence.)

14             MS. PINERA-VAZQUEZ:  Permission to publish?

15             THE COURT:  All right.

16             MS. VIAMONTES:  For the record, Your Honor, we have all

17   the pictures here.  No objection to moving them all in.

18             MS. PINERA-VAZQUEZ:  Great.  We have -- let me just

19   keep on with mine.

20   BY MS. PINERA-VAZQUEZ:

21   Q.   All right.  So what you have right here, which is

22   Defense 2, is that the Mel that you were on?

23   A.   No, it's not.

24   Q.   Now, what size is that Mel-II?

25   A.   23 feet.

1   Q.   And the panga is about, what, 20 feet, 20 -- can you tell?

2   A.   I would say a little -- it's very similar in size.

3   Q.   But a lot less capacity than -- at least it appears to be

4   less capacity than your Mel; right?

5   A.   I disagree.

6   Q.   Oh, you do.  Okay.

7        You think that the panga -- that panga has more capacity

8   than your Mel?

9   A.   I mean, they're similar.  There's obviously -- I mean, the

10  A-frame on Mel-II there takes up some space.

11  Q.   I'm sorry.

12       What's your testimony?  That there's more capacity on the

13  Mel or on the panga?

14  A.   They're similar.

15  Q.   Okay.  And let me show you Defense 3.

16       And that's a picture that was taken before anyone boarded

17  Vessel Number 1; right?

18  A.   No.  We're onboard in that picture.

19  Q.   Oh.  You're already there?

20  A.   Yes, ma'am.

21  Q.   Is that -- I guess, let me just point to this person.

22       Is that Officer Barajas, the interpreter?

23  A.   I see the orange -- and it looks like Officer Barajas and

24  then Officer Higgins on the right -- on the port side.

25  Q.   I'm sorry, I didn't hear what you said.

1   A.   That looks like Officer Barajas on the starboard side, yes

2   Q.   Can you repeat that?

3   A.   Yes.  And Officer Higgins on the port side.

4   Q.   And Officer Barajas is the interpreter; right?

5   A.   Yes.  Correct.

6   Q.   So there were times that Officer Barajas was on the vessel

7   without you being on the vessel?

8   A.   No.  I don't think I'm visible in that picture, but she was

9   never onboard without me.

10  Q.   So where are you on that vessel?

11  A.   It looks like I'm on the starboard side.  There are some

12  other people in the way.  So you can't really see me.

13  Q.   Is Officer Barajas doing any translating for Officer

14  Higgins?

15  A.   No.

16  Q.   Only you?

17  A.   Just me.

18  Q.   Now, this last picture, which is Defense 1, that's after

19  all the occupants, the seven gentlemen here, were taken to the

20  *Mellon*; right?

21  A.   Yes.

22  Q.   And that's a picture -- is that you on that?

23  A.   Correct.  Yes.

24  Q.   So when you went on the boat after all the occupants were

25  taken off, I believe that you testified on direct examination

1    that there was the smell of gas all over the place.

2    A.   Yes.

3    Q.   Now, that's a pretty important fact; right?

4    A.   Yes.

5    Q.   And you're a law enforcement officer?

6    A.   Yes.

7    Q.   Trained in law enforcement?

8    A.   Yes.

9    Q.   And that's a statement that you think would be relevant for

10   law enforcement purposes; right?

11   A.   Yes.

12   Q.   And that's a statement that should be in your report;

13   right?

14   A.   I believe it was.

15   Q.   Well, let me show you your statement.

16        I'm going to ask you to look at your report and see if that

17   refreshes your recollection as to where there was the smell of

18   gasoline all over the place.

19        MS. VIAMONTES:   Judge, I'm going to object.  He didn't

20   testify that he didn't remember.

21        MS. PINERA-VAZQUEZ:   No.  He said -- he testified on

22   direct examination gas all over the place.  In fact, he was

23   nauseated.  He was nauseated because he smelled gas all over

24   the place.

25        MS. VIAMONTES:   Your Honor, object as to improper

1    impeachment.  He didn't say he didn't remember, and he

2    shouldn't be refreshed.

3         THE COURT:  Well, let him answer.  You can go back and

4    ask questions about it on redirect.

5         Go ahead.

6         THE WITNESS:  I'm sorry.  What was your question again?

7    BY MS. PINERA-VAZQUEZ:

8    Q.  My question again is:  In your report, you didn't state

9    that there was gas all over the place; correct?

10   A.  Let me reread it real quick.

11        No.  I didn't mention in my statement that it was all over

12   the place.

13   Q.  And, likewise, when you searched the panga after all the

14   occupants were off, you did not find any radios; right?

15   A.  No.

16   Q.  You didn't find any navigation equipment?

17   A.  No.

18   Q.  You didn't find any hidden compartments --

19   A.  No.

20   Q.  -- right?

21   A.  Correct.

22   Q.  Didn't find any tarp; right?

23   A.  There was no tarp.

24   Q.  But you did document the bags and personal items of the

25   seven gentleman that are sitting here; right?

1   A.   Yes.

2   Q.   And that's because some of them had backpacks; right?

3   A.   Yes.

4   Q.   And those backpacks contained clothes or other items?

5   A.   Yes.

6   Q.   So before I get to the next question, I want to ask you

7   about -- you didn't take any pictures of the panga being

8   destroyed?

9   A.   No.

10   Q.   And I believe you testified that you didn't take any

11   pictures of the inside of the panga.

12   A.   That would be it.

13   Q.   That's the best we got?

14   A.   I think so.

15   Q.   And as you're destroying it, you not taking pictures

16   either; right?

17   A.   Right.

18   Q.   So this brings me to my last picture, which the prosecutor

19   showed.

20        Now, in addition to the picture of the seven gentlemen,

21   there was other pictures of the seven gentlemen that were

22   taken; right?

23   A.   Yes.   Individual photos.

24   Q.   I guess this is -- because they seem to appear happy on

25   here; right?

1    A.   Yes.

2    Q.   In fact, my client, which -- Martin -- which is this

3    gentleman right here in the yellow shirt --

4    A.   Yes.

5    Q.   -- he's particularly happy; right?  At least he looks like

6    it in the picture.

7    A.   I don't --

8    Q.   Well, he's smiling or he's got the sun in his face.

9    A.   I think it might be the sun in his face.

10   Q.   All right.  So -- now, he may be happy because the

11   United States Government has finally rescued him; right?

12          MS. VIAMONTES:  Objection, Your Honor.  Calls for

13   speculation.

14          THE COURT:  Sustained.

15   BY MS. PINERA-VAZQUEZ:

16   Q.   You have no idea why he's smiling, right, if he's smiling?

17   A.   I don't know if he's smiling.

18   Q.   All right.  It might be the sun in his face.

19          Now, do you know if he even understands what's going on?

20          MS. VIAMONTES:  Objection.  Calls for speculation.

21          THE COURT:  Sustained.

22   BY MS. PINERA-VAZQUEZ:

23   Q.   You never spoke to my client; right?

24   A.   Well, I only spoke through an interpreter.

25   Q.   Well, no.

 1      The only thing -- so you spoke to my client aside from

 2  asking who was the captain of the vessel?

 3  A.   I don't -- I don't recall doing that.

 4  Q.   So you never spoke to my client?

 5  A.   Well, there might have been some, I mean, talk while we

 6  were on the panga for six, seven hours.

 7  Q.   So what did you talk about?  Fishing?

 8  A.   I wouldn't recall.

 9  Q.   But nothing important because, if it would have been

10  important, it would be in your report; right?

11  A.   I -- yes.

12  Q.   If it had to do anything with law enforcement, it'd be in

13  your statement; right?

14  A.   Right.

15  Q.   Now, you also don't have any idea when my client changed

16  into the clothes he's wearing; right?

17  A.   I don't know.

18  Q.   All you know is that he's -- along with the other

19  gentlemen, you found him this way; correct?

20  A.   Correct.

21  Q.   You don't know where they came from; right?

22  A.   Correct.  Well, Oaxaca, according to the captain.

23  Q.   You don't know where they came from; right?

24  A.   Oaxaca, according to the captain.  That's all I know.

25  Q.   You didn't see him -- they just told you to go on location

1    and stop them and that's it?

2    A.   Right.

3    Q.   And did you transfer all those personal items to the

4    cutter?

5    A.   Yes.

6         MS. PINERA-VAZQUEZ:   I have no further questions.

7                        CROSS-EXAMINATION

8    BY MR. ENCINOSA:

9    Q.   Good afternoon.

10   A.   Good afternoon.

11   Q.   Now, sir, at the beginning, the prosecutor asked you about

12   your training and you indicated that you were four years in the

13   Academy -- in the Coast Guard Academy.

14   A.   Yes, sir.

15   Q.   And that's like college, isn't it?

16   A.   I would -- I mean, it's an educational institution, but you

17   have to qualify saying that it's like college.

18   Q.   And you were training to be in law enforcement; right?

19   A.   Not --

20   Q.   That's what you said?

21   A.   Not while I was at the Academy.   No.

22   Q.   No?

23        Did you receive any training in law enforcement?

24   A.   Yes, I did.

25   Q.   Where did you receive that training at?

1    A.   At the Federal Law Enforcement Training Center in

2    Charleston, South Carolina.

3    Q.   And how long was that?

4    A.   It was six weeks.

5    Q.   Six months.

6         Now, in law enforcement --

7    A.   Weeks.

8    Q.   Six weeks?

9    A.   Six weeks.

10   Q.   Okay.  They teach you about, number one, report-writing;

11   correct?

12   A.   Correct.

13   Q.   They teach you about preservation of evidence; correct?

14   A.   Correct.

15   Q.   It's very important to preserve all the evidence; correct?

16   A.   Yes.

17   Q.   And because it's not for you; correct?

18   A.   Right.

19   Q.   It's for them, for the jury?

20   A.   Correct.

21   Q.   And you're taught that from the beginning?

22   A.   Yes.

23   Q.   And it's also for them because there are constitutional

24   rights that they have; correct?

25   A.   Correct.

1   Q.   It's not for the Coast Guard convenience; right?

2   A.   I'm sorry?

3   Q.   Law enforcement is not just at the convenience of

4   whatever's convenient for the Coast Guard; right?

5   A.   Right.

6   Q.   Right?

7   A.   Correct.  Yes, sir.

8   Q.   Now, let's talk about preservation of evidence.

9        The prosecutor played that video where the inflatable

10  boat -- that's what it is; correct?

11  A.   It's a --

12  Q.   Over-the-horizon.

13       But it's really an inflatable boat; correct?

14  A.   It has a rigid hull.

15  Q.   All right.

16  A.   It's made of aluminum.

17  Q.   But it has two big engines in the back; right?

18  A.   It has one.

19  Q.   One big engine.

20       How many horsepower?

21  A.   I don't recall off the top of my head.

22  Q.   You don't know how much the inflatable's horsepower is?

23  A.   I don't remember off the top of my head.  It's been awhile.

24  Q.   They're fast?

25  A.   Yeah.  They are.

```
 1   Q.   So you get close to the panga boat; right?

 2   A.   Yes.

 3   Q.   And the panga's dead on the water; correct?

 4   A.   Correct.

 5   Q.   And you'll see the video that -- they've been introduced

 6   into evidence.

 7        And the panga is, like, swaying back and forth, back and

 8   forth; right?

 9   A.   Correct.

10   Q.   And I think the prosecutor stopped it.

11        But then there's one of these gentleman's [sic] from

12   Mexico.  He's showing you a document; correct?

13   A.   Yes, he did.

14   Q.   All right.  And you saw that video; right?

15   A.   Yes, I've seen the videos.

16   Q.   Well, you seen the videos before you testified; right?

17   A.   Yes.

18   Q.   And you saw the pictures before you testified; right?

19   A.   Yes.

20   Q.   And he showed you a document.  He has it in front of him;

21   right?

22   A.   Right.

23   Q.   And that document is like so big and so wide, like standard

24   legal-size document, more or less?

25   A.   Seemed like standard eight-and-a-half-by-eleven paper.
```

1    Q.   Okay.  It doesn't take up much room; does it?

2    A.   No, I wouldn't say that.

3    Q.   It wouldn't take up much room in the Coast Guard cutter;

4    would it?

5    A.   No.

6    Q.   And it was not preserved by you; correct?

7    A.   Correct.

8    Q.   And that's one of the duties that you had --

9    A.   I didn't --

10   Q.   -- to preserve the evidence; correct?

11   A.   That's correct.

12   Q.   And to preserve for the jury and for the Defendants and for

13   us, the attorneys; right?

14   A.   Yeah.

15   Q.   So we can review it, maybe have it translated, see what it

16   is; right?

17   A.   Sure.

18   Q.   You're not the jury; right?

19   A.   I'm not the jury.

20   Q.   It's not for you to decide what's important; right?

21   A.   I suppose.

22   Q.   Okay.  And you don't even speak Spanish; right?

23   A.   No.  I don't speak Spanish.

24   Q.   It was just like -- whatever was in front of you didn't

25   make any sense to you?

 1    A.   I do know that official numbers all look the same.

 2    Q.   Okay.

 3    A.   So the absence of those were put in that packet.  So....

 4    Q.   Okay.  Let's get to the numbers.

 5         You testified here today -- right? --

 6    A.   Right.

 7    Q.   -- that inside that panga or outside there were no numbers;

 8    right?

 9    A.   Correct.

10    Q.   And you didn't see any numbers; right?

11    A.   Correct.

12    Q.   And if you would have seen any numbers, you sure would have

13    taken a picture of it; correct?

14    A.   Correct.

15    Q.   And you said you had a GoPro camera with you; right?

16    A.   Right.

17    Q.   And somebody else had a disposable camera or smaller

18    camera; right?

19    A.   Digital camera.  Yes.

20    Q.   And, in fact, you took several pictures of these

21    gentlemans [sic] in the boat -- in the panga boat; right?

22    A.   Correct.

23    Q.   But you didn't use it to take any picture of anything else

24    inside the panga boat; right?

25    A.   We took pictures of other things, like the engines --

1   Q.   Have you seen pictures, other than that, of inside the

2   panga boat and the motors?

3   A.   Not -- not like pictures of the hull from the inside.

4   Q.   Not inside.  You didn't take any pictures inside; right?

5   A.   I mean, we could just look at all the photos to answer that

6   question.

7   Q.   But if there was anything important, you should have taken

8   a picture, right, to preserve it for the jury?  Right?

9   A.   Yes.

10  Q.   And if there was a number inside the boat, you should have

11  taken a picture of that; right?

12  A.   There were no numbers inside the boat.

13  Q.   Okay.  Now, you had a camera.  You had a GoPro; right?

14  A.   Correct.

15  Q.   And the Coast Guard cutter also had cameras; right?

16  A.   Yes, they did.

17  Q.   And did you know the Coast Guard cutter was also taking

18  pictures of the boat?

19  A.   Yes.

20  Q.   And you've seen some of the picture of it?

21  A.   Yes.

22  Q.   After the fact; right?

23  A.   Yes.

24        MR. ENCINOSA:  I'm going to mark these two --

25        MS. VIAMONTES:  Your Honor, these aren't in evidence.

1    They haven't been marked and --

2         MS. PINERA-VAZQUEZ:  I thought you were putting them in

3    evidence.

4         MR. ENCINOSA:  Do you have an objection?

5         MS. VIAMONTES:  I'm not saying I have an objection, but

6    could we properly mark them so we know what we're showing to

7    the jury and properly move them into evidence?

8         MR. ENCINOSA:  Yes.  I guess they'll be Lucas 1 and 2.

9         THE COURT:  No objection?

10        MS. VIAMONTES:  No objection.

11        THE COURT:  Admitted.

12        MS. VIAMONTES:  But can we know which one is which,

13   because, otherwise, the record is not going to be clear, Your

14   Honor.

15        MR. ENCINOSA:  We'll make --

16        THE COURT:  Put a label on them.  Lucas 1 and 2.

17        (Defendant Lucas' Exhibits 1 and 2 admitted into

18   evidence.)

19   BY MR. ENCINOSA:

20   Q.  Sir, does the number E992 mean anything to you?

21   A.  Yes.  I think we wrote that down and included that in the

22   case package.

23   Q.  You wrote that down where?

24   A.  It should be in the case package.

25   Q.  Can you show it to us?  Show me what document you wrote it

1   down.

2   A.   This is my statement, not the case package.  So....

3   Q.   Well, in your statement -- is it in your statement?

4   A.   It's not in my statement, no.

5   Q.   Now, you testified here today repeatedly that there were no

6   numbers either inside or outside that boat; correct?

7   A.   Yeah.  No official numbers.

8   Q.   All right.  That's a number.

9   A.   That's not an official registration number.

10  Q.   Oh, okay.  All right.  So that's not a number?

11  A.   That is a number.

12  Q.   Okay.

13  A.   Those are numbers.

14  Q.   All right.  But you didn't take a picture of it.

15  A.   I'd have to look at the photos again.

16  Q.   Sir, there were two inflatables; right?

17  A.   Yes.

18  Q.   That picture was taken from the Coast Guard cutter; right?

19  A.   Yes.

20  Q.   It wasn't taken by you?

21  A.   No.  I was on that boat at the time.

22  Q.   You were on that boat.

23       And you were trained in law enforcement; right?

24  A.   Yes.

25  Q.   Now, you talked about all this excessive fuel in there;

1   right?

2   A.   Yes, I did.

3   Q.   Do you have one photo -- did you take one photo of one

4   container of gasoline?

5   A.   I'd have to look at the photos again.

6   Q.   You didn't take any, sir.

7        You saw them before you got here; right?

8   A.   Yeah.  There were a lot of photos.

9   Q.   Did you see one photo --

10       MR. ENCINOSA:  These are all the photos?

11       MS. VIAMONTES:  I don't know if all the photos were

12   sent to you.

13       (Discussion held off the record among counsel.)

14   BY MR. ENCINOSA:

15   Q.   Sir, you did not take one photo of the interior of that

16   boat; correct?

17   A.   I'd have to look at all the pictures.

18   Q.   I'm sorry?

19   A.   I'd have to look at all the pictures.

20   Q.   Okay.  If there was a picture of the interior of the boat,

21   we should see it here in trial; correct?

22   A.   Correct.

23   Q.   And we should see photos of the containers of gasoline here

24   in trial; correct?

25   A.   If they were taken, yes.

1    Q.   If they were taken; right?

2    A.   Yes.

3    Q.   And it was your duty to take them -- or to make sure they

4    were taken?

5    A.   Yes.

6    Q.   Now, you talked about this area.

7         How long have you patrolled this area?

8    A.   Three months.

9    Q.   That's all you've been there?

10   A.   Yes.

11   Q.   Now, it's not only known for some drug trafficking in that

12   area, but there's also alien smuggling in that area; correct?

13   A.   I'm not sure.

14   Q.   You're not sure?

15   A.   No, I'm not, sir.

16   Q.   You're not sure of that?

17   A.   I'm not sure.

18   Q.   But you've only been there three months; right?

19        MS. VIAMONTES:   Objection.   Asked and answered, Judge.

20        THE COURT:   Overruled.

21   BY MR. ENCINOSA:

22   Q.   You made a diagram of the boat; correct?

23   A.   Yes, I did.

24   Q.   You put the length; right?

25   A.   Yes, I did.

1  Q.  Not the width; right?

2  A.  I'm not -- I'd have to look at it again.

3  Q.  The engines of this -- you took a picture -- two pictures

4  of them; correct?

5  A.  Yes.  We took pictures of the engines.

6  Q.  And it was odd -- odd engines; correct?  One was

7  115-horsepower and the other one was a small 85-horsepower

8  engine; correct?

9  A.  Yes.  They were of differing horsepower.

10  Q.  Okay.  They were not 115-horsepower each; right?

11  A.  Correct.  They were not.

12  Q.  And they're the type that you drive from -- the steering

13  from the back; correct?

14  A.  Right.  From the helm.

15  Q.  Now, in that area all along the coastline, there's fishing

16  villages; correct?

17  A.  Right.

18  Q.  From Panama all the way up to Mexico; right?

19  A.  Correct.

20  Q.  And there's thousands, if not hundreds of thousands, of

21  these panga boats; correct?

22  A.  I'm not sure how many there are.

23  Q.  Have you been to any of those fishing villages while you've

24  been in El Salvador?

25  A.  I haven't been to El Salvador.  No.

 1   Q.   You're not in El Salvador?

 2   A.   I have not been to El Salvador.

 3   Q.   I'm sorry.

 4        Where did the plane leave from?

 5   A.   I personally did not set foot in El Salvador.  The ship was

 6   there.

 7   Q.   Oh, the ship was there.  I'm sorry.  I'm confusing you for

 8   the Air Force guy.  I'm sorry.

 9        THE COURT:  Navy.

10   BY MR. ENCINOSA:

11   Q.   So you are stationed out of California; right?  I apologize

12   to you.

13   A.   Out of Seattle, Washington.

14   Q.   Seattle, Washington.  Okay.

15        Have you stopped at any ports in Mexico or anything?

16   A.   Yes.

17   Q.   And have you seen those panga boats regularly out there?

18   A.   I have seen panga boats.  Yes.

19   Q.   And they're fishermans [sic]; correct?

20   A.   I'm not sure what they're using the boats for.

21   Q.   Okay.  Now, you indicated that one of the main jobs for the

22   Coast Guard is rescue people; right?

23   A.   Yes.

24   Q.   And, in fact, there are TV shows about the Coast Guard

25   rescuing people; right?

1   A.   Yes.  Those TV shows exist.

2   Q.   Now, the Mexican Coast Guard is not as famous for rescuing

3   people as the United States Coast Guard; correct?

4   A.   I'm not -- I'm not sure.

5   Q.   Okay.  Now, gasoline inside the boat, that would be a

6   hazardous material; right?

7   A.   Certainly wouldn't want to hang out too long in it.

8   Q.   Right.

9        And, in fact, in the paperwork that you filled out, you're

10  required to report if there's any hazardous material onboard;

11  right?

12  A.   Yes.

13  Q.   You put "no"; correct?

14  A.   Gasoline itself isn't hazmat or radioactive or --

15  Q.   Well, my question is:  You wrote "no"; correct?

16  A.   I wrote "no."

17          MR. ENCINOSA:  I have no further questions.

18          THE COURT:  Redirect?

19                       REDIRECT EXAMINATION

20  BY MS. VIAMONTES:

21  Q.   Good afternoon, Officer Hadley.

22  A.   Good afternoon.

23  Q.   Let's talk first about the right-of-visit questionnaire.

24  A.   Okay.

25  Q.   Do you get to pick what questions you ask crew members when

1   you board their vessel?

2   A.   No, I don't.

3   Q.   Do you follow a protocol?

4   A.   I do.

5   Q.   Do you have a form that you have to fill out?

6   A.   I do.

7   Q.   And what is it called?

8   A.   It's called the "Victor report."

9   Q.   You fill out the Victor report?

10  A.   Yes.

11  Q.   Do you ask specifically the questions that are there?

12  A.   Specifically.

13  Q.   And do you then convey that information back to the Cutter

14  *Mellon*?

15  A.   Yes, I do.

16  Q.   Now, your report -- or your statement that you wrote, do

17  you write that once you return to the Cutter *Mellon*?

18  A.   I do.

19  Q.   Did you write it that very night, October 18th, 2016 --

20  A.   I did.

21  Q.   -- or did you wait until the next morning?

22  A.   I wrote it that night.  It might have been the next

23  morning, though.

24  Q.   How long were you out there in the open ocean?

25  A.   About 12 hours.

1  Q.  So either than night or when you woke after getting some

2  rest, you wrote your statement?

3  A.  No.  I'd say that morning.  It might have been a.m. the

4  next day.

5  Q.  I got you.

6     So you didn't go to sleep?

7  A.  No, I didn't.

8  Q.  You stayed up and wrote it, after being out bobbing in the

9  ocean for 12 hours?

10 A.  Yes, ma'am.

11 Q.  Without food and water?

12 A.  Yes, ma'am.

13 Q.  Is it possible for you to write every single observation

14 that you make in those 12 hours bobbing up and down in the

15 ocean in your statement once you return to the Cutter *Mellon*?

16 A.  Like I said, it'd be very difficult to do.

17 Q.  It'd be quite long, your statement, then; right?

18 A.  Absolutely.

19 Q.  Do you remember smelling gasoline on that panga?

20 A.  Yes.

21 Q.  Was it overwhelming?

22 A.  It was overwhelming.

23 Q.  Do you remember whether you were feeling nauseated those

24 12 hours out there because you were bobbing up and down and the

25 smell of gasoline?

1    A.   Yes.  Yes, I do.

2    Q.   Would you need to write that in your statement to remember

3    that?

4            MS. PINERA-VAZQUEZ:  Objection.

5            THE COURT:  Overruled.

6            THE WITNESS:  I didn't think I needed to.  So I didn't.

7    BY MS. VIAMONTES:

8    Q.   Are there things that you remember that are not

9    specifically in your statement?

10   A.   Yes.

11   Q.   You testified about Gabriel Garcia-Solar pointing out the

12   three crew members that he rescued at sea.

13   A.   Yes.

14   Q.   Do you remember, regardless of whether it's in your

15   statement or not, that he said, "These are the three people

16   that I went out to look for"?

17   A.   He said those are the people.

18   Q.   You were talking about -- you talked a little bit about

19   different boarding approaches.

20        Are there different ways to board a vessel or different

21   approaches you may use?

22   A.   With the panga, not really.  It's pretty standard.  You

23   muster them in one section.

24   Q.   Well, I'm not talking about a panga.

25        In general, any vessel that you approach, do you always

1    approach it the same exact way?  For example, if a vessel is

2    not going at a high rate of speed away from you, would you

3    approach it differently than one that is fleeing away from you?

4          MS. PINERA-VAZQUEZ:  Objection.  Irrelevant,

5    speculation.

6          THE COURT:  Overruled.

7          THE WITNESS:  Yes.  I would approach it differently.

8    Absolutely.

9    BY MS. VIAMONTES:

10   Q.  Why?

11   A.  If it's a vessel that's not fleeing, let's say, a fishing

12   vessel, I could approach it.  Obviously, it doesn't have to be

13   from behind because I'm not chasing it.

14        Some ships have accommodation ladders.  Some ships have

15   Jacob's ladders.  It really just depends on the specific

16   situation, making a judgment call.

17   Q.  Would you approach as law enforcement if you're just

18   inspecting a vessel to make sure they have a proper

19   registration and that it's a safe vessel?

20   A.  Well, the procedures are always the same.  So it doesn't

21   matter if it's a fishing vessel or a panga.  It's not compliant

22   when you -- you still have to do initial safety sweep.  You're

23   always going to be armed.  You have the exact same equipment.

24   Nothing changes there.

25   Q.  Is there a different procedure for a vessel that's

1   complaint versus one that's noncompliant?

2   A.   When it comes to getting onboard?

3   Q.   When it comes to whether you get onboard and the questions

4   asked when you get onboard.

5   A.   I don't think there's much disparity.

6   Q.   Defense counsel asked you about the panga that was sunk.

7   A.   Yes.

8   Q.   Do you get to decide whether the panga is sunk or not sunk?

9   A.   I don't decide that.

10   Q.   Is that protocol to sink the vessels?

11   A.   It is.

12   Q.   Out there at sea?

13   A.   It's standard.

14   Q.   In fact, defense counsel showed you an inventory of

15   different intercepts, correct, that shows contraband obtained

16   from different intercepts?

17   A.   Yes, ma'am.

18   Q.   Was this particular day, October 18th, 2016, the first

19   intercept during your three-month deployment?

20   A.   It was the first intercept where we recovered contraband.

21   Q.   But there were some after, weren't there?

22   A.   Absolutely.  Yes.

23   Q.   Would it be feasible in each one of those after to bring

24   onboard to the *Mellon* a vessel in each one of those intercepts?

25   A.   No, it would not.

1   Q.   Is that why you take photographs and document what you see?

2   A.   Right.

3   Q.   Is that why you started using a GoPro?

4   A.   Yes, it is.

5   Q.   Speaking of this GoPro, defense counsel asked you about

6   whether it was issued by the Navy or whether the Navy could use

7   it.  Do you remember?

8   A.   I remember that.

9   Q.   Could the GoPro capture video from two miles in the sky?

10          MS. PINERA-VAZQUEZ:  Objection as far as whether he

11   knows or not personally.

12          THE COURT:  Overruled.

13          THE WITNESS:  It could capture -- it can capture

14   footage from anywhere.  But whether or not you'll be able to

15   tell what you're -- like, be able to discern what you're

16   looking at is a different story.

17   BY MS. VIAMONTES:

18   Q.   Does the GoPro that you used on your over-the-horizon, does

19   it zoom in two miles away?

20   A.   No.

21   Q.   So aside from photographing, do you document what's

22   occurring out there in the ocean in other ways, such as ION

23   scans?

24   A.   Yes.

25   Q.   You, yourself, didn't do the ION swipes; did you?

 1    A.   No, I didn't.

 2    Q.   And you, yourself -- you didn't take the pictures either;

 3    right?

 4    A.   No, I didn't.

 5    Q.   And you draw a sketch of the vessel?

 6    A.   Yes, I did.

 7    Q.   And then you compile -- aside from your statement, you

 8    compile a case packet; correct?

 9    A.   Yes.

10    Q.   And the case packet, does that include the Victor report

11    that you mentioned?

12    A.   It does.  Yes, ma'am.

13    Q.   Let's talk a little bit about Defense Exhibit Lucas 1.

14         MR. ENCINOSA:  1 and 2 is --

15         MS. VIAMONTES:  I'm sorry?

16         MR. ENCINOSA:  1 and 2 is --

17         MS. VIAMONTES:  Well, I'm placing 1 on the Elmo

18    currently, and now I'm placing Lucas 2 on the Elmo.

19         MS. VIAMONTES:  All right.

20    BY MS. VIAMONTES:

21    Q.   And in the vicinity back here toward the hull, is there a

22    letter and a number?

23    A.   Yes, there is.

24    Q.   Is that a valid registration?

25    A.   No, it's not.

1    Q.   Why not?  Tell the members of the jury why not.

2    A.   Well, typically, on at least --

3         MR. ENCINOSA:  Your Honor, I'm going to object.  He's

4    not an expert on Mexican law.

5         THE COURT:  All right.  Overruled.

6         THE WITNESS:  Most vessels have a much longer

7    registration other than that.  It's not -- he's really using

8    four digits.  You know, he mentioned there are millions of

9    these little boats all up and down the coast of Central

10   America.

11        It's really hard to include any kind of information

12   that would be helpful in identifying where it's from, where

13   it's registered, what sequence, you know, how old the

14   registration is.

15        In a state, it's a lot more specific.  You can look at

16   a registration and be like, "Oh, that's -- this boat's

17   registered in Florida.  This is the day it happens," et cetera.

18   BY MS. VIAMONTES:

19   Q.   In your experience with the Coast Guard, have you had an

20   opportunity to see registrations -- vessels with registrations

21   from other countries?

22   A.   Yes.

23   Q.   Are they voluminous 90-page documents?

24   A.   No, they're not.

25   Q.   Are they similar to a vehicle registration that has the

1    data quickly where law enforcement can see it and recognize the

2    important information?

3    A.   It's typically one page.

4    Q.   Are you familiar with -- in your training and your

5    experience in the Coast Guard with registration markings on

6    vessels from various nations?

7    A.   Yes.

8    Q.   And is this the proper place to put a registration marking

9    in the hull --

10            MS. PINERA-VAZQUEZ:  Objection.  He's already answered.

11   BY MS. VIAMONTES:

12   Q.   -- in the hull on the inside of the boat?

13   A.   No, it is not.

14            MS. PINERA-VAZQUEZ:  I'm going to object.  He's not an

15   expert in registrations in Mexico, and he doesn't have the

16   knowledge to testify to that.

17            THE COURT:  Well, he can testify on the basis of his

18   training and experience.

19            MS. PINERA-VAZQUEZ:  Right.  But he hasn't had training

20   in Mexico.  He had training in the U.S.  That's my objection.

21            THE COURT:  Overruled.

22   BY MS. VIAMONTES:

23   Q.   Is that the proper location to put a registration number

24   for a vessel?

25   A.   No, it is not.  Typically, it's on the -- absolutely

1    outboard, painted on the hull, currently affixed, typically on

2    the starboard quarter.

3    Q.   Is that only in the United States?

4    A.   No.

5    Q.   These vessels cross continents; correct?

6    A.   Yes.

7    Q.   And are the laws similar to ensure that law enforcement

8    throughout the world know how to recognize vessels from other

9    countries?

10          MS. PINERA-VAZQUEZ:  Objection, Your Honor.

11          First of all, she established him as an expert as to

12   laws of all the countries' registration in the time period just

13   from Mexico to the U.S.  I'm going to object.

14          THE COURT:  Overruled.  This is rebuttal to the

15   cross-examination.

16   BY MS. VIAMONTES:

17   Q.   Are they in similar places with vessels from different

18   parts of the world?

19   A.   Absolutely.  The vessels have to be inspected in

20   several different -- every country they go into, they have to

21   be inspected.

22   Q.   The purpose of a registration number being on the outside

23   of a vessel -- what's the purpose of that?

24   A.   So that it's easily visible.  It's apparent, the

25   vessel's --

1   Q.   So that law enforcement can see it?

2   A.   Right.

3   Q.   Inside the back hull painted in white on a blue interior,

4   is that something visible for law enforcement to see?

5   A.   No, it's not.

6   Q.   But you guys documented it anyways; correct?

7   A.   Yes.

8   Q.   And those photographs were provided to the Government and

9   we could -- so that we could provide them to the defense;

10  correct?

11  A.   Yes.

12  Q.   Let's talk a little bit about your interaction with

13  Mr. Garcia-Solar and the other crew members while you're

14  speaking with them.  Okay?

15  A.   Okay.

16  Q.   You mentioned that, once he admitted to being the captain,

17  you directed your questions to him; correct?

18  A.   Correct.

19  Q.   Now, the other crew members, are they within earshot?

20  A.   Absolutely.  Yes.

21  Q.   You're in a small space; right?

22  A.   Yeah.

23  Q.   On this 26-foot panga, there's seven crew members; right?

24  A.   Right.

25  Q.   And three Coast Guard officers; right?

1    A.   Correct.

2    Q.   Ten people?

3    A.   Yes.

4    Q.   When you're directing your questions to Mr. Garcia-Solar,

5    can the others hear you?

6    A.   Yes, they can.

7    Q.   Do they pipe up and say, "No, no.  Wait a second.  That's

8    not true.  I'm Ecuadorian" --

9    A.   No.

10   Q.   -- "No, no.  Wait a second.  I'm not Mexican.  I'm a

11   Colombian"?

12   A.   No one objected to Mr. Garcia-Solar's statement.

13   Q.   And although you don't speak Spanish, could you observe the

14   body language when they're giving their responses?

15   A.   Yes, I could.

16   Q.   When you first asked them who the captain is, could you

17   observe all the crew members' body language?

18   A.   Yes, I could.

19   Q.   And what did they do?

20   A.   They kind of looked around and all raised their hands at

21   the same time.

22   Q.   One of the defense attorneys asked you whether there are

23   thousands of these Pangas up and down the coastline.

24        Were you up and down the coastline here?

25   A.   No, I was not.

1    Q.   Where were you?

2    A.   I was approximately 120 miles off the coast of Mexico.

3    Q.   They asked you about the recovery of the contraband.

4         Were you responsible for going out to recover the

5    contraband?

6    A.   I was not.

7    Q.   Were you responsible for securing the contraband on the

8    cutter?

9    A.   I was not.

10   Q.   The document that was waved by one of the crew members up

11   in the air, could that have proven or disproven whether or not

12   they were transporting cocaine previously?

13   A.   No, it wouldn't have.

14   Q.   So that wouldn't go to their guilt or innocence?

15   A.   I don't believe so.

16        MS. PINERA-VAZQUEZ:   Objection, Judge.   First of all,

17   what document is she talking about?

18        THE COURT:   The document that was inquired into on

19   cross-examination.

20        MS. PINERA-VAZQUEZ:   I don't know -- she said some

21   document was "waved."   I'm not sure what document she's

22   referring to.

23        THE COURT:   Go ahead.

24        MS. VIAMONTES:   I'm happy to clarify.

25   BY MS. VIAMONTES:

1  Q.  The document that was waved that you testified about it

2  being approximately 90 pages in length, that you testified that

3  had no registration information, and that you testified that

4  did not match the crew members' names -- did not have

5  Garcia-Solar's name in it -- that's the document I'm referring

6  to.

7        MS. PINERA-VAZQUEZ:  Objection.  That wasn't the

8  testimony, because he can't read Spanish.  So --

9        THE COURT:  Overruled.

10       MR. ENCINOSA:  And, also, the proffer, Your Honor.

11       THE COURT:  Overruled.

12  BY MS. VIAMONTES:

13  Q.  And the document that Officer Barajas -- that you testified

14  Officer Barajas looked through and did not contain registration

15  information, I'm talking about that document.

16  A.  Yes.

17  Q.  Would that document be considered evidence of guilt or

18  innocence as to whether these people were transporting cocaine?

19  A.  No.

20       MS. PINERA-VAZQUEZ:  Objection.  That's for the jury to

21  decide, Judge.

22       MR. RODRIGUEZ:  Objection, comes to a legal conclusion.

23       THE COURT:  Well, I think you can rephrase it in the

24  context of cross-examination --

25       MS. VIAMONTES:  Absolutely.

1      THE COURT:  -- without guilt or innocence.  I mean, the

2  argument that I've heard is that there's a lot of items that

3  you want to be considered as evidence that he didn't treat as

4  evidence, and so I think that's the point that --

5      MS. VIAMONTES:  Sure.

6      THE COURT:  -- you're heading to, why he did or did

7  not include certain items.

8      MS. VIAMONTES:  Sure.

9  BY MS. VIAMONTES:

10 Q.  Defense counsel asked you -- you're trained as a law

11 enforcement officer; correct?

12 A.  Correct.

13 Q.  You're trained to recover evidence properly; right?

14 A.  Right.

15 Q.  Would the document show whether or not any of these

16 individuals previously jettisoned cocaine off of that panga?

17 A.  No.  It wouldn't have.

18 Q.  Why did you not retain that 90-page document?  Did it have

19 value?

20 A.  I did not think it had any value.

21 Q.  For how long did you pursue the panga?

22 A.  I'd say about 10 minutes.

23 Q.  Was the panga traveling at a normal rate of speed?

24 A.  It was traveling at a high rate of speed.

25 Q.  And was it difficult to catch up to it?

1    A.   It was.

2    Q.   When you are first within site of the panga, when they're

3    first able to see you, do they make any maneuver or do they

4    take any evasive action?

5    A.   They took a sharp turn starboard, which I interpreted as

6    evasive maneuvers.

7    Q.   And how soon after you began to pursue them did that occur?

8    A.   It happened as soon as we were within eyesight of each

9    other.

10   Q.   Did they immediately stop once you turned your lights and

11   sirens on?  Did that cause them to stop?

12   A.   They didn't stop until about 10 minutes later after we

13   had -- we'd been chasing them for that duration.

14   Q.   Were the lights and sirens operating at all times during

15   the chase?

16   A.   Not at all times.  The sirens weren't, but the lights

17   certainly were.

18   Q.   What ultimately caused them to stop?  Did you see something

19   happen right before they stopped?

20   A.   I think the airplane diving down at them and banking in

21   front of them across the bow was certainly helpful in making

22   them stop.

23           MS. VIAMONTES:  No further questions, Your Honor.

24           THE COURT:  All right.  Thank you.  You may step down.

25           (Witness excused.)

1          THE COURT:  All right, ladies and gentlemen.  We will

2   recess for the day.

3          Again, remember my instructions not to talk about the

4   case with anyone or read anything about the case.  If anybody

5   should try to talk to you about it, bring it to my attention

6   immediately.

7          Have a pleasant evening.  We'll see you tomorrow

8   morning at 8:30.

9          COURT SECURITY OFFICER:  All rise.

10          (Jury exited courtroom at 5:27 p.m.)

11          THE COURT:  We will be in recess until tomorrow morning

12   at 8:30.

13          (Proceeding adjourned at 5:27 p.m.)

14          (Continued in Day 3 of 5.)

15

16                    C E R T I F I C A T E

17

18      I hereby certify that the foregoing is an

    accurate transcription of the excerpt of the.

19
    proceedings in the above-entitled matter.

20

21
    January 19th, 2018     /s/Glenda M. Powers
22  DATE                   GLENDA M. POWERS, RPR, CRR, FPR
                           Official Federal Court Reporter
23                         United States District Court
                           400 North Miami Avenue, 08S33
24                         Miami, Florida 33128

25

## $

**$50** [2] - 10:14, 10:23

## '

**'16** [1] - 208:13
**'50s** [2] - 36:2, 36:3
**'60** [1] - 8:11
**'60s** [1] - 36:2
**'70s** [2] - 36:2, 36:3
**'80** [1] - 8:12
**'80s** [1] - 36:3

## /

**/s/Glenda** [1] - 353:21

## 0

**0180** [1] - 45:16
**02** [1] - 207:25
**020** [1] - 71:16
**08S33** [2] - 2:17, 353:23
**090** [1] - 45:18

## 1

**1** [45] - 1:10, 4:17, 4:19, 5:1, 46:3, 56:3, 59:19, 79:24, 97:14, 99:19, 99:25, 100:5, 100:10, 101:5, 101:21, 101:23, 102:5, 121:8, 130:21, 145:23, 161:10, 167:17, 167:18, 307:17, 309:18, 309:25, 310:12, 311:13, 311:16, 312:24, 313:5, 313:13, 314:24, 315:9, 315:12, 316:17, 317:18, 330:8, 330:16, 330:17, 343:13, 343:14, 343:16, 343:17
**1.1** [2] - 79:24, 79:25
**10** [29] - 4:5, 13:22, 16:3, 38:15, 38:19, 39:2, 55:8, 55:25, 92:17, 96:10, 110:17, 114:8, 114:9, 114:11, 117:18, 135:23, 144:21, 145:20, 187:22, 208:24, 209:8, 209:13,

214:19, 258:16, 258:20, 289:13, 351:22, 352:12
**10,000** [11] - 24:1, 24:2, 24:21, 25:9, 58:9, 60:25, 61:1, 61:24, 67:5, 311:6, 311:8
**10-18-16** [1] - 41:5
**10-hour** [2] - 55:7, 94:2
**10-minutes** [1] - 218:21
**100** [1] - 87:15
**105** [1] - 3:7
**10:21** [2] - 93:12, 93:13
**10:35** [2] - 93:13, 93:14
**10:48** [1] - 81:17
**11** [13] - 1:5, 4:14, 145:20, 224:14, 243:6, 256:9, 256:14, 256:15, 256:16, 256:21, 256:25, 257:5, 257:6
**115** [1] - 3:8
**115-horsepower** [2] - 334:7, 334:10
**1155** [3] - 21:20, 22:2, 22:16
**117** [1] - 3:8
**12** [7] - 224:14, 251:22, 256:1, 337:25, 338:9, 338:14, 338:24
**120** [7] - 274:9, 274:18, 284:11, 306:25, 307:1, 307:4, 349:2
**120-mile** [1] - 284:22
**122** [1] - 4:4
**124** [1] - 3:9
**125** [1] - 3:9
**127** [1] - 3:10
**12:55** [2] - 206:18, 206:19
**13** [2] - 299:7, 299:13
**130-mile** [1] - 284:11
**131** [1] - 314:1
**13th** [2] - 296:1, 298:18
**14** [5] - 13:23, 13:24, 42:12, 65:5, 230:21
**14-hour** [1] - 14:3
**142** [1] - 3:12
**14:00** [1] - 173:19
**14:49** [1] - 60:13
**14:53** [3] - 41:6, 41:8, 42:3

**14:53:55** [1] - 46:3
**14:59** [1] - 51:16
**15** [16] - 20:14, 20:17, 55:25, 65:2, 65:3, 81:25, 82:14, 181:12, 181:16, 250:21, 274:2, 301:6, 301:7, 304:21
**15,000** [2] - 24:1, 61:17
**15-horsepower** [2] - 31:6, 31:8
**15-minute** [6] - 65:25, 66:3, 66:5, 66:6, 81:22, 181:13
**1500** [4] - 7:11, 132:5, 310:14
**15:02:36** [2] - 54:17
**15:38** [1] - 55:1
**15:40** [2] - 53:2, 58:19
**15:40:44** [1] - 58:20
**15:41** [1] - 119:13
**15:49** [1] - 60:19
**15:54:58** [2] - 65:15, 65:21
**15th** [1] - 240:18
**16** [1] - 13:23
**166** [1] - 3:12
**16:09** [1] - 65:23
**16:18:44** [1] - 67:17
**16:33** [1] - 76:18
**16:48** [2] - 81:18, 81:19
**16th** [1] - 95:24, 147:8, 149:23
**17** [1] - 6:15
**172** [1] - 3:13
**176** [1] - 3:13
**17:08** [1] - 81:22
**17:37** [2] - 44:23, 44:24
**18** [20] - 4:11, 94:3, 133:1, 155:25, 168:4, 171:13, 177:19, 185:6, 185:7, 185:8, 235:5, 235:10, 235:11, 235:17, 235:21, 236:1, 236:14, 254:21, 270:24, 299:13
**18,000** [23] - 24:2, 24:3, 28:21, 29:1, 29:7, 29:16, 29:19, 29:25, 30:4, 30:5, 30:16, 47:19, 48:8, 52:8, 52:15, 58:8, 58:9, 61:24, 67:5, 112:14, 114:4, 156:1, 160:8

**18,000-foot** [1] - 61:1
**18-inch** [2] - 185:9, 188:7
**180** [3] - 3:14, 45:17, 209:25
**1800** [4] - 7:11, 132:5, 243:18
**184** [1] - 3:14
**18th** [23] - 16:4, 20:25, 23:2, 107:21, 127:15, 194:5, 210:22, 210:24, 211:12, 212:19, 214:7, 216:25, 219:25, 235:14, 254:1, 256:18, 280:5, 298:25, 299:1, 311:12, 315:3, 337:19, 341:18
**190** [1] - 3:15
**196** [1] - 3:15
**1960** [1] - 8:12
**1980** [1] - 8:12
**199** [1] - 3:16
**19th** [1] - 353:21
**1:00** [1] - 206:14
**1:55** [2] - 206:19, 206:20

## 2

**2** [21] - 1:13, 4:18, 4:20, 60:18, 60:19, 67:18, 101:22, 167:17, 167:18, 167:20, 305:13, 314:24, 315:9, 315:12, 315:22, 330:8, 330:16, 330:17, 343:14, 343:16, 343:18
**2,000** [3] - 24:18, 79:20, 79:22
**2,200** [1] - 119:19
**20** [44] - 26:16, 27:12, 55:25, 59:23, 64:1, 65:16, 66:13, 82:15, 109:9, 109:24, 110:14, 111:7, 114:8, 114:9, 114:11, 115:3, 127:24, 128:12, 153:13, 153:14, 153:15, 179:7, 179:16, 226:3, 231:10, 250:21, 274:2, 275:13, 301:6, 301:7, 304:21, 305:11,

305:13, 305:14, 305:15, 305:19, 305:20, 306:10, 306:11, 316:1
**20,000** [3] - 155:25, 171:13, 177:20
**20-minute** [1] - 82:1
**200** [7] - 48:10, 78:12, 113:14, 113:24, 114:1, 187:13
**2005** [1] - 7:4
**2011** [1] - 208:5
**2012** [2] - 191:7, 191:8
**2015** [2] - 208:5, 208:13
**2016** [24] - 12:25, 16:4, 20:25, 23:2, 94:3, 133:1, 146:1, 168:4, 209:5, 210:4, 210:22, 211:12, 212:19, 214:7, 219:25, 235:14, 254:1, 256:18, 270:25, 296:1, 298:18, 337:19, 341:18
**2017** [1] - 1:5
**2018** [1] - 353:21
**207** [1] - 3:18
**209** [1] - 4:5
**21** [1] - 111:6
**213** [1] - 4:6
**216** [1] - 241:2
**22** [3] - 71:5, 110:19, 111:6
**220** [1] - 4:7
**222** [3] - 4:8, 4:9, 4:10
**23** [5] - 96:20, 104:14, 211:13, 310:23, 315:25
**23-foot** [1] - 311:10
**235** [2] - 4:11, 4:12
**24** [3] - 18:17, 18:18, 18:20
**240** [1] - 178:8
**25** [7] - 4:12, 74:13, 111:6, 235:5, 235:12, 235:17, 235:21
**250** [1] - 86:25
**256** [2] - 4:13, 4:14
**258** [1] - 3:19
**26** [6] - 4:4, 104:17, 122:16, 122:18, 122:21, 122:22
**26-foot** [1] - 347:23
**27** [12] - 39:14, 59:23, 65:16, 86:23, 109:6, 109:20, 111:1, 111:2, 111:6,

116:22, 129:23, 129:25
**270** [4] - 45:9, 45:17, 63:23, 120:19
**276** [1] - 3:19
**28** [10] - 4:8, 96:20, 104:14, 221:21, 222:9, 222:13, 224:16, 230:21, 260:16, 261:18
**283** [1] - 3:20
**29** [5] - 4:9, 222:9, 222:13, 240:20, 245:10
**290** [1] - 3:20
**2:00** [1] - 206:15

---

## 3

**3** [13] - 4:21, 67:15, 76:9, 99:9, 145:22, 161:10, 219:2, 314:24, 315:9, 315:12, 316:15, 353:14
**3,000** [1] - 161:10
**3.2** [1] - 79:23
**30** [29] - 4:10, 26:16, 79:12, 80:13, 86:24, 91:17, 91:18, 91:21, 92:3, 92:6, 110:12, 110:19, 111:5, 114:12, 114:15, 114:16, 114:19, 114:21, 114:25, 127:24, 128:12, 179:7, 179:17, 214:24, 221:21, 222:9, 222:13, 248:14
**300** [6] - 3:21, 13:17, 38:15, 144:25, 161:11, 161:12
**300-foot** [1] - 266:13
**307** [1] - 3:21
**315** [3] - 4:19, 4:20, 4:21
**32** [1] - 80:3
**3200** [2] - 44:3, 44:9
**323** [1] - 3:22
**33** [1] - 80:3
**330** [2] - 4:17, 4:18
**33128** [2] - 2:18, 353:24
**33394** [1] - 1:23
**336** [1] - 3:22
**36** [6] - 56:2, 56:3, 56:17, 82:13, 119:14, 181:10
**36-minute** [3] - 55:2,

56:23, 66:2
**378** [2] - 209:21, 262:21
**378-foot** [1] - 275:11
**379.8-billion-dollar** [1] - 12:9
**393** [1] - 1:10
**398** [1] - 13:16
**3:17** [2] - 258:18, 258:21
**3:34** [2] - 258:21, 258:22

---

## 4

**4** [3] - 76:17, 76:18, 99:9
**4,000** [1] - 24:18
**40** [8] - 52:21, 52:23, 52:25, 53:7, 56:1, 156:4, 156:5, 179:17
**400** [4] - 2:17, 114:2, 219:2, 353:23
**45** [4] - 306:15, 306:16, 306:20, 310:25
**47** [1] - 218:19
**49** [1] - 60:14
**4:00** [1] - 43:9
**4:16-CR-10042-KMM** [1] - 1:2
**4:55** [6] - 22:17, 22:19, 23:5, 43:11, 43:16, 195:13

---

## 5

**5** [13] - 1:13, 3:6, 5:1, 57:5, 81:13, 81:17, 90:10, 94:16, 99:10, 99:21, 101:18, 130:21, 353:14
**5,280** [1] - 79:17
**50** [15] - 10:16, 179:17, 187:12, 215:9, 218:19, 250:22, 274:3, 301:9, 301:21, 304:21, 305:11, 305:14, 305:15, 305:19, 305:20
**50-liter** [1] - 301:18
**500** [6] - 1:22, 23:14, 23:17, 105:19, 114:3, 127:14
**55** [2] - 121:18, 259:15
**55-gallon** [2] - 25:21, 25:23
**580** [2] - 92:21, 92:22
**5:27** [3] - 1:8, 353:10,

353:13
**5:55** [1] - 43:16

---

## 6

**6** [12] - 4:7, 121:18, 130:19, 131:3, 131:7, 131:10, 131:12, 219:18, 219:24, 220:4, 220:7, 220:11
**6,000** [1] - 79:19
**6-minute-and-55-second** [2] - 120:25, 181:20
**600** [1] - 105:19
**6:55** [2] - 23:19, 43:13

---

## 7

**7** [5] - 4:6, 212:13, 212:22, 213:1, 219:9
**700** [1] - 1:22
**7:00** [1] - 43:13

---

## 8

**80** [1] - 13:17
**825** [1] - 245:9
**85-horsepower** [1] - 334:7
**8:28** [2] - 1:8, 5:5
**8:30** [3] - 1:7, 353:8, 353:12

---

## 9

**9** [9] - 4:13, 256:9, 256:11, 256:12, 256:16, 256:21, 256:25, 257:13, 257:19
**90** [8] - 260:11, 264:6, 286:12, 286:13, 286:14, 289:5, 289:24, 350:2
**90-degree** [6] - 216:22, 216:23, 261:14, 263:23, 264:9, 312:25
**90-page** [6] - 286:7, 287:11, 288:19, 289:5, 344:23, 351:18
**90-plus-page** [1] - 286:4
**93** [1] - 3:7

---

## A

**A-class** [1] - 209:21
**A-frame** [1] - 316:10
**A-l-e-x-a-n-d-e-r** [1] - 142:9
**a-mile-and-a-half** [1] - 98:8
**a.m** [7] - 1:7, 1:8, 5:5, 93:12, 93:13, 93:14, 338:3
**abbreviated** [1] - 143:13
**ability** [13] - 17:4, 116:24, 117:1, 117:4, 148:4, 152:24, 155:13, 155:16, 158:15, 158:16, 161:19, 163:14, 186:3
**ablaze** [1] - 253:6
**able** [55] - 9:21, 42:6, 66:16, 98:4, 98:14, 100:6, 104:10, 104:15, 104:19, 117:21, 125:21, 128:1, 135:1, 136:8, 138:19, 138:21, 138:24, 139:2, 141:15, 148:14, 148:24, 149:2, 151:10, 152:12, 152:16, 153:1, 153:11, 155:18, 156:8, 156:12, 156:25, 159:20, 159:23, 163:20, 163:24, 167:24, 194:12, 197:5, 198:8, 199:16, 218:14, 219:7, 220:15, 220:17, 242:1, 244:21, 247:24, 248:2, 256:1, 286:19, 292:2, 298:6, 342:14, 342:15, 352:3
**aboard** [2] - 200:4, 264:18
**above-entitled** [1] - 353:19
**ABRAHAM** [1] - 2:5
**Abrams** [5] - 3:7, 3:12, 3:19, 93:21, 282:14
**ABRAMS** [16] - 2:2, 93:18, 101:9, 105:3, 129:17, 166:2, 209:10, 212:24, 220:5, 222:10,

235:19, 259:1, 270:18, 270:20, 275:23, 276:3
**Abrams'** [1] - 278:1
**absence** [1] - 328:3
**absolute** [1] - 248:22
**absolutely** [20] - 27:5, 83:12, 111:4, 116:22, 128:23, 131:24, 132:25, 136:5, 141:12, 238:23, 254:6, 267:14, 304:17, 338:18, 340:8, 341:22, 345:25, 346:19, 347:20, 350:25
**academic** [1] - 144:15
**Academy** [6] - 208:5, 208:7, 208:11, 323:13, 323:21
**access** [2] - 132:8, 136:8
**accommodation** [1] - 340:14
**accomplished** [1] - 233:4
**accomplishing** [2] - 49:24, 53:9
**according** [3] - 88:18, 322:22, 322:24
**accountability** [2] - 249:1, 250:7
**accuracy** [1] - 130:18
**accurate** [6] - 130:17, 149:4, 151:5, 179:9, 283:17, 353:18
**accurately** [9] - 155:2, 209:4, 212:18, 219:25, 222:5, 235:13, 256:16, 315:2, 315:5
**acoustic** [5] - 17:14, 17:19, 18:1, 18:9, 18:17
**acquiring** [1] - 133:16
**acronym** [1] - 213:22
**acting** [1] - 267:7
**action** [4] - 78:18, 220:22, 264:1, 352:4
**action-filled** [1] - 220:22
**actions** [1] - 261:9
**activated** [2] - 227:13, 263:20
**activities** [5] - 15:7, 15:9, 15:12, 15:15, 220:22
**activity** [13] - 26:21, 26:25, 106:14,

106:18, 112:12, 112:16, 112:20, 112:23, 113:9, 129:10, 175:17, 175:20, 267:8

**actual** [6] - 44:24, 92:17, 111:2, 112:11, 144:11, 243:9

**adding** [1] - 112:22

**addition** [6] - 135:25, 163:13, 168:20, 309:12, 313:18, 320:20

**additional** [6] - 99:7, 113:11, 135:2, 269:25, 271:12, 281:13

**address** [1] - 166:5

**addressed** [2] - 239:2, 276:19

**Adidas** [1] - 255:10

**adjourned** [1] - 353:13

**adjust** [3] - 155:10, 186:13, 187:25

**adjusted** [1] - 186:12

**adjusting** [1] - 102:6

**admissibility** [1] - 237:14

**admissible** [1] - 297:19

**admit** [3] - 7:25, 121:13, 234:22

**Admitted** [1] - 220:6

**ADMITTED** [1] - 4:3

**admitted** [18] - 122:17, 122:18, 209:12, 209:13, 212:25, 213:1, 220:7, 222:12, 222:13, 235:20, 235:21, 256:24, 256:25, 315:11, 315:12, 330:11, 330:17, 347:16

**admittedly** [1] - 202:16

**advanced** [2] - 10:10, 11:5

**advantageous** [1] - 214:22

**affected** [1] - 62:6

**affirm** [1] - 269:3

**affixed** [1] - 346:1

**afford** [2] - 279:17, 279:18

**AFPD** [1] - 2:2

**afternoon** [28] - 43:5, 43:20, 142:16, 142:17, 166:3,

164:4, 172:22, 176:18, 176:19, 180:17, 180:18, 184:14, 184:15, 196:12, 196:13, 206:21, 258:16, 259:2, 259:3, 283:11, 283:12, 290:15, 300:9, 300:10, 323:9, 323:10, 336:21, 336:22

**afterwards** [1] - 73:11

**agent** [1] - 291:5

**ago** [7] - 30:4, 191:6, 240:4, 271:11, 271:22, 303:13, 305:22

**agree** [12] - 10:10, 12:14, 28:23, 38:1, 60:6, 265:15, 274:18, 275:24, 279:6, 279:8, 280:20, 308:13

**AGUILAR** [2] - 1:8, 2:5

**AGUILAR-ORDONEZ** [2] - 1:8, 2:5

**ahead** [11] - 35:21, 45:11, 49:23, 93:7, 103:3, 134:12, 215:20, 246:9, 258:15, 319:5, 349:23

**aided** [2] - 5:2, 286:15

**aiding** [1] - 288:7

**Air** [1] - 335:8

**air** [6] - 79:19, 92:8, 118:20, 143:12, 177:20, 349:11

**aircraft** [63] - 7:18, 10:10, 10:12, 11:5, 11:6, 11:8, 12:16, 16:16, 16:18, 19:14, 20:22, 20:24, 36:8, 36:9, 45:10, 45:11, 47:15, 48:9, 50:8, 75:25, 80:17, 94:12, 94:13, 95:21, 95:22, 104:21, 133:6, 141:1, 143:3, 143:18, 143:21, 143:25, 145:15, 145:21, 146:5, 146:24, 146:25, 147:10, 147:13, 147:16, 155:21, 159:7, 161:21, 178:8, 183:7, 184:6, 184:16, 188:2,

190:20, 191:15, 194:19, 194:23, 200:4, 200:20, 200:21, 200:24, 201:1, 227:2, 227:4, 227:6, 293:11

**aircraft's** [2] - 45:3, 200:18

**Airlines** [2] - 11:9, 11:10

**airplane** [15] - 7:15, 11:4, 12:15, 73:21, 145:17, 168:10, 175:9, 219:4, 262:24, 263:1, 263:6, 263:8, 266:12, 352:20

**Airplane** [5] - 167:17, 167:18, 167:20

**airplanes** [1] - 167:16

**AK-47s** [1] - 308:24

**alerted** [1] - 29:3

**Alexander** [2] - 142:7, 142:8

**alien** [1] - 333:12

**aliens** [5] - 26:16, 27:3, 27:7, 27:9, 95:2

**allotted** [3] - 38:14, 38:19, 38:21

**allow** [1] - 214:4

**allowed** [1] - 93:9

**allowing** [1] - 93:5

**allows** [1] - 155:10

**alls** [1] - 221:9

**almost** [4] - 64:14, 81:14, 87:1, 180:25

**ALONSO** [2] - 1:8, 2:4

**Alpha** [3] - 281:21, 282:11, 288:17

**altitude** [15] - 25:15, 28:16, 29:4, 52:5, 57:2, 69:24, 80:13, 80:17, 111:12, 128:22, 155:21, 166:23, 179:12, 187:7, 188:2

**altitudes** [3] - 75:3, 75:4, 128:19

**aluminum** [2] - 212:8, 213:13, 325:16

**America** [5] - 106:10, 106:12, 202:3, 217:4, 344:10

**AMERICA** [1] - 1:4

**American** [2] - 11:9, 11:10

**amount** [14] - 7:16, 11:9, 11:10, 38:20, 74:10, 74:25,

130:23, 158:4, 241:12, 242:5, 273:25, 283:23, 302:8, 302:19

**amounts** [1] - 242:11

**analysis** [1] - 65:8

**analyst** [2] - 34:13, 35:8

**analyzing** [1] - 251:10

**AND** [1] - 1:10

**and-a-half** [6] - 23:22, 92:5, 92:19, 95:25, 97:15, 112:14

**and...** [2] - 142:23, 144:10

**angle** [4] - 69:11, 70:2, 70:3, 70:16

**animal** [1] - 85:17

**annoying** [1] - 161:25

**answer** [10] - 35:21, 134:13, 152:22, 187:14, 229:24, 277:10, 277:11, 277:12, 319:3, 329:5

**answered** [9] - 42:15, 202:8, 278:1, 279:13, 288:22, 290:1, 304:24, 333:19, 345:10

**answering** [1] - 229:24

**answers** [2] - 186:3, 240:9

**anti** [2] - 9:12, 18:2

**anti-submarine** [2] - 9:12, 18:2

**ANTON** [18] - 1:20, 39:16, 39:18, 141:22, 142:15, 149:21, 163:6, 165:22, 182:13, 183:4, 183:14, 185:22, 192:1, 193:15, 199:22, 203:12, 204:21, 206:12

**Anton** [3] - 3:12, 3:16, 166:12

**Anton's** [1] - 166:17

**anytime** [2] - 52:19, 127:1

**anyway** [1] - 187:16

**anyways** [1] - 347:6

**apart** [3] - 71:18, 148:18, 212:2

**apiece** [1] - 250:22

**apologize** [3] - 32:21, 297:9, 335:11

**apparent** [1] - 346:24

**appear** [5] - 77:4,

134:21, 134:22, 195:19, 320:24

**APPEARANCES** [2] - 1:18, 2:1

**apple** [1] - 308:20

**apples** [1] - 308:22

**appreciate** [2] - 90:14, 237:8

**approach** [30] - 21:15, 90:22, 160:22, 160:23, 160:24, 187:15, 208:21, 212:10, 218:15, 219:14, 221:17, 235:1, 237:3, 256:4, 265:11, 267:10, 267:12, 267:15, 267:17, 270:18, 296:17, 297:5, 314:20, 339:25, 340:1, 340:3, 340:7, 340:12, 340:17

**approached** [6] - 101:18, 169:6, 178:17, 263:5, 266:18

**approaches** [3] - 266:23, 339:19, 339:21

**approaching** [9] - 29:16, 215:23, 220:14, 261:13, 262:11, 262:12, 266:24, 266:25, 267:6

**appropriate** [2] - 12:7, 28:11

**approved** [1] - 14:21

**approximate** [3] - 151:11, 171:20, 215:9

**approximation** [3] - 153:11, 155:18, 155:20

**area** [75] - 17:22, 21:4, 22:14, 23:14, 41:16, 85:21, 86:18, 100:24, 105:20, 105:24, 106:7, 106:14, 106:18, 114:12, 115:5, 127:15, 127:17, 127:19, 138:7, 143:22, 150:1, 150:8, 150:9, 150:17, 150:20, 150:24, 151:5, 159:6, 159:7, 162:11, 162:12, 164:13, 165:14,

166:22, 167:10, 168:12, 174:3, 174:9, 174:10, 174:11, 174:15, 174:16, 175:16, 178:18, 178:22, 185:10, 186:13, 187:21, 188:6, 189:14, 189:15, 195:24, 195:25, 196:1, 201:5, 201:9, 201:11, 201:12, 203:19, 203:21, 205:20, 217:1, 236:7, 280:18, 280:19, 280:23, 280:25, 281:1, 284:25, 333:6, 333:7, 333:12, 334:15

**areas** [1] - 82:12
**argument** [1] - 351:2
**argumentative** [7] - 137:6, 179:11, 183:14, 193:16, 275:19, 279:12, 302:21
**arm** [3] - 193:23, 232:22, 255:10
**armed** [7] - 9:17, 204:14, 230:6, 266:14, 267:15, 267:16, 340:23
**armor** [1] - 221:10
**arms** [1] - 193:24
**arrived** [2] - 164:18, 165:11
**arrow** [1] - 68:23
**art** [1] - 27:23
**aside** [5] - 240:8, 263:23, 322:1, 342:21, 343:7
**assessment** [2] - 115:16, 116:19
**assigned** [3] - 145:9, 174:4, 207:25
**assignment** [1] - 144:19
**assimilate** [1] - 248:21
**assistance** [1] - 144:24
**associate** [2] - 95:1, 148:15
**associated** [1] - 173:9
**assume** [5] - 47:20, 51:4, 102:11, 112:20, 113:22
**assumed** [1] - 63:9
**assuming** [3] - 85:2, 122:7, 282:3

**assumption** [2] - 52:1, 125:14
**ate** [1] - 282:21
**attach** [1] - 237:12
**attached** [1] - 252:15
**attempt** [5] - 74:8, 74:9, 229:5, 243:8, 265:4
**attempting** [3] - 217:24, 218:7, 243:10
**attention** [5] - 128:24, 129:21, 214:7, 265:3, 353:5
**attitude** [1] - 111:9
**attorney** [1] - 36:16
**Attorney's** [1] - 1:21
**attorneys** [2] - 327:13, 348:22
**audio** [22] - 119:3, 123:4, 123:15, 159:8, 159:13, 163:13, 182:1, 182:3, 182:8, 182:11, 182:17, 182:20, 182:25, 196:22, 196:24, 199:24, 243:25, 244:4, 244:9
**Audiotape** [3] - 123:8, 123:19, 123:25
**AUSA** [2] - 1:20, 1:20
**authenticate** [2] - 121:23, 298:6
**authenticated** [2] - 121:14, 122:5
**authorities** [4] - 286:1, 286:19, 288:6, 288:20
**auto** [2] - 44:21, 48:13
**automatic** [1] - 309:5
**automatically** [2] - 112:20, 120:15
**available** [3] - 18:3, 145:5, 190:20
**Avenue** [2] - 2:17, 353:23
**aviator** [1] - 132:6
**avoid** [3] - 198:15, 199:11, 199:16
**aware** [8] - 34:25, 126:13, 174:11, 216:8, 280:10, 281:1, 281:2, 285:10
**awhile** [7] - 36:1, 197:23, 197:24, 215:21, 229:16, 276:12, 325:23
**AWO2** [4] - 33:23, 33:25, 110:10,

143:13

# B

**B-3** [1] - 200:11
**B-a-i-d-e-n-m-a-n-n** [1] - 142:10
**B230** [1] - 143:2
**back-lighting** [1] - 57:23
**back-ordered** [1] - 37:22
**background** [7] - 142:24, 191:5, 227:2, 241:16, 242:22, 256:13, 257:14
**backpacks** [2] - 320:2, 320:4
**bad** [3] - 158:8, 177:25
**bags** [1] - 319:24
**Baidenmann** [22] - 33:23, 33:25, 34:1, 110:10, 117:20, 119:10, 119:22, 141:23, 142:8, 142:9, 142:16, 142:22, 165:24, 166:6, 172:23, 172:24, 176:18, 180:17, 190:17, 190:18, 199:23
**BAIDENMANN** [2] - 3:11, 142:12
**Baidenmann's** [1] - 118:7
**bake** [1] - 124:5
**bale** [1] - 89:4
**bales** [7] - 89:5, 119:14, 123:1, 131:13, 294:8, 295:8, 296:4
**ballistic** [1] - 221:12
**ballpark** [1] - 313:10
**banking** [1] - 352:20
**bar** [4] - 224:21, 224:22, 224:23, 226:18
**Barajas** [18] - 223:10, 230:11, 230:23, 238:17, 244:2, 244:21, 245:21, 246:11, 248:8, 253:18, 316:22, 316:23, 317:1, 317:4, 317:6, 317:13, 350:13, 350:14
**barely** [2] - 24:16, 123:11, 123:12

**Barrera** [2] - 105:10, 276:23
**BARRERA** [2] - 1:8, 2:4
**Barrera-Montes** [2] - 105:10, 276:23
**BARRERA-MONTES** [2] - 1:8, 2:4
**base** [15] - 13:5, 13:13, 19:22, 20:14, 20:18, 20:19, 21:9, 23:5, 24:23, 92:20, 141:2, 184:1, 195:9, 195:10, 195:13
**based** [25] - 19:13, 41:17, 46:11, 52:2, 64:5, 71:23, 79:19, 80:11, 80:12, 80:16, 97:8, 99:9, 100:1, 141:3, 151:23, 158:11, 176:12, 193:3, 196:3, 207:20, 236:9, 243:6, 293:20, 293:21, 310:3
**basis** [1] - 345:17
**beans** [1] - 242:8
**beans-looking** [1] - 242:8
**beard** [1] - 255:15
**bearing** [4] - 45:22, 45:25, 63:23, 63:24
**bears** [1] - 95:21
**beautiful** [1] - 116:23
**become** [2] - 7:21, 238:18
**BEFORE** [1] - 1:15
**began** [1] - 352:7
**begin** [1] - 55:16
**beginning** [6] - 54:23, 163:2, 182:4, 232:17, 323:11, 324:21
**behalf** [1] - 268:17
**behind** [15] - 57:23, 58:16, 68:18, 68:25, 76:6, 113:20, 126:3, 215:18, 215:21, 216:2, 225:9, 225:14, 225:15, 267:22, 340:13
**belonged** [3] - 246:3, 247:4, 248:3
**belongings** [2] - 279:4, 281:19
**belongs** [2] - 227:7, 289:18
**below** [8] - 118:21, 118:23, 119:1, 148:5, 161:20,

183:13, 183:20, 226:18
**belt** [3] - 221:10, 225:21, 225:23
**belts** [3] - 312:6, 312:14, 312:21
**BERRIO** [41] - 2:7, 117:13, 121:8, 121:16, 121:22, 121:25, 122:7, 122:11, 122:13, 122:19, 122:22, 122:24, 123:9, 123:12, 123:14, 124:3, 124:6, 124:9, 180:16, 182:15, 182:16, 183:9, 183:17, 184:11, 209:11, 237:5, 237:15, 240:11, 290:14, 296:17, 297:1, 297:5, 297:9, 297:10, 297:21, 297:23, 298:1, 298:5, 298:10, 298:13, 300:5
**Berrio** [6] - 3:8, 3:14, 3:20, 171:16, 180:21, 290:16
**best** [5] - 102:24, 103:15, 263:8, 289:19, 320:13
**Best** [2] - 311:21, 311:23
**better** [12] - 6:10, 67:8, 71:10, 77:6, 152:9, 152:13, 157:3, 159:6, 163:24, 203:2, 284:15, 286:1
**between** [30] - 8:11, 24:2, 58:9, 61:24, 67:5, 70:3, 71:19, 91:14, 95:25, 97:10, 102:19, 104:13, 104:14, 106:10, 106:12, 126:7, 134:18, 171:16, 175:1, 205:13, 217:7, 218:19, 250:21, 279:23, 280:1, 280:4, 299:7, 299:13, 301:6, 301:7
**beyond** [4] - 114:7, 115:3, 296:19, 296:20
**big** [29] - 25:2, 27:11, 29:12, 31:5, 31:13, 57:17, 57:23, 57:24, 89:5, 141:9, 141:11, 155:9, 161:15,

181:8, 183:10,
185:3, 185:4,
187:20, 189:6,
209:20, 233:19,
260:10, 262:20,
262:22, 265:24,
266:12, 325:17,
325:19, 326:23
**Big** [1] - 91:21
**bigger** [7] - 31:11,
185:7, 185:8,
185:16, 188:6,
295:24, 296:10
**biggest** [1] - 164:12
**birth** [4] - 272:19,
272:21, 287:5,
288:13
**bit** [25] - 7:22, 40:10,
68:21, 70:22, 73:23,
78:17, 133:19,
141:4, 149:8, 152:9,
166:12, 171:3,
185:7, 185:8, 191:5,
193:21, 216:3,
255:21, 255:23,
264:10, 268:7,
339:18, 343:13,
347:12
**black** [18] - 44:16,
44:20, 47:3, 47:4,
47:8, 47:9, 47:23,
47:25, 48:2, 69:9,
73:20, 99:6, 133:21,
134:5, 134:6,
146:12, 255:17,
255:18
**blanket** [2] - 169:25
**blatant** [2] - 95:5, 95:9
**blend** [1] - 135:12
**blends** [1] - 95:22
**blinks** [1] - 184:25
**blip** [5] - 167:4,
167:24, 201:17,
201:19, 201:21
**blips** [1] - 108:25
**blob** [2] - 141:10,
141:11
**block** [2] - 117:7,
126:8
**blocked** [1] - 149:11
**blocking** [1] - 126:7
**blows** [1] - 167:20
**blue** [11] - 65:11,
94:23, 99:4, 134:18,
134:21, 217:20,
227:16, 257:8,
257:10, 264:2, 347:3
**board** [14] - 223:1,
223:2, 223:4,
229:11, 229:16,

230:9, 231:15,
231:16, 233:1,
233:10, 241:19,
284:4, 337:1, 339:20
**boarded** [7] - 99:21,
232:16, 232:23,
284:2, 307:12,
307:17, 316:16
**boarding** [25] - 81:4,
81:5, 207:21, 208:1,
210:24, 221:6,
222:6, 222:22,
233:2, 248:25,
251:6, 257:25,
259:4, 265:16,
267:5, 273:17,
282:9, 285:4,
290:25, 291:5,
291:9, 291:13,
300:11, 300:13,
319:19
**boat** [214] - 25:16,
26:5, 26:10, 26:13,
26:16, 27:11, 28:2,
28:6, 31:17, 47:3,
47:10, 47:15, 47:22,
47:23, 49:17, 51:4,
52:3, 52:4, 52:5,
52:7, 52:8, 52:16,
56:1, 56:13, 56:14,
56:25, 57:11, 58:11,
58:16, 58:23, 59:5,
59:22, 62:14, 62:15,
62:16, 62:17, 63:19,
68:19, 68:25, 73:2,
76:20, 77:2, 77:8,
78:16, 78:23, 79:9,
84:25, 96:12, 96:19,
97:1, 97:2, 97:13,
97:20, 97:23, 97:25,
98:24, 99:25,
100:11, 100:13,
100:16, 101:17,
101:19, 101:22,
102:25, 103:2,
103:4, 103:12,
103:16, 103:19,
104:20, 104:23,
105:1, 113:16,
115:23, 116:7,
116:13, 119:13,
126:13, 160:4,
160:22, 162:11,
163:23, 163:24,
164:1, 164:10,
165:15, 165:16,
165:18, 166:13,
166:14, 167:11,
167:23, 168:5,
168:8, 168:13,
168:18, 169:5,

169:7, 169:13,
169:18, 170:16,
171:3, 171:18,
178:17, 181:12,
181:14, 181:16,
199:11, 211:1,
211:2, 211:9,
211:11, 211:22,
212:7, 213:23,
213:24, 214:1,
216:1, 216:11,
220:18, 221:5,
222:21, 222:24,
224:24, 225:11,
230:5, 231:10,
232:9, 232:20,
233:9, 238:12,
239:14, 239:17,
246:20, 246:22,
249:2, 250:10,
251:8, 253:19,
254:2, 254:4,
259:19, 260:25,
262:12, 262:13,
262:14, 263:2,
263:4, 263:9,
263:12, 263:20,
263:23, 265:4,
265:11, 266:16,
266:18, 267:7,
267:22, 268:17,
269:13, 270:9,
271:16, 271:21,
271:25, 273:6,
273:15, 273:24,
274:7, 274:9,
274:15, 274:22,
275:1, 275:9,
275:11, 279:18,
286:20, 288:8,
289:25, 294:24,
297:2, 301:3,
301:13, 302:20,
303:18, 304:2,
307:4, 307:12,
307:13, 308:3,
311:10, 317:24,
325:10, 325:13,
326:1, 328:21,
328:24, 329:2,
329:10, 329:12,
329:18, 331:6,
331:21, 331:22,
332:16, 332:20,
333:22, 336:5,
345:12
**boat's** [2] - 58:10,
344:16
**boater** [1] - 303:24
**boating** [1] - 303:25
**boats** [53] - 24:24,

25:1, 25:2, 25:4,
25:6, 25:8, 25:10,
25:18, 25:20, 26:10,
26:23, 27:18, 28:1,
28:4, 28:9, 63:21,
71:7, 75:24, 77:17,
86:13, 96:7, 96:9,
96:10, 97:3, 104:12,
104:14, 105:2,
115:19, 165:13,
168:10, 178:18,
211:6, 211:24,
212:16, 214:6,
219:22, 249:11,
263:5, 266:13,
273:11, 279:20,
279:23, 279:25,
289:8, 301:12,
303:19, 306:4,
334:21, 335:17,
335:18, 335:20,
344:9
**bob** [1] - 243:14
**bobbing** [6] - 224:11,
243:16, 282:18,
338:8, 338:14,
338:24
**bodies** [6] - 46:19,
57:3, 115:17, 116:8,
117:5, 160:10
**body** [11] - 115:15,
115:16, 115:25,
126:5, 160:9, 169:1,
169:3, 170:1,
221:10, 348:14,
348:17
**Boeing** [1] - 11:6
**book** [1] - 108:3
**boots** [1] - 221:12
**boss** [1] - 35:11
**bosses** [5] - 35:7,
107:7, 107:9,
107:11, 107:12
**bottom** [10] - 27:18,
45:7, 45:13, 45:16,
45:25, 63:24, 70:18,
74:4, 212:8, 305:23
**bought** [1] - 311:21
**Boulevard** [1] - 1:22
**bounce** [1] - 312:21
**bounces** [2] - 19:9,
146:25
**bow** [12] - 47:5,
103:25, 219:3,
222:18, 222:19,
222:21, 226:19,
229:20, 230:2,
230:3, 230:13,
255:4, 352:21
**box** [9] - 57:17, 57:24,

90:4, 117:6, 125:10,
125:11, 297:16,
297:24
**boxes** [1] - 89:8
**branch** [1] - 204:14
**break** [6] - 54:20,
54:21, 55:2, 65:13,
65:20, 76:11
**brevity** [1] - 122:25
**bridge** [1] - 208:17
**Brief** [3] - 39:12,
40:22, 258:13
**brief** [1] - 283:13
**briefcase** [3] - 125:25,
126:11, 126:12
**briefly** [3] - 125:9,
228:10, 241:2
**bright** [1] - 95:14
**bring** [4] - 187:4,
253:15, 341:23,
353:5
**bringing** [1] - 131:12
**brings** [1] - 320:18
**broke** [1] - 17:1
**broken** [8] - 17:2,
17:7, 89:10, 89:14,
89:25, 90:2, 133:1,
133:2
**brought** [5] - 275:14,
279:22, 280:16,
298:22, 299:6
**Broward** [1] - 1:22
**budget** [1] - 12:10
**build** [3] - 24:17,
24:20
**built** [1] - 36:2
**bulge** [1] - 161:15
**bulk** [1] - 164:12
**bunch** [3] - 100:23,
230:5, 296:2
**buoys** [1] - 29:22
**busy** [1] - 108:19
**but...** [8] - 60:24, 69:8,
73:23, 80:2, 83:10,
88:8, 95:11, 108:15
**butcher** [5] - 265:24,
278:12, 308:10,
308:11, 308:13
**butcher's** [1] - 232:3
**button** [2] - 39:20,
167:19
**Buy** [2] - 311:21,
311:23
**buy** [4] - 36:6, 38:2,
311:23, 311:24
**buzz** [1] - 271:2
**BY** [161] - 2:16, 5:16,
8:8, 8:25, 10:22,
11:3, 11:21, 12:13,
13:9, 21:21, 27:17,

29:10, 31:25, 32:4,
39:23, 40:13, 40:23,
42:11, 42:18, 43:25,
50:1, 51:15, 54:9,
54:13, 59:18, 60:11,
76:16, 81:16, 83:24,
85:10, 86:1, 89:18,
90:13, 90:24, 93:18,
101:9, 105:6, 107:4,
108:5, 109:19,
115:9, 117:13,
122:24, 123:14,
124:14, 125:6,
127:11, 128:11,
129:19, 131:2,
132:22, 137:10,
137:24, 142:15,
149:21, 152:21,
163:6, 166:2,
172:21, 176:17,
180:16, 182:16,
183:9, 183:17,
184:13, 186:8,
187:18, 190:16,
192:5, 193:18,
196:11, 199:22,
203:12, 204:21,
207:15, 208:23,
209:16, 212:11,
213:4, 219:16,
220:10, 221:19,
222:15, 223:24,
224:20, 225:6,
226:2, 226:10,
227:1, 227:19,
228:9, 228:17,
228:23, 229:15,
229:23, 230:19,
231:4, 234:20,
235:3, 235:25,
238:3, 240:14,
241:1, 241:15,
242:15, 242:21,
243:24, 244:18,
245:1, 245:11,
246:10, 247:10,
248:7, 248:16,
254:18, 256:7,
257:4, 259:1,
270:20, 275:23,
276:6, 279:15,
283:10, 288:25,
290:6, 290:14,
297:10, 297:23,
298:13, 300:8,
302:7, 302:17,
303:2, 305:2,
305:18, 307:11,
313:25, 314:5,
314:17, 314:22,
315:20, 319:7,

321:15, 321:22,
323:8, 330:19,
332:14, 333:21,
335:10, 336:20,
339:7, 340:9,
342:17, 343:20,
344:18, 345:11,
345:22, 346:16,
349:25, 350:12,
351:9

**C**

C-o-d-y [1] - 142:8
cables [1] - 211:16
calculation [2] -
  156:3, 176:12
calculator [1] - 156:3
California [2] - 243:6,
  335:11
cam [1] - 50:7
camera [173] - 10:4,
  12:14, 16:24, 17:4,
  17:5, 17:20, 17:22,
  18:4, 25:13, 26:13,
  28:17, 30:9, 31:20,
  32:14, 33:1, 33:3,
  33:9, 33:10, 36:9,
  44:7, 45:5, 45:12,
  45:18, 45:21, 45:22,
  45:25, 46:12, 48:5,
  48:15, 51:1, 51:22,
  55:3, 55:16, 56:12,
  58:24, 59:1, 59:5,
  59:7, 60:3, 60:4,
  61:23, 62:14, 62:20,
  62:21, 62:25, 63:4,
  63:5, 63:7, 63:8,
  63:10, 63:17, 63:19,
  64:4, 65:1, 65:21,
  68:3, 70:14, 70:15,
  72:18, 75:5, 75:22,
  76:1, 76:2, 78:17,
  80:9, 80:10, 80:19,
  82:22, 82:23, 83:16,
  84:4, 87:13, 89:24,
  98:15, 100:5,
  102:14, 102:22,
  112:18, 116:15,
  117:20, 117:22,
  118:25, 119:24,
  120:14, 120:19,
  120:20, 126:4,
  126:24, 126:25,
  127:2, 130:10,
  132:8, 132:18,
  133:6, 133:9,
  133:19, 134:2,
  134:7, 135:15,
  136:19, 137:2,
  137:3, 137:13,

138:1, 138:13,
141:15, 143:15,
143:19, 143:20,
146:2, 146:3, 146:9,
146:10, 146:11,
146:15, 147:25,
148:5, 148:9,
148:11, 148:14,
148:17, 148:21,
148:22, 148:23,
149:15, 151:2,
151:25, 152:2,
152:8, 152:14,
154:3, 154:7,
154:16, 157:19,
157:22, 157:25,
158:1, 158:15,
158:18, 159:2,
159:5, 160:8,
161:19, 161:21,
162:3, 162:16,
162:22, 163:21,
168:21, 169:20,
176:22, 177:12,
190:3, 191:13,
195:7, 195:15,
203:4, 220:18,
220:20, 220:21,
225:1, 244:15,
261:5, 285:4,
328:15, 328:17,
328:18, 328:19,
329:13
camera's [7] - 12:16,
  45:2, 56:13, 67:25,
  68:1, 148:13, 194:14
cameraman [2] -
  135:20, 136:3
cameras [13] - 12:3,
  12:18, 37:8, 44:5,
  55:14, 69:10, 77:13,
  97:23, 127:3,
  143:20, 146:7,
  285:3, 329:15
Campo [3] - 3:9, 3:14,
  3:21
CAMPO [25] - 2:8,
  124:14, 125:4,
  184:13, 185:25,
  186:7, 186:8, 187:2,
  187:10, 187:17,
  187:18, 190:14,
  204:19, 245:8,
  256:23, 300:8,
  302:6, 302:7,
  302:17, 303:2,
  305:2, 305:13,
  305:15, 305:18,
  307:8
Canal [1] - 174:13

Candelario [2] -
  117:16, 180:22
CANDELARIO [2] -
  1:9, 2:7
cannot [5] - 18:10,
  37:10, 51:8, 51:16,
  57:13
capabilities [2] -
  69:11, 214:4
capability [2] - 177:7,
  185:24
capable [3] - 169:20,
  201:13, 273:22
capacity [6] - 207:18,
  311:2, 316:3, 316:4,
  316:7, 316:12
captain [19] - 233:15,
  234:6, 234:9,
  234:10, 234:22,
  236:10, 236:18,
  268:12, 268:18,
  276:20, 277:1,
  277:12, 277:13,
  277:14, 322:2,
  322:22, 322:24,
  347:16, 348:16
captains [1] - 268:15
capture [8] - 87:11,
  131:10, 223:25,
  224:9, 244:4, 342:9,
  342:13
captured [5] - 55:2,
  56:7, 56:9, 240:21,
  244:9
captures [3] - 26:9,
  119:3, 131:12
card [3] - 218:7,
  263:12
cards [1] - 287:19
care [4] - 14:5, 14:14,
  79:10, 102:8
career [1] - 6:12
careful [1] - 312:23
cargo [21] - 25:3,
  25:17, 27:13, 29:14,
  32:10, 113:12,
  116:6, 116:9,
  116:18, 129:12,
  130:12, 151:18,
  153:21, 153:24,
  154:2, 201:20,
  292:3, 292:7,
  292:11, 292:16,
  292:24
cargo-container [1] -
  25:17
Caribbean [3] - 95:2,
  273:12, 273:13
Carolina [1] - 324:2
carry [5] - 8:18, 8:20,

9:3, 200:24, 201:1
carrying [4] - 30:13,
  30:15, 109:11,
  221:15
cars [2] - 197:18,
  197:21
CASE [1] - 1:2
case [71] - 18:6, 33:17,
  96:6, 101:1, 112:23,
  119:9, 124:18,
  125:2, 126:12,
  129:3, 130:15,
  154:21, 156:16,
  158:7, 160:15,
  172:17, 172:25,
  173:2, 173:6,
  180:22, 180:24,
  184:17, 186:1,
  186:15, 186:21,
  187:4, 188:25,
  192:21, 198:14,
  202:9, 202:11,
  210:25, 211:8,
  215:22, 222:6,
  261:9, 261:10,
  265:9, 267:3, 267:6,
  275:5, 275:18,
  277:24, 281:7,
  281:8, 281:13,
  281:20, 282:4,
  282:8, 282:12,
  289:17, 290:16,
  291:10, 293:4,
  294:11, 294:13,
  295:6, 296:1, 296:7,
  296:20, 298:8,
  300:11, 303:14,
  314:7, 330:22,
  330:24, 331:2,
  343:8, 343:10, 353:4
cases [3] - 199:10,
  206:8, 299:21
cassette [5] - 197:14,
  197:15, 197:17,
  197:21, 198:21
Cat [1] - 144:21
cataloging [1] -
  251:10
catch [6] - 14:1,
  215:15, 216:17,
  222:16, 306:18,
  351:25
catching [3] - 77:18,
  77:19, 77:23
caught [2] - 27:8, 76:4
caused [1] - 352:18
CD [6] - 34:22, 40:5,
  121:21, 122:3
CDs [2] - 221:25,
  222:1

center [5] - 47:3,
64:18, 64:20, 64:23,
216:3
Center [1] - 324:1
Central [2] - 217:3,
344:9
certain [16] - 7:16,
21:4, 39:24, 40:3,
53:19, 55:5, 96:12,
112:16, 158:4,
166:22, 176:1,
184:24, 187:15,
263:18, 263:19,
351:7
certain.. [1] - 176:3
certainly [22] - 11:4,
26:10, 29:11, 31:19,
58:2, 59:22, 77:1,
109:18, 237:9,
261:24, 264:16,
265:18, 274:16,
289:2, 289:22,
304:10, 308:15,
311:11, 311:23,
336:7, 352:17,
352:21
certified [2] - 238:19,
277:5
Certified [1] - 5:2
certify [1] - 353:17
cetera [1] - 344:17
chain [1] - 107:18
CHAMBROT [9] - 2:5,
115:9, 117:11,
176:17, 180:14,
283:10, 288:25,
290:6, 290:12
Chambrot [4] - 3:8,
3:13, 3:20, 125:20
chance [1] - 154:20
change [10] - 41:21,
41:22, 60:12,
128:22, 131:20,
160:21, 186:14,
216:16, 234:12,
264:10
changed [3] - 271:9,
271:10, 322:15
changes [1] - 340:24
characterization [1] -
166:21
charge [7] - 17:16,
108:20, 110:1,
145:6, 146:14,
194:6, 233:8
Charleston [1] - 324:2
chart [4] - 42:24, 91:2,
91:5, 150:4
chase [7] - 215:18,
215:21, 218:20,

220:15, 264:13,
264:14, 352:15
chased [2] - 311:12,
311:16
chasing [10] - 71:11,
77:17, 220:14,
221:3, 221:7, 222:6,
309:23, 309:25,
340:13, 352:13
check [3] - 108:8,
108:15, 195:25
checked [1] - 249:1
checklist [1] - 32:20
checks [3] - 110:5,
147:8, 147:14
Chinese [1] - 289:14
choose [2] - 137:15,
298:7
chosen [1] - 56:17
chronological [1] -
282:10
citizens [2] - 243:9,
247:25
city [1] - 272:23
claim [2] - 238:11,
243:8
claimed [3] - 234:10,
277:13, 277:14
claiming [1] - 282:16
clarify [3] - 90:21,
122:19, 349:24
class [2] - 143:13,
209:21
classic [1] - 231:7
classroom [1] -
144:12
clean [1] - 255:24
clean-shaven [1] -
255:24
cleaned [1] - 104:5
clear [8] - 24:7, 36:11,
53:16, 53:19, 69:20,
113:20, 216:12,
330:13
cleared [1] - 20:22
clearer [2] - 76:25,
77:1
clearest [1] - 48:5
clearly [12] - 46:25,
47:16, 50:9, 69:19,
74:10, 74:14, 77:5,
81:1, 99:17, 120:9,
203:24, 289:4
client [9] - 31:23, 49:6,
49:17, 276:22,
321:2, 321:23,
322:1, 322:4, 322:15
client's [3] - 32:1,
49:19, 49:21

climb [1] - 214:25
clock [3] - 22:12,
22:16, 41:8
clocks [1] - 41:23
close [19] - 72:15,
78:18, 91:19, 92:6,
92:24, 128:6, 128:8,
136:23, 141:8,
187:19, 214:21,
214:22, 218:9,
218:12, 218:15,
244:14, 251:16,
255:19, 326:1
closely [1] - 28:7
closer [5] - 67:6, 75:5,
87:10, 153:17,
163:23
closest [2] - 153:12,
306:24
clothes [2] - 320:4,
322:16
cloud [5] - 62:16,
64:19, 70:19, 74:24
clouds [25] - 24:9,
24:11, 24:13, 24:15,
61:14, 62:4, 62:6,
62:10, 62:11, 62:22,
63:21, 64:12, 64:14,
64:17, 65:9, 65:12,
67:25, 68:11, 69:14,
69:17, 72:19, 72:22,
155:14
co [2] - 190:19, 289:18
co-counsel [1] -
190:19
co-op [1] - 289:18
Coast [105] - 68:15,
70:4, 70:6, 70:18,
70:22, 71:6, 71:15,
72:2, 72:5, 72:12,
74:3, 74:16, 74:18,
74:20, 76:4, 77:20,
77:23, 79:8, 86:9,
86:12, 86:18, 88:15,
95:3, 95:5, 95:9,
95:13, 95:16, 95:19,
99:21, 101:18,
103:13, 103:20,
107:2, 113:18,
113:20, 114:23,
131:12, 136:25,
139:2, 160:19,
161:8, 162:20,
163:8, 164:4, 164:7,
164:8, 164:18,
164:24, 165:11,
165:18, 166:13,
204:17, 207:19,
207:23, 208:4,
208:12, 208:13,

208:17, 209:1,
209:2, 209:3, 209:4,
210:1, 210:4, 210:6,
210:16, 210:17,
210:23, 211:3,
211:5, 216:6, 217:1,
217:9, 218:4,
224:13, 228:5,
228:10, 238:18,
242:24, 248:18,
253:23, 254:4,
257:14, 258:4,
262:16, 264:2,
275:24, 277:6,
303:24, 323:13,
325:1, 325:4, 327:3,
329:15, 329:17,
331:18, 335:22,
335:24, 336:2,
336:3, 344:19,
345:5, 347:25
coast [4] - 217:3,
252:17, 344:9, 349:2
coastline [3] - 334:15,
348:23, 348:24
COBY [1] - 3:11
cocaine [6] - 280:14,
280:16, 308:3,
349:12, 350:18,
351:16
CODY [1] - 142:12
Cody [3] - 141:22,
142:7, 142:8
cognizant [1] - 277:23
cold [3] - 126:2, 126:6,
126:7
collect [9] - 135:23,
138:4, 175:22,
191:21, 250:9,
277:20, 277:24,
279:7, 279:11
collected [3] - 34:9,
34:10, 40:17
collecting [2] -
175:22, 295:8
collectively [1] -
172:10
college [3] - 208:9,
323:15, 323:17
Colombia [1] - 217:7
Colombian [1] -
348:11
Colombians [1] -
27:12
color [18] - 47:23,
48:4, 60:12, 65:9,
69:6, 69:9, 69:11,
70:1, 70:15, 73:6,
73:8, 94:17, 99:5,
133:25, 134:20,

135:12, 146:9, 212:5
colorblind [2] - 69:5,
72:21
colors [2] - 98:15,
134:9
Comalapa [5] - 13:8,
195:9, 195:11,
195:12, 195:13
combat [3] - 200:19,
200:22, 201:3
combatant [1] -
188:19
comfortable [1] -
252:22
coming [13] - 86:21,
122:19, 133:5,
138:13, 138:15,
141:14, 165:13,
186:13, 215:24,
215:25, 216:9,
253:21, 264:8
command [4] - 13:13,
13:19, 14:6, 285:13
commanded [2] -
145:3, 285:15
commander [5] - 5:19,
28:8, 50:2, 124:10,
140:19, 194:11,
210:25, 291:14
Commander [9] -
105:7, 115:10,
117:14, 125:7,
127:12, 145:3,
145:5, 194:7, 194:9
COMMANDER [2] -
3:5, 5:14
commanding [1] -
233:7
commands [3] -
217:24, 218:3,
266:25
commerce [2] -
106:10, 106:12
commercial [3] -
106:8, 280:20,
280:21
commercially [1] -
11:7
commit [1] - 275:25
committee [1] -
174:22
common [2] - 15:24,
301:19
communicate [6] -
113:23, 153:1,
153:3, 164:4,
233:24, 263:8
communicated [2] -
86:9, 119:25
communicating [9] -

20:13, 84:16,
111:13, 118:2,
118:20, 137:2,
159:4, 223:8, 240:5
**communication** [2] -
112:8, 276:22
**communications** [2] -
111:8, 273:21
**community** [1] -
200:12
**COMOPOA** [1] - 13:11
**comparatively** [1] -
10:11
**compartments** [1] -
319:18
**compass** [3] - 45:13,
45:15, 45:16
**compilation** [1] -
35:15
**compile** [2] - 343:7,
343:8
**complaining** [1] -
121:2
**complaint** [1] - 341:1
**complete** [3] - 133:14,
134:13, 251:6
**completed** [2] - 14:22,
78:16
**completely** [3] - 51:8,
110:6, 264:4
**completing** [1] -
229:24
**compliant** [5] - 266:7,
266:8, 266:10,
267:4, 340:21
**complicated** [1] - 33:5
**complies** [1] - 21:24
**comply** [2] - 230:13,
266:8
**complying** [1] -
228:18
**composed** [1] -
204:23
**computer** [2] - 38:14,
155:5
**concealing** [1] - 100:7
**concern** [1] - 133:12
**concerned** [1] -
267:12
**concerning** [2] - 40:7,
270:24
**concerns** [1] - 265:16
**concluded** [1] -
123:25
**conclusion** [3] -
115:2, 304:15,
350:22
**conditions** [3] - 80:16,
108:7, 108:9
**conduct** [9] - 21:4,

208:2, 210:8, 211:7,
231:17, 231:23,
233:2, 248:24,
250:11
**conducted** [4] -
207:21, 250:14,
265:12, 273:17
**confirm** [2] - 20:6,
58:11, 243:9,
243:10, 247:24,
248:2, 248:4,
248:18, 286:2
**confirmation** [1] -
247:18
**confused** [1] - 310:8
**confusing** [3] - 41:11,
43:18, 335:7
**confusion** [1] - 132:2
**conjunction** [1] -
225:13
**connection** [1] -
186:21
**conservation** [1] -
202:19
**conservative** [1] -
10:16
**conserve** [2] - 202:17,
244:20
**considered** [3] -
187:20, 350:17,
351:3
**considering** [2] - 12:5,
37:5
**consist** [2] - 143:16,
204:22
**consistent** [1] -
131:22
**consists** [2] - 143:17,
204:17
**constantly** [1] -
144:15
**constitutional** [3] -
191:24, 192:7,
324:23
**construction** [1] -
231:7
**consulate** [1] - 286:19
**consumed** [1] - 306:6
**consumption** [4] -
274:14, 304:4,
304:8, 306:20
**contact** [19] - 17:5,
25:11, 25:12, 26:8,
26:12, 59:6, 59:24,
62:6, 63:25, 64:22,
66:22, 120:3,
120:16, 120:19,
123:20, 136:13,
136:16, 162:19,
163:15

**contact's** [1] - 64:18
**contacts** [5] - 20:9,
87:15, 87:16, 87:17,
114:25
**contain** [4] - 245:23,
289:7, 289:24,
350:14
**contained** [1] - 320:4
**container** [7] - 25:17,
242:7, 257:10,
301:11, 301:17,
301:18, 332:4
**containers** [19] -
241:5, 241:8, 241:9,
274:2, 274:6, 301:3,
301:19, 302:9,
302:11, 303:5,
303:6, 303:8,
303:12, 303:15,
303:16, 303:20,
304:21, 305:20,
332:23
**containing** [1] -
280:14
**context** [1] - 350:24
**continents** [1] - 346:5
**continue** [3] - 28:11,
100:22, 113:10
**CONTINUED** [1] - 2:1
**Continued** [2] - 5:1,
353:14
**continued** [3] - 5:14,
55:14, 101:1
**continues** [5] - 46:14,
46:19, 66:15, 90:9,
162:11
**continuing** [3] - 64:1,
69:23
**continuously** [1] -
144:14
**contraband** [30] -
119:14, 119:15,
181:13, 181:17,
291:20, 291:22,
291:23, 293:5,
293:9, 293:23,
294:4, 294:17,
295:19, 295:23,
296:2, 296:4,
296:10, 298:2,
298:17, 298:22,
299:10, 299:11,
299:18, 300:2,
341:15, 341:20,
349:3, 349:5, 349:7
**contradicts** [1] - 297:3
**contrast** [2] - 30:10,
98:15
**control** [3] - 17:24,
18:4, 185:13

**controlling** [2] - 68:2,
155:4
**controls** [2] - 17:24,
90:4
**convenience** [2] -
325:1, 325:3
**convenient** [1] - 325:4
**conversant** [1] - 272:8
**conversation** [6] -
114:22, 243:8,
266:19, 266:24,
267:2, 276:14
**conversations** [3] -
183:6, 200:3, 240:8
**conversion** [3] -
41:18, 42:24, 302:23
**conversions** [1] - 43:7
**convert** [1] - 80:1
**converting** [1] - 41:10
**convey** [2] - 229:7,
337:13
**conveyed** [1] - 234:16
**cooperated** [1] -
312:24
**coordinates** [15] -
17:8, 20:7, 20:14,
20:15, 20:16, 20:18,
32:9, 32:12, 32:19,
33:6, 33:13, 33:18,
45:21, 45:22, 89:11
**coordinator** [2] -
16:13, 138:10
**copy** [3] - 122:10,
273:15, 273:18
**correct** [342] - 5:22,
6:22, 7:13, 7:16,
8:16, 9:13, 9:20,
12:4, 12:20, 12:24,
13:1, 13:4, 15:8,
15:11, 15:24, 16:10,
16:17, 16:19, 17:15,
17:18, 17:21, 19:21,
20:5, 20:7, 20:12,
20:24, 22:11, 22:25,
23:11, 23:20, 23:24,
24:6, 24:8, 24:25,
27:19, 27:20, 28:19,
28:21, 32:8, 37:9,
40:16, 40:21, 46:2,
46:5, 51:9, 51:17,
51:23, 52:10, 52:12,
52:13, 55:4, 55:7,
55:20, 56:12, 56:18,
56:24, 57:10, 58:4,
58:22, 59:6, 59:8,
59:11, 60:8, 60:16,
60:20, 60:22, 61:16,
61:20, 62:1, 62:2,
62:13, 63:7, 63:12,
65:14, 66:7, 67:9,

69:13, 69:16, 70:21,
71:7, 72:4, 72:25,
73:18, 74:6, 75:8,
76:19, 77:21, 78:3,
78:8, 78:10, 78:14,
78:25, 79:6, 79:14,
80:19, 83:2, 83:11,
84:10, 87:13, 88:12,
91:8, 91:20, 92:6,
92:13, 93:1, 95:15,
96:22, 97:5, 97:7,
97:16, 97:24, 98:1,
98:6, 98:11, 102:18,
102:20, 102:23,
106:8, 106:9,
106:10, 106:11,
106:15, 106:19,
106:23, 107:5,
107:8, 107:10,
107:12, 107:22,
108:11, 108:12,
108:15, 108:17,
108:21, 109:4,
109:21, 109:22,
109:24, 110:8,
110:17, 112:12,
112:13, 113:25,
114:1, 114:6,
114:13, 115:4,
115:12, 115:17,
115:19, 115:23,
116:1, 116:3, 116:7,
116:14, 116:24,
117:2, 120:5, 120:7,
120:8, 123:16,
123:18, 124:19,
124:22, 125:3,
125:15, 125:19,
126:8, 126:23,
127:18, 127:20,
128:25, 129:1,
129:3, 129:4,
130:20, 131:15,
132:2, 133:9,
135:17, 135:18,
138:16, 140:20,
149:1, 162:25,
166:16, 166:21,
170:10, 172:23,
172:25, 173:3,
173:6, 173:9,
174:12, 174:16,
175:21, 175:24,
176:20, 176:23,
176:24, 178:14,
178:15, 178:16,
178:19, 180:25,
181:1, 181:4, 181:8,
181:10, 181:17,
184:2, 191:25,
192:8, 192:17,

193:11, 193:13,
199:12, 199:16,
204:9, 205:15,
223:7, 259:4, 259:5,
260:9, 264:12,
265:8, 267:20,
268:13, 268:22,
269:1, 269:6,
269:11, 269:18,
270:3, 274:25,
275:6, 276:13,
276:17, 276:21,
276:23, 276:24,
277:16, 277:17,
277:19, 277:22,
277:25, 278:3,
278:10, 279:16,
280:17, 281:3,
281:4, 281:24,
282:17, 282:20,
282:22, 283:14,
283:15, 283:18,
283:19, 284:4,
284:5, 284:8,
284:13, 285:1,
285:2, 286:8,
286:16, 286:24,
286:25, 287:20,
288:14, 292:19,
292:21, 292:22,
294:25, 295:4,
295:15, 297:14,
311:9, 317:5,
317:23, 319:9,
319:21, 322:19,
322:20, 322:22,
324:11, 324:12,
324:13, 324:14,
324:15, 324:17,
324:20, 324:24,
324:25, 325:7,
325:10, 325:13,
326:3, 326:4, 326:9,
326:12, 327:6,
327:7, 327:10,
327:11, 328:9,
328:11, 328:13,
328:14, 328:22,
329:14, 331:6,
332:16, 332:21,
332:22, 332:24,
333:12, 333:22,
334:4, 334:6, 334:8,
334:11, 334:13,
334:16, 334:19,
334:21, 335:19,
336:3, 336:13,
336:15, 341:15,
343:8, 346:5, 347:6,
347:10, 347:17,
347:18, 348:1,

351:11, 351:12
**corrected** [2] - 277:9,
277:11
**correctly** [5] - 106:17,
110:11, 148:11,
276:11, 277:8
**cost** [3] - 11:7, 12:5
**could...** [1] - 311:7
**counsel** [17] - 53:12,
53:22, 59:16,
130:19, 139:7,
190:19, 199:23,
201:17, 201:23,
202:5, 202:13,
314:2, 332:13,
341:6, 341:14,
342:5, 351:10
**Counsel** [1] - 42:10
**Count** [1] - 57:5
**count** [4] - 46:15,
46:16, 57:6, 140:14
**counted** [3] - 99:17,
140:16, 283:23
**Counter** [1] - 210:10
**counting** [1] - 57:3
**countries** [7] - 9:22,
10:8, 97:10, 111:24,
112:5, 344:21, 346:9
**countries'** [1] - 346:12
**country** [7] - 12:17,
37:24, 112:2, 203:6,
243:7, 289:15,
346:20
**couple** [7] - 6:9, 50:4,
67:1, 143:10,
186:21, 242:8,
309:15
**course** [6] - 71:15,
128:20, 178:21,
179:3, 264:10,
293:17
**courses** [1] - 217:17
**court** [2] - 175:23,
176:2
**COURT** [165] - 1:1,
5:4, 5:6, 5:12, 8:23,
10:21, 11:1, 11:15,
11:18, 11:20, 12:12,
13:7, 21:16, 27:16,
29:9, 35:21, 39:9,
42:9, 42:16, 48:16,
48:20, 48:24, 49:2,
49:5, 49:8, 49:12,
49:23, 52:22, 52:24,
53:6, 53:9, 53:22,
54:2, 54:5, 54:7,
59:17, 60:10, 76:12,
76:14, 83:23, 85:5,
90:23, 93:3, 93:7,
93:11, 93:15, 105:4,

106:25, 108:2,
109:17, 121:23,
122:17, 127:8,
128:10, 129:18,
131:1, 132:21,
137:7, 137:22,
141:19, 141:21,
149:20, 152:20,
163:5, 180:13,
183:5, 183:15,
186:5, 187:5,
187:11, 192:3,
193:17, 199:20,
203:11, 204:20,
206:13, 206:21,
207:6, 208:22,
209:12, 209:15,
211:20, 212:25,
213:3, 219:15,
220:6, 220:9,
221:18, 222:12,
223:23, 234:19,
235:2, 235:20,
235:24, 237:4,
237:8, 237:16,
237:21, 238:1,
240:13, 240:23,
246:9, 254:17,
256:5, 256:24,
257:3, 258:15,
258:19, 258:23,
270:19, 275:20,
276:4, 279:14,
283:8, 288:23,
290:3, 296:24,
297:4, 297:6,
297:20, 298:3,
298:6, 298:12,
300:6, 302:5,
302:14, 302:22,
304:25, 305:11,
305:14, 305:16,
307:9, 314:4,
314:13, 314:16,
314:21, 315:11,
315:15, 319:3,
321:14, 321:21,
330:9, 330:11,
330:16, 333:20,
335:9, 336:18,
339:5, 340:6,
342:12, 344:5,
345:17, 345:21,
346:14, 349:18,
349:23, 350:9,
350:11, 350:23,
351:1, 351:6,
352:24, 353:1,
353:9, 353:11
**Court** [9] - 2:16, 2:17,
5:2, 59:4, 123:10,

124:8, 211:18,
353:22, 353:23
**Court's** [1] - 54:4
**Court-Certified** [1] -
5:2
**COURTROOM** [7] -
141:24, 142:4,
142:11, 207:1,
207:7, 207:11,
258:17
**courtroom** [11] - 5:5,
38:8, 93:12, 93:14,
180:10, 183:2,
206:18, 206:20,
258:18, 258:22,
353:10
**cover** [3] - 170:2,
199:11, 221:9
**cover-alls** [1] - 221:9
**coverage** [5] - 80:12,
82:9, 162:19,
166:22, 166:23
**covered** [2] - 24:9,
170:9
**covering** [6] - 105:24,
114:12, 114:14,
129:11, 170:11,
170:12
**covert** [5] - 61:11,
94:9, 97:18, 161:2,
161:6
**covertness** [1] - 95:11
**coxswain** [2] - 225:10,
225:13
**coxswains** [1] - 221:4
**crane** [2] - 211:15,
211:16
**create** [1] - 141:13
**created** [2] - 72:18,
98:14
**creates** [1] - 30:10
**creative** [1] - 311:4
**crew** [62] - 16:2, 16:3,
17:13, 56:13, 60:4,
63:15, 99:13, 104:3,
117:18, 118:9,
119:9, 144:21,
145:2, 145:18,
150:14, 152:16,
152:18, 164:10,
164:19, 171:25,
174:20, 180:3,
180:4, 182:12,
196:5, 196:6, 204:3,
209:24, 221:2,
221:4, 223:8,
236:19, 238:12,
238:24, 240:6,
242:11, 242:17,
243:1, 245:5,

245:12, 248:19,
254:7, 254:11,
259:6, 261:7,
265:17, 267:13,
268:22, 269:13,
271:11, 272:13,
276:10, 276:14,
336:25, 339:12,
347:13, 347:19,
347:23, 348:17,
349:10, 350:4
**crewman** [2] - 143:12,
146:14
**crewmen** [1] - 145:20
**crews** [1] - 145:10
**crime** [1] - 192:10
**criminal** [14] - 106:18,
106:22, 106:23,
107:16, 107:20,
112:11, 112:16,
112:20, 112:23,
113:8, 175:17,
175:20, 275:18,
275:25
**cross** [9] - 13:12,
139:6, 201:16,
237:22, 258:24,
346:5, 346:15,
349:19, 350:24
**CROSS** [21] - 5:15,
93:17, 105:5, 115:8,
117:12, 124:13,
125:5, 166:1,
172:20, 176:16,
180:15, 184:12,
190:15, 196:10,
258:25, 276:5,
283:9, 290:13,
300:7, 307:10, 323:7
**Cross** [21] - 3:6, 3:7,
3:7, 3:8, 3:8, 3:9,
3:9, 3:12, 3:13, 3:13,
3:14, 3:14, 3:15,
3:15, 3:19, 3:19,
3:20, 3:20, 3:21,
3:21, 3:22
**cross-examination** [5]
- 139:6, 201:16,
346:15, 349:19,
350:24
**Cross-Examination**
[21] - 3:6, 3:7, 3:7,
3:8, 3:8, 3:9, 3:9,
3:12, 3:13, 3:13,
3:14, 3:14, 3:15,
3:15, 3:19, 3:19,
3:20, 3:20, 3:21,
3:21, 3:22
**CROSS-
EXAMINATION** [21] -

5:15, 93:17, 105:5,
115:8, 117:12,
124:13, 125:5,
166:1, 172:20,
176:16, 180:15,
184:12, 190:15,
196:10, 258:25,
276:5, 283:9,
290:13, 300:7,
307:10, 323:7
**cross-examine** [1] -
237:22
**crossed** [1] - 219:3
**CRR** [2] - 2:16, 353:22
**cruising** [2] - 55:23,
59:22
**Cruz** [2] - 117:17,
180:22
**CRUZ** [2] - 1:9, 2:7
**crying** [1] - 254:7
**cumulus** [5] - 24:13,
24:14, 24:15, 61:14
**cupcakes** [1] - 124:5
**cut** [7] - 65:17, 308:11,
308:13, 308:15,
308:16, 308:18,
308:21
**cutter** [44] - 72:3,
72:12, 74:16, 74:18,
74:20, 74:22, 88:20,
136:25, 163:8,
209:21, 209:24,
214:16, 214:18,
214:24, 215:11,
217:20, 241:17,
243:4, 247:22,
249:6, 249:8,
249:11, 249:14,
249:18, 251:9,
252:3, 252:11,
253:7, 253:14,
262:16, 272:22,
282:5, 309:19,
310:1, 310:4,
310:10, 310:16,
310:17, 323:4,
327:3, 329:15,
329:17, 331:18,
349:8
**Cutter** [25] - 71:6,
207:20, 208:13,
208:17, 209:1,
209:2, 209:3, 209:5,
210:4, 210:6,
210:23, 211:3,
211:5, 214:5,
214:21, 216:6,
224:13, 242:24,
248:18, 251:13,
252:7, 256:13,

337:13, 337:17,
338:15
**cutters** [1] - 210:1
**CVS** [1] - 38:3
**cycle** [1] - 14:4

# D

**damaged** [2] - 10:5,
10:6
**dangerous** [2] -
160:24, 284:7
**dark** [4] - 23:7, 30:11,
44:12, 65:8
**darker** [1] - 47:3
**data** [42] - 33:1, 33:8,
89:17, 89:22, 89:23,
90:4, 101:1, 111:18,
112:22, 119:23,
120:5, 120:17,
124:21, 130:2,
131:16, 131:17,
133:2, 133:3, 133:5,
133:9, 136:9, 138:3,
138:13, 140:22,
140:24, 141:14,
148:8, 148:10,
159:4, 163:17,
177:8, 181:23,
188:23, 189:24,
190:10, 191:3,
224:3, 224:4, 224:5,
345:1
**database** [1] - 299:21
**date** [8] - 13:2, 41:5,
272:19, 272:21,
280:3, 288:13,
296:6, 300:13
**DATE** [1] - 353:22
**dates** [2] - 287:5,
299:8
**David** [1] - 207:9
**DAVID** [1] - 207:10
**davit** [1] - 215:2
**DAY** [1] - 1:13
**daylight** [1] - 23:1
**days** [11] - 14:7,
14:13, 108:4, 108:6,
108:13, 108:16,
145:15, 240:4,
240:15, 256:1,
271:11
**daytime** [2] - 43:8,
173:16
**DDIU** [1] - 90:4
**dead** [4] - 261:25,
262:3, 263:20, 326:3
**deal** [1] - 200:21
**dealing** [1] - 267:18
**dealt** [2] - 264:17,

264:18
**debrief** [2] - 184:3,
184:9
**debriefing** [3] -
171:25, 204:3, 205:1
**debris** [46] - 57:8,
58:25, 59:4, 59:13,
59:20, 59:25, 60:3,
60:5, 60:7, 60:13,
79:11, 79:12, 82:2,
82:17, 82:18, 82:21,
83:1, 83:11, 83:15,
84:15, 84:18, 84:19,
85:11, 85:12, 86:5,
86:6, 86:8, 86:11,
88:12, 89:7, 103:4,
103:8, 103:11,
110:11, 124:18,
125:9, 125:17,
138:19, 141:15,
171:5, 171:6, 171:7,
171:8, 171:18,
177:17
**decent** [2] - 274:12,
274:13
**decide** [5] - 184:4,
327:20, 341:8,
341:9, 350:21
**decided** [9] - 28:11,
55:19, 97:12,
136:12, 176:25,
177:13, 182:17,
182:20, 192:20
**decides** [3] - 107:20,
154:3, 180:1
**decision** [16] - 154:15,
174:18, 174:19,
174:22, 174:24,
175:3, 175:6, 176:6,
177:14, 182:21,
190:6, 193:13,
195:22, 196:3,
202:19, 202:23
**decisions** [3] - 175:3,
193:1, 193:2
**deck** [8] - 26:13,
26:24, 27:19,
118:10, 136:6,
208:1, 208:18, 232:3
**deem** [3] - 154:11,
158:11, 158:12
**deemed** [3] - 165:4,
279:3, 291:5
**deep** [2] - 169:2,
231:11
**defecating** [1] - 255:7
**defend** [1] - 202:2
**Defendant** [1] -
330:17
**DEFENDANT'S** [1] -

4:16
**Defendant's** [2] -
270:17, 315:12
**Defendants** [4] - 5:2,
180:21, 290:16,
327:12
**defense** [36] - 36:16,
53:12, 130:19,
139:7, 199:23,
201:17, 201:22,
202:5, 202:13,
221:16, 341:6,
341:14, 342:5,
347:9, 348:22,
351:10
**Defense** [10] - 4:19,
4:20, 4:21, 121:8,
314:24, 315:9,
315:22, 316:15,
317:18, 343:13
**definitely** [5] - 99:14,
140:15, 156:5,
211:9, 272:20
**definition** [2] - 12:1,
224:1
**degrade** [1] - 148:9
**degree** [1] - 272:8
**degrees** [9] - 45:4,
45:5, 61:23, 65:3,
65:4, 65:5, 178:8,
260:11, 264:6
**delete** [1] - 39:4
**demand** [1] - 266:25
**demonstrated** [1] -
267:4
**density** [1] - 280:24
**deny** [6] - 237:23,
248:2, 248:4,
248:19, 269:3, 286:2
**depart** [1] - 100:24
**departed** [1] - 88:19
**department** [3] -
14:17, 14:18, 110:3
**departments** [1] -
14:17
**dependent** [1] - 144:7
**depict** [9] - 155:2,
209:4, 212:18,
219:25, 222:5,
235:13, 256:16,
315:2, 315:5
**depicted** [2] - 236:15,
257:16
**deploy** [1] - 211:6
**deployed** [7] - 144:22,
209:24, 214:16,
214:20, 215:13,
216:11, 217:1
**deployment** [1] -
341:19

**deployments** [5] -
143:5, 144:8,
144:12, 209:22,
210:19
**Depot** [3] - 37:14, 38:3
**depths** [1] - 91:4
**DEPUTY** [7] - 141:24,
142:4, 142:11,
207:1, 207:7,
207:11, 258:17
**descend** [2] - 69:23,
161:10
**descended** [1] - 67:6
**describe** [5] - 184:19,
209:19, 211:11,
226:17, 231:5
**described** [7] - 34:4,
96:20, 102:3,
102:16, 134:3,
134:8, 275:12
**describing** [1] - 170:9
**description** [1] -
217:18
**designated** [4] -
223:10, 258:8,
258:9, 291:13
**desire** [1] - 29:15
**desk** [1] - 14:7
**destination** [3] - 26:1,
43:12, 195:17
**destroy** [1] - 278:13
**destroyed** [18] -
36:20, 37:1, 39:3,
90:17, 252:9, 253:1,
274:23, 278:2,
278:6, 278:10,
278:11, 278:12,
278:21, 278:23,
279:10, 285:7,
285:21, 320:8
**destroying** [1] -
320:15
**detail** [3] - 152:9,
174:1, 188:4
**details** [4] - 112:17,
151:9, 188:9, 192:12
**detained** [2] - 299:23,
300:3
**detainee** [2] - 258:9,
296:9
**detainees** [5] -
295:11, 295:15,
295:24, 298:22,
299:5
**detect** [4] - 104:10,
125:21, 155:19,
170:17
**detected** [1] - 24:5
**detection** [2] - 199:11,
199:16

detects [1] - 168:24
determination [4] -
    286:1, 286:16,
    288:7, 288:20
determinations [1] -
    176:11
determine [12] -
    19:14, 20:11,
    104:16, 104:23,
    105:2, 112:15,
    140:23, 147:9,
    233:14, 236:17,
    246:3, 286:20
determined [4] - 28:1,
    28:8, 97:25, 105:1
determining [1] -
    272:12
devalue [1] - 205:11
device [4] - 198:23,
    221:11, 244:6,
    275:16
devices [1] - 141:1
diagram [1] - 333:22
dictates [1] - 180:9
DIEGO [1] - 2:7
difference [5] -
    110:17, 151:19,
    170:10, 170:13,
    188:12
differences [1] -
    211:25
different [45] - 6:17,
    9:2, 9:3, 14:19,
    31:16, 69:10,
    128:19, 130:21,
    131:14, 132:1,
    132:14, 133:19,
    139:7, 143:17,
    143:20, 145:4,
    145:18, 146:6,
    155:11, 158:8,
    169:1, 169:2,
    169:17, 176:22,
    186:23, 187:5,
    188:20, 193:13,
    204:24, 210:12,
    212:5, 215:19,
    232:21, 239:7,
    339:19, 339:20,
    340:25, 341:15,
    341:16, 342:16,
    346:17, 346:20
differently [3] -
    160:23, 340:3, 340:7
differing [1] - 334:9
difficult [14] - 29:21,
    30:2, 30:5, 30:7,
    36:6, 41:9, 43:7,
    48:12, 88:25,
    134:10, 134:19,

135:8, 338:16,
    351:25
digital [2] - 38:7,
    328:19
digitally [1] - 20:23
digits [1] - 344:8
dim [1] - 224:17
dimensions [1] -
    250:8
dip [1] - 161:18
dipped [1] - 161:12
Direct [2] - 3:12, 3:18
DIRECT [2] - 142:14,
    207:14
direct [13] - 24:24,
    83:10, 139:2, 181:3,
    214:7, 234:15,
    240:7, 296:19,
    303:10, 303:12,
    313:11, 317:25,
    318:22
directed [1] - 347:17
directing [2] - 276:12,
    348:4
direction [17] - 45:12,
    45:18, 45:19, 55:22,
    71:13, 84:13,
    120:20, 148:14,
    214:15, 215:24,
    215:25, 216:16,
    250:14, 251:11,
    267:25, 268:1,
    309:22
directly [7] - 38:4,
    114:5, 191:9,
    259:24, 259:25,
    269:8, 272:15
directs [1] - 175:9
disabling [2] - 265:3,
    266:3
disagree [2] - 286:17,
    316:5
disappear [1] - 70:9
discarded [2] -
    181:17, 278:14
discern [1] - 342:15
disclose [1] - 186:25
discovered [3] - 17:2,
    17:10, 296:5
discreet [1] - 61:2
discuss [8] - 5:24,
    22:3, 93:10, 172:1,
    172:3, 172:8,
    174:20, 174:21
discussed [5] - 119:4,
    172:15, 182:11,
    183:3, 184:8
discussing [1] -
    121:11
discussion [3] -

34:16, 175:1, 332:13
Discussion [2] - 8:7,
    40:7
disks [1] - 220:23
disparity [1] - 341:5
disposable [1] -
    328:17
dispose [1] - 232:8
disproven [1] - 349:11
distance [19] - 19:15,
    29:5, 75:16, 78:20,
    78:21, 92:3, 92:25,
    114:10, 114:19,
    116:15, 128:18,
    134:7, 155:16,
    155:17, 188:12,
    274:12, 274:13,
    293:16, 304:7
distinguish [1] -
    134:18
District [3] - 2:17,
    243:6, 353:23
DISTRICT [3] - 1:1,
    1:1, 1:15
diving [1] - 352:20
DO [1] - 2:8
doable [1] - 311:11
docked [1] - 91:7
document [42] -
    147:4, 154:13,
    245:13, 245:17,
    246:8, 246:11,
    246:15, 270:21,
    278:18, 285:20,
    285:25, 286:7,
    287:11, 288:19,
    290:7, 290:8,
    296:22, 297:3,
    297:11, 297:13,
    298:8, 298:14,
    319:24, 326:12,
    326:20, 326:23,
    326:24, 330:25,
    342:1, 342:21,
    349:10, 349:17,
    349:18, 349:21,
    350:1, 350:5,
    350:13, 350:15,
    350:17, 351:15,
    351:18
Document [1] -
    297:14
documentation [2] -
    289:17, 298:5
documented [1] -
    347:6
documenting [1] -
    149:16
documents [5] -
    38:24, 288:2, 289:3,

296:14, 344:23
done [22] - 14:21,
    70:11, 81:14, 90:10,
    92:20, 125:2, 143:5,
    174:25, 182:23,
    190:1, 198:12,
    198:14, 199:3,
    199:4, 199:5,
    234:16, 261:6,
    273:11, 298:3,
    300:20, 303:3, 303:4
dot [3] - 26:12, 64:23,
    72:8
dots [1] - 44:25
doubt [1] - 75:1
dove [1] - 219:2
down [92] - 5:23, 9:15,
    21:22, 21:23, 29:1,
    32:3, 44:8, 45:3,
    45:5, 57:2, 60:13,
    61:23, 62:1, 62:20,
    62:23, 63:23, 65:3,
    65:5, 67:6, 68:7,
    72:22, 75:2, 75:4,
    75:11, 75:25, 76:9,
    77:17, 86:10, 86:21,
    86:24, 86:25, 87:1,
    97:22, 101:13,
    104:3, 104:6,
    115:22, 115:25,
    119:1, 123:24,
    141:19, 146:24,
    148:23, 161:9,
    161:12, 161:18,
    167:17, 174:13,
    183:13, 183:20,
    190:5, 206:13,
    211:17, 211:19,
    211:21, 214:24,
    215:2, 215:3, 215:4,
    219:2, 219:4,
    220:14, 221:3,
    221:7, 222:6,
    224:11, 226:11,
    231:21, 243:14,
    243:17, 245:3,
    245:4, 255:10,
    263:2, 266:12,
    282:18, 306:14,
    306:19, 311:12,
    311:16, 312:21,
    330:21, 330:23,
    331:1, 338:14,
    338:24, 344:9,
    348:23, 348:24,
    352:20, 352:24
down.. [1] - 104:4
download [3] -
    198:18, 198:24,
    198:25

drank [1] - 282:21
draw [2] - 33:4, 343:5
drawn [1] - 232:14
drew [2] - 128:24,
    129:21
drift [3] - 88:13, 88:15,
    88:24
drifted [3] - 85:9, 89:6,
    89:8
drifts [1] - 85:16
drink [1] - 242:10
drinks [1] - 242:8
drive [3] - 208:1,
    208:14, 334:12
driver [1] - 225:11
driver's [1] - 287:21
drives [1] - 38:9
driving [5] - 56:1,
    77:2, 213:8, 221:5,
    252:22
drop [3] - 29:14,
    138:9, 138:12
dropped [8] - 32:12,
    53:2, 61:9, 66:6,
    116:6, 116:9,
    249:24, 250:1
dropping [2] - 55:15,
    100:23
drops [1] - 32:16
drove [1] - 215:25
drug [8] - 15:9, 15:19,
    15:21, 96:15,
    175:18, 217:5,
    280:19, 333:11
Drug [1] - 210:10
drugs [13] - 53:2, 66:5,
    95:2, 102:10, 154:2,
    164:12, 292:16,
    296:21, 296:23,
    297:2, 307:13,
    307:18, 307:22
drums [2] - 25:21,
    25:23
DTIU [1] - 32:25
dual [1] - 13:18
due [1] - 49:10
dump [4] - 54:23,
    57:22, 109:8, 109:13
dumped [6] - 104:5,
    109:12, 123:1,
    126:17, 126:18,
    159:16
dumping [11] - 52:20,
    55:20, 56:23,
    102:10, 104:8,
    104:15, 109:20,
    113:11, 119:14,
    177:18, 177:19
duration [2] - 261:22,
    352:13

during [19] - 13:2,
17:10, 23:21, 82:3,
82:10, 92:12,
101:22, 128:4,
132:7, 157:11,
160:25, 166:17,
174:6, 195:19,
197:2, 203:13,
269:24, 341:19,
352:14
duties [5] - 14:5,
14:14, 14:15,
108:20, 327:8
dutiful [1] - 150:17
duty [4] - 145:12,
145:14, 214:8, 333:3
DVDs [2] - 198:1,
198:7
dying [1] - 254:8

**E**

E992 [1] - 330:20
early [6] - 24:16,
24:18, 43:2, 43:3,
43:10, 252:13
earshot [1] - 347:19
earth [1] - 80:13
earthquake [1] - 10:1
ease [1] - 18:5
easier [2] - 78:20,
78:21
easily [3] - 35:10,
198:12, 346:24
east [2] - 45:18, 150:6
East [1] - 1:22
Eastern [8] - 106:7,
128:5, 201:8,
203:20, 203:24,
204:1, 217:3, 280:18
easy [4] - 63:20,
135:6, 289:16,
289:18
eat [2] - 224:5, 251:19
Ecuadorian [1] -
348:8
Ecuadorians [1] -
27:13
edit [1] - 55:8
edited [2] - 107:6,
182:10, 204:7
educational [1] -
323:16
effect [1] - 161:19
efficiency [1] - 136:1
effort [1] - 289:19
efforts [1] - 216:1
eight [15] - 35:25,
36:4, 37:8, 37:11,
37:18, 38:2, 118:9,

154:10, 158:4,
197:13, 197:14,
225:14, 226:3,
261:18, 326:25
eight-and-a-half-by-
eleven [1] - 326:25
eight-millimeter [8] -
36:4, 37:8, 37:11,
37:18, 38:2, 154:10,
158:4, 197:14
either [19] - 10:2,
19:25, 36:16, 51:19,
62:20, 68:6, 82:19,
115:22, 130:6,
167:22, 224:11,
259:14, 261:22,
283:1, 295:4,
320:16, 331:6,
338:1, 343:2
EI [35] - 12:22, 13:5,
13:17, 19:23, 22:20,
22:24, 22:25, 24:23,
41:19, 42:20, 43:11,
90:1, 92:23, 97:8,
105:15, 105:17,
107:25, 111:8,
144:22, 145:1,
145:2, 145:8,
145:10, 150:5,
150:6, 150:7,
150:20, 173:15,
173:23, 195:10,
334:24, 334:25,
335:1, 335:2, 335:5
elapsed [2] - 114:19,
205:13
electrical [2] - 19:8,
19:9
electro [1] - 127:3
electro-optical [1] -
127:3
electronic [6] - 17:25,
18:5, 26:9, 33:25,
50:4, 143:14
elects [1] - 87:24
elevation [10] - 33:1,
33:8, 89:17, 89:22,
89:23, 90:4, 119:23,
120:17, 133:3,
162:18
eleven [1] - 326:25
Elmo [11] - 8:3, 219:9,
236:1, 236:14,
254:21, 257:5,
257:6, 257:7,
257:13, 343:17,
343:18
emanating [1] - 141:5
embark [4] - 222:23,
229:6, 230:8, 230:23

embarking [1] - 232:4
emblem [1] - 94:23
emergency [2] -
194:25, 195:2
emits [1] - 146:23
ENCINOSA [22] - 2:11,
125:6, 127:7,
196:11, 199:19,
237:24, 238:2,
323:8, 329:24,
330:4, 330:8,
330:15, 330:19,
332:10, 332:14,
333:21, 335:10,
336:17, 343:14,
343:16, 344:3,
350:10
Encinosa [3] - 3:9,
3:15, 3:22
encountered [2] -
9:6, 96:5
end [8] - 51:5, 59:19,
99:15, 125:10,
125:11, 139:14,
163:2, 176:2
ended [1] - 109:8
endurance [1] -
209:22
energizing [1] -
217:20
enforcement [50] -
95:1, 107:2, 107:14,
191:19, 192:13,
192:17, 193:9,
193:12, 193:19,
193:22, 194:2,
196:6, 200:8,
200:15, 204:22,
207:22, 208:2,
211:1, 211:6,
217:20, 230:4,
233:3, 248:25,
251:6, 257:24,
263:20, 267:10,
277:15, 277:18,
277:20, 279:7,
281:3, 283:14,
309:16, 309:17,
318:5, 318:7,
318:10, 322:12,
323:18, 323:23,
324:6, 325:3,
331:23, 340:17,
345:1, 346:7, 347:1,
347:4, 351:11
Enforcement [3] -
210:10, 210:11,
324:1
engine [10] - 30:25,
47:11, 62:12, 170:3,

170:11, 170:12,
170:14, 194:22,
325:19, 334:8
engineer [1] - 221:5
engineers [2] - 16:11,
145:22
engines [34] - 8:15,
30:24, 31:16, 47:12,
47:13, 47:16, 77:5,
96:23, 97:25, 98:2,
98:5, 129:14,
141:12, 146:13,
153:20, 170:2,
170:10, 222:18,
229:3, 229:4, 229:9,
265:4, 274:15,
278:4, 286:23,
304:5, 304:9, 306:6,
307:4, 325:17,
328:25, 334:3,
334:5, 334:6
English [3] - 218:6,
227:24, 245:17
ensure [1] - 346:7
ensuring [1] - 249:1
entered [4] - 5:5,
93:14, 206:20,
258:22
entire [26] - 28:2,
34:12, 35:13, 38:13,
38:15, 40:2, 48:23,
53:10, 53:12, 53:14,
53:15, 53:20, 53:23,
56:13, 60:4, 62:25,
64:3, 92:12, 136:7,
137:8, 178:18,
191:17, 192:24,
224:9, 234:1, 247:20
entirely [1] - 180:6
entitled [3] - 49:21,
53:14, 353:19
entry [1] - 279:24
environment [2] -
177:24, 177:25
environmental [1] -
80:16
EO [8] - 44:5, 44:6,
44:7, 70:15, 127:3,
146:8, 146:10
EO/OW [1] - 70:14
EON [3] - 44:1, 44:3,
44:4
equals [1] - 305:16
equipment [29] - 12:1,
18:1, 29:20, 40:8,
98:10, 100:6, 100:8,
100:11, 100:17,
101:3, 104:10,
104:11, 104:20,
104:21, 104:23,

118:25, 129:15,
130:13, 135:14,
136:17, 136:20,
140:19, 144:2,
147:9, 221:10,
319:16, 340:23
equipment's [1] -
124:2
equipped [1] - 260:20
erase [2] - 198:18,
198:25
erased [4] - 83:17,
196:20, 196:21,
197:4
escape [1] - 229:5
especially [1] - 279:20
ESQ [6] - 2:4, 2:5, 2:7,
2:8, 2:10, 2:11
essentially [7] - 94:13,
216:21, 217:5,
217:17, 219:2,
220:19, 263:4
establish [3] - 233:3,
265:21, 265:25
established [2] -
268:6, 346:11
establishing [1] -
233:19
estimate [11] - 61:18,
66:12, 71:20,
140:16, 151:13,
176:8, 179:20,
179:21, 274:6,
306:12, 313:10
estimated [2] -
110:19, 140:13
estimates [1] - 130:16
estimation [1] - 111:4
et [1] - 344:17
evade [1] - 216:1
evaded [1] - 313:2
evading [1] - 266:9
evasive [2] - 352:4,
352:6
evening [1] - 353:7
events [1] - 270:24
eventually [16] -
119:15, 230:13,
230:14, 234:21,
234:25, 251:13,
251:14, 251:15,
259:19, 266:9,
268:16, 294:16,
294:17, 294:19,
310:2, 313:1
evid [1] - 192:11
evidence [70] - 8:1,
53:17, 89:14, 93:11,
109:3, 109:15,
109:16, 121:7,

121:9, 121:14,
122:6, 122:16,
122:18, 175:22,
176:1, 180:10,
191:21, 192:9,
192:12, 192:16,
192:19, 192:22,
209:9, 209:13,
212:22, 213:1,
220:4, 220:7, 222:9,
222:14, 235:17,
235:22, 236:15,
240:22, 248:14,
249:2, 251:9,
254:22, 256:22,
257:1, 275:18,
277:21, 277:24,
279:7, 292:9, 294:1,
294:11, 294:19,
294:25, 295:1,
295:5, 297:18,
297:19, 298:9,
303:14, 315:9,
315:13, 324:13,
324:15, 325:8,
326:6, 327:10,
329:25, 330:3,
330:7, 330:18,
350:17, 351:3,
351:4, 351:13
**EVIDENCE** [1] - 3:3
**exact** [9] - 21:13,
119:21, 122:9,
155:20, 168:17,
168:18, 252:19,
340:1, 340:23
**exactly** [42] - 9:14,
32:14, 33:11, 41:20,
42:25, 63:22, 64:4,
80:2, 95:8, 96:18,
111:7, 120:15,
149:17, 155:3,
208:10, 217:16,
231:1, 231:9,
234:17, 236:22,
241:11, 242:10,
249:23, 259:10,
259:17, 260:3,
261:20, 262:5,
274:8, 280:12,
284:1, 284:20,
285:8, 285:18,
293:16, 299:19,
302:15, 304:19,
309:20, 313:9,
313:23
**EXAMINATION** [26] -
5:15, 93:17, 105:5,
115:8, 117:12,
124:13, 125:5,
127:10, 142:14,

166:1, 172:20,
176:16, 180:15,
184:12, 190:15,
196:10, 199:21,
207:14, 258:25,
276:5, 283:9,
290:13, 300:7,
307:10, 323:7,
336:19
**examination** [9] -
24:24, 139:6, 181:4,
201:16, 317:25,
318:22, 346:15,
349:19, 350:24
**Examination** [26] -
3:6, 3:7, 3:7, 3:8,
3:8, 3:9, 3:9, 3:10,
3:12, 3:12, 3:13,
3:13, 3:14, 3:14,
3:15, 3:15, 3:16,
3:18, 3:19, 3:19,
3:20, 3:20, 3:21,
3:21, 3:22, 3:22
**examine** [1] - 237:22
**example** [3] - 95:13,
255:1, 340:1
**exceeding** [1] -
209:22
**Excel** [1] - 38:24
**except** [2] - 40:18,
40:19
**exception** [1] - 308:9
**excerpt** [1] - 353:18
**excess** [2] - 284:21,
301:15
**excessive** [9] -
241:12, 273:25,
274:1, 302:8,
302:18, 304:13,
305:24, 305:25,
331:25
**excuse** [2] - 70:7, 93:9
**excused** [2] - 141:20,
206:17, 352:25
**executive** [2] - 14:16,
14:23
**Exhibit** [54] - 4:5, 4:6,
4:7, 4:8, 4:9, 4:10,
4:11, 4:12, 4:13,
4:14, 4:18, 39:14,
94:16, 122:16,
122:18, 122:20,
208:24, 209:13,
212:13, 213:1,
214:19, 219:9,
219:18, 219:24,
220:4, 220:7,
220:11, 221:21,
222:9, 224:16,
230:20, 235:5,

235:10, 235:11,
235:12, 236:1,
236:14, 240:20,
245:10, 248:13,
254:21, 256:11,
256:12, 256:14,
257:5, 257:6,
257:13, 257:19,
260:16, 261:18,
270:17, 281:6,
314:24, 343:13
**EXHIBIT** [1] - 4:3
**exhibit** [3] - 4:4, 4:17,
270:13
**Exhibits** [8] - 222:13,
235:21, 256:9,
256:16, 256:21,
256:25, 315:12,
330:17
**exhibits** [1] - 270:15
**exist** [1] - 336:1
**existed** [1] - 288:12
**exists** [4] - 124:21,
124:25, 189:22,
189:24
**exited** [4] - 93:12,
206:18, 258:18,
353:10
**exonerates** [1] - 49:22
**expand** [4] - 185:16,
188:10, 188:13,
189:1
**expanding** [1] -
188:21
**expect** [3] - 26:24,
81:6, 121:13
**expensive** [2] - 10:12,
11:6
**experience** [10] - 52:2,
97:2, 215:9, 264:18,
291:4, 291:6, 310:3,
344:19, 345:5,
345:18
**experienced** [3] -
7:19, 7:20, 7:21
**expert** [5] - 15:25,
50:5, 344:4, 345:15,
346:11
**expertise** [1] - 103:18
**explain** [10] - 19:6,
40:25, 145:17,
146:2, 146:21,
149:7, 151:24,
155:7, 214:18, 217:1
**explained** [3] - 69:18,
132:3, 156:20
**express** [1] - 159:13
**expressing** [1] -
159:15
**extend** [1] - 211:16

**extends** [1] - 146:6
**extensive** [2] - 143:23,
147:3
**extent** [2] - 237:16,
237:21
**extreme** [1] - 265:6
**extrinsic** [1] - 298:9
**eye** [2] - 87:8, 113:13
**eyes** [6] - 79:9,
150:24, 161:23,
162:1, 162:3, 162:5
**eyesight** [1] - 352:8

## F

**face** [7] - 32:1, 49:19,
255:15, 255:24,
321:8, 321:9, 321:18
**facial** [1] - 31:19
**fact** [24] - 11:22,
28:18, 61:9, 149:14,
153:3, 159:15,
163:1, 174:15,
206:4, 243:11,
261:17, 261:25,
263:23, 271:16,
275:3, 277:23,
318:3, 318:22,
321:2, 328:20,
329:22, 335:24,
336:9, 341:14
**facts** [2] - 89:14,
109:14
**fair** [18] - 16:1, 31:12,
73:16, 98:8, 109:11,
132:17, 132:23,
148:22, 169:1,
169:16, 170:5,
185:6, 188:3,
259:11, 259:18,
262:6, 271:19,
273:19
**fairly** [3] - 24:7,
255:24, 315:5
**familiar** [4] - 91:24,
125:23, 303:25,
345:4
**family** [1] - 272:24
**famous** [1] - 336:2
**fantail** [1] - 275:14
**far** [30] - 71:21, 72:11,
77:15, 80:6, 80:8,
85:11, 88:21, 111:9,
153:11, 155:18,
156:1, 179:6,
179:20, 187:16,
188:10, 201:13,
201:23, 216:6,
252:16, 252:19,
277:20, 285:10,

306:24, 309:18,
309:19, 310:1,
310:4, 310:7, 342:10
**fast** [13] - 66:10,
66:12, 214:23,
218:17, 225:17,
244:19, 263:16,
292:21, 306:14,
312:4, 312:21,
325:24
**fast-forward** [1] -
244:19
**faster** [4] - 109:12,
215:11, 292:6, 292:7
**feasible** [2] - 252:15,
341:23
**Federal** [2] - 324:1,
353:22
**feed** [2] - 252:4
**feet** [57] - 24:1, 24:19,
24:21, 25:9, 28:21,
29:1, 29:7, 29:16,
29:19, 29:25, 30:4,
30:5, 30:16, 47:19,
48:8, 52:8, 52:15,
58:8, 60:25, 61:17,
61:24, 67:5, 78:12,
79:17, 79:19, 96:20,
104:14, 104:17,
112:14, 113:14,
113:24, 114:1,
114:3, 114:4,
155:25, 156:1,
160:8, 161:10,
161:11, 161:12,
171:13, 177:20,
178:6, 209:21,
211:13, 219:2,
225:14, 231:10,
262:21, 310:23,
312:10, 312:18,
312:19, 312:20,
315:25, 316:1
**felt** [7] - 35:15, 82:23,
82:25, 83:3, 116:16,
263:18, 284:7
**FERNANDO** [2] - 1:9,
2:8
**few** [9] - 62:22, 99:14,
105:13, 108:16,
111:23, 135:16,
154:13, 154:14,
276:9
**field** [45] - 57:8, 58:25,
59:25, 79:11, 79:12,
80:6, 80:8, 82:2,
82:21, 83:15, 84:15,
84:19, 85:11, 85:12,
86:5, 86:6, 86:8,
86:11, 89:7, 103:4,

103:8, 103:11,
110:12, 124:18,
125:9, 125:17,
138:19, 141:15,
149:10, 149:23,
162:13, 162:15,
164:5, 171:5, 171:6,
171:7, 171:11,
171:18, 177:18,
185:9, 185:13,
186:14, 186:19
**fields** [1] - 88:12
**fifteen** [2] - 7:8, 7:9
**fifth** [2] - 82:14, 99:14
**fighters** [1] - 124:4
**fighting** [1] - 81:8
**figure** [2] - 88:21,
91:16
**figured** [2] - 43:15,
232:8
**figures** [2] - 110:20,
110:22
**figuring** [1] - 54:11
**files** [1] - 38:23
**fill** [2] - 337:5, 337:9
**filled** [3] - 220:22,
241:9, 336:9
**film** [4] - 117:23,
118:25, 119:6, 182:7
**filmed** [2] - 181:12,
181:13
**filming** [2] - 181:16,
183:20
**filter's** [1] - 44:4
**filthy** [1] - 255:4
**finally** [4] - 222:16,
243:18, 247:22,
321:11
**fine** [2] - 148:3, 206:1
**finish** [2] - 17:12,
43:23
**finished** [2] - 36:19,
253:2
**finishing** [1] - 257:24
**fire** [3] - 265:4, 266:3,
290:9
**fired** [1] - 265:1
**first** [64] - 5:13, 5:21,
6:12, 6:24, 28:13,
28:25, 31:22, 46:6,
50:2, 50:11, 53:3,
66:2, 68:20, 70:8,
79:8, 82:13, 96:3,
96:5, 99:25, 109:5,
120:24, 129:21,
129:24, 130:12,
131:4, 131:5, 147:5,
154:9, 154:11,
166:11, 166:14,
168:5, 169:6,

169:10, 171:16,
194:9, 208:12,
208:13, 224:15,
224:16, 231:15,
231:16, 233:3,
233:6, 233:10,
249:9, 259:8,
259:16, 265:12,
282:2, 291:19,
297:16, 297:24,
336:23, 341:18,
341:20, 346:11,
348:16, 349:16,
352:2, 352:3
**fish** [3] - 308:11,
308:14, 308:15
**fisherman** [3] - 96:17,
129:24, 308:12
**fishermans** [1] -
335:19
**fishermen** [1] - 26:7
**fishing** [35] - 25:4,
25:6, 25:8, 25:9,
25:15, 25:16, 26:5,
26:6, 26:23, 27:11,
27:12, 29:19, 29:22,
30:22, 97:3, 98:10,
100:6, 100:8,
100:11, 100:16,
100:17, 101:3,
112:19, 113:2,
129:14, 130:13,
251:2, 251:3, 322:7,
334:15, 334:23,
340:11, 340:21
**fit** [1] - 185:10
**five** [47] - 8:21, 8:24,
9:2, 14:13, 34:11,
34:18, 34:21, 40:14,
45:3, 45:4, 45:5,
57:3, 57:4, 57:6,
57:19, 57:21, 57:24,
60:6, 61:23, 65:2,
66:21, 67:11, 67:12,
88:5, 88:8, 90:14,
93:5, 128:14,
128:17, 140:13,
140:16, 142:23,
143:17, 176:22,
191:6, 206:14,
206:15, 214:25,
221:6, 259:6,
289:12, 293:3,
310:3, 312:17
**FIVE** [1] - 93:9
**flag** [3] - 233:20,
246:25, 264:2
**flare** [1] - 253:3
**flashing** [1] - 264:3
**flashlights** [1] -

250:23
**fleeing** [4] - 137:19,
266:9, 340:3, 340:11
**fleet** [1] - 210:2
**flew** [10] - 18:23,
103:8, 113:14,
149:10, 150:6,
153:17, 153:19,
159:6, 161:9, 175:16
**flies** [2] - 94:19,
167:19
**flight** [18] - 16:11,
18:6, 18:9, 20:21,
36:12, 45:4, 50:7,
110:9, 128:22,
132:7, 145:5, 145:6,
145:21, 145:24,
161:16, 194:11,
195:4, 197:2
**flights** [5] - 7:1, 144:1,
144:7, 144:10,
144:11
**floatation** [2] - 195:1,
221:11
**floating** [5] - 25:21,
25:23, 25:24,
125:10, 135:7
**floor** [1] - 30:7
**FLORIDA** [1] - 1:1
**Florida** [8] - 1:4, 1:23,
2:18, 143:2, 143:3,
273:21, 344:17,
353:24
**flown** [1] - 132:4
**fluids** [1] - 242:16
**fly** [25] - 11:7, 13:20,
13:24, 14:7, 14:8,
14:9, 14:12, 16:7,
18:19, 24:4, 95:22,
107:24, 145:9,
145:13, 147:10,
147:18, 147:22,
149:5, 149:12,
149:24, 150:15,
151:7, 201:10
**fly-out** [1] - 107:24
**flying** [32] - 7:7, 7:15,
14:20, 18:20, 19:17,
29:7, 29:12, 32:11,
33:16, 60:23, 61:24,
63:14, 67:5, 84:6,
84:9, 84:15, 86:8,
94:5, 94:12, 95:24,
102:7, 103:5,
108:19, 131:25,
133:10, 145:2,
145:8, 149:8,
155:23, 162:10,
200:2, 246:25
**flyover** [1] - 164:16

**focus** [7] - 44:21,
44:24, 48:12, 48:13,
186:2, 195:23, 255:9
**focused** [12] - 44:9,
59:4, 59:5, 59:13,
59:20, 59:21, 60:3,
60:5, 60:7, 196:2,
276:15
**focusing** [4] - 48:13,
82:18, 84:22, 188:7
**folder** [1] - 286:6
**folks** [1] - 177:18
**follow** [10] - 87:17,
88:1, 88:2, 88:3,
174:21, 175:12,
190:8, 216:24,
246:9, 337:3
**follow-up** [1] - 246:9
**followed** [4] - 103:4,
167:11, 171:2, 216:2
**following** [6] - 87:25,
117:1, 160:5, 160:7,
202:23, 217:13
**follows** [4] - 5:14,
123:19, 142:13,
207:13
**food** [12] - 30:19,
239:5, 242:3, 242:6,
242:8, 242:11,
251:24, 252:1,
269:19, 271:10,
338:11
**foot** [4] - 185:5,
225:21, 275:13,
335:5
**foot-and-a-half** [1] -
185:5
**footage** [19] - 34:4,
35:13, 36:24, 37:5,
40:16, 56:4, 60:18,
65:19, 66:2, 67:16,
132:18, 139:7,
181:6, 182:18,
220:24, 221:25,
261:24, 307:23,
342:14
**FOR** [8] - 1:20, 2:2,
2:4, 2:5, 2:7, 2:8,
2:10, 2:11
**force** [5] - 107:19,
150:9, 204:9,
204:11, 204:15
**Force** [1] - 335:8
**forces** [2] - 204:14,
204:24
**foregoing** [1] - 353:17
**foreign** [6] - 9:22,
10:7, 111:24, 112:9,
233:20
**forget** [1] - 166:7

**forgot** [2] - 84:3,
216:25
**form** [3] - 107:1,
177:11, 337:5
**formally** [1] - 142:21
**forms** [1] - 177:8
**Fort** [1] - 1:23
**forth** [8] - 98:22,
138:9, 186:12,
186:16, 196:18,
326:7, 326:8
**forthcoming** [1] -
234:8
**forward** [13] - 31:24,
66:4, 66:9, 75:1,
77:11, 77:12, 77:23,
234:22, 244:19,
268:17, 277:9,
283:21, 287:6
**forwarded** [9] -
286:18, 287:1,
287:3, 287:5, 288:6,
288:10, 288:11,
288:13, 288:18
**foundation** [1] -
121:13
**four** [19] - 8:15, 8:21,
8:24, 9:2, 22:13,
42:7, 57:15, 57:16,
108:4, 108:6,
140:10, 140:25,
208:8, 263:5,
312:17, 323:12,
344:8
**fourth** [1] - 99:13
**FPR** [2] - 2:16, 353:22
**frame** [4] - 22:9,
22:21, 75:9, 316:10
**FRANCIS** [1] - 1:20
**FRANCO** [3] - 1:10,
2:11, 4:16
**frankly** [1] - 279:1
**free** [2] - 53:20, 249:6
**freeze** [1] - 139:11
**frequency** [3] -
146:23, 147:1, 147:2
**friction** [1] - 141:13
**frisked** [1] - 249:9
**frog** [1] - 236:13
**front** [16] - 46:18,
47:7, 78:19, 152:3,
152:7, 161:13,
166:25, 194:15,
220:18, 222:24,
222:25, 270:21,
311:17, 326:20,
327:24, 352:21
**frustrated** [10] -
119:11, 119:22,
119:23, 120:9,

368

138:1, 159:11,
159:15, 163:14,
181:23, 182:2
**frustrating** [1] - 124:9
**frustration** [2] - 124:1,
159:13
**fuck** [1] - 123:23
**fucking** [1] - 123:23
**fuel** [29] - 129:25,
130:7, 273:24,
274:6, 274:7, 274:8,
274:14, 274:19,
283:23, 283:25,
284:1, 284:6, 284:9,
284:11, 284:20,
284:21, 301:2,
301:11, 301:15,
301:19, 302:8,
302:19, 302:20,
304:6, 306:1, 306:3,
306:20, 307:3,
331:25
**full** [9] - 38:6, 38:9,
142:5, 142:7,
154:23, 207:7,
248:24, 274:4, 274:5
**function** [1] - 187:7
**functional** [1] - 110:6
**functionality** [2] -
148:18, 148:19
**functioning** [4] - 90:1,
90:3, 90:5, 90:6
**functions** [2] - 11:25,
151:12
**future** [1] - 121:14
**fuzzy** [2] - 57:1, 58:15

## G

**GABRIEL** [2] - 1:7, 2:2
**Gabriel** [1] - 339:11
**gain** [1] - 7:18
**gaining** [2] - 218:17,
226:6
**galley** [1] - 195:5
**gallon** [2] - 274:2,
301:24
**gallons** [7] - 301:22,
302:10, 302:15,
302:20, 303:7,
305:7, 305:19
**gap** [6] - 65:25, 66:2,
66:3, 66:5, 66:6,
181:13
**gaps** [13] - 30:10,
34:8, 49:15, 53:11,
67:1, 135:16,
135:19, 181:8,
202:13, 203:1,
203:2, 203:4, 203:13

**GARCIA** [2] - 1:7, 2:2
**Garcia** [27] - 93:21,
234:25, 235:12,
236:12, 236:16,
238:8, 239:3, 240:5,
240:15, 241:23,
242:25, 244:22,
245:2, 246:4,
246:16, 268:16,
269:12, 272:7,
276:12, 276:16,
276:19, 277:9,
339:11, 347:13,
348:4, 348:12, 350:5
**GARCIA-SOLAR** [2] -
1:7, 2:2
**Garcia-Solar** [23] -
93:21, 234:25,
235:12, 236:12,
236:16, 238:8,
239:3, 240:5,
240:15, 241:23,
242:25, 244:22,
246:4, 268:16,
269:12, 272:7,
276:12, 276:16,
276:19, 277:9,
339:11, 347:13,
348:4
**Garcia-Solar's** [4] -
245:2, 246:16,
348:12, 350:5
**gargantuan** [1] -
84:20
**gas** [12] - 30:15,
30:17, 30:18, 92:24,
250:18, 278:8,
306:5, 318:1,
318:22, 318:23,
319:9
**gasoline** [12] - 241:9,
241:10, 241:11,
253:5, 253:8,
318:18, 332:4,
332:23, 336:5,
336:14, 338:19,
338:25
**gather** [7] - 9:22, 10:7,
192:9, 192:11,
193:7, 294:11, 295:5
**gathered** [6] - 294:1,
294:20, 294:25,
295:5, 295:7
**gear** [6] - 26:6, 26:23,
112:19, 113:2,
251:2, 251:3
**general** [1] - 339:25
**generally** [7] - 29:14,
29:22, 31:10, 95:13,
95:14, 95:16, 111:21

**generate** [1] - 173:11
**generated** [1] - 281:16
**gentleman** [5] - 255:2,
255:9, 255:17,
319:25, 321:3
**gentleman's** [1] -
326:11
**gentlemans** [1] -
328:21
**gentlemen** [21] - 5:6,
101:17, 103:12,
103:16, 103:20,
146:21, 149:7,
150:19, 206:14,
206:21, 291:6,
293:22, 295:14,
299:23, 300:3,
307:22, 317:19,
320:20, 320:21,
322:19, 353:1
**get-go** [2] - 6:24, 51:6
**gigabytes** [4] - 38:15,
38:17, 38:19, 39:2
**girl** [1] - 46:21
**given** [9] - 139:11,
150:9, 161:1, 161:8,
180:10, 186:2,
186:4, 189:1, 221:20
**glare** [1] - 209:18
**glass** [2] - 46:11,
48:14
**GLENDA** [2] - 2:16,
353:22
**GLENN** [1] - 2:2
**glint** [1] - 46:11
**glinting** [1] - 48:14,
72:22
**glints** [1] - 85:6
**gloves** [1] - 221:12
**goal** [1] - 29:11
**goatee** [1] - 255:22
**God** [2] - 142:2, 207:4
**goodness** [1] - 137:3
**Google** [1] - 38:11
**GoPro** [23] - 220:18,
220:20, 220:21,
220:24, 221:25,
223:25, 244:9,
260:16, 260:20,
261:10, 311:17,
311:19, 311:22,
311:23, 311:24,
328:15, 329:13,
342:3, 342:5, 342:9,
342:18
**GoPro's** [1] - 244:7
**GoPros** [6] - 260:22,
260:25, 261:1,
261:3, 285:1, 311:20
**Government** [31] -

6:1, 37:17, 38:14,
39:14, 39:24, 49:15,
53:17, 94:16, 122:3,
122:16, 141:22,
209:8, 212:22,
220:4, 222:9,
235:17, 245:10,
247:16, 247:17,
256:21, 260:15,
261:17, 285:23,
286:5, 286:15,
287:1, 287:4,
287:15, 289:25,
321:11, 347:8
**GOVERNMENT** [1] -
1:20
**GOVERNMENT'S** [2] -
3:3, 4:3
**Government's** [36] -
122:16, 122:18,
122:20, 208:24,
209:8, 209:13,
212:13, 212:22,
213:1, 219:9,
219:18, 219:24,
220:4, 220:7,
221:21, 222:13,
224:16, 230:20,
235:5, 235:10,
235:17, 235:21,
236:1, 236:14,
240:20, 248:13,
254:21, 256:9,
256:11, 256:14,
256:16, 256:21,
256:25, 257:5,
257:6, 257:13
**Governments** [1] -
257:19
**GPS** [5] - 140:22,
140:24, 148:8,
149:11
**GPS's** [1] - 140:25
**grab** [1] - 253:19
**grade** [1] - 207:25
**graduated** [3] - 143:8,
191:6, 208:5
**graduating** [1] -
208:11
**grant** [1] - 36:7
**granted** [1] - 266:2
**graph** [1] - 17:8
**gray** [9] - 91:9, 91:13,
91:14, 94:15, 94:16,
94:17, 212:6, 213:15
**great** [4] - 35:25,
57:23, 112:4, 315:18
**greater** [4] - 78:20,
78:21, 114:14,
128:14

**green** [2] - 91:6, 91:14
**Greenwich** [2] - 22:7,
22:8
**ground** [2] - 13:25,
267:22
**grounds** [1] - 237:15
**group** [5] - 222:20,
235:9, 235:11,
276:15, 276:19
**growing** [1] - 255:15
**Guard** [103] - 68:15,
70:4, 70:6, 70:18,
70:22, 71:6, 71:15,
72:2, 72:5, 72:12,
74:3, 74:16, 74:18,
74:20, 76:4, 77:20,
77:23, 79:8, 86:9,
86:12, 86:19, 88:15,
95:3, 95:5, 95:9,
95:13, 95:16, 95:19,
99:21, 101:18,
103:13, 103:20,
107:2, 113:18,
113:20, 114:23,
131:12, 136:25,
139:2, 160:19,
161:8, 162:20,
163:8, 164:4, 164:7,
164:8, 164:18,
164:24, 165:11,
165:18, 166:13,
204:17, 207:20,
207:23, 208:4,
208:12, 208:13,
208:17, 209:1,
209:2, 209:3, 209:4,
210:1, 210:4, 210:6,
210:16, 210:23,
211:3, 211:5, 216:6,
217:1, 217:9, 218:4,
224:13, 228:5,
228:10, 238:18,
242:24, 248:18,
253:23, 254:4,
257:14, 258:4,
262:16, 264:2,
277:6, 303:24,
323:13, 325:1,
325:4, 327:3,
329:15, 329:17,
331:18, 335:22,
335:24, 336:2,
336:3, 344:19,
345:5, 347:25
**Guard's** [2] - 210:17,
275:24
**Guatemala** [1] -
252:17
**guess** [28] - 9:25,
23:12, 27:23, 53:1,

58:15, 59:12, 95:6,
101:21, 102:9,
102:19, 103:5,
107:1, 111:4,
122:15, 174:14,
182:10, 263:12,
265:15, 269:8,
275:12, 292:17,
298:21, 302:19,
303:1, 313:3,
316:21, 320:24,
330:8
**guilt** [3] - 349:14,
350:17, 351:1
**gun** [3] - 15:15,
221:10, 267:22
**guns** [2] - 9:6, 78:4
**guy** [8] - 46:21, 55:11,
137:2, 267:21,
304:2, 309:17, 335:8
**guys** [29] - 22:14,
46:17, 104:6,
118:19, 118:20,
119:1, 123:5, 123:9,
130:23, 132:15,
150:14, 155:22,
164:19, 183:2,
183:19, 183:24,
203:21, 215:17,
217:11, 225:19,
260:17, 266:14,
268:1, 271:6, 285:1,
285:20, 289:19,
347:6

# H

**H-a-d-l-e-y** [1] -
207:10
**HADLEY** [2] - 3:17,
207:12
**Hadley** [17] - 206:25,
207:9, 207:16,
207:19, 208:24,
212:12, 219:17,
221:20, 238:4,
256:8, 276:7,
290:20, 290:23,
297:11, 298:14,
307:12, 336:21
**hailer** [1] - 263:11
**half** [10] - 23:22, 92:5,
92:19, 95:25, 97:15,
98:8, 112:14, 126:5,
185:5, 326:25
**Hamilton** [4] - 296:2,
296:7, 296:11,
298:18
**hammer** [1] - 15:4
**Hammer** [1] - 15:4

**hand** [7] - 40:25,
44:25, 45:2, 45:10,
113:18, 141:24,
207:1
**handed** [3] - 219:17,
235:4, 256:8
**handguns** [1] - 78:4
**handing** [1] - 208:24
**hands** [10] - 180:7,
185:5, 218:13,
218:16, 222:17,
227:25, 228:3,
228:19, 348:20
**hang** [2] - 224:23,
336:7
**hanging** [1] - 310:14
**happy** [4] - 320:24,
321:5, 321:10,
349:24
**hard** [26] - 28:21,
28:23, 36:22, 38:9,
46:18, 52:7, 64:19,
79:17, 79:18, 93:24,
110:24, 111:4,
111:6, 116:14,
135:25, 140:2,
140:3, 140:17,
151:19, 160:9,
164:13, 236:9,
257:6, 289:3,
293:16, 344:11
**harder** [1] - 75:5
**hardly** [1] - 287:13
**harm** [2] - 231:21,
231:25
**hat** [1] - 107:17
**hatches** [2] - 194:25,
195:2
**hats** [1] - 107:15
**Hawaii** [1] - 143:5
**hazard** [4] - 252:9,
274:23, 302:19,
306:12
**hazardous** [2] - 336:6,
336:10
**Haze** [2] - 44:1, 44:3
**haze** [2] - 44:4
**hazmat** [1] - 336:14
**head** [12] - 210:3,
216:21, 249:17,
274:17, 280:13,
299:9, 299:22,
301:23, 301:25,
309:17, 325:21,
325:23
**head-on** [1] - 216:21
**heading** [10] - 45:9,
215:20, 216:20,
216:21, 259:24,
259:25, 260:2,

260:3, 264:11, 351:6
**headquarters** [1] -
248:17
**heads** [2] - 58:2, 116:9
**headset** [2] - 118:11,
118:13
**headsets** [4] - 118:1,
118:3, 118:4, 123:17
**hear** [21] - 118:4,
121:2, 123:9,
123:10, 138:1,
142:19, 158:14,
164:22, 183:2,
197:5, 218:10,
227:11, 228:24,
237:7, 243:25,
244:2, 244:12,
248:17, 263:14,
316:25, 348:5
**heard** [10] - 121:10,
181:22, 197:1,
227:11, 227:20,
259:8, 263:17,
263:18, 351:2
**hearing** [1] - 18:15
**hearsay** [1] - 237:15
**heat** [20] - 116:24,
117:4, 125:21,
126:1, 126:8, 127:1,
141:4, 141:9,
141:11, 141:12,
141:13, 146:13,
168:24, 169:2,
169:17, 169:25,
170:1, 170:17,
170:20
**heavily** [1] - 280:20
**heavy** [2] - 147:21,
174:11
**height** [1] - 177:22
**held** [3] - 8:7, 40:7,
332:13
**helicopter's** [1] -
95:14
**hello** [4] - 193:2,
276:7, 276:8
**helm** [1] - 334:14
**helmet** [1] - 261:5
**helmet-mounted** [1] -
261:5
**helmets** [1] - 261:3
**helmsman** [1] -
208:18
**helmut** [1] - 221:12
**help** [9] - 18:3, 124:17,
142:2, 159:6, 207:4,
254:2, 254:5,
271:15, 286:19
**helped** [6] - 272:12,
286:15, 287:14,

287:17, 288:10,
289:25
**helpful** [6] - 282:11,
288:20, 288:24,
290:5, 344:12,
352:21
**helps** [1] - 271:5
**hereby** [1] - 353:17
**Hi** [1] - 207:19
**hi** [1] - 190:17
**hidden** [2] - 161:6,
319:18
**hide** [1] - 124:9
**hiding** [7] - 50:14,
50:17, 50:20, 51:16,
115:21, 116:16,
116:20
**Higgins** [30] - 228:14,
230:11, 230:23,
232:16, 235:4,
236:6, 248:8, 249:4,
249:15, 250:14,
256:12, 256:15,
256:17, 257:22,
258:2, 275:4,
283:22, 284:3,
285:14, 290:15,
290:21, 303:10,
303:11, 309:3,
309:12, 313:22,
316:24, 317:3,
317:14
**high** [32] - 9:23, 10:23,
12:1, 24:4, 24:15,
28:16, 58:6, 58:7,
60:23, 78:11, 97:20,
115:19, 130:8,
139:15, 143:8,
155:22, 191:6,
205:17, 206:5,
209:21, 215:6,
215:8, 216:23,
217:5, 224:1,
252:24, 260:17,
270:13, 306:22,
306:23, 340:2,
351:24
**high-definition** [1] -
12:1
**higher** [1] - 144:5
**highest** [1] - 7:3
**highlights** [7] -
121:18, 131:7,
135:22, 137:25,
181:19, 181:22,
182:23
**highly** [4] - 10:10,
11:5, 106:7, 127:17
**himself** [2] - 238:11,
268:22

**hit** [1] - 60:17
**hits** [1] - 146:24
**hitting** [1] - 46:11
**hold** [5] - 27:13,
65:18, 225:21, 311:6
**holding** [2] - 68:2,
225:19
**holds** [1] - 245:12
**holster** [1] - 267:18
**holstered** [1] - 232:15
**Home** [1] - 38:3
**home** [1] - 210:7
**hone** [2] - 26:2, 71:25
**honest** [1] - 274:8
**honestly** [2] - 173:18,
292:25
**Honor** [89] - 10:19,
10:20, 11:12, 11:13,
21:15, 27:14, 35:18,
39:7, 42:8, 42:14,
49:16, 51:12, 53:16,
59:15, 83:21, 85:1,
85:22, 89:13, 90:22,
93:2, 101:8, 106:24,
109:14, 121:6,
121:9, 121:12,
121:16, 122:3,
122:4, 122:15,
127:9, 141:17,
141:18, 185:22,
185:25, 187:2,
192:1, 196:9,
208:21, 209:7,
209:14, 211:19,
212:10, 212:21,
219:14, 220:3,
221:17, 222:8,
223:22, 224:17,
234:13, 235:1,
235:16, 235:23,
237:3, 237:5,
237:20, 237:24,
240:11, 246:5,
254:15, 256:4,
256:20, 257:2,
258:12, 258:14,
275:19, 279:12,
283:7, 288:21,
296:18, 297:1,
297:7, 297:17,
297:21, 302:3,
304:23, 314:2,
314:20, 315:8,
315:16, 318:25,
321:12, 329:25,
330:14, 344:3,
346:10, 350:10,
352:23
**HONORABLE** [1] -
1:15

**hook** [1] - 308:16
**horizon** [24] - 45:6,
80:11, 80:12, 187:9,
213:23, 213:24,
214:1, 214:5,
214:10, 214:16,
214:19, 215:6,
215:13, 217:14,
221:2, 225:20,
240:22, 241:17,
244:7, 244:10,
244:13, 251:17,
325:12, 342:18
**horizons** [3] - 249:17,
250:1, 310:21
**horsepower** [6] - 31:2,
31:14, 98:5, 325:20,
325:22, 334:9
**hot** [9] - 44:11, 44:12,
44:15, 44:16, 44:18,
126:2, 146:13,
170:12
**hour** [25] - 17:10,
48:10, 74:13, 86:25,
87:1, 88:17, 88:20,
92:4, 92:14, 109:6,
109:9, 109:21,
109:24, 110:14,
110:15, 110:16,
110:19, 116:3,
137:23, 139:22,
154:23, 173:21,
174:4, 306:7
**hour-long** [1] - 154:23
**hours** [63] - 7:10, 7:11,
7:16, 7:18, 13:22,
13:23, 13:24, 22:13,
22:15, 22:20, 22:21,
22:23, 22:24, 22:25,
23:1, 23:2, 23:3,
23:4, 23:10, 23:22,
42:7, 42:12, 43:12,
55:8, 92:5, 92:8,
92:17, 92:19, 110:5,
132:4, 132:5,
132:18, 132:24,
135:23, 143:6,
144:25, 158:5,
174:5, 180:25,
182:2, 183:3,
183:13, 183:20,
186:21, 195:17,
195:18, 201:10,
224:14, 243:21,
251:21, 259:11,
282:14, 282:19,
313:7, 313:8,
313:11, 322:6,
337:25, 338:9,
338:14, 338:24

**houses** [1] - 295:11
**huddle** [2] - 184:1,
184:7
**huge** [1] - 255:4
**hull** [12] - 212:6,
212:8, 213:13,
213:15, 283:2,
325:14, 329:3,
343:21, 345:9,
345:12, 346:1, 347:3
**human** [4] - 15:12,
15:19, 15:22, 15:23
**hundred** [13] - 178:4,
178:5, 178:6,
178:10, 178:13,
178:21, 186:6,
187:12, 187:25,
188:22, 189:1,
262:20
**hundred-plus** [1] -
178:13
**hundreds** [14] -
132:18, 132:23,
156:7, 177:23,
178:3, 178:20,
178:25, 179:3,
179:8, 179:13,
179:14, 189:8,
334:20
**hunt** [1] - 9:15
**hurt** [2] - 208:20,
312:22

---

## I

**ID** [1] - 287:19
**ID'g** [1] - 289:25
**idea** [13] - 19:3, 29:6,
29:7, 51:1, 61:7,
72:11, 80:22, 86:20,
175:16, 190:6,
307:3, 321:16,
322:15
**identification** [14] -
208:25, 209:8,
219:18, 219:24,
233:5, 233:19,
233:22, 234:2,
234:4, 246:20,
256:22, 272:20,
287:6, 287:19
**identifications** [1] -
289:15
**identified** [1] - 281:6
**identifiers** [1] - 70:8
**identify** [2] - 289:3,
289:19
**identifying** [3] -
287:13, 287:15,
344:12

**II** [11] - 71:8, 213:10,
213:11, 213:13,
213:21, 262:14,
275:5, 311:14,
312:11, 315:24,
316:10
**illegal** [1] - 267:8
**illicit** [10] - 15:7, 15:9,
15:12, 15:15, 21:5,
26:21, 26:25,
100:22, 101:2,
129:10
**image** [3] - 117:7,
141:7, 211:14
**imagery** [1] - 66:15
**images** [1] - 50:9
**imagine** [1] - 188:21
**Imlah** [5] - 5:19, 145:3,
145:5, 194:7, 194:9
**IMLAH** [2] - 3:5, 5:14
**immediate** [1] -
268:14
**immediately** [7] -
140:18, 143:7,
216:13, 218:5,
223:1, 352:10, 353:6
**impeach** [1] - 298:8
**impeachment** [1] -
319:1
**important** [41] - 12:1,
12:3, 12:14, 12:16,
12:18, 20:9, 20:11,
35:6, 35:16, 37:23,
38:1, 39:1, 49:20,
55:10, 76:2, 135:22,
147:20, 158:13,
158:14, 160:17,
160:18, 160:20,
183:12, 183:18,
183:22, 190:3,
192:21, 193:5,
193:7, 205:7, 230:3,
277:23, 279:3,
279:22, 318:3,
322:9, 322:10,
324:15, 327:20,
329:7, 345:2
**improper** [1] - 318:25
**in-flight** [3] - 145:24,
161:16, 195:4
**inappropriate** [2] -
90:2, 124:8
**inch** [2] - 126:10,
249:2
**inches** [3] - 185:6,
185:7, 185:8
**incident** [2] - 13:3,
102:17
**include** [3] - 343:10,
344:11, 351:7

**included** [5] - 35:1,
35:4, 131:3, 250:7,
330:21
**includes** [2] - 97:6,
248:25
**including** [4] - 194:25,
210:9, 221:4, 286:23
**independent** [2] -
141:1, 279:6
**indicate** [2] - 68:1,
271:14
**indicated** [8] - 113:2,
113:8, 114:20,
153:6, 158:21,
273:8, 323:12,
335:21
**indicates** [1] - 133:2
**indicating** [2] -
105:16, 217:16
**indicating)** [1] - 185:4
**indication** [5] - 61:10,
97:19, 113:21,
129:24, 130:10
**indications** [2] -
26:20, 129:9
**indicator** [2] - 113:4,
113:12
**indicators** [5] -
100:13, 112:21,
112:22, 113:3, 113:8
**individual** [3] - 141:6,
257:19, 320:23
**individuals** [16] -
29:12, 99:8, 100:4,
108:20, 139:16,
141:5, 170:18,
243:11, 269:13,
269:25, 271:13,
279:2, 279:3,
282:18, 287:18,
351:16
**inertials** [1] - 140:25
**inexpensive** [1] -
198:23
**inflatable** [4] - 212:8,
213:13, 325:9,
325:13
**inflatable's** [1] -
325:22
**inflatables** [1] -
331:16
**information** [60] -
19:3, 19:4, 19:5,
21:7, 32:17, 38:22,
43:1, 107:20, 133:5,
133:17, 138:13,
141:14, 149:3,
149:15, 160:11,
163:20, 183:8,
185:20, 186:25,

**192:11, 192:12,
198:1, 205:4, 205:7,
205:11, 205:14,
205:16, 205:18,
234:8, 241:23,
243:4, 243:5, 243:7,
243:19, 246:2,
246:7, 246:13,
246:20, 247:2,
247:15, 267:7,
268:25, 269:2,
272:22, 281:19,
282:11, 285:25,
287:8, 287:9,
287:13, 288:6,
288:9, 288:16,
288:18, 289:4,
337:13, 344:11,
345:2, 350:3, 350:15
**informed** [2] - 282:23,
282:25
**infrared** [28] - 30:9,
44:6, 44:12, 44:13,
44:14, 65:9, 86:2,
126:2, 126:4,
126:24, 126:25,
127:2, 132:12,
133:23, 141:4,
141:6, 141:7,
146:11, 168:21,
168:24, 169:14,
169:20, 169:24,
170:6, 170:17,
199:12, 199:16,
199:17
**initial** [17] - 23:14,
23:17, 46:8, 50:15,
79:8, 97:19, 102:5,
112:24, 116:19,
130:10, 154:12,
231:17, 265:19,
276:14, 276:23,
340:22
**initials** [2] - 222:4
**initiate** [3] - 167:6,
167:12, 180:3
**injured** [1] - 10:6
**innocence** [2] -
349:14, 350:18,
351:1
**innocent** [1] - 206:5
**inquired** [1] - 349:18
**inquiry** [1] - 49:9
**inside** [28] - 26:10,
26:14, 26:16, 117:5,
126:13, 155:6,
196:18, 196:19,
241:3, 257:8, 283:1,
285:6, 285:11,
285:15, 285:16,**

320:11, 328:7,
328:24, 329:1,
329:3, 329:4,
329:10, 329:12,
331:6, 336:5,
345:12, 347:3
**insignia** [4] - 94:13,
94:19, 95:16, 95:21
**inspected** [2] -
346:19, 346:21
**inspecting** [1] -
340:18
**instance** [3] - 9:25,
126:3, 192:19
**instances** [1] - 111:22
**instead** [2] - 161:2,
302:25
**institution** [1] - 323:16
**instruct** [1] - 218:15
**instructed** [3] -
214:15, 222:20,
253:18
**instructing** [1] - 229:2
**instructions** [6] -
21:1, 21:3, 230:2,
253:14, 291:2, 353:3
**instructor** [1] - 7:2
**instructors** [1] - 7:4
**intelligence** [22] -
9:22, 10:7, 11:23,
11:25, 12:19, 34:13,
35:8, 35:15, 35:19,
37:24, 38:22, 39:2,
192:13, 192:24,
193:4, 193:22,
196:4, 204:3, 204:6,
205:2, 205:5, 206:9
**intensive** [1] - 120:23
**intent** [1] - 230:7
**intention** [2] - 237:18,
237:19
**intentionally** [1] -
196:24
**interact** [1] - 258:5
**interacting** [2] - 161:1,
244:22
**interaction** [1] -
347:12
**interagency** [1] -
107:19
**intercept** [20] - 70:4,
70:6, 70:18, 70:23,
71:15, 72:25, 73:2,
73:3, 74:7, 131:13,
136:13, 136:23,
137:1, 138:25,
160:19, 214:15,
215:17, 259:9,
341:19, 341:20
**intercepted** [6] -

137:20, 139:24,
220:12, 289:8,
291:20, 291:22
**intercepting** [2] -
161:8, 291:17
**interception** [1] -
292:19
**intercepts** [3] -
341:15, 341:16,
341:24
**interdict** [4] - 219:7,
279:19, 279:25,
280:6
**interdicted** [10] -
109:23, 112:3,
159:23, 164:3,
164:24, 165:8,
165:18, 220:12,
280:4, 310:13
**interdiction** [11] -
95:2, 106:23,
107:16, 110:12,
114:23, 163:2,
175:18, 200:5,
205:17, 219:10,
220:1
**interest** [108] - 20:15,
20:16, 21:7, 23:12,
23:13, 27:21, 27:22,
27:23, 27:25, 28:1,
28:3, 28:5, 28:10,
28:13, 28:25, 29:6,
29:12, 29:17, 31:23,
32:6, 46:7, 55:12,
70:4, 70:21, 88:5,
88:7, 91:10, 91:12,
92:11, 96:5, 117:23,
119:13, 128:6,
129:2, 129:20,
130:15, 136:12,
136:14, 136:24,
137:19, 139:4,
139:14, 139:22,
153:7, 153:8,
154:14, 156:9,
156:17, 157:3,
157:6, 158:21,
159:22, 160:18,
161:1, 162:7,
162:16, 162:17,
162:23, 162:24,
163:1, 163:7, 164:3,
166:18, 166:20,
169:6, 169:7,
170:22, 170:25,
174:19, 183:20,
203:20, 206:4,
214:11, 215:15,
215:18, 216:7,
216:9, 217:13,

218:17, 218:20,
219:5, 220:14,
221:3, 223:9,
226:13, 227:9,
230:10, 248:9,
251:18, 252:6,
259:9, 259:16,
259:24, 259:25,
260:5, 260:10,
261:14, 261:25,
262:3, 262:7,
262:11, 263:24,
264:7, 264:8,
266:23, 290:7, 290:8
**interested** [1] - 104:13
**interestingly** [1] -
83:14
**interface** [1] - 148:11
**interfacing** [2] - 133:8,
149:15
**interior** [3] - 332:15,
332:20, 347:3
**internal** [1] - 140:24
**international** [2] -
112:4, 150:21
**interpose** [1] - 240:6
**interpret** [4] - 189:12,
223:11, 277:7,
289:18
**interpretation** [1] -
270:11
**interpreted** [2] -
19:13, 352:5
**INTERPRETER** [2] -
51:12, 51:14
**interpreter** [17] -
221:6, 223:10,
229:2, 237:6, 237:7,
237:17, 237:22,
269:9, 272:8, 277:1,
277:6, 286:9, 289:1,
313:4, 316:22,
317:4, 321:24
**Interpreters** [1] - 5:3
**interpreting** [1] -
223:13
**interrupt** [1] - 51:14
**interview** [1] - 236:17
**interviewing** [1] -
241:22
**intimidate** [1] - 113:15
**introduce** [2] - 142:21,
207:16
**introduced** [1] - 326:5
**inventoried** [2] -
288:3, 288:5
**inventory** [3] - 281:18,
296:11, 341:14
**investigate** [8] - 27:1,
151:22, 151:23,

153:9, 154:9,
154:11, 175:18,
203:19
**investigation** [6] -
46:9, 128:4, 128:20,
131:10, 151:9, 279:7
**investigations** [1] -
158:9
**Invoice** [1] - 297:13
**involved** [8] - 14:25,
26:21, 26:25,
112:23, 129:10,
267:8, 269:21,
269:24
**ION** [7] - 250:9,
250:11, 258:2,
278:16, 279:4,
342:22, 342:25
**irrelevant** [1] - 340:4
**is...** [1] - 297:8
**is...and** [1] - 273:19
**isolate** [1] - 222:21
**ISRAEL** [1] - 2:11
**issue** [4] - 112:2,
187:9, 217:24, 237:9
**issued** [2] - 311:19,
342:6
**issues** [7] - 36:9, 53:5,
111:24, 186:1,
191:24, 200:5,
311:20
**it'd** [4] - 22:19, 322:12,
338:16, 338:17
**it'll** [3] - 33:10, 185:1,
296:14
**item** [5] - 33:11, 126:3,
126:19, 148:5,
279:19
**items** [10] - 101:22,
109:8, 109:11,
109:20, 279:10,
319:24, 320:4,
323:3, 351:2, 351:7
**itself** [10] - 68:1,
112:11, 120:15,
167:11, 185:2,
238:13, 244:15,
284:9, 301:17,
336:14

---

## J

**jackets** [1] - 249:10
**Jacksonville** [2] -
143:3, 143:4
**Jacob's** [1] - 340:15
**JAMES** [2] - 3:5, 5:14
**James** [1] - 145:3
**January** [2] - 144:25,

353:21
**Japanese** [1] - 289:14
**jersey** [1] - 255:2
**jettison** [24] - 32:10,
101:22, 136:22,
137:20, 139:24,
149:10, 149:22,
154:1, 162:10,
162:13, 162:15,
162:21, 164:5,
164:9, 164:20,
164:23, 164:25,
165:7, 165:9,
165:10, 165:12,
170:21, 171:11
**jettison's** [1] - 165:6
**jettisoned** [11] - 33:14,
104:2, 138:22,
139:3, 159:21,
160:6, 165:16,
294:5, 307:15,
351:16
**jettisoning** [3] -
139:18, 156:24,
171:17
**JIATF** [16] - 61:5,
84:16, 107:17,
107:19, 111:14,
150:12, 150:13,
150:14, 195:24,
201:5, 203:21,
204:12, 204:13,
204:23, 205:21
**job** [15] - 6:19, 13:25,
35:9, 85:24, 107:18,
108:19, 117:23,
120:9, 143:14,
143:16, 143:17,
198:6, 207:22,
208:3, 294:11
**jobs** [2] - 38:24,
335:21
**JODI** [1] - 1:20
**joining** [1] - 303:24
**Jose** [2] - 117:16,
180:22
**JOSE** [8] - 1:9, 1:9,
1:10, 2:4, 2:7, 2:8,
2:11
**JOSEPH** [1] - 2:5
**joy** [3] - 68:2, 68:6,
155:6
**Juan** [3] - 117:16,
180:21, 290:15
**JUAN** [1] - 2:7
**Judge** [19] - 48:17,
53:1, 53:4, 53:11,
54:1, 54:12, 81:14,
85:3, 93:9, 105:3,
122:19, 128:9,

180:12, 270:18, 276:3, 314:11, 333:19, 349:16, 350:21

**JUDGE** [1] - 1:15

**judge** [9] - 49:10, 53:3, 76:10, 110:25, 111:6, 190:11, 193:15, 297:25, 318:19

**judgment** [1] - 340:16

**July** [2] - 1:5, 12:25

**jump** [1] - 103:3

**jumping** [1] - 230:4

**juncture** [2] - 39:7, 54:14

**junior** [1] - 207:25

**jurisdiction** [9] - 233:4, 233:11, 233:14, 236:17, 247:20, 248:22, 265:22, 265:25, 282:13

**jurisdictional** [1] - 268:10

**JUROR** [1] - 93:9

**JURY** [2] - 1:13, 123:11

**jury** [58] - 5:5, 22:4, 41:4, 48:19, 48:22, 49:20, 49:21, 53:14, 53:17, 53:18, 53:21, 77:11, 90:18, 93:12, 93:14, 105:14, 107:11, 132:3, 142:19, 145:7, 146:2, 146:22, 149:8, 150:19, 153:18, 183:18, 184:19, 197:1, 197:5, 206:18, 206:20, 207:17, 209:17, 209:19, 214:18, 215:17, 217:2, 220:17, 221:2, 226:17, 231:5, 236:11, 237:8, 237:12, 258:18, 258:22, 285:22, 297:18, 324:19, 327:12, 327:18, 327:19, 329:8, 330:7, 344:1, 350:20, 353:10

**jury's** [1] - 53:25

## K

**keep** [36] - 20:8, 20:18, 20:20, 20:21,

26:2, 34:15, 38:1, 39:4, 39:5, 41:10, 41:14, 41:20, 60:14, 75:22, 78:22, 79:9, 88:25, 101:12, 108:25, 113:13, 131:16, 131:22, 138:8, 142:18, 144:16, 156:9, 161:23, 162:1, 173:8, 183:24, 204:11, 213:14, 222:17, 296:8, 315:19

**keeping** [5] - 92:24, 162:6, 252:15, 290:7, 290:8

**keeps** [3] - 38:11, 90:7, 163:12

**kept** [8] - 20:23, 38:11, 61:2, 82:23, 101:10, 101:12, 109:3

**Key** [10] - 1:4, 91:21, 91:24, 91:25, 111:8, 111:16, 111:18, 279:24, 280:6, 280:7

**keyboard** [1] - 155:9

**Keys** [1] - 92:1

**kill** [1] - 9:15

**kilograms** [1] - 119:17

**kind** [35] - 8:20, 36:5, 38:25, 46:18, 71:4, 79:9, 85:15, 86:17, 94:17, 97:1, 97:2, 99:15, 99:17, 102:7, 145:12, 146:8, 147:8, 151:20, 152:2, 155:9, 160:9, 167:21, 173:14, 176:7, 185:20, 222:21, 242:8, 282:10, 283:4, 283:5, 284:24, 306:20, 313:9, 344:11, 348:20

**kit** [1] - 285:5

**knife** [7] - 232:3, 265:24, 278:12, 308:9, 308:10, 308:13

**knives** [1] - 308:11

**knot** [1] - 130:18

**knots** [26] - 55:25, 59:23, 64:1, 65:16, 66:13, 109:6, 109:9, 109:20, 109:24, 110:14, 111:2, 111:7, 116:22, 129:23, 129:25, 153:13, 214:24,

214:25, 215:10, 218:19, 306:10, 306:11, 306:15, 306:16, 306:20, 310:25

**know...** [1] - 128:15

**knowing** [3] - 52:2, 149:16, 162:24

**knowledge** [12] - 35:20, 102:24, 103:15, 111:19, 136:15, 144:17, 263:8, 293:19, 296:21, 296:25, 307:25, 345:16

**known** [3] - 217:4, 333:11

**knows** [3] - 33:2, 302:14, 342:11

**KYLE** [3] - 3:17, 207:9, 207:12

**Kyle** [2] - 207:9, 207:19

## L

**l's** [1] - 15:2

**L-stat** [1] - 145:23

**label** [1] - 330:16

**labor** [1] - 120:23

**labor-intensive** [1] - 120:23

**lack** [3] - 71:10, 157:2, 203:2

**ladders** [2] - 340:14, 340:15

**ladies** [7] - 5:6, 146:21, 149:7, 150:19, 206:14, 206:21, 353:1

**laid** [2] - 121:13, 237:16

**land** [6] - 10:4, 77:8, 136:7, 243:6, 247:16, 306:24

**land-based** [1] - 243:6

**landed** [1] - 92:16

**lane** [5] - 106:8, 217:5, 280:19, 280:20, 280:21

**lanes** [2] - 127:19, 127:20

**language** [5] - 32:22, 240:12, 286:4, 348:14, 348:17

**lapse** [3] - 56:23, 81:22, 82:1

**laptop** [1] - 53:18

**large** [16] - 24:13, 25:3, 25:12, 25:17,

106:1, 125:11, 126:14, 130:5, 188:19, 232:3, 241:9, 242:11, 242:14, 262:16

**larger** [1] - 151:20

**largest** [1] - 186:19

**last** [20] - 10:18, 17:19, 59:3, 90:16, 107:24, 144:18, 158:14, 159:20, 166:7, 166:10, 233:16, 239:20, 239:25, 242:16, 248:14, 253:19, 288:16, 310:3, 317:18, 320:18

**lastly** [1] - 204:2

**lat/long** [3] - 32:14, 33:2, 141:2

**lat/longs** [1] - 148:12

**late** [1] - 173:17

**lateral** [1] - 61:22

**latitude** [11] - 32:15, 33:6, 33:9, 33:16, 89:23, 133:16, 138:17, 138:21, 148:5, 148:24, 149:14

**Lauderdale** [1] - 1:23

**launched** [3] - 214:19, 241:17, 259:23

**law** [55] - 95:1, 107:2, 107:14, 175:24, 176:2, 191:19, 192:6, 192:7, 192:13, 192:17, 193:9, 193:12, 193:19, 193:22, 194:2, 196:6, 200:8, 200:15, 204:22, 207:22, 208:2, 210:25, 211:6, 217:20, 230:4, 233:2, 248:24, 251:6, 257:24, 263:20, 267:10, 277:15, 277:18, 277:20, 279:6, 281:3, 283:14, 309:16, 309:17, 318:5, 318:7, 318:10, 322:12, 323:18, 323:23, 324:6, 325:3, 331:23, 340:17, 344:4, 345:1, 346:7, 347:1, 347:4, 351:10

**Law** [3] - 210:10, 210:11, 324:1

**laws** [2] - 346:7, 346:12

**lay** [3] - 120:3, 123:20, 163:14

**laying** [2] - 115:22, 164:14

**lead** [7] - 290:25, 291:5, 291:9, 291:13, 294:13, 300:11, 300:13

**leading** [11] - 129:17, 130:25, 132:20, 137:5, 137:21, 149:19, 163:4, 203:10, 204:18, 204:19, 302:13

**learn** [4] - 143:2, 143:25, 238:7

**learning** [1] - 147:6

**least** [11] - 7:19, 29:17, 57:15, 67:11, 94:10, 189:18, 267:25, 272:7, 316:3, 321:5, 344:2

**leave** [5] - 21:9, 156:15, 232:19, 252:10, 335:4

**leaving** [1] - 182:25

**led** [1] - 210:25

**LED** [1] - 185:2

**left** [39] - 22:1, 23:5, 24:23, 39:16, 39:17, 39:18, 39:20, 39:22, 40:25, 41:4, 41:5, 43:9, 43:10, 44:25, 45:2, 45:10, 70:18, 80:19, 173:15, 173:20, 173:23, 195:9, 195:13, 213:17, 224:13, 226:19, 228:11, 232:20, 236:12, 240:3, 240:4, 240:15, 240:18, 249:20, 257:19, 264:9, 271:11, 290:9

**left-hand** [4] - 40:25, 44:25, 45:2, 45:10

**leg** [1] - 231:12

**legal** [4] - 271:1, 271:2, 326:24, 350:22

**legal-size** [1] - 326:24

**length** [12] - 44:9, 44:24, 104:24, 105:1, 144:3, 158:4, 158:10, 198:21, 212:1, 231:10, 333:24, 350:2

**length-wise** [1] -

231:10

**lengths** [1] - 105:2
**lens** [5] - 69:11, 70:3, 70:16, 168:22, 175:6
**lenses** [5] - 69:10, 132:14, 133:19, 144:13, 168:21
**less** [13] - 7:10, 14:10, 38:14, 76:2, 91:22, 116:7, 186:10, 188:4, 292:7, 292:18, 316:3, 316:4, 326:24
**letter** [2] - 270:13, 343:22
**lettered** [1] - 270:14
**level** [5] - 7:3, 24:4, 45:3, 45:5, 277:7
**license** [2] - 134:15, 134:16
**licenses** [1] - 287:21
**life** [7] - 49:21, 85:24, 189:18, 202:6, 249:10, 251:4, 278:23
**light** [3] - 217:21, 227:16, 264:2
**lighten** [1] - 268:6
**lighter** [3] - 109:13, 292:6
**lighting** [1] - 57:23
**lights** [9] - 40:9, 90:11, 217:22, 224:17, 227:15, 256:6, 352:10, 352:14, 352:16
**likely** [12] - 30:11, 50:14, 50:23, 55:21, 64:22, 70:12, 75:25, 102:2, 106:1, 135:10, 135:11, 141:8
**likewise** [1] - 319:13
**limited** [4] - 127:24, 191:15, 210:9, 242:5
**limits** [1] - 161:21
**line** [8] - 27:18, 44:22, 63:23, 63:24, 185:23, 234:14, 298:10, 308:16
**lines** [1] - 45:8
**liquid** [1] - 104:9
**list** [1] - 279:10
**listed** [1] - 299:12
**listened** [1] - 33:17
**lit** [1] - 253:3
**liters** [11] - 250:22, 274:3, 301:9, 301:21, 301:24, 304:21, 305:19,

305:20, 305:21, 306:5, 306:7
**live** [2] - 132:18, 273:20
**lived** [1] - 272:23
**Living** [1] - 210:10
**load** [2] - 18:5, 63:2
**load-sharing** [1] - 63:2
**loaded** [2] - 33:8, 133:4
**local** [1] - 22:25
**locate** [3] - 63:20, 82:21, 103:13, 117:23, 120:10, 120:11, 120:13, 120:14, 124:18, 125:9, 125:15, 141:15, 181:23
**located** [6] - 17:22, 82:17, 83:15, 91:10, 91:12, 103:15
**locating** [2] - 17:16, 120:21
**location** [7] - 19:15, 41:17, 115:1, 139:3, 149:24, 322:25, 345:23
**locations** [1] - 250:9
**lock** [5] - 156:9, 156:12, 156:14, 167:6, 167:21
**lock-on** [2] - 167:6, 167:21
**locked** [7] - 156:9, 157:2, 162:17, 165:15, 166:19, 167:15, 312:10
**locking** [1] - 167:4
**locks** [1] - 167:18
**log** [14] - 20:8, 20:18, 20:21, 20:22, 28:18, 28:20, 50:7, 52:11, 108:3, 160:11, 171:9, 179:18, 181:8, 282:10
**logged** [1] - 97:21
**logs** [15] - 25:24, 58:11, 62:19, 64:8, 64:9, 97:19, 104:17, 172:18, 184:5, 184:6, 188:18, 189:2, 205:2, 296:8, 296:9
**long-sleeved** [1] - 255:18
**longitude** [11] - 32:15, 33:7, 33:9, 33:16, 89:24, 133:16, 138:17, 138:21,

148:6, 148:24, 149:14
**look** [75] - 13:21, 15:7, 21:13, 26:4, 28:5, 28:6, 28:7, 35:5, 35:7, 35:11, 35:25, 42:24, 50:7, 50:8, 64:19, 72:19, 84:12, 84:22, 85:8, 88:21, 96:14, 96:24, 97:13, 97:19, 97:22, 97:23, 100:21, 104:14, 108:3, 120:15, 120:18, 132:12, 132:14, 133:23, 134:15, 148:5, 152:6, 152:12, 155:6, 169:5, 169:13, 171:9, 175:16, 184:20, 194:20, 220:11, 245:21, 246:11, 246:13, 246:15, 254:23, 255:4, 255:17, 271:21, 285:22, 292:2, 299:20, 299:21, 302:2, 302:23, 302:24, 304:10, 307:5, 311:7, 318:16, 328:1, 329:5, 331:15, 332:5, 332:17, 332:19, 334:2, 339:16, 344:15
**looked** [30] - 10:18, 18:14, 24:24, 25:1, 28:4, 28:17, 85:16, 96:10, 132:17, 132:23, 153:21, 160:8, 168:5, 168:8, 168:10, 170:16, 182:5, 203:21, 206:4, 209:5, 212:19, 231:6, 235:14, 250:8, 289:6, 294:17, 294:19, 303:6, 348:20, 350:14
**looking** [49] - 30:7, 33:10, 44:8, 45:2, 45:4, 45:10, 45:12, 52:15, 65:10, 76:3, 83:14, 83:25, 84:4, 84:22, 86:11, 86:22, 87:6, 88:11, 88:23, 89:5, 89:7, 89:24, 100:10, 100:22, 106:17, 106:20, 129:5, 132:7, 134:3, 134:7, 140:22,

148:15, 151:2, 152:3, 159:3, 167:7, 167:8, 168:2, 195:6, 203:14, 239:18, 242:8, 270:2, 271:4, 272:2, 289:23, 309:22, 342:16
**lookouts** [1] - 208:19
**looks** [24] - 45:13, 46:17, 46:21, 47:4, 47:22, 58:15, 68:25, 69:7, 73:1, 73:25, 76:4, 85:19, 88:11, 91:18, 100:21, 125:11, 219:13, 221:25, 225:15, 244:14, 316:23, 317:1, 317:11, 321:5
**lose** [9] - 86:16, 136:13, 136:16, 137:11, 157:12, 165:10, 166:23, 188:9, 203:8
**loses** [1] - 62:15
**lost** [9] - 36:18, 36:20, 58:23, 64:12, 137:3, 137:9, 165:21, 166:14
**loud** [2] - 142:18, 263:11
**louder** [1] - 263:16
**lovely** [2] - 271:1, 271:2
**low** [6] - 10:23, 78:9, 161:18, 219:4, 227:9, 263:2
**lower** [16] - 29:2, 40:9, 52:5, 57:2, 61:4, 69:22, 73:17, 75:2, 75:4, 111:9, 161:10, 211:15, 211:16, 215:2, 215:3, 215:4
**lowering** [1] - 111:9
**Lucas** [4] - 330:8, 330:16, 343:13, 343:18
**LUCAS** [3] - 1:10, 2:11, 4:16
**Lucas'** [1] - 330:17
**LUCAS-FRANCO** [2] - 1:10, 2:11
**lunch** [1] - 206:16
**lunched** [1] - 259:12
**luncheon** [1] - 206:19

# M

**M16** [4] - 309:8, 309:9, 309:10, 309:11
**M16s** [1] - 309:13

**M4** [1] - 309:7
**M4s** [1] - 309:1
**ma'am** [95] - 16:5, 16:12, 16:14, 21:19, 30:1, 31:21, 32:2, 40:1, 40:4, 40:15, 52:19, 54:16, 54:19, 62:9, 65:22, 66:1, 66:11, 69:21, 82:16, 82:25, 90:15, 127:16, 128:21, 131:17, 139:10, 139:17, 139:20, 139:23, 140:1, 142:3, 158:20, 158:23, 215:14, 215:16, 219:6, 219:8, 219:13, 222:25, 223:3, 223:20, 224:2, 225:12, 225:18, 225:24, 226:7, 226:12, 226:22, 227:3, 227:6, 227:8, 227:12, 227:14, 227:16, 228:2, 228:4, 228:6, 228:12, 228:20, 230:16, 234:3, 235:11, 236:4, 238:14, 239:9, 239:21, 240:17, 241:18, 241:21, 241:25, 243:15, 243:21, 244:1, 244:3, 244:8, 244:11, 244:14, 244:23, 247:12, 247:15, 249:19, 250:3, 252:5, 253:24, 255:3, 255:12, 255:23, 256:10, 257:18, 258:1, 258:3, 316:20, 338:10, 338:12, 341:17, 343:12
**machine** [11] - 9:6, 32:21, 32:22, 78:4, 89:10, 89:14, 89:16, 89:25, 90:1, 90:3, 133:1
**magnetic** [1] - 45:9
**main** [8] - 89:7, 147:19, 152:7, 152:10, 158:7, 158:8, 208:3, 335:21
**maintain** [1] - 95:11
**maintenance** [3] - 14:17, 110:1, 110:3

**maints** [1] - 14:18
**maints-ops** [1] - 14:18
**major** [1] - 79:21
**majority** [2] - 117:21, 174:25
**malicious** [1] - 230:7
**mammal** [1] - 85:24
**manage** [2] - 63:14, 208:18
**manager** [3] - 16:18, 16:19, 16:21
**manages** [1] - 16:15
**maneuver** [6] - 78:13, 140:2, 218:15, 227:10, 262:9, 352:3
**maneuvering** [1] - 75:11
**maneuvers** [1] - 352:6
**manner** [1] - 205:8
**manos** [1] - 227:22
**manual** [1] - 311:7
**manually** [2] - 70:11, 70:12
**map** [6] - 90:25, 91:19, 105:14, 138:7, 138:10, 138:12
**maps** [1] - 91:1
**Marine** [1] - 210:10
**marine** [1] - 85:23
**mariner** [1] - 284:19
**maritime** [1] - 200:11
**mark** [21] - 103:5, 120:14, 123:21, 138:6, 138:9, 138:17, 138:21, 149:6, 149:12, 151:7, 158:24, 159:1, 159:2, 159:7, 159:20, 164:14, 171:6, 171:11, 329:24, 330:6
**marked** [12] - 95:19, 139:21, 159:24, 160:6, 171:7, 171:8, 219:17, 270:16, 301:20, 314:23, 330:1
**marking** [5] - 59:14, 59:25, 149:8, 159:16, 345:8
**markings** [4] - 246:23, 283:1, 283:3, 345:5
**Martillo** [5] - 14:25, 15:1, 15:2, 15:16, 15:19
**Martin** [3] - 31:23, 31:24, 321:2
**MARTIN** [4] - 1:10, 1:10, 2:10, 2:11
**mask** [1] - 127:1

**mass** [2] - 77:8, 306:24
**massive** [1] - 141:9
**master** [1] - 193:24
**match** [2] - 284:12, 350:4
**material** [3] - 293:21, 336:6, 336:10
**math** [6] - 79:18, 79:21, 91:16, 302:25, 303:4, 305:8
**matter** [5] - 122:14, 186:22, 258:20, 340:21, 353:19
**matters** [1] - 44:22
**max** [1] - 218:19
**maximize** [1] - 136:1
**mean** [74] - 6:18, 9:2, 9:14, 17:6, 25:2, 25:3, 26:12, 29:21, 31:5, 32:11, 37:23, 42:22, 43:16, 48:3, 59:21, 60:4, 61:9, 65:4, 67:19, 69:7, 73:14, 82:5, 84:20, 85:13, 88:24, 90:4, 91:18, 95:8, 104:8, 107:1, 110:22, 111:11, 113:17, 113:19, 123:22, 126:14, 127:1, 133:14, 134:12, 134:15, 137:17, 138:4, 140:13, 140:24, 161:4, 161:5, 162:3, 162:23, 174:13, 177:8, 187:6, 187:11, 187:15, 200:2, 222:19, 227:24, 252:11, 274:1, 274:2, 284:9, 286:4, 301:17, 305:25, 310:12, 311:11, 316:9, 322:5, 323:16, 329:5, 330:20, 351:1
**Mean** [2] - 22:7, 22:8
**means** [16] - 9:15, 9:21, 34:5, 34:6, 34:7, 44:4, 44:14, 44:18, 45:9, 48:3, 85:14, 161:6, 222:20, 227:25, 264:21
**meant** [1] - 23:18
**measurement** [1] - 168:18
**mechanism** [1] - 162:6

**mechanisms** [1] - 148:22
**medium** [4] - 25:6, 25:8, 25:16, 26:5
**medium-sized** [3] - 25:6, 25:8, 26:5
**meet** [9] - 172:7, 172:8, 172:10, 180:22, 180:23, 184:2, 184:7, 268:2
**meets** [1] - 172:13
**Mel** [37] - 71:8, 213:10, 213:11, 213:12, 213:13, 213:21, 259:4, 259:11, 259:23, 259:25, 260:16, 260:17, 261:11, 261:13, 262:14, 264:7, 266:23, 275:4, 275:5, 311:13, 311:14, 311:15, 311:16, 312:4, 312:11, 313:14, 315:22, 315:24, 316:4, 316:8, 316:10, 316:13
**Mel-I** [22] - 71:8, 213:10, 213:11, 213:12, 213:21, 259:4, 259:11, 259:23, 259:25, 260:16, 260:17, 261:11, 261:13, 264:7, 266:23, 275:4, 311:13, 311:15, 311:16, 312:4, 313:14
**Mel-II** [11] - 71:8, 213:10, 213:11, 213:13, 213:21, 262:14, 275:5, 311:14, 312:11, 315:24, 316:10
**Mellon** [63] - 71:6, 72:5, 72:6, 207:20, 207:25, 208:13, 208:17, 209:1, 209:2, 209:3, 209:5, 210:5, 210:6, 210:23, 211:3, 211:5, 213:19, 214:5, 214:21, 216:6, 217:1, 217:9, 217:15, 224:13, 236:24, 242:24, 248:18, 251:13, 252:7, 256:13, 257:14, 258:4, 259:12, 259:15,

259:16, 259:18, 259:23, 261:1, 264:18, 268:25, 275:11, 275:14, 280:9, 280:10, 280:16, 286:5, 294:15, 294:25, 295:9, 295:11, 295:15, 295:19, 295:23, 296:5, 296:8, 296:13, 298:17, 317:20, 337:14, 337:17, 338:15, 341:24
**member** [1] - 221:6
**members** [45] - 16:3, 117:18, 118:9, 132:3, 142:19, 145:18, 152:16, 152:19, 164:10, 182:12, 183:19, 207:17, 209:19, 209:24, 214:18, 217:2, 220:17, 221:1, 223:8, 223:9, 226:17, 231:5, 236:11, 236:19, 238:24, 240:6, 242:12, 242:17, 243:1, 245:5, 245:12, 248:19, 254:7, 254:11, 261:7, 276:10, 276:14, 282:10, 336:25, 339:12, 344:1, 347:13, 347:19, 347:23, 349:10
**members'** [2] - 348:17, 350:4
**men** [1] - 293:8
**mention** [1] - 319:11
**mentioned** [24] - 6:16, 62:5, 70:24, 106:21, 112:17, 125:23, 125:25, 128:19, 197:7, 197:8, 197:13, 199:10, 210:12, 233:10, 241:19, 253:8, 253:22, 278:23, 280:18, 281:23, 282:14, 343:11, 344:8, 347:16
**met** [4] - 5:19, 93:22, 115:12, 180:19
**metal** [1] - 19:9
**Mexican** [28] - 41:22, 238:11, 243:9, 243:11, 243:12,

246:3, 247:19, 268:22, 268:24, 269:3, 269:4, 272:13, 272:17, 285:25, 286:15, 286:18, 286:19, 287:1, 287:3, 287:14, 287:16, 288:6, 288:20, 289:17, 289:25, 336:2, 344:4, 348:10
**Mexicans** [1] - 289:10
**Mexico** [31] - 22:13, 22:14, 22:21, 22:22, 41:16, 41:22, 42:6, 77:9, 77:10, 97:6, 150:3, 217:7, 240:2, 247:24, 248:3, 248:18, 252:18, 254:12, 268:21, 274:9, 282:15, 282:23, 282:25, 326:12, 334:18, 335:15, 345:15, 345:20, 346:13, 349:2
**Mexico's** [1] - 247:17
**Miami** [4] - 2:17, 2:18, 353:23, 353:24
**MICHAEL** [1] - 1:15
**mid** [1] - 146:1
**mid-October** [1] - 146:1
**middle** [9] - 142:8, 194:19, 211:14, 224:21, 224:22, 226:18, 230:5, 284:16, 287:10
**midnight** [1] - 251:16
**midship** [1] - 153:21
**might** [19] - 38:24, 43:16, 59:12, 84:25, 85:8, 89:8, 117:21, 160:21, 163:18, 205:14, 251:5, 257:6, 267:7, 273:2, 321:9, 321:18, 322:5, 337:22, 338:3
**mile** [10] - 79:18, 79:20, 79:24, 95:25, 97:15, 98:8, 310:19, 310:20
**mileage** [2] - 71:19, 91:14
**miles** [96] - 23:14, 23:17, 23:23, 48:6, 48:8, 48:10, 71:18, 74:13, 79:12, 79:15, 79:16, 79:17, 79:19, 79:22, 79:23, 80:3,

80:13, 85:14, 86:23, 86:24, 86:25, 91:17, 91:18, 91:21, 92:3, 92:6, 92:21, 92:22, 95:25, 97:15, 98:8, 105:19, 106:3, 110:12, 110:17, 110:19, 111:5, 112:15, 114:7, 114:11, 114:12, 114:15, 114:16, 114:19, 114:21, 114:25, 115:3, 127:14, 127:21, 127:24, 128:12, 128:14, 128:17, 134:15, 153:13, 153:14, 153:15, 156:4, 156:5, 156:7, 177:23, 178:3, 178:4, 178:5, 178:10, 178:13, 178:20, 178:21, 178:25, 179:3, 179:7, 179:8, 179:13, 179:14, 179:17, 186:6, 187:22, 187:25, 188:22, 189:1, 259:15, 274:9, 274:18, 306:25, 307:1, 307:4, 310:18, 342:9, 342:19, 349:2

**military** [7] - 22:6, 22:9, 41:25, 107:9, 107:12, 113:24, 171:24

**mill** [1] - 11:4

**millimeter** [9] - 35:25, 36:4, 37:8, 37:11, 37:18, 38:2, 154:10, 158:4, 197:14

**millimeters** [1] - 197:13

**million** [3] - 10:14, 10:16, 10:23

**millions** [1] - 344:8

**mind** [3] - 41:14, 92:24, 211:17

**mine** [1] - 315:19

**minor** [1] - 211:25

**minus** [3] - 45:3, 45:4, 130:17

**minute** [8] - 36:15, 37:2, 65:24, 90:20, 122:2, 154:25, 163:8

**minutes** [36] - 20:14, 20:17, 35:10, 36:25, 52:21, 52:23, 52:25,

53:7, 56:1, 56:2, 56:3, 56:17, 59:3, 59:19, 60:6, 60:9, 62:10, 62:22, 82:13, 82:14, 82:15, 93:8, 99:14, 121:18, 154:13, 154:15, 181:10, 181:12, 181:16, 226:3, 230:21, 258:16, 258:20, 261:19, 351:22, 352:12

**misinterpret** [1] - 277:4

**misinterpreted** [1] - 277:1

**missed** [1] - 57:25

**missile** [1] - 167:19

**missiles** [6] - 8:21, 8:24, 9:1, 9:2, 9:17, 200:24

**missing** [12] - 5:8, 35:13, 36:24, 36:25, 37:6, 40:18, 56:3, 82:4, 82:8, 133:3, 135:4, 239:12

**mission** [77] - 10:3, 12:21, 13:23, 16:24, 18:2, 21:1, 21:3, 21:6, 21:13, 21:17, 24:19, 26:3, 34:14, 35:14, 36:19, 38:5, 41:5, 43:8, 52:2, 55:7, 63:6, 75:2, 92:14, 92:15, 94:2, 94:8, 105:25, 106:16, 106:22, 106:23, 107:3, 107:21, 108:8, 108:11, 108:14, 115:4, 118:19, 119:4, 133:14, 136:7, 137:8, 137:15, 143:18, 144:9, 145:25, 147:8, 147:24, 149:23, 150:25, 151:22, 157:5, 160:25, 171:23, 172:1, 172:3, 172:7, 172:15, 177:2, 177:16, 192:12, 194:6, 200:2, 200:8, 200:10, 200:11, 200:13, 204:2, 204:25, 205:18, 208:20, 210:15, 210:17, 210:25, 238:24, 239:4, 253:23, 282:24

**missions** [18] - 6:20, 11:24, 13:3, 13:21, 14:20, 37:11, 38:2, 131:19, 145:1, 145:24, 147:20, 177:5, 177:6, 188:20, 210:8, 210:12, 211:8, 238:22

**mistake** [6] - 182:24, 182:25, 183:10, 189:18, 202:5, 202:11

**mistakes** [1] - 189:16

**mode** [1] - 104:25

**model** [2] - 98:5, 286:23

**modes** [3] - 155:11, 184:24

**MOISES** [2] - 1:8, 2:5

**moment** [7] - 20:2, 67:21, 67:23, 93:2, 147:15, 165:22, 186:3

**money** [2] - 12:6

**monitor** [4] - 29:4, 55:14, 79:8, 195:15

**monitored** [1] - 165:12

**monitoring** [8] - 20:3, 28:12, 59:24, 87:23, 87:24, 113:10, 187:21, 195:6

**MONTES** [2] - 1:8, 2:4

**Montes** [2] - 105:10, 276:23

**month** [4] - 144:25, 279:17, 279:21, 341:19

**months** [8] - 12:22, 13:2, 144:22, 209:23, 210:21, 324:5, 333:8, 333:18

**MOORE** [1] - 1:15

**morning** [43] - 5:6, 5:17, 5:18, 22:17, 22:19, 23:5, 23:19, 24:16, 43:2, 43:3, 43:9, 43:11, 43:13, 43:14, 43:20, 81:19, 93:8, 93:19, 93:20, 105:7, 105:8, 115:10, 115:11, 117:14, 117:15, 124:15, 124:16, 125:7, 125:8, 127:12, 127:13, 147:7, 147:24, 149:24, 195:13, 203:19, 203:25,

337:21, 337:23, 338:3, 353:8, 353:11

**most** [14] - 8:11, 49:20, 50:23, 55:21, 135:22, 144:5, 151:5, 169:23, 181:2, 182:1, 182:7, 265:15, 344:6

**mother** [1] - 255:4

**motion** [2] - 46:14, 46:19

**motor** [2] - 31:10, 31:11

**motors** [10] - 31:6, 31:8, 113:6, 113:7, 130:11, 231:13, 231:14, 287:11, 329:2

**mount** [1] - 261:3

**mountain** [1] - 33:3

**mounted** [4] - 146:4, 260:25, 261:5, 261:11

**mouse** [2] - 226:20, 241:6

**move** [29] - 26:7, 36:7, 53:17, 53:22, 53:24, 66:4, 66:9, 121:8, 122:5, 122:16, 129:6, 153:25, 165:5, 222:20, 229:19, 230:2, 230:3, 230:13, 231:8, 244:19, 249:6, 292:2, 292:6, 292:8, 292:11, 292:21, 313:4, 315:8, 330:7

**moved** [3] - 222:24, 222:25, 232:10

**movement** [2] - 46:14, 46:16

**moves** [6] - 209:8, 212:22, 220:4, 222:9, 235:17, 256:21

**moving** [23] - 46:19, 46:20, 48:10, 66:8, 76:22, 77:23, 109:6, 121:6, 121:7, 134:24, 135:1, 139:15, 163:23, 230:5, 232:10, 292:16, 292:24, 293:9, 306:10, 306:11, 306:13, 306:16, 315:17

**MR** [120] - 93:18, 101:9, 105:3, 105:6, 107:4, 108:5,

109:18, 109:19, 115:7, 115:9, 117:11, 117:13, 121:8, 121:16, 121:22, 121:25, 122:7, 122:11, 122:13, 122:19, 122:22, 122:24, 123:9, 123:12, 123:14, 124:3, 124:6, 124:9, 124:14, 125:4, 125:6, 127:7, 129:17, 166:2, 172:21, 176:15, 176:17, 180:14, 180:16, 182:15, 182:16, 183:9, 183:17, 184:11, 184:13, 185:25, 186:7, 186:8, 187:2, 187:10, 187:17, 187:18, 190:14, 196:11, 199:19, 204:19, 209:10, 209:11, 212:24, 220:5, 222:10, 235:19, 237:5, 237:15, 237:24, 238:2, 240:11, 245:8, 256:23, 259:1, 270:18, 270:20, 275:23, 276:3, 276:6, 279:15, 283:6, 283:10, 288:25, 290:6, 290:12, 290:14, 296:17, 297:1, 297:5, 297:9, 297:10, 297:21, 297:23, 298:1, 298:5, 298:10, 298:13, 300:5, 300:8, 302:6, 302:7, 302:17, 303:2, 305:2, 305:13, 305:15, 305:18, 307:8, 323:8, 329:24, 330:4, 330:8, 330:15, 330:19, 332:10, 332:14, 333:21, 335:10, 336:17, 343:14, 343:16, 344:3, 350:10, 350:22

**MS** [308] - 5:16, 7:23, 7:24, 7:25, 8:2, 8:3, 8:4, 8:5, 8:8, 8:22, 8:25, 10:19, 10:20, 10:22, 10:24, 11:3,

11:12, 11:13, 11:17,
11:19, 11:21, 12:11,
12:13, 13:6, 13:9,
21:15, 21:18, 21:21,
27:14, 27:17, 29:8,
29:10, 31:24, 31:25,
32:3, 32:4, 35:18,
39:7, 39:10, 39:13,
39:15, 39:16, 39:17,
39:18, 39:19, 39:20,
39:22, 39:23, 40:6,
40:9, 40:13, 40:23,
42:8, 42:10, 42:11,
42:14, 42:18, 43:22,
43:23, 43:25, 48:17,
48:22, 48:25, 49:3,
49:6, 49:10, 49:14,
50:1, 51:13, 51:15,
53:3, 53:8, 53:10,
53:16, 54:1, 54:3,
54:6, 54:9, 54:11,
54:13, 59:15, 59:18,
60:11, 76:10, 76:15,
76:16, 81:14, 81:16,
83:21, 83:24, 85:1,
85:2, 85:10, 85:22,
86:1, 89:13, 89:15,
89:18, 90:11, 90:13,
90:22, 90:24, 93:2,
93:4, 101:8, 106:24,
108:1, 109:14,
121:6, 121:12,
121:20, 122:4,
122:9, 122:12,
122:15, 122:21,
127:9, 127:11,
128:8, 128:11,
129:19, 130:25,
131:2, 132:20,
132:22, 137:5,
137:10, 137:21,
137:24, 141:17,
141:22, 142:15,
149:19, 149:21,
152:18, 152:21,
163:4, 163:6,
165:22, 180:12,
182:13, 183:4,
183:14, 185:22,
190:16, 192:1,
192:5, 193:15,
193:18, 196:9,
199:22, 203:10,
203:12, 204:18,
204:21, 206:12,
206:24, 207:15,
208:21, 208:23,
209:7, 209:14,
209:16, 212:10,
212:11, 212:21,
212:23, 213:2,

213:4, 219:14,
219:16, 220:3,
220:8, 220:10,
221:17, 221:19,
222:8, 222:11,
222:15, 223:21,
223:24, 224:15,
224:20, 225:6,
226:2, 226:10,
227:1, 227:19,
228:9, 228:17,
228:23, 229:15,
229:23, 230:19,
231:4, 234:13,
234:20, 235:1,
235:3, 235:16,
235:18, 235:23,
235:25, 237:3,
237:20, 238:3,
240:14, 241:1,
241:15, 242:14,
242:15, 242:21,
243:24, 244:18,
245:1, 245:9,
245:11, 246:5,
246:10, 247:10,
248:7, 248:13,
248:16, 254:15,
254:18, 256:4,
256:6, 256:7,
256:20, 257:2,
257:4, 258:12,
258:14, 275:19,
279:12, 288:21,
290:1, 296:18,
297:7, 297:17,
297:25, 302:3,
302:12, 302:21,
304:23, 307:11,
313:24, 313:25,
314:2, 314:5,
314:11, 314:14,
314:17, 314:20,
314:22, 315:8,
315:10, 315:14,
315:16, 315:18,
315:20, 318:19,
318:21, 318:25,
319:7, 321:12,
321:15, 321:20,
321:22, 323:6,
329:25, 330:2,
330:5, 330:10,
330:12, 332:11,
333:19, 336:20,
339:4, 339:7, 340:4,
340:9, 342:10,
342:17, 343:15,
343:17, 343:19,
343:20, 344:18,
345:10, 345:11,

345:14, 345:19,
345:22, 346:10,
346:16, 349:16,
349:20, 349:24,
349:25, 350:7,
350:12, 350:20,
350:25, 351:5,
351:8, 351:9, 352:23
**multiple** [19] - 24:24,
25:1, 28:4, 36:11,
60:1, 60:2, 63:3,
87:16, 87:17, 87:21,
96:23, 97:25,
112:21, 144:1,
144:8, 152:4,
156:12, 204:24
**must** [2] - 116:21,
188:22
**mustache** [2] -
255:13, 255:21
**muster** [3] - 222:18,
222:19, 339:23

# N

**naked** [1] - 87:8
**name** [23] - 13:5,
93:21, 105:9,
117:16, 142:5,
142:7, 142:8,
142:22, 148:7,
166:7, 180:21,
204:11, 207:8,
213:5, 213:22,
245:4, 246:16,
246:18, 246:19,
247:6, 273:19,
290:15, 350:9
**names** [5] - 213:9,
272:21, 287:5,
288:13, 350:4
**narrative** [1] - 21:17
**narrow** [6] - 44:5,
44:6, 44:7, 134:2,
134:20, 146:10
**nation** [1] - 112:9
**national** [4] - 106:17,
106:22, 107:15,
200:6
**nationalities** [1] -
289:8
**nationality** [16] -
233:15, 236:18,
238:8, 238:11,
243:2, 243:11,
248:19, 248:22,
268:22, 269:14,
269:15, 272:15,
286:2, 286:20,
287:16, 288:7

**nationals** [1] - 269:4
**nations** [1] - 345:6
**nature** [3] - 15:6,
181:24, 280:21
**nauseated** [3] -
318:23, 338:23
**nauseating** [1] -
253:10
**nautical** [19] - 23:14,
23:17, 79:15, 79:17,
79:19, 79:20, 79:24,
91:2, 91:5, 110:12,
110:17, 127:24,
128:12, 215:9,
306:25, 307:1,
307:4, 310:19,
310:20
**nav** [3] - 148:8,
148:10, 159:4
**naval** [1] - 143:12
**navigate** [2] - 208:2,
208:19
**navigation** [3] - 252:9,
274:23, 319:16
**navigator** [4] - 84:12,
145:22, 161:15,
195:2
**navigators** [1] -
184:21
**Navy** [55] - 7:5, 7:17,
11:5, 11:11, 12:6,
12:9, 27:24, 29:7,
29:12, 36:6, 37:10,
37:13, 37:19, 37:20,
38:17, 94:13, 94:19,
94:21, 95:7, 95:21,
104:6, 111:19,
142:22, 142:24,
143:7, 143:10,
143:11, 143:23,
175:23, 177:6,
182:10, 189:16,
191:9, 191:11,
193:19, 193:21,
193:23, 194:1,
200:3, 202:2, 203:5,
204:14, 204:23,
218:24, 219:1,
219:4, 227:7,
293:20, 311:19,
311:20, 311:24,
335:9, 342:6
**Navy's** [4] - 14:1,
200:8, 200:10,
202:23
**Navy-issued** [1] -
311:19
**near** [3] - 80:1, 86:18,
92:17
**nearby** [4] - 153:8,

249:20, 254:2, 254:9
**nearest** [1] - 179:15
**necessarily** [6] -
30:17, 30:18, 34:9,
45:19, 156:14,
284:12
**necessary** [14] - 9:15,
82:19, 82:23, 82:25,
83:3, 83:6, 83:11,
83:18, 83:19,
154:11, 158:11,
179:25, 306:1
**need** [33] - 28:7,
38:24, 41:13, 42:1,
42:24, 57:25, 61:11,
63:8, 65:18, 65:19,
73:23, 83:10,
110:18, 138:12,
149:5, 156:3,
185:21, 187:16,
198:23, 223:11,
253:19, 253:20,
254:1, 258:20,
282:9, 283:21,
284:21, 289:4,
298:7, 304:15,
307:3, 339:2
**needed** [5] - 144:24,
205:23, 263:9,
304:6, 339:6
**needs** [2] - 48:22,
62:20
**net** [2] - 30:9, 30:10
**nets** [9] - 29:23, 29:24,
30:3, 30:7, 30:11,
30:22, 98:13, 100:6
**never** [23] - 5:19, 5:23,
51:3, 52:3, 80:19,
93:22, 105:11,
115:12, 137:8,
147:6, 157:14,
165:21, 166:14,
172:25, 180:19,
261:5, 280:7, 295:5,
303:3, 317:9,
321:23, 322:4
**new** [3] - 36:6, 36:8,
144:16
**New** [1] - 10:1
**news** [1] - 282:15
**next** [23] - 14:3, 26:8,
45:20, 59:19, 60:6,
60:9, 71:17, 71:18,
92:4, 93:16, 141:21,
145:11, 153:12,
194:20, 206:23,
219:22, 233:16,
275:14, 288:17,
320:6, 337:21,
337:22, 338:4

**nice** [2] - 180:22, 180:23
**night** [5] - 10:18, 117:22, 337:19, 337:22, 338:1
**nine** [6] - 59:3, 59:19, 60:9, 65:4, 92:19, 102:19
**NO** [1] - 1:2
**nobody** [3] - 208:20, 271:3, 299:23
**nobody's** [3] - 68:3, 81:8, 254:16
**non** [2] - 17:19, 18:9
**non-acoustic** [2] - 17:19, 18:9
**noncompliant** [4] - 264:18, 264:21, 266:3, 341:1
**none** [5] - 82:18, 123:4, 287:18, 288:11, 288:12
**normal** [4] - 41:8, 43:8, 146:8, 351:23
**normally** [3] - 292:11, 292:23, 292:25
**North** [3] - 2:17, 106:10, 353:23
**north** [18] - 45:17, 55:23, 58:10, 58:11, 58:13, 58:14, 59:22, 60:21, 60:22, 64:1, 65:16, 66:8, 67:13, 67:14, 71:14, 77:8, 86:24
**nose** [7] - 65:3, 65:5, 146:5, 146:6, 151:25, 152:1, 194:14
**not...** [1] - 68:4
**note** [6] - 50:4, 80:24, 102:12, 103:1, 104:8, 237:23
**noted** [4] - 54:5, 54:7, 73:14, 109:5
**notes** [8] - 28:20, 101:10, 101:12, 160:13, 173:5, 179:24
**nothing** [26] - 35:13, 78:4, 78:5, 82:3, 85:17, 88:23, 110:4, 125:4, 142:1, 178:20, 180:14, 196:9, 205:24, 205:25, 206:2, 206:5, 206:12, 207:3, 231:20, 232:11, 276:3, 287:21, 287:22,

290:12, 322:9, 340:24
**notice** [4] - 99:11, 160:3, 160:5, 160:9
**noticed** [5] - 96:6, 153:25, 156:18, 156:23, 160:8
**notified** [1] - 259:16
**November** [4] - 296:1, 298:18, 299:7, 299:13
**nuances** [1] - 134:8
**number** [22] - 7:17, 10:23, 30:21, 30:24, 111:2, 187:3, 210:9, 217:17, 245:25, 301:2, 324:10, 329:10, 330:20, 331:8, 331:9, 331:10, 331:11, 343:22, 345:23, 346:22
**Number** [15] - 167:17, 167:18, 167:20, 307:17, 309:18, 309:25, 310:12, 311:13, 311:16, 312:24, 313:5, 313:13, 316:17
**numbers** [20] - 20:6, 41:1, 45:1, 45:25, 91:4, 111:3, 246:20, 246:22, 286:24, 287:12, 292:25, 328:1, 328:4, 328:7, 328:10, 328:12, 329:12, 331:6, 331:7, 331:13

---

# O

**oath** [1] - 5:12
**Oaxaca** [7] - 239:25, 240:3, 240:16, 240:18, 271:11, 322:22, 322:24
**obey** [1] - 267:1
**object** [20] - 19:9, 54:1, 182:13, 185:22, 187:2, 192:1, 193:15, 234:13, 237:5, 246:5, 296:18, 297:17, 297:25, 314:11, 314:14, 318:19, 318:25, 344:3, 345:14, 346:13
**objected** [2] - 53:13, 348:12

**objecting** [2] - 81:4, 81:7
**Objection** [1] - 163:4
**objection** [83] - 8:22, 10:19, 10:24, 11:12, 11:20, 12:11, 13:6, 27:14, 29:8, 35:18, 42:8, 42:14, 54:5, 54:7, 59:15, 83:21, 85:1, 85:22, 89:13, 101:8, 106:24, 108:1, 109:14, 128:8, 129:17, 130:25, 132:20, 137:5, 137:21, 149:19, 152:18, 180:12, 183:4, 183:14, 203:10, 204:18, 204:19, 209:10, 209:11, 212:23, 212:24, 220:5, 222:10, 222:11, 235:18, 235:19, 237:23, 237:25, 240:11, 242:14, 254:15, 256:23, 275:19, 279:12, 288:21, 290:1, 302:3, 302:12, 302:21, 304:23, 313:24, 314:2, 315:10, 315:17, 321:12, 321:20, 330:4, 330:5, 330:9, 330:10, 333:19, 339:4, 340:4, 342:10, 345:10, 345:20, 346:10, 349:16, 350:7, 350:20, 350:22
**objects** [6] - 19:10, 19:12, 117:8, 124:18
**obligation** [1] - 279:6
**observation** [3] - 160:17, 165:5, 338:13
**observations** [1] - 101:11
**observe** [10] - 103:8, 103:21, 103:22, 104:2, 150:21, 153:17, 167:24, 259:19, 348:13, 348:17
**observed** [16] - 96:6, 99:8, 100:2, 100:5, 104:15, 104:19, 104:22, 150:22, 151:1, 153:19,

154:14, 156:22, 160:13, 170:19, 170:21, 171:17
**observer** [1] - 195:4
**obtain** [4] - 223:2, 223:3, 223:4, 242:25
**obtained** [3] - 223:5, 282:11, 341:15
**obvious** [1] - 27:8
**obvious...** [1] - 289:7
**obviously** [13] - 24:5, 27:8, 62:3, 73:21, 77:24, 83:19, 189:16, 190:10, 198:8, 292:7, 292:9, 316:9, 340:12
**occasionally** [2] - 85:7, 124:7
**occasions** [1] - 214:6
**occupants** [16] - 131:11, 135:2, 140:5, 218:9, 228:18, 232:23, 233:13, 233:22, 234:15, 236:7, 238:7, 251:23, 253:25, 317:19, 317:24, 319:14
**occupation** [1] - 273:3
**occur** [1] - 352:7
**occurrence** [1] - 15:24
**occurring** [1] - 342:22
**occurs** [1] - 162:10
**Ocean** [1] - 210:8
**ocean** [33] - 24:5, 28:2, 64:3, 69:15, 82:19, 83:13, 83:25, 84:21, 88:10, 90:8, 92:6, 106:3, 106:5, 128:17, 135:6, 135:12, 158:25, 159:17, 176:9, 185:15, 185:16, 189:2, 192:20, 284:16, 284:24, 287:11, 292:13, 315:3, 337:24, 338:9, 338:15, 342:22
**oceans** [2] - 9:24, 284:18
**October** [39] - 16:4, 20:25, 23:2, 94:3, 95:24, 107:22, 127:15, 133:1, 144:18, 146:1, 147:8, 147:25, 149:23, 168:4, 194:5, 209:5, 210:4, 210:22, 210:24,

211:12, 212:19, 214:7, 216:25, 219:25, 235:14, 240:18, 254:1, 256:18, 270:24, 280:3, 280:5, 298:25, 299:1, 299:13, 311:12, 315:3, 337:19, 341:18
**odd** [2] - 334:6
**odor** [1] - 253:10
**OF** [2] - 1:1, 1:4
**offense** [1] - 275:25
**offer** [1] - 122:4
**offhand** [19] - 10:17, 18:8, 18:20, 38:18, 42:25, 43:6, 51:18, 51:19, 57:13, 60:24, 63:18, 70:10, 72:14, 73:8, 75:20, 91:23, 106:1, 114:10, 135:3
**Office** [3] - 1:21, 37:14, 38:3
**office** [1] - 16:18
**officer** [30] - 14:16, 14:23, 17:25, 18:5, 33:25, 35:19, 50:5, 206:9, 207:21, 208:1, 208:18, 210:24, 228:11, 230:4, 231:19, 233:2, 233:7, 235:4, 238:17, 259:4, 285:4, 290:25, 291:9, 291:14, 294:13, 300:11, 300:14, 318:5, 351:11
**Officer** [66] - 119:22, 141:22, 142:16, 142:22, 165:24, 166:6, 172:22, 190:17, 199:23, 206:25, 207:16, 208:24, 212:12, 219:17, 221:20, 223:10, 228:14, 230:11, 230:23, 232:16, 236:6, 238:4, 244:2, 244:21, 245:21, 246:11, 248:8, 249:4, 249:15, 250:14, 253:18, 256:8, 256:12, 256:15, 256:17, 257:22, 258:2, 275:4, 276:7, 283:22, 284:3,

285:14, 290:15,
290:20, 290:23,
297:11, 298:14,
303:10, 307:12,
309:3, 309:12,
313:22, 316:22,
316:23, 316:24,
317:1, 317:3, 317:4,
317:6, 317:13,
336:21, 350:13,
350:14
**OFFICER** [6] - 3:11,
3:17, 5:4, 142:12,
207:12, 353:9
**officer's** [1] - 35:15
**officers** [3] - 150:17,
230:9, 347:25
**Official** [2] - 2:16,
353:22
**official** [7] - 143:11,
143:12, 246:19,
246:22, 328:1,
331:7, 331:9
**often** [2] - 14:8, 14:12
**old** [3] - 36:9, 185:2,
344:13
**onboard** [71] - 7:20,
8:19, 16:2, 18:2,
26:6, 28:14, 28:17,
60:1, 78:2, 101:19,
102:20, 103:15,
126:21, 131:13,
132:10, 153:20,
156:24, 184:16,
207:19, 207:21,
209:25, 212:17,
213:18, 217:18,
218:8, 219:13,
221:3, 231:22,
234:12, 239:13,
241:10, 249:15,
250:25, 251:11,
253:4, 253:7,
256:13, 256:15,
258:9, 269:4,
269:13, 270:1,
273:16, 275:13,
275:17, 280:16,
283:23, 283:25,
284:1, 284:12,
290:9, 292:12,
294:4, 294:6,
295:15, 298:2,
298:17, 298:22,
298:23, 299:6,
299:23, 300:2,
308:24, 309:1,
316:18, 317:9,
336:10, 341:2,
341:3, 341:4, 341:24

**once** [31] - 48:14,
50:13, 55:17, 87:10,
99:16, 116:6, 130:8,
163:23, 164:18,
164:24, 174:24,
175:3, 177:22,
178:17, 189:18,
216:1, 216:21,
233:1, 248:17,
250:4, 252:6, 253:2,
253:6, 258:4,
294:14, 300:17,
337:17, 338:15,
347:16, 352:10
**One** [1] - 312:19
**one** [181] - 11:24,
11:25, 14:5, 16:6,
16:13, 16:19, 17:2,
17:14, 17:19, 18:19,
18:20, 18:23, 19:16,
19:17, 19:19, 19:20,
20:20, 21:8, 23:22,
25:13, 26:4, 28:2,
28:11, 34:14, 34:15,
34:17, 34:23, 35:24,
41:9, 43:19, 44:7,
46:15, 46:21, 46:25,
47:2, 47:11, 52:3,
55:21, 63:3, 63:6,
66:21, 66:22, 70:20,
71:10, 72:10, 74:4,
75:9, 75:24, 81:14,
83:8, 85:9, 87:11,
87:13, 96:11, 97:13,
99:13, 101:20,
104:13, 110:22,
111:9, 112:14,
112:21, 113:3,
113:4, 113:5, 113:6,
121:14, 121:18,
122:4, 122:6, 122:7,
122:13, 122:14,
130:17, 131:22,
134:2, 141:9,
141:11, 141:17,
145:11, 145:23,
147:19, 151:6,
151:7, 151:22,
152:3, 152:7,
154:15, 162:11,
164:10, 165:22,
166:10, 167:4,
167:8, 167:10,
175:9, 176:13,
178:4, 180:3, 180:6,
180:9, 180:21,
186:1, 187:3,
189:23, 195:22,
196:1, 196:2, 196:3,
204:6, 204:14,
205:17, 210:10,

210:18, 211:23,
212:5, 213:12,
213:13, 213:16,
221:5, 230:5,
232:22, 234:16,
245:12, 248:21,
248:23, 249:24,
250:2, 251:5, 253:3,
258:12, 259:6,
259:9, 259:10,
261:10, 262:20,
262:22, 264:24,
265:15, 269:8,
279:19, 281:16,
290:16, 296:10,
296:19, 299:12,
301:16, 303:6,
312:12, 312:13,
312:18, 312:20,
324:10, 325:18,
325:19, 326:11,
327:8, 330:12,
332:3, 332:9,
332:15, 334:6,
334:7, 335:21,
339:23, 340:3,
341:1, 341:23,
341:24, 345:3,
348:12, 348:22,
349:10
**one's** [2] - 52:6
**ones** [16] - 20:9,
20:11, 81:21,
126:17, 195:22,
197:15, 222:3,
233:19, 239:15,
239:17, 270:9,
271:18, 289:10,
291:5, 292:5, 314:9
**op** [3] - 150:8, 150:9,
289:18
**open** [7] - 78:17,
106:5, 128:17,
161:23, 231:7,
308:14, 337:24
**opened** [1] - 162:19
**operate** [4] - 8:5,
62:25, 214:4, 215:1
**operated** [1] - 63:7
**operates** [3] - 20:19,
22:9, 37:19
**operating** [7] - 55:4,
55:5, 146:15,
184:16, 217:22,
217:23, 352:14
**Operation** [5] - 14:25,
15:1, 15:4, 15:16,
15:19
**operation** [2] - 15:6,
40:8

**operations** [1] - 14:17
**operator** [26] - 17:14,
17:19, 18:1, 18:9,
62:19, 63:8, 75:22,
82:25, 83:8, 83:19,
84:1, 101:12, 110:7,
110:9, 138:1, 138:8,
143:14, 143:15,
151:2, 152:2, 156:8,
167:12, 167:19,
168:1, 273:10,
273:18
**operators** [2] - 18:17,
111:25
**opinion** [1] - 284:12
**opportunity** [9] - 5:23,
220:23, 222:1,
237:22, 238:4,
251:18, 253:19,
314:6, 344:20
**opposed** [1] - 31:9
**opposite** [1] - 47:10
**Ops** [1] - 210:9
**ops** [1] - 14:18
**optical** [1] - 127:3
**or..** [3] - 70:2, 80:9,
114:19
**or...** [1] - 68:7
**orange** [22] - 68:14,
68:17, 68:20, 68:21,
68:24, 69:1, 69:2,
72:16, 72:17, 72:19,
72:20, 73:1, 73:6,
73:7, 95:14, 212:6,
212:8, 213:12,
213:15, 264:2,
308:18, 316:23
**oranges** [1] - 308:21
**orbit** [3] - 86:18,
151:8, 161:23
**orbited** [3] - 97:16,
165:12, 171:12
**orbiting** [3] - 86:5,
86:14, 165:8
**orbits** [1] - 84:21
**order** [8] - 37:20,
37:21, 115:21,
138:12, 198:15,
199:11, 238:18,
249:4
**ordered** [1] - 37:22
**orders** [3] - 175:12,
190:8, 202:24
**ORDONEZ** [2] - 1:8,
2:5
**Orient** [1] - 106:12
**oriented** [1] - 45:11
**original** [1] - 140:15
**Orion** [12] - 7:7, 7:22,
8:9, 9:9, 12:1, 18:16,

19:7, 29:7, 143:6,
191:16, 191:17,
194:24
**Orions** [1] - 10:1
**ORLANDO** [1] - 2:8
**ORTIZ** [2] - 1:10, 2:10
**OTH** [8] - 213:23,
214:5, 218:18,
224:14, 249:20,
250:2, 251:8, 312:11
**OTH's** [1] - 219:22
**otherwise** [2] - 298:7,
330:13
**ourselves** [3] - 161:7,
190:11, 252:2
**outboard** [12] - 30:24,
30:25, 113:6, 113:7,
129:14, 130:11,
153:20, 231:14,
304:4, 304:9, 346:1
**outside** [16] - 9:6,
23:7, 50:22, 84:12,
146:3, 194:21,
195:6, 221:11,
246:23, 276:19,
276:23, 283:2,
328:7, 331:6, 346:22
**outstanding** [1] - 95:7
**over-the-horizon** [19]
- 213:23, 213:24,
214:1, 214:5,
214:10, 214:16,
214:19, 215:6,
217:14, 221:2,
225:20, 240:22,
241:17, 244:7,
244:10, 244:13,
251:17, 325:12,
342:18
**over-the-horizons** [3]
- 249:17, 250:1,
310:21
**overall** [1] - 284:18
**overboard** [9] - 32:7,
52:20, 55:15,
102:12, 125:12,
126:17, 232:6,
232:7, 278:13
**overflew** [3] - 97:16,
100:1, 101:23
**overflying** [1] - 103:19
**overhead** [1] - 29:13
**overlays** [1] - 184:21
**overly** [1] - 93:24
**overruled** [36] - 8:23,
13:7, 35:22, 54:8,
106:25, 108:2,
128:10, 132:21,
137:7, 137:22,
149:20, 152:20,

180:13, 183:5,
183:15, 192:3,
203:11, 234:19,
240:13, 254:17,
275:20, 279:14,
288:23, 290:3,
302:22, 304:25,
314:16, 333:20,
339:5, 340:6,
342:12, 344:5,
345:21, 346:14,
350:9, 350:11
**overt** [3] - 161:2,
161:6, 161:9
**overview** [1] - 138:7
**overwhelming** [3] -
253:10, 338:21,
338:22
**own** [11] - 140:24,
141:3, 177:8,
177:11, 223:15,
237:10, 240:6,
248:23, 284:4,
289:15, 307:24
**owned** [2] - 273:7,
273:9
**ownership** [1] - 273:6

## P

**P-3** [35] - 7:7, 7:11,
7:22, 8:9, 9:9, 10:1,
11:23, 12:1, 18:16,
19:7, 29:7, 94:5,
94:8, 132:4, 132:5,
132:15, 133:1,
143:6, 146:2,
146:14, 146:17,
150:14, 155:13,
161:1, 161:14,
164:19, 191:16,
191:17, 194:24,
202:1, 218:24,
219:1, 227:6, 262:8,
307:23
**P-3s** [1] - 8:11
**p.m** [11] - 1:8, 206:18,
206:19, 206:20,
258:18, 258:21,
258:22, 353:10,
353:13
**Pacific** [16] - 15:7,
25:1, 42:13, 95:3,
106:7, 128:5, 201:8,
203:20, 203:25,
204:1, 210:8, 217:3,
280:18, 284:16,
284:23
**package** [10] - 32:15,
84:24, 85:3, 85:9,

281:20, 282:4,
282:8, 330:22,
330:24, 331:2
**packages** [32] - 32:7,
32:13, 33:13, 52:20,
54:23, 55:15, 61:10,
66:6, 86:17, 88:24,
103:23, 104:3,
114:24, 126:14,
126:15, 126:16,
139:3, 139:18,
156:24, 157:6,
158:22, 158:24,
159:16, 160:1,
160:3, 162:11,
164:9, 165:16,
170:21, 170:24,
171:2, 171:17
**packet** [4] - 286:4,
328:3, 343:8, 343:10
**PAGE** [2] - 3:1, 3:4
**page** [1] - 345:3
**Pages** [1] - 1:10
**pages** [6] - 286:12,
286:13, 286:14,
289:5, 289:24, 350:2
**painted** [3] - 247:2,
346:1, 347:3
**paints** [2] - 143:22,
147:1
**pale** [2] - 134:18,
134:21
**pan** [1] - 70:3
**Panama** [2] - 174:13,
334:18
**panel** [1] - 142:21
**panga** [159] - 49:19,
59:20, 60:15, 60:21,
61:7, 62:3, 67:20,
69:19, 71:11, 71:14,
71:22, 72:12, 72:23,
73:5, 73:19, 73:22,
73:24, 73:25, 74:7,
74:11, 74:12, 75:1,
75:25, 76:5, 77:15,
77:24, 78:7, 78:24,
79:2, 79:3, 79:5,
80:18, 81:2, 91:6,
91:13, 96:14, 96:17,
96:25, 109:6, 109:8,
109:12, 109:20,
109:23, 112:3,
112:8, 112:25,
113:14, 114:12,
114:21, 115:3,
115:14, 117:2,
117:5, 128:7,
128:13, 130:15,
131:11, 136:11,
137:4, 137:11,

137:19, 140:5,
140:17, 150:23,
150:24, 151:1,
151:4, 151:15,
154:8, 157:10,
160:7, 160:10,
160:20, 160:24,
161:8, 161:22,
162:20, 164:25,
165:1, 178:23,
178:24, 178:25,
179:4, 179:15,
201:19, 203:6,
203:8, 203:15,
205:17, 205:19,
205:22, 212:17,
213:18, 217:18,
219:4, 219:23,
221:8, 222:6,
222:16, 222:18,
224:12, 226:6,
226:13, 228:18,
231:7, 241:3,
241:10, 243:16,
249:15, 249:20,
250:5, 251:18,
252:7, 252:8,
252:21, 253:11,
253:25, 256:13,
256:15, 256:17,
280:4, 286:18,
287:10, 287:12,
295:7, 301:13,
307:17, 310:13,
313:15, 316:1,
316:7, 316:13,
319:13, 320:7,
320:11, 322:6,
326:1, 326:7, 328:7,
328:21, 328:24,
329:2, 334:21,
335:17, 335:18,
338:19, 339:22,
339:24, 340:21,
341:6, 341:8,
347:23, 351:16,
351:21, 351:23,
352:2
**panga's** [2] - 74:3,
326:3
**Pangas** [8] - 106:21,
115:19, 124:18,
170:2, 175:18,
203:17, 292:2,
348:23
**pants** [1] - 255:17
**paper** [3] - 286:6,
305:8, 326:25
**paperwork** [2] - 14:20,
336:9

**paramount** [1] -
265:15
**pardon** [1] - 314:13
**Part** [31] - 46:3, 56:3,
59:19, 60:18, 60:19,
67:15, 67:18, 76:9,
76:17, 76:18, 81:13,
81:17, 90:10, 97:14,
99:19, 99:25, 100:5,
100:10, 101:5,
101:18, 101:21,
101:22, 101:23,
102:5, 130:19,
131:3, 131:7,
131:10, 131:12
**part** [43] - 15:22,
15:23, 34:16, 34:25,
35:2, 35:4, 35:5,
35:14, 36:24, 40:18,
56:22, 66:3, 69:2,
81:15, 82:13, 82:14,
82:15, 90:16, 94:8,
99:21, 106:16,
129:11, 150:10,
150:21, 151:22,
152:10, 182:1,
185:15, 185:16,
189:1, 193:9, 217:2,
224:23, 224:25,
248:25, 258:10,
258:11, 264:24,
277:15, 283:16,
285:4
**participate** [1] -
249:13
**participated** [1] -
107:24
**particular** [34] - 18:6,
97:8, 97:13, 107:21,
108:21, 109:6,
112:8, 112:19,
112:24, 114:21,
119:9, 121:21,
167:4, 172:4,
176:25, 177:13,
177:25, 180:24,
188:25, 214:14,
215:22, 259:9,
259:10, 267:3,
274:15, 289:11,
289:17, 291:23,
293:4, 296:7,
301:13, 303:5,
341:18
**particularly** [2] -
156:16, 321:5
**partner** [2] - 290:21,
290:22
**partners** [1] - 204:22
**Parts** [2] - 99:9,

130:21
**parts** [13] - 34:11,
34:14, 34:18, 34:21,
40:14, 83:5, 90:14,
93:6, 102:16,
147:25, 169:18,
182:3, 346:18
**passed** [2] - 171:16,
190:5
**passengers** [1] -
164:1
**past** [1] - 207:20
**patience** [1] - 90:14
**patrol** [7] - 149:25,
200:11, 252:14,
279:18, 289:11,
289:12, 291:16
**patrolled** [4] - 150:17,
273:12, 273:14,
333:7
**patrolling** [2] - 97:4,
217:11
**pause** [4] - 39:12,
40:22, 57:25, 258:13
**paused** [26] - 40:11,
57:18, 57:22,
224:18, 225:4,
225:25, 226:8,
226:23, 227:17,
228:7, 228:15,
228:21, 229:13,
229:21, 230:17,
231:2, 240:24,
241:13, 242:19,
243:22, 244:16,
244:24, 245:6,
247:8, 248:5, 248:15
**pay** [2] - 11:8, 11:10
**pays** [1] - 11:9
**PC** [1] - 175:11
**pen** [2] - 257:17, 305:8
**pending** [2] - 53:4,
182:14
**penetrate** [4] - 126:23,
169:22, 169:24
**penetrating** [1] -
169:20
**Pensacola** [1] - 143:2
**people** [111] - 10:2,
10:6, 13:16, 13:17,
16:3, 24:5, 28:14,
28:17, 28:22, 29:17,
29:24, 30:6, 30:22,
38:15, 46:13, 46:19,
47:1, 50:3, 50:12,
50:14, 50:17, 50:20,
50:25, 51:16, 52:4,
52:7, 52:8, 52:9,
52:11, 52:17, 54:14,
56:25, 57:11, 57:16,

380

60:1, 63:3, 66:14, 67:10, 67:12, 67:20, 67:22, 74:10, 74:14, 74:15, 74:25, 75:1, 76:20, 84:15, 98:20, 98:23, 99:24, 100:7, 101:5, 101:6, 102:19, 113:16, 115:21, 116:11, 126:20, 135:2, 139:8, 139:12, 140:7, 140:10, 140:12, 141:8, 146:13, 160:4, 160:18, 163:18, 169:9, 169:16, 170:9, 199:11, 209:25, 211:9, 215:1, 217:17, 220:21, 239:10, 239:11, 239:13, 239:14, 239:17, 247:19, 254:8, 255:7, 269:21, 270:9, 271:11, 271:15, 271:18, 271:20, 271:25, 272:2, 292:11, 292:16, 292:23, 293:15, 306:4, 317:12, 335:22, 335:25, 336:3, 339:15, 339:17, 348:2, 350:18

PEP [1] - 155:8

per [8] - 7:18, 71:5, 109:6, 109:9, 109:21, 109:24, 110:14, 306:7

PEREZ [2] - 1:9, 2:7

Perez [2] - 117:17, 180:22

PEREZ-CRUZ [2] - 1:9, 2:7

Perez-Cruz [2] - 117:17, 180:22

perfect [1] - 88:9

perfectly [2] - 148:2, 206:1

performing [1] - 227:10

perhaps [2] - 193:14, 289:24

period [7] - 55:12, 55:22, 129:5, 174:6, 210:19, 275:3, 346:12

periods [1] - 279:21

permission [30] - 29:1, 57:2, 61:4,

62:1, 75:4, 111:12, 161:2, 161:8, 208:21, 209:14, 211:17, 211:19, 212:10, 213:2, 219:14, 220:8, 221:17, 223:2, 223:3, 223:4, 223:5, 223:21, 235:1, 235:23, 237:3, 240:20, 256:4, 257:2, 266:2, 315:14

permits [1] - 59:4

person [17] - 16:15, 17:16, 17:20, 33:17, 46:23, 46:24, 46:25, 47:8, 47:9, 62:25, 63:3, 63:6, 77:2, 132:9, 180:1, 290:2, 316:21

personal [12] - 38:23, 116:19, 221:11, 221:16, 288:1, 288:2, 293:19, 296:21, 296:24, 307:24, 319:24, 323:3

personally [5] - 104:22, 259:21, 285:12, 335:5, 342:11

personnel [8] - 57:4, 145:20, 153:20, 156:24, 160:20, 160:22, 193:20, 214:25

perspective [3] - 264:15, 264:16, 275:24

pertain [2] - 200:5, 281:13

pETTY [1] - 142:12

Petty [5] - 141:22, 142:22, 165:24, 166:6, 172:22

PETTY [1] - 3:11

photo [9] - 78:21, 235:9, 235:11, 236:6, 236:9, 332:3, 332:9, 332:15

photograph [5] - 212:18, 236:2, 236:5, 236:15, 285:6

photographing [1] - 342:21

photographs [4] - 235:13, 287:12, 342:1, 347:8

photos [20] - 286:18, 286:23, 303:8,

303:12, 303:15, 303:16, 303:17, 303:18, 303:19, 315:1, 320:23, 329:5, 331:15, 332:5, 332:8, 332:10, 332:11, 332:23

physically [3] - 155:5, 244:5, 293:25

pick [23] - 29:21, 29:23, 57:24, 88:16, 89:2, 89:5, 114:24, 130:12, 134:8, 141:6, 147:21, 165:11, 188:4, 188:13, 188:16, 188:17, 188:20, 190:19, 206:15, 244:15, 279:18, 336:25

picked [6] - 153:18, 188:17, 188:18, 188:19, 232:6, 271:12

picking [2] - 126:20, 269:25

picks [8] - 54:22, 56:22, 60:19, 62:14, 65:23, 67:17, 76:18, 81:22

PICO [2] - 1:9, 2:8

picture [38] - 7:23, 33:5, 44:19, 47:1, 67:17, 67:19, 69:7, 77:15, 143:22, 147:1, 209:2, 209:3, 209:4, 212:16, 213:15, 213:18, 219:9, 255:18, 256:12, 285:20, 285:24, 316:16, 316:18, 317:8, 317:17, 317:22, 320:18, 320:20, 321:6, 328:13, 328:23, 329:8, 329:11, 329:20, 331:14, 331:18, 332:20, 334:3

pictures [35] - 12:4, 64:17, 68:11, 285:8, 285:11, 285:12, 285:15, 285:18, 302:24, 313:18, 313:19, 313:20, 313:23, 314:1, 314:6, 314:15, 314:18, 314:23, 315:17, 320:7,

320:11, 320:15, 320:21, 326:18, 328:20, 328:25, 329:1, 329:3, 329:4, 329:18, 332:17, 332:19, 334:3, 334:5, 343:2

piece [4] - 7:2, 34:15, 36:15, 39:1

pieces [7] - 18:1, 35:3, 35:6, 85:9, 88:13, 88:15, 89:6

pile [1] - 30:11

pilot [14] - 6:12, 6:14, 6:15, 6:16, 6:17, 6:23, 7:14, 7:19, 7:21, 145:4, 161:12, 172:11, 175:1, 194:13

pilot's [1] - 136:8

pilots [6] - 6:18, 6:19, 6:21, 7:20, 16:6, 145:21

pin [5] - 91:6, 91:9, 91:13, 91:14, 91:15

Pine [1] - 91:21

Pinera [5] - 3:6, 3:15, 3:21, 94:1, 98:4

PINERA [127] - 2:10, 5:16, 7:23, 7:25, 8:3, 8:5, 8:8, 8:25, 10:20, 10:22, 11:3, 11:13, 11:17, 11:19, 11:21, 12:13, 13:9, 21:15, 21:18, 21:21, 27:17, 29:10, 31:24, 31:25, 32:3, 32:4, 39:7, 39:10, 39:13, 39:17, 39:19, 39:22, 39:23, 40:9, 40:13, 40:23, 42:11, 42:18, 43:23, 43:25, 48:17, 48:22, 48:25, 49:3, 49:6, 49:10, 49:14, 50:1, 51:13, 51:15, 53:3, 53:8, 53:10, 54:1, 54:3, 54:6, 54:9, 54:11, 54:13, 59:18, 60:11, 76:10, 76:13, 76:15, 76:16, 81:14, 81:16, 83:24, 85:2, 85:10, 86:1, 89:15, 89:18, 90:11, 90:13, 90:22, 90:24, 93:2, 93:4, 128:8, 130:25, 132:20, 137:5, 137:21, 149:19, 152:18, 163:4, 190:16, 192:5, 193:18, 196:9, 203:10, 204:18, 212:23, 222:11, 234:13, 235:18, 242:14, 246:5, 254:15, 307:11, 313:25, 314:5, 314:17, 314:20, 314:22, 315:8,

203:10, 204:18, 212:23, 222:11, 234:13, 235:18, 242:14, 246:5, 254:15, 307:11, 313:25, 314:5, 314:17, 314:20, 314:22, 315:8, 315:14, 315:18, 315:20, 318:21, 319:7, 321:15, 321:22, 323:6, 330:2, 339:4, 340:4, 342:10, 345:10, 345:14, 345:19, 346:10, 349:16, 349:20, 350:7, 350:20

Pinera-Vazquez [3] - 3:6, 3:15, 3:21

PINERA-VAZQUEZ [127] - 2:10, 5:16, 7:23, 7:25, 8:3, 8:5, 8:8, 8:25, 10:20, 10:22, 11:3, 11:13, 11:17, 11:19, 11:21, 12:13, 13:9, 21:15, 21:18, 21:21, 27:17, 29:10, 31:24, 31:25, 32:3, 32:4, 39:7, 39:10, 39:13, 39:17, 39:19, 39:22, 39:23, 40:9, 40:13, 40:23, 42:11, 42:18, 43:23, 43:25, 48:17, 48:22, 48:25, 49:3, 49:6, 49:10, 49:14, 50:1, 51:13, 51:15, 53:3, 53:8, 53:10, 54:1, 54:3, 54:6, 54:9, 54:11, 54:13, 59:18, 60:11, 76:10, 76:13, 76:15, 76:16, 81:14, 81:16, 83:24, 85:2, 85:10, 86:1, 89:15, 89:18, 90:11, 90:13, 90:22, 90:24, 93:2, 93:4, 128:8, 130:25, 132:20, 137:5, 137:21, 149:19, 152:18, 163:4, 190:16, 192:5, 193:18, 196:9, 203:10, 204:18, 212:23, 222:11, 234:13, 235:18, 242:14, 246:5, 254:15, 307:11, 313:25, 314:5, 314:17, 314:20, 314:22, 315:8,

315:14, 315:18,
315:20, 318:21,
319:7, 321:15,
321:22, 323:6,
330:2, 339:4, 340:4,
342:10, 345:10,
345:14, 345:19,
346:10, 349:16,
349:20, 350:7,
350:20
**pinpoint** [1] - 148:16
**pins** [2] - 91:5, 105:22
**pipe** [1] - 348:7
**piracy** [1] - 281:1
**pistol** [1] - 267:18
**place** [15] - 157:16,
209:17, 236:1,
253:6, 253:8, 255:7,
292:3, 318:1,
318:18, 318:22,
318:24, 319:9,
319:12, 345:8
**Place** [2] - 292:17
**placed** [1] - 257:5
**places** [2] - 294:14,
346:17
**placing** [5] - 236:14,
254:21, 257:12,
343:17, 343:18
**plan** [1] - 284:19
**plane** [55] - 8:10,
17:23, 19:7, 19:13,
19:16, 19:18, 20:20,
29:12, 36:2, 41:23,
45:19, 45:21, 46:1,
51:4, 63:14, 75:7,
80:4, 84:6, 84:9,
104:12, 108:21,
108:23, 111:9,
113:24, 116:23,
116:24, 117:18,
118:14, 146:4,
147:7, 151:3, 152:1,
152:16, 152:24,
153:4, 154:3, 155:4,
155:6, 156:8,
161:13, 162:13,
162:15, 176:21,
177:19, 187:8,
194:14, 196:18,
196:19, 198:3,
202:1, 218:24,
219:1, 266:16, 335:4
**plastic** [3] - 19:10,
118:15, 225:9
**plate** [2] - 134:15,
134:17
**platform** [1] - 143:3
**play** [13] - 39:8, 53:12,
59:3, 60:9, 93:5,

121:4, 121:9, 122:6,
122:7, 122:13,
165:13, 224:16
**played** [9] - 34:19,
40:11, 123:8,
123:19, 131:8,
224:18, 240:24,
248:15, 325:9
**playing** [4] - 48:18,
48:20, 50:3, 53:13
**pleasant** [2] - 206:16,
353:7
**pleasure** [4] - 25:18,
25:20, 273:15, 306:4
**plus** [8] - 41:13, 42:25,
43:4, 43:17, 130:17,
178:13
**podium** [2] - 126:4,
126:5
**point** [77] - 23:12,
29:1, 32:5, 43:14,
47:5, 47:14, 48:20,
49:12, 49:13, 49:14,
52:9, 52:11, 53:24,
55:15, 55:19, 60:23,
63:3, 63:16, 64:4,
65:16, 66:18, 66:19,
66:20, 66:25, 67:3,
67:4, 69:19, 75:11,
88:20, 93:5, 105:15,
107:6, 110:12,
135:4, 149:9, 150:4,
157:2, 160:25,
162:12, 162:21,
164:23, 165:6,
165:7, 165:9,
165:10, 187:14,
187:16, 188:9,
211:18, 214:22,
216:10, 216:12,
218:9, 219:11,
226:20, 227:10,
227:11, 232:14,
232:15, 233:9,
236:11, 239:14,
248:24, 252:18,
260:5, 261:15,
261:16, 266:17,
268:9, 279:22,
280:1, 280:4, 280:5,
310:8, 316:21, 351:4
**pointed** [7] - 33:9,
45:5, 45:18, 58:24,
63:9, 126:4, 157:2
**pointing** [16] - 8:4,
33:1, 33:3, 61:23,
62:21, 65:1, 67:25,
148:23, 241:5,
255:1, 257:16,
266:14, 267:22,

267:25, 268:1,
339:11
**points** [3] - 63:5,
188:23, 189:12
**POL** [3] - 44:11, 44:13,
44:14
**polarized** [2] - 44:11,
44:14
**poles** [2] - 29:22,
100:23
**police** [1] - 194:1
**policy** [1] - 182:21
**poor** [1] - 289:18
**pop** [1] - 116:10
**popping** [1] - 58:2
**port** [15] - 210:7,
212:6, 213:14,
216:24, 233:16,
233:17, 239:20,
239:25, 275:15,
280:5, 280:7,
288:17, 316:24,
317:3
**port-of-call** [6] -
233:16, 233:17,
239:20, 239:25,
288:17
**portable** [1] - 220:21
**portion** [10] - 36:25,
37:2, 37:6, 40:19,
90:19, 131:8, 132:9,
199:24, 224:16,
230:21
**portions** [5] - 39:25,
40:3, 128:4, 131:7,
139:7
**ports** [1] - 335:15
**poses** [1] - 109:15
**position** [16] - 78:22,
141:3, 143:11,
148:13, 159:5,
159:6, 159:21,
159:23, 176:13,
207:23, 207:24,
208:12, 217:18,
293:17, 312:10
**positioned** [1] - 225:1
**positions** [2] - 145:18,
149:5
**possession** [2] -
278:20, 282:6
**possibility** [3] - 86:6,
100:4, 113:10
**possible** [10] - 26:19,
94:9, 214:21, 230:8,
252:13, 261:8,
276:25, 283:18,
292:13, 338:13
**possibly** [2] - 30:21,
200:5

**post** [1] - 195:14
**postflight** [1] - 13:22
**potential** [4] - 63:2,
151:17, 175:23,
254:8
**potentially** [1] - 95:23
**pounded** [1] - 115:17
**pounding** [1] - 116:21
**pounds** [4] - 119:19,
311:6, 311:8
**power** [2] - 20:22,
304:2
**Powers** [1] - 353:21
**POWERS** [2] - 2:16,
353:22
**practice** [5] - 144:6,
144:8, 144:9,
144:11, 275:22
**practicing** [1] - 144:2
**pre** [1] - 270:14
**pre-lettered** [1] -
270:14
**precise** [1] - 110:18
**predicate** [1] - 237:17
**prefer** [1] - 29:4
**preflight** [5] - 13:22,
17:10, 110:5,
145:15, 147:14
**premarked** [4] -
212:12, 221:21,
235:5, 256:8
**preparation** [1] -
18:15
**prepare** [3] - 173:6,
281:6, 281:11
**prepared** [3] - 281:17,
281:18, 282:4
**presence** [4] - 29:4,
95:6, 95:7, 161:7
**preservation** [2] -
324:13, 325:8
**preserve** [9] - 176:1,
192:16, 192:19,
192:20, 192:22,
324:15, 327:10,
327:12, 329:8
**preserved** [1] - 327:6
**pretend** [1] - 27:11
**pretty** [30] - 15:24,
19:3, 30:21, 30:22,
33:12, 57:17, 58:6,
66:10, 72:15, 78:9,
91:18, 92:3, 95:21,
97:3, 130:17,
146:12, 180:9,
210:18, 214:23,
224:7, 265:6,
274:12, 274:13,
284:11, 306:22,
306:23, 312:4,

318:3, 339:22
**prevent** [2] - 149:16,
159:16
**previously** [4] - 223:6,
253:22, 349:12,
351:16
**primarily** [2] - 15:21,
213:10
**primary** [10] - 16:24,
76:1, 200:8, 200:10,
200:11, 200:13,
207:22, 210:15,
210:17, 253:23
**principal** [1] - 186:1
**problem** [4] - 48:12,
49:13, 76:15, 275:5
**problems** [2] - 36:8,
120:21
**procedure** [5] - 55:4,
55:5, 135:21,
196:22, 340:25
**procedures** [2] -
251:7, 340:20
**proceeded** [2] -
150:25, 216:22
**proceeding** [1] -
353:13
**proceedings** [4] -
39:12, 40:22,
258:13, 353:19
**process** [2] - 61:4,
99:17, 257:25, 277:6
**procure** [1] - 38:4
**procurement** [1] -
37:15
**produce** [3] - 234:4,
242:1, 287:24
**produced** [1] - 293:21
**proffer** [1] - 350:10
**progressed** [2] -
99:11, 99:15
**pronounce** [3] -
166:7, 172:23,
195:10
**propeller** [1] - 62:12
**proper** [4] - 121:12,
340:18, 345:8,
345:23
**properly** [7] - 16:20,
133:8, 140:3, 166:5,
330:6, 330:7, 351:13
**property** [3] - 288:1,
288:2, 288:3
**prosecution** [2] -
175:23, 277:24
**prosecutor** [6] -
39:24, 312:3,
320:18, 323:11,
325:9, 326:10
**prosecutors** [1] -

382

173:2
**protect** [2] - 200:13, 203:6
**protecting** [1] - 12:17
**protective** [3] - 209:18, 241:20, 242:3
**protocol** [2] - 337:3, 341:10
**proven** [1] - 349:11
**provide** [1] - 347:9
**provided** [8] - 119:7, 120:24, 122:8, 122:9, 181:3, 181:6, 281:5, 347:8
**providing** [1] - 234:8
**proximity** [2] - 128:6, 128:8
**PTR** [1] - 197:10
**publish** [9] - 209:14, 213:2, 220:8, 223:21, 235:23, 240:20, 248:13, 257:2, 315:14
**published** [1] - 297:18
**pull** [1] - 110:18
**pulled** [2] - 102:4, 273:14
**pulling** [1] - 164:9
**punches** [1] - 81:9
**pure** [1] - 272:6
**purpose** [9] - 9:10, 113:17, 172:3, 204:25, 233:18, 238:25, 269:17, 346:22, 346:23
**purposely** [1] - 48:13
**purposes** [10] - 11:23, 39:13, 41:25, 113:15, 191:22, 192:13, 192:14, 192:17, 261:9, 318:10
**pursue** [2] - 351:21, 352:7
**pursued** [1] - 263:25
**pursuit** [6] - 210:24, 210:25, 216:2, 217:25, 221:4, 262:7
**push** [1] - 167:19
**pushed** [1] - 35:3
**put** [38] - 21:22, 25:13, 28:18, 30:5, 35:19, 37:13, 52:11, 94:16, 117:24, 130:10, 138:6, 173:23, 184:4, 184:21, 197:15, 197:20, 197:21, 214:18, 214:23, 218:12,

218:16, 227:25, 228:3, 232:8, 249:10, 253:7, 262:3, 270:21, 275:13, 298:7, 311:2, 328:3, 330:16, 333:24, 336:13, 345:8, 345:23
**putting** [2] - 198:1, 330:2

## Q

**qualification** [5] - 7:3, 7:18, 277:6, 291:11, 291:14
**qualifications** [1] - 14:21
**qualified** [2] - 144:4, 144:6
**qualify** [1] - 323:17
**quality** [1] - 152:14
**quantities** [1] - 9:3
**quarter** [1] - 346:2
**quartermaster** [1] - 208:19
**quarters** [1] - 310:19
**questioning** [9] - 40:12, 85:3, 166:17, 185:23, 224:19, 234:14, 237:6, 276:10, 298:11
**questionnaire** [1] - 336:23
**questions** [52] - 40:3, 49:9, 93:4, 93:25, 94:5, 98:12, 105:3, 105:13, 115:7, 117:11, 124:10, 127:7, 141:18, 165:23, 166:11, 176:15, 184:11, 190:14, 199:19, 199:24, 201:24, 223:15, 235:5, 233:11, 233:13, 234:15, 234:16, 237:9, 239:2, 240:6, 240:7, 258:14, 268:10, 269:9, 272:11, 272:15, 276:9, 276:12, 276:23, 283:6, 295:2, 300:5, 307:8, 319:4, 323:6, 336:17, 336:25, 337:11, 341:3, 347:17, 348:4, 352:23

**quick** [2] - 305:9, 319:10
**quicker** [1] - 292:18
**quickly** [10] - 33:5, 35:10, 43:18, 76:22, 86:25, 140:17, 224:5, 241:20, 292:17, 345:1
**quite** [4] - 14:8, 111:19, 250:19, 338:17
**quote** [2] - 166:19, 168:14
**quote-unquote** [2] - 166:19, 168:14

## R

**radar** [184] - 16:24, 17:20, 17:22, 19:6, 19:8, 19:17, 19:22, 20:2, 20:4, 20:8, 25:11, 25:12, 25:24, 26:9, 26:12, 51:3, 58:24, 59:6, 59:9, 59:11, 59:24, 62:5, 62:6, 62:8, 62:19, 63:21, 63:23, 63:25, 64:5, 64:6, 64:7, 64:9, 64:10, 66:22, 80:23, 86:21, 87:8, 87:11, 87:15, 87:20, 87:21, 87:23, 87:24, 88:6, 88:18, 89:2, 89:5, 101:12, 104:10, 104:25, 108:25, 110:2, 110:6, 110:7, 110:9, 111:2, 112:11, 112:18, 114:11, 114:14, 117:20, 117:24, 120:11, 120:14, 120:15, 120:18, 124:17, 124:21, 124:23, 124:24, 126:8, 126:22, 127:24, 128:1, 129:23, 130:2, 130:18, 136:3, 136:9, 136:13, 136:17, 136:20, 138:6, 138:9, 138:12, 140:19, 141:2, 143:19, 143:22, 144:13, 146:17, 146:18, 147:4, 147:18, 147:21, 147:23, 148:15, 148:18, 149:4, 151:4, 151:5,

151:10, 151:16, 151:19, 151:23, 152:11, 153:7, 153:17, 155:4, 155:11, 155:12, 155:13, 155:18, 156:1, 156:8, 156:9, 156:15, 157:2, 157:11, 158:16, 158:17, 158:18, 159:1, 159:20, 162:8, 162:9, 162:17, 163:12, 165:16, 165:21, 166:15, 166:19, 166:22, 166:24, 167:4, 167:11, 167:12, 167:18, 167:22, 167:23, 168:1, 168:2, 168:14, 168:17, 168:20, 173:8, 173:9, 173:12, 176:8, 176:12, 176:22, 177:9, 177:12, 178:6, 179:12, 184:16, 184:19, 184:22, 184:23, 185:23, 186:2, 189:24, 190:21, 191:13, 195:7, 195:15, 195:20, 201:13, 201:16, 201:21, 201:22, 202:1, 202:2, 202:9, 202:11, 203:5, 203:15
**radar's** [1] - 130:17
**radars** [2] - 19:16, 19:18
**radio** [7] - 114:24, 146:23, 147:1, 244:5, 244:12, 286:5
**radioactive** [1] - 336:14
**radios** [1] - 319:14
**radius** [1] - 178:13
**Rafael** [1] - 105:9
**RAFAEL** [1] - 2:4
**railroad** [1] - 10:5
**raise** [3] - 141:24, 207:1, 227:25
**raised** [1] - 348:20
**raising** [1] - 237:9
**ran** [1] - 131:5
**range** [7] - 114:2, 114:14, 148:13, 155:10, 161:21, 185:18, 186:10

**ranges** [1] - 186:23
**rank** [1] - 207:24
**rate** [11] - 97:20, 130:8, 139:15, 144:15, 216:23, 244:20, 260:17, 274:14, 340:2, 351:23, 351:24
**rates** [1] - 215:6
**rather** [5] - 224:5, 274:19, 302:2, 302:23
**rating** [1] - 193:24
**raw** [16] - 34:4, 34:9, 35:13, 36:24, 37:5, 40:16, 56:3, 60:18, 65:19, 66:2, 67:16, 139:6, 181:6, 182:6, 182:8, 182:18
**ray** [1] - 51:24
**reach** [1] - 215:8
**reacquire** [1] - 58:25
**react** [1] - 230:1
**read** [18] - 42:6, 116:24, 117:4, 147:4, 218:7, 245:19, 245:20, 246:7, 286:7, 286:9, 286:10, 286:11, 286:13, 289:1, 289:2, 289:18, 350:8, 353:4
**reading** [2] - 202:11, 263:12, 272:6
**ready** [4] - 145:11, 145:15, 268:2, 273:18
**real** [6] - 57:1, 93:24, 104:11, 144:11, 305:8, 319:10
**really** [39] - 9:23, 15:19, 22:3, 22:12, 24:4, 27:12, 31:13, 37:23, 39:1, 39:15, 43:6, 44:22, 63:16, 64:14, 73:14, 82:19, 83:17, 89:20, 112:6, 133:2, 142:18, 143:19, 148:9, 170:4, 178:21, 182:21, 183:11, 187:16, 252:15, 253:10, 265:6, 271:22, 317:12, 325:13, 339:22, 340:15, 344:7, 344:11
**realm** [1] - 130:18
**reason** [18] - 41:20, 63:9, 63:20, 65:17,

80:23, 82:5, 82:7, 95:12, 103:1, 108:15, 112:1, 165:8, 177:13, 194:12, 197:7, 215:13, 275:11, 289:5

**reasons** [3] - 131:22, 160:19, 243:2

**rebuttal** [1] - 346:14

**receive** [2] - 323:23, 323:25

**received** [6] - 7:4, 143:23, 147:3, 198:7, 214:14, 267:6

**receiving** [1] - 148:12

**recent** [1] - 9:25

**Recess** [1] - 258:21

**recess** [7] - 93:8, 93:13, 206:19, 258:16, 258:19, 353:2, 353:11

**recognition** [1] - 31:19

**recognize** [11] - 208:25, 212:13, 219:19, 221:22, 235:6, 270:21, 301:18, 314:24, 315:1, 345:1, 346:8

**recollection** [10] - 18:12, 237:1, 238:5, 271:2, 283:22, 296:15, 298:15, 298:16, 298:20, 318:17

**reconnaissance** [1] - 10:3

**record** [40] - 8:7, 36:23, 39:13, 40:7, 55:9, 82:3, 82:5, 82:6, 82:10, 111:25, 124:23, 135:20, 135:21, 137:15, 142:5, 154:12, 158:7, 175:12, 175:15, 177:8, 179:23, 180:4, 180:5, 181:18, 189:21, 189:24, 190:21, 197:8, 198:24, 207:8, 220:15, 220:22, 224:1, 224:15, 260:22, 315:16, 330:13, 332:13

**recorded** [18] - 19:25, 55:12, 56:18, 56:19, 56:20, 102:17, 111:17, 111:20,

130:24, 152:10, 152:14, 158:5, 180:1, 180:24, 180:25, 183:8, 198:19, 205:24

**recorder** [4] - 56:21, 84:3, 158:2, 175:14

**recorders** [1] - 36:5

**recording** [38] - 46:9, 55:12, 55:17, 55:20, 56:14, 56:17, 65:25, 81:17, 81:23, 82:13, 83:9, 84:2, 84:7, 124:21, 135:14, 135:15, 136:3, 136:19, 154:18, 154:20, 156:18, 157:19, 157:23, 158:1, 158:6, 158:10, 158:11, 158:15, 160:11, 177:7, 177:12, 180:3, 191:1, 191:3, 196:14, 244:5, 248:14

**recordings** [3] - 164:8, 198:1, 198:8

**records** [2] - 111:18, 119:1

**recover** [2] - 349:4, 351:13

**recovered** [7] - 119:15, 126:17, 294:9, 299:10, 299:18, 299:19, 341:20

**recovery** [1] - 349:3

**red** [2] - 94:24, 257:17

**Redirect** [3] - 3:10, 3:16, 3:22

**redirect** [4] - 127:8, 199:20, 319:4, 336:18

**REDIRECT** [3] - 127:10, 199:21, 336:19

**reduce** [1] - 111:12

**reduced** [1] - 218:14

**refer** [9] - 21:22, 213:21, 236:22, 270:7, 270:12, 270:13, 272:14, 273:4, 296:22

**reference** [4] - 112:3, 123:21, 238:15, 243:1

**referred** [6] - 24:10, 120:18, 166:18, 173:5, 201:17, 213:9

**referring** [11] - 22:23,

35:2, 36:14, 59:16, 68:22, 173:8, 176:8, 204:11, 226:21, 349:22, 350:5

**refers** [1] - 271:20

**reflection** [6] - 19:12, 19:14, 74:23, 225:7, 225:9, 225:10

**refresh** [8] - 18:11, 237:1, 238:4, 271:2, 283:21, 296:14, 298:14, 298:20

**refreshed** [1] - 319:2

**refreshes** [1] - 318:17

**refried** [1] - 242:7

**regard** [2] - 271:6, 298:10

**regarding** [7] - 21:7, 33:18, 33:19, 157:5, 186:11, 272:14, 288:16

**regardless** [1] - 339:14

**region** [2] - 97:3, 131:20

**regional** [1] - 96:25

**registered** [3] - 273:20, 344:13, 344:17

**registration** [26] - 241:23, 245:23, 245:25, 246:13, 247:2, 273:8, 273:10, 273:15, 273:18, 273:22, 287:6, 289:3, 331:9, 340:19, 343:24, 344:7, 344:14, 344:16, 344:25, 345:5, 345:8, 345:23, 346:12, 346:22, 350:3, 350:14

**registrations** [3] - 344:20, 345:15

**regular** [7] - 6:17, 22:12, 22:16, 42:22, 79:16, 79:22, 87:9

**regularly** [1] - 335:17

**reinforce** [1] - 101:1

**related** [2] - 186:15, 191:17

**relation** [1] - 259:17

**relations** [1] - 112:4

**relatively** [4] - 31:8, 84:20, 115:20, 135:13

**relay** [1] - 243:4, 243:5, 243:7

**relayed** [2] - 272:21,

285:25

**relaying** [1] - 217:19

**released** [2] - 183:7, 185:21

**relevance** [13] - 8:22, 11:12, 11:15, 12:11, 13:6, 85:22, 106:24, 108:1, 185:23, 192:2, 313:24, 314:12, 314:14

**relevant** [5] - 128:4, 185:25, 186:3, 200:4, 318:9

**relocate** [1] - 79:11

**rely** [2] - 203:5, 238:21

**relying** [1] - 237:6

**remain** [4] - 157:6, 162:11, 164:19, 165:3

**remained** [1] - 165:4

**remember** [37] - 18:18, 19:1, 19:2, 139:9, 173:25, 227:5, 231:8, 236:22, 241:11, 242:6, 242:10, 245:15, 245:16, 259:10, 260:3, 261:20, 262:5, 271:5, 271:15, 284:1, 285:8, 285:18, 295:10, 303:9, 309:20, 318:20, 319:1, 325:23, 338:19, 338:23, 339:2, 339:8, 339:14, 342:7, 342:8, 353:3

**remind** [1] - 114:18

**removed** [1] - 50:14

**rendezvous** [1] - 51:3

**repeat** [3] - 179:11, 313:16, 317:2

**repeatedly** [1] - 331:5

**repetitive** [1] - 93:24

**rephrase** [4] - 109:17, 186:5, 289:22, 350:23

**report** [27] - 15:17, 21:14, 21:18, 64:7, 64:10, 82:4, 107:18, 179:18, 205:22, 236:24, 281:12, 281:15, 283:17, 283:20, 288:18, 296:13, 297:19, 318:12, 318:16, 319:8, 322:10, 324:10, 336:10, 337:8, 337:9,

337:16, 343:10

**report-writing** [1] - 324:10

**report...** [1] - 15:18

**reported** [1] - 206:8

**REPORTED** [1] - 2:16

**Reporter** [2] - 2:16, 353:22

**reports** [17] - 18:11, 18:15, 59:9, 59:11, 62:8, 64:6, 173:6, 173:9, 173:11, 217:15, 281:7, 281:11, 281:13, 281:21, 282:11, 296:8

**represent** [5] - 93:21, 105:9, 117:16, 180:21, 290:16

**required** [1] - 336:10

**requirement** [1] - 7:17

**requires** [1] - 177:6

**requisition** [1] - 297:13

**reread** [1] - 319:10

**Rescue** [1] - 210:9

**rescue** [9] - 210:17, 211:8, 239:10, 253:23, 270:10, 271:16, 271:18, 282:24, 335:22

**rescued** [3] - 239:15, 321:11, 339:12

**rescuing** [3] - 269:21, 335:25, 336:2

**resolves** [1] - 192:24

**Resources** [1] - 210:10

**respect** [1] - 49:11

**respond** [4] - 201:6, 203:22, 205:20, 205:21

**responded** [1] - 271:10

**response** [4] - 268:14, 268:15, 311:25, 313:8

**responses** [3] - 234:18, 242:25, 348:14

**responsibilities** [4] - 14:6, 14:19, 14:22, 18:19

**responsibility** [1] - 28:5

**responsible** [10] - 14:16, 17:25, 168:1, 168:20, 196:14, 223:13, 258:2, 258:7, 349:4, 349:7

**rest** [6] - 14:2, 14:11, 238:12, 255:15, 255:24, 338:2
**restart** [1] - 158:11
**restate** [1] - 289:21
**restroom** [4] - 118:12, 118:14, 118:15, 118:17
**rests** [1] - 16:6
**result** [1] - 109:13
**resumed** [24] - 40:11, 224:18, 225:5, 226:1, 226:9, 226:24, 227:18, 228:8, 228:16, 228:22, 229:14, 229:22, 230:18, 231:3, 240:24, 241:14, 242:20, 243:23, 244:17, 244:25, 245:7, 247:9, 248:6, 248:15
**resumes** [1] - 5:11
**retain** [1] - 351:18
**retracts** [1] - 146:6
**retrieved** [1] - 279:1
**return** [9] - 19:11, 25:25, 92:22, 151:6, 151:7, 151:10, 151:16, 337:17, 338:15
**returned** [10] - 92:20, 103:3, 103:4, 103:11, 165:5, 165:7, 171:10, 171:11, 172:18, 224:14
**returns** [1] - 162:15
**reuse** [2] - 36:23, 136:1
**review** [7] - 136:8, 154:20, 154:25, 220:23, 222:1, 285:23, 327:15
**reviewed** [3] - 119:6, 154:23, 222:3
**reviewing** [1] - 303:14
**reword** [1] - 192:18
**RF** [1] - 147:1
**RIB** [12] - 70:24, 70:25, 72:9, 73:4, 74:4, 86:10, 86:15, 86:20, 87:3, 87:4, 87:7, 88:17
**rid** [3] - 307:19, 307:22, 308:6
**ride** [1] - 225:15
**rifle** [1] - 267:21
**rifles** [1] - 266:14
**rig** [8] - 75:14, 75:15,

78:13, 78:16, 140:2, 140:3, 140:17, 275:16
**right-of-visit** [1] - 336:23
**righting** [1] - 68:1
**rights** [1] - 324:24
**rigid** [1] - 325:14
**rigorous** [1] - 277:5
**rigs** [1] - 76:1
**rise** [3] - 5:4, 258:17, 353:9
**roads** [1] - 10:5
**rode** [1] - 194:9
**RODRIGUEZ** [13] - 2:4, 105:6, 107:4, 108:5, 109:18, 109:19, 115:7, 172:21, 176:15, 276:6, 279:15, 283:6, 350:22
**Rodriguez** [4] - 3:7, 3:13, 3:19, 105:9
**rods** [2] - 27:11, 30:22
**role** [4] - 210:23, 223:12, 233:1, 233:2
**rolling** [2] - 147:15, 164:8
**Room** [1] - 2:17
**room** [5] - 38:6, 53:18, 53:21, 327:1, 327:3
**rotation** [1] - 145:11
**rough** [6] - 115:15, 115:16, 150:3, 225:15, 225:16, 284:24
**roughly** [6] - 91:17, 110:13, 119:20, 187:23, 250:20, 274:11
**rounds** [1] - 253:7
**RPR** [2] - 2:16, 353:22
**ruling** [1] - 54:4
**run** [5] - 11:4, 79:23, 143:17, 208:17
**run-of-the-mill** [1] - 11:4
**running** [5] - 15:15, 61:10, 78:19, 92:24, 136:7
**runs** [2] - 17:20, 50:6
**runway** [1] - 147:15

---

## S

**safe** [6] - 147:10, 165:4, 277:7, 284:2, 284:15, 340:19
**safely** [2] - 208:20, 249:5

**safer** [1] - 160:23
**safest** [1] - 232:8
**safety** [15] - 14:18, 160:19, 231:17, 231:19, 231:23, 241:20, 255:9, 265:12, 265:17, 265:19, 267:13, 284:4, 284:7, 284:10, 340:22
**sail** [1] - 304:1
**sailor** [1] - 137:3
**sailors** [1] - 13:24
**sake** [1] - 122:25
**Salvador** [35] - 12:22, 13:5, 13:17, 19:23, 22:20, 22:24, 22:25, 24:23, 41:19, 42:20, 43:11, 90:1, 92:23, 97:8, 105:15, 105:17, 107:25, 111:8, 144:22, 145:1, 145:2, 145:8, 145:10, 150:5, 150:6, 150:7, 150:20, 173:15, 173:23, 195:10, 334:24, 334:25, 335:1, 335:2, 335:5
**Salvadorians** [1] - 27:13
**samples** [1] - 250:9
**Sauer** [1] - 221:16
**save** [11] - 37:11, 38:5, 158:3, 158:10, 175:13, 176:7, 197:8, 198:15, 278:4, 278:8, 285:21
**saving** [1] - 23:1
**saw** [80] - 15:17, 20:7, 28:9, 28:15, 28:25, 29:17, 32:6, 34:18, 56:9, 66:5, 67:18, 74:16, 75:23, 84:24, 85:2, 97:13, 98:15, 99:1, 99:9, 99:19, 99:22, 99:25, 103:23, 109:5, 109:20, 116:18, 129:2, 129:20, 139:18, 151:24, 153:6, 153:18, 154:1, 155:2, 156:17, 156:20, 157:17, 157:22, 158:21, 160:4, 162:12, 163:8, 165:15, 166:14, 169:17, 170:24, 177:17, 177:18,

178:18, 182:6, 182:7, 184:4, 184:8, 201:10, 205:14, 216:10, 216:22, 228:10, 232:17, 264:1, 267:21, 290:7, 290:8, 293:11, 293:13, 293:14, 293:21, 294:2, 301:2, 306:3, 306:10, 306:11, 307:23, 311:16, 315:5, 326:14, 326:18, 332:7
**scan** [2] - 187:24, 250:9
**scans** [1] - 342:23
**scattered** [2] - 24:10, 24:11
**scene** [10] - 164:18, 164:19, 165:3, 192:10, 211:10, 212:16, 219:25, 222:5, 256:17, 309:17
**schedule** [2] - 76:13, 145:8
**Scheduled** [1] - 1:7
**School** [1] - 143:1
**school** [2] - 143:8, 191:6
**scope** [1] - 296:19
**screen** [52] - 26:12, 41:1, 64:23, 108:23, 109:1, 124:24, 132:8, 138:6, 138:9, 138:11, 152:3, 152:7, 152:8, 152:10, 152:12, 152:13, 155:10, 156:15, 166:24, 167:2, 167:5, 167:9, 167:14, 167:15, 168:2, 184:20, 184:22, 184:23, 185:2, 185:3, 185:9, 185:10, 186:20, 187:21, 188:7, 188:13, 188:21, 188:23, 189:10, 189:13, 201:17, 201:19, 201:21, 203:15, 209:17, 224:22, 225:7, 226:14, 226:18, 228:10
**screens** [3] - 152:4, 152:17, 203:14
**sea** [9] - 232:11, 233:17, 239:8,

239:9, 254:23, 295:12, 295:24, 339:12, 341:12
**search** [11] - 10:1, 21:4, 23:14, 23:17, 37:11, 210:17, 211:8, 231:15, 250:16, 253:23, 288:1
**Search** [1] - 210:9
**searched** [3] - 283:22, 288:5, 319:13
**searching** [4] - 64:3, 89:1, 127:15, 239:12
**seas** [4] - 9:24, 205:17, 206:6, 252:24
**seat** [8] - 118:11, 136:8, 225:21, 225:23, 258:23, 312:6, 312:14, 312:20
**seated** [5] - 5:7, 93:15, 142:4, 194:17, 195:14, 206:22, 207:6, 225:13, 225:14
**Seattle** [4] - 207:20, 210:7, 335:13, 335:14
**seaworthy** [2] - 231:20, 275:1
**second** [32] - 13:13, 13:19, 14:6, 17:12, 36:13, 36:15, 39:10, 45:7, 46:16, 47:2, 64:11, 66:3, 72:9, 72:10, 82:14, 86:10, 86:15, 86:20, 87:3, 87:4, 87:6, 88:17, 131:3, 131:5, 141:17, 143:13, 236:12, 241:16, 258:12, 300:18, 348:7, 348:10
**secondly** [1] - 296:19
**seconds** [2] - 121:18, 226:3
**section** [6] - 36:14, 90:19, 106:2, 181:22, 182:23, 339:23
**secure** [1] - 232:11
**securing** [1] - 349:7
**SECURITY** [2] - 5:4, 353:9
**security** [7] - 12:17, 106:17, 106:22, 107:15, 193:20, 193:21, 200:6

**see** [301] - 5:10, 11:15,
20:9, 24:19, 25:3,
25:4, 25:9, 25:11,
26:2, 26:10, 26:13,
26:14, 26:16, 26:23,
26:24, 28:22, 29:2,
29:12, 29:14, 29:24,
30:2, 30:5, 30:8,
30:11, 30:17, 30:23,
30:24, 31:5, 31:10,
31:23, 32:1, 45:7,
45:9, 46:6, 46:14,
46:15, 46:19, 46:25,
47:1, 47:12, 47:13,
47:15, 47:17, 47:18,
47:21, 48:23, 48:24,
48:25, 49:3, 49:18,
49:21, 50:2, 50:8,
50:12, 50:13, 50:15,
50:17, 50:23, 51:1,
51:8, 51:10, 52:7,
52:16, 52:17, 53:10,
53:14, 53:20, 53:23,
54:14, 54:17, 56:25,
57:1, 57:11, 57:15,
57:18, 57:21, 58:15,
58:21, 62:3, 62:16,
64:14, 64:19, 64:22,
65:8, 65:23, 66:14,
66:16, 67:8, 67:10,
67:11, 67:15, 68:20,
71:15, 73:11, 74:10,
74:14, 74:20, 74:21,
74:25, 76:20, 77:2,
77:5, 77:11, 77:16,
78:22, 79:9, 80:8,
80:11, 80:12, 81:1,
81:4, 81:8, 81:12,
84:5, 84:7, 85:6,
85:15, 85:23, 86:12,
86:21, 87:3, 87:4,
87:6, 87:8, 87:9,
87:10, 87:13, 87:15,
98:10, 98:14, 98:18,
98:20, 99:14, 100:6,
101:20, 101:25,
102:6, 102:12,
103:23, 103:24,
104:8, 105:14,
107:18, 112:18,
113:2, 113:11,
116:8, 116:9,
116:11, 116:14,
117:7, 117:9,
117:10, 123:4,
126:4, 126:6, 128:1,
130:8, 130:9,
130:11, 134:16,
134:17, 134:24,
134:25, 135:1,
136:20, 139:8,

139:9, 139:11,
139:15, 140:5,
140:7, 140:10,
140:12, 140:15,
143:21, 146:13,
147:16, 152:13,
152:16, 152:17,
152:19, 153:23,
155:13, 155:16,
156:1, 156:25,
159:10, 160:9,
161:19, 162:22,
163:20, 164:4,
164:7, 165:13,
169:7, 169:9,
169:11, 170:1,
170:3, 170:4, 170:6,
170:13, 170:14,
170:20, 174:6,
177:23, 178:6,
178:9, 179:8,
179:13, 179:18,
184:24, 184:25,
189:13, 203:4,
203:13, 209:17,
211:13, 211:18,
216:14, 217:18,
218:24, 219:1,
224:21, 225:7,
226:13, 226:16,
227:2, 228:10,
230:8, 241:3, 241:5,
241:16, 242:3,
242:22, 244:21,
246:15, 247:20,
250:18, 254:7,
255:2, 255:11,
255:19, 257:7,
257:8, 257:14,
258:6, 259:21,
269:3, 275:17,
285:22, 288:1,
288:5, 289:9,
289:24, 292:23,
293:5, 293:12,
293:22, 294:3,
294:22, 294:23,
294:24, 295:4,
295:9, 297:11,
302:24, 303:20,
304:12, 307:19,
307:21, 309:21,
312:2, 314:10,
316:23, 317:12,
318:16, 322:25,
326:5, 327:15,
328:10, 332:9,
332:21, 332:23,
342:1, 344:20,
345:1, 347:1, 347:4,
352:3, 352:18, 353:7

**seeing** [16] - 72:17,
118:21, 118:23,
119:1, 151:25,
183:13, 184:23,
189:12, 201:13,
217:16, 220:19,
230:22, 230:23,
253:5, 301:5, 303:15
**seek** [1] - 29:1
**seem** [2] - 83:17,
320:24
**segment** [2] - 240:21,
248:14
**seize** [1] - 279:23
**seized** [2] - 280:8,
280:10
**selected** [1] - 39:25
**send** [2] - 254:4, 269:2
**sends** [1] - 19:8
**senior** [1] - 132:9
**sense** [7] - 26:7,
55:25, 124:1,
185:18, 186:19,
274:21, 327:25
**senses** [1] - 126:2
**sensing** [1] - 133:9
**sensitive** [4] - 111:24,
183:7, 185:20,
186:25
**sensor** [6] - 16:19,
16:21, 80:5, 80:7,
82:25, 84:1
**Sensor** [3] - 145:22,
145:23
**sensors** [3] - 16:20,
16:23, 16:25
**sensory** [1] - 83:8
**sent** [6] - 86:10,
214:10, 214:13,
247:15, 247:16,
332:12
**separate** [6] - 89:20,
109:15, 141:6,
141:7, 148:18,
158:17
**sequence** [1] - 344:13
**serial** [2] - 286:24,
287:11
**series** [1] - 233:4
**server** [1] - 38:12
**servers** [1] - 38:11
**set** [10] - 39:11, 47:20,
185:11, 185:12,
221:9, 253:6,
289:15, 290:9,
296:10, 335:5
**seven** [46] - 22:15,
22:20, 22:23, 22:24,
22:25, 23:3, 23:4,
41:13, 42:25, 43:4,

43:17, 51:5, 52:4,
52:7, 52:8, 52:9,
99:17, 99:22,
103:16, 103:19,
116:11, 117:5,
139:11, 139:15,
140:13, 140:16,
154:25, 232:25,
234:10, 242:11,
242:16, 268:1,
293:4, 293:8,
293:15, 293:22,
300:24, 317:19,
319:25, 320:20,
320:21, 322:6,
347:23
**seven-minute** [1] -
154:25
**seventh** [1] - 24:9
**several** [11] - 6:4,
121:17, 166:17,
195:19, 198:7,
259:11, 287:24,
300:23, 304:13,
328:20, 346:20
**shades** [2] - 134:9,
134:17
**shadow** [1] - 74:23
**sharing** [1] - 63:2
**sharp** [2] - 216:14,
352:5
**sharply** [1] - 216:13
**shave** [1] - 256:1
**shaven** [1] - 255:24
**sheet** [1] - 209:18
**shells** [1] - 188:17
**ship** [19] - 25:12,
25:17, 49:7, 51:2,
72:2, 141:2, 156:24,
159:1, 208:1, 211:5,
214:6, 236:10,
236:18, 247:16,
254:2, 255:5,
296:11, 335:5, 335:7
**ship's** [1] - 231:21
**shipping** [3] - 127:19,
127:20, 174:11
**Shipping** [1] - 297:14
**ships** [8] - 9:24, 9:25,
179:3, 188:19,
295:24, 295:25,
340:14
**shirt** [8] - 47:4, 47:8,
47:9, 170:11,
236:13, 255:18,
321:3
**shoebox** [3] - 88:25,
89:3, 89:4
**shoot** [5] - 77:24,
78:1, 78:6, 167:17,

265:4
**shore** [1] - 279:20
**short** [3] - 115:20,
123:3, 224:7
**shorter** [3] - 34:12,
154:25, 204:7
**shot** [2] - 48:5, 78:19
**shots** [1] - 264:25
**shouldn't-be-
released-type** [1] -
183:7
**show** [30] - 40:2,
44:19, 49:9, 49:15,
49:16, 49:17, 49:18,
53:23, 54:3, 90:18,
96:4, 104:17,
121:22, 129:9,
138:10, 141:9,
141:11, 167:2,
185:1, 255:18,
270:16, 296:13,
314:23, 316:15,
318:15, 330:25,
351:15
**showed** [7] - 39:24,
66:22, 129:23,
260:16, 320:19,
326:20, 341:14
**showing** [8] - 147:17,
161:7, 185:5,
212:12, 260:17,
312:3, 326:12, 330:6
**shown** [6] - 35:14,
121:21, 139:6,
221:20, 278:18,
297:7
**shows** [11] - 109:16,
138:6, 146:9,
146:11, 146:12,
152:8, 184:22,
194:22, 335:24,
336:1, 341:15
**sic** [4] - 235:4, 326:11,
328:21, 335:19
**sic]** [2] - 13:11, 290:15
**side** [33] - 39:16,
39:17, 39:18, 39:20,
39:21, 39:22, 40:25,
41:4, 44:25, 45:2,
45:10, 47:10, 73:25,
75:23, 94:19, 95:17,
114:1, 139:19,
211:23, 212:6,
212:7, 213:12,
213:14, 214:25,
226:19, 231:12,
232:22, 265:25,
316:24, 317:1,
317:3, 317:11
**sides** [1] - 103:24

Sig [1] - 221:16
sight [5] - 127:5,
165:10, 165:21,
203:8, 214:4
sighted [1] - 217:19
sign [2] - 27:3, 27:4
signal [2] - 19:8, 19:9
signals [3] - 19:22,
26:9, 26:25
signature [4] - 117:4,
169:2, 169:17,
170:20
signatures [2] -
116:24, 170:17
significant [2] -
126:10, 128:18
signify [1] - 164:11
silhouette [1] - 57:23
silver [2] - 94:13,
266:12
SILVIA [1] - 2:10
similar [10] - 11:8,
170:18, 211:24,
211:25, 316:2,
316:9, 316:14,
344:25, 346:7,
346:17
simple [1] - 308:2
simulators [1] - 144:1
simultaneously [1] -
88:4
single [7] - 150:23,
151:1, 151:4,
279:18, 279:19,
338:13
sink [3] - 135:10,
253:7, 341:10
sinking [7] - 239:10,
254:2, 254:8,
269:22, 269:25,
271:13, 275:9
siren [8] - 217:23,
261:15, 261:18,
261:21, 261:24,
262:4, 262:6, 263:20
sirens [6] - 217:22,
227:11, 227:13,
352:11, 352:14,
352:16
sit [14] - 5:23, 18:14,
32:3, 50:11, 52:24,
53:6, 53:25, 195:4,
243:13, 243:14,
247:11, 304:12,
307:6
site [3] - 13:18,
165:12, 352:2
sitting [9] - 12:18,
46:17, 50:22, 68:3,
68:4, 115:22, 116:8,

252:10, 319:25
situation [5] - 112:1,
200:22, 216:21,
284:15, 340:16
six [28] - 14:13, 23:1,
23:2, 35:10, 36:15,
36:25, 37:2, 43:17,
90:20, 99:16, 122:2,
126:10, 163:18,
208:6, 243:21,
282:14, 282:18,
300:24, 310:3,
313:7, 313:8,
313:11, 314:18,
322:6, 324:4, 324:5,
324:8, 324:9
six-inch [1] - 126:10
six-minute [4] - 36:15,
37:2, 90:20, 122:2
sixth [8] - 34:25, 35:2,
35:4, 35:5, 35:14,
36:25, 90:16, 90:19
size [21] - 26:5, 31:10,
31:16, 38:6, 88:25,
89:3, 98:2, 117:6,
126:14, 126:16,
151:11, 151:14,
168:14, 188:16,
231:9, 301:9,
301:19, 304:21,
315:24, 316:2,
326:24
sized [3] - 25:6, 25:8,
26:5
sizes [2] - 89:4
sketch [2] - 250:7,
343:5
skiff [1] - 254:8
skip [1] - 298:10
sky [3] - 24:9, 65:6,
342:9
slammed [1] - 115:25
slant [1] - 114:2
sleep [1] - 338:6
sleeved [1] - 255:18
slightly [1] - 225:1
slow [4] - 66:23,
102:5, 214:24, 230:1
slowed [3] - 76:9,
306:14, 306:19
slowing [2] - 76:8,
226:11
slowly [2] - 77:19,
207:8
small [52] - 25:4,
25:15, 31:6, 31:8,
34:12, 35:3, 36:14,
37:2, 37:6, 38:20,
40:19, 71:7, 84:20,
88:13, 88:14, 89:8,

90:19, 121:4, 130:1,
135:13, 151:18,
152:8, 165:14,
189:4, 194:22,
195:5, 211:1, 211:2,
211:6, 211:9,
211:11, 211:22,
212:7, 212:16,
212:18, 213:5,
214:23, 215:25,
216:11, 219:22,
220:18, 221:5,
231:10, 232:9,
232:20, 233:9,
249:11, 251:8,
263:4, 266:13,
334:7, 347:21
smaller [10] - 31:11,
85:9, 151:20,
151:21, 152:8,
185:15, 188:9,
211:3, 211:18,
328:17
smallest [1] - 186:20
smattering [1] - 25:3
smell [4] - 31:13,
318:1, 318:17,
338:25
smelled [1] - 318:23
smelling [1] - 338:19
smiling [5] - 159:10,
321:8, 321:16,
321:17
smuggled [3] - 26:17,
254:12
smugglers [1] - 96:15
smuggling [10] - 15:9,
15:12, 15:20, 15:21,
15:22, 15:23, 27:3,
27:7, 27:9, 333:12
snap [1] - 78:20
so.. [2] - 212:9, 213:18
so... [16] - 41:15,
44:24, 61:23, 82:22,
96:17, 114:15,
115:5, 136:2, 266:4,
272:16, 273:10,
287:7, 291:15,
294:14, 328:3, 331:2
soda [2] - 44:8, 52:16
software [1] - 144:13
SOLAR [2] - 1:7, 2:2
Solar [24] - 93:21,
234:25, 235:12,
236:12, 236:16,
237:7, 238:8, 239:3,
240:5, 240:15,
241:23, 242:25,
244:22, 246:4,
268:16, 269:12,

272:7, 276:12,
276:16, 276:19,
277:9, 339:11,
347:13, 348:4
Solar's [4] - 245:2,
246:16, 348:12,
350:5
sole [2] - 175:3, 175:6
solemnly [2] - 141:25,
207:2
someone [15] - 8:5,
28:7, 55:8, 62:21,
63:4, 63:10, 68:1,
78:19, 117:22,
135:23, 232:9,
234:21, 256:1,
273:7, 282:6
sometimes [10] - 23:1,
76:3, 79:18, 152:10,
152:13, 157:22,
161:21, 161:24,
264:25, 265:2
somewhere [14] -
22:17, 24:2, 58:9,
63:10, 80:13, 86:23,
91:17, 95:25,
104:17, 111:5,
119:20, 130:18,
273:14, 282:4
soon [9] - 52:19,
136:6, 154:7,
231:21, 249:24,
250:1, 263:19,
352:7, 352:8
sophisticated [1] -
104:12
sorry [59] - 9:1, 21:11,
22:18, 23:16, 25:7,
25:22, 26:22, 33:24,
36:3, 40:5, 40:20,
42:22, 42:23, 43:23,
45:24, 51:13, 54:12,
56:8, 57:20, 64:21,
81:19, 81:25, 87:19,
89:21, 91:11,
111:11, 123:9,
123:12, 126:25,
134:12, 134:13,
150:7, 158:14,
164:22, 166:19,
170:12, 177:10,
191:3, 192:4, 193:6,
194:5, 208:5,
229:24, 284:15,
289:21, 290:23,
297:9, 305:6,
305:12, 310:12,
316:11, 316:25,
319:6, 325:2,
332:18, 335:3,

335:7, 335:8, 343:15
sort [10] - 16:15, 39:1,
41:23, 68:12, 129:9,
151:12, 168:14,
233:5, 233:13, 286:6
sound [3] - 196:17,
260:20, 260:22
source [2] - 76:1,
127:2
south [6] - 45:17,
114:23, 150:3,
174:13, 210:11,
274:9
South [3] - 61:5,
84:16, 106:10,
106:12, 107:17,
107:19, 111:14,
150:13, 150:14,
195:24, 217:4, 324:2
SOUTHERN [1] - 1:1
southern [1] - 252:18
space [12] - 38:13,
38:15, 38:20, 39:6,
154:10, 198:16,
222:22, 230:8,
249:1, 250:6,
316:10, 347:21
Spanish [3] - 5:2,
15:4, 15:5, 218:1,
218:8, 223:6, 228:1,
234:18, 245:17,
245:18, 246:8,
254:16, 278:18,
286:8, 327:22,
327:23, 348:13,
350:8
speaking [11] - 33:18,
33:20, 33:21, 33:22,
118:20, 119:10,
123:17, 241:22,
246:22, 342:5,
347:14
special [1] - 193:22
specialist [4] - 204:4,
204:6, 205:3, 205:5
specialty [1] - 191:13
specific [12] - 7:15,
21:7, 63:6, 108:20,
134:17, 145:25,
149:24, 150:1,
157:5, 299:21,
340:15, 344:15
specifically [24] -
8:14, 15:16, 21:8,
32:19, 102:12,
114:10, 114:25,
140:14, 148:4,
148:21, 149:22,
191:15, 193:23,
210:22, 217:14,

217:15, 246:14,
271:17, 281:14,
291:9, 303:16,
337:11, 337:12,
339:9

**specifics** [1] - 310:9

**speculate** [1] - 70:13

**speculating** [7] -
50:20, 50:25, 51:8,
61:12, 68:9, 111:1,
240:11

**speculation** [11] -
10:24, 27:15, 29:8,
35:19, 83:22, 85:1,
302:4, 302:12,
321:13, 321:20,
340:5

**speed** [26] - 20:16,
26:6, 57:2, 97:20,
115:14, 123:1,
130:6, 130:8,
130:14, 139:15,
140:19, 140:23,
176:8, 176:12,
215:6, 215:9,
216:23, 218:14,
218:19, 260:18,
274:16, 293:17,
306:8, 340:2,
351:23, 351:24

**speeds** [2] - 130:15,
217:17

**spell** [4] - 13:10,
142:6, 207:8, 245:5

**spelling** [1] - 272:21

**spend** [4] - 12:6,
62:10, 132:7, 132:9

**spent** [2] - 144:22,
144:25

**spilled** [1] - 253:11

**splashes** [1] - 156:25

**sponsons** [4] - 212:6,
212:8, 213:13,
213:15

**spot** [12] - 135:6,
145:5, 148:16,
149:6, 149:8,
149:11, 149:12,
160:6, 164:9,
164:20, 164:25,
171:11

**spotted** [3] - 28:13,
128:5, 136:11

**spreadsheets** [1] -
38:24

**squad** [1] - 144:19

**squadron** [13] - 13:14,
13:15, 13:16, 13:18,
13:19, 14:5, 14:11,
14:14, 14:15, 18:18,

38:13, 38:19, 144:7

**squadrons** [2] - 38:20,
144:5

**square** [3] - 106:3,
134:16, 249:2

**squares** [1] - 30:11

**stage** [1] - 197:25

**stamp** [1] - 245:9

**stand** [5] - 5:11,
11:18, 11:20, 47:5,
111:4

**standard** [11] - 41:11,
55:4, 55:5, 97:1,
135:21, 275:21,
301:11, 326:23,
326:25, 339:22,
341:13

**standards** [1] - 144:4

**standing** [4] - 46:21,
110:23, 111:3, 126:3

**standpoint** [1] -
187:12

**stapled** [1] - 289:6

**star** [1] - 94:23

**starboard** [8] - 114:1,
212:7, 213:12,
216:22, 317:1,
317:11, 346:2, 352:5

**start** [18] - 7:19, 24:16,
40:25, 41:4, 46:3,
52:20, 55:15, 57:1,
57:3, 102:10,
105:13, 112:22,
116:9, 142:25,
143:7, 146:3, 147:5,
226:11

**started** [14] - 5:9,
24:20, 46:9, 55:12,
99:11, 102:1,
126:20, 143:1,
150:7, 156:17,
156:23, 160:9,
161:9, 342:3

**starting** [3] - 24:18,
36:7, 123:8, 153:25,
260:15

**starts** [5] - 46:3,
81:17, 83:9, 86:23,
154:18

**stat** [1] - 145:23

**state** [6] - 142:5,
207:7, 233:21,
273:20, 319:8,
344:15

**statement** [38] - 188:3,
236:23, 239:8,
270:6, 270:7,
270:12, 270:24,
271:4, 271:14,
271:17, 271:22,

271:24, 272:6,
272:14, 273:1,
273:5, 281:5,
281:16, 281:17,
281:23, 318:9,
318:12, 318:15,
319:11, 322:13,
331:2, 331:3, 331:4,
337:16, 338:2,
338:15, 338:17,
339:2, 339:9,
339:15, 343:7,
348:12

**statements** [4] -
53:19, 237:10,
241:6, 282:9

**STATES** [3] - 1:1, 1:4,
1:15

**States** [18] - 1:21,
2:17, 37:17, 72:5,
200:13, 202:3,
206:24, 218:4,
243:5, 252:12,
252:16, 252:17,
252:22, 254:13,
321:11, 336:3,
346:3, 353:23

**station** [11] - 6:19,
50:7, 127:14,
148:10, 150:22,
152:7, 155:24,
173:19, 173:21,
174:9, 198:22

**stationed** [6] - 12:22,
143:4, 207:19,
210:5, 210:7, 335:11

**statute** [2] - 79:18,
79:24

**stay** [3] - 29:4, 55:21,
79:8, 86:17, 88:13,
97:18, 161:6, 225:20

**stayed** [3] - 249:15,
251:11, 338:8

**steel** [1] - 221:12

**steel-toed** [1] - 221:12

**steering** [1] - 334:12

**STENOGRAPHICAL
LY** [1] - 2:15

**step** [6] - 141:19,
206:13, 211:19,
232:9, 233:6, 352:24

**stepped** [1] - 268:16

**stepping** [1] - 211:17

**steps** [2] - 211:21,
266:3

**Stew** [1] - 93:21

**STEWART** [1] - 2:2

**stick** [5] - 43:7, 43:19,
68:2, 68:6, 155:6

**sticking** [1] - 114:16

**still** [56] - 5:12, 32:11,
54:14, 56:13, 57:1,
58:6, 58:7, 58:13,
58:24, 59:6, 59:21,
61:1, 62:5, 67:5,
67:13, 67:14, 67:22,
68:4, 68:25, 71:14,
74:12, 76:22, 77:11,
77:17, 81:19, 83:16,
83:20, 83:25, 86:5,
88:10, 88:23, 92:25,
116:18, 126:5,
127:2, 136:4,
136:19, 136:20,
144:6, 144:9,
145:13, 158:18,
162:16, 171:13,
198:19, 203:5,
203:14, 210:6,
232:16, 252:13,
252:14, 264:11,
312:20, 313:13,
340:22

**stirrups** [2] - 225:21,
312:13

**stop** [33] - 40:3, 41:7,
66:23, 71:24, 75:12,
77:25, 78:7, 92:5,
113:15, 113:17,
139:25, 140:17,
147:15, 156:16,
158:2, 158:10,
217:24, 218:3,
218:5, 218:22,
218:24, 219:5,
219:11, 219:12,
230:20, 263:9,
264:21, 323:1,
352:10, 352:11,
352:12, 352:18,
352:22

**stopped** [36] - 52:6,
55:14, 55:20, 78:16,
79:3, 79:4, 80:18,
99:16, 101:17,
103:13, 103:20,
109:13, 112:8,
116:13, 123:8,
131:11, 157:22,
163:23, 166:13,
259:20, 262:7,
262:8, 279:24,
291:24, 295:12,
295:14, 295:24,
309:18, 309:25,
310:10, 310:12,
312:24, 313:1,
326:10, 335:15,
352:19

**stopping** [5] - 76:8,

78:24, 79:2, 241:2,
266:3

**stops** [9] - 51:3, 52:3,
65:21, 79:5, 81:20,
81:21, 83:9, 147:6,
265:11

**store** [2] - 38:16,
38:22

**stored** [1] - 296:5

**stores** [1] - 295:11

**storms** [1] - 108:16

**story** [3] - 271:9,
271:10, 342:16

**straight** [3] - 35:12,
37:7, 45:11

**strategically** [1] -
217:11

**straw** [4] - 44:8, 52:16,
134:3, 134:8

**strength** [1] - 25:12

**stripe** [1] - 255:10

**striped** [1] - 95:16

**stripped** [1] - 199:24

**structure** [2] - 224:24,
224:25

**study** [1] - 144:14

**studying** [1] - 144:15

**stuff** [8] - 9:16, 26:23,
38:16, 62:20, 62:23,
104:12, 284:23,
311:2

**stuff's** [1] - 100:21

**subject** [2] - 278:16,
292:19

**subjects** [1] - 230:13

**submarine** [2] - 9:12,
18:2

**submarines** [1] -
17:16

**submitted** [2] - 282:4,
295:1

**subsequently** [3] -
271:9, 271:10, 294:8

**suitcase** [4] - 117:6,
126:14, 126:16,
126:18

**suitcase-size** [3] -
117:6, 126:14,
126:16

**Suite** [1] - 1:22

**summation** [1] - 35:2

**sun** [7] - 23:9, 46:11,
48:14, 173:24,
321:8, 321:9, 321:18

**sun's** [1] - 72:22

**sunglasses** [1] -
221:12

**sunk** [4] - 125:14,
341:6, 341:8

**supply** [3] - 37:13,

37:19, 37:21
**supporting** [1] - 107:2
**suppose** [3] - 252:13,
302:10, 327:21
**supposed** [3] -
182:22, 194:11,
271:1
**surely** [1] - 313:12
**surface** [9] - 9:19,
9:23, 17:5, 19:17,
114:25, 146:24,
146:25, 185:1,
188:18
**surveillance** [5] -
9:19, 9:23, 10:4,
12:4, 94:9
**survival** [1] - 253:3
**suspect** [2] - 212:17,
213:7
**suspected** [1] -
291:20
**suspects** [19] -
212:17, 217:24,
223:19, 230:6,
235:12, 235:13,
249:3, 249:5,
249:13, 249:17,
249:24, 250:2,
250:4, 251:23,
253:13, 254:23,
258:4, 303:18,
303:20
**suspects'** [1] - 281:18
**suspended** [1] -
211:14
**suspicious** [4] -
106:21, 130:9,
153:24, 154:12
**sustained** [21] - 10:21,
11:15, 12:12, 27:16,
29:9, 42:9, 42:16,
42:19, 59:17, 83:23,
85:5, 129:18, 131:1,
163:5, 193:17,
204:20, 297:20,
302:5, 314:4,
321:14, 321:21
**swaying** [1] - 326:7
**swear** [3] - 141:25,
207:2, 207:5
**sweatshirt** [1] -
255:10
**sweep** [8] - 64:11,
231:17, 231:23,
241:20, 242:3,
265:13, 265:19,
340:22
**sweeps** [2] - 64:10,
184:22
**swipes** [4] - 250:9,

250:11, 279:4,
342:25
**swiping** [1] - 258:2
**switch** [1] - 131:25
**switched** [1] - 131:5
**switching** [1] - 203:17
**swooping** [1] - 266:12
**sworn** [2] - 142:12,
207:12
**symbols** [1] - 94:24
**system** [20] - 17:11,
33:8, 37:13, 37:15,
37:19, 37:21, 38:14,
50:5, 120:22, 146:2,
146:17, 146:19,
147:5, 147:14,
147:22, 148:7,
167:22, 187:1,
202:1, 202:2
**systems** [9] - 143:17,
143:24, 144:1,
147:19, 147:25,
152:2, 176:22,
177:11, 177:15

---

# T

**T-shirt** [2] - 170:11,
236:13
**TAC** [6] - 145:22,
161:15, 172:11,
175:1, 175:11, 195:1
**TAC-O** [6] - 145:22,
161:15, 172:11,
175:1, 175:11, 195:1
**tactic** [3] - 7:2, 215:19,
216:16
**tactical** [7] - 6:16,
6:21, 6:23, 6:25,
16:13, 138:8, 138:10
**tactically** [1] - 214:22
**tactics** [1] - 160:21
**tail** [4] - 72:23, 77:22
**takeoff** [1] - 41:17
**taking-care-of-the-**
**squadron** [1] - 14:5
**talks** [4] - 9:23, 148:9,
180:4, 271:3
**taller** [1] - 24:17
**tanks** [4] - 30:17,
250:18, 250:21,
278:8
**tape** [29] - 17:7, 36:4,
36:13, 36:15, 39:8,
55:5, 130:21, 131:3,
131:4, 131:5, 131:6,
131:7, 154:10,
158:5, 158:7, 158:8,
193:2, 193:3, 197:8,
197:14, 197:15,

197:20, 198:16,
198:21, 199:1,
202:17, 202:19,
203:1
**taped** [5] - 36:21,
36:22, 123:5, 180:2,
199:5
**tapes** [27] - 35:24,
36:5, 36:10, 36:11,
36:22, 37:8, 37:11,
37:18, 38:1, 38:3,
38:5, 38:6, 107:6,
135:25, 136:2,
154:10, 158:3,
158:4, 158:7,
158:10, 172:18,
176:7, 177:12,
197:18, 197:21,
205:2
**taping** [2] - 83:20,
92:12
**target** [126] - 20:15,
20:16, 21:7, 23:12,
27:21, 27:22, 27:23,
27:25, 28:2, 28:4,
28:10, 28:13, 28:25,
29:6, 29:12, 29:16,
31:22, 32:5, 43:12,
46:6, 55:11, 67:7,
70:4, 70:21, 75:6,
91:10, 91:12, 92:11,
96:5, 96:12, 119:13,
120:5, 120:10,
120:17, 120:21,
123:23, 128:6,
129:2, 129:20,
130:14, 136:12,
136:13, 136:24,
137:19, 138:12,
139:4, 139:14,
139:21, 140:20,
141:14, 153:6,
153:8, 154:14,
156:9, 156:10,
156:14, 156:17,
157:3, 157:5,
158:21, 159:22,
160:18, 161:1,
162:6, 162:16,
162:17, 162:20,
162:23, 162:24,
163:1, 163:7,
163:17, 164:3,
166:18, 166:20,
169:5, 169:7,
170:21, 170:25,
174:18, 174:19,
181:23, 187:20,
203:20, 211:7,
214:10, 214:14,
215:15, 215:18,

216:6, 216:9,
217:13, 218:17,
218:20, 219:5,
220:14, 221:3,
223:9, 226:13,
227:9, 230:9, 231:6,
233:1, 236:7, 244:2,
248:9, 250:4,
251:18, 252:6,
259:9, 259:16,
259:24, 260:5,
260:10, 261:13,
261:14, 261:25,
262:3, 262:6,
262:11, 263:24,
264:7, 264:8, 266:23
**target-of-interest** [1] -
29:12
**targets** [10] - 26:2,
28:1, 88:5, 88:7,
96:7, 117:23,
156:12, 183:20,
206:4
**tarp** [76] - 50:14,
50:15, 50:17, 50:18,
50:21, 50:25, 51:1,
51:9, 51:10, 51:17,
51:22, 99:1, 99:4,
99:24, 100:5, 100:7,
100:8, 101:15,
101:19, 101:25,
102:1, 102:4, 102:6,
102:11, 102:13,
102:24, 103:1,
103:9, 103:13,
103:15, 103:21,
103:22, 113:5,
115:21, 116:17,
116:20, 117:9,
117:10, 126:10,
130:13, 134:23,
134:24, 135:1,
135:4, 135:6,
153:22, 153:25,
154:1, 156:20,
156:22, 156:23,
169:11, 169:20,
169:22, 170:4,
170:6, 170:12,
170:13, 170:16,
170:17, 170:20,
192:20, 294:6,
294:7, 294:8,
294:10, 294:22,
294:23, 294:24,
294:25, 295:4,
295:5, 295:9,
319:22, 319:23
**tarp's** [1] - 170:6
**tarps** [6] - 28:22,

129:11, 169:23,
170:2, 199:11
**task** [5] - 107:19,
150:9, 204:9,
204:11, 204:15
**tasking** [1] - 251:12
**taught** [2] - 192:21,
324:21
**teach** [2] - 324:10,
324:13
**team** [7] - 208:17,
211:1, 215:1, 221:6,
222:22, 277:15,
282:9
**teams** [1] - 211:6
**technical** [1] - 32:25
**technician** [3] -
145:24, 161:16,
195:4
**technology** [7] -
35:25, 36:4, 124:21,
124:25, 189:21,
189:24, 190:20
**teeth** [1] - 266:14
**ten** [5] - 62:10, 92:14,
93:8, 296:4, 348:2
**ten-hour** [1] - 92:14
**tend** [1] - 292:5
**tense** [1] - 268:5
**term** [3] - 27:23,
27:24, 71:11
**terminology** [1] - 71:1
**terms** [3] - 83:18,
92:6, 95:6
**testified** [51] - 9:9,
13:12, 14:24, 23:22,
24:7, 24:23, 27:21,
28:14, 30:4, 63:11,
75:10, 83:5, 89:15,
89:21, 90:17, 90:25,
91:6, 94:21, 110:22,
114:16, 117:18,
121:9, 121:16,
124:17, 127:17,
128:24, 132:3,
134:23, 135:16,
142:12, 166:11,
181:2, 202:17,
207:12, 296:20,
297:1, 298:1,
302:18, 312:6,
317:25, 318:21,
320:10, 326:16,
326:18, 328:5,
331:5, 339:11,
350:1, 350:2, 350:3,
350:13
**testify** [6] - 5:24,
296:22, 307:24,
318:20, 345:16,

345:17
**testifying** [5] - 5:14,
18:24, 42:10,
299:25, 314:3
**testimony** [23] - 6:1,
11:9, 30:23, 79:13,
87:3, 106:16,
109:16, 110:11,
110:23, 114:17,
114:20, 116:16,
141:25, 178:17,
178:24, 186:11,
187:7, 198:15,
207:2, 259:22,
269:24, 316:12,
350:8
**testing** [1] - 278:16
**that'd** [1] - 72:9
**that'll** [1] - 141:13
**THE** [208] - 1:15, 1:20,
5:6, 5:12, 8:23, 8:24,
10:21, 11:1, 11:2,
11:15, 11:18, 11:20,
12:12, 13:7, 13:8,
21:16, 21:17, 21:19,
27:16, 29:9, 35:21,
35:23, 39:9, 42:9,
42:16, 42:17, 48:16,
48:20, 48:24, 49:2,
49:5, 49:8, 49:12,
49:23, 51:12, 51:14,
52:22, 52:23, 52:24,
53:1, 53:6, 53:9,
53:22, 54:2, 54:5,
54:7, 59:17, 60:10,
76:12, 76:14, 83:23,
85:5, 85:6, 85:23,
89:17, 90:23, 93:3,
93:7, 93:11, 93:15,
105:4, 106:25,
107:1, 108:2, 108:3,
109:17, 121:23,
122:2, 122:17,
123:11, 124:1,
124:4, 124:7,
124:12, 127:8,
128:10, 129:6,
131:1, 132:21,
137:7, 137:8,
137:22, 137:23,
141:19, 141:21,
142:3, 142:7,
149:20, 152:20,
163:5, 165:25,
180:13, 183:5,
183:6, 183:15,
183:16, 186:5,
187:5, 187:11,
192:3, 192:4,
193:17, 199:20,

203:11, 204:20,
206:13, 206:21,
207:5, 207:6, 207:9,
208:22, 209:12,
209:15, 211:20,
212:25, 213:3,
219:15, 220:6,
220:9, 221:18,
222:12, 223:23,
234:19, 235:2,
235:20, 235:24,
237:4, 237:8,
237:16, 237:21,
238:1, 240:13,
240:23, 246:9,
254:17, 256:5,
256:24, 257:3,
258:15, 258:19,
258:23, 270:19,
275:20, 275:21,
276:4, 279:14,
283:8, 288:23,
290:3, 290:4,
296:24, 297:4,
297:6, 297:20,
298:3, 298:6,
298:12, 300:6,
302:5, 302:14,
302:15, 302:22,
302:23, 304:25,
305:1, 305:11,
305:12, 305:14,
305:16, 305:17,
307:9, 314:4,
314:13, 314:16,
314:21, 315:11,
315:15, 319:3,
319:6, 321:14,
321:21, 330:9,
330:11, 330:16,
333:20, 335:9,
336:18, 339:5,
339:6, 340:6, 340:7,
342:12, 342:13,
344:5, 344:6,
345:17, 345:21,
346:14, 349:18,
349:23, 350:9,
350:11, 350:23,
351:1, 351:6,
352:24, 353:1,
353:11
**themselves** [2] -
222:21, 229:20
**then...** [1] - 249:2
**theoretically** [4] -
18:6, 87:15, 116:2,
124:23
**thermal** [1] - 117:7
**they've** [3] - 61:13,

243:2, 326:5
**thick** [3] - 19:10,
117:8, 170:13
**thick-wood** [1] - 19:10
**thin** [1] - 64:14
**third** [7] - 7:19, 10:3,
13:20, 14:2, 14:9,
14:10, 145:12
**thorough** [1] - 94:1
**thoroughly** [1] -
186:12
**thousand** [10] -
119:17, 143:6,
305:1, 305:4, 305:5,
305:7, 305:16,
305:17, 306:5,
310:14
**thousands** [6] - 106:3,
127:21, 174:15,
334:20, 348:23
**threatened** [1] - 284:7
**threatening** [1] -
284:10
**three** [89] - 12:22,
13:2, 14:4, 14:7,
16:6, 17:10, 17:24,
24:9, 28:14, 28:17,
29:17, 30:6, 44:5,
47:1, 50:3, 50:12,
52:11, 52:17, 58:3,
58:4, 82:12, 98:20,
99:8, 99:12, 99:19,
108:4, 108:6, 110:5,
113:8, 116:19,
140:7, 140:15,
143:20, 144:22,
145:10, 145:11,
145:21, 146:6,
153:20, 158:7,
169:9, 170:18,
173:21, 174:5,
174:6, 176:22,
177:2, 177:3, 177:5,
177:7, 177:11,
177:14, 194:24,
195:5, 195:18,
209:23, 210:21,
230:11, 238:2,
240:4, 240:15,
263:5, 269:25,
270:1, 270:9, 271:6,
271:11, 271:12,
271:18, 271:20,
271:25, 272:2,
272:4, 279:17,
292:23, 293:3,
302:18, 310:19,
312:16, 314:23,
333:8, 333:18,
339:12, 339:15,

341:19, 347:25
**three-day** [2] - 14:4,
145:11
**three-hour** [3] - 17:10,
173:21, 174:6
**three-month** [2] -
279:17, 341:19
**three-quarters** [1] -
310:19
**three-seventh** [1] -
24:9
**threefold** [1] - 9:10
**threw** [3] - 157:6,
232:6, 278:13
**throughout** [11] -
36:12, 40:12, 62:14,
118:19, 128:19,
128:22, 131:23,
157:5, 180:3,
224:19, 346:8
**throw** [2] - 127:2,
158:21
**throwing** [3] - 81:9,
201:19, 265:24
**thrown** [14] - 32:7,
101:25, 102:11,
102:25, 103:2,
103:24, 125:12,
160:1, 160:3,
170:24, 171:2,
259:19
**thumbs** [1] - 164:10
**thumbs-up** [1] -
164:10
**tidbits** [2] - 35:3, 55:9
**tie** [1] - 11:19
**tighten** [1] - 161:23
**timely** [1] - 205:8
**tinge** [1] - 72:17
**tip** [1] - 252:18
**title** [3] - 143:11,
143:12, 143:14
**titled** [1] - 297:13
**today** [15] - 5:24,
12:18, 18:14, 18:24,
50:11, 122:6, 173:3,
182:7, 194:4,
290:17, 299:25,
328:5, 331:5
**toed** [1] - 221:12
**together** [7] - 35:3,
35:19, 88:13, 141:8,
171:25, 172:13,
289:6
**tomorrow** [2] - 353:7,
353:11
**took** [25] - 17:9, 32:20,
35:6, 43:11, 89:15,
89:25, 92:4, 92:16,
97:23, 145:5, 148:1,

148:2, 182:10,
236:5, 236:6,
266:15, 266:17,
285:24, 286:23,
328:20, 328:25,
334:3, 334:5, 352:5
**top** [23] - 33:3, 41:3,
41:5, 44:22, 74:3,
86:17, 94:22, 126:5,
135:11, 144:16,
171:18, 210:3,
221:9, 221:10,
264:3, 274:17,
280:13, 299:9,
299:22, 301:23,
301:25, 325:21,
325:23
**topside** [1] - 94:24
**torpedos** [6] - 8:24,
9:4, 9:5, 9:17, 9:18,
201:1
**tossed** [2] - 232:7,
253:3
**tossing** [1] - 181:12
**total** [7] - 7:11, 13:17,
88:8, 132:5, 178:13,
194:25, 208:6
**touch** [2] - 155:9
**tough** [1] - 76:22
**tow** [1] - 252:11
**toward** [7] - 64:20,
216:4, 216:9,
226:20, 236:8,
264:8, 343:21
**towards** [11] - 47:5,
86:21, 150:7, 151:8,
211:14, 216:1,
216:20, 216:21,
219:2, 227:9, 230:7
**track** [12] - 9:15, 17:5,
51:2, 87:16, 87:21,
87:24, 124:24,
137:13, 162:6,
163:12, 188:9, 203:6
**tracking** [5] - 87:22,
136:4, 157:7,
157:12, 158:19
**tracks** [1] - 10:5
**trade** [2] - 280:22,
280:24
**traffic** [2] - 217:5,
280:24
**trafficking** [3] - 217:6,
280:19, 333:11
**trained** [21] - 50:8,
132:12, 132:14,
146:18, 191:21,
191:24, 192:6,
192:9, 192:11,
192:16, 194:2,

200:15, 200:17,
200:19, 200:21,
264:21, 277:20,
318:7, 331:23,
351:10, 351:13
**training** [34] - 6:18,
6:25, 7:5, 7:14,
14:21, 143:1,
143:23, 144:12,
147:3, 191:11,
191:17, 191:19,
192:24, 193:4,
193:9, 193:12,
193:19, 193:22,
196:4, 196:7,
264:24, 277:18,
283:14, 283:16,
323:12, 323:18,
323:23, 323:25,
345:4, 345:18,
345:19, 345:20
**Training** [1] - 324:1
**training-wise** [1] -
143:1
**transcription** [1] -
353:18
**transfer** [4] - 38:7,
295:23, 296:10,
323:3
**transferred** [9] -
249:5, 282:5, 296:1,
296:4, 296:22,
296:23, 298:2,
298:18, 298:19
**transfers** [1] - 282:6
**transit** [2] - 173:22,
174:8
**transited** [2] - 150:20,
201:9
**transiting** [1] - 82:2
**transition** [1] - 296:13
**translate** [3] - 79:15,
223:16, 223:18
**translated** [1] - 327:15
**translates** [1] - 223:17
**translating** [3] -
237:18, 238:15,
317:13
**translations** [1] -
238:15
**translator** [8] - 233:25,
234:17, 234:21,
237:18, 237:19,
238:18, 238:21,
240:6
**transmit** [1] - 19:22
**transmitted** [2] -
268:25, 286:5
**transport** [1] - 251:9
**transported** [5] -

249:8, 249:11,
249:16, 251:8,
253:14
**transporters** [1] -
130:6
**transporting** [3] -
249:13, 349:12,
350:18
**travel** [4] - 92:25,
129:24, 215:6,
215:11
**traveled** [3] - 106:7,
127:14, 127:17
**traveling** [11] - 23:10,
23:21, 74:12, 97:20,
115:14, 140:20,
140:23, 216:4,
218:19, 351:23,
351:24
**traversing** [1] - 174:16
**treat** [1] - 351:3
**TRIAL** [1] - 1:13
**trial** [6] - 115:12,
191:22, 191:25,
192:7, 332:21,
332:24
**trip** [2] - 284:11,
284:22
**true** [17] - 15:14,
18:25, 37:25, 38:13,
56:5, 62:5, 133:21,
133:22, 133:24,
134:4, 172:6,
188:25, 210:13,
260:1, 272:10,
284:23, 348:8
**truly** [1] - 246:3
**trumps** [1] - 210:18
**truncated** [1] - 90:19
**truth** [6] - 142:1, 207:3
**try** [14] - 10:4, 14:2,
63:14, 75:11, 93:24,
95:11, 136:1,
151:13, 153:17,
158:24, 172:22,
289:19, 353:5
**trying** [27] - 39:5,
52:16, 58:25, 61:2,
61:4, 70:3, 75:9,
78:18, 78:23, 82:21,
86:4, 94:9, 97:18,
102:6, 102:8,
113:22, 134:15,
138:5, 153:23,
161:6, 179:11,
229:5, 254:12,
292:11, 305:22,
305:23, 313:16
**tuck** [2] - 102:6, 102:8
**Tuesday** [1] - 1:6

**turn** [43] - 20:21,
21:23, 55:16, 62:20,
84:3, 90:11, 120:15,
120:19, 136:5,
136:6, 147:13,
147:16, 154:3,
154:7, 154:15,
158:9, 158:15,
175:4, 175:14,
175:15, 176:6,
193:1, 193:3,
202:16, 205:2,
216:14, 216:22,
216:23, 229:2,
229:9, 260:6,
260:10, 260:12,
261:14, 263:24,
264:4, 264:9,
312:25, 352:5
**turned** [12] - 56:21,
70:12, 117:22,
157:25, 158:1,
158:2, 202:14,
203:1, 206:5,
216:13, 264:6,
352:10
**turning** [4] - 75:25,
158:16, 175:13,
264:13
**turns** [2] - 83:8, 85:7
**turtle** [1] - 188:17
**turtles** [1] - 189:2
**TV** [3] - 167:16,
335:24, 336:1
**twenty** [2] - 300:25,
301:1
**two** [93] - 6:7, 6:8,
6:24, 14:7, 15:2,
16:6, 16:11, 19:16,
19:18, 23:10, 23:21,
23:23, 31:6, 31:16,
35:24, 43:12, 46:17,
47:12, 47:13, 71:6,
71:7, 75:24, 77:5,
77:17, 85:14, 91:5,
92:5, 92:8, 92:14,
95:25, 97:15, 98:8,
107:15, 109:15,
112:15, 113:6,
113:7, 129:14,
130:11, 134:15,
136:25, 140:25,
143:5, 143:18,
143:19, 145:21,
145:23, 153:19,
158:5, 173:21,
174:5, 174:6,
176:25, 177:3,
180:25, 182:1,
183:3, 183:13,

183:19, 187:3,
195:2, 195:3,
195:17, 195:18,
201:9, 207:20,
211:6, 211:24,
231:14, 249:11,
249:17, 251:5,
254:24, 255:5,
256:2, 266:13,
287:11, 289:12,
292:23, 293:3,
294:14, 307:4,
310:21, 312:18,
312:19, 312:20,
325:17, 329:24,
331:16, 334:3,
342:9, 342:19
**two-hour** [1] - 92:14
**type** [22] - 16:23,
30:25, 96:12,
126:19, 132:17,
143:18, 175:6,
175:17, 177:2,
177:5, 177:15,
183:7, 185:3, 213:6,
213:21, 221:15,
231:6, 242:6,
242:10, 285:3,
301:13, 334:12
**types** [2] - 9:3, 143:20,
145:18
**typical** [6] - 95:1, 97:3,
120:13, 171:24,
292:1
**typically** [1] - 96:14,
209:25, 210:21,
216:2, 284:19,
301:15, 344:2,
345:3, 345:25, 346:1

---

## U

**U.S** [12] - 7:5, 11:10,
95:19, 200:3, 202:2,
204:14, 210:1,
228:5, 233:20,
264:2, 345:20,
346:13
**ultimately** [2] -
159:22, 352:18
**ultrasound** [1] -
133:23
**unable** [1] - 138:3
**unaware** [1] - 280:8
**uncut** [1] - 34:6
**under** [20] - 5:12,
28:22, 50:14, 50:17,
50:18, 50:20, 50:25,
51:16, 74:12, 94:22,
99:24, 100:5, 100:7,

100:8, 115:21,
116:17, 116:20,
130:12, 170:17,
170:20
**underside** [1] - 94:24
**understood** [5] -
106:16, 187:6,
229:19, 229:25,
230:1
**unexpected** [2] -
55:16, 249:7
**unfolds** [1] - 50:13
**unfortunately** [4] -
37:16, 38:4, 225:1,
225:3
**unhook** [2] - 215:4
**unit** [2] - 208:13,
243:6
**United** [17] - 1:21,
37:17, 72:5, 200:13,
202:3, 206:24,
218:4, 243:5,
252:12, 252:16,
252:17, 252:22,
254:13, 321:11,
336:3, 346:3, 353:23
**UNITED** [3] - 1:1, 1:4,
1:15
**united** [1] - 2:17
**universal** [1] - 22:7
**unquote** [2] - 166:19,
168:14
**unsafe** [1] - 284:3
**untouched** [2] - 34:6,
34:7
**up** [152] - 7:24, 10:18,
11:19, 14:1, 23:9,
23:23, 29:23, 39:11,
42:24, 44:1, 44:19,
45:2, 47:5, 47:20,
54:22, 56:22, 57:2,
58:2, 60:14, 60:19,
62:14, 65:23, 67:17,
75:22, 76:4, 76:18,
77:18, 77:19, 77:23,
78:17, 81:22, 85:15,
88:16, 89:2, 89:5,
93:16, 94:16, 95:25,
97:15, 98:8, 107:18,
109:8, 112:14,
112:15, 112:22,
114:4, 114:22,
114:24, 115:25,
116:8, 116:10,
118:12, 118:19,
123:1, 126:20,
129:23, 134:8,
137:2, 141:6, 141:9,
141:11, 142:18,
147:13, 147:21,

153:18, 161:23,
162:18, 162:19,
164:8, 164:10,
165:11, 167:2,
167:20, 170:1,
173:24, 176:2,
177:20, 177:22,
184:21, 188:4,
188:13, 188:16,
188:17, 188:18,
188:19, 188:20,
190:19, 198:24,
199:11, 206:15,
209:22, 211:9,
214:19, 215:9,
215:15, 216:17,
218:13, 218:16,
222:16, 222:17,
223:15, 224:3,
224:4, 224:5,
224:11, 227:25,
228:3, 228:19,
231:12, 232:6,
243:14, 243:16,
244:15, 245:13,
246:9, 255:18,
258:20, 266:3,
268:7, 269:25,
271:12, 275:16,
279:18, 279:21,
279:22, 282:18,
299:20, 299:21,
302:2, 302:23,
304:10, 306:18,
307:5, 312:21,
316:10, 327:1,
327:3, 334:18,
338:8, 338:14,
338:24, 344:9,
348:7, 348:23,
348:24, 349:10,
351:25

**up...** [1] - 77:22
**updated** [1] - 36:4
**upgrades** [1] - 144:16
**uploaded** [1] - 35:7
**uploads** [1] - 205:4
**upper** [3] - 39:20,
73:25, 231:12
**upset** [2] - 33:12,
33:15
**upside** [1] - 21:23
**urinal** [1] - 118:15
**useful** [2] - 246:2,
246:7
**uses** [5] - 27:24,
129:25, 202:2,
203:5, 204:24
**utilize** [1] - 124:17
**utilized** [1] - 104:23

**utilizing** [1] - 144:2

---

**V**

---

**vague** [1] - 128:9
**VALECILLO** [2] - 1:10,
2:10
**VALECILLO-ORTIZ**
[2] - 1:10, 2:10
**valid** [1] - 343:24
**valuable** [1] - 205:14
**value** [2] - 351:19,
351:20
**variety** [2] - 210:8,
211:7
**various** [5] - 210:12,
211:6, 250:9,
264:21, 345:6
**vary** [4] - 187:8, 293:1,
293:2, 293:3
**VAZQUEZ** [127] - 2:10,
5:16, 7:23, 7:25, 8:3,
8:5, 8:8, 8:25, 10:20,
10:22, 11:3, 11:13,
11:17, 11:19, 11:21,
12:13, 13:9, 21:15,
21:18, 21:21, 27:17,
29:10, 31:24, 31:25,
32:3, 32:4, 39:7,
39:10, 39:13, 39:17,
39:19, 39:22, 39:23,
40:9, 40:13, 40:23,
42:11, 42:18, 43:23,
43:25, 48:17, 48:22,
48:25, 49:3, 49:6,
49:10, 49:14, 50:1,
51:13, 51:15, 53:3,
53:8, 53:10, 54:1,
54:3, 54:6, 54:9,
54:11, 54:13, 59:18,
60:11, 76:10, 76:13,
76:15, 76:16, 81:14,
81:16, 83:24, 85:2,
85:10, 86:1, 89:15,
89:18, 90:11, 90:13,
90:22, 90:24, 93:2,
93:4, 128:8, 130:25,
132:20, 137:5,
137:21, 149:19,
152:18, 163:4,
190:16, 192:5,
193:18, 196:9,
203:10, 204:18,
212:23, 222:11,
234:13, 235:18,
242:14, 246:5,
254:15, 307:11,
313:25, 314:5,
314:17, 314:20,
314:22, 315:8,

315:14, 315:18,
315:20, 318:21,
319:7, 321:15,
321:22, 323:6,
330:2, 339:4, 340:4,
342:10, 345:10,
345:14, 345:19,
346:10, 349:16,
349:20, 350:7,
350:20
**Vazquez** [3] - 3:6,
3:15, 3:21
**VCR** [3] - 197:8,
197:16, 197:17
**VCRs** [1] - 158:3
**vector** [16] - 17:1,
17:2, 17:6, 17:12,
32:9, 32:19, 32:21,
32:22, 33:6, 33:13,
33:18, 89:10, 89:11,
89:14, 89:16
**vectors** [3] - 17:7,
89:19, 89:21
**vehicle** [1] - 344:25
**verify** [4] - 41:13,
110:5, 112:18,
273:22
**versa** [1] - 223:11
**version** [2] - 204:7,
239:7
**versus** [5] - 145:9,
170:11, 190:25,
191:3, 341:1
**vessel** [212] - 64:4,
64:12, 65:6, 66:8,
68:12, 68:13, 68:15,
68:18, 69:12, 70:4,
70:6, 73:3, 75:12,
85:4, 86:12, 86:19,
87:11, 87:17, 97:16,
98:13, 99:2, 99:16,
99:22, 100:1, 104:2,
104:15, 104:16,
104:24, 106:14,
109:11, 110:14,
112:19, 114:23,
120:10, 120:20,
129:22, 130:1,
131:13, 136:4,
136:16, 136:23,
137:13, 137:17,
139:18, 139:21,
139:25, 141:7,
141:11, 151:9,
151:11, 151:17,
151:18, 151:21,
153:12, 153:15,
153:19, 153:22,
157:8, 157:9,
157:14, 157:16,

157:17, 158:19,
160:21, 162:20,
171:10, 171:12,
174:18, 179:15,
179:16, 187:20,
188:14, 188:16,
201:10, 203:24,
208:14, 208:16,
209:19, 211:18,
212:19, 213:5,
213:6, 213:7, 213:8,
214:23, 217:14,
218:5, 218:10,
220:11, 221:2,
223:1, 223:2, 223:4,
224:12, 227:13,
229:11, 230:10,
230:15, 230:24,
230:25, 231:6,
231:7, 231:11,
231:15, 231:17,
231:19, 232:23,
232:24, 233:1,
233:6, 233:7,
233:16, 233:20,
233:21, 234:6,
234:9, 234:10,
234:12, 234:22,
236:7, 238:12,
238:13, 239:10,
239:12, 241:3,
241:19, 241:24,
242:4, 242:23,
244:2, 245:25,
246:3, 247:6,
247:19, 248:2,
248:19, 249:3,
250:4, 250:7,
250:16, 250:25,
251:2, 253:13,
257:8, 264:2, 266:3,
266:9, 266:13,
268:23, 268:24,
269:3, 269:4,
269:22, 270:1,
271:13, 272:13,
273:20, 275:13,
275:25, 278:2,
279:1, 279:2,
279:24, 280:16,
282:15, 282:16,
283:1, 284:2, 284:4,
284:6, 285:6,
285:11, 285:15,
285:16, 286:3,
287:8, 287:9,
287:15, 289:20,
291:19, 291:23,
293:5, 293:8,
293:15, 293:17,
293:23, 295:4,

307:18, 308:7,
317:6, 317:7,
317:10, 322:2,
337:1, 339:20,
339:25, 340:1,
340:11, 340:12,
340:18, 340:19,
340:21, 340:25,
341:24, 343:5,
345:24, 346:23
**Vessel** [10] - 307:17,
309:18, 309:25,
310:12, 311:12,
311:16, 312:24,
313:5, 313:13,
316:17
**vessel's** [5] - 64:24,
112:23, 140:23,
243:12, 346:25
**vessels** [73] - 21:5,
25:3, 28:6, 78:22,
88:8, 95:5, 95:13,
95:16, 106:20,
109:15, 114:21,
115:5, 127:22,
128:1, 128:6,
128:12, 128:14,
128:17, 128:24,
129:5, 129:11,
130:5, 137:1,
150:23, 153:8,
165:14, 168:12,
174:7, 174:8,
174:10, 174:14,
174:15, 176:9,
178:22, 179:1,
179:4, 179:5, 179:9,
179:14, 186:13,
189:4, 189:6,
189:14, 189:15,
195:19, 195:25,
196:1, 206:5, 211:3,
211:7, 248:21,
264:19, 264:22,
280:6, 280:8,
280:11, 280:14,
280:22, 280:24,
291:17, 291:22,
292:1, 292:2, 292:5,
292:24, 341:10,
344:6, 344:20,
345:6, 346:5, 346:8,
346:17, 346:19
**vest** [1] - 255:9
**vests** [3] - 251:4,
253:3, 278:23
**via** [1] - 163:12
**VIAMONTES** [167] -
1:20, 7:24, 8:2, 8:4,
8:22, 10:19, 10:24,

11:12, 12:11, 13:6,
27:14, 29:8, 35:18,
39:15, 39:20, 40:6,
42:8, 42:10, 42:14,
43:22, 53:16, 59:15,
83:21, 85:1, 85:22,
89:13, 101:8,
106:24, 108:1,
109:14, 121:6,
121:12, 121:20,
122:4, 122:9,
122:12, 122:15,
122:21, 127:9,
127:11, 128:11,
129:19, 131:2,
132:22, 137:10,
137:24, 141:17,
152:21, 180:12,
206:24, 207:15,
208:21, 208:23,
209:7, 209:14,
209:16, 212:10,
212:11, 212:21,
213:2, 213:4,
219:14, 219:16,
220:3, 220:8,
220:10, 221:17,
221:19, 222:8,
222:15, 223:21,
223:24, 224:15,
224:20, 225:6,
226:2, 226:10,
227:1, 227:19,
228:9, 228:17,
228:23, 229:15,
229:23, 230:19,
231:4, 234:20,
235:1, 235:3,
235:16, 235:23,
235:25, 237:3,
237:20, 238:3,
240:14, 241:1,
241:15, 242:15,
242:21, 243:24,
244:18, 245:1,
245:9, 245:11,
246:10, 247:10,
248:7, 248:13,
248:16, 254:18,
256:4, 256:6, 256:7,
256:20, 257:2,
257:4, 258:12,
258:14, 275:19,
279:12, 288:21,
290:1, 296:18,
297:7, 297:17,
297:25, 302:3,
302:12, 302:21,
304:23, 313:24,
314:2, 314:11,
314:14, 315:10,

315:16, 318:19,
318:25, 321:12,
321:20, 329:25,
330:5, 330:10,
330:12, 332:11,
333:19, 336:20,
339:7, 340:9,
342:17, 343:15,
343:17, 343:19,
343:20, 344:18,
345:11, 345:22,
346:16, 349:24,
349:25, 350:12,
350:25, 351:5,
351:8, 351:9, 352:23
**Viamontes** [2] - 3:10,
3:22
**viamontes** [1] - 3:18
**vice** [1] - 223:11
**vicinity** [8] - 85:12,
85:13, 111:5, 112:5,
178:23, 179:4,
271:13, 343:21
**Victor** [6] - 281:21,
282:11, 288:17,
337:8, 337:9, 343:10
**video** [143] - 32:6,
33:17, 34:3, 34:4,
34:8, 34:9, 34:12,
34:13, 34:19, 35:1,
35:6, 35:9, 35:23,
39:25, 40:2, 40:7,
40:19, 40:24, 46:3,
47:14, 48:18, 48:21,
48:23, 49:1, 49:4,
49:15, 49:21, 50:3,
50:13, 50:15, 53:11,
53:13, 53:14, 53:15,
53:17, 53:20, 53:23,
54:3, 55:8, 55:9,
56:1, 56:9, 63:24,
65:17, 66:15, 67:21,
71:23, 73:9, 73:10,
73:11, 87:5, 90:20,
93:6, 99:5, 99:10,
99:11, 99:19, 99:21,
101:18, 102:1,
102:10, 103:23,
116:19, 120:24,
120:25, 121:4,
121:7, 121:13,
121:24, 122:2,
123:3, 130:19,
132:12, 132:17,
134:20, 134:24,
135:16, 135:19,
135:23, 135:24,
137:25, 139:11,
139:14, 146:9,
154:23, 154:25,

157:22, 159:8,
161:22, 162:12,
162:22, 175:4,
175:13, 176:4,
176:6, 180:24,
180:25, 181:2,
181:3, 181:6, 181:8,
181:20, 182:2,
182:5, 182:6, 182:8,
182:11, 190:2,
190:25, 199:4,
199:25, 202:13,
202:14, 202:16,
203:14, 204:7,
223:21, 223:25,
226:4, 230:20,
232:17, 240:21,
243:25, 244:14,
244:15, 260:15,
261:19, 261:23,
267:21, 293:13,
293:14, 293:15,
293:25, 310:2,
311:17, 312:3,
312:4, 325:9, 326:5,
326:14, 342:9
**video-recorded** [2] -
180:24, 180:25
**videos** [17] - 12:4,
37:23, 96:4, 119:7,
121:17, 122:1,
155:2, 196:14,
196:17, 198:15,
221:1, 222:5, 224:7,
293:24, 326:15,
326:16
**Videotape** [5] - 40:11,
224:18, 228:21,
240:24, 248:15
**videotape** [40] - 56:15,
225:4, 225:5,
225:25, 226:1,
226:8, 226:9,
226:23, 226:24,
227:17, 227:18,
228:7, 228:8,
228:15, 228:16,
228:22, 229:13,
229:14, 229:21,
229:22, 230:17,
230:18, 231:2,
231:3, 241:13,
241:14, 242:19,
242:20, 243:22,
243:23, 244:16,
244:17, 244:24,
244:25, 245:6,
245:7, 247:8, 247:9,
248:5, 248:6
**videotaped** [1] -

109:23
**videotaping** [1] -
109:9
**view** [14] - 112:24,
134:2, 134:21,
152:11, 162:16,
163:24, 185:10,
185:13, 185:19,
186:14, 186:20,
187:24, 310:2, 314:6
**viewable** [1] - 35:10
**viewed** [5] - 34:11,
34:12, 181:2, 181:6,
181:19
**viewing** [1] - 189:21
**villages** [2] - 334:16,
334:23
**VILLEZ** [2] - 1:9, 2:8
**VILLEZ-PICO** [2] - 1:9,
2:8
**visible** [4] - 292:19,
317:8, 346:24, 347:4
**vision** [5] - 51:24,
77:6, 80:4, 80:6,
80:8
**visit** [1] - 336:23
**visual** [1] - 285:4
**visualize** [1] - 23:25
**visually** [5] - 20:3,
87:10, 143:21,
151:13, 151:14
**voice** [5] - 142:18,
227:20, 227:21,
228:24, 244:12
**VOICE** [4] - 123:20,
123:21, 123:22,
123:24
**voluminous** [1] -
344:23
**vote** [1] - 174:25
**voyage** [4] - 238:25,
239:4, 243:2, 269:17
**VP-30** [1] - 143:25
**VP-47** [2] - 143:4,
144:3
**VP-9** [1] - 144:24
**vs** [1] - 1:6
**VTR** [4] - 177:9, 197:9,
197:11, 197:12

**W**

**wait** [7] - 73:23,
145:16, 243:13,
252:3, 337:21,
348:7, 348:10
**waited** [1] - 282:14
**waiting** [10] - 86:11,
86:12, 86:18,
247:13, 247:15,

109:23
247:18, 247:20,
282:15, 313:7, 313:8
**wake** [4] - 58:15,
68:18, 68:25
**Walgreens** [2] - 38:3,
38:5
**wants** [3] - 37:17,
144:7, 296:22
**war** [1] - 124:4
**warfare** [8] - 9:12,
17:25, 18:5, 33:25,
50:4, 143:14, 202:3,
203:5
**warm** [1] - 126:5
**warning** [1] - 264:25
**wash** [1] - 104:6
**washed** [2] - 104:3,
104:4
**Washington** [4] -
207:21, 210:7,
335:13, 335:14
**waste** [3] - 49:8,
53:25, 154:10
**wastes** [1] - 130:7
**watch** [7] - 52:24,
53:18, 55:8, 135:24,
258:8, 258:9, 263:1
**watched** [8] - 101:21,
121:17, 171:10,
222:4, 260:14,
261:23, 293:18
**watching** [6] - 56:14,
59:24, 102:22,
160:7, 258:7, 261:17
**water** [39] - 25:21,
25:24, 30:12, 30:14,
56:1, 65:8, 65:10,
68:21, 72:18, 74:13,
85:7, 85:15, 100:23,
106:2, 114:2,
135:11, 141:13,
168:6, 169:3, 185:1,
188:18, 211:15,
211:16, 215:2,
215:5, 242:9,
242:16, 260:17,
262:1, 262:3,
262:13, 262:14,
263:21, 326:3,
338:11
**waterproof** [1] -
220:21
**waters** [1] - 150:21
**waved** [3] - 349:10,
349:21, 350:1
**waves** [1] - 312:16
**ways** [8] - 32:12,
32:16, 133:16,
149:2, 197:25,
198:5, 339:20,

342:22

**weapon** [13] - 221:13, 221:15, 221:16, 228:11, 232:12, 232:14, 232:17, 232:19, 232:20, 232:21, 309:3, 309:4, 309:5

**weaponry** [2] - 200:17, 200:18

**weapons** [10] - 7:2, 8:17, 8:18, 8:19, 8:20, 78:2, 248:9, 249:10, 308:7

**wear** [2] - 118:3, 261:4

**wearing** [11] - 107:15, 118:1, 169:25, 221:7, 221:9, 244:4, 244:5, 255:9, 255:17, 312:20, 322:16

**wears** [1] - 107:18

**weather** [7] - 108:7, 108:8, 147:20, 147:21, 184:24, 184:25

**week** [1] - 252:20

**weeks** [7] - 254:24, 255:5, 256:2, 324:4, 324:7, 324:8, 324:9

**weighed** [1] - 119:17

**weight** [5] - 116:7, 119:21, 237:12, 237:13, 292:12

**West** [10] - 1:4, 91:21, 91:24, 91:25, 111:8, 111:16, 111:18, 279:24, 280:6, 280:7

**west** [4] - 45:17, 92:22, 150:6, 150:7

**whale** [2] - 85:19

**whales** [1] - 85:21

**whatever's** [1] - 325:4

**whatsoever** [1] - 287:23

**wheel** [1] - 76:3

**white** [30] - 30:11, 44:11, 44:15, 44:19, 46:10, 47:5, 47:22, 47:23, 48:3, 64:23, 65:9, 68:25, 69:2, 69:7, 69:9, 72:18, 73:20, 85:7, 99:6, 125:10, 133:21, 134:5, 134:6, 134:18, 134:22, 141:9, 146:12, 347:3

**whoever's** [2] - 20:3, 87:24, 118:11

**whole** [17] - 22:3,

48:18, 48:20, 48:25, 49:4, 59:13, 59:15, 115:25, 118:19, 142:1, 161:24, 163:10, 167:7, 198:19, 207:3, 215:1, 293:18

**wholly** [1] - 148:18

**wide** [10] - 44:6, 69:11, 70:2, 70:3, 70:15, 70:16, 92:3, 146:8, 201:23, 326:23

**wide-angle** [3] - 69:11, 70:3, 70:16

**widely** [2] - 217:4

**wider** [3] - 187:24, 188:3, 188:6

**widest** [1] - 185:19

**width** [1] - 334:1

**Wikipedia** [1] - 10:18

**wind** [1] - 102:7

**window** [9] - 61:1, 84:12, 140:6, 161:16, 161:17, 194:20, 194:22, 195:2, 195:6

**windows** [6] - 161:13, 194:24, 194:25, 195:3, 195:5

**wing** [4] - 94:22, 94:24, 94:25

**wise** [2] - 143:1, 231:10

**Witness** [5] - 21:24, 141:20, 206:17, 211:21, 352:25

**witness** [11] - 5:10, 5:11, 40:12, 121:15, 121:20, 141:21, 206:23, 211:19, 224:19, 297:8, 298:7

**WITNESS** [41] - 8:24, 11:2, 13:8, 21:17, 21:19, 35:23, 42:17, 52:23, 53:1, 85:6, 85:23, 89:17, 107:1, 108:3, 122:2, 124:1, 124:4, 124:7, 124:12, 137:8, 137:23, 142:3, 142:7, 165:25, 183:6, 183:16, 192:4, 207:5, 207:9, 275:21, 290:4, 302:15, 302:23, 305:1, 305:12, 305:17, 319:6, 339:6, 340:7, 342:13, 344:6

**WITNESSES** [1] - 3:4

**woke** [1] - 338:1

**wood** [1] - 19:10

**wooden** [1] - 125:10

**word** [7] - 59:12, 90:2, 157:3, 158:14, 203:2, 214:14, 247:22

**Word** [1] - 38:24

**words** [8] - 31:22, 95:12, 124:7, 167:16, 173:11, 198:14, 261:1, 271:2

**works** [5] - 37:15, 118:17, 146:19, 176:12, 204:15

**world** [9] - 15:23, 42:4, 42:5, 42:21, 131:20, 217:2, 271:3, 346:8, 346:18

**worried** [1] - 86:14

**worry** [1] - 249:7

**worse** [1] - 257:12

**worth** [1] - 289:23

**worthwhile** [1] - 179:23

**write** [9] - 62:20, 68:7, 101:13, 236:24, 245:4, 337:17, 337:19, 338:13, 339:2

**writing** [3] - 62:23, 245:2, 324:10

**written** [1] - 245:17

**wrote** [13] - 271:25, 283:17, 283:20, 330:21, 330:23, 330:25, 336:15, 336:16, 337:16, 337:22, 338:2, 338:8

### X

**x-ray** [1] - 51:24

### Y

**Yamahas** [1] - 31:4

**yards** [3] - 79:20, 79:22, 310:14

**year** [3] - 8:10, 144:3, 144:18

**years** [12] - 6:15, 6:24, 7:8, 7:9, 142:23, 143:10, 191:6, 207:20, 208:6, 208:8, 310:3, 323:12

**yelling** [1] - 248:11

**yellow** [2] - 255:2, 321:3

**yesterday** [19] - 5:21, 6:10, 9:10, 20:13, 34:18, 35:5, 35:14, 39:24, 44:6, 49:16, 53:13, 57:9, 69:18, 70:23, 75:2, 75:10, 87:14, 90:25, 94:21

**yourself** [5] - 101:13, 142:21, 181:22, 207:16, 225:22, 252:4, 265:17, 267:13, 293:9, 293:19, 293:22, 342:25, 343:2

**yourselves** [2] - 118:2, 183:24

### Z

**Zealand** [1] - 10:1

**zebra** [2] - 270:17, 281:6

**zero** [1] - 45:17

**zodiac** [13] - 71:3, 71:4, 71:5, 71:21, 72:13, 72:24, 73:2, 74:5, 76:4, 78:6, 78:24, 79:4, 80:22

**zodiacs** [4] - 71:6, 71:10, 73:6, 73:11

**zone** [9] - 22:22, 22:24, 41:15, 41:21, 41:22, 43:7, 43:19, 131:20, 132:1

**zoom** [5] - 73:23, 146:10, 185:15, 186:17, 342:19

**zoom-in** [1] - 146:10

**zoomed** [1] - 44:9

**zooming** [1] - 187:19

**zooms** [1] - 146:9

**Zulu** [36] - 21:20, 22:2, 22:3, 22:6, 22:12, 22:16, 41:6, 41:8, 41:10, 41:11, 41:17, 41:18, 41:20, 42:3, 42:4, 42:5, 42:20, 42:21, 42:22, 43:8, 43:19, 46:4, 54:18, 55:1, 58:19, 60:19, 70:9, 88:21, 131:14, 131:16, 131:18, 131:19, 131:23, 173:19