```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                     CASE NO. 4:16-CR-10042-KMM
 3


 4
     UNITED STATES OF AMERICA          Key West, Florida
 5
                                       July 13, 2017
 6           vs.                       Thursday


 7
     GABRIEL GARCIA-SOLAR,             Scheduled for 8:30 a.m.
 8   ALONSO BARRERA-MONTES,            8:22 a.m. to 5:33 p.m.
     MOISES AGUILAR-ORDONEZ,
 9   JOSE CANDELARIO PEREZ-CRUZ,
     JOSE FERNANDO VILLEZ-PICO,
10   MARTIN VALECILLO-ORTIZ, AND
     JOSE MARTIN LUCAS-FRANCO          Pages 1 - 268
11

12   -----------------------------------------------------------

13
                        JURY TRIAL - DAY 4 of 5
14

15           BEFORE THE HONORABLE K. MICHAEL MOORE
               UNITED STATES CHIEF DISTRICT JUDGE
16

17

18   APPEARANCES:

19

20   FOR THE GOVERNMENT:          JODI ANTON, AUSA
                                  FRANCIS VIAMONTES, AUSA
21
                                  United States Attorney's Office
22                                500 East Broward Boulevard
                                  Suite 700
23                                Fort Lauderdale, Florida  33394

24

25
```

```
 1   APPEARANCES (CONTINUED):

 2
     FOR GABRIEL GARCIA-SOLAR:      STEWART GLENN ABRAMS, AFPD
 3

 4   FOR ALONSO BARRERA-MONTES:     JOSE RAFAEL RODRIGUEZ, ESQ.

 5
     FOR MOISES AGUILAR-ORDONEZ:    JOSEPH ABRAHAM CHAMBROT, ESQ.
 6

 7   FOR JOSE CANDELARIO PEREZ-CRUZ:   JUAN DIEGO BERRIO, ESQ.

 8
     FOR JOSE FERNANDO VILLEZ-PICO:     ORLANDO DO CAMPO, ESQ.
 9

10   FOR MARTIN VALECILLO-ORTIZ:       SILVIA PINERA-VAZQUEZ, ESQ.

11
     FOR JOSE MARTIN LUCAS-FRANCO:      ISRAEL JOSE ENCINOSA, ESQ.
12

13

14

15
     STENOGRAPHICALLY
16   REPORTED BY:             GLENDA M. POWERS, RPR, CRR, FPR
                              Official Court Reporter
17                            United States District Court
                              400 North Miami Avenue, Room 08S33
18                            Miami, Florida 33128

19

20

21

22

23

24

25
```

```
 1                         I N D E X
                                                        PAGE
 2
                      GOVERNMENT'S EVIDENCE
 3

 4    WITNESSES                                         PAGE

 5

      PETTY OFFICER JOSEPH PFRIMMER
 6
          Cross-Examination by Mr. Abrams                  7
 7        Cross-Examination by Mr. Rodriguez              11
          Cross-Examination by Mr. Chambrot              15
 8        Cross-Examination by Mr. Berrio                17
          Cross-Examination by Mr. do Campo              20
 9        Cross-Examination by Ms. Pinera-Vazquez        24
          Cross-Examination by Mr. Encinosa              38
10        Redirect Examination by Ms. Anton             39

11

      SPECIAL AGENT MARCO SUAREZ
12
          Direct Examination by Ms. Viamontes           54
13        Cross-Examination by Mr. Abrams               79
          Cross-Examination by Mr. Rodriguez             96
14        Cross-Examination by Mr. Chambrot            100
          Cross-Examination by Mr. Berrio              103
15        Cross-Examination by Mr. do Campo            106
          Cross-Examination by Ms. Pinera-Vazquez      110
16        Cross-Examination by Mr. Encinosa            124
          Redirect Examination by Ms. Viamontes        127
17        Recross-Examination by Mr. do Campo          143
          Recross-Examination by Mr. Abrams            146
18

19    LIEUTENANT HEATHER WILSON

20        Direct Examination by Ms. Anton              147
          Cross-Examination by Mr. Abrams              190
21        Cross-Examination by Mr. Rodriguez           202
          Cross-Examination by Mr. do Campo            209
22        Redirect Examination by Ms. Anton            212

23

24

25
```

```
1                        I N D E X
                         (continued)
2                                                    PAGE

3    GOVERNMENT RESTS                                217

4    RULE 27 MOTIONS                                 221

5    CRAWFORD MOTIONS                                227

6    ID MOTIONS                                      231

7

8                    DEFENDANT'S EVIDENCE

9

10   WITNESSES                                       PAGE

11
     VIDEOTAPED DEPOSITION PLAYED
12   OF MR. RAMON GARCIA-SOLAR
     PART ONE                                        234
13
     VIDEOTAPED DEPOSITION PLAYED
14   OF URIBE ARTEAGA HERNANDEZ
     PART TWO                                        235
15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    E X H I B I T S

 2

 3   GOVERNMENT'S EXHIBITS                        ADMITTED

 4   Exhibit 36                                      53

 5   Exhibit 37                                      53

 6   Exhibit 40                                     159

 7

 8   DEFENDANT'S GARCIA-SOLAR'S EXHIBITS

 9   Exhibits W1, W2, W3                            235

10   Exhibit W1-A                                   235

11   Exhibits X, Y, Z                               235

12   Exhibits X1, Y1, Z1                            235

13

14

15

16

17

18

19

20

21

22

23

24

25
```

 1            (Continued from Day 3 of 5.)

 2            (Defendants aided by Court-Certified Spanish

 3    Interpreters.)

 4            THE COURT:  Good morning, everyone.  Please be seated.

 5    Have a seat.

 6            MS. PINERA-VAZQUEZ:  Morning.

 7            THE COURT:  While we're waiting, did you have a chance

 8    to look at the jury instructions?

 9            MS. PINERA-VAZQUEZ:  I did, Your Honor.  And I agreed

10    with Mr. Rodriguez, object about the flight instruction.

11            THE COURT:  So you object to the flight instruction?

12            MR. ENCINOSA:  Yes, we all do, Judge.

13            THE COURT:  That will be denied.

14            What else?

15            MR. ENCINOSA:  I think there was an issue with the

16    verdict form.

17            MR. ABRAMS:  Judge, I redrafted the verdict form.  I

18    sent it to Robin last night.

19            I'm happy to show it to the Government.

20            THE COURT:  Would you, please.

21            MR. ABRAMS:  Yes, sir.

22            THE COURT:  All right.  We've got all our jurors here,

23    so we'll take it up later.  Provide a copy to the Government.

24            MR. ABRAMS:  Yes, sir.

25            THE COURT:  Bring the jury in, please.

```
 1            COURTROOM DEPUTY:  All rise.

 2            (Jury entered courtroom at 8:26 a.m.)

 3            THE COURT:  Good morning, ladies and gentlemen.

 4            Go ahead and take a seat.

 5            (Witness resumes stand.)

 6            THE COURT:  You are still under oath.  So cross.

 7            MR. ABRAMS:  Yes, Your Honor.

 8            (PETTY OFFICER JOSEPH PFRIMMER, previously sworn,

 9  continued testifying as follows:)

10                      CROSS-EXAMINATION

11  BY MR. ABRAMS:

12  Q.  Good morning, sir.

13  A.  Good morning, sir.

14  Q.  Yesterday you were talking about the different applications

15  for the Garmin and the way you could do extractions to

16  determine places that the GPS unit had been; is that correct?

17  A.  Yes, sir.

18  Q.  You talked about track logs; right?

19  A.  Yes, sir.

20  Q.  And the track logs being where the GPS unit is, tell me,

21  you turn it on and off.  When you turn it on, it creates a

22  track log; is that right?

23  A.  Yes, sir.

24  Q.  All right.  And that is something that the machine does by

25  itself?
```

1    A.   Yes, sir.

2    Q.   Not something that is programmed in?

3    A.   No.

4    Q.   All right.  What is programmed in would be a waypoint?

5    A.   Correct.

6    Q.   Which enables people to -- if they have a place they want

7    to go, it creates that point that they can follow on the GPS to

8    get there?

9    A.   Correct.  And it will save that position.

10   Q.   Okay.  And you testified in regard to having -- now --

11   okay.

12        And you testified in regard to having the track log from

13   the GPS in the Garmin that was provided to you in regards to

14   this case?

15   A.   Yes.

16   Q.   Okay.  Now, the GPS tells you where the device was, right,

17   at a particular time, particular place?

18   A.   Yes, sir.

19   Q.   GPS does not tell you the who; is that right?

20   A.   Correct.

21   Q.   So you can determine by looking at the logs that you look

22   at where a device was at any particular time, assuming the

23   device was on?

24   A.   Correct.

25   Q.   But it can't tell you who was holding that device and who

1    was turning that on, doing the turning on and off?

2    A.  Correct.

3    Q.  Can you tell from looking at the information that you

4    looked at whether more than one person possessed that device

5    and turned it on and off?

6    A.  You're not able to tell that.  No.

7    Q.  Can you tell whether that GPS -- and I guess this is in

8    general -- hand-held GPSs work in cars as well as boats; right?

9    A.  Yes, they do.

10   Q.  Now, this one, we know this was on a boat because a car's

11   not going to be carrying a GPS on water?

12   A.  Correct.

13   Q.  We can't tell, though, whether or not multiple individuals

14   or multiple boats used this GPS; is that right?

15   A.  Correct.

16   Q.  Now, I believe that you said that, if the GPS is left on,

17   it creates a track; is that right?

18   A.  Yes.

19   Q.  And over time, if the GPS is left on, then it's going to

20   start overwriting some of its own track; is that right?

21   A.  Correct.  The typical storage for -- if it's turned on,

22   it's going to record in one track log and it stores up to

23   9,999 points and it's just going to keep overwriting the oldest

24   point.

25   Q.  So is it fair to say, to make a really bad pun, if somebody

1    wanted to hide their tracks, all they really needed to do was

2    to keep the GPS on because initial points are going to be

3    overwritten as later points are added?

4    A.   Yes, you could.  But then the batteries could die, keep it

5    on for multiple days.

6    Q.   Fair to say, the longer that it's left on and with good

7    batteries, you're going to lose the old data in favor of the

8    new stuff?

9    A.   Correct.

10   Q.   Okay.  This was a hand-held GPS; right?

11   A.   Yes, sir.

12   Q.   Not one that was mounted --

13   A.   No.

14   Q.   -- anywhere?  Okay.

15        Do you know how much it weighed?

16   A.   No, I do not.

17   Q.   Just from looking at it -- and you're a Coast Guard guy.

18   You've spent some time on boats?

19   A.   Yes.

20   Q.   Do you know any reason why -- GPSs may be a little bigger

21   than my wallet?

22   A.   Probably about double the size, this one.

23   Q.   Any reason why -- yours is probably heavier.  There's not

24   much in this.

25        Any reason why somebody standing on a boat that's being

1    approached by the Coast Guard could take that little GPS like

2    that and get rid of it?

3    A.   They do occasionally.

4    Q.   Didn't happen in this case, as far as you know?

5    A.   No.  Because I have possession of it.  Yes.

6         MR. ABRAMS:  Sir, thank you.

7                    CROSS-EXAMINATION

8    BY MR. RODRIGUEZ:

9    Q.   Good morning, sir.  How are you?

10   A.   Good morning.  How are you doing?

11   Q.   I just have a few questions for you.

12        How long have you been doing these extractions?

13   A.   I reported to Miami, Florida, in January 2015 and I started

14   getting qualified in May of 2015.  So approximately a little

15   over two years.

16   Q.   So at the time that you did this, you had been doing it for

17   about a year, a little over a year?

18   A.   Yes, sir.

19   Q.   Now, you only worked for the Coast Guard; correct?

20   A.   Yes, sir.

21   Q.   Do you work for any other Government agency?

22   A.   No, I do not.

23   Q.   And are there any protocols, provisions, where you send

24   this work out to an independent contractor?

25   A.   No.

1    Q.   So it's all in-house?

2    A.   Yes, sir.

3    Q.   Were you debriefed as to what this case was about?

4    A.   I get the case background from our Coast Guard database.

5    So the Coast Guard boarding team, after they did their

6    interdiction, I could read the who, what, when, where, why.

7    Q.   So it's fair to say you were aware of the facts that were

8    alleged in this case?

9    A.   The case background.  Yes, sir.

10   Q.   You mentioned that you've testified previously; right?

11   A.   Yes, sir.

12   Q.   And it's only been on behalf of the Coast Guard for the

13   Government; correct?

14   A.   Yes, sir.

15   Q.   When you get this information, do you run it by your

16   superiors or do you do it on your own?

17   A.   Yes, I do.  Typically, when I do a GPS extraction, I will

18   also do the analysis for it as well, and then I'll have my

19   supervisor do a peer review before I send it to the case agent

20   as well.

21   Q.   Now, the data in the Garmin, was it analyzed from the

22   Garmin itself or did you have to copy it onto a safe location

23   and then work with it?

24   A.   In order to get it off the physical GPS unit, you have to

25   use a Garmin data cable to transfer it to my forensic computer.

1   Q.   And that's what you did?

2   A.   Yes, sir.

3   Q.   So the Garmin itself still had the original information?

4   A.   Yes, sir.

5   Q.   However, you put it in a blocker.  Was that done at the

6   computer level or --

7   A.   It's an external signal jammer that we can just flip the

8   switch and it'll jam the signal so, that way, the GPS unit does

9   not receive any satellite.

10  Q.   So the blocker is applied to the Garmin itself?

11  A.   It's not applied to the physical unit.  It's sitting right

12  next to it.

13  Q.   Now, in order to calculate the latitude and longitude, how

14  many satellites do you need, at least?

15  A.   You need a minimum of three.  Three or more.

16  Q.   Do you know how old this Garmin was?

17  A.   I do not.

18  Q.   So you have no idea if it was an antiquated model?

19  A.   I do not.

20  Q.   Do you know if this Garmin used what's called Wide Area

21  Augmentation System?

22  A.   I do not, sir.

23  Q.   Do you know what that is?

24  A.   I do not, sir.

25  Q.   What's the kind of Garmin that the -- or GPS that the

1    Coast Guard uses?

2    A.   We actually don't use a Garmin system.   We use a Furuno

3    NavNet system.

4    Q.   Is that a differential GPS?

5    A.   A differential GPS?   It's a navigational system on the

6    Coast Guard boats.   It also has a GPS finder -- each

7    Coast Guard boat is a little bit different model of the Furuno,

8    but we all use Furunos in the Coast Guard.

9    Q.   Now, you printed out the contents of the data in the

10   Garmin.   Correct?

11   A.   Yes, sir.

12   Q.   But you yourself didn't do any analysis of it?

13   A.   No, sir.

14   Q.   That was sent to someone else?

15   A.   Yes, sir.

16   Q.   And you didn't generate any maps, did you?

17   A.   Just the one that you saw yesterday just for a screenshot.

18   Q.   But you didn't do any analysis of that?   That was sent to

19   someone else?

20   A.   Correct.

21   Q.   Are you aware whether -- what can cause a GPS signal error?

22   A.   Poor sky view could cause --

23   Q.   I'm sorry?

24   A.   A poor sky view.   If they're not getting good three or more

25   satellite signals, it could cause errors.

1   Q.   Have you ever heard of receivers having internal clock

2   errors?

3   A.   Are you talking about in the physical GPS unit?

4   Q.   Yeah.

5   A.   Occasionally, but that is kind of rare.

6   Q.   But that can happen; right?  That can effect the factors?

7   A.   Yes.

8   Q.   There's also errors involving orbital errors involving the

9   satellites; right?

10  A.   Correct.

11  Q.   Thank you, sir.

12          MR. RODRIGUEZ:  I have no further questions.

13          THE WITNESS:  Thank you.

14                          CROSS-EXAMINATION

15  BY MR. CHAMBROT:

16  Q.   Good morning again, sir.

17  A.   Good morning, sir.

18  Q.   You said that you received your training -- did you receive

19  your training from the Coast Guard?

20  A.   No.  A lot of digital forensics training are outside

21  vendors that have created their own tools.  So we have to go

22  outside of the Coast Guard for those trainings.

23  Q.   Were you trained by Garmin?

24  A.   No, I was not.

25  Q.   So you're not a -- what could be called a Garmin-qualified

1    technician?

2    A.   No.  But I have examined over 150 Garmin hand-held GPSs

3    before.

4    Q.   Okay.  Now, in your examination, have you come across

5    something that could be called, like, echoing, which is one GPS

6    picking up or being jammed by another GPS nearby?

7    A.   I have not experienced that.  No, sir.

8    Q.   Now, when you made your maps with your little markings,

9    they were -- they dealt with longitude and latitude?

10   A.   Yes, sir.

11   Q.   How much of a range is there?  Is it, like, pinpoint or is

12   it like a kilometer one way or a kilometer another way?

13   A.   It's pretty accurate, maybe a five-yard difference.  But

14   it's fairly accurate.  Yes, sir.

15   Q.   But there are no landmarks that it would obviously verify

16   those markings?

17   A.   Not that far out on the ocean.  No, sir.

18   Q.   It's not like here, that if we turn on the GPS, it would

19   show exactly there's a courthouse right here; right?

20   A.   Correct.

21   Q.   So there's no landmarks, again, that could be -- verify

22   those markings?

23   A.   Correct.

24   Q.   Now, are GPS affected by the weather, removing the battery,

25   being wrapped up in foil, taking a beating in the ocean?

```
 1   A.   Yes.

 2           MR. CHAMBROT:  Okay.  I have no further questions.

 3                           CROSS-EXAMINATION

 4   BY MR. BERRIO:

 5   Q.   Good morning, Officer.  How are you?

 6   A.   Good morning, sir.  How are you doing?

 7   Q.   My name is Juan Berrio.  I represent Jose Candelario

 8   Perez-Cruz.

 9        I don't think we've ever met before; right?

10   A.   I have not, sir.

11   Q.   And I hesitate because I was questioning a gentleman by the

12   name of Special Agent David Villanucci yesterday, who was

13   sitting in that same chair where you're at today.

14        I asked him, "We've never met before?"

15        And he said, "No.  Well, actually, we have."

16        So I hesitate.  Apparently, he had facial hair before and

17   now he doesn't.

18        Do you know Mr. Villanucci?

19   A.   Courthouse.  I met him the other day.  That was it.

20   Q.   And he's been working this case as well?

21   A.   Yes, sir.

22   Q.   And you learned about the case background in this case.

23   You understand that there was a spot tracker also recovered?

24   A.   Yes, sir.

25   Q.   And Agent Villanucci was tasked with a very similar job
```

1   that you were.  He was tasked with extracting the raw data from

2   that spot tracker.

3       Are you aware of that?

4       MS. ANTON:  Judge, I'm going to object, first of all,

5   to the form of the question.

6       THE COURT:  Overruled.  Let me see where it goes.

7       THE WITNESS:  I did not know he was specifically tasked

8   with that.

9   BY MR. BERRIO:

10  Q.  Okay.  But do you agree that a spot tracker is similar to a

11  GPS?

12  A.  It's similar in aspects of it, but the spot tracker does

13  not physically store data on the device.

14  Q.  Okay.  But there's data that could be extracted from the

15  spot tracker to determine where it has been in the past?

16  A.  The company holds the data for the spot trackers, yes, sir.

17  Q.  And, in this particular case, Agent Villanucci went

18  directly to the company --

19      MS. ANTON:  Objection.

20  BY MR. BERRIO:

21  Q.  -- and requested the --

22      MS. ANTON:  Calls for speculation and --

23  BY MR. BERRIO:

24  Q.  -- and requested the data.

25      Are you aware of that?

1          THE COURT:  That's outside the scope of direct

2     examination.

3          MR. BERRIO:  Okay.

4     BY MR. BERRIO:

5     Q.  You could have subpoenaed Garmin to send you the extracted

6     data from the GPS; correct?

7     A.  No, sir, because the data's physically -- there's an

8     internal memory on the GPS unit.  So Garmin itself does not

9     have access to what that physical device is stored internally.

10    Q.  If you sent Garmin a letter requesting and identifying the

11    GPS -- the specific GPS you have, Garmin cannot provide you

12    with that raw data?  Is that what you're test --

13    A.  It couldn't provide you the latitude, longitude, the

14    waypoints, the tracks, the routes.  It could potentially -- I'm

15    not sure.  I've never issued a subpoena to Garmin -- but

16    provide you maybe when it was purchased or who purchased it or

17    where it was purchased.  I'm not totally certain on that,

18    though.

19    Q.  Okay.  But you could have also sent a device to Garmin and

20    they could have extracted the data; right?

21    A.  I'm not sure if they do that service for law enforcement

22    or....

23    Q.  Okay.

24          MR. BERRIO:  I have no further questions.

25          MR. do CAMPO:  Can you assist me with the Elmo?

```
 1                          CROSS-EXAMINATION

 2   BY MR. do CAMPO:

 3   Q.   Good afternoon, sir.

 4   A.   Good afternoon.

 5   Q.   I'm sorry.  Morning.

 6   A.   Morning.

 7   Q.   I'm showing you what's already been introduced as

 8   Government's Exhibit 64.

 9        You recognize that; right?

10   A.   Yes, sir.

11   Q.   Yesterday you testified that you had prepared this map?

12   A.   Yes, sir.

13   Q.   And behind it, which is also part of Government's

14   Exhibit 64, there's a 73-page -- looks like the printout from a

15   spreadsheet; is that right?

16   A.   Yes, sir.

17   Q.   I'm going to ask you a few questions about this.

18        Now, this is the very beginning of the printout; right?

19   A.   Yes, sir.

20   Q.   And this is prepared on a spreadsheet program like Excel?

21   A.   That was actually created from one of the Garmin software

22   applications, yes, sir.

23   Q.   But similar to, you know, a spreadsheet, it just has data,

24   you know, in rows?

25   A.   Yes, sir.
```

1  Q.  Now, these headers on top, can you read them?  And if you

2  want, I'll just --

3  A.  Which one are you asking specifically?

4  Q.  Well, here it says "Grid and Datum."

5      What does that mean?

6  A.  So the grid is talking about which latitude and longitude

7  format -- because there's multiple ways that positioning can be

8  written -- and it'll determine -- it'll throw off the latitude

9  and longitude if you plot it in a different decimal format than

10 what is plotted.

11 Q.  Okay.  Now, where it says "Header Name," it's all kind of

12 jumbled up there and I was just wondering if you could just

13 explain for the jury what that's supposed to show.

14 A.  So right there where it says "waypoint" and then to the

15 right of it "003," that'll be the name of the waypoint.

16     And then to the right of that, that will be the date that

17 it was either created or modified.

18     And then further to the right in that same row is the

19 latitude and longitude position of that.

20 Q.  All right.  Then where you see "waypoint," this would be a

21 second waypoint?

22 A.  Yes, sir.

23 Q.  And the same information, the date it was programmed.

24 Okay.

25     Now, what's this third waypoint?

1   A.   The third waypoint would be "Oficina," to the right of

2   that; and then 01-set-16, and then the time, and then the

3   position to the right of that.

4   Q.   All right.  Now, this beginning section here, it just lists

5   the waypoints; right?

6   A.   Below that -- there's only four waypoints totaled there.

7   So it was just that first block that we just went over.  Below

8   that, it's going to start your track logs.  And there was a

9   total of 89 track logs, and each track log contains multiple

10  track points in that track log.

11  Q.   Okay.  And that track log runs from September?

12  A.   That one you're pointing at right now, yes.

13  Q.   And it ends on October 19th?

14  A.   No, sir.  There's 89 different track logs.  So if you go

15  back to that first page, I'll show you where that first one

16  would stop, that September 5th one.

17  Q.   Uh-huh.

18  A.   Yup.  And then it would start another one right below that.

19  Q.   I see.

20  A.   And then there was another one on September 5th as well.

21  Q.   And are these active logs in chronological order?

22  A.   Yes.

23  Q.   Now, I want to ask you about this waypoint here made on

24  12-8-2016.

25       Can you explain that one.

1    A.   Yes.   December 8th is when I extracted it.   And I have

2    noticed with extracting Garmin devices occasionally some

3    waypoints -- when I download the GPS, it'll extract the date

4    and time stamp of when I extracted it.

5         It's just a known issue with Garmin devices occasionally.

6    Q.   And "Oficina" would mean that that waypoint was titled

7    "Oficina"?

8    A.   I think the 12-18 one would be the "Barra."

9    Q.   You see -- let me zoom in.   This is the 12-18 one; right?

10   A.   Yes.

11   Q.   And this is what it was labeled by someone.   No?

12   A.   I think "Oficina" would be to the right, the 01-set-16.

13   Q.   Right.

14   A.   Because it's going from left to right.   So the 12-8 that

15   you're questioning would be the waypoint "Barra," which is

16   right there.

17   Q.   Okay.   Then what about this one set on 12-8, Roca Blanca?

18   A.   And that would be the same issue.   If you notice the same

19   time, 5:03:12, that'd be the same time that I downloaded the

20   GPS unit.   It just time carried the time of my forensic

21   workstation.

22   Q.   And what's "Roca Bloca"?

23   A.   I'm not so sure, sir.   I don't speak Spanish.   That's the

24   name that it was translated to.

25   Q.   You didn't title that?

1   A.   No, I did not.

2   Q.   And you didn't title it "Oficina" either?

3   A.   No, I did not.

4   Q.   But, presumably, the waypoints that are here before were --

5   when you enter a waypoint, it gives you an opportunity to give

6   it a title?

7   A.   Yes.  And if you do not give it a title, it's going to

8   start with 001 and just go 002 and on.

9   Q.   So if you opt not to put a title, it'll give some sort of

10  sequential numbering system?

11  A.   Yes.  001, 002 and on.

12  Q.   But you could override that and say, like, "My favorite

13  fishing pole" or something like that?

14  A.   Yes.  Correct.

15       MR. do CAMPO:  All right.  I have no further questions.

16                      CROSS-EXAMINATION

17  BY MS. PINERA-VAZQUEZ:

18  Q.   Good morning, Officer Pfrimmer.

19  A.   Good morning, ma'am.

20  Q.   Officer Pfrimmer, your job was to extract the data from

21  this device; right?

22  A.   Yes, ma'am.

23  Q.   And the device we're talking about is a Garmin GPS 72H --

24  A.   Yes, ma'am.

25  Q.   -- right, which is Government Exhibit 31?

1    A.   Yes, ma'am.

2    Q.   Now -- and your job -- but when I say "extraction," you

3    were to take out all the internal information from this Garmin?

4    A.   Yes, ma'am.

5    Q.   It wasn't your responsibility to swab for fingerprints, was

6    it?

7    A.   No, ma'am.   I do not have the proper training for that.

8    Q.   And it wasn't your responsibility to take swabs for DNA?

9    A.   No, ma'am.

10   Q.   Now, when you extracted the information, you extracted

11   the -- a picture, Government Exhibit 64; right?

12   A.   Yes, ma'am.

13   Q.   And we'll get to that in a second.

14        And you also, at some point, extracted this lengthy report?

15   A.   Yes, ma'am.

16   Q.   But you never actually plotted the points yourself on a

17   nautical map; right?

18   A.   No.   Because the Garmin applications automatically do that

19   for you and Google Earth does as well.

20   Q.   Right.

21        You never got on one of these nautical maps and --

22        MS. PINERA-VAZQUEZ:   May I -- may I approach,

23   Your Honor?

24        THE COURT:   All right.

25   BY MS. PINERA-VAZQUEZ:

1    Q.   You know this to be a nautical map; right?

2    A.   Yes, ma'am.

3    Q.   And you never got all the coordinates from that thick sheet

4    and actually physically plotted them on here; right?

5    A.   No, ma'am.

6    Q.   And that's because you rely, I believe you testified, on

7    some sort of Google Earth program?

8    A.   Yes, ma'am.  And the three Garmin applications as well.

9    Q.   I'm sorry?

10   A.   And the three Garmin software applications that I used.

11   Q.   So in order to extract the data on this device, you used

12   three Garmin applications and Google Earth?

13   A.   Yes, ma'am.  In order to pull it off, you have to use the

14   Garmin programs, since it's a Garmin device.  And then, once I

15   have it in the Garmin devices, I'll save it and then I'll view

16   it in Google Earth as well, too, because it's a more

17   user-friendly format as well.

18   Q.   So let me break this down.

19        So in order to extract the information, pull it out --

20   A.   Yes, ma'am.

21   Q.   -- you used a Garmin program?

22   A.   And a Garmin cable as well.

23   Q.   And a Garmin cable.

24        And when you pull it out, it goes onto a computer; right?

25   A.   Yes, ma'am.

1    Q.   So it's sort of like a folder on a computer.

2         Is that where you store what you extract?

3    A.   Yes, ma'am.  In my case folder on the internal memory

4    storage of my forensic machine.

5    Q.   And once you have it -- extracted it -- by the way, is that

6    your personal computer?

7    A.   No.  No.  It's a forensic machine.

8    Q.   I'm sorry?

9    A.   A forensic computer that's only for evidence extractions.

10   Q.   Is it only for Garmin extractions?

11   A.   No.  No.  No.  We do cell phones, satellite phones,

12   computers, but it's only for evidence.

13   Q.   Right.

14        So on that computer -- is it a computer like a laptop or is

15   it a --

16   A.   No.  It's a 14,000-dollar huge tower.

17   Q.   Okay.  So in addition to whatever you extracted in this

18   case from this one Garmin, there was also other information on

19   that computer; right?

20   A.   Yes, ma'am.

21   Q.   Because you also extract from, say, Apple cell phones or

22   Samsung cell phones or other GPS devices; right?

23   A.   Yes, ma'am.

24   Q.   Now, with this particular device, did you label the folder

25   in which you put the extractions?

1    A.   Yes, ma'am.

2    Q.   And what did you label it?

3    A.   I gave it our internal case number, which is J said

4    1482016.

5    Q.   And how big was that folder?

6    A.   I don't know off the top of my head.  I just had this one

7    GPS unit, so not too large.

8    Q.   So once -- just so I understand the actual process, once

9    the information that you've extracted from the Garmin is on

10   your computer, then you go on this free Google Earth program

11   that then sort of puts all the dots together and makes this

12   pretty picture that we got here?

13   A.   Yes, ma'am.

14   Q.   So you are relying on Google Earth program -- the free

15   Google Earth program; right?

16   A.   Yes.  And the three Garmin applications as well, too.

17   Q.   Let me make sure I understand that.

18        No.  The Garmin applications don't put it on this pretty

19   picture; right?

20   A.   They could create a map, too.  We just convert it to the

21   Google Earth format because it is more user friendly than using

22   the Garmin application.

23   Q.   All right.  They could.  But in this case you used Google

24   Earth?

25   A.   Yes, ma'am.

1    Q.   And that's a free application that any of us can use;

2    right?

3    A.   Yes, ma'am.

4    Q.   Anybody in the world; right?

5    A.   Yes, ma'am.

6    Q.   So there aren't any specific cyber security protections for

7    that Google Earth program; right?

8    A.   No.

9    Q.   That you're aware of?

10   A.   That I'm aware of, no, ma'am.

11   Q.   There's not a specific or a separate sort of Google Earth

12   program that the Coast Guard or any of our Armed Forces use for

13   this type of extractions and applications; right?

14   A.   Yes.  We do have a Coast Guard Enterprise Google Earth, but

15   all our extractions are not used on a Coast Guard computer

16   because you're not allowed to plug any external devices into a

17   Government computer.

18   Q.   I'm sorry.

19        I thought you said that you used a Government computer to

20   use the extractions in this case.

21   A.   It's a forensic Government computer.  Yes, ma'am.  But it's

22   not hooked to the Coast Guard network with the Coast Guard

23   e-mails, the Coast Guard -- it's not even hooked to the

24   Internet.  It's solely just for evidence extractions.

25   Q.   So you could have stored this information on a

1   Coast Guard-protected computer?

2   A.   No.  You can't because you're not allowed to hook any

3   external thumb drives, hard drives or anything into a

4   Government-monitored Coast Guard laptop or computer.  No,

5   ma'am.

6   Q.   Why is that?

7   A.   That's just our cyber security policies with hooking

8   external memory devices.

9   Q.   Because if you don't have the protections of cyber

10  security, anybody can hack or get into the computer and maybe

11  tamper with the contents; right?

12  A.   Right.

13  Q.   That's why we have cyber security and it's a big issue

14  nowadays; right?

15  A.   Correct.

16  Q.   Now, let's get back to the application.

17       When you used the Google Earth program, were you aware

18  whether or not it was working properly?

19  A.   Yes, ma'am.  I use it on a regular basis.

20  Q.   All right.  Did you have any sort of verification or

21  protocol that you took to verify that -- on the day you

22  extracted this information, that Google Earth was properly

23  working?

24  A.   Yes.  The three Garmin applications, when you extracted it,

25  it also has a map on it as well, too, and you can verify the

1    latitude and longitude positions transferred properly.  You can

2    verify through the Google Earth as well, too.

3    Q.   Right.

4         But we know that you didn't use those three applications.

5    You only used Google Earth in this case; right?

6    A.   I had to use the three Garmin applications to pull the data

7    off of the Garmin device and then I viewed it in Google Earth

8    and --

9    Q.   Right.  And I got you.  I got the extractions.  I'm talking

10   about -- I'm focusing on when you used Google Earth.

11   A.   Okay.

12   Q.   What steps did you take to confirm that this program was

13   actually working appropriately?

14   A.   And then I also looked at the Garmin applications that

15   extracted the data to verify the latitude and longitudes,

16   transferred them properly, the map -- it wasn't plotting some

17   other locations, it was in the same position that transferred

18   over Google Earth as well, too.

19        You also verify with your Google Earth settings the mapping

20   is a latitude and longitude position that we just discussed is

21   the same format as well, too.

22   Q.   Right.

23        So you didn't take any steps to verify whether or not the

24   Google Earth program was working?

25   A.   No.  Those are the steps I was working in Google Earth.

```
 1   Q.   I'm sorry.  I can't hear you.
 2   A.   In Google Earth, you make sure that the latitude and
 3   longitude position with the decimal format is the same as what
 4   you're trying to transfer over as well, too.
 5   Q.   All right.  So, then, when you testified before that you
 6   didn't plot the point, that's not correct?  You actually did
 7   plot the point?
 8   A.   I'm not physically plotting it --
 9   Q.   Oh.
10   A.   -- because Google Earth is automatically plotting those
11   positions.
12   Q.   So you're relying on Google Earth again?
13   A.   Yes, ma'am.
14   Q.   So let me show you this device.
15        Do you know how old this device is?
16   A.   No, I do not.
17   Q.   Do you know how many people have used this device?
18   A.   No, I do not.
19   Q.   And when you say the information is stored on this
20   phone-looking device, is it stored on a chip?
21   A.   It's got an internal memory chip on the circuit board.
22   Yes, ma'am.
23   Q.   But you can't just take out the chip and plug it from here
24   to your computer.  You have to use that Garmin wire -- Garmin
25   cable; right?
```

1    A.   Right.  Well, I do have specific training to where I can

2    remove the memory chip from the circuit board on this.  It

3    would destroy the GPS unit.  You would never be able to use it

4    again.  That is an option if the cable would not be working.

5    Q.   But, obviously, you don't care if the Garmin is destroyed.

6    What you care about is the information in the Garmin; right?

7    A.   Yes, ma'am.

8    Q.   So anybody can actually put a chip in or take a chip out

9    from this device; right?

10   A.   No.  That chip is -- it's got over a hundred solder balls

11   soldered on to the circuit board and it's got epoxy on it.  So

12   if you remove it, there's no replacing it without a specific

13   tool when it was first built.

14   Q.   All right.  So the only way to take out this chip is to

15   have the tools and then, once you do it, you can never use it

16   again?

17   A.   Yes, ma'am.

18   Q.   So it can't be, like, replaced and that's it; right?

19   A.   Yes, ma'am.

20   Q.   But it can be erased.  The chip can be erased; right?

21   A.   If you want to take a hammer to it or something, you

22   probably could destroy it.

23   Q.   No.  I'm not talking about destroying it.  I mean it can be

24   erased and you can write over it in the Garmin, right, not

25   physically, just manually --

```
 1   A.   Yeah.  It --

 2   Q.   I'm sorry.  She --

 3   A.   Okay.

 4   Q.   The court reporter will not be happy if we talk over each

 5   other.  Sorry.

 6        So it can be -- points can be erased?

 7   A.   Yes, ma'am.  The waypoints that they use to save the

 8   location, if they wanted to delete those, they could have

 9   deleted those.

10        The track points -- unless you overwrite the data as

11   previously discussed, that's the only way you can overwrite

12   those.

13   Q.   So this can be manipulated?

14   A.   Yes.

15   Q.   So -- and you don't know who owns this Garmin I have in my

16   hand; right?

17   A.   No, ma'am.

18   Q.   You don't know how many owners it's had?

19   A.   No, ma'am.

20   Q.   You really don't know where in the world it's been over the

21   last -- since it first came into someone's possession?

22   A.   Correct.

23   Q.   Sort of like Carmen Sandiego "Where in the World" -- you

24   have no idea where it's been?

25   A.   Correct.
```

1   Q.   Now, would you be able to tell that information from this

2   Garmin had ever been extracted before?

3   A.   No.  You would not be able to tell.

4   Q.   So there could be a possibility that somebody else

5   extracted information from this Garmin; right?

6   A.   Yes.

7   Q.   Now, does this Garmin work with batteries?

8   A.   Yes, it does.  Two double As.

9   Q.   Two double As.

10      And do you know the length of the -- how long it would stay

11  on, I mean, how long it would operate with two double A

12  batteries?

13  A.   No, I do not.

14  Q.   Does it have a charger -- an electrical charger?

15  A.   There's a -- in that specific model, there's a four-pin

16  cable that you could hook up to either the cigarette lighter in

17  a vehicle or the wall outlet plug as well, too.

18  Q.   When you were provided this Garmin as part of this case,

19  did they provide you extra batteries that would be able to be

20  used in this Garmin?

21  A.   I do not recall.

22  Q.   Well, if they would have provided you the batteries, would

23  they be part of the evidence package?

24  A.   Yes.

25  Q.   And did they provide you a plug or -- to charge it?

1    A.   No plug.

2    Q.   So they just provided you this one Garmin.  That's it?

3    A.   Yes, ma'am.

4    Q.   So you have no idea if whoever was using it had extra

5    batteries or chargers to recharge it; right?

6    A.   No idea.

7    Q.   Now, the waypoint coordinates in the Garmin can be changed

8    to reflect different coordinates; isn't that correct?

9    A.   Yes.  If you want to relocate that waypoint you previously

10   saved, you can change it to a new location.

11   Q.   But they can be changed without affecting the date and time

12   of the waypoint; isn't that correct?

13   A.   It'll change it to the date -- it would be called "date

14   modified."

15   Q.   So it would be reflected on that hard -- on the sheet, the

16   report that you did?  It would say "date modified"?

17   A.   Yes.  That's the column that it says.  It's not a date

18   creation.  It's date modified.  As a forensic examiner, I don't

19   know if that's when it was created or modified.

20   Q.   Right.

21        You wouldn't be able to tell?

22   A.   Yes, ma'am.

23   Q.   So you couldn't tell the jury whether or not those dates

24   were accurate or not?

25   A.   No.  I just don't know if they created it or if they

1    modified it on that date.

2    Q.   And when you're extracting this information from the

3    Garmin, you're looking for what's called objective data; right?

4    A.   Yes.

5    Q.   Objective data?

6    A.   Yes.

7    Q.   Because the data is just going to tell you where this

8    Garmin was located?

9    A.   Yes, ma'am.

10   Q.   Doesn't tell you who was holding it; right?

11   A.   No, it does not.

12   Q.   Doesn't tell you if anyone else was located where this

13   Garmin was; right?

14   A.   Yes.

15   Q.   Doesn't tell you if this Garmin -- where it traveled to, if

16   it was off; right?

17   A.   No.  If it was off, it does not record its position.

18   Q.   So you cannot tell this jury that my client, Mr. Ortiz, was

19   ever near this Garmin?

20   A.   If it was on where the boat was, then --

21   Q.   No.

22        From your objective data, it doesn't tell you that my

23   client, Mr. Ortiz, was ever near this; right?

24   A.   Correct.

25            MS. PINERA-VAZQUEZ:  I have no further questions.

```
1              Thank you.

2                         CROSS-EXAMINATION

3   BY MR. ENCINOSA:

4   Q.  Good morning, sir.

5   A.  Good morning, sir.

6   Q.  Let me ask you a couple questions.

7        First of all, on what date did you do the extraction?

8   A.  December 8th, 2016.

9   Q.  And where did you do it?  What place?

10  A.  I did it at the Coast Guard Air Station in Opa Locka,

11  Florida, in our forensic lab.

12  Q.  Oh.  By in Opa Locka airport, in there?

13  A.  Yes, sir.  That's where the Coast Guard Air Station is.

14  Q.  So the device was physically present in Opa Locka, Florida;

15  right?

16  A.  Yes, sir.

17  Q.  Now, Government's Exhibit 64 -- you prepared this, right,

18  with the help of Google Earth?

19  A.  Yes, sir.

20  Q.  This looks somewhat familiar to me.

21        Isn't this similar to the devices on the airplanes that

22  keep you entertained when you're on flight?

23  A.  I'm not sure what you're referencing to.

24  Q.  That little screen in front that you can see the tracking

25  of the airplane.
```

1    A.   They probably use a different GPS, but it could be

2    recording a position there, yes, sir.

3    Q.   Now, the one that you prepared, I don't see any longitude

4    or latitude marks; right?

5    A.   No, sir.  That's just the overview of screenshot.

6    Q.   There's no longitude or latitude.  It's just -- basically,

7    Google Earth plots it for you?

8    A.   Yes, sir.

9    Q.   And you can't navigate with this.  You cannot; right?

10   A.   Not with that piece of paper that you're viewing right now.

11   No, sir.

12   Q.   Okay.

13        MR. ENCINOSA:  I have no further questions.  Thank you.

14        THE COURT:  Redirect.

15                    REDIRECT EXAMINATION

16   BY MS. ANTON:

17   Q.   Good morning, Officer Pfrimmer.

18   A.   Good morning, ma'am.

19   Q.   So do you modify any of the waypoints that were in that

20   Garmin?

21   A.   No, ma'am.

22   Q.   Are you very careful and take extraordinary steps to ensure

23   that, in fact, you don't modify anything --

24   A.   Yes, ma'am.

25   Q.   -- on that Garmin?

1   A.   Yes, ma'am.

2   Q.   Defense counsel asked you:  So you don't know where that

3   Garmin has ever been.

4        Do you recall that question?

5   A.   Yes, ma'am.

6   Q.   Well, you know where the Garmin had been specifically for

7   the dates that you extracted that were on it; right?

8   A.   Yes, ma'am.

9   Q.   So you may not know where it was before then or after

10  then --

11  A.   Yes, ma'am.

12  Q.   -- is that correct?

13            MS. PINERA-VAZQUEZ:  Objection.  Leading.

14            THE COURT:  Overruled.

15  BY MS. ANTON:

16  Q.   Did using Google Earth change any of the data in this

17  Garmin?

18  A.   No, ma'am.

19  Q.   Now, defense counsel asked you a lot about manipulation.

20       Is it true that the only person who can manipulate that

21  Garmin data is the person who's using it?

22  A.   Yes, ma'am.

23  Q.   So manipulations by user only?

24  A.   Yes, ma'am.

25  Q.   Now, let's talk about your laboratory --

1   A.   Yes.

2   Q.   -- since it was brought up on cross-examination.

3        You weren't doing this extraction on a laptop in your

4   bedroom at home, were you?

5   A.   No, ma'am.

6   Q.   Could you sort of explain to us what's contained in that

7   laboratory -- the forensic laboratory.

8   A.   Yes.  We have four operating stations for each one of the

9   four examiners.  We all have multiple forensic workstations.

10  That way, we can work on multiple extractions at one time.

11       Each forensic machine -- we make sure that we're detailed

12  for each case.  That way, we do not cross-examine from other

13  cases.  They each go in their specific case holder.

14       We have GPS cables that we've been collecting for years.

15  That way, we can extract any maritime GPS unit.  We have

16  computer extraction tools.  We have every extraction tool

17  necessary to complete the job.

18  Q.   Now, you mentioned this was a 14,000-dollar unit that you

19  were working on.

20  A.   Yes, ma'am.

21  Q.   Does that unit stand alone or is it connected to the

22  Internet?

23  A.   We only connect it on certain occasions to do Windows

24  updates to make sure our machine is working properly, and then

25  we disconnect it.  That way, it is not vulnerable on the

 1   system.

 2   Q.  So the machine that you're using to do this extraction is

 3   not even connected to the Internet?

 4   A.  Yes, ma'am.

 5   Q.  And you purposefully do that to maintain the integrity of

 6   the machine?

 7   A.  Yes, ma'am.

 8   Q.  Now, defense counsel asked you whether or not you manually

 9   plotted all of this data in the very long exhibit that I showed

10   you, the raw data.

11   A.  Yes.

12   Q.  And your answer to that was "no"?

13   A.  Yes.

14   Q.  Is there technology now that actually does that for you?

15   A.  Yes.

16   Q.  But with any technology did you actually look at it and

17   double-check to make sure that it was, in fact, correct?

18   A.  Yes.

19   Q.  Now, you don't have to plot every single point manually to

20   do that, do you?

21           MS. PINERA-VAZQUEZ:  Objection.  Leading.

22           THE COURT:  Overruled.

23           THE WITNESS:  No.

24   BY MS. ANTON:

25   Q.  And you said that you used the Google Earth program because

1   it was more user friendly.

2   A.  Yes, ma'am.

3   Q.  Does that mean that it's easier for us to see and

4   understand what you're talking about?

5   A.  Yes, ma'am.  Because I can usually explain to somebody

6   that's not familiar with the tool you can double-click or you

7   can drag and drop it into Google Earth and it's going to pull

8   up the same data.

9       You can click on each one of those points and it's going to

10  tell you the date and time stamp and the latitude/longitude.

11  Q.  So Government's Exhibit 64 is what we're talking about;

12  right?  Defense counsel, you recall, asked you if this is

13  similar to, I guess, what you see on the airplane when you're

14  taking that long trip across the country, across the world;

15  right?  It's a small plane moving very slowly?

16  A.  Yes.

17  Q.  So the exhibit that we have indicates the active logs,

18  which are the track point with blue -- are they triangles?

19  A.  Yes, ma'am.

20  Q.  But since they're in the water, they could be a blue boat;

21  right?

22  A.  If you want to change the icon in Google Earth, you can.

23  Q.  So we could have made this a boat?

24  A.  Yes.

25  Q.  Let's talk about when this came into the lab, and I want to

1    talk to you about aluminum foil packaging and multiple bags.

2    Okay?

3    A.   Yes.

4    Q.   Since you are a forensic expert and you do digital

5    extractions all day every day -- right? -- can you tell the

6    ladies and gentlemen of our jury, what effect does wrapping an

7    electronic device in aluminum file have?

8    A.   You have to do a couple layers.  We recommend at least

9    three layers of aluminum foil.  But it's going to block the

10   signal.  It's going to be the same thing as a signal jammer

11   that I use to block the signal as well, too.

12   Q.   And would wrapping this Garmin in a couple layers of

13   aluminum foil and even putting it in, let's say, ten plastic

14   evidence bags -- would any of that change any of the data

15   inside the Garmin?

16   A.   No.  It's just not going to be able to get a good satellite

17   signal, and it's going to act like it's off, but it's just

18   because it's not recording in position.

19   Q.   And does GPS -- does it need landmarks to work?

20   A.   No.

21   Q.   It works in the open ocean?

22   A.   Yes, ma'am.

23   Q.   And that is a small device.

24        Are you able to put this in your pocket?

25   A.   Yes, ma'am.

1   Q.   Or anyone's pocket?

2   A.   Yes, ma'am.

3   Q.   Could you put it in one of these seven Defendant's pocket?

4   A.   Yes.

5   Q.   And you wouldn't know who's pocket it was in?

6   A.   No.

7   Q.   Were there any signs when you did the extraction of any

8   errors in that GPS unit?

9   A.   No, ma'am.

10   Q.   If there were an error, would you expect to see some sign

11   of it?

12   A.   Yes, ma'am.

13   Q.   And you didn't see a sign?

14   A.   No, ma'am.

15   Q.   Now, let's talk about your extraction of it.

16       After you do your extraction -- right? -- you testified on

17   cross-examination that you then use several different methods

18   to make sure that it's been done correctly?

19   A.   Yes, ma'am.

20   Q.   And then, after you do that and you double-check your own

21   work, does it then go to a peer review so that someone else can

22   check your work?

23   A.   Yes, ma'am.

24   Q.   And was that done in this case?

25   A.   Yes, ma'am.

1  Q.  And did that person who checked your work agree with your

2  work?

3  A.  Yes, ma'am.

4       MR. RODRIGUEZ:  Objection.  Hearsay.

5       THE COURT:  Overruled.

6  BY MS. ANTON:

7  Q.  Was that a "yes"?

8  A.  Yes, ma'am.

9  Q.  And after that person also agreed with your work, did you

10 then issue your findings?

11 A.  Yes, ma'am.

12 Q.  And if your reviewer hadn't agreed with your work, what

13 would have happened?

14 A.  I would have asked him to double-check it and he could have

15 extracted the same data that I would have and it would have

16 been the same exact data and extraction.

17 Q.  Now, you examined over 150 of these Garmin devices?

18 A.  Yes, ma'am.

19 Q.  Okay.  Thank you very much.

20       MS. ANTON:  No further questions.

21       THE COURT:  Thank you.  You may step down.

22       (Witness excused.)

23       THE COURT:  Call your next witness.

24       MS. ANTON:  Judge, before I call the next witness, who

25 is going to be Special Agent Frank Gonzalez from the Department

1    of Homeland Security Investigations, would you permit us to go

2    sidebar very briefly?

3           THE COURT:  Okay.

4           (Sidebar discussion held as follows:)

5           MS. ANTON:  Judge, are you able to hear me?  Yes.

6    Okay.

7           THE COURT:  I can hear you.

8           MS. ANTON:  The next witness is going to authenticate

9    some consent-to-search forms for that Garmin GPS.  Those

10   consents to search were done after the Defendants did their

11   Mirandized statements, which I am not entering into evidence

12   and I had stipulated we are not using.

13          I am not going into post-Miranda statements.  I am only

14   offering testimony for the consent-to-search forms.  So I

15   wanted to make sure defense counsel was aware that we are not

16   introducing the statements post-Miranda and that I don't intend

17   on going into that.

18          However, their questions may open the door if they're

19   not specific as to what they're asking this agent.

20          THE COURT:  Did you hear that?

21          MR. ABRAMS:  Not really.

22          THE COURT:  Well, as I understand it, she's giving you

23   a warning shot across the bow that she wants to get in the

24   consent-to-search forms.  She's limiting her direct testimony

25   to that.  However, depending on your cross-examination, you

1    could potentially open the door to her redirect with regard to

2    their post-Mirandized statements.

3            So just a cautionary warning, so you understand what

4    she's asking, unless you want to get in their post-Miranda

5    statements.

6            MR. CHAMBROT:  As far as my client is concerned, I can

7    stipulate that is his consent.

8            MR. ABRAMS:  Agreed, same.

9            MR. BERRIO:  I make that, too.

10           MS. ANTON:  That's fine.

11           THE COURT:  Is there a stipulation on behalf of all

12   Defendants?

13           MS. PINERA-VAZQUEZ:  Yes.

14           MR. ENCINOSA:  That's fine.

15           THE COURT:  Okay.

16           Mr. Abrams, as long as you're here --

17           MR. ABRAMS:  Yes, sir.

18           THE COURT:  -- your four depositions --

19           MR. ABRAMS:  Yes, sir.

20           THE COURT:  -- are they all going to say the same

21   thing?

22           MR. ABRAMS:  Not exactly.  One of the witnesses is the

23   one that had the conversation with Mr. Garcia-Solar, and the

24   others were recruited by the first one.

25           THE COURT:  Okay.  So my point is, I'm trying to avoid

1   cumulative testimony --

2           MR. ABRAMS:  Yes, sir.

3           THE COURT:  -- and would suggest that you limit

4   yourself to three or edit that portion of the fourth that is

5   not cumulative --

6           MR. ABRAMS:  Yes, sir.

7           THE COURT:  -- to --

8           MR. ABRAMS:  Judge, I was thinking, if I played all

9   four, I might bore myself, so I was thinking of just playing

10  three anyway.

11          THE COURT:  Great minds think alike.

12          MR. ABRAMS:  Yes, sir.

13          (Sidebar concluded, proceedings continued in open

14  court:)

15          THE COURT:  So do you want to just announce the

16  stipulation in open court?

17          MS. ANTON:  Yes, Your Honor.

18          At this time, I would ask to admit Government's

19  Exhibits 36 and 37 without objection from defense counsel.

20          I would also ask to publish both exhibits and have them

21  read.

22          THE COURT:  And who was going to be the witness that

23  was going to testify to that?

24          MS. ANTON:  That was going to be Special Agent Frank

25  Gonzalez.

```
 1            THE COURT:  So just so the jury understands, the

 2    parties have stipulated to the introduction of these exhibits,

 3    thereby eliminating the necessity for calling the witness that

 4    would otherwise testify regarding that.

 5            So it saves us some time, but you should treat the

 6    stipulation as a fact that is not in dispute for your

 7    consideration.  Okay?

 8            MS. ANTON:  Thank you, Judge.

 9            May I publish now and present to the jury?

10            THE COURT:  All right.

11            MS. VIAMONTES:  Your Honor, it's written in Spanish.

12    I'm happy to read it in Spanish if -- I don't know if the court

13    interpreter could --

14            THE COURT:  Well, why don't we have the court

15    interpreter read it.

16            MS. VIAMONTES:  Well, can somebody interpret for the

17    jury so they understand it?

18            THE COURT:  Don't we have two interpreters here?

19            MS. VIAMONTES:  She just stepped out.

20            THE INTERPRETER:  Your Honor, I will go get my partner,

21    so I can get assistance.

22            THE COURT:  Okay.

23            (Discussion held off the record while interpreter

24    exited courtroom.)

25            MS. VIAMONTES:  Thank you, Your Honor.
```

```
 1              (Interpreters entered courtroom.)

 2              THE INTERPRETER:  So I think it's better if I do this

 3    in English, and from my English, he just gives it to the

 4    defense.  So I'll just do this in English so that the jurors

 5    can hear.

 6              MS. ANTON:  Did you know he had to interpret the

 7    document.

 8              THE INTERPRETER:  Right.  I will do this in English so

 9    everybody can hear it, and he will go in Spanish.

10              MS. ANTON:  This was the Spanish copy, they're both the

11    same.

12              THE INTERPRETER:  Do you have another copy?  No

13    worries, then.

14              (Discussion continued off the record.)

15              MS. ANTON:  I apologize, Your Honor.  We're trying to

16    figure out the translation so the jury and the Defendants would

17    be able to understand.  I think we've remedied it.

18              THE INTERPRETER:  So "Department of Homeland Security,

19    U.S. Immigration and Customs Enforcement, Consent to Search."

20    "Date" blank, "U.N. logo," blank.

21              "I, Moises Aguilar-Ordonez, authorize F. Gonzalez/Dan

22    Kenney, officers of Homeland Security, Department of

23    Immigration and Customs of the United States, to search my

24    hand-held GPS receiver that is described as" blank.

25              "These Immigration and Customs officers are authorized
```

1   by me to acquire any letter, paper, material or any other

2   article or belonging that they deem fit.

3          "This permission in writing is given by me voluntarily

4   to the above-mentioned officers without any threats or

5   promises."

6          Name:  Moises Aguilar-Ordonez.  Signature.  Date:

7   11-5-16 at 3:22 p.m.  "Witnesses:  Illegible.  Witnesses:

8   Illegible."

9          Should I read the second one?

10         THE COURT:  Please.

11         THE INTERPRETER:  "Department of Homeland Security,

12  U.S. Immigration and Customs Enforcement, Consent to Search,"

13  date blank, "U.N. logo" blank.

14         "I, Gabriel Garcia, authorize F. Gonzalez/T. Joans --

15  or J-o-a-n-s -- officers of the Department of Homeland

16  Security, Immigration and Customs of the United States, to

17  search my cell phone/GPS that has been described as N/A.

18         "These officers and Immigration and Customs officers

19  are authorized by me to acquire any letter, paper, material or

20  any other article belonging to me that they deem fit.

21         "This permission in writing is given by me voluntarily

22  to the above-mentioned officers without any promises or

23  threats."

24         Name:  Gabriel Garcia.  Signature.  Date and Time:

25  11-5-16.  "Witnesses:  Illegible, Number 3406."  And

1    "Witnesses:  Illegible, Number 7817."

2          MS. ANTON:  Thank you, Your Honor.  For the record,

3    those were Government's Exhibits 36 and 37.

4          THE COURT:  Okay.

5          (Government's Exhibits 36 and 37 admitted into

6    evidence.)

7          MS. VIAMONTES:  Your Honor, at this time, the

8    United States calls Marco Suarez.

9          COURTROOM DEPUTY:  Raise your right hand, please.

10          Do you solemnly swear the testimony you're about to

11    give is the truth, the whole truth, and nothing but the truth,

12    so help you God?

13          THE WITNESS:  I do, ma'am.

14          COURTROOM DEPUTY:  Thank you.  Please be seated.

15          THE WITNESS:  Thank you.

16          COURTROOM DEPUTY:  State your fall name and spell it

17    for the record.

18          THE WITNESS:  Yes.  Marco Suarez.  Last name is spelled

19    S-u-a-r-e-z, as in zebra.

20          COURTROOM DEPUTY:  Thank you.

21          THE WITNESS:  Thank you.

22          (SPECIAL AGENT MARCO SUAREZ, being sworn, testified as

23    follows:)

24

25

```
 1                        DIRECT EXAMINATION

 2   BY MS. VIAMONTES:

 3   Q.   Good morning, Agent Suarez.

 4        Could you please introduce yourself to the members of the

 5   jury, tell them where you work and in what capacity.

 6   A.   Yes, ma'am.

 7        Good morning, ladies and gentlemen.  My name is Marco

 8   Suarez.  I am a supervisory special agent with Homeland

 9   Security Investigations in Fort Lauderdale, Florida.

10        My current responsibilities, I supervise a multi-agency

11   task force that's responsible for identifying drug-trafficking

12   organizations that import narcotics into the United States,

13   specifically South Florida.

14   Q.   How long have you been a special agent with the Department

15   of Homeland Security?

16   A.   I'm actually getting ready to celebrate my 20th year now on

17   July 21st.

18   Q.   Have you received any specialized training in order to

19   investigate and supervise international drug-smuggling cases?

20   A.   Yes, ma'am.  In total, I've received about four different

21   trainings.  One of the first trainings was when I started my

22   career as a Customs inspector.

23        It was an 11-week training basically on processing

24   international cargo, passengers and vessels or aircraft, to

25   include narcotics interdiction and other contraband.
```

1        The second training I attended is a criminal investigating

2   training program, which is conducted at the Federal Law

3   Enforcement Training Center.

4        This is a six-month course basically on how to initiate an

5   investigation, to include handling confidential informants,

6   cooperating defendants, handling undercover operations and

7   basically collecting evidence from the start of the

8   investigation, throughout the investigation, to include

9   interviews of individuals, individuals that we arrested and

10  successfully prosecuting the case in a court of law.

11       The subsequent trainings I received after that, I attended

12  a two-week undercover training course when I became an

13  undercover operative, and I've also attended two courses on

14  managing undercover operations, to include maritime and/or

15  smuggling.

16  Q.  Aside from classroom training, do you receive constant

17  on-the-job training as you do your job?

18  A.  Yes, ma'am.

19  Q.  And do you do anything to stay abreast of current trends

20  within the international drug-smuggling arena?

21  A.  Yes, ma'am.  There are various internal reports that we

22  receive from the Department of Homeland Security concerning

23  narcotics smuggling, bulk-cash smuggling, consumer methods,

24  smuggling routes, basically because, unfortunately, the trends

25  tend to change a lot.

1        So we do get a lot of intelligence reports, investigative

2    reports that I read within the agency, and we also receive

3    reports from Drug Enforcement Administration and the Federal

4    Bureau of Investigations.

5    Q.  And do you frequently read those reports to stay abreast of

6    what's happening?

7    A.  Yes, ma'am, I do.

8    Q.  Aside from reading intelligence reports and keeping abreast

9    of the current research, do you do anything else to stay

10   current with the drug-trafficking world and business?

11   A.  Yes, ma'am.  I will routinely participate in debriefs of

12   confidential informants who are actively embedded with

13   drug-trafficking organizations.

14   Q.  By "debriefs" do you mean interviews?

15   A.  Yes, ma'am.  We interview them.  They provide information.

16   We also interview cooperating defendants, basically individuals

17   that were arrested for some offense that is now working with

18   the Government to help us with our investigation, as well as

19   undercover operatives that are actively involved in any type of

20   ongoing narcotics investigations.

21   Q.  Have you ever been qualified as an expert in federal court

22   in the area of international drug smuggling?

23   A.  Yes.

24   Q.  And have you been allowed to render an opinion as to

25   drug-trafficking routes, value of different narcotics, and

1    common schemes used to traffic narcotics?

2    A.   Yes, ma'am.

3    Q.   How many times have you been allowed to render an opinion

4    in those areas?

5    A.   I think this will be my 18th time now that I'll be doing

6    this.

7    Q.   Have you ever been denied the ability to render your expert

8    opinion in those areas --

9    A.   No, ma'am.

10   Q.   -- or prevented from doing so?

11   A.   No, ma'am.

12        MS. VIAMONTES:   Your Honor, at this time the Government

13   tenders Special Agent Marco Suarez as an expert in

14   international drug smuggling, to include source countries,

15   transit routes, arrival destinations, valuation of narcotics,

16   and the common schemes used in transporting narcotics from the

17   source country to the arrival destination.

18        MR. ABRAMS:   Voir dire, Judge?

19        THE COURT:   All right.

20                    VOIR DIRE EXAMINATION

21   BY MR. ABRAMS:

22   Q.   Sir, you get your information from a variety of sources; is

23   that correct?

24   A.   Yes, sir.

25   Q.   I believe you said undercover agents?

1    A.   Yes, sir.

2    Q.   Confidential informants?

3    A.   Yes, sir.

4    Q.   Cooperating defendants?

5    A.   Yes, sir.

6    Q.   With respect to this case and your access to this

7    information and confidential informants and undercover agents,

8    did you have any specific information in regard to the areas in

9    which you are tendered as an expert with respect to this

10   particular case?

11   A.   Can you clarify -- I mean -- I'm sorry.

12        Can you elaborate?  Because I'm not understanding your

13   question, sir.

14   Q.   Did the undercover agent give you any advance information

15   about a panga on the water on October 18, 2016?

16   A.   No, sir.

17   Q.   Any confidential informant give you any kind of advance

18   information which caused you to investigate this case?

19   A.   No, sir.

20   Q.   Do you have any -- did you have in advance of this case any

21   advance information that a boat was going to be 150 miles south

22   of Mexico on October 18, 2016?

23        MS. VIAMONTES:  Objection.  Relevance.  We're calling

24   him as an expert in this area.

25        THE COURT:  Overruled.

```
 1            THE WITNESS:  No, sir.

 2            MR. ABRAMS:  Objection.

 3            THE COURT:  Overruled.

 4            MR. do CAMPO:  Your Honor, I just have a standing

 5   objection to the relevance and the prejudicial -- a

 6   403 objection that it's more prejudicial than probative.

 7            THE COURT:  Overruled.

 8            Okay.  He will be so recognized.

 9            MS. VIAMONTES:  Thank you, Your Honor.

10                      DIRECT EXAMINATION CONTINUED

11   BY MS. VIAMONTES:

12   Q.  Now, Special Agent Suarez, let's talk a little bit about

13   source countries.

14       Are you familiar with the source countries that produce

15   cocaine?

16   A.  Yes, ma'am.

17   Q.  And can you explain that to the members of the jury.

18   A.  Yes.

19       Ladies and gentlemen, source countries are basically the

20   locations where narcotics -- the narcotics is usually produced.

21   In this case, we're talking about cocaine.

22       So the predominant countries in South America that produce

23   because the climate and the soil lends itself well to the

24   production of the coca leaf, which is what is ultimately used

25   to produce cocaine, are predominantly, number one, Colombia.
```

1    You have Peru, Ecuador and Bolivia.

2        These source countries are basically the ones that

3    cultivate the coca leaf.  They then take the coca leaf and

4    process it into the cocaine inside jungle labs -- I'm sorry --

5    labs that are located in the jungle to ultimately then be

6    smuggled into the United States via maritime vessels or

7    aircraft.

8    Q.   Now, how is the cocaine taken from the source country to

9    the point of arrival or to the destination?

10   A.   Okay.  Well, the two primary methods are air and sea.

11   Since, obviously, this case happens to do with maritime, via

12   maritime, the various methods are using small vessels or what

13   is commonly referred to as a go-fast vessel.

14       There are various types of vessels that are used, but the

15   most common that we've -- I've personally seen in either

16   investigations or reports that are read is the panga.

17       It's a common vessel not only in Central, South America,

18   but around the world, especially because it's used

19   predominantly as a fishing vessel.

20       They will use the go -fast and -- to basically run the

21   vessels out of Colombia, the northern part, a lot of the jungle

22   areas, the marsh areas of the northern part of Colombia.

23       They'll run the narcotics into Central America, the

24   Caribbean, which is what we commonly refer to as the transit

25   zone.

1        From the transit zone -- I'm sorry.

2   Q.  Let me stop you there because I may want you to point it

3   out to the members of the jury.

4   A.  Sure.

5   Q.  Would it assist you to use a map to point out the transit

6   routes --

7   A.  Sure.

8   Q.  -- to the members of the jury?

9   A.  Yes, ma'am.

10  Q.  Before we get to the transit routes, what are the common

11  areas of arrival -- or the ultimate destination of the cocaine?

12  A.  Well, the ultimate destination is the United States.

13  Q.  Why?

14  A.  Because we're the biggest consumer of the narcotics.

15  Q.  Are there other destinations?

16  A.  There are other destinations, such as countries in Europe

17  and West Africa.

18  Q.  Before we get to the transit routes, you mentioned a panga.

19  I'm placing on the Elmo Government's Exhibit 9 in evidence.

20      Does Government's Exhibit 9 depict a panga?

21  A.  Yes.

22  Q.  And are these the panga -- is this a panga similar to the

23  ones that you've seen in drug-smuggling cases?

24  A.  Yes.

25  Q.  Do you know why a panga is chosen by drug smugglers to

1   transport narcotics?

2   A.   Well, it's not -- just to clarify for the ladies and

3   gentlemen, it's not just a panga because there's other types of

4   vessels called a Picuda, which has a more slender body and it's

5   faster and it consumes less fuel.

6       It's just that this particular model even here in Key West

7   and other parts of South Florida -- it's readily available.

8   It's probably one of the most universally used vessels around

9   the world for fishing, which is what it was originally designed

10  for.

11      But the drug smugglers like it because it's a very

12  versatile -- it's very stability, and you could pretty much

13  retrofit it with an outboard motor -- any size motor that you

14  need, depending on where you need to go and, also, the

15  capacity.

16      The panga has a capacity, depending on its size -- because

17  they do come in various sizes -- has the capacity to carry up

18  to three tons of whatever commodity you want to transport.

19  Q.   Are pangas such as this one depicted in Government's

20  Exhibit 9 -- are they very expensive?

21  A.   No.

22  Q.   Is that another reason why they're chosen by drug

23  smugglers?  Because they're fairly inexpensive?

24  A.   They're fairly inexpensive.  They're made out of

25  fiberglass.  They're also very hard to detect on the open

1   water.

2       And if you're a -- you know, in the

3   drug-trafficking-organization world, an aircraft is going to

4   run you an average of anywhere from $500,000 to a million

5   dollars versus various pangas.  The panga is not going to

6   exceed 50,000 because the most expensive part of that vessel

7   are the engines.

8   Q.  And can you affix two engines to these pangas?

9   A.  You can affix two, three, up to four engines.

10  Q.  I'm showing you what's been entered into evidence as

11  Government's Exhibit 8.

12      Is this what you were describing, that you could affix

13  outboard engines to a panga?

14  A.  Yes, ma'am.

15  Q.  And here do you see the total horsepower of these two

16  engines?

17  A.  Yes, ma'am.

18  Q.  And what is it?

19  A.  200.

20  Q.  Would that allow that panga to travel at a high rate of

21  speed?

22  A.  Yes.

23  Q.  Why would a drug smuggler want to go at a high rate of

24  speed?

25  A.  Especially to get to the rendezvous location wherever they

1   have a designated meet point, to get out there quickly.

2   Because, again, vessels like the panga and the Picuda and any

3   of the smaller vessels that are used -- go-fast vessels used by

4   drug-trafficking organizations are not designed to go from here

5   to, say, Asia.

6        They're usually designed to travel along the coast, not far

7   away from -- not too far away from the coast, but they're

8   designed, basically, to go out there, get out there fast, pass

9   or transfer the load to another vessel or drop the load at a

10  designated location, which -- where we normally found them to

11  be with either a GPS locator or some type of tracking device or

12  a beacon.

13  Q.  All right.  Let me stop you there.

14       You mentioned several ways along the transit route that

15  drugs are transferred.

16  A.  Yes, ma'am.

17  Q.  Is that typical, that drugs get transferred from one point

18  in the chain of distribution to the next leg?

19  A.  It is.  And not only in open waters, but also transit

20  points within Central America, Mexico, and the Caribbean.

21  Q.  And, in order to get to the U.S., does the cocaine always

22  come directly from Colombia straight to the U.S. or does it

23  stop sometimes?

24  A.  Majority of the times it'll have to stop, depending on the

25  type of vessel that the drug-trafficking organizations are

1  using.

2      If they're using smaller vessels, they'll have to stop

3  because of the fuel capacity of the vessel.  I mean, even

4  though they do carry extra barrels onboard of fuel, it's not

5  going to get them all the way to the U.S.  They would have to

6  use larger vessels.

7      So there are some vessels that do make it all the way to

8  the United States, which are usually the larger commercial sea

9  carriers that you see with containers and whatnot, and they'll

10  hide the narcotics on those vessels.

11      But when we're talking about the smaller -- the go-fast

12  vessels, those are usually going to -- they're going to

13  operate, and they're going to usually have to make stops along

14  the way.

15      If they're going to use the same vessel, they can, to go

16  all the way.  But they're going to have to make refuel stops.

17  Usually -- you know, if they're coming from Colombia, they're

18  going to make at least -- again, depending on the size of the

19  vessel, they're going to have to stop at least three to four

20  times to refuel.

21  Q.  How do they refuel in the middle of the ocean?

22  A.  They do have organizations -- again, we're dealing with

23  drug-trafficking organizations that have an unlimited amount of

24  funding.  They don't have to abide by the laws like, you know,

25  the U.S. Government or other foreign Governments have to.

1       So they'll sometimes even have refuelers out, you know, to

2  meet the vessels and refuel them or provide fuel at the

3  exchange point.

4  Q.   Does it take a lot of fuel to run one of these go-fast

5  vessels and smuggle narcotics?

6  A.   If you run them at a low speed, you can conserve fuel.  But

7  if you're running and gunning them, you're going to suck up a

8  lot of fuel really quick.

9  Q.   Did the smugglers typically have a lot of fuel onboard?

10  A.   That's indicative and that's usually one of the things that

11  not only HSI special agents look for, but also our members from

12  the Coast Guard.

13       Basically, they will have either 55-gallon drums onboard

14  the vessel, as many as they can fit together with the

15  contraband that they're transporting, or they'll have other

16  types of storage, bilges, tanks or whatever, that they can use

17  to store the fuel.

18  Q.   Now --

19       MS. VIAMONTES:  Your Honor, may the witness step down

20  to point out to the members of the jury with the map the common

21  transit routes?

22       THE COURT:  All right.

23       THE WITNESS:  Can everybody see it?

24  BY MS. VIAMONTES:

25  Q.   Now, can you please point out to the members of the jury

1   where Colombia is.

2   A.   Okay.  So on this map that we have here, which has been

3   marked Exhibit 41, down here we have Colombia (indicating), and

4   we have Venezuela right here next to it (indicating).

5   Q.   And on this map can you point out where Mexico is?

6   A.   Mexico is right here, purple (indicating.)

7   Q.   Can you show the members of the jury with your finger the

8   current routes that are being used by drug smugglers to

9   transfer drugs from Colombia to Mexico to eventually get to the

10  United States.

11  A.   Okay.  So, again, counsel mentions current routes, and it's

12  funny because these are some of the same routes that rum

13  runners used back in the Prohibition era.  So the routes

14  haven't really changed much.  They do rotate around based on

15  law enforcement presence.

16       So the three primary routes that is commonly seen by law

17  enforcement, by HSI, by the United States Coast Guard, DEA and

18  a lot of our foreign government partners that we work with --

19  the number one route is on the Pacific side.  Okay.

20       The second route is over here on the Caribbean Basin side

21  (indicating).  We have the west Caribbean and then we have the

22  main Caribbean route.

23       The Pacific routes, basically, like I already explained to

24  you on the stand, ladies and gentlemen -- the majority of the

25  vessels, whether it's a panga or we even have a vessel which is

1    called a semisubmersible -- most of those vessels will come out

2    of these marsh areas up here, in the northern part of Colombia

3    or, if you go over in the Caribbean bases, they'll come out

4    somewhere here, along the coast (indicating).  Okay?

5        The vessels, again, as far as smuggling methods:

6        A, they will make short hops into Central America on either

7    side, on the Pacific side or the Caribbean side.  They will

8    either -- hand it off to another vessel, they'll either refuel

9    or that narcotic will get transported to a land-based smuggler,

10   who will make sure it gets into Mexico to, ultimately, be

11   shipped, brought up to the U.S. border and transported across

12   the border.

13       Again, other methods.  Again, vessels like the panga, the

14   Picuda, or other go-fast vessels, will come out and they'll

15   basically skip, make their fuel stops along the way until they

16   reach their ultimate destination, which could be somewhere in

17   Mexico again, to transfer to land-based smugglers to get it

18   across the border or, ultimately, reach a U.S. destination.

19       If it's another method, they come out either from Colombia

20   or they'll come out of Central -- because, again, which I

21   mentioned earlier on the stand, the map, if you will -- I want

22   you to visualize three lines.

23       I want you to visualize a line just right here across

24   South America and another line right here between the

25   United States and Mexico all the way across (indicating).

1    The zone down here is what we commonly refer to as the

2    source -- "source country," that's -- again, the source being

3    the countries from where the narcotics come from.

4    The transit zone is between here and -- basically, between

5    the United States and Mexico.  That's your transit zone.  The

6    transit zone is basically where the narcotics are going to be

7    moved to to eventually be imported into the United States.

8    And, again -- and sticking with the maritime smuggling,

9    that is accomplished by the drug-trafficking organizations

10   using a various of series of vessels, to include the panga.

11   That could be the smaller vessels, to include using larger

12   vessels that they basically hook up with in what we call the

13   at-sea transfer where they take the narcotics from the smaller

14   boat, put it onto a bigger boat and then they --

15   Q.  Let me stop you there with --

16   A.  Go ahead.

17   Q.  -- with the at-sea transfers.

18   When a vessel leaves a source country to do an at-sea

19   transfer to the next part in the distribution chain, if that's

20   out far in the high seas, does that vessel then return back to

21   the source country always?

22   A.  Not all the time.  Once the vessel -- what we've seen

23   historically, also, once a smaller vessel, go-fast, is utilized

24   and successfully delivers the narcotics to its final

25   destination, they will sometimes scuttle the boat.  Basically,

1    they'll sink it.

2         Because, again, remember, drug-trafficking organizations

3    have plenty of money at their -- resources available to them.

4    You know, they're transporting multi-million dollars' worth of

5    narcotics.  They're not going to worry about a small boat like

6    a panga or a Picuda, scuttling a boat that's only worth 50-,

7    $100,000 to them.

8         So most of the time what we'll see is, yeah, sea transfer

9    is completed.  The vessel -- the small vessel -- if it's close

10   enough to coast, they will return to coast or they'll scuttle

11   it and somebody else will pick them up, and then that crew --

12   that particular boat crew will get on a plane and travel back

13   to their home country.

14   Q.   So they get on another vessel, reach somewhere like Mexico

15   and then fly back home?

16   A.   They'll fly back home.

17   Q.   And that would be cheaper than them driving their boat back

18   home?

19   A.   Exactly.  Because, again, now we're going to have to

20   expense the same amount of fuel that we expended to get to the

21   final destination to return with the panga.  So -- with a panga

22   or a Picuda or whatever other type of vessel is used in the

23   smuggling route.

24   Q.   Now, the smuggler that's typically transporting that first

25   leg from Colombia to that point in the high seas where they're

1    doing the open-ocean transfer, is that person typically going

2    by themselves?

3    A.   No, they're not.  As far as --

4    Q.   Who are they typically with?

5    A.   As far as -- I assume you're talking about the crew

6    members.

7    Q.   Right.  Crew members.

8    A.   Crew members.  Yeah.

9         So as far as the crew members, on average -- on cases that

10   I've been directly involved or overseeing or reports that I've

11   read, on average, there's going to be four to five crew members

12   on a vessel -- on a go-fast vessel.  Okay?

13        Number one, you need the captain, who is also going to be

14   probably your navigator.  If the captain is not navigating, you

15   might have a person that's there next to the captain, you know,

16   doing the navigation via GPS and sometimes they'll go the

17   old-fashioned way with the charts and everything.

18        Then you're going to have the -- probably the more

19   important person or individuals on the vessel, which are the

20   liaisons to the drug-trafficking organizations.  Okay?

21        Remember I mentioned earlier these drugs are worth a lot of

22   money.  Okay?  Usually, the loads that we intercept on either

23   of the three routes that I explained to you in the Pacific or

24   the two routes over in the Caribbean Basin, they're

25   transporting narcotics that are worth in excess of a million-,

1  2- or $3 million, if not more, depending on the total amount

2  that we intercept.  Okay?

3      So the drug-trafficking organizations are not just going to

4  entrust that to anybody.  They're going to make sure they have

5  somebody of trust on that vessel, at least one person, that can

6  not only keep eye over the crew and what direction they're

7  going and making sure they are going to the rendezvous point

8  that they're supposed to go into, but they're also going to

9  maintain communications via satellite phones with the owners of

10  that particular shipment of narcotics.

11  Q.  So even in that first leg before the transfer, the captain

12  normally has additional crew members?

13  A.  Yes.

14      And I'm sorry, counsel.  I also forgot to mention the --

15  more people, that you also need the loaders.

16      There's going to be individuals on there that are going to

17  have to help with the loading of the vessel -- the small

18  go-fast vessel and the off-load once they arrive at their

19  destination, whether they're passing it to another vessel or

20  they're going to drop it in the water for another vessel to

21  pick up at a later date or if they're going to be reaching a

22  land destination where they're going to be transferring it to a

23  land crew to eventually smuggle it into the U.S.

24  Q.  You mean worker bees?

25  A.  Yes.

1    Q.   The bales, are they typically packaged with many kilos

2    together in a bale?

3    A.   Yes.  You can have anywhere from 20 to 30 kilos inside a

4    bale.

5    Q.   And are those heavy?

6    A.   Those are heavy.  If you do the math, each kilo is about

7    2.2 pounds.  So, yeah, you're talking about in excess of

8    60 pounds.

9    Q.   And they have to throw those bales -- which are how many

10   pounds, you said?  40 or 50?

11   A.   Or more.  Yes, ma'am.

12   Q.   40, 50 or more.

13        Toss them over the boat into the ocean and sometimes

14   retrieve them; right?

15   A.   Correct.

16   Q.   So you need helpers to do that?

17   A.   Correct.

18   Q.   Now, were you done explaining the routes?

19   A.   I believe so, yeah, unless you have other questions.

20   Q.   You can take your seat.  Thank you.

21        (Witness resumes stand.)

22   BY MS. VIAMONTES:

23   Q.   Now, Special Agent Suarez, let's talk a little bit about

24   packaging of cocaine in the source country.  Okay?

25   A.   Yes.

1   Q.   Are you familiar with the common methods used or how

2   cocaine is typically packaged in Colombia or other source

3   countries to get to the United States?

4   A.   Yes, ma'am.

5   Q.   Explain that to the members of the jury.

6   A.   All right.  So the universal packaging and -- I believe

7   some of you folks have probably heard the term square grouper

8   because they've washed up ashore here in South Florida and The

9   Keys.

10       It's a square grouper because that's essentially how it's

11   packaged and it's always been packaged by drug-trafficking

12   organizations.  They have these, basically, human-made presses.

13   They're usually metal.

14       They'll use cellophane, duct tape, electrical tape,

15   whatever type of, you know, commodity you want to use to,

16   basically, package it to, number one, ensure, you know, that

17   it's compacted in there and, number two, to protect the

18   product, especially for maritime operations where, if you're

19   going to throw the bales overboard, it's gotta be, you know,

20   somewhat vacuum-sealed, too, so moisture doesn't get into the

21   product.

22       So the typical shape of a kilogram that's used by the

23   doper, by the drug-trafficking organization, is usually

24   about -- you're talking about four or five inches in length,

25   about two to three inches wide, and then you're talking about

1    an inch to an inch and-a-half thick.

2        That's your typical commodity as far as -- you can even

3    consider it a currency amongst the drug traffickers because any

4    drug trafficker in the world knows that, when we're wheeling

5    and dealing, if they receive this type of package -- he or

6    she -- in the drug-trafficking world will know that they are

7    receiving approximately 2.2 pounds or 1 kilogram of cocaine in

8    exchange for whatever the fees are -- provided for that

9    kilogram.

10        So that's your universal packaging that's used by

11    drug-trafficking organizations.

12        Now, of course, over time and history, the drug-trafficking

13    organizations have gotten a lot more sophisticated on how they

14    package not only cocaine, but other types of narcotics, to

15    attempt to import them to the United States.

16        So the kilogram is your universal, but there's other

17    methods that are used for concealment purposes, to include --

18    you know, it would be on the airport side couriers that swallow

19    cocaine to be able to smuggle it into the United States.

20        But the universally known, especially in maritime

21    operations, which we normally encounter on a regular basis as

22    well as Coast Guard, is the 2.2-pound or 1-kilogram package of

23    the narcotic.

24    Q.  Does the price of the narcotics fluctuate?

25    A.  Yes.

1   Q.   What affects the price of narcotics?

2   A.   Supply and demand.

3   Q.   Just like everything else?

4   A.   Just like everything else.  Good old supply and demand.

5        So, ladies and gentlemen, when I do these, this is how I

6   normally explain it to the folks.

7        Unfortunately, by comparison, you can say, yes, the drug

8   prices around the world could almost be -- you know, you could

9   use like the stock market as an example of what we can compare

10  it to.

11       Unfortunately, the drug-trafficking organizations do not

12  provide us a base price for what the product is going for.

13  They don't provide us, you know:  Hey, we sold X amount of

14  narcotics and made X amount of money.  To divide the amount of

15  money that we made by the number of kilos, that's how much the

16  kilo went for.  So we don't get that.

17       What we get is, basically -- based on the supply and demand

18  and how we measure how good of a job we're doing, is basically

19  what the wholesale street value is.

20  Q.   So you are able -- you do know what the street value is at

21  a given time because of your work with undercovers and

22  confidential informants; right?

23  A.   Correct.

24  Q.   Now, I placed on the Elmo a portion of Government's

25  Exhibit 34, which was entered into evidence yesterday.

```
 1              MS. VIAMONTES:  Permission to approach, Your Honor?
 2              THE COURT:  All right.
 3   BY MS. VIAMONTES:
 4   Q.  Special Agent Suarez, I've now handed you that portion of
 5   Government's Exhibit 34.
 6        Does this appear to be a brick of cocaine, as you were
 7   describing it to the members of the jury, of a kilo?
 8   A.  Yes, ma'am.  I don't know what's in here.  But, yes, this
 9   is the -- a packaging that I was talking about earlier that's
10   universally known around the world as a kilogram of whatever it
11   is that you're attempting to smuggle or sell, basically, to the
12   consumer.
13        And I'm sorry.  This is not what -- this is not what we,
14   you know, see sold to the consumer.  You know, the street-level
15   buyer is not going to get this.
16        This is what goes to the buyer, the distributor, who will
17   later then open this up and they'll mix it with other products
18   to then prepare the little baggies to sell at the street level.
19        But, yes, this is your universal packaging for a kilogram
20   of cocaine or heroin or whatever product you're attempting to
21   smuggle.
22   Q.  Is this the type of packing that you were describing to the
23   members of the jury where it's almost vacuum-sealed and wrapped
24   over and over again?
25   A.  Yes, ma'am.
```

```
 1   Q.   To protect it?

 2   A.   Yes, ma'am.

 3   Q.   Because it's valuable; right?

 4   A.   Yes, ma'am.

 5   Q.   If this were a kilo of cocaine, how much would this be

 6   worth on the streets of South Florida?

 7   A.   Here the price range is anywhere from 28,000- to $36,000,

 8   depending --

 9   Q.   For this 1 kilo?

10   A.   For this 1 kilo.  Yes, ma'am.

11   Q.   Does the price differ throughout the country?

12   A.   Yes, it does.

13   Q.   Does the price differ in Europe?

14   A.   Yes, it does.

15   Q.   Is it actually higher in Europe?

16   A.   It is higher.

17   Q.   And is it higher in other parts of the United States aside

18   from South Florida?

19   A.   Yes.

20   Q.   Is it fair to say that over 940 kilos would be well over

21   $20 million?

22   A.   If my math is --

23   Q.   You're good at math?

24   A.   I'm a little fuzzy.  I'm, you know, getting older.  But

25   that sounds about right.  Yes, ma'am.
```

 1              MS. VIAMONTES:  No further questions, Your Honor.

 2              THE COURT:  Cross.

 3                          CROSS-EXAMINATION

 4    BY MR. ABRAMS:

 5    Q.  Good morning, sir.

 6    A.  Good morning, sir.

 7    Q.  I'm going to try not to be too repetitive of some of the

 8    questions I asked you during that little voir dire, but I have

 9    some new questions as well.

10    A.  No worries, counsel.  I'm here for you.

11    Q.  Thank you.

12         First part of your testimony had to do with intelligence

13    sources that you utilize in furtherance of what you do.

14         And as we said before -- talked about before, you utilized

15    informants; is that right?

16    A.  Yes, sir.

17    Q.  Tell the jurors what informants are.

18    A.  Informant is -- there's three types of informants.  There's

19    the patriotic informant.  There is the informant who we believe

20    sometimes was or was not directly involved with an illicit

21    activity.

22         And the third informant is a cooperating defendant,

23    somebody who was arrested by law enforcement and now has

24    decided to basically work with the Government to assist in a

25    criminal investigation.

1   Q.   So some of these individuals have ongoing cases at the

2   present time; right?

3   A.   Yes, sir.

4   Q.   And they have a different -- they have a variety of

5   motivations for assisting you; correct?

6   A.   Yes.

7   Q.   Some are compensated?

8   A.   Yes, sir.

9   Q.   Some are trying to work off sentences?

10  A.   Yes, sir.

11  Q.   Basically, they have a personal stake in assisting the

12  Government?

13  A.   That is correct, sir.

14  Q.   Okay.   There are also undercover operatives.

15       Can you please describe to the jurors what those are.

16  A.   Yes, sir.

17       An undercover operative is -- whether we're talking about a

18  state or local police department or a federal government, it's

19  usually somebody who is either a detective or somebody who is a

20  special agent that has already completed the basic law

21  enforcement training academy and usually has a little bit of

22  experience in the field that they're about to start doing

23  undercover work in.

24       They receive -- he or she receives special training on how

25  to do undercover operations, how to basically try to -- I don't

1   want to say the word "penetrate," but kind of like sneak their

2   way into the modem -- the way the organization operates to

3   basically gather evidence, to identify individuals that are

4   involved, how they're operating, what type of technology,

5   vessels, they're using to conduct their illicit activity.

6        So the undercover agent is an essential -- second to the

7   use of an informant, for us, an undercover agent is very

8   essential because he or she, if successfully introduced into

9   the organization, can provide a wealth of information for the

10  investigation, to include, obviously, evidence and intelligence

11  on how the organization is conducting their criminal activity.

12  Q.   Okay.  And these are very, very important intelligence

13  sources to Homeland Security and various law enforcement

14  agencies; is that correct?

15  A.   Yes, sir.

16  Q.   I'm not going to ask you any specific numbers.

17       But you have a lot of them; right?

18  A.   I'm sorry?

19  Q.   I'm not going to ask you specific numbers of people who are

20  doing this that you're aware.

21       But is it fair to say there's a lot of them?

22  A.   Absolutely.  Absolutely.  If you combine all the U.S. law

23  enforcement agencies, yeah.

24  Q.   And that not only includes individuals who are operating in

25  the insides, but also individuals who are operating abroad; is

```
 1   that right?
 2   A.  If -- at any time, yes, that would include individuals
 3   abroad, with consent with the foreign government, because we do
 4   have situations where we do work with a foreign government hand
 5   in hand.
 6   Q.  So it's fair to say that there's a substantial -- and,
 7   again, I'm not going to ask any details -- but a substantial
 8   network of intelligence sources, for example, in Colombia?
 9   A.  Correct.
10   Q.  Venezuela?
11   A.  Correct.
12   Q.  And through Central America and all the way up to Mexico?
13   A.  Correct.
14   Q.  And that's how you're able to identify these zones that you
15   talked about, these trafficking routes?
16   A.  Correct.
17   Q.  Now, I asked you this before.  This is important.  I'm
18   going to ask you again.
19       There was no information that was made available to law
20   enforcement in this country concerning these seven guys who are
21   present in this courtroom; is that right?
22   A.  I'm not aware of that, sir.
23   Q.  Okay.  Are you aware of whether Gabriel Garcia-Solar was
24   under any form of formal investigation by the United States
25   Government?
```

1          MS. VIAMONTES:  Your Honor, I'm going to object.  This

2    is beyond the scope of direct.  He was called as an expert, not

3    as a fact witness, in reference to this case.

4          THE COURT:  We'll give him a little latitude.

5          MR. ABRAMS:  Thank you.  I only need a little.

6          THE COURT:  Try to confine yourself to the direct.

7          MR. ABRAMS:  Yes, sir.

8          THE WITNESS:  Can you repeat the question, please.

9    BY MR. ABRAMS:

10   Q.  Are you aware through any of your intelligence sources

11   whether or not Gabriel Garcia-Solar was under any form of

12   investigation by the United States Government?

13   A.  No, sir.  I'm not aware because I wasn't directly involved

14   in this investigation, sir.

15   Q.  Okay.  Your role is more to -- you're here, basically, to

16   talk about the routes and common trends and things having to do

17   with smuggling; right?

18   A.  Yes, sir.

19   Q.  Now, you identified that pangas -- and there's another

20   boat.  I never heard it before.  What was the other one?

21   A.  Picuda, P-i-c-u-d-a.  It's another type of go-fast vessel

22   used by the drug-trafficking organizations, which are faster

23   and more fuel-efficient, and they're a little more slender in

24   body than the panga models.

25   Q.  You taught me something today.  Thank you.

1      And I believe you said that these vessels are readily

2   available?

3   A.   The panga?

4   Q.   Yeah.

5   A.   The panga is.  Yeah.  The --

6   Q.   And here.  I'll put the picture back up, Government

7   Exhibit 9.

8        It's pretty typical; right?

9   A.   Yes, sir.

10   Q.   20-some feet?

11   A.   Yes, sir.

12   Q.   Okay.  You know and you know from your experience, though,

13   that, although this may be a very typically used boat for drug

14   activities, it's also a very common fishing boat in Central and

15   South America?

16   A.   I know that because I stated that earlier.

17   Q.   Right.

18   A.   Yep.

19   Q.   Okay.  You've seen four engines on one of those?

20   A.   No, sir.  This one I believe had two engines.

21   Q.   I'm just saying generally.

22        You've seen four engines on a --

23   A.   Yeah.  Because, again, remember, the panga is just the

24   design of a body of the vessel itself.  They come in various

25   sizes.

1       I believe they make them all the way up to 38 feet, if I'm

2   not mistaken.  The bigger models do have -- can be retrofitted

3   with three to four engines.

4   Q.  Okay.  You talked about the fuel that these boats will

5   carry on one of your trips, and you said it's typical to carry

6   these 55-gallon drums; right?

7   A.  Yes, sir.

8   Q.  Again, I guess I -- I was going to ask you a case-specific

9   question.

10       But you're not familiar specifically with facts pertaining

11   to this case?

12   A.  No, sir, I am not.

13   Q.  Okay.  I'll avoid that.

14       You'd agree with me that not every boat that is out either

15   in the Pacific or the Caribbean that looks like the boat that

16   you described is involved in running dope; right?

17   A.  I would agree with that statement, sir.

18   Q.  Now, something else.  That is, you talked about a lot of

19   common traits in drug running.  One of the things that is also

20   pretty common in cases involving "pangas" or "pangas" is that,

21   when they're being approached by law enforcement, they attempt

22   to scuttle the boat; right?

23   A.  Correct.

24   Q.  Okay.  And can you tell the jurors what scuttling means.

25   A.  They basically -- on purpose, they sink the boat.

```
 1  Q.  And why do they do that?
 2  A.  Basically, if they've been detected by law enforcement,
 3  they'll do two things.  They'll either jettison the contraband
 4  that they're carrying onboard to get rid of it as quickly as
 5  possible -- the evidence -- so when they're boarded there is no
 6  evidence or they will scuttle the boat itself with the
 7  contraband and anything else on there, basically, essentially,
 8  get rid of the evidence.
 9       And then obviously they know -- you know, knowing full well
10  that they're going to be rescued by the Coast Guard or the
11  Coast Guard of a foreign Government.
12  Q.  Or they'll do both?
13  A.  I'm sorry?
14  Q.  Or they'll do both?
15  A.  Yes.
16  Q.  In terms of crew members, you've seen, on average, I
17  believe you said, crews of four or five; is that right?
18  A.  Yes, sir.
19  Q.  Isn't it true that most of these cases involving drug
20  running involve two or three?
21  A.  Not necessarily.  No, sir.
22  Q.  Well, are you -- okay.  Let's talk about cases here.
23       Are you aware that the last three cases of this nature,
24  cases involving arrests on the Pacific Ocean off the coast of
25  Mexico that have been tried in this very courthouse involving
```

1    pangas of approximate size to this one, all involved three crew

2    members?

3              MS. VIAMONTES:  Objection, Your Honor.  Relevance of

4    three cases in the scheme.  It's irrelevant to this case and

5    the scope of these cases, in general.

6              THE COURT:  Sustained.  Sustained.

7              MS. VIAMONTES:  Okay.

8

9    BY MR. ABRAMS:

10   Q.  You'd agree with me additional crew members add weight?

11   A.  Additional crew members add weight, but also may be

12   necessary, depending on the amount of dope you're transporting.

13   Again, we don't have a crystal ball to determine what the

14   drug-trafficking organizations are thinking or what the boat

15   captain of the vessel is thinking.

16              As I previously stated, on average, average, four to five.

17   That doesn't mean that there can't be two or three, as you just

18   stated, or more.

19              Again, I'm just stating, based on my experience and

20   intelligence reports and actual investigative reports that I've

21   read on other cases, which would include some of those cases

22   that you mentioned down here, yes, that, on average, it's four

23   to five.  But that doesn't preclude the organizations from

24   using two or three, using, you know, if necessary, ten.

25              But we're not the ones that make that call.  The

1   drug-trafficking organizations make the call on how many people

2   they're going to put on their, you know, based on what their

3   needs are.

4   Q.   Okay.  Well, you said one of the reasons for additional

5   crew would be for the transfer of the drugs either from one

6   boat to another boat or off-loading the boat to a grounds crew

7   if the boat was to make landfall; right?

8   A.   Right.

9   Q.   Well, there's going to be people on the other boat; right?

10  A.   Correct.

11  Q.   There's going to be people on land to receive whatever's

12  coming off the boat?

13  A.   Correct.

14  Q.   So, then, there would be additional bodies other than those

15  that were on the panga; right?

16  A.   I don't want to make assumptions because, again, that

17  wouldn't be the Government's call.  That would be the

18  organization's call as to how many people are going to be

19  involved.

20      I mean, if it's your boat, counselor, and it's your

21  narcotics you're transferring and you want to put 12 people on

22  there, that would be your call, sir.

23  Q.   Are you aware of what's referred to as a sea buoy or a GPS

24  buoy?

25  A.   Yes, sir.

1    Q.   What are they used for?

2    A.   The sea buoys, I mean, for -- commercially, they're markers

3    for the legitimate use.  In the narcotics-trafficking world,

4    they're also used for what -- its intended purpose, which is a

5    marker for when, basically, narcotics loads are dropped off --

6    and I'm talking about they're either dropped off where they're

7    going to be floating or there have been cases where they do go

8    into shallow waters and they will intentionally sink the load,

9    but they will leave a buoy marker with a GPS for whoever is

10   going to pick up the narcotics to identify the exact location.

11   Q.   I'm going to show you what has been previously admitted

12   into evidence --

13        MR. ABRAMS:  May I approach, Judge?

14        THE COURT:  All right.

15   BY MR. ABRAMS:

16   Q.   -- as Government's Exhibit 33.

17        Do you recognize this?

18   A.   It appears to be a buoy, sir.

19   Q.   GPS buoy?

20   A.   Yes, sir.

21   Q.   With the tin foil, I thought it was like Jiffy Pop.

22   A.   I thought you were bringing me lunch.

23   Q.   Just the shape.

24        And that buoy would be used to mark a load that is dropped

25   at sea -- that could be used to mark a load that's dropped at

1    sea; is that correct?

2    A.  Yes, sir.  This is -- I'm not familiar with this particular

3    model.  But the buoys do come in various shapes and sizes and,

4    obviously, as time has gone by, they've gotten more

5    sophisticated and smaller than the original ones.

6         But, yeah, they would use this.  And as you can tell, this

7    particular model even has the solar panels to maintain the

8    batteries charged.

9    Q.  And that's so it can last a long time; right?

10   A.  Yes, sir.

11   Q.  So if something's dropped in water, it can be located

12   again, and that can be over a considerable period of time;

13   right?

14   A.  Yes, sir.

15   Q.  Are these expensive?

16   A.  These buoys?  Yes, sir.

17   Q.  Are you familiar with what's referred to as a spot tracker?

18   A.  Yes.

19   Q.  And what is that?

20   A.  A spot tracker, if memory serves me right, is similar to a

21   buoy, but it basically gives a -- I'm trying to remember -- the

22   vector locations of -- similar to a buoy, but it's like a GPS

23   again that you can purchase on Amazon or any maritime shop.

24   It's a smaller....

25   Q.  I'll show you what has previously been admitted as

```
 1   Government's Exhibit 32.

 2              MR. ABRAMS:  May I approach again, Judge?

 3              THE COURT:  All right.

 4              MR. ABRAMS:  Thank you.

 5   BY MR. ABRAMS:

 6   Q.  Do you recognize that?

 7   A.  Yes, sir.

 8   Q.  What is that?

 9   A.  Spot tracker.

10   Q.  Has the word "SPOT" on it?

11   A.  Yes.  It says "SPOT Trace."

12   Q.  A little bit smaller than the GPS buoy?

13   A.  Yes, sir.

14   Q.  Considerably cheaper than the GPS buoy?

15   A.  Yes, sir.  Last time I remember we purchased some of these,

16   I think they ran about -- if I'm not mistaken, about 2- to

17   $300.

18   Q.  And how about the GPS buoy?

19   A.  These are probably up in the 5- to 10,000-dollar range.

20   Q.  Sir, based on your expertise in regard to running -- to

21   drug running and the routes that you're familiar with, why

22   would one need a GPS buoy if they intended to make landfall

23   with the controlled substance?

24        In other words, why would you need a GPS buoy unless drugs

25   were going to be left at sea for a considerable period of time?
```

1   A.   Again, I don't know what the intentions of the drug

2   smugglers were in this case.  And, again, that information

3   isn't provided to us by the drug-trafficking organizations.

4        But, essentially, normally, when we've seen a buoy that --

5   this size specifically, it's going to be left probably at a

6   designated longitude and latitude in the open ocean so another

7   vessel can come in afterwards and retrieve the narcotics.

8        So, basically, as I discussed -- as you heard me discuss

9   earlier, maybe they didn't intend to do a boat-to-boat

10  transfer.

11       Maybe in this particular case, with this buoy this size and

12  the solar panels, they intended to drop it, leave it there for

13  another vessel to pick up.

14       Sometimes there also has been cases where the crew of the

15  particular vessel that's transporting narcotics were aware

16  of -- that law enforcement was tracking them or about to come

17  upon them and they sometimes even drop the load, leave it

18  there.

19       They know they already have some type of marker, whether

20  it's a spot tracker or the buoy, so they can circle back around

21  to it and pick it up or another crew can pick it up if that

22  crew and that vessel happens to be detained for whatever amount

23  of time.

24  Q.   Well, a spot tracker enables the, quote-unquote, bad guys,

25  the sources, to track where their drugs are; right?

```
 1   A.   Correct.
 2   Q.   And they can use that to track the drugs over a
 3   considerable distance; right?
 4   A.   Correct.
 5   Q.   And that spot tracker is waterproof.  So if something is
 6   dropped -- if it's dropped in the water, that in and of itself
 7   can be used to locate the drugs; right?
 8   A.   Correct.
 9   Q.   And is it fair to say that utilizing a GPS buoy would be
10   more in line with the intent of putting the drugs in the water
11   for an extended period of time so people delivering drugs can
12   put it in the water, get away from the area of the drugs and
13   then at another time another boat can approach, pick up the
14   drugs out of the water when they're satisfied there's no law
15   enforcement there and then go on their merry way?
16   A.   I would agree with that, sir.
17   Q.   So if the intention of the drug trafficker is to go from
18   Land Point A to Land Point B, bad guys want to keep track of
19   their drugs, so they put a spot tracker onboard, but the
20   intention is to make landfall, there's no need for a GPS buoy,
21   is there?
22   A.   There's no need for it.  But, again, I'm not a member of
23   the drug-trafficking organization and I don't know how they
24   think.
25        Again, remember, it's a cat-and-mouse game.  So you're
```

1    stating that it would be from landfall to landfall.  We don't

2    know what the case is -- and all cases are different,

3    obviously, and I believe you'd agree with me, counselor.

4         Why they would have something as big as this on there, if

5    the intention, as you say, was to make landfall, I don't know,

6    when you simply should need something like this.

7         But another thing I will tell you that, based on my

8    experience and what I've seen in other cases similar to this,

9    again, you're dealing with a lot of product that's worth a lot

10   of money.

11        And besides having a representative of the drug-trafficking

12   organization, the owners of the shipments usually want to keep

13   track of -- you know, exact track of where their narcotics is,

14   where it's going, where it's been, why is it taking so long,

15   why did the boat stop.

16        Again, those are things that -- you know, if I was a

17   drug-trafficking, you know, member and I had a lot of invested

18   money and interest in a particular shipment load, I would want

19   to know that information.

20        As to why in this particular case they chose to use this,

21   you know, the buoy and the spot tracker versus just using this,

22   if they were going to make -- go land point to land point, as

23   you say, I couldn't give you an explanation for that, sir.

24   Q.   Okay.  Use of the buoy is more indicative of an intended

25   extended time in the water?

1    A.  Yes, sir.  I mean, it's obvious.  I mean, you have solar

2    panels.  I mean, you can just tell by the way that it's

3    manufactured it's intended to sit out there on the high seas.

4    I mean, the seas aren't always flat and, when it gets choppy

5    and everything, they need something that's durable that's going

6    to be able to take a pounding.

7    Q.  And you said that has solar panels in it.  So it will

8    remain powered; right?

9    A.  Yes, sir.  I don't know the lifetime of the batteries on

10   these.  But, you know....

11   Q.  Fair to say the life of that GPS buoy is longer than that

12   of the spot tracker?

13       MS. VIAMONTES:  Objection.  Calls for speculation,

14   Your Honor.

15       THE COURT:  If he knows.

16   BY MR. ABRAMS:

17   Q.  You can answer if you know.

18   A.  I'm sorry.  I didn't hear the Judge's -- yes.  That's

19   correct.

20   Q.  Thank you.

21       MR. ABRAMS:  I have no further questions.

22       THE COURT:  Let's take our morning recess for about

23   10 minutes.

24       (Jury exited courtroom at 10:25 a.m.)

25       (Recess taken from 10:25 a.m. to...)

```
 1              (Jury entered courtroom at 10:36 a.m.)

 2              THE COURT:  Have a seat, everybody.

 3              Okay.  Who's up next?

 4                            CROSS-EXAMINATION

 5   BY MR. RODRIGUEZ:

 6   Q.  Good morning, sir.  How are you?

 7   A.  Good morning, counsel.

 8   Q.  Let me ask you a few questions about your testimony.  And I

 9   promise you I'm not going to be repetitive.

10       The Picula -- I think you called it a Picula.

11   A.  "Picuda."

12   Q.  Is that P-i-c-u-l-a?

13   A.  No.  -d-a.

14   Q.  -z-a.

15   A.  No.  -d.  -d, as in David.

16   Q.  Oh, I got it.

17       That is supposed to be a newer, faster version of the

18   panga.  Is that what -- am I understanding you correctly?

19   A.  Yes, sir.

20   Q.  And that came on the scene how many years ago?

21   A.  I want to say probably in the early 2000s.

22   Q.  And you're saying that drug dealers are more and more

23   attracted to that because it's faster than the normal panga?

24   A.  No.  I didn't say they're more attracted to it.  It's one

25   of the vessels that are used besides the panga.
```

1    Q.    All right.

2    A.    They have various fleets of vessels that they use, but the

3    number one common being the panga because those are readily

4    available, especially in the -- some of the Central and South

5    American countries, and the Picuda because, again, it's a

6    faster vessel and more fuel-efficient.

7    Q.    But that really wasn't the point of my question.

8          The point of my question is that they would tend to favor,

9    if it's available, the Picula [sic], as opposed to the panga,

10   for the reasons you just stated.

11   A.    Yes, sir.  I mean, if you're trying to, you know, use less

12   fuel and go faster, absolutely.  Yes, sir.

13   Q.    Now, this area --

14          MR. RODRIGUEZ:  Judge, may the witness step down for a

15   second?

16          THE COURT:  Yes, sir.

17          MR. RODRIGUEZ:  Would you step over here, please, sir.

18          THE WITNESS:  Yes, sir.

19          (Witness steps down.)

20   BY MR. RODRIGUEZ:

21   Q.    I'll step over here so I won't be in the way of the jury.

22          This area in the Eastern Pacific that you mentioned, we're

23   talking about thousands and thousands of square miles; correct?

24   A.    Yes, sir.

25   Q.    And you said that this is one of the routes normally taken

1   by drug dealers; correct?

2   A.   Correct.

3   Q.   The other two are basically in the Caribbean and Gulf of

4   Mexico?

5   A.   Correct.

6   Q.   This area on the Eastern Pacific, would you agree, is a

7   major commercial lane as well?

8   A.   Yes, sir.

9   Q.   Are you aware there's also piracy in this area?

10  A.   Yes, sir.

11  Q.   And I think I'm going to have to give you the mic because

12  the translators are telling me that.

13       Let me ask you this:  Human smuggling, is that an area

14  also -- I mean, another activity in this area?

15  A.   Yes, sir.

16  Q.   You mentioned something very interesting, and that is that

17  a panga are normally used to skip along the coast of Central

18  America; correct?

19  A.   Yes, sir.

20  Q.   On the way from Colombia to Mexico, that is normally what's

21  done; correct?

22  A.   Yes, sir.  If they have a -- again, as one of many

23  smuggling routes that they could use not only with the panga,

24  but any other go-fast, they can -- if that's the intent of the

25  organization to have that particular crew skip and hop along

1    the way wherever they have designated refuel stops, they could

2    essentially do it.

3    Q.  And there are thousands of pangas in this area; correct?

4    A.  Correct.

5    Q.  And you also mentioned that the pangas normally hug the

6    coast.

7    A.  Yes, sir.

8    Q.  Thank you.  You may have a seat.

9            (Witness resumes stand.)

10   BY MR. RODRIGUEZ:

11   Q.  Your testimony indicated that drug dealers, when they're

12   approached, tend to scuttle the panga or the boat to get rid of

13   evidence; correct?

14   A.  Yes, sir.

15   Q.  Is that correct?

16   A.  Yes, sir.

17   Q.  And that is to prevent law enforcement from obtaining

18   evidence in a case?

19   A.  Correct.

20   Q.  And that would include any incriminating items that they

21   may have onboard, not just the narcotics?

22   A.  Correct.

23   Q.  Including a Garmin?

24   A.  I'm sorry?

25   Q.  Including a Garmin?

1    A.   A GPS device, yes.

2    Q.   Thank you, sir.

3    A.   They can sink it.  Yes.

4         MR. RODRIGUEZ:  I have no further questions.

5                        CROSS-EXAMINATION

6    BY MR. CHAMBROT:

7    Q.   Morning.

8    A.   Morning, sir.

9    Q.   When -- you were basically saying that there's three basic

10   routes, which would be the Eastern Pacific, the western

11   Caribbean, the southern Caribbean; correct?

12   A.   Yes, sir.

13   Q.   But those routes are not exclusive; correct?

14   A.   No, sir.  They're not exclusive to narcotics trafficking.

15   No, sir.

16   Q.   In other words, the human imagination is boundless as to

17   what routes and methods of importation are used, correct,

18   swallowing, even land routes?

19   A.   Yes, sir.  I would agree with that statement.

20   Q.   It wouldn't even be unusual if the animals were used to

21   carry these loads out of the jungle, correct, mules, horses?

22   A.   Not unusual, sir, no.

23   Q.   All bets are off?

24   A.   Correct, sir.

25   Q.   So the fact that a panga is on the Eastern side of the

1    Pacific in and of itself means nothing; correct?

2    A.   No, sir, it does not.

3    Q.   I'm sorry?

4    A.   It does not.

5    Q.   Let me show you something.

6         You were shown a picture of these two engines; correct?

7    A.   Yes, sir.

8    Q.   Are you familiar with the layouts of these pangas?

9    A.   There's varying variations of pangas.  You have some that

10   do not have any -- you know, they just have like a little

11   console in the middle for the pilot.

12        There's other ones that are more sophisticated, you know,

13   the more expensive ones that have the console and they have the

14   little cover on top and whatnot.

15        But there's different variations of the panga on how you

16   can retrofit it based on the needs of the individual that's

17   using it.

18   Q.   These are outboard motors; correct?

19   A.   Those are outboard motors.  Yes, sir.

20   Q.   And they get driven by someone -- they're driven by hand?

21   In other words, they're being tilled by hand?

22   A.   No, sir.  I believe these are being tilled from a console.

23   Q.   Okay.

24   A.   I'm not -- I haven't seen, you know --

25   Q.   That's all you've seen?

1   A.   Yeah.

2   Q.   All right.  Is it unusual for a panga in the smuggling

3   business to have only one engine?

4   A.   No, sir.

5   Q.   So a smuggling boat could have one engine.  It doesn't

6   necessarily have to have two; correct?

7   A.   It can have -- like you stated yourself, counselor, as far

8   as imagination can take you.  So it's --

9   Q.   All bets are off?

10   A.   All bets are off.  But, again, as far as the drug

11   traffickers, you know, based on my experience, is based on

12   whatever their needs are, obviously, and what we've encountered

13   in the high seas when we've encountered the different

14   variations of the vessels, to include pangas that have

15   narcotics onboard.

16       Because, again, as you heard me stating earlier and some of

17   the other co-counsel has stated, the panga was designed as a

18   fishing vessel and it's still to this day used as a fishing

19   vessel not only in Central and South America, but, also, in

20   Asia, they use them to transport people and everything.

21       So it's just one of those vessels that has -- you know, is

22   readily available.  And as we all know and I testified, you

23   know, depending on the size of the vessel, yeah, you can put

24   one engine, you can put four engines.

25   Q.   Okay.

1  A.  And, again, I don't know what the needs are of the drug

2  traffickers.

3  Q.  I got you.

4  A.  So, yes, they use their imagination.  And in my 20 years

5  I've seen a lot of interesting smuggling methods used, you

6  know, aside from the maritime operations.

7       But, yes, their imagination is very wide and very open

8  because they're going to -- drug-trafficking organizations are

9  going to basically use whatever smuggling method they can to

10  avoid detection by law enforcement, which is basically their

11  ultimate goal.

12  Q.  Now, you're familiar with that Eastern Pacific coast;

13  correct?

14  A.  Yes, sir.

15  Q.  A lot of fishing villages, thousands of them?

16  A.  Yes, sir.

17       MR. CHAMBROT:  I have no further questions.

18       Thank you.

19       THE WITNESS:  Thank you, counsel.

20                      CROSS-EXAMINATION

21  BY MR. BERRIO:

22  Q.  Good morning.

23  A.  Good morning, sir.

24  Q.  My name is Juan Berrio, and I represent Jose Candelario

25  Perez-Cruz.

1          We've never met before; right?

2     A.   I don't believe so.

3     Q.   We've never spoken about any of this before, you and I?

4     A.   No, sir.

5     Q.   From what I understand, you testified that the panga could

6     be 20 to 38 feet in length?

7     A.   Yes, sir.

8     Q.   They can have two to four engines?

9     A.   Yes, sir.

10    Q.   And you also said that they also could have center

11    consoles?

12    A.   Yes, sir.

13    Q.   And the center console would normally be on the larger

14    pangas; right?

15    A.   Depending on the model and the size of it, yes, sir.

16    Q.   A 20-foot panga would not have a center console, would it?

17    A.   They could retrofit it.  Because, again, most of the

18    vessels that we encounter, they're not your -- you know, they

19    don't come off the factory floor, that you get to go online and

20    pick how you want, you know, much like you would buy a car.

21         Most of those vessels that we do encounter or the

22    Coast Guard encounters have been refitted based on whatever the

23    needs of the drug traffickers are.  I'll give you a prime

24    example.

25         The semisubmersible and the full submersible, which the

1   organizations have also been using along with these smaller

2   vessels, those are manufactured from different parts and pieces

3   and they just have the mechanical ingenuity to make it happen.

4       So would a smaller vessel -- to answer your question, would

5   a smaller vessel -- a smaller panga possibly have a center

6   console?  The answer is "yes" because it's, again, based on

7   whatever the necessity of the drug traffickers is and also

8   depending on how many engines you're going to put in the back.

9       Some engines -- some of the outboard engines you can't, you

10  know, physically go back there and hand-steer.  You have to,

11  you know, connect it to all the lines and the connectors to the

12  steering column and steer it from there.  So....

13  Q.  So the ones with more engines would probably have a center

14  console?

15  A.  Yes, sir.

16  Q.  Have you seen this photograph before?

17  A.  Yes, sir.  I believe I have.

18  Q.  Okay.  Have you seen other photographs in our case?

19  A.  Yeah.  I was shown some of the other photographs that were

20  taken of the evidence.

21  Q.  Okay.  Our panga didn't have a center console, did it?

22  A.  I don't recall if it did or not.

23  Q.  Okay.  Would you agree that the larger pangas have more

24  space to transport contraband?

25  A.  I would agree.

1    Q.   Excuse me?

2    A.   I would agree with that.  Yes, sir.

3    Q.   And you would agree that it would also have more space to

4    transport more crew members?

5    A.   I would agree, I mean, just like a minivan would transport

6    six people versus a 15-passenger van.  Yeah.  That's what I'm

7    understanding as far as your question.

8    Q.   Yes.

9    A.   Yeah.

10   Q.   So the larger boats have more space, more cargo area?

11   A.   That would be obvious, sir.  Yeah.

12   Q.   And would you consider the seizure in this case, 36 bales

13   and 940 kilos of cocaine, a significant amount of cocaine?

14   A.   Yes and no.  Because I've been involved in larger seizures

15   where there were a larger amount of bales.  So that -- I mean,

16   it's a nice seizure, but I wouldn't -- you know, compared to

17   other ones I've been involved in, you know, that's about

18   average for these types of cases.

19   Q.   Okay.  It's about average.  Okay.

20           MR. BERRIO:  I have no further questions.

21           THE WITNESS:  Thank you, counselor.

22                         CROSS-EXAMINATION

23   BY MR. do CAMPO:

24   Q.   Good morning, sir.

25   A.   Good morning, sir.

1    Q.   Sir, you said you were shown some pictures by the

2    Government attorneys in this case; right?

3    A.   Yes, sir.

4    Q.   Did they show you a picture of Government Exhibit 9?

5    A.   That's the same photo the other counsel just had.

6    Q.   Yes.

7    A.   Yes, sir.

8    Q.   Are you aware that this is the panga that the Defendants

9    were on?

10   A.   I believe so.  Yes, sir.

11   Q.   Okay.  By looking at this picture, do you have an opinion

12   as to whether it's a center console-driven panga or one that

13   they use a tiller?

14   A.   Well, based on that photo -- and the two gentleman are kind

15   of blocking where the center console would be -- but I believe

16   that looks like it might be a tiller with that stick sticking

17   back in the back.

18   Q.   Let me show you another picture that might clarify.  This

19   is Government's Exhibit 8.  Those are the pictures of the

20   motors in the boat that we just saw in Government's Exhibit 9.

21   A.   I can't really tell too well.

22   Q.   That doesn't help?  All right.

23   A.   That doesn't help too much, sir.

24   Q.   Maybe this photo will help a little bit.

25   A.   All right.  Maybe.

1   Q.   This is Government's Exhibit 11.  Okay?  And it's the same

2   panga, but from the rear, because as you aptly noted before --

3   A.   Yes, sir.

4   Q.   -- the other picture, it kind of blocks, but now you can

5   see that there is no center console there.

6   A.   There is no center console and it appears to be operated by

7   the use of a tiller.

8   Q.   And a tiller is just a stick that's connected to the motor;

9   right?

10  A.   Yes, sir.

11  Q.   And if there's more than one motor, they'll have like a

12  bracket so that they could have one stick that'll move both

13  motors --

14  A.   Both of them at the same time.

15  Q.   Same time and keep them parallel; right?

16  A.   Yes, sir.

17  Q.   Do you have any doubt, after looking at these photos, that

18  the panga that we're dealing with in this case was

19  tiller-driven and not a center console?

20  A.   I have no doubt, sir.

21  Q.   Okay.  Let me clarify one thing about your direct

22  testimony.

23       Sometimes in a maritime smuggling venture a ship -- a

24  vessel -- let's call it a vessel -- will take off from a source

25  country like Colombia and drop the drugs off and then a vessel

 1  from the country where it's going to be smuggled to will pick

 2  it up; right?

 3  A.  Yes, sir.

 4  Q.  And, in that case, the ship -- or the vessel that leaves

 5  the source country makes its way back?

 6  A.  Yes, sir.

 7  Q.  Now, another way to do it is for the source country vessel

 8  to meet up or rendezvous with the vessel coming from the

 9  country the drugs are to be smuggled; right?

10  A.  Correct.

11  Q.  And they do a boat-to-boat transfer?

12  A.  Yes, sir.

13  Q.  And sometimes in that case you said they'll scuttle the

14  boat?

15  A.  Yes, sir.

16  Q.  And even though a panga is worth $50,000, in the context of

17  a 20-million-dollar drug load, that's the cost of doing

18  business; right?

19  A.  Correct, sir.

20  Q.  And, in that case, the crew from the source country have to

21  go along with the ship that they rendezvoused with; right?

22  A.  Depending on the final destination of the vessel.  Yes,

23  sir.

24  Q.  And that final destination is oftentimes Mexico?

25  A.  Oftentimes Mexico or Central America, again, depending on

 1    the vessel that rendezvoused with them to pick up.  Because,

 2    again, you have to work in the refueling stops and the

 3    smuggling route that they're going to be going.

 4    Q.  And, in those cases, the smugglers from the source

 5    country -- they'll fly them back or get them back to where they

 6    came from; right?

 7    A.  Yes, sir.

 8    Q.  Okay.  Thank you.

 9         MR. do CAMPO:  I have no further questions.

10         THE WITNESS:  Thank you, counselor.

11                        CROSS-EXAMINATION

12    BY MS. PINERA-VAZQUEZ:

13    Q.  Good morning.

14    A.  Good morning.

15    Q.  Special Agent Suarez, you're an agent with United States

16    Immigration and Customs Enforcement, ICE?

17    A.  Correct.

18    Q.  And Homeland Security Investigations, HSI?

19    A.  Not "and."  I work for ICE, Immigration and Customs

20    Enforcement, but I'm assigned to the Homeland Security

21    Investigations Division, which is the investigative arm of

22    Homeland Security.

23    Q.  And you started off as a Customs inspector in Miami about

24    20 years ago?

25    A.  Correct.

1   Q.   And according to the website, the ICE mission -- I believe

2   I'm right -- is to protect America from the cross-border crime

3   and illegal immigration that threaten national security and

4   public safety.

5   A.   I --

6   Q.   Sound right?

7   A.   Sounds about right.  Yep.

8   Q.   And that mission is executed through the enforcement of

9   statutes that focus on immigration, prevent terrorism and

10   combat the illegal movement of people?

11   A.   Not just illegal movement of people, but contraband, also.

12   Q.   That was my next --

13   A.   Yeah.

14   Q.   -- my next question.

15        And that would also include contraband?

16   A.   Correct.

17   Q.   But I guess your agency really started off as an

18   Immigration and Customs agency, right, and it morphed into a

19   Homeland Security through the years?

20        MS. VIAMONTES:  Objection.  Relevance.

21        THE COURT:  Overruled.

22        THE WITNESS:  I wouldn't quite describe it that way.

23   It's a little more complicated.

24        It was basically the merger of -- for U.S. Customs and

25   Border Protection, the merger of three different agencies

1    following 911 and then, for U.S. Immigration and Customs

2    Enforcement, the merger of two different agencies, the United

3    States Customs Service and the U.S. Immigration Services.

4         So, basically, the morphing you're speaking about was

5    basically -- for whatever reason, our Congress and our

6    President at the time, President Bush, decided that, following

7    the 911 catastrophe, that they were going to basically merge

8    our missions together because of the fact that U.S. Immigration

9    and Customs Enforcement and U.S. Customs and Border

10   Protection's mission is directly tied -- has a nexus to the

11   border in international waters.

12        So, basically, to elaborate on what counsel's saying,

13   ladies and gentlemen, our mission is primarily criminal

14   investigations and, as far as CBP is concerned, interdiction of

15   human trafficking, human smuggling, contraband, with a nexus to

16   the border, international waters, territorial waters in and

17   around the United States.

18   BY MS. PINERA-VAZQUEZ:

19   Q.   Thank you.

20        Now, one of the main -- or the largest single area of

21   responsibility for ICE is immigration enforcement.

22        Would you agree with me?

23   A.   That's one of our six missions as far as problematic areas.

24   Q.   And, in fact, ICE plays a central mission -- or a central

25   role in combatting human smuggling?

1   A.   Yes, sir -- I mean --

2   Q.   Ma'am.

3   A.   I'm sorry.

4   Q.   Not yet.  I'm still a ma'am.

5        So as an ICE agent for the last 20 years and as the -- and

6   I'm looking at your resumé -- as the program manager in U.S. --

7   in ICE, you're familiar with the illegal movement of people?

8   A.   I am familiar with the illegal movement of people in cases

9   having to do with human smuggling and human trafficking, but

10  predominately my 20-year career span was -- started with the

11  United States Customs Service before the merger, has been

12  narcotics interdiction, narcotics investigations, and bulk-cash

13  smuggling.

14  Q.   Well, you testified that you were also -- I believe when

15  Mr. Rodriguez asked you, you testified also that you were

16  familiar with human-smuggling cases.

17  A.   Oh, I'm familiar with them.

18       MS. VIAMONTES:  Object to beyond the scope of direct

19  and beyond the scope of his expertise.

20       THE COURT:  Well, stay tuned.

21       Keep going.

22       THE WITNESS:  I'm sorry, Your Honor?

23       THE COURT:  Go ahead.

24       THE WITNESS:  Okay.

25       MS. PINERA-VAZQUEZ:  Thank you, Your Honor.

1         THE WITNESS:  I'm sorry.  Repeat the question, counsel.

2    BY MS. PINERA-VAZQUEZ:

3    Q.   I believe that Mr. Rodriguez asked you if you were familiar

4    with human smuggling and you said, yes, that you were with the

5    human-smuggling routes.

6    A.   I'm familiar with them, but I've never directly been

7    involved with human-smuggling cases.  I've assisted with those

8    types of investigations because a lot of times they will kind

9    of overlap with narcotics investigations that we have.

10   Q.   All right.  So let's talk about that.

11        In fact, the three routes that you mentioned when you

12   pointed to the map, that's -- those are also three routes that

13   are used by human smugglers; right?

14   A.   Correct.

15   Q.   Because drug trafficking, as you just said, and human

16   smuggling sometimes go hand in hand, unfortunately?

17   A.   Yes, ma'am.

18   Q.   And, by the way, could you just tell the members of the

19   jury what human smuggling is.

20   A.   Okay.  So there's always confusion with this.

21        There's human smuggling and there's human trafficking.  The

22   difference between both is, in human trafficking, you're being

23   smuggled against your will.

24        So, basically, you're being kidnapped and you're being

25   forced to travel to a certain location because you're going to

1   be put to work for an illicit organization.

2       So, for example, prostitution, forced child labor, those

3   types of things we would consider human trafficking because,

4   again, there's a victim and you are being forced against your

5   will to be trafficked into the United States.

6       Human smuggling, however, is different.  Human smuggling is

7   where you, an individual -- and we've seen this with a lot of

8   migrants around, you know, Mexico, Central and South America,

9   the Caribbean -- where you pay a human smuggler a fee to take

10  you from Point A to Point B.

11      And, again, those points may be similar to the

12  drug-trafficking routes where you're basically moved from an

13  island in the Caribbean or you're moved from Cuba to somewhere

14  in Central America and then you're handed off to a coyote, who

15  then takes you to the border and you cross at a designated

16  location.

17      Same thing -- we see it a lot in South Florida with human

18  smuggling.  We see a lot of what's called bulk landings where a

19  human smuggler will collect a group of people and they will

20  bring them to a designated location anywhere along The Keys,

21  South Florida, even on the West Coast, and they'll either drop

22  off the individuals or they'll take the individuals to what we

23  call a stash house, where an additional fee has to be paid for

24  that person to be released from the smuggler's custody.

25  Q.  And that fee that you mentioned that the smuggler has to

1    pay, that's usually a high fee; correct?

2    A.   For the human smuggling?

3    Q.   For the human smuggling.  Not the trafficking.  The

4    smuggling.

5    A.   For the human smuggling, yeah.  The last time I was

6    even remotely -- I remotely worked a human-smuggling case, the

7    fee at the time -- I'm talking about 2007, 2006 -- the fee at

8    that time was $12,000 per person.

9    Q.   And I think you also testified that many times that fee is

10   not paid back in cash, rather, it's paid back with work.  They

11   become more or less, for lack of a better word, slaves until

12   their fee is paid off?

13   A.   Yes.  But that's when it becomes human trafficking.  That's

14   why I was explaining the difference.

15        A human smuggling -- for example, my family's Cuban.  I

16   didn't get smuggled in.  I was born here, but --

17   Q.   So was I.

18   A.   So there you go.

19        But my parents migrated from Cuba, but they came the legal

20   way.  They got a visa.  They flew here.  But for many Cubans

21   and many other -- predominantly what we see down here in South

22   Florida is the Cubans and the Haitians that are -- they paid

23   somebody to get smuggled into the country.

24        They will meet somebody at a designated location on the

25   island or in Haiti, get on the boat, and then they get smuggled

1    to one of the islands, refuel, and they'll come in.

2         And, again, the fee that is paid is either paid by the

3    individual themselves or is paid by the family of that

4    individual that's being smuggled.  And that's paid for the

5    smuggler.

6         But they -- in the human-smuggling scheme, that individual

7    is not put to work to work off the costs or whatever.  That's

8    more seen on the human-trafficking side of -- where now we have

9    a victim, somebody who's being victimized, because they're

10   being held against their will and they don't have -- you know,

11   they're here in the United States, but they don't have any

12   freedoms because the person that, you know, did the trafficking

13   of them is holding them hostage until they pay off their debt,

14   which a lot of times that never happens.

15   Q.   And these alien-smuggling rings sometimes are sort of the

16   same organization as drug-smuggling rings.  They have a leader.

17   They have recruiters.  They have middlemen.  You know, they

18   might be organized in the same way that drug-smuggling

19   organizations are?

20   A.   They would be -- most of the organizations, I would agree

21   with that statement, counselor.  Yeah.  They're pretty similar

22   in the way that the drug-smuggling organizations operate.

23        And, again, the organizations go to great lengths to

24   basically protect themselves.  So a lot of those components

25   within the drug-trafficking organization or human-smuggling,

1    human-trafficking organizations will be compartmentalized,

2    meaning that one group doesn't know what the other group is

3    doing.

4         So you have your smugglers -- just like in narcotics, you

5    have your smugglers, you have the people that are looking for

6    the individuals that want to be smuggled or, basically,

7    kidnapping the people that are going to be trafficked, and then

8    you have the individuals that are manufacturing the drugs.  So

9    everything's compartmentalized.

10         So at any point in time, if law enforcement -- foreign or

11   U.S. law enforcement is investigating an interdiction or a

12   take-down occurs, that particular organization that was taken

13   down, whether it's narcotics trafficking or human smuggling or

14   human trafficking, cannot provide any information on the rest

15   of the organization and who the head of the organization is or

16   any of that sort.

17   Q.  And you mentioned the word -- I think it was "coyote" or

18   "coyote."  I'm not sure which of the two words it is.  Is it a

19   "coyote" or a "coyote"?

20   A.  The Spanish, "coyote."  Pero, in English, "coyote."

21   Q.  What's a coyote?

22   A.  Coyote is basically a land-based smuggler that can smuggle

23   drugs and humans across the border as -- we see it a lot along

24   the U.S.-Mexican border.

25   Q.  And when -- you said, when they're transported, you said --

1    are we talking about, like, those big ships that we see

2    sometimes on TV where there's a lot of people in one boat

3    altogether when they're smuggled through the ocean, for

4    example?

5    A.    What smuggling are we talking about?

6    Q.    Well, either one.  Well, let's talk about smuggling, in

7    other words, the people who are paying to, let's say, go from

8    Colombia to Mexico.

9          I mean, do they come across -- do you find in ICE that they

10   come in big ships and there are a lot of people together in one

11   location?

12   A.    With human smuggling?

13   Q.    Human smuggling.

14   A.    Specifically to human smuggling in South Florida, any type

15   of vessel is fair game, any type of vessel, because a lot of

16   times what I've seen in my personal experience was -- some of

17   the human-smuggling cases I've been a part of or assisted with,

18   they'll use a small fishing -- open fisherman, like a MAKO, for

19   example, which is like, you know, a 24-footer or something.

20         They'll use a Hatteras.  They'll use yachts.  It's just a

21   matter of what the human-smuggling organization has at their

22   disposal.  There is no, like, specific vessel that they get

23   into because, again, they're transporting, you know, humans.

24         And most of the times, when they're transporting them, it's

25   over short distances.  Because, for example, Cuba, it's only

1    90 miles away from down here.  If you go further up, you know,

2    you're adding another 100, 200 miles, depending on where

3    they're going to land.

4         And, again, just like a drug-trafficking organization is

5    going to have to do fuel stops, the human smuggler is also

6    going to have designated locations where they're going to have

7    to do fuel stops or, depending on the size of the vessel,

8    they'll bring the fuel onboard with them in barrels or drums or

9    whatever they have to store the fuel so they don't have to make

10   any stops and make it to their final destination.

11   Q.   So just to follow up on what you just said, unless -- just

12   like the drug-smuggling organizations have transit points -- I

13   think that's what you called them --

14   A.   Yes.

15   Q.   -- the alien-smuggling organizations also have transit

16   points.

17        Is that basically --

18   A.   Correct.

19   Q.   And, obviously, just like in a drug-smuggling organization,

20   which are in the business of making money through the sale of

21   narcotics, the alien-smuggling organization is in the business

22   of smuggling aliens for money.

23        Would you agree with that?

24   A.   Correct.

25   Q.   And the more aliens they can put in a boat and the more

1   money they can make, the better it is for the organization;

2   right?

3   A.   Yes, ma'am.

4   Q.   And based on your knowledge, when these aliens are brought

5   over or packed into a boat, is it in nice conditions or is it

6   in, basically, bad conditions?  Do you have any idea?

7        MS. VIAMONTES:  Your Honor, this calls for speculation

8   and is beyond the scope.

9        THE COURT:  Sustained.

10  BY MS. PINERA-VAZQUEZ:

11  Q.   One of the things that you said on direct examination is --

12  when you were talking about scuttling the boat, that one of the

13  things that sometimes happens in these -- in the drug

14  trafficking is that the boat is scuttled -- or I guess that's

15  destroyed?

16  A.   Yes.

17  Q.   Because the organization, obviously -- I think you

18  testified they don't care losing a 10,000-, 15,000-dollar panga

19  when they're carrying a 26-million-dollar load; right?

20  A.   Correct.

21  Q.   And I think you also testified that it would be much

22  cheaper just to, you know, have them fly from Mexico back

23  wherever they came from; is that right?

24  A.   The crew members.

25  Q.   The crew members.  Right.

1        But in order to fly, you need a passport; right?

2   A.   Yes, ma'am.

3   Q.   And 940 kilos, I believe the prosecutor asked you, was over

4   $20 million?

5   A.   The math, I believe, is a little low.  But let's be

6   conservative.  It's well over 20 million.  Yes, ma'am.

7   Q.   Actually, it's 26,800,000.  I just did it on my

8   calculator --

9   A.   Okay.

10  Q.   -- on my iPhone.

11  A.   Yes.

12  Q.   And you would agree that that's a lot of money -- a lot of

13  cocaine worth a lot of money; right?

14  A.   Correct.

15  Q.   And, obviously, the organization wouldn't want 26 million

16  dollars' worth of dope to be stolen in the middle of the

17  Pacific; right?

18  A.   No.

19  Q.   Somebody's going to pay for that?

20  A.   Correct.

21  Q.   So you would agree with me that, usually, there's weapons

22  to protect the dope on a boat?

23  A.   Actually, I would disagree with that statement.

24  Q.   Fair enough.

25       Why?

1    A.   Because most of the time -- there are two reasons.

2         Number one -- the first reason, in my experience with the

3    encounters that we've had, we've never really found any weapons

4    onboard, number one.

5         Number two, the reason as to why no weapons onboard,

6    because of the fact that some of the drug smugglers are well

7    aware of the American laws and some of the foreign laws where,

8    if you are in possession of a firearm, it increases the

9    sentencing of that individual.

10   Q.   So you think the guy who they've recruited to transport

11   drugs knows the laws and is worried that, if he's going to

12   carry a weapon and gets caught by the U.S., he's going to go to

13   jail for more time?

14   A.   I am not assuming that because I cannot assume that,

15   counselor.  I'm just telling you, based on my personal

16   experience in cases that I've been involved with with maritime,

17   I've never seen where we've found weapons onboard.

18        Now, that doesn't mean that the person who is the liaison

19   for the drug-trafficking organization to keep watch over the

20   narcotics -- that doesn't mean that he or she may not have one

21   on him because we also have had cases where, you know,

22   Coast Guard officers observed the individual chuck a weapon

23   overboard to avoid being caught with it.

24        So, again -- but, in my general -- in my personal

25   experience in the cases that I've been involved with maritime

1    operations of my career, very seldom has a weapon been found

2    onboard one of these vessels.

3    Q.   Don't you think that these people transporting the cocaine

4    would be more worried about getting robbed by pirates in the

5    middle of the Pacific than the laws of the United States?

6    A.   I can't testify to -- that would be speculation, ma'am.   I

7    can't testify to what they would be worried about when they go

8    on these smuggling routes.

9              MS. PINERA-VAZQUEZ:   One moment, Your Honor.

10             (Brief pause in the proceedings.)

11             MS. PINERA-VAZQUEZ:   Nothing further, Your Honor.

12                       CROSS-EXAMINATION

13   BY MR. ENCINOSA:

14   Q.   Good morning, Agent.

15   A.   Good morning, counselor.

16   Q.   You talked about the various types of pangas.

17        They come in various sizes?

18   A.   Yes, sir.

19   Q.   And they also look different --

20   A.   Yes, sir.

21   Q.   -- correct?

22        They could be like deep hulled inside or they could have,

23   like, a deck on top?

24   A.   Yes, sir.

25   Q.   So there's no set standard for a panga; right?

1    A.   No, sir.

2    Q.   But you would agree that a lot of them have different

3    signature, they look different?

4    A.   They look different as far as how they're retrofitted, how

5    they're colored, the type of engines that they're outfitted.

6    But, for the most part, you know, the panga has the wide body

7    and it has the high -- I forgot what it's called now.  I'm

8    having memory block here.

9         The portion in the front of the hull, it's a little higher

10   because, again, the panga was originally designed for fishing.

11   So it has that high hull so, you know, they can cast a net and

12   do whatever fishing and haul the fishes back onboard.  So,

13   generally speaking, all the models that -- generally has that

14   design.

15        What changes, depending on the length of the panga, is the

16   engines that it's refitted with, whether it has a center

17   console or not.  As the photo we were shown in this case, we

18   have a tiller that was used.

19        Some of them are retrofitted to have a little -- like a

20   little sail blocker thing for the sun.  I mean, some of those

21   boats are even -- we've seen down here in South Florida used as

22   fishing vessels.

23        So, yeah, I mean, as far as from factory, they come

24   retrofitted in certain ways, depending on what the customer

25   wants.

1      In the drug-trafficking world, as I stated earlier to one

2  of your co-counsels, they're retrofitted to the needs of the

3  organization, for a distance, how much narcotics are going to

4  be brought onboard, weight capacity, and -- among other things.

5  Q.  Now, let me just clarify a couple of terms.

6      Tiller.  Is that a stick, a stick to move the engine?

7  A.  It's the stick that's attached to the engine, as I said

8  earlier to one other counselor, that they'll use to basically

9  tilt the engine left to right.

10  Q.  To go in different directions; right?

11  A.  To go in a different direction.  Yes, sir.

12  Q.  So you have to sit in the back and you have to move it

13  around; correct?

14  A.  Yes, sir.

15  Q.  Also, you mentioned the term "scuttle."

16      The sinking, basically?

17  A.  Yes, sir.

18  Q.  Or destroying of the vessel so it sinks?

19  A.  Yes, sir.

20  Q.  Now, you were shown the big thing, the spaceship thing, the

21  buoy.

22  A.  The UFO?

23  Q.  Yeah.

24      What's the -- do you know what the foil is for?

25  A.  The foil -- I'm not familiar what the foil is for because

1   it really -- as far as I'm concerned, it really doesn't provide

2   any advantage or disadvantage.  I really couldn't tell you what

3   the foil is for.

4   Q.  You were also asked some questions about alien smuggling

5   from South America and the routes.

6       Now, there are several countries between South America,

7   going towards Mexico, and Central America; correct?

8   A.  Yes, sir.

9   Q.  And each one of those, they have borders; right?

10  A.  Yes, sir.

11  Q.  And there's a long distance in between, let's say,

12  Colombia, than Panama and then eventually to make it to Mexico;

13  correct?

14  A.  Yes, sir.

15  Q.  All right.

16          MR. ENCINOSA:  No further questions.

17          Thank you.

18          THE WITNESS:  Thank you.

19          THE COURT:  Redirect?

20          MS. VIAMONTES:  Thank you, Your Honor.

21                      REDIRECT EXAMINATION

22  BY MS. VIAMONTES:

23  Q.  Special Agent Suarez, these drug-trafficking organizations

24  in Colombia and in Mexico, are they sophisticated?

25  A.  Very.

1    Q.   Do they train the people that they recruit?

2    A.   Yes.

3    Q.   Do they train them on how to avoid being detected by law

4    enforcement, including the United States Coast Guard?

5    A.   Yes.

6    Q.   Do they recruit people that know how to navigate on the

7    water, such as fishermen?

8    A.   Yes.

9    Q.   And do they train those fishermen on what to do if they

10   suspect that they're being followed?

11   A.   Yes.

12   Q.   Such as jettisoning the dope overboard?

13   A.   Yes.

14        MS. PINERA-VAZQUEZ:  Objection.  Leading.

15        THE COURT:  Sustained.

16   BY MS. VIAMONTES:

17   Q.   Do they train them on what to do if they're being followed

18   by law enforcement?

19   A.   Yes.

20   Q.   What are some of the things that they tell them to do when

21   they suspect they're being followed by law enforcement?

22   A.   Well, some of the things that are done is the crew members

23   of the go-fast vessels that are transporting narcotics --

24   majority of the time, they'll try to travel by night.  Again,

25   you're a small spec and you're even smaller at night.

1          If they're traveling by day, one of the techniques that

2     they'll do, if they're running and they're gunning it and they

3     believe that there is a law enforcement presence in the area,

4     they will stop all engines so they stop the wake behind them

5     from creating that wake.

6          And what they'll do, also, they'll paint a lot of times the

7     vessels themselves, the go-fast vessels.  They'll paint them a

8     color similar to that that'll match the sea.  So you'll see

9     some vessels -- we've seen some vessels that are painted dark

10    gray or a blue so it's similar to the color of the sea.

11         And they'll also utilize -- they'll implement -- they'll

12    use a tarp similar in color, either a gray or blue tarp, that

13    they'll throw over the narcotics and the console and the

14    engines and everything to basically try to camouflage

15    themselves from law enforcement.

16         Once they believe the law enforcement presence is no longer

17    there, they'll go ahead and take everything off and they'll

18    continue en route to their destination.

19         If for any reason they definitely know for a fact that law

20    enforcement is upon them, especially if it's law enforcement by

21    vessel or close aircrafts, like a Coast Guard Dolphin

22    helicopter that would be launched from a Coast Guard cutter,

23    that's -- at that point, whoever's in charge of the operation

24    on that vessel will go ahead and either instruct the crew to

25    jettison the narcotics being -- meaning throw it overboard.

1    Okay?

2         One thing -- or they will take the whole entire vessel

3    itself and they will sink it by, basically, you know, allowing

4    water to come onboard.

5         And, basically, the boat disappears with the load and

6    they -- the crew members just stays afloat, knowing full well

7    that the Coast Guard from the United States or the foreign

8    Government will come in and rescue them, but now there's no

9    evidence of anything.

10   Q.   Are the bales sometimes designed so that they float for

11   awhile?

12   A.   Yes.  In the scenario that the first gentleman here -- the

13   first counsel -- he and I were speaking about, there are

14   scenarios where the load is not going to be transferred to

15   another vessel or it's not going to go from one land-based

16   point to another land-based point.

17        It's going to go to a certain location out in the open

18   water, longitude and latitude, where the bales will be somehow

19   packaged so it floats -- so they float, and they will be placed

20   there with a beacon, such as the one that was demonstrated to

21   you, or a spot tracker, such as the device that counsel showed

22   you folks, to allow, basically, the bag guys to track where

23   their load is at.

24        And one thing to keep in mind, the beacon versus the spot

25   tracker, we've seen a -- various types of technology used by

1    the organizations and it doesn't preclude them from using one

2    or the other or both together.

3        Again, this just depends on the mission of the

4    drug-trafficking organization, how long the narcotics are going

5    to sit out there in the water.

6    Q.   The beacon and the Spot Trace, they're not mutually

7    exclusive; right?  You can have both?

8    A.   Yes.

9    Q.   The beacon has one function; right?

10   A.   Yes.

11   Q.   People on the water can see it --

12   A.   Yes.

13   Q.   -- and find it easily?

14   A.   Uh-huh.

15   Q.   The Spot Trace can be tracked by the smugglers back in

16   Colombia?

17   A.   Yes.

18   Q.   So they have different functions?

19   A.   Yes.

20   Q.   Now, when the smugglers suspect that they're being -- that

21   they've been detected and they jettison packages overboard, do

22   you know, are they hoping that they're actually able to come

23   back and find those packages once law enforcement sees there's

24   no dope on their boat?  Are they able to come back to it?

25   A.   In some cases, I mean, once a vessel is encountered, a lot

1    of times, depending on what Government, they'll also run some

2    tests or an analysis on the vessels to see if there's any -- in

3    fact, any drugs onboard that would give some indication as to

4    whether they were transporting narcotics or not.

5        So that crew may actually get the ting and not be able to

6    go back to the load --

7    Q.   Right.

8        Sometimes they're not able to go back to the load?

9    A.   Correct.  Correct.

10   Q.   Are they hoping, though, to still be able to profit from

11   that load?

12   A.   If it sinks, then, depending on the depths of the water,

13   they may or may not be able to profit, depending on if -- you

14   know, how quickly they're able to come back and collect it.

15   Q.   Do they mark where they drop the load many times?

16   A.   Sometimes, yes.  I mean, most of the time, it's going to be

17   marked because the load itself is going to have a spot tracker

18   or some type of GPS location device embedded within the bales,

19   and that's something that the drug traffickers -- the

20   organizations do themselves just so they can monitor where it's

21   at.

22       So if it's jettisoned for any reason because there's a

23   detection of law enforcement and that particular crew with the

24   vessel is detained for whatever reason to the point where they

25   cannot return or it's not safe for them to return, the

1   organization can make an attempt to recover it, if it's

2   recoverable, or it will be just basically written off as a

3   loss.

4   Q.   Now, these traffickers in Colombia that you testified are

5   sophisticated and train their crew, including fishermen that

6   they recruit, do they train them on conspiracy plans, Plan B,

7   Plan C, if things don't go the way they initially wanted?

8   A.   Yes.

9   Q.   940 kilos, we all agree, is over $26 million; right?

10  A.   Correct.

11  Q.   That's a lot of money to these smugglers; right?

12  A.   Yes.

13  Q.   They want to protect it; correct?

14       MS. PINERA-VAZQUEZ:  Objection.  Leading.

15  BY MS. VIAMONTES:

16  Q.   Do they want to protect it?

17  A.   Yes.

18  Q.   Now, you mentioned earlier when you had that brick, the

19  kilo of cocaine -- you mentioned that it's sometimes used as

20  currency; right?

21  A.   It's drug-trafficker currency, basically.  Yeah.

22  Q.   And defense counsel asked you about human smuggling; right?

23  A.   Correct.

24  Q.   And whether narcotics smuggling and human smuggling

25  overlap; right?

1   A.   Yes.

2   Q.   And you said that, in fact, many times they overlap; right?

3   A.   Correct.

4   Q.   Now, sometimes, in your experience, people that are being

5   smuggled, do they sometimes pay that fee to be smuggled by

6   agreeing to smuggle that currency, the bricks of cocaine?

7   A.   Yes.

8   Q.   You were asked about pictures and whether we went over

9   pictures.

10       Do you remember that, picture of the panga?

11   A.   Yes.

12   Q.   Did I or we in the Government ask you to conform your

13   testimony to the facts of this case in any way?

14   A.   No, ma'am.

15   Q.   Did we show you pictures and tell you to testify in

16   accordance with those pictures or the facts of this case?

17   A.   No, ma'am.

18       MS. PINERA-VAZQUEZ:   Objection, Your Honor.   Proper

19   bolstering.

20       THE COURT:   Overruled.

21   BY MS. VIAMONTES:

22   Q.   Are you testifying based on your experience of nearly

23   20 years in the Department of Homeland Security?

24   A.   That is correct.

25   Q.   You were asked about weapons; right?

1   A.   Yes.

2   Q.   Correct me if I'm wrong.

3        But you said, typically, you don't see weapons in this type

4   of case; right?

5   A.   Right.

6   Q.   Can weapons be thrown overboard as law enforcement is

7   approaching?

8   A.   Absolutely.

9   Q.   And would that be something that the drug traffickers train

10  their crew members on?

11  A.   Yes.

12  Q.   If they did have a weapon, would they train them on, "Make

13  sure you jettison that as well"?

14  A.   I mean, the general training would be, "Get rid of all

15  evidence."  So a weapon would be part of that.

16  Q.   Anything that would help prevent they're guilty?

17  A.   Correct.

18  Q.   Including a weapon?

19  A.   Correct.

20  Q.   Now, you were asked about passports -- okay? -- and whether

21  someone would need a passport if, for example, they were flying

22  from Mexico back home to, let's say, Colombia or Ecuador;

23  right?

24  A.   Correct.

25  Q.   The drug-trafficking organizations you said are

1  sophisticated; right?

2  A.  Correct.

3  Q.  Would they be capable of providing passports to people

4  within their organization that need to get back home?

5  A.  Yes.

6  Q.  Is it difficult in Mexico to get fake documents?

7  A.  It is not difficult.  In fact, in Colombia right now,

8  through a source, I can go and purchase a fully operational

9  Colombian passport for $1500.

10  Q.  These drug traffickers, are they organized and systematic

11  in planning these operations?

12  A.  Yes.

13  Q.  Do they plan every step, including how to get their crew

14  members back to their home?

15  A.  Yes.

16  Q.  Now, you were asked about the 26-foot panga target of

17  interest in this case.

18      Do you remember that?

19  A.  Yes.

20  Q.  And whether or not it had a center console.

21      Do you remember that?

22  A.  Yes.

23  Q.  Is it fair to say that, if a panga does not have a center

24  console, it actually has more capacity to hold cargo?

25  A.  It does, because the center console takes about four square

1    feet toward the aft part of the vessel.  So it would provide

2    more space for -- to carry stuff and people.

3    Q.  A 26-foot panga without a center console, can it carry

4    940 kilos of cocaine?

5    A.  It can carry more than that.

6    Q.  And seven people?

7    A.  Yes.

8         MS. VIAMONTES:  No further questions, Your Honor.

9         THE COURT:  Let's do some math.  You got your phone

10   with you?

11        THE WITNESS:  Yes, sir.  You just got to give me a

12   minute to turn it on.

13        THE COURT:  Okay.

14        THE WITNESS:  I didn't want it to ring during

15   testimony.

16        THE COURT:  Thank you.  I appreciate that.

17        Do you have a calculator?

18        THE WITNESS:  Yes, I do.  It's just -- it's an older

19   iPhone model, sir.  It's the oldest one.

20        THE COURT:  The Government's or yours?

21        THE WITNESS:  Government's.  That's why it's slower.

22   It's slower.

23        All right, sir.  I'm at the calculator.

24        THE COURT:  All right.  So you had 940 kilos in this

25   case, we've been told?

1                THE WITNESS:  Yes, sir.

2                THE COURT:  And what do you estimate the high and the

3      low of a kilo of cocaine and -- where we are?

4                THE WITNESS:  The high and low for the South Florida

5      region, sir, is between 28,000 and 36,000.

6                THE COURT:  So give me each.

7                THE WITNESS:  All right.  Multiplying 940 kilos by

8      28,000 gives a grand total of $26,320,000.

9                THE COURT:  Okay.  And the other?

10               THE WITNESS:  Multiplying 940 kilos times 36,000,

11     33,840,000, Your Honor.

12               THE COURT:  Not pocket-change difference.

13               Now, based on your training and experience, what is the

14     typical purity of the brick that you were shown?

15               THE WITNESS:  Based on my training and experience, sir,

16     the typical purity that I have received myself personally from

17     lab analysis conducted by the Drug Enforcement Administration

18     have ranged anywhere from a very bad batch, which was at --

19     between 35, 40 percent purity, to a very good batch, which was

20     right around 96 percent purity.

21               THE COURT:  Is there -- is it in evidence what the

22     purity was?

23               MS. VIAMONTES:  No, Your Honor.

24               THE COURT:  And it goes as high as what?

25               THE WITNESS:  I've seen it as high as 96 percent pure.

1           THE COURT:  And what is the personal consumption

2    strength that somebody would use if they were using?

3           THE WITNESS:  As far as purity, sir?

4           THE COURT:  Right.

5           THE WITNESS:  Well, the purity's going to diminish a

6    lot more because, once that kilo package is sold to the local

7    dealer, he or she's going to take that package, they're going

8    to mix it with baby powder, formula --

9           THE COURT:  So what personal use consumption --

10          THE WITNESS:  -- Arm & Hammer.

11          Personal use consumption, we're talking about a dime

12   bag, which is about ten grams, eight grams.  It's going to be a

13   very small amount.

14          THE COURT:  What is the purity level for ingestion?

15          THE WITNESS:  The purity level is going to drop down to

16   about -- between the range of 20 to 30 percent.

17          THE COURT:  20 to 30 percent?

18          THE WITNESS:  Yes, it's going to be very low.

19          THE COURT:  You're saying, based on your experience,

20   people use cocaine at 30 percent?

21          THE WITNESS:  With the purity?

22          THE COURT:  Uh-huh.

23          THE WITNESS:  Yes, sir.  Because it's mixed with other

24   products, like --

25          THE COURT:  Hold on.

1          No, what I'm saying is:  It is as high as 30 percent?

2          THE WITNESS:  Yes, sir.

3          THE COURT:  And as low as what?

4          THE WITNESS:  As low -- again, depending on the local

5    drug dealer that mixes and how much product they mix with it,

6    it could be as low as, you know, 5 percent purity, 10 percent

7    purity.

8          But, again, the local drug dealer is going to want

9    return customers.  So they want it to be as potent as possible

10   while making as much profit as possible.

11         THE COURT:  But you can get high at 5 percent?

12         THE WITNESS:  I'm sorry?

13         THE COURT:  You can get high at 5 percent?

14         THE WITNESS:  I don't know, sir.  I've never tried it.

15         THE COURT:  I mean, based on your training and

16   experience.

17         MS. PINERA-VAZQUEZ:  Good response.

18         THE WITNESS:  I don't know, sir, because, again, it

19   depends on the -- now we're talking -- we're getting into an

20   area that I'm not too familiar with.

21         Because now you're talking about, you know, a young --

22   someone like these young ladies here weigh 120 pounds versus a

23   gentleman that weighs 240 pounds.

24         THE COURT:  Let's go with 10 percent.

25         So at 90 percent, he's going to cut it one time; right?

1    Let's just say for starters.

2         THE WITNESS:  Yeah.  At 90 percent, if -- and, again,

3    this is depending on your local dealer and how much they want

4    their product to be able to profit.

5         THE COURT:  All right.

6         THE WITNESS:  So the normal cut or stepping on, which

7    is what they call it street level, mixing it with other

8    products -- they'll step on it, on average, four times.

9         THE COURT:  All right.  Four times.  That's what I'm

10   trying to get at.

11        Now, that fourth cut -- so now, instead of having

12   1 kilo, he has how many kilos after four cuts?

13        THE WITNESS:  Depending on how much product they mix --

14        THE COURT:  Well, you cut it one time.  Now you've got

15   2 kilos.  You cut it a second time, you've got 4 kilos.

16        THE WITNESS:  Assuming we are cutting it with the same

17   exact amount of kilos of the product that it's being cut with.

18        THE COURT:  And you said you could cut it four times.

19        THE WITNESS:  Yes, sir.

20        THE COURT:  So how many kilos do you have after you cut

21   it four times?

22        THE WITNESS:  You can quadruple your profit.

23        THE COURT:  Well, how many --

24        THE WITNESS:  You can have approximately 4 kilos,

25   Your Honor.

1           THE COURT:  You cut it one time, you have 2 kilos.

2           THE WITNESS:  Yes.

3           THE COURT:  You cut it a second time, you have 4 kilos?

4           THE WITNESS:  Yes.

5           THE COURT:  You cut it a third time, you've got

6    8 kilos?

7           THE WITNESS:  Yes, sir.

8           THE COURT:  You cut it a fourth time, you have

9    16 kilos.

10          All right.  What is the value of one of those 8 kilos

11   that represents having been cut?  Just one of those -- what

12   does one of those kilos go for on the streets of South Florida

13   that has now been -- as a result of having been cut, what does

14   that 1 kilo go for?

15          THE WITNESS:  So the 1 kilo -- do you want me to take

16   out my calculator again?

17          THE COURT:  Yep.

18          THE WITNESS:  All right.  I knew you were going to say

19   that.

20          So, to be conservative --

21          THE COURT:  Okay.

22          THE WITNESS:  -- if we go with the same math of

23   $28,000 per kilo, wholesale, uncut --

24          THE COURT:  Right.

25          THE WITNESS:  -- and we do 28,000 times the 8 kilos,

1    based on the math you and I discussed, Your Honor, we're

2    talking about approximately a quarter of a million dollars.

3              THE COURT:  Now, multiply that by 940 kilos.

4              THE WITNESS:  210,560,000.

5              THE COURT:  So we've gone from 26-, 28 million to what

6    is actually over 200 million?

7              THE WITNESS:  Yes, sir.

8              THE COURT:  Okay.  All right.  Any other questions?

9              MS. VIAMONTES:  No, Your Honor.

10             THE COURT:  If not, thank you.  Step down.

11             MR. do CAMPO:  Yeah, Judge.  I have just a couple of

12   follow-up questions.

13             THE COURT:  Sure.

14                        RECROSS-EXAMINATION

15   BY MR. do CAMPO:

16   Q.   You said the value of a kilogram in South Florida, like the

17   brick that you were shown, is $26,000.

18        That's for a high-purity brick; right?

19   A.   I didn't say 26,000.  28,000, counselor.

20   Q.   Sorry.  28,000 to what?  36-; right?

21   A.   36-, yeah.  Depending where in Florida you sell the kilo,

22   yes.

23   Q.   That's for a high-purity brick; right?

24   A.   That's regardless of the purity.  Because, again -- again,

25   when I'm -- let's say, for example, I'm the importer, the

1   smuggler, and I'm selling you the brick and then you turn

2   around and you sell it to the street-level guy.  You're the

3   distributor -- the local distributor.  You and I are not

4   testing the kilo to see the purity, to see how much.

5       You're assuming that the batch of cocaine that I am giving

6   you packaged in those kilogram packages is a -- it's a good

7   batch and it has a high purity because it was basically taken

8   from pure coca leaves and processed and everything accordingly

9   in labs in the jungle.  So you're assuming that you're getting

10  a high batch.

11      When you take it to the distributor and the distributor

12  decides whether he's going to test it or not as far as the

13  purity, that's where you're going to get into that math of, you

14  know, how much is it actually worth and how much the local

15  buyer is going to pay you, counselor, for that kilo.

16      But, generally speaking, when -- the times that I've done

17  undercover and actually gone to buy or sell kilograms to the

18  distributor at the street level, he or she is not sitting there

19  taking out the little chemistry set and sitting there and

20  testing the purity.

21      You know, they will test to make sure that it's good

22  cocaine product.  I've even had some people do a line right

23  there, which I found baffling.  But they don't sit there and

24  test the purity.

25      So the purity has really never -- in my personal experience

1    on the cases I've been involved, the purity has never really

2    played a role on how much it was going to be.

3        That would be further down the line when the street-level

4    individual that steps on it, as Your Honor discussed, that --

5    would be the one that might come back and complain to the

6    distributor, "Hey, that batch of cocaine you gave me, that was

7    a bad batch.  You owe me money," you know, which we've heard of

8    that happening, and we've even heard of cases where individuals

9    were killed because of that.

10   Q.  So just to be clear, your expert testimony to this jury is

11   a kilogram of cocaine in South Florida is worth 28- to $36,000

12   regardless of whether it's 95 percent pure or 10 percent pure?

13   A.  Correct.

14   Q.  And how many grams are there in a dime bag?

15   A.  Dime bag?  It's about ten grams -- five, ten grams would

16   be -- we have mostly the eight ball.

17   Q.  And what's the street value of a dime bag?

18   A.  The dime bag right now?  I'm not sure what it is right now

19   for the street value of a dime bag.  I couldn't tell you that.

20   Q.  What's an eight ball?

21   A.  Eight ball is about 8 grams of stepped-on cocaine.

22   Q.  What's the value of that?

23   A.  Again, I can't tell you the value of that right now.

24   Q.  Okay.  Thank you.

25   A.  Thank you.

1           MR. ABRAMS:  May I, Judge?

2           THE COURT:  Sure.

3                         RECROSS-EXAMINATION

4   BY MR. ABRAMS:

5   Q.   Sir, we've been throwing out some really high numbers

6   regarding the value of 940 kilograms.

7           Based on your experience with drug trafficking and the

8   subject of your testimony here today, do the individuals who

9   transport the controlled substance from Point A to Point B make

10  the 26- to $260 million?

11  A.   No, sir.

12  Q.   How are they compensated?

13  A.   They -- either compensated with passage, if -- as one of

14  the prosecutors stated, you know, paying their way for -- you

15  know, to get smuggled to a location or they're paid in cash.

16  Q.   And isn't it true that the amount of cash is somewhere in

17  the neighborhood of, say, between 10-, $20,000?

18  A.   Generally speaking, on average, it could be that amount.

19  Yes, sir.

20  Q.   Far, far less than the astronomical numbers that we've

21  heard that the -- about the street value of the substances;

22  right?

23  A.   Correct.

24  Q.   Thank you.

25          THE COURT:  All right.  No other questions?

1          Thank you.  You may step down.

2          THE WITNESS:  Thank you, Your Honor.

3          (Witness excused.)

4          THE COURT:  Call your next witness.

5          MS. ANTON:  The United States of America calls

6   Lieutenant Heather Wilson.

7          COURTROOM DEPUTY:  Do you solemnly swear the testimony

8   you're about to give is the truth, the whole truth, and nothing

9   but the truth, so help you God?

10         THE WITNESS:  I do.

11         COURTROOM DEPUTY:  Thank you.  Please be seated.

12         Would you please state your full name for the record

13  and spell it.

14         THE WITNESS:  Yes.  Lieutenant Heather Wilson.

15  H-e-a-t-h-e-r, W-i-l-s-o-n.

16         COURTROOM DEPUTY:  Thank you.

17         (LIEUTENANT HEATHER WILSON, being sworn, testified as

18  follows:)

19                      DIRECT EXAMINATION

20  BY MS. ANTON:

21  Q.  Good morning, Lieutenant Wilson.

22  A.  Good morning.

23  Q.  Would you please introduce yourself formally to the ladies

24  and gentlemen of our jury and tell them how you're employed and

25  what your job duties entail.

1    A.   Of course.

2         Good morning.  I'm Lieutenant Heather Wilson.  I'm with the

3    United States Coast Guard, currently stationed in Washington,

4    DC, on a Department of Homeland Security joint task force.

5    Q.   And how long have you been with the United States

6    Coast Guard?

7    A.   Just about 10 years now.

8    Q.   And during the ten years that you've been with the Coast

9    Guard, what types of different positions have you held?

10   A.   I spent my first four years at the Coast Guard Academy,

11   then two years on the Coast Guard cutter *Tampa*, doing underway

12   patrols in the Caribbean.

13        And then, after that, I was sent to District 7, where I did

14   intelligence support and digital forensics, and I'm here -- now

15   I'm in Washington, DC, at the task force.

16   Q.   When you were in Tampa on that Coast Guard cutter, did you

17   do interdictions on the high seas?

18   A.   Yes, I did.

19   Q.   So you're familiar with the cases and how they normally

20   progress?

21   A.   Yes, I am.

22   Q.   And you mentioned that now you do digital forensics.

23   A.   I previously did digital forensics.

24   Q.   Oh.  You previously did.

25        Could you explain to us what digital forensics is and what

1   you mean by that.

2   A.   Of course.

3       Digital forensics is the extraction of data from anything

4   that can hold data, computers, GPSs, cell phones, that type of

5   thing.

6   Q.   And did you receive specialized training to do that?

7   A.   I did.  Yes.

8   Q.   Could you briefly go over that for us.

9   A.   I did.  I'm International Association of Computer

10  Investigative Specialists-trained to do computer exploitation.

11  I received training from Cellebrite for cell phones, as well as

12  chip-off and JTAG training for GPS units.

13      I received training from Customs and border patrol as well

14  as from Furuno and several other Government organizations.  And

15  I've had a lot of hands-on experience as well.

16  Q.   And how long in your career did you actually do that

17  forensic examination for?

18  A.   Three years.

19  Q.   During those three years, were you down here in Florida?

20  A.   Yes, I was.  I was in Miami.

21  Q.   Did you actually train Officer Pfrimmer on how to do these

22  digital extractions?

23  A.   Yes, I did.

24  Q.   And then, when you finished from that job posting, did you

25  go to DC after that?

1    A.   Yes.

2    Q.   And so your current position now in DC is not as a forensic

3    examiner?

4    A.   No, it is not.

5    Q.   So can you tell us currently what it is that you're doing

6    in DC.

7    A.   Currently, I'm providing support for maritime cases, so

8    go-fast ventures regarding narcotics smuggling or human

9    smuggling, weapons trafficking.

10        Anything involving the water I provide support to, looking

11   at GPS data, looking at cell phone records, and helping kind of

12   the case agents as they develop the case.

13   Q.   So is it a fair characterization now to say that you are

14   still a United States Coast Guard lieutenant, but you're

15   working in a sort of hand-to-hand capacity with the Department

16   of Homeland Security Investigations?

17   A.   Yes.

18   Q.   And are you assigned to part of a task force?

19   A.   Yes.

20   Q.   Okay.  And do we commonly refer to that task force by any

21   name?

22   A.   Joint Task Force Investigations.

23   Q.   And so now your job duties, you indicated, are provide

24   support?

25   A.   Uh-huh.

1   Q.   Do you provide support to the United States Coast Guard and

2   Homeland Security throughout the country?

3   A.   Yes, I do.

4   Q.   So it's not just support to local people in the northeast?

5   A.   Right.   Correct.

6   Q.   So on a daily basis, does your job involve coming into

7   contact with these specific types of interdiction cases and the

8   different types of digital forensics we're talking about?

9   A.   Yes, it does.

10  Q.   Were you provided with a factual background and documents

11  from the interdiction that the Coast Guard cutter *Mellon* did

12  October 18th of last year in the Eastern Pacific?

13  A.   Yes, I was.

14  Q.   And are you familiar with the Eastern Pacific?

15  A.   I am.   Yes.

16  Q.   Are you familiar with the drug-trafficking routes in the

17  Eastern Pacific?

18  A.   Yes, I am.

19  Q.   Does your work now in DC with this task force involve a

20  significant amount of analysis regarding drug trafficking on

21  the high seas in the Eastern Pacific?

22  A.   Yes, it does.

23  Q.   Okay.

24        MS. ANTON:   At this time the Government would offer

25  Lieutenant Wilson as an expert witness in the area of digital

1    extraction, as well as methods in high-seas drug trafficking in

2    the Eastern Caribbean.

3    BY MS. ANTON:

4    Q.   Okay.  So let's talk about specifically this case and what

5    you did.

6         Why don't we first start by telling the ladies and

7    gentlemen of the jury what items you received in regards to

8    this interdiction.

9    A.   For this interdiction, I received data that Petty Officer

10   Pfrimmer obtained from the GPS device.  I also received the

11   subpoena results for the spot tracker device.

12   Q.   So in addition to receiving an actual extraction from the

13   Garmin hand-held and the documents for the Spot Tracer, you're

14   also well versed on the facts of this case?

15   A.   Yes.

16   Q.   Because you're part of the investigation?

17   A.   Right.  Correct.

18   Q.   So you know where the GPS hand-held came from?

19   A.   Yes.

20   Q.   And where did that come from?

21   A.   From the go-fast vessel that was interdicted by the

22   U.S. Coast Guard.

23   Q.   And where did the Spot Tracer come from?

24   A.   From the same vessel.

25   Q.   And were both of them located in the same place on the

1    vessel as far as your -- information was given to you?

2    A.   I believe the Spot Tracer was located with the narcotics

3    and the GPS was with the person.

4    Q.   So when you received these two different types of data --

5    right? -- from two different electronic devices, one that was

6    on a boat, one that was on narcotics, what did you do with

7    those two pieces of information?

8    A.   I looked at each of them individually using Google Earth.

9    That's one of the primary programs we use to look at this type

10   of data.  And then I overlay the two -- the Spot Trace data as

11   well as the GPS data to see if they intersected at all.

12   Q.   Okay.  So let's break that down a little bit.

13        So the results that you got from the GPS extraction was the

14   raw data that Pfrimmer passed on to you; is that correct?

15   A.   Correct.

16   Q.   And did you do an analysis on that raw data from the GPS

17   hand-held device?

18   A.   Yes, I did.

19   Q.   Did you also have his little Google Earth map of those

20   track points?

21   A.   Yes, I did.

22   Q.   Are you yourself capable of doing that very same

23   extraction?

24   A.   Yes, I am.

25   Q.   So when you reviewed that extraction, it wasn't something

1    foreign to you?

2    A.   No, it was not.

3    Q.   So once you received that from Officer Pfrimmer, you knew

4    that you had a printout of where the GPS tracker had been?

5              MS. PINERA-VAZQUEZ:   Objection.   Leading.

6              THE COURT:   Just rephrase it, then.

7    BY MS. ANTON:

8    Q.   When you received the printout from Officer Pfrimmer, what

9    did that printout of the extraction from the GPS tell you?

10   A.   The printout showed me where the GPS unit had been.

11   Q.   Okay.   So knowing where the GPS had been, when you received

12   the documents from GlobalStar, which is the company that

13   maintains the little Spot Tracer documents --

14   A.   Correct.

15   Q.   -- what did that information tell you?

16   A.   That information was an Excel spreadsheet that I used

17   open-source tools to translate into a KMZ file, which allowed

18   me to open it in Google Earth the same way I opened the GPS

19   data.   And then I was able to know where that Spot Trace left

20   from and where it went to.

21   Q.   We're going to break that down a little bit.

22        So you mentioned open source.   And is it fair to say "open

23   source" means free services on the Internet that you're able to

24   get and download?

25   A.   Yes.

1  Q.  So you needed that to be able to view the documents that

2  you received from Global Star in a way that was easy to plot?

3  A.  Yes.

4  Q.  Can you take us through what you did in terms of how you

5  specifically did that.

6  A.  Another way I could have looked at it was to go through and

7  individually plot each point in Google Earth.  But using Earth

8  Point is a much faster way to take an Excel spreadsheet, format

9  it correctly, and then translate into KMZ.  It takes maybe five

10 minutes to do.

11 Q.  And what is the KMZ?

12 A.  KMZ is a Keyhole Markup Language.  It's basically a certain

13 type of file that's opened in Google Earth similar to a PDF

14 opening in Adobe or a Word doc opening in Microsoft Word.

15 Q.  And so where are you physically doing this?  What type of

16 setting is this analysis taking place in?

17 A.  It's taking place in my office on a standard computer

18 desktop.

19 Q.  So you're not on a boat?

20 A.  No.

21 Q.  So once you have this information in a readable format,

22 you indicated that you tried to overlay the two?

23 A.  Uh-huh.  Yes.

24 Q.  And what is the reason that you tried to overlay the two?

25 A.  Knowing that they both came from the same vessel

1    interdiction, I -- doing -- in the course of my analysis, I

2    like to see where it came from and where it ended up.  And

3    overlaying the two gave me a better picture of the case.

4    Q.   Okay.  When you received the record from Global Star

5    regarding the Spot Trace, did they have an EFN number on them

6    or some type of markings that showed you that it was, in fact,

7    the records that pertained to that specific device?

8    A.   Yes.

9    Q.   And did you review that to see that it was, in fact, the

10   same?

11   A.   Yes.

12        MS. ANTON:  Permission to approach, Your Honor?

13        THE COURT:  All right.

14   BY MS. ANTON:

15   Q.   I've put on the desk in front of you Government's

16   Exhibits 32 and 35, which are the records received from Global

17   Star for this Spot Trace and the actual Spot Trace.

18   A.   Yes.

19   Q.   Can you tell the ladies and gentlemen of the jury whether

20   or not those records that you have in front of you are, in

21   fact, the data that was taken from that device?

22   A.   I can.  Yes.  I probably need a screwdriver to open it up

23   to the ESN on the inside.

24   Q.   There --

25   A.   But based on the evidence bag --

1  Q.  Okay.

2  A.  -- it appears to be the same device.

3  Q.  I was going to indicate that, if you wanted to look through

4  those bags, you can see the chain of custody in there if that

5  helps refresh your recollection.

6  A.  Yes.

7  Q.  So is your testimony that that's the same Spot Trace that

8  pertains to those records?

9  A.  Yes.

10  Q.  So, now, once you have this information and you want to do

11  this overlay, how is it that you're able to do that?  Can you

12  take us through that process.

13  A.  I'm able to open the KMZ files, which are labeled to which

14  device they pertain to, and I open them both in Google Earth at

15  the same time.

16  Q.  Okay.  Let's talk about a report -- or a summary chart that

17  you generated in this case.

18      Do you recall generating a document after you did your

19  comparison?

20  A.  Yes.

21          MS. ANTON:  Permission to approach?

22          THE COURT:  All right.

23  BY MS. ANTON:

24  Q.  I'm showing you what's been marked as Government's

25  Exhibit 40 for identification.

 1         Lieutenant Wilson, do you recognize what Government's

 2    Exhibit 40 is?

 3    A.   Yes.   This is the analytical product I created.

 4    Q.   And did you create that product after reviewing both the

 5    items we just spoke about, the documents from the Spot Trace

 6    and the Garmin?

 7    A.   Yes.

 8         MS. ANTON:   At this time the Government moves

 9    Exhibit 40 into evidence.

10         MS. PINERA-VAZQUEZ:   Your Honor, I have an objection.

11    If we want to look at the -- we want to go sidebar.

12         THE COURT:   What's your objection?

13         MS. PINERA-VAZQUEZ:   Can I just grab the --

14         THE COURT:   Sure.

15         MS. PINERA-VAZQUEZ:   Your Honor, I have an objection as

16    to the statements that are made on the side of the reports and

17    any writing on the reports.

18         But, particularly, the statements contained on the

19    side, it's hearsay, Your Honor.   The witness is here to

20    testify.   So I would object as to hearsay.

21         THE COURT:   Okay.   Any response?

22         MS. ANTON:   Yes, Judge.   It's a summary chart that's

23    provided by an expert witness to aid the jury in understanding

24    her testimony as it relates to fairly complicated digital

25    extractions.

```
 1              THE COURT:  But these statements that are on the chart

 2    are her statements?

 3              MS. ANTON:  They are her statements and she will, in

 4    fact, state them in court.

 5              THE COURT:  All right.  Overruled.

 6    BY MS. ANTON:

 7    Q.   Okay, Lieutenant Wilson.  Government's Exhibit 40, I

 8    believe, that's in front of you is the -- we will call it a

 9    "summary chart" that you created in regards to the interdiction

10    in this case.

11    A.   Correct.

12              MS. ANTON:  Permission to publish, Your Honor?

13              THE COURT:  All right.

14              (Government's Exhibit 40 admitted into evidence.)

15    BY MS. ANTON:

16    Q.   Okay.  So I'm going to show you page one of Government's

17    Exhibit 40.  And there's actually eight pages.  Okay.

18         So page one -- are you able to read that from there?

19    A.   Yes.

20    Q.   Okay.  So the first page of your exhibit appears to be a

21    map --

22    A.   Correct.

23    Q.   -- in very rudimentary terms.

24         So can you explain to the ladies and gentlemen of the jury

25    what you did here in terms of coloration and route.  What are
```

1   we looking at here?

2   A.   Yes.  This was the data that was obtained from the two

3   devices we referenced.  The yellow is the Spot Trace device,

4   and the green is the GPS unit.

5   Q.   So when you say the yellow, some of those dots are colored

6   yellow.  There's a glare on my side.

7        I just don't know if you all can see it.  I'm going to zoom

8   in a little.

9        When I zoom in, are you able to see the color differential

10  there, the yellow and the green?

11       Lieutenant Wilson, can you see that, too?

12  A.   Yes.

13  Q.   Okay.  So let's go to where the yellow starts.  Okay?

14       The yellow, you indicated, is which device?

15  A.   The Spot Trace device.

16  Q.   The Spot Trace device.  Okay.

17       And where are we looking at?  What part of the world is

18  that where the Spot Trace begins?

19  A.   It begins just north of Tumaco, Colombia.

20  Q.   And, now, there are many yellow circles --

21  A.   Yes.

22  Q.   -- on this map.

23       So what does each one of those yellow circles indicate?

24  A.   Each one of those is a track point.  The Spot Trace is set

25  to transmit its location at a given interval so long as it has

1    clear sky view.  So each one of those yellow dots is a position

2    recorded by the Spot Trace.

3    Q.  And you were able to plot that using the software you just

4    described from the documents that you received from

5    Global Star?

6    A.  Correct.

7    Q.  Okay.  And that documentation was complete with dates as

8    well; correct?

9    A.  Yes.

10   Q.  And those track points are latitude and longitude that you

11   plotted?

12   A.  Correct.

13   Q.  And do you have in front of you or do you remember offhand,

14   at least, what dates we're talking about here and what you've

15   plotted?

16   A.  I believe it was from the 11th or 14th of October through

17   the 18th of October.

18   Q.  Okay.  You indicate, also, on your data overview chart that

19   the data that's provided in here crosses timelines?

20   A.  Uh-huh.

21   Q.  And for that reason, you've converted everything into

22   central standard time; is that correct?

23   A.  Correct.  Yes.  It crossed the international timeline from

24   Eastern to central.  For ease of understanding, everything is

25   in central standard time.

1    Q.   And central standard time is different than Zulu time;

2    right?

3    A.   Correct.

4    Q.   How is it different than Zulu time?

5    A.   Zulu time is Greenwich Mean Time, more commonly known as

6    Greenwich Mean Time.  Each area of the world is broken up into

7    a time zone -- Eastern standard, central standard -- which is

8    plus four or plus five, a certain number of hours, from

9    Greenwich Mean Time.

10   Q.   And so here are we at minus six for -- I'm sorry.

11        It's UTC minus six; is that correct?

12   A.   Correct.

13   Q.   Okay.  So on your map here, which you've indicated the Spot

14   Tracer begins here in Colombia, what is geographical area that

15   we're looking at?

16   A.   That's the Galápagos Islands.

17   Q.   So just for reference, since we are here in the middle of

18   the ocean.

19   A.   Uh-huh.

20   Q.   Okay.  So for each yellow circle that you've put on here,

21   you testified that you were able to retrieve the data from the

22   Spot Tracer and plot it; is that correct?

23   A.   Yeah, correct.

24   Q.   From this unit.

25        Do you know how the Spot Tracer works?

1   A.   Yes.

2   Q.   Can you describe for the jury how it actually works and

3   creates one of those points.

4   A.   The Spot Tracer transmits a signal using a satellite view,

5   very similar to a satellite phone.  It covers large areas of

6   the world, the Global Star system, including large swathes of

7   the ocean.

8        More commonly, it's used to track your friends when they're

9   hiking or put on your boat to see if it's been stolen.  As long

10  as it has a clear view of the sky and an uninterrupted signal,

11  it will transmit that signal back to Global Star servers where

12  a user can log in and view that track from afar.

13  Q.   Now, it seems to me that there's a space in between some of

14  these yellow track points.

15  A.   Yes.

16  Q.   Is that accurate?

17  A.   Yes.

18  Q.   And what is the reason for that?

19  A.   There could be multiple reasons for that.  More than

20  likely, it's because it was unable to get a clear view to the

21  sky or was unable to connect to the satellites during that time

22  period.  And that's very common.

23  Q.   I was going to just ask you:  Is that something that

24  shocked you when you saw this?

25  A.   No.

1   Q.   In your training and experience of doing these extractions

2   and plotting them, is that something that's fairly common?

3   A.   Yes, it is.

4   Q.   And so take us through where this Spot Tracer that was on

5   the contraband -- where does it go?  Is that south of the

6   Galápagos Islands?

7   A.   Yes.  It departs Tumaco, Colombia -- a little bit north of

8   Tumaco, Colombia, heads south of the Galápagos Islands before

9   heading north towards Mexico.

10  Q.   And this takes how long?  Do you know?

11  A.   Several days.

12  Q.   Several days.

13       So this journey that you highlighted in yellow takes

14  several days?

15  A.   Uh-huh.

16  Q.   Okay.  And at some point here, they're heading, is it fair

17  to say, north to Mexico?

18  A.   Yes.

19  Q.   You now have included some green circles?

20  A.   Correct.

21  Q.   Okay.  Let me zoom in so you see that color

22  differentiation.

23       Okay.  So what are those green circles indicative of?

24  A.   The green circles are track logs that were recovered from

25  the GPS device, the extraction Petty Officer Pfrimmer provided

1   to me.

2   Q.   Okay.

3   A.   There's also some pink-purple pins you can see, where it

4   seems shallow.  It said those are waypoints and waypoints are

5   user-generated and can be placed at any time.

6   Q.   So those pink pins that you put in at Barra -- is that what

7   that says?  Barra? -- and Roca Blanca --

8   A.   Uh-huh.

9   Q.   -- those were created in the hand-held GPS device by

10  someone?

11  A.   Correct.

12  Q.   It doesn't necessarily mean that someone was actually

13  there; is that true?

14  A.   Correct.

15  Q.   That was just -- it could have been aspirational?

16  A.   Right.

17  Q.   It could have been and it could have not?

18  A.   Uh-huh.

19  Q.   However, that differs from the green circles that you

20  plotted?

21  A.   Right.

22  Q.   And how does that differ?

23  A.   The green circles are the active logs.  They are the tracks

24  that the person was physically -- or the GPS, rather -- the GPS

25  was physically at those locations and recorded those green

1   dots.

2   Q.   So, then, you're able to say -- is this a fair

3   statement? -- that that GPS hand-held device, that Garmin, was

4   actually physically at that location where the green dot is?

5   A.   Correct.  Yes.

6   Q.   And now it seems to overlap here with the yellow dot?

7   A.   Yes.

8   Q.   What does that indicate to you?

9   A.   Further on in this product it shows more in detail, but

10  that the Spot Trace and the GPS device were in the same

11  location at the same time.

12  Q.   So, at some point, they were not together, but here in

13  the -- how would you characterize that area?

14       Or can you give us, like, approximate mileage from land?

15  A.   Yes.  It's approximately 385 nautical miles south of

16  Mexico.

17  Q.   Okay.  So at approximately 300 nautical miles south of

18  Mexico, the two unite?

19  A.   Correct.

20  Q.   And based on your training and experience, does it appear

21  to you that those two are traveling together likely in the same

22  vessel?

23  A.   Yes, it does.

24  Q.   And how are you able to say that?  I mean, is it possible

25  that there could be two vessels traveling side by side?

1    A.   It is definitely possible that they could be two vessels

2    traveling side by side.

3    Q.   Is that likely?

4    A.   Mostly unlikely.  Looking at these points, I was able to

5    calculate speeds and courses.  And the courses and speeds of

6    the Spot Trace and the GPS on their northbound venture match up

7    very closely for the whole trip north to the interdiction

8    point.

9    Q.   Okay.  So you plotted everything you had up until the point

10   of interdiction?

11   A.   Correct.

12   Q.   And the green dots stop in -- where?

13   A.   The -- where they were interdicted?

14   Q.   Yes.

15   A.   It's approximately where that 003 is.

16   Q.   The 003 for the interdiction point is approximately how

17   many nautical miles from the shore?

18   A.   I'm not sure off the top of my head.

19   Q.   But that's something that you could easily calculate?

20   A.   It is.  Yes.

21   Q.   Because you have all the GPS latitude and longitude for

22   each of these trackings; is that correct?

23   A.   Yes.

24   Q.   Now, there are also gaps between the green circles much

25   like there were in between the yellow circles?

1    A.   Yes.

2    Q.   What do those gaps indicate?

3    A.   For this GPS device, it indicates that the GPS was turned

4    off and turned back on.  The reason I'm able to identify that

5    is because each grouping is a new active log.

6         The GPS unit is default-set to record your tracks.  If you

7    don't name that track, it automatically numbers itself, so

8    active log 001 or active log 075.

9         When you turn it off, it stops.  And when you turn it back

10   on, it'll start a new active log.

11   Q.   So does the marking on your diagram of 003 -- does that

12   have any significance?

13   A.   The 003 is a waypoint.  There's another -- there's a little

14   push pin that's underneath you can't quite see.  So that shows

15   me that a user inputted a waypoint at that location.

16   Q.   And your testimony is that location where the 003 is, in

17   fact, the location of the interdiction?

18   A.   Correct.

19   Q.   So a user inputted that location into the hand-held Garmin

20   device?

21   A.   Yes.

22   Q.   I'm going to turn now your attention to page two of your

23   summary chart, which is Government's Exhibit 40, for the

24   record.

25        So what are we looking at on page two of Government's

1    Exhibit 40?

2    A.   These are two of the waypoints that were in the GPS unit,

3    Oficina and Barra.  They're both Pico del Monte, and they're

4    inputted on separate dates.  I believe the 14th for Barra and

5    September for Oficina.

6    Q.   And what part of the country are we looking at right now?

7    A.   We're looking at Mexico, the Eastern Pacific side of

8    Mexico.

9    Q.   I'm sorry?  Go ahead.  I didn't hear you.

10   A.   I'm sorry.  The Eastern Pacific side of Mexico.

11   Q.   And you indicated that those were two waypoints.

12        So, again, those are actual spots that were input by a

13   user?

14   A.   Right.  Inputted and labeled by the user.

15   Q.   And labeled.

16        Because if the user just inputted it, we would have seen

17   just the number?

18   A.   Correct.

19   Q.   But the user in this case actually gave it a name?

20   A.   Correct.

21   Q.   Do you know if there's anything there where that pin is in

22   the ocean on either one of Barra or Oficina?

23   A.   No.  It looks like it -- to me, my analysis was it was just

24   the opening of the port.

25   Q.   The opening of the port.

1      And you're able to tell that using the Google Earth map?

2  A.  Yes.

3  Q.  And if I zoom in, when you say "opening of the port," are

4  you referring to that opening there?

5  A.  Yes.

6  Q.  In the bottom of the exhibit?

7  A.  Yes.

8  Q.  Here?

9  A.  Yes.

10  Q.  And that's sort of an entry into an inner waterway --

11  A.  Yes.

12  Q.  -- is that correct?

13  A.  Yes.

14  Q.  And you have dates associated with this, also, of course;

15  right?

16  A.  Yes.

17  Q.  Which are labeled on the document.

18      And do you recall -- I don't know if I can get it to zoom

19  where you can see it -- those dates?

20  A.  Correct.  So Barra was last modified by the user on the

21  14th of October, 2016, at 6:15 p.m. central standard time.  And

22  Oficina was last modified by the user on the 1st of September,

23  2016, at 2:38 p.m. central standard time.

24  Q.  So let's go to page three of Government's Exhibit 40.

25      You're continuing with the same color scheme; right?

1    A.   Correct.

2    Q.   So what we see in page three -- on page three, you've

3    called this a "SPOT tracker detail"?

4    A.   Yes.

5    Q.   So can you explain to us what it is that we're looking at

6    here in this photo.

7    A.   Here I just zoomed in to show where the SPOT tracker

8    departed from.  So you can see it had one point in Tumaco,

9    which is in Colombia, and then several points slightly north of

10   Pizarro, slightly north of Tumaco, where it departed out to

11   sea.

12   Q.   If you'll forgive me, I'm trying to play with the zoom.   I

13   have a huge glare here, but can you see it from your seat?

14   A.   (No verbal response.)

15   Q.   So Tumaco is on the bottom of the screen?

16   A.   Yes.

17   Q.   Okay.  And you indicate on there Spot Tracer, time 3:54

18   p.m.

19        And then there's not another marking on the Spot Tracer

20   until the next day; is that correct?

21   A.   Correct.

22   Q.   So that would be 10-11.

23        And you have that on yours as well?

24   A.   Yes.

25   Q.   So are you able to deduce anything from the fact that

1   there's a gap between 10-10 and 10-11?

2   A.   For this, I believe that the data showed it had been turned

3   off in between those two points.

4   Q.   So once it's reactivated, the Spot Tracer, on the 11th,

5   where are we now?

6   A.   Now we're north of Tumaco in kind of a jungle area of

7   Colombia.

8   Q.   And are you able to tell if that Spot Tracer was turned

9   back on on land or on water?

10  A.   It was turned back on on land near a river in Tumaco -- or

11  in the river in this jungle area north of Tumaco.

12  Q.   Now, we're looking at a photo that was printed from the

13  Google Earth program, right, that you used?

14  A.   Correct.

15  Q.   When you're actually looking at this on your computer, are

16  you able to see it with much greater detail than is captured

17  here?

18  A.   Yes, you are.

19  Q.   You indicated that that is a river.  And I can zoom in a

20  lot, but I don't think I'm going to be able to get the clarity

21  to see that.

22      But you were able to see on your monitor that, in fact,

23  there is a river there in the jungle of Colombia at that

24  marker?

25  A.   Correct.

1   Q.   And so now you show the course -- you've plotted the course

2   of the spot tracker leaving the jungles of Colombia on the 11th

3   and traveling into where?  Where is that headed?

4   A.   Traveling into the Eastern Pacific and south of the

5   Galápagos.

6   Q.   And so again there's gaps between each of the circles;

7   right?  And that would indicate the same thing that you've

8   previously testified to; right?

9   A.   Correct.

10  Q.   It's just not getting a good signal from the sky; right?

11  A.   Right.

12  Q.   Nobody's turning it off and on?

13  A.   Right.   Correct.

14  Q.   Because the Spot Tracer is not a device you can turn off

15  and on?

16  A.   Right.

17  Q.   And so now there's a big gap between this yellow circle and

18  the next one that you plotted on 10-11?

19  A.   Yes.

20  Q.   So what does that indicate to you?

21  A.   That indicates to me that the device was not getting proper

22  signal to the sky, kind of like if your -- when you drive your

23  car into a garage, sometimes the GPS loses signal.  Cloud

24  cover, people standing on top of it or any -- really, a number

25  of things can obscure the signal to the sky, which is what that

1    is right there.

2    Q.   Okay.  Now turning to page four of Government's Exhibit 40,

3    so, now, Government's Exhibit 40, page four, shows on the

4    left-hand side what you've labeled as "GPS" and "spot overlap";

5    right?

6    A.   Correct.

7    Q.   And what's on the right-hand side?

8    A.   On the right-hand side, I'm showing in more detail the

9    clump of points where the GPS unit loitered for approximately

10   48 hours and the spot tracker passes through that loitering

11   area.

12   Q.   Okay.  So, if I understand what you're saying, this area

13   that you've indicated with a yellow square --

14   A.   Yes.

15   Q.   -- on page four of Government's 40 is the area where the

16   GPS hand-held and the spot tracker actually come together?

17   A.   Correct.  Yes.

18   Q.   And what you have on the right side of this page in your

19   exhibit is a blowup of this yellow square?

20   A.   Correct.

21   Q.   Okay.  So let's talk about that.

22        So when you look at that yellow square in better detail --

23   can you read what's in those boxes?  I can't see it from here.

24   A.   No.

25        MS. ANTON:  Would we perhaps be able to see if lowering

1    the lights might help with the glare on the -- I might have

2    done it this way.  Maybe we can leave the lights on.  Let's do

3    that.  Okay.

4    BY MS. ANTON:

5    Q.  Can you see it better now and read it?

6    A.  Yes.

7    Q.  All right.  So what are you able to tell us?  Let's start

8    first with the green dots.

9         There appear to be a large cluster of green dots

10   sporadically all throughout that area?

11   A.  Yes.

12   Q.  And they appear on your chart to be in pretty close

13   proximity?

14   A.  Correct.  Yes.

15   Q.  So what are you able to tell us about the green dots?

16   A.  So these -- this cluster of green dots covers from active

17   log 31, which occurs at 5:56 p.m. on, I believe, the 14th,

18   making an average speed of 1 knot.

19        And then all the rest of them cover all the way up until

20   active log 69, which occurs on the 17th of October at

21   3:00 p.m., making a speed of about 4 knots.

22        So from my training and expertise, that tells me the vessel

23   loitered in that area during that time frame.

24   Q.  So when you say "this vessel," it means we're talking about

25   the device; correct?

1  A.   The device.

2            MS. PINERA-VAZQUEZ:  Objection.  Leading.

3            THE COURT:  Sustained.

4  BY MS. ANTON:

5  Q.   You don't know that that device was anywhere in particular

6  on a vessel; right?  You just know about a device?

7  A.   Correct.  This is just the -- the GPS device was at that

8  location.

9  Q.   So how many hours or days is that GPS tracking in that same

10  area?

11  A.   Yes.  It was nearly 48 hours.

12  Q.   48 hours.

13        Now, you called it loitering?

14  A.   Yes.

15  Q.   So can you explain to us what you mean by "loitering."

16  What's the distance that this -- the radius of those clusters?

17  A.   I believe, when I measured it, the majority of them were

18  within 2 to 4 nautical miles with a couple outliers at 7 to

19  8 nautical miles.  So a very small area in the ocean.

20  Q.   So for a long period of time this boat stays in virtually

21  the same place?

22  A.   Yes.

23            MS. PINERA-VAZQUEZ:  Objection.

24  BY MS. ANTON:

25  Q.   All right.  So --

1          MS. PINERA-VAZQUEZ:  Objection, Your Honor.

2          THE COURT:  Sustained.

3     BY MS. ANTON:

4     Q.   You've got 10-17, active log 10, and then you have on the

5     top 10-17, 3:54 p.m., central standard time; right?  We talked

6     about that you changed the time.

7          You also calculated the speed; right?

8     A.   Yes.

9     Q.   Three to 6 knots.  Is that fast or slow?

10    A.   It's pretty slow.  It's actually 1 to 3.6 knots; so 1 to

11    4 knots slow.

12    Q.   Ah, okay.  So if I told you, based on your training and

13    experience as Coast Guard, that it was an open-consoled boat

14    with a 115-horsepower and 85-horsepower engine on it, would

15    that speed be moving a good distance or would it be virtually

16    floating around?

17    A.   Virtually floating around, very minimal movement.

18    Q.   Okay.  So now let's talk about what happens after that

19    period elapses.

20         I'll zoom out a little so you can see it.

21         So at what point in time, then, do we see the spot tracker

22    coming into play?

23    A.   The spot tracker had two points in this area.  The first

24    was the southern point on the 17th at 1:54 p.m. where it was

25    making between 7 and 10 knots.

1          The next point is on the 17th at 3:54 p.m. central standard

2     time, which is in very close proximity to the GPS's active log

3     69, which occurred on the 17th at 3:00 p.m. central standard

4     time.

5     Q.   Is it a fair statement to say that the tracker of that spot

6     virtually went through the area where the GPS was stationary?

7     A.   Yes.  I did some, like, dead reckoning.  A dead reckoning

8     is where you take the course and speed and project it out for a

9     certain amount of time.  And it would pass directly through the

10    GPS.

11    Q.   Okay.  And this is approximately -- again, you mentioned

12    380 nautical miles south of Mexico?

13    A.   Yes.

14    Q.   Let's go to page five of Government's Exhibit 40.

15         All right.  So page five says, "Northbound tracks with

16    speed calculations."

17         So tell us what it is that we're looking at in this page

18    five.

19    A.   Yes.  For here, what I started to do, moving -- once the

20    GPS and spot tracker started moving the same direction, I

21    calculated out the course and speed for these movements, using

22    a speed, time, distance calculations.

23         So starting with a spot tracker at 10:33 p.m. central

24    standard time --

25    Q.   Is that here where I'm pointing to on the bottom?

1  A.  It is.  Yes.

2  Q.  Okay.

3  A.  Going up to active log 71 on the 17th at 11:18 p.m. central

4  standard time, that's a distance of 11 nautical miles and about

5  45 minutes, at a speed of about 14.7, 15 knots.

6      Moving up from active log 71 to active log 72, both on the

7  GPS unit, 21.2 nautical miles and 84 minutes, for a speed of

8  about 15.1 knots.

9      And then I continue calculating the speed, moving up to the

10  next speed, being, again, 15.5 knots, covering from the spot at

11  12:43 up to the next active log, 73, which I show on the insert

12  on the right.

13  Q.  Okay.  So does it appear to you that these two devices are

14  traveling at the same course?

15  A.  Yes.

16  Q.  And at the same speed?

17  A.  Yes.

18  Q.  Are you able to render an opinion as to whether or not

19  they're traveling together?

20  A.  From my analysis, it appears that they are traveling

21  together, based on the distances, speed and course they

22  maintain.

23  Q.  And what's on the right-hand side of this exhibit?

24  A.  On the right-hand side, I just continue showing the speed

25  calculations for the GPS and spot units moving north.

1   Q.   And how are you able to do the speed calculations?

2   A.   It's a simple speed, time, distance calculation where, if

3   you know the time and the distance, you're able to find out the

4   speed of the vessel.

5   Q.   Okay.  So if I'm at Point A and it's, you know, 1:00 and I

6   get to Point B and it's 2:00, you can figure out how fast I

7   walked to get there?

8   A.   Correct.

9   Q.   And both of these are continuing northbound; is that

10  correct?

11  A.   Yes.

12  Q.   Let's talk about page six of Government's Exhibit 40.

13       Let me get it a little darker.  Can you see it?

14  A.   Yes.

15  Q.   So what is page six?

16  A.   Page six is continuing with the calculations showing the

17  northbound movement of the GPS and the Spot Trace, starting

18  from the Spot Trace at 01:32 a.m. and then active log 74, where

19  it's making an approximate speed of 20 knots.

20       Between active log 74 and active log 75, making a speed of

21  about 17 knots.

22       Between active log 75 and spot track at 4:15 a.m., making a

23  speed of about 15 knots.

24       Between the next two spots, making a speed of 20 knots and

25  progressing -- making speeds between 15 and 20 knots

1    throughout.

2    Q.   And are both the spot tracker and the GPS device tracking

3    together still?

4    A.   Yes, they are.

5    Q.   Okay.  Now, at some point, you plotted the spot tracker

6    alone?

7    A.   Yes.

8    Q.   And when it was alone, there was no GPS coordinates from a

9    Garmin with it?

10   A.   Correct.

11   Q.   And at some point, they intersected in the ocean?

12   A.   Correct.

13   Q.   So are you able to render an opinion as to whether or not

14   those two items were on the same vessel or are in the same

15   person's hands -- can you deduce anything from that data?

16   A.   From the data I have, I can deduce that they were likely on

17   the same vessel.

18   Q.   But before they ended up likely on the same vessel when we

19   started and you started plotting this and we started in

20   Colombia, does the fact that they merge in the middle of the

21   ocean indicate anything to you?

22   A.   Oh, that there were two separate vessels, one that came

23   south from Mexico and one that came north from Colombia, that

24   met up in this location, 385 nautical miles south of Mexico.

25   Q.   And based on the data that you've seen, after they meet up,

1   you have no evidence, you have not reviewed anything,

2   indicating where the second vessel could have possibly gone?

3   A.   Right.

4          MS. PINERA-VAZQUEZ:   Objection, Your Honor.   There's

5   been no testimony that the spot tracker was on a certain

6   vessel.

7          THE COURT:   Overruled.

8   BY MS. ANTON:

9   Q.   Did you understand my question or should I rephrase it?

10  A.   Please rephrase it.

11  Q.   Okay.  So you've testified that the two devices, based on

12  your expert opinion and your training, and the data that you've

13  reviewed -- right? -- started out on two separate vessels;

14  right?

15         Because we know you've testified one started in the jungles

16  of Colombia and it met up with the other in the ocean, where

17  that vessel or the GPS lingered before it went through its

18  course?

19         Is that what your testimony was from the documents?

20  A.   Yes.

21  Q.   So you knew that there were two vessels at that moment in

22  time?

23  A.   Uh-huh.

24  Q.   But when the tracker on the Spot Trace now continue

25  northbound together at the same course, at the same speed, are

1    you able to deduce that they're on the same vessel?

2    A.   Yes.

3    Q.   Okay.  Are you able to make any opinions about what

4    happened to the second vessel?

5    A.   Based on my experience with these types of cases, normally,

6    they'll sink the vessel that comes up from Ecuador or Colombia

7    and then just move on to the Mexican or Guatemalan vessel that

8    picks them up.

9    Q.   Let's look at Government's Exhibit 40, page seven.

10        And so what is page seven -- let me go to the points.

11        So page seven is the northbound tracks of speed

12   calculations; correct?

13   A.   Yes.

14   Q.   So page seven, are we back to discussing the 003 waypoint?

15   A.   Yes.  So page seven, I zoomed in on this area of track and

16   waypoint -- track points from the GPS device, track points from

17   Spot Trace and the waypoint to show in more detail the speeds

18   that they were going and the distance between each.

19   Q.   And 003 you testified is significant.  Because what

20   happened at 003?

21   A.   At 003, they have a track log in that same location, which

22   leads me to believe they were there when they placed that track

23   point -- or when they placed that waypoint.  I'm sorry.

24        And a waypoint is numbered as opposed to labeled, as the

25   previous waypoints, which usually indicates that it was done

1    probably quickly.

2    Q.   And then you have a larger blowup of that area to the

3    right?

4    A.   Yes.

5    Q.   There's a lot of calculations and a lot of numbers.

6         But so not to overcomplicate it, remind us again which

7    device the yellow is.

8    A.   The yellow is the Spot Trace.

9    Q.   Okay.

10   A.   And the green is the GPS unit.

11   Q.   So the Spot Trace on the narcotics and the green is the

12   GPS?

13   A.   Correct.

14   Q.   Okay.  So what were you able to deduce about the Spot

15   Trace, which here you have at the bottom 10-18, 8:51 a.m.?

16   A.   So the Spot Trace had been moving at a much higher rate of

17   speed up until this point, 9:01 a.m., when it began slowing

18   down, making a much lower speed of 4 knots up until that

19   waypoint.

20   Q.   And what can you tell us about the rest of the markings on

21   page seven?

22   A.   As the GPS is moving along the same, it also slowed down to

23   a speed of 4 knots.

24   Q.   And how does the speed of 4 knots compare to the speed that

25   we've seen previously?

1    A.   There was a significant decrease in speed.

2    Q.   And on the open ocean, how fast is 4 knots really?  I mean,

3    are you moving?

4    A.   Not really.  Normally, based on the current, 4 knots is

5    probably just keeping you moving slowly forward at a steady

6    pace.

7    Q.   And does 003, based on your review of the case file -- does

8    that indicate anything else to you in addition to the waypoint

9    that was put in by the user?

10   A.   From reading the situational report, I believe that's where

11   the -- the area in which the Coast Guard identified the

12   jettison of the narcotics.

13   Q.   So now speaking of the jettison, let's go to page eight.

14   A.   Yes.

15   Q.   Now, page eight, overall, details what?

16   A.   Page eight details from the jettison till when the vessel

17   was stopped based on the Coast Guard's recording and the data I

18   have from the Spot Trace and GPS units.

19   Q.   So you were able to take all of the data you got from the

20   Spot Trace documents, everything that was extracted from the

21   Garmin GPS and then all the data and information you had from

22   the United States Coast Guard an input that, basically, into

23   this chart?

24   A.   Correct.

25   Q.   Okay.  And so here we're looking at the waypoint 003.  I'm

1    going to zoom in.

2         And what can you tell us about that waypoint?

3    A.   The waypoint occurs very close to where the Coast Guard

4    recorded the jettison, less than 1 nautical mile.

5    Q.   Okay.  So is it a fair statement to say that someone

6    inputted that waypoint in very near to the place where the

7    drugs were jettisoned?

8    A.   Yes.

9    Q.   Okay.

10   A.   After the waypoint was inputted, the vessel takes off at

11   about 33 knots for 10.8 miles on a course of 347 and then makes

12   a sharp course change, still going 30 knots, but to the course

13   of 027, which leads up to about where the United States

14   Coast Guard stops the vessel.

15   Q.   Okay.  So 33 knots, is that fast?

16   A.   That's very fast.  Yes.

17   Q.   And that speed now differed from the speeds that you had

18   seen plotted in the past; correct?

19   A.   Yes.

20   Q.   Overall, would you say they maintained a course in a

21   certain direction?

22   A.   For the majority of the trip, yes, up until this point

23   where there was a sharp course change.

24   Q.   So, generally, they're going northbound?

25   A.   Yes.

1   Q.   And you do see this -- let's talk about active log 84.

2   A.   Uh-huh.

3   Q.   10-18, about 10:01 a.m. central standard time; right?

4   A.   Yes.

5   Q.   Is that where you're talking about the sharp course change?

6   A.   Yes.

7   Q.   How would you describe that in terms of degree turn?

8   A.   It was -- it went more of like a northwest to almost a

9   northeast, nearly going from a 347 to a 027.  So pretty large.

10  Q.   Is it a 90-degree turn?

11  A.   Yes.  Yes.  Roughly.

12  Q.   And after it made this deviation, what did it do next?

13  A.   At the deviation, it continued on a high rate of speed of

14  about 30 knots for almost 20 nautical miles.

15  Q.   Didn't slow down?

16  A.   Did not.  Or only slightly, from 33 to 30.

17  Q.   And now, when we're looking at what you plotted -- the

18  yellow dots; right?

19  A.   Yes.

20  Q.   Those are on the Spot Tracer --

21  A.   Yes.

22  Q.   -- right?

23       Those dots seem to stay still?

24  A.   Yes.

25  Q.   Why is that?

1    A.   That, from my opinion, is because they were attached to the

2    drugs that had been jettison.

3    Q.   But the green, the GPS, keeps moving?

4    A.   Correct.

5    Q.   And, ultimately, is that green GPS -- is it stopped?

6    A.   Yes.

7    Q.   All right.  And on your chart you've indicated about

8    10:40 a.m. central standard time?

9    A.   Yes.

10   Q.   Vessel's stopped?

11   A.   Yes.

12   Q.   And there's a white pin?

13   A.   Yes.

14   Q.   Is that based on the information you got from the GPS?

15   A.   That's from the Coast Guard's report.

16   Q.   From the Coast Guard's report.

17        And what the Coast Guard has in its report, is that

18   consistent with the data that you retrieved from the GPS?

19   A.   Yes, it is.

20   Q.   Okay.  And how many -- I don't know if you did this

21   calculation or if you're able to from the screen.

22        So from the point of jettison down here, where the waypoint

23   was set by the user who had the Garmin, up until the vessel

24   stopped and was interdicted up there, how many nautical miles

25   was that?

1   A.   I believe it's roughly 30 nautical miles.

2   Q.   30 nautical miles.

3        And the average speed, then, for those 30 nautical miles

4   was what?

5   A.   30 knots.

6   Q.   30 knots.  All right.

7        So to get from the point of the jettison up until the point

8   of interdiction -- right? -- the 30 nautical miles --

9   A.   Uh-huh.

10  Q.   -- at that high rate of speed, would there have been any

11  time to stop in between there?

12  A.   Very unlikely.

13  Q.   Based on the speed and the distance that had to be

14  traveled?

15  A.   Correct.

16  Q.   So your opinion would be that the vessel did not stop from

17  the time it jettisoned until the time it was interdicted.

18  A.   Correct.

19  Q.   Is that fair?

20       So when you talked about the loitering -- I think you

21  described it as loitering for like 48 hours -- how far off the

22  coast was that?

23  A.   About 385 nautical miles.

24  Q.   About 385 nautical miles.

25       And the point where the two merged together, how far off

```
 1    the coast is that?

 2    A.   Same.  About 385 nautical miles.

 3         MS. ANTON:  I have no further questions.  Thank you.

 4         THE COURT:  Cross.

 5                    CROSS-EXAMINATION

 6    BY MR. ABRAMS:

 7    Q.   Good afternoon, ma'am.

 8    A.   Good afternoon.

 9    Q.   The last thing Ms. Anton was asking you about was the

10    loitering --

11    A.   Yes.

12    Q.   -- I guess.

13         Can you tell from the information that you were provided

14    how many other vessels in that area where the vessel with the

15    Spot Trace was, quote-unquote, loitering were also loitering?

16    A.   No, I cannot.

17    Q.   The first -- one of the first things that you were asked --

18    and pardon me.  You're teaching me stuff.

19         The -- you testified that the GPS -- the GPS came from the

20    go-fast; right?

21    A.   Yes.

22    Q.   And you also said that the Spot Trace came from the same

23    vessel --

24    A.   Yes.

25    Q.   -- is that right?
```

1   All right.  Well, you don't know that the Spot Trace was

2   ever on the vessel that these seven guys were on, do you?

3   A.   I only know it was on the vessel that the United States

4   Coast Guard interdicted.

5   Q.   You know that it was on a vessel; right?

6   A.   Right.

7   Q.   Do any of your reports, any of your reports, that you

8   received from the Coast Guard say that the Spot Trace was ever

9   seen on our vessel?

10   A.   I believe the situational report lists the names of the

11   persons interdicted on the vessel and that the Spot Trace came

12   from narcotics found in the area.

13   Q.   Okay.  Spot Trace wasn't found on the vessel; right?

14   A.   I don't believe so.

15   Q.   And from the best of your knowledge -- to the best of your

16   knowledge of this case, the Spot Trace was never seen on the

17   vessel on which these guys were interdicted; right?

18   A.   Right.

19   Q.   Okay.  Some of the reports that you received and you

20   reviewed were conclusions reached by the Coast Guard's men who

21   wrote the report?

22   A.   Correct.

23   Q.   So, really, what you can tell is you can tell -- from the

24   review of the data that you looked at, you can tell where the

25   Spot Trace was at various times --

1   A.   Yes.

2   Q.   -- right?

3        You can tell where the GPS was at various sometimes; right?

4   A.   Yes.

5   Q.   And you testified as to the -- now, your calculations in

6   regard to speed of the vessel, that's not coming from either of

7   these two units, is it?

8   A.   No.

9   Q.   That's coming from your calculation of time and distance?

10   A.   Correct.

11   Q.   I know it's one point that -- let's see.  Find the right

12   page.  I'm going to show you page three.

13        Page three, the first spot is on land; is that correct?

14   A.   Correct.

15   Q.   Safe to assume it's not on a boat at that point?

16   A.   The first point in Tumaco?  Probably not.

17   Q.   Now, when we get to these later points when the boat --

18   when the Spot Trace is out, this is over water; right?

19   A.   Yes.

20   Q.   Now, can you tell at that point whether the Spot Trace is,

21   like, on a boat or in the water?  I mean, it's moving.  But can

22   you tell if it's dry on a boat or if it's in the water?

23   A.   Based on the location of it, my experience and the speed of

24   it, it's likely on a vessel.

25   Q.   Okay.  How many days is the Spot Trace on the boat -- and

1    right now at the first point, what's exhibited in Government

2    Exhibit -- or page three of this exhibit, Government

3    Exhibit 40, we're just dealing with the Spot Trace at this

4    point; is that right?

5    A.   Yes.

6    Q.   How many days till we go from Colombia to south of the

7    Galápagos?  You said several.  How many days?

8    A.   From the -- till south of the Galápagos?

9    Q.   Uh-huh.

10   A.   I believe it's three or four.  I think it might be written

11   on that page.

12   Q.   On this page?

13   A.   Uh-huh.

14   Q.   Is there someplace on here I can move it to that helps you?

15   A.   I may not have shown in my report the exact data south of

16   the Galápagos, but it's getting close around the 11th.  I can,

17   however, using the subpoenaed spot tracker information,

18   identify that exact date and time with the systems that I have.

19   Q.   How many days -- and I'm turning to page one of the same

20   exhibit -- until the yellow circles get close to the green

21   circles?

22   A.   It's from the 11th to, I believe, the 16th or 17th.  So

23   about five, six days.

24   Q.   And when the yellow circles get near the green circles,

25   that's the Spot Trace getting close to the GPS; right?

1    A.    Correct.

2    Q.    Okay.  This doesn't tell us who had the GPS creating the

3    green circles; right?

4    A.    Right.  Correct.

5    Q.    Doesn't tell us what boat the GPS was on; is that right?

6    A.    Correct.

7    Q.    There is a point where there is an overlap you've described

8    between the yellow and the green circles; is that right?

9    A.    Yes.

10    Q.    And that was approximately 185 miles from land?

11    A.    385.

12    Q.    I'm sorry.  385.

13    A.    Yes, sir.

14    Q.    I wrote it right.  I said it wrong.

15          All right.  When there's an overlap, what does that mean?

16    A.    That they were likely in the same -- that they were in that

17    same location at the same time.

18    Q.    Now, these circles -- a lot of these circles look like

19    they're really close together.

20    A.    Uh-huh.

21    Q.    I guess it depends on which of these pictures we're looking

22    at.

23          But when you first described the overlap south of the

24    Galápagos, how far apart or how close are the vessels?

25    A.    The overlap is not south of the Galápagos.  The overlap is

1    south of Mexico.

2    Q.   Is that what I'm getting over here?

3    A.   Yes.

4    Q.   All right.  Well, when there's reference to an overlap, you

5    are interpreting your data to show that the two devices are

6    near each other, pretty close to each other, at the same time;

7    is that right?

8    A.   Yes.

9    Q.   Now, you're not getting constant signals from both of these

10   devices or data from both of these devices at the same time,

11   are you?

12   A.   No, I am not.

13   Q.   So, in other words, I guess, if -- if this was the GPS and

14   this was the Spot Trace -- okay? -- we don't have -- and this

15   is, like -- you know, these are solid objects and there's --

16   this is solid between here and here; this is solid between the

17   top of the pen and the bottom of the pen -- we don't have

18   constant data to show that they actually come together, do we?

19   A.   No.  However, with the points that we do have, there are

20   several times when they're less than 20 feet apart.  And given

21   that the two points occur less than one to two minutes apart,

22   it's more than likely that they are on the same vessel.

23   Q.   All right.  Well, 20 feet apart -- within 20 feet,

24   actually, isn't it true that there'd be room for two vessels,

25   even three vessels, within 20 feet?

```
 1   A.   However for it to travel 20 feet in two minutes.

 2   Q.   Okay.  Are you talking about the spots?

 3   A.   Yes.  For the spot and the GPS points being 20 feet apart,

 4   if they were to travel that distance --

 5   Q.   Isn't it true you really can't tell -- from the data that

 6   you have, you can't sit here and say with certainty -- with

 7   scientific certainty that there was just one boat?

 8   A.   Correct.

 9   Q.   I'm showing you page four.  If you need this bigger, I'm

10   happy to do that.

11        On this page, you also mentioned the GPS and a spot

12   overlap.  Now, how far apart is the yellow from the green?

13   A.   I could measure it using my tools, but very close.

14   Q.   Okay.  Well, this over --

15   A.   Perhaps "overlap" is not the best term to have used for

16   this depiction.

17   Q.   This over here is a blowup --

18   A.   Yes.

19   Q.   -- of what's over here; is that right?

20   A.   This is the detail shown.  Uh-huh.

21   Q.   Can you tell us how far apart -- can you estimate -- I

22   understand you can use your tools.  Is there any way to

23   estimate, as you sit here today, how far it is between the

24   yellow and the green?

25   A.   I suppose what would be more important is identifying them
```

1    in the similar time frame.  So, from active log 69, which

2    occurs at 3 p.m., to the spot, which occurs at 3:54 p.m., is

3    less than 1 nautical mile, I'd estimate.

4    Q.   I'm sorry?

5    A.   I would estimate is less than a mile -- nautical mile.

6    Q.   And I believe you said, as part of this page of the

7    exhibit, that the GPS lingered for 48 hours --

8    A.   Correct.

9    Q.   -- is that correct?

10   A.   Clearly, yes.

11   Q.   And you said that -- by lingering, you said the boat was

12   traveling at approximately 2 knots?

13   A.   Between 1 and 4 knots, yes.

14   Q.   And between -- and roughly between 2 and 8 miles?

15   A.   Yes.

16   Q.   All right.  So, then, roughly for two days, the boat that

17   had -- well, you are looking at a distance -- it's roughly the

18   equivalent of crossing Key West or going the distance from here

19   to Boca Chica?

20   A.   Very small.  Yes.

21   Q.   Okay.  What I'm saying is that's a little bigger than going

22   from here to Duval Street?

23   A.   Yes.  However, in the ocean, distance is much different.

24   For instance, many vessels have a standoff of at least 1

25   nautical mile while at sea.  So things are much closer in the

1    ocean.

2    Q.   By the way, if there's another vessel out there that

3    doesn't have a SPOT Track and doesn't have a GPS, that's not

4    going to show up on any of this, is it?

5    A.   It will not, no.

6    Q.   Can you tell me just by looking at this -- and maybe I

7    should make it a little bigger for you -- the distance between

8    the spot tracker and the GPS when these two points were

9    created?

10   A.   Very small.

11   Q.   What's "very small"?

12   A.   I believe I -- oh, no.  That's the next -- probably 1 to

13   2 nautical miles between those two points.

14   Q.   And those two readings were taken one minute apart; is that

15   right?

16   A.   Yes.

17   Q.   So for those two points to be at the same place, the

18   SPOT Track would have to travel at 60 miles an hour for one

19   minute to be the same place where the GPS is at 12:43 a.m.; is

20   that right?

21   A.   For it to travel that 1 nautical mile in one minute?

22   Q.   Yes.

23   A.   Yes.  And 1 nautical mile is only an estimate.  I could

24   tell you more accurately using the tools.

25   Q.   Okay.

1   A.   So, really, this is kind of just a guesstimate.

2   Q.   Well, actually, a nautical mile is longer than a statute

3   mile; right?

4   A.   It is.

5   Q.   So it'd even have to be faster than that, just going by the

6   times that you have here?  My understanding -- and something

7   else I learned in this case -- is that a nautical mile is

8   6,000 feet; correct?

9   A.   Yes.

10  Q.   And a statute mile is 5,280 feet?

11  A.   Correct.

12  Q.   So a nautical mile is longer?

13  A.   Right.

14  Q.   And I knew what a statute mile was.

15       So in order for the green dot to be where the yellow dot

16  is, based on the times that appear on this page, green dot

17  needs to travel northwest at a speed greater than 60 miles an

18  hour to be where yellow dot is at 12:43 a.m.?

19  A.   If the estimated distance, just looking at a sheet of

20  paper, is correct.

21  Q.   Okay.  Okay.  Well, this is your chart that you prepared

22  for this case.

23  A.   Yes, it is.

24  Q.   We want to count on you.  You trained Officer Pfrimmer.

25  A.   Yes, sir, I did.

1    Q.   You were asked a question --

2    A.   I think -- sorry.

3    Q.   You were asked some questions about what normally happens

4    when two vessels meet and there is an off-load from Vessel 1 to

5    Vessel 2.

6    A.   Uh-huh.

7    Q.   Right?

8         Now, I don't know if -- have you spent time at sea?

9    A.   Yes, I have.

10   Q.   Okay.  Now, when you refer to what normally happens, were

11   you aware or made aware of any information in this case

12   regarding a delivery vessel that was sunk?

13   A.   I don't believe so.

14   Q.   Did any of your reports contain -- well, you know -- you

15   know, based on the statistics that you did, where yellow and

16   green came together.

17   A.   Yes.

18   Q.   All right.  And where yellow and green came together would

19   be your point where, normally, a second vessel would be sunk --

20   A.   Yes.

21   Q.   -- is that right?  All right.

22        And you have a latitude and a longitude for where that

23   would have happened?

24   A.   Yes.

25   Q.   All right.  To the best of your knowledge, has any evidence

1    of debris, floating objects, anything indicative of a vessel

2    being scuttled, sunk, burdened, destroyed, been recovered from

3    where green and yellow came together?

4    A.   To my personal knowledge, no.

5    Q.   Page eight -- by the way, is there anything contained in

6    the statistics or the information that you reviewed by which

7    you can say -- you said it was unlikely that two boats were

8    traveling together.

9    A.   Uh-huh.

10   Q.   But is there anything that you can say to within a

11   reasonable scientific certainty -- those are our wonderful

12   buzzwords -- that there weren't two boats?

13   A.   In this area specifically, just based on the Coast Guard's

14   reports that there was only one vessel.

15   Q.   Okay.  Can you tell from the data that you reviewed -- and

16   I'm just really asking you data questions, since I know that's

17   what you're here for --

18   A.   Yes.

19   Q.   Is there anything from your data that would preclude there

20   having been a second boat?

21   A.   Nothing specifically, I suppose.  Based on my analysis of

22   the data, showed them moving together and more than likely on

23   the same vessel.

24   Q.   Okay.  Have you ever followed a friend in your car?

25   A.   Yes.

1    Q.   They make a right turn, you make a right turn; right?

2    A.   Uh-huh.

3    Q.   They're going at 50 miles an hour, you're going at 50 miles

4    an hour.  So pretty much can match up; right?

5    A.   Uh-huh.

6    Q.   Is that right?

7    A.   Yes.

8    Q.   You can do that on a boat, too?

9    A.   Yes.

10   Q.   Okay.  And at the end of the day, the yellow dots and the

11   green dots don't tell us what vessel the drugs that were

12   recovered in this case came off of; is that right?

13   A.   Correct.

14        MR. ABRAMS:  Thank you.

15                      CROSS-EXAMINATION

16   BY MR. RODRIGUEZ:

17   Q.   Good afternoon, ma'am.

18   A.   Good afternoon.

19   Q.   I just have a few follow-up questions.  A lot of them have

20   already been covered.

21        But let me just ask you a few questions.

22        You yourself did not examine physically the GPS; correct?

23   A.   Correct.

24   Q.   Or the SPOT Track?

25   A.   Correct.

1   Q.   So you were relying on information provided to you by

2   others as to the data in those items?

3   A.   Correct.

4   Q.   So if the person extracting that information or persons err

5   in their extraction process, you are relying on erroneous

6   information.   Would that be a fair statement?

7   A.   Correct.   Yes.

8   Q.   Now, when you receive this case, is there a procedure

9   within the Coast Guard to perhaps refer this matter to an

10   independent agency outside the Coast Guard, since the

11   Coast Guard was the one that made the interdiction?

12   A.   Usually, for prosecution and investigation, it goes to

13   another federal agency, normally, Homeland Security

14   Investigations department, DEA, FBI.

15   Q.   In this case, it went to -- stayed within the Coast Guard?

16   A.   For prosecution, I believe went to HSI.

17   Q.   No.   But I'm saying as far as your work.

18   A.   Oh.   I worked with the agents in charge of the

19   investigation for HSI at the task force for this information.

20   Q.   You are a member of the Coast Guard; correct?

21   A.   I am.   Yes.

22   Q.   And you -- I think, if I understood you correctly, you were

23   debriefed as to the information -- as to information by the

24   Coast Guard through their report?

25   A.   Yes.

1   Q.   And if I understood correctly the answer to maybe the last
2   question --
3   A.   Yes.
4   Q.   -- you relied on the Coast Guard reports indicating there
5   was only one boat --
6   A.   Yes.
7   Q.   -- correct?
8        So it's fair to say that you -- when you reviewed this
9   information, you had that information in the back of your mind?
10  A.   Normally, I do the analysis first and then I'm given the
11  information afterwards.
12  Q.   So is it fair to say that, if you were given the
13  information afterwards, it's confirmatory?
14  A.   Sure.   Yes.
15  Q.   And if you were to receive information there was more than
16  one vessel out there, would that in any way cause you to have
17  some hesitation?
18  A.   I would -- I suppose it would depend.   I'd have to see the
19  report and then the situation.
20  Q.   All right.   Now, there's -- there are ways that GPS signals
21  can be interrupted; correct?   You're aware of that?
22  A.   Yes.
23  Q.   Atmospheric conditions, for example?
24  A.   Yes.
25  Q.   And does the Coast Guard use a particular GPS that's more

```
 1   sophisticated than what you were looking at in this case?
 2   A.   Yes.
 3   Q.   And that Coast Guard GPS is, would you say, much more
 4   accurate than the items that you reviewed in this matter?
 5   A.   Not necessarily.  No.
 6   Q.   Well, you would think that the Coast Guard uses the most
 7   advanced GPS technology out there; correct?
 8   A.   Normally, the GPS units we're using are available to the
 9   public market.
10   Q.   You're aware of the differential GPS?
11   A.   Yes.
12   Q.   Is that what the Coast Guard uses?
13   A.   I suppose it depends on the ship.
14   Q.   Now, you're aware of what's called satellite imagery;
15   right?
16   A.   Yes.
17   Q.   And, in fact, because of our long engagement in Afghanistan
18   and Iraq, satellite images is available to the public because
19   it's used in the news all the time; correct?
20   A.   Sure.  Yes.
21   Q.   Where things are picked up by satellite from miles above
22   the earth --
23   A.   Uh-huh.
24   Q.   -- correct?
25   A.   Yes.
```

1   Q.   And satellite imagery could have been used in this case to

2   pinpoint the vessels out in the Eastern Pacific in this matter;

3   correct?

4   A.   I would not know.

5   Q.   You don't know if that was done in this case; correct?

6   A.   I cannot speak to it.

7   Q.   The dots that we keep seeing -- take a look at

8   number eight, just as an example.

9        How much area of ocean water do those dots represent?  Can

10  you tell --

11  A.   Well, the dots are just a visual depiction of the latitude

12  and longitude of those exact points.  It all depends on how far

13  you're zoomed in.

14  Q.   So when you affix a dot to this chart, you're not

15  specifically stating any type of length or width to the dot?

16  A.   No.

17  Q.   So the distances between the dots, again, is something that

18  is not necessarily reflected in your report?

19  A.   Right.  The report's just a visual depiction of the data,

20  an approximate.

21  Q.   Let me take a look at Number 5.

22       Exhibit 4.  Did you indicate in your report, by any chance,

23  that that area, what you call the "lingering," covered

24  60 square miles?

25  A.   No, I don't believe so.

1   Q.   Do you have an idea of the area of ocean that we're

2   covering here?

3   A.   It's a very small area.  I can use my systems and get an

4   exact answer.

5   Q.   But you didn't indicate that in your report?

6   A.   Not in this report, no.

7   Q.   You would agree that the Coast Guard and U.S. Navy

8   personnel on the scene would be more qualified to give speed

9   distances that are traveling by the vessels than your

10  calculations; would you not?

11       MS. ANTON:  Judge, I'm going to object.  It's a

12  commentary on another witness's testimony.

13       THE COURT:  Overruled.

14       THE WITNESS:  I'm sorry.  Could you repeat the

15  question.

16  BY MR. RODRIGUEZ:

17  Q.   Yes.

18       If the U.S. Navy or U.S. Coast Guard personnel calculated

19  the speed of a particular vessel and they're at the scene,

20  would you believe that that's more accurate than your

21  calculation?

22  A.   I suppose it would depend on a number of factors.

23  Q.   Such as?

24  A.   It would depend on the tools they were using to measure the

25  speed, their experience, my experience, the information I have,

1   the information they had.

2   Q.   If these are seasoned officers that have been on the sea or

3   flying reconnaissance flights on the Air Force and they make

4   those calculations on the scene, would you defer to them or

5   would you stick by your own calculations?

6   A.   It would depend.

7   Q.   On what?

8   A.   So all of my calculations are approximate, based off of

9   data that I have.  Both are accurate in their own right.

10  Again, I would need to know what systems they were using, if

11  they just eyeballed it, if they had tools they were actually

12  using on the aircraft or on the vessel that --

13  Q.   Radar, for example?

14  A.   If they were using radar to calculate the speed, then I'd

15  say their speed is fairly accurate.

16  Q.   So they would be more accurate?

17  A.   Sure.

18  Q.   So if, for example, you were to learn that the calculated

19  speed was 20 knots as opposed to 30 knots an hour based on

20  their observations, that would be more accurate in your book;

21  correct?

22  A.   Sure.  It would also depend on -- yeah.

23  Q.   You were also unable to track any other vessels in the area

24  because this is the only information you were given?

25  A.   Correct.

```
 1   Q.   Thank you, ma'am.  You have a great day.

 2   A.   You, too.

 3             THE COURT:  Let's go ahead and break for lunch and ask

 4   you to be back at 10 minutes after 2:00.

 5             (Jury exited courtroom at 1:08 p.m.)

 6             (Luncheon recess taken from 1:08 p.m. to 2:10 p.m.)

 7             (Jury entered courtroom at 2:10 p.m.)

 8             THE COURT:  Have a seat, everyone.  Good afternoon.

 9             MR. CHAMBROT:  Your Honor, I have no questions for this

10   witness.

11             MR. BERRIO:  Your Honor, neither do I.

12             THE COURT:  Okay.

13                        CROSS-EXAMINATION

14   BY MR. do CAMPO:

15   Q.   Good afternoon, Lieutenant.

16   A.   Good afternoon.

17   Q.   Now, the analysis that you performed that you testified

18   about was based on data that was given to you by other

19   individuals; right?

20   A.   Correct.

21   Q.   The GPS data was extracted and given to you by

22   Mr. Pfrimmer?

23   A.   Yes.

24   Q.   And the tracking information -- who gave you that

25   information?
```

1  A.  The spot tracker data was provided to me by the case agent.

2  Q.  I'm sorry.  Can you repeat that.

3  A.  I'm sorry.  Provided to me by the case agent.

4  Q.  The case agent.  Okay.

5      And as with any analysis, if the data you were given is

6  defective, that'll impact your analysis; right?

7  A.  Yes.

8  Q.  Garbage in, garbage out, they say; right?

9  A.  Sure.

10  Q.  And you had nothing to do with putting together that data,

11  the raw data?

12  A.  Right.

13  Q.  One second.

14      Okay.  This is probably the best image.

15      And this is Government's Exhibit 40.  Do you see that?

16  A.  Yes.

17  Q.  Let me zoom it in a little bit so you can see the detail

18  that I want to ask you a question about.

19      That -- 003, that's a waypoint; correct?

20  A.  Right.

21  Q.  And waypoints don't happen automatically.  They have to be

22  entered; right?

23  A.  Correct.

24  Q.  And when someone enters a waypoint, the time that they put

25  in the waypoint is entered; correct?

1    A.   Correct.

2    Q.   And you, I believe, testified that the 003, that

3    location -- that latitude and longitude location, coincided

4    with where the debris field was dumped or where the items were

5    dumped?

6    A.   Coincided with the reported location of the jettison.

7    Q.   Of the jettison.   That's the best word to use.   Thank you.

8         And based on your analysis, it appears as though somebody

9    programmed that location in the GPS where the items were

10   jettisoned; correct?

11   A.   Right.

12   Q.   Now, using a waypoint -- once you enter a waypoint, it's

13   fixed; right?

14   A.   It can be moved.

15   Q.   But you have to move it?

16   A.   Correct.   You have to move it.

17   Q.   For instance, let's just say I went to a field and I buried

18   a treasure and I marked that point.

19        I can come back at some future time and find that pretty

20   much exact spot; right?

21   A.   Right.

22   Q.   But in this particular case, the items that were jettisoned

23   were floating in the ocean; correct?

24   A.   Correct.

25   Q.   So by marking the waypoint, if you came back at a later

1   time, it's unlikely that you would find the items that were

2   jettisoned?

3   A.   It would give you the last known location of the --

4   Q.   Last known location.

5   A.   -- items to search from.

6   Q.   Depending on the currents and the winds, that item very

7   likely would be in some other location; right?

8   A.   Right.

9   Q.   Now, if you wanted to track that item, would the spot

10  tracker be able to help you do that?

11  A.   If the spot tracker was on the device and transmitting,

12  yes.

13  Q.   In this particular case, was the spot tracker on the device

14  and transmitting, to your knowledge?

15  A.   Yes.

16       MR. do CAMPO:  Thank you.  I have no further questions.

17       MS. PINERA-VAZQUEZ:  On behalf of Mr. Martinez, we have

18  no questions.

19       MR. ENCINOSA:  No questions, Your Honor.

20       THE COURT:  Redirect?

21       MS. ANTON:  Yes.  Briefly, Your Honor.

22                    REDIRECT EXAMINATION

23  BY MS. ANTON:

24  Q.   Lieutenant Wilson, you were just asked about the spot

25  tracker versus the GPS with tracking the jettison field --

1    A.   Yes.

2    Q.   -- right?

3         So with the Spot Tracer, that device, can you actually look

4    at it with your own eyes and see where it's been or where it

5    was?  Can you get any information from looking at it?

6    A.   No, you cannot.

7    Q.   How do you get that information from the Spot Tracer?

8    A.   You have to be logged in to the associated account on the

9    computer or with their cell phone app.

10   Q.   So if I'm hypothetically on a boat, right, and I drop my

11   sweater overboard and I say, "I dropped my sweater" and want to

12   mark a waypoint for it, I could, in theory, come back later and

13   try to find it based on that?

14   A.   Right.

15   Q.   But I couldn't do that with a Spot Tracer, could I?

16   A.   No, you cannot.

17   Q.   In terms of finding that sweater again, if I were someone

18   who was familiar with the ocean and familiar with the sea and

19   knew that there was a drift, like a fisherman -- would you

20   agree that a -- fishermen are likely familiar with the sea? --

21   A.   Yes.

22   Q.   -- you would be able to calculate with a pretty good

23   certainty of where that sweater may be?

24        MS. PINERA-VAZQUEZ:  Objection.  Leading.

25        MR. BERRIO:  Objection, Your Honor.  She's not

1    qualified as a fisherman -- expert fisherman.

2           THE COURT:  Sustain the objection to leading.

3           MS. ANTON:  I'm sorry.  I didn't hear that.  Sustain

4    the objection to leading?

5           THE COURT:  Sustain the objection to leading.

6    BY MS. ANTON:

7    Q.  I know you're not an expert fisherman.  But you are

8    familiar with the sea?

9    A.  Yes.

10   Q.  And someone who's familiar with the sea would likely be

11   able to recover something if they could account for a drift.

12   Would you agree that's true?

13   A.  Yes.

14   Q.  Let's talk about the GPS data that you reviewed.

15          You aren't the one who extracted it; is that correct?

16   A.  Correct.

17   Q.  That was Lieutenant Pfrimmer -- Officer Pfrimmer; right?

18   A.  (No verbal response.)

19   Q.  But you did do those extractions and you are qualified to

20   do that extraction?

21   A.  Correct.

22   Q.  And you, in fact, taught him how to do the extractions?

23   A.  Correct.

24   Q.  When you review the raw data, are you able to look at the

25   raw data of the extraction and determine whether or not there's

1    been an error in the extraction?

2    A.   Yes.

3    Q.   And did you find any errors in this case?

4    A.   No, not that I see.

5    Q.   Okay.  Now, we were talking about the ability to record

6    with satellite imagery.  If you recall, on cross-examination

7    you were asked that.

8         District 11, is that where you are now?

9    A.   No.

10   Q.   District 7?

11   A.   I was at District 7 previously, but now at DC.

12   Q.   Did District 7 or District 11 or DC -- any of those

13   location, does the United States Coast Guard have the ability

14   to reposition the satellite up in space and focus in on a panga

15   in the middle of the Eastern Pacific?

16   A.   Not to my knowledge.

17   Q.   Okay.  So in regards to the diagram that you've created,

18   you were asked about the GPS points, the orange and the yellow

19   circles, and how close they were to each other at different

20   intervals.  You were asked that on cross-examination.

21        At one point, the defense attorney asked you about

22   following another car; right?  We were talking about how close

23   these points are to each other and, in the context of your

24   testimony as to they were the same vessel.  Okay?

25        So my question to you is:  The hypothetical that was posed

1    to you was regarding a car and following behind the car.

2         Would you agree that you are able to tailgate and follow

3    behind a car and, if that car stops, you could slam on your

4    brakes and stop as well?

5    A.   Sure.

6    Q.   Can you transfer that analogy to the high seas?

7         Are you able to tailgate a boat and bring that boat to a

8    stop if the boat in front of you stops?

9    A.   No, not as --

10   Q.   So are you able to trail behind a boat in the same was that

11   you would trial behind a car?

12   A.   No, not in the same way.

13   Q.   Is there a safe distance that's recommended, even by the

14   Coast Guard, as to how far you should be from the next boat in

15   front of you in the high seas?

16   A.   Not necessarily a standard but, rather, a recommendation,

17   recommendations for towing and how far the tow should be for it

18   to be safe, recommendations of how close you should come before

19   taking evasive maneuvering.

20   Q.   And what's a recommendation for towing?

21   A.   It would depend on the type of vessel being towed.

22   Q.   And the size of the vessel?

23   A.   Right.

24   Q.   The space that you calculated between the two dots, that

25   led you to believe that they were, in fact, traveling on the

1    same vessel.

2          Was that your expert opinion that you rendered?

3    A.   Yes.

4          MS. PINERA-VAZQUEZ:  Objection.  Leading.

5          THE COURT:  Overruled.

6    BY MS. ANTON:

7    Q.   That was the expert opinion that you rendered?

8    A.   Yes.

9    Q.   Has any information -- or your opinion changed after the

10   questions on cross-examination?

11         You're still of the opinion that those waypoints were

12   marked in that way, track points, because they are, in fact, on

13   the same vessel?

14   A.   Yes.

15         MS. ANTON:  I have no further redirect.

16         THE COURT:  Thank you.  You may step down.

17         THE WITNESS:  Thank you.

18         (Witness excused.)

19         THE COURT:  Call your next witness.

20         MS. ANTON:  Your Honor, at this time the United States

21   of America rests its case.

22         THE COURT:  Ladies and gentlemen, I need to talk to the

23   lawyers briefly.  So I'll ask that you recess and then we'll

24   try to get started on the defense case shortly.

25         COURTROOM DEPUTY:  All rise for the jury.

1              (Jury exited courtroom at 2:21 p.m.)

2              THE COURT:  Okay.  Who wants to go first?

3              MR. ABRAMS:  Your Honor, on behalf of Gabriel

4     Garcia-Solar, initially, we would renew the pending -- well, I

5     guess it's not pending -- but we would renew the motion to

6     dismiss based on the lack of jurisdiction of this Court.

7              Your Honor's heard the other arguments in regard to the

8     jurisdictional question, but now we know that there is an

9     additional document, a lengthy document, which was provided to

10    the Coast Guard.

11             The Coast Guard apparently considered it insignificant,

12    discarded that document, and it's the defense position that,

13    had that document been provided to the Coast Guard, then

14    transmitted to Mexico, it would have assisted them in

15    identifying the vessel as being one of Mexican registry.

16             In our case, the statutes say it's for this Court to

17    determine jurisdiction.  We know this is not an argument for

18    the jury, but it's for this Court to determine jurisdiction.

19             And the fact that the Government discarded a document

20    which could have assisted in the identification of the vessel

21    further goes to our argument that the Coast Guard paid mere lip

22    service to the requirement of making inquiry of the claimed

23    country of nationality of the vessel.

24             Here you had an individual who claimed to be the

25    captain, claimed the vessel was Mexican, and then they were

1    provided with documentation.

2         Now, there's no testimony as to exactly what that

3    documentation was because the Government didn't call the

4    interpreter, who was the only person who was out there for the

5    Government who could read the document.

6         But based on the arguments previously raised, the added

7    argument now in regard to destruction of something which could

8    have aided in identification of the vessel showing that the

9    Government paid mere lip service to the statute to make inquiry

10   and prove -- and in regard to the jurisdictional issue, we

11   would move to dismiss.

12        THE COURT:  Well, that's pure speculation.  So it will

13   be denied.

14        MR. ABRAMS:  Yes, sir.

15        Your Honor, in -- pursuant to Rule 29 of the Federal

16   Rules of Criminal Procedure, I'd move for judgment of acquittal

17   as to each count in which Mr. Garcia-Solar is charged, arguing

18   that the Government has failed to prove a prima facie case

19   warranting that this matter go forward.

20        Judge, in addition to factually -- and Your Honor's

21   heard all the facts of this case -- I'm going to point out

22   something which I've never heard before and which, to me, is

23   very problematic for the Government, which is no witness, no

24   witness, of the 12 or 13 that the Government brought in and

25   testified from that chair pointed to any of the seven

1    Defendants in this case and say, "That person was onboard the

2    boat."  Not once was Your Honor asked, "Would the record

3    reflect the identification of...." and go down the list.

4         There is one witness -- and that was Officer Higgins --

5    who said, "The seven guys are here."  But at the time Officer

6    Higgins made that statement, there were well in excess of seven

7    men in this courtroom.  And he was never asked to look at the

8    picture and look at the guys and say, "Do you see the people in

9    that picture sitting in this courtroom?"

10        THE COURT:  Let me -- not to break up your argument --

11        MR. ABRAMS:  Yes, sir.

12        THE COURT:  -- but I thought the Government asked me to

13   let the record reflect the identification of each of the

14   Defendants, and I said, "The record so reflects," and I think

15   the record will reflect that.

16        MR. ABRAMS:  If that's there, then I missed that.

17        I'm used to it being asked, "Who do you see?"  Then

18   they're asked -- "Well, the first gentleman, I don't know his

19   name, but the gentleman wearing the blue shirt, who's" -- and

20   okay -- I did not hear that.

21        THE COURT:  Okay.

22        MR. ABRAMS:  Okay.  Aside from that, Judge, we would

23   simply argue at this juncture that the Government's failed to

24   prove a prima facie case, and I'm not going to argue that in

25   addition.

1          THE COURT:  All right.  Anybody else?

2          MR. RODRIGUEZ:  Yes, Your Honor.

3          Judge, on behalf of the Defendant Barrera-Montes, we

4    also move under Rule 29 for judgment of acquittal for the

5    Government's failure to present evidence showing an agreement

6    between the Defendants to commit possession of cocaine with

7    intent to distribute or to possess cocaine.

8          The evidence that most showed that Mr. Montes was on a

9    panga stopped by the Coast Guard, no one testified that he was

10   identified on the panga with the cocaine.  He was not

11   identified as the person who was throwing anything off the

12   panga.  And, in fact, there was no evidence of any trace

13   evidence of cocaine on the panga on which he was found.

14         He was obviously not found in possession of cocaine or

15   even of any navigational device.  The evidence did not show

16   that his fingerprints or DNA were on any of the items recovered

17   and introduced into evidence.

18         And the evidence did not show in any way that he was

19   responsible for the trajectory of the panga or that he was in

20   charge of the panga.  And there was no evidence that he

21   admitted that he was in any way involved in this conspiracy or

22   possession.

23         In addition to that, we renew all our motions.  We

24   adopt the motion by Mr. Abrams as to the jurisdictional issue

25   and the *Crawford* hearsay objection to Officer Hadley's

1    testimony.

2              THE COURT:  Thank you.

3              MR. CHAMBROT:  If Your Honor would allow me, I would

4    adopt the previous two motions in order to expedite time.

5              THE COURT:  Thank you.

6              MR. BERRIO:  Your Honor, on behalf of Jose Candelario

7    Perez-Cruz, we would also like to adopt the previous attorneys'

8    arguments on Rule 29 and the jurisdictional issue and

9    everything else they argued.

10             Thank you, Your Honor.

11             THE COURT:  Thank you.

12             MR. do CAMPO:  Your Honor, we would also move for a

13   judgment of acquittal, adopt all previous arguments made.

14             I do want to say specifically, Your Honor, that,

15   while -- I don't recall the Government ever asking the Court or

16   the record to reflect that the clients have been identified.

17   And if it's in the record, it's in the record.

18             But even if it's in the record, no one has ever

19   identified my client, Jose Villez-Pico.  And the jury's going

20   to be instructed that they have to make an independent

21   determination as to every Defendant and as to every count, and

22   I don't see how this jury, based on this case, can look at the

23   indictment and look at the verdict form and say, "Yeah, Jose

24   Villez-Pico did this," because no one's ever matched up my

25   client with the image there with a name, and I've just never

1   seen that before.

2       THE COURT:  Well, you know, I said the record's going

3   to reflect what it reflects.  But I do seem to recall being

4   asked to do that and, as a predicate for that request, the

5   witness was shown the picture -- shown pictures, asked if these

6   are pictures of the individuals, can you look and do you see

7   those individuals here in court today.  I can't -- I'm not

8   quoting it verbatim, but -- and said, "Yes."

9       Now, they didn't say, "Can you pick out Sam Jones?"

10  Because he may not have known the names.  He doesn't need to

11  know their names.  He just needs to know these are the people.

12      But if I'm -- and we can ask the court reporter to see

13  at some point -- I don't want to do it right now -- to see if

14  we can identify which witness that was and what exactly

15  transpired, but -- now, I haven't heard from the Government yet

16  on that point, but I'll be happy to allow the response.

17      MS. VIAMONTES:  Your Honor, it was Coast Guard Officer

18  Higgins.  And the Court is correct.

19      I showed Officer Higgins -- I could tell you which

20  exhibit it was, I believe, that I showed him.  It was a

21  photograph of the Defendants on panga, Government's Exhibit

22  Number 18.

23      And when I asked him about Government's Exhibit 18 and

24  if those were the individuals who he interacted with on

25  October 18th, 2016, he said, "Yes, those gentleman over there."

1   He pointed at them.

2          And I said -- I asked him, "Well, did you have an

3   opportunity to look about the courtroom this morning?"

4          And he said, "Yes."

5          I said, "The individuals that you interacted with on

6   the panga on October 18th, 2016, are they here in the courtroom

7   this morning?"

8          He said, "Yes."  He pointed in the direction of the

9   Defendants.

10         I asked the Court for the record to reflect that he's

11  pointed to the Defendants.

12         I specifically asked him, "You don't remember each

13  person's name, do you?"

14         He said, "No.  I don't remember each person's name."

15         Furthermore, the Government moved into evidence

16  Government's Exhibit 65, which was a spreadsheet with the

17  Defendants' names and the number they were given.  It does show

18  the Defendants' names and the names that are listed in the

19  indictment.

20         Furthermore, defense moved in a disc with all of the

21  photographs that were taken in this case, and among those

22  photographs are photographs of each and every individual

23  Defendant once they were changed into the Tyvek suits with

24  their name and their nationality.  So they even moved in

25  evidence as to the identity of the Defendants.

1          So, Your Honor, I believe that the Government has

2     clearly established the identity of the Defendants and the

3     evidence before the jury is more than sufficient to find that

4     these gentlemen here, the Defendants seated here today, are the

5     Defendants who were apprehended out at sea.

6          THE COURT:  Well, you mentioned the pictures that -- I

7     don't know if it was Higgins or some other witness -- but

8     testified to the processing of the Defendants and that each of

9     them was taken -- an individual picture, front and side, with

10    the -- I think country of origin.

11         MS. VIAMONTES:  Correct.

12         THE COURT:  But I seem to recall those pictures being

13    hard-copied or at least shown up on the screen.

14         MS. VIAMONTES:  There were -- I apologize, I didn't

15    mean to interrupt, Your Honor.

16         There were hard copies of individual photographs of

17    each Defendant in the clothing that they were wearing when they

18    were taken off the panga, and there was also -- and those were

19    identified by the witnesses.

20         THE COURT:  And are they in evidence?

21         MS. VIAMONTES:  And they're in evidence.

22         THE COURT:  And what exhibit number are they?

23         MS. VIAMONTES:  Those are Exhibit Numbers --

24    Exhibit 19.  Exhibit 19 is a --

25         THE COURT:  19 through 25, as I recall, or 19 --

1          MS. VIAMONTES:  19 all the way through 25.

2          THE COURT:  Okay.  So, I mean, this idea that there's

3    been no identification is just not supported.  There was ample

4    testimony specific as to each individual.

5          And to the point -- I mean, by all means, if you want

6    to get up there and argue to this jury that these are not the

7    people that were apprehended on that boat on that day, be my

8    guest.

9          If that is what you're hanging your hat on, you know,

10   you've got a big hope out there, a leap that you've got to get

11   to.

12         But in addition to the indictment, in addition to the

13   verdict form, they are going to be presented with that

14   evidence.  It's going to be in front of them.

15         So, you know, I think there's a mountain of evidence as

16   to these are the individuals that were apprehended at sea on

17   that day.  But if you think that, as a matter of law -- I mean,

18   that's the ruling I'm making now -- that it's not even close.

19         But identification is an issue and, if you want to make

20   an argument of that, I'll even go one step further.  Ask me for

21   the identification instruction, but you've got to promise me

22   that you're going to make the argument.

23         Anybody want that instruction?  I don't hear any yeses.

24   So we've closed the loop on that one.

25         Who's next?

 1          MS. PINERA-VAZQUEZ:  On behalf of Martin Ortiz, I'd

 2    adopt the arguments of my colleagues.  I'd also add -- renew

 3    all our motions -- whatever motions to dismiss or motions that

 4    I filed.

 5          I'd also like to renew the motion for the *Crawford*

 6    issue on behalf -- that goes directly to the elements of the

 7    charges in the indictment, Your Honor.

 8          And our position is that -- on behalf of Ortiz, that

 9    the Government's failed to make a prima facie case pursuant to

10    Rule 29.

11          THE COURT:  Thank you.

12          This is the third time the argument has come up on

13    cross and I have not given the Government an opportunity to

14    respond to that.  And I'm not suggesting that it's necessary,

15    but if you want to say something, feel free.

16          MS. VIAMONTES:  Your Honor, as to the *Crawford* argument

17    that's being made, again, the testimony would not go to an

18    element of the offense.  It was to jurisdiction, which is not

19    before this jury.

20          Furthermore, what the interpreter said was brought in

21    through the witnesses.  They relied on interpreters.  And

22    merely for jurisdiction.  Therefore, we don't believe there is

23    a *Crawford* violation and the should stand by its ruling.

24          Furthermore, they could have subpoenaed any witness

25    that they wanted, and they chose not to subpoena those

 1    witnesses.

 2          Your Honor, we have a few more arguments we want to

 3    make in terms of motions regarding arguments for closing, but

 4    we could save those based on that issue.

 5          THE COURT:  We're not done yet with this.

 6          MS. PINERA-VAZQUEZ:  May I respond, Your Honor?

 7          THE COURT:  All right.

 8          MS. PINERA-VAZQUEZ:  Well, Your Honor, actually, the

 9    law is that it's a *Crawford* violation if the testimony of an

10    interpreter comes in through a witness.

11          That is testimonial evidence and the defense, on behalf

12    of my client, has an opportunity to challenge what supposedly

13    he told the interpreter and what the interpreter -- what she

14    understood and what he responded.

15          We did not subpoena -- because I'd like to address that

16    point.  We did not subpoena Ms. Barajas because she was on the

17    witness list of the Government.

18          So we saw her on the witness list.  So there was no

19    reason for her not to testify, especially when we knew --

20    at least I knew -- especially when I knew that it was

21    testimonial.

22          So that's our position, that pursuant to

23    *United States v. Charles* -- and, by the way, I cited it wrong

24    last time.  The actual citation for that case is 722 F.3d 1319.

25          THE COURT:  Well, what was this witness's name?

1          MS. VIAMONTES:  It's Officer Barajas.

2          And, Your Honor, just so that we're clear, the witness

3    list wasn't filed till the day before trial.  So if they were

4    going to subpoena her, they were going to subpoena her way

5    before we filed our witness list.  Us putting her on the

6    witness list had nothing to do with their decision to not

7    subpoena her.

8          THE COURT:  Well, I agree on both counts.  The fact

9    that they put him on the witness list the day before trial --

10   they're not even obligated to produce a witness list.

11         But the fact that they did put an individual's name on

12   the witness list the day before trial does not relieve opposing

13   counsel of the obligation to use compulsory process to compel

14   the attendance of witnesses that they believe are necessary,

15   so --

16         MS. PINERA-VAZQUEZ:  Actually, Judge, it's not

17   compulsory process.  We have a right to confront witnesses'

18   testimonial statements.  It's a *Crawford* issue.-

19         THE COURT:  You have a right to compulsory process.

20         MS. PINERA-VAZQUEZ:  Right.  But it's not our burden.

21         THE COURT:  You chose not to --

22         MS. PINERA-VAZQUEZ:  It's not our burden.

23         THE COURT:  I'm not saying it is your burden.  But you

24   have the right.

25         MS. PINERA-VAZQUEZ:  Absolutely.

1          THE COURT:  You chose not to do it.

2          MS. PINERA-VAZQUEZ:  No, I didn't choose not to.  The

3     witness was allowed to testify to hearsay and not allowed to

4     confront the witness.

5          THE COURT:  I'm talking about Barajas.  You could have

6     subpoenaed Barajas.

7          MS. PINERA-VAZQUEZ:  Judge, that's a separate issue

8     than confrontation.  We'll deal with it if we have to.

9     Hopefully, we'll never have to deal with it, Judge.

10          THE COURT:  Your point, though, was you didn't do it

11     because, for some reason, you thought you were being misled by

12     Government counsel putting that name on the witness list.

13          MS. PINERA-VAZQUEZ:  No, that's not my point at all,

14     because I read all the discovery in this case, and she was the

15     interpreter in all of the discovery that was provided in the

16     package 11 months ago.

17          THE COURT:  I'm not talking about the *Crawford* issue.

18     I'm talking about, if you had wanted this witness in court, you

19     could have done it.

20          MS. PINERA-VAZQUEZ:  No, I didn't want -- I don't care

21     about the witness.  I just think that my client has a right to

22     cross-examine when hearsay is based on testimonial statements.

23     That's my only position and that it's a *Crawford* violation.

24          THE COURT:  All right.  You could have subpoenaed the

25     witness.

1          All right.  Next.

2          MR. ENCINOSA:  Yes, Your Honor.

3          Lastly, Judge, on behalf of my client,

4    Mr. Lucas-Franco, I also renew those previous motions and

5    objections.  I adopt all my co-counsel's arguments with regard

6    to jurisdiction, lack of ID and *Crawford*.

7          And I move for a judgment of acquittal based on lack of

8    prima facie case.  With regards to the conspiracy count, I

9    think that, at best, it's mere association -- mere presence.

10         And those are my grounds, Judge.

11         THE COURT:  Okay.  Anybody else?

12         MR. ABRAMS:  Judge, are all motions adopted by

13   everybody?  I'd like to adopt my --

14         THE COURT:  I think for the third time I'll say that.

15         MR. ABRAMS:  I know we did it in terms of objections

16   just in terms of the Rule 29.

17         THE COURT:  That, too.

18         MR. ABRAMS:  Yes, sir.  Thank you.

19         THE COURT:  Let me say all motions.  We didn't specify

20   which ones.  We just said all.

21         MR. ABRAMS:  Okay.

22         THE COURT:  Okay.  Viewing the evidence in the light

23   most favorable to the Government, including all reasonable

24   inferences and credibility choices that can be drawn therefrom,

25   I'm satisfied that there is sufficient evidence that's

```
 1   presented from which a reasonable jury could find all

 2   Defendants, all seven of them, guilty on each of the counts.

 3           All right.  Are we ready to go?

 4           MR. ABRAMS:  Yes, sir.

 5           THE COURT:  Bring the jury back in.

 6           Call your first witness.

 7           MR. ABRAMS:  Judge, to avoid -- I can set everything up

 8   and -- I'll set everything up.

 9           THE COURT:  Okay.  You got a witness?

10           MR. ABRAMS:  Yes, sir, by video.

11           THE COURT:  All right.

12           MR. ENCINOSA:  Judge, I've been getting headaches.  I

13   don't know if it was --

14           THE COURT:  Turn it off.  Turn it off.

15           (Referring to light from the projector in courtroom.)

16           MR. ENCINOSA:  No, because of the cocaine yesterday

17   or --

18           THE COURT:  Oh, really?

19           MR. ENCINOSA:  -- and I've been getting dizzy and

20   everything here, so -- and, also, the light is bothering me.

21           THE COURT:  Yeah, turn the light off.

22           I can't help you on the other one.

23           COURTROOM DEPUTY:  Well, they're going to show the

24   video.

25           MR. ENCINOSA:  Can I move my seat around here so I
```

1    don't get it in my eyes?

2             COURTROOM DEPUTY:  That's the easiest thing to do.

3             (Jury entered courtroom at 2:40 p.m.)

4             THE COURT:  Okay.  Have a seat, everyone.

5             MR. ENCINOSA:  Can I sit here, Judge?

6             THE COURT:  Can you pull the chair over, that chair

7    that -- your chair.

8             COURTROOM DEPUTY:  That's another chair.  It works the

9    same.

10            THE COURT:  He's got a chair right there, his own

11   chair.

12            COURTROOM DEPUTY:  There might be something blocking

13   it.

14            THE COURT:  I mean, if you can do it.

15            COURTROOM DEPUTY:  There you go.

16            THE COURT:  Okay.  Call your first witness.

17            MR. ABRAMS:  Yes, Your Honor.

18            At this time, Gabriel Garcia-Solar calls Ramon

19   Garcia-Solar by videotaped testimony.

20            May we distribute transcripts?

21            THE COURT:  Okay.

22            MR. ABRAMS:  Judge, to make things easier for the court

23   reporter, we're happy to agree to just incorporating the

24   transcript.  However, whatever's easier is fine with us.

25            THE COURT:  Is everybody in agreement with that?  Does

1    anybody have a problem?

2            MR. ENCINOSA:  No problem, Judge.

3            THE COURT:  From either side?

4            MS. VIAMONTES:  No objection.

5            THE COURT:  Okay.  She gets the afternoon off.

6            (Whereupon, part one of the videotaped deposition of

7    Ramon Garcia-Solar, which was taken on April 25, 2017, at the

8    Hotel Marriott in Mexico, will now be played for the Judge and

9    Jury.)

10            (Chief District Court Judge K. Michael Moore and all

11   counsel agreed to incorporating the transcripts of the

12   videotaped depositions that were played during this trial in

13   lieu of the court reporter simultaneously recording same.)

14            (Videotaped deposition part one commencing in open

15   court at 2:41 p.m. to 4:07 p.m.)

16            (Videotaped deposition part one concluded.)

17            THE COURT:  Is this a good place to take a break?

18            (Jury exited courtroom at 4:15 p.m.)

19            (Recess taken from 4:15 p.m. to 4:30 p.m.)

20            (Jury entered courtroom at 4:30 p.m.)

21            THE COURT:  All right.  Be seated.

22            MR. ABRAMS:  Your Honor, I neglected to do so before.

23            At this time, we would respectfully move into evidence

24   Defendant Garcia-Solar's Exhibits, W1 through W3, which is the

25   videotaped testimony that we're listening to at the present

1  time, together with the corresponding transcripts, which will

2  be labeled W1-A, as well as the videotaped testimony,

3  Exhibits X, Y and Z, with corresponding transcripts, X1, Y1 and

4  Z1.  I will not be publishing all of them.

5          THE COURT:  Okay.  So any objection?

6          MS. VIAMONTES:  No, Your Honor.

7          THE COURT:  Be admitted.

8          MR. ABRAMS:  Thank you.

9          (Defendant Garcia-Solar's Exhibits W1, W2, W3, W1-A, X,

10  Y, Z, X1, Y1, and Z1 admitted into evidence.)

11         MR. ABRAMS:  Your Honor, we will now publish the --

12  this would be W2, the second part of the testimony of Ramon

13  Garcia-Solar.

14         Would it be of assistance if we mention page numbers

15  every five pages?  I don't know if that would be of assistance

16  to the jurors, if they're following along okay?

17         THE COURT:  Everyone's all right?

18         THE JURY:  (Collectively):  Yes.

19         THE COURT:  Okay.

20         (Whereupon, part two of the videotaped deposition of

21  Ramon Garcia-Solar, which was taken on April 25, 2017, at the

22  Hotel Marriott in Mexico, will now be played for the Judge and

23  Jury.)

24         (Chief District Court Judge K. Michael Moore and all

25  counsel agreed to incorporating the transcripts of the

1    videotaped depositions that were played during this trial in

2    lieu of the court reporter simultaneously recording same.)

3             (Videotaped deposition part two commencing in open

4    court at 4:32 p.m. to 5:31 p.m.)

5             (Videotaped deposition part two paused.)

6             THE COURT:  Do you want to stop?  We'll pick up there

7    tomorrow, all right.

8             See everybody tomorrow morning at 8:30.

9             (Jury exits courtroom at 5:33 p.m.)

10            (Continued to Day 5 of 5.)

11

12

13

14                    C E R T I F I C A T E

15

       I hereby certify that the foregoing is an
16
       accurate transcription of the excerpt of the.
17
       proceedings in the above-entitled matter.
18

19
       January 20th, 2018    /s/Glenda M. Powers
20     DATE                   GLENDA M. POWERS, RPR, CRR, FPR
                              Official Federal Court Reporter
21                            United States District Court
                              400 North Miami Avenue, 08S33
22                            Miami, Florida 33128

23

24

25

## $

**$100,000** [1] - 70:7
**$12,000** [1] - 116:8
**$1500** [1] - 136:9
**$20** [2] - 78:21, 122:4
**$20,000** [1] - 146:17
**$26** [1] - 133:9
**$26,000** [1] - 143:17
**$26,320,000** [1] - 138:8
**$260** [1] - 146:10
**$28,000** [1] - 142:23
**$300** [1] - 91:17
**$36,000** [2] - 78:7, 145:11
**$50,000** [1] - 109:16
**$500,000** [1] - 63:4

## /

**/s/Glenda** [1] - 236:19

## 0

**001** [3] - 24:8, 24:11, 168:8
**002** [2] - 24:8, 24:11
**003** [14] - 21:15, 167:15, 167:16, 168:11, 168:13, 168:16, 183:14, 183:19, 183:20, 183:21, 185:7, 185:25, 210:19, 211:2
**01-set-16** [2] - 22:2, 23:12
**01:32** [1] - 180:18
**027** [2] - 186:13, 187:9
**075** [1] - 168:8
**08S33** [2] - 2:17, 236:21

## 1

**1** [18] - 1:10, 75:7, 78:9, 78:10, 141:12, 142:14, 142:15, 175:18, 177:10, 186:4, 197:3, 197:13, 197:24, 198:12, 198:21, 198:23, 200:4
**1-kilogram** [1] - 75:22
**10** [9] - 95:23, 140:6, 140:24, 145:12, 146:17, 148:7, 177:4, 177:25, 209:4
**10,000** [1] - 121:18

**10,000-dollar** [1] - 91:19
**10-10** [1] - 172:1
**10-11** [3] - 171:22, 172:1, 173:18
**10-17** [2] - 177:4, 177:5
**10-18** [2] - 184:15, 187:3
**10.8** [1] - 186:11
**100** [2] - 3:14, 120:2
**103** [1] - 3:14
**106** [1] - 3:15
**10:01** [1] - 187:3
**10:25** [2] - 95:24, 95:25
**10:33** [1] - 178:23
**10:36** [1] - 96:1
**10:40** [1] - 188:8
**11** [6] - 3:7, 108:1, 179:4, 215:8, 215:12, 230:16
**11-5-16** [2] - 52:7, 52:25
**11-week** [1] - 54:23
**110** [1] - 3:15
**115-horsepower** [1] - 177:14
**11:18** [1] - 179:3
**11th** [5] - 161:16, 172:4, 173:2, 193:16, 193:22
**12** [2] - 88:21, 219:24
**12-18** [2] - 23:8, 23:9
**12-8** [2] - 23:14, 23:17
**12-8-2016** [1] - 22:24
**120** [1] - 140:22
**124** [1] - 3:16
**127** [1] - 3:16
**12:43** [3] - 179:11, 198:19, 199:18
**13** [2] - 1:5, 219:24
**1319** [1] - 228:24
**14,000-dollar** [2] - 27:16, 41:18
**14.7** [1] - 179:5
**143** [1] - 3:17
**146** [1] - 3:17
**147** [1] - 3:20
**1482016** [1] - 28:4
**14th** [4] - 161:16, 169:4, 170:21, 175:17
**15** [4] - 3:7, 179:5, 180:23, 180:25
**15,000-dollar** [1] - 121:18
**15-passenger** [1] - 106:6

**15.1** [1] - 179:8
**15.5** [1] - 179:10
**150** [3] - 16:2, 46:17, 58:21
**159** [1] - 5:6
**16** [1] - 142:9
**16th** [1] - 193:22
**17** [2] - 3:8, 180:21
**17th** [6] - 175:20, 177:24, 178:1, 178:3, 179:3, 193:22
**18** [4] - 58:15, 58:22, 223:22, 223:23
**185** [1] - 194:10
**18th** [5] - 57:5, 151:12, 161:17, 223:25, 224:6
**19** [5] - 225:24, 225:25, 226:1
**190** [1] - 3:20
**19th** [1] - 22:13
**1:00** [1] - 180:5
**1:08** [2] - 209:5, 209:6
**1:54** [1] - 177:24
**1st** [1] - 170:22

## 2

**2** [9] - 72:1, 91:16, 141:15, 142:1, 176:18, 197:12, 197:14, 198:13, 200:5
**2.2** [2] - 73:7, 75:7
**2.2-pound** [1] - 75:22
**20** [21] - 3:8, 73:3, 103:4, 104:6, 110:24, 113:5, 122:6, 134:23, 139:16, 139:17, 180:19, 180:24, 180:25, 187:14, 195:20, 195:23, 195:25, 196:1, 196:3, 208:19
**20-foot** [1] - 104:16
**20-million-dollar** [1] - 109:17
**20-some** [1] - 84:10
**20-year** [1] - 113:10
**200** [3] - 63:19, 120:2, 143:6
**2000s** [1] - 96:21
**2006** [1] - 116:7
**2007** [1] - 116:7
**2015** [2] - 11:13, 11:14
**2016** [7] - 38:8, 58:15, 58:22, 170:21, 170:23, 223:25, 224:6

**2017** [3] - 1:5, 234:7, 235:21
**2018** [1] - 236:19
**202** [1] - 3:21
**209** [1] - 3:21
**20th** [2] - 54:16, 236:19
**21.2** [1] - 179:7
**210,560,000** [1] - 143:4
**212** [1] - 3:22
**217** [1] - 4:3
**21st** [1] - 54:17
**221** [1] - 4:4
**227** [1] - 4:5
**231** [1] - 4:6
**234** [1] - 4:12
**235** [5] - 4:14, 5:9, 5:10, 5:11, 5:12
**24** [1] - 3:9
**24-footer** [1] - 119:19
**240** [1] - 140:23
**25** [4] - 225:25, 226:1, 234:7, 235:21
**26** [3] - 122:15, 143:5, 146:10
**26,000** [1] - 143:19
**26,800,000** [1] - 122:7
**26-foot** [2] - 136:16, 137:3
**26-million-dollar** [1] - 121:19
**268** [1] - 1:10
**27** [1] - 4:4
**28** [2] - 143:5, 145:11
**28,000** [6] - 78:7, 138:5, 138:8, 142:25, 143:19, 143:20
**29** [5] - 219:15, 221:4, 222:8, 227:10, 231:16
**2:00** [2] - 180:6, 209:4
**2:10** [2] - 209:6, 209:7
**2:21** [1] - 218:1
**2:38** [1] - 170:23
**2:40** [1] - 233:3
**2:41** [1] - 234:15

## 3

**3** [3] - 6:1, 72:1, 197:2
**3.6** [1] - 177:10
**30** [15] - 73:3, 139:16, 139:17, 139:20, 140:1, 186:12, 187:14, 187:16, 189:1, 189:2, 189:3, 189:5, 189:6, 189:8, 208:19

**300** [1] - 166:17
**31** [2] - 24:25, 175:17
**32** [2] - 91:1, 156:16
**33** [4] - 89:16, 186:11, 186:15, 187:16
**33,840,000** [1] - 138:11
**33128** [2] - 2:18, 236:22
**33394** [1] - 1:23
**34** [2] - 76:25, 77:5
**3406** [1] - 52:25
**347** [2] - 186:11, 187:9
**35** [2] - 138:19, 156:16
**36** [7] - 5:4, 49:19, 53:3, 53:5, 106:12, 143:20, 143:21
**36,000** [2] - 138:5, 138:10
**37** [4] - 5:5, 49:19, 53:3, 53:5
**38** [3] - 3:9, 85:1, 104:6
**380** [1] - 178:12
**385** [7] - 166:15, 181:24, 189:23, 189:24, 190:2, 194:11, 194:12
**39** [1] - 3:10
**3:00** [2] - 175:21, 178:3
**3:22** [1] - 52:7
**3:54** [4] - 171:17, 177:5, 178:1, 197:2

## 4

**4** [14] - 1:13, 141:15, 141:24, 142:3, 175:21, 176:18, 177:11, 184:18, 184:23, 184:24, 185:2, 185:4, 197:13, 206:22
**40** [21] - 5:6, 73:10, 73:12, 138:19, 157:25, 158:2, 158:9, 159:7, 159:14, 159:17, 168:23, 169:1, 170:24, 174:2, 174:3, 174:15, 178:14, 180:12, 183:9, 193:3, 210:15
**400** [2] - 2:17, 236:21
**403** [1] - 59:6
**41** [1] - 67:3
**45** [1] - 179:5
**48** [5] - 174:10, 176:11, 176:12,

189:21, 197:7
**4:07** [1] - 234:15
**4:15** [3] - 180:22, 234:18, 234:19
**4:16-CR-10042-KMM** [1] - 1:2
**4:30** [2] - 234:19, 234:20
**4:32** [1] - 236:4

**5**

**5** [9] - 1:13, 6:1, 91:19, 140:6, 140:11, 140:13, 206:21, 236:10
**5,280** [1] - 199:10
**50** [5] - 70:6, 73:10, 73:12, 202:3
**50,000** [1] - 63:6
**500** [1] - 1:22
**53** [2] - 5:4, 5:5
**54** [1] - 3:12
**55-gallon** [2] - 66:13, 85:6
**5:03:12** [1] - 23:19
**5:31** [1] - 236:4
**5:33** [2] - 1:8, 236:9
**5:56** [1] - 175:17
**5th** [2] - 22:16, 22:20

**6**

**6** [1] - 177:9
**6,000** [1] - 199:8
**60** [4] - 73:8, 198:18, 199:17, 206:24
**64** [5] - 20:8, 20:14, 25:11, 38:17, 43:11
**65** [1] - 224:16
**69** [3] - 175:20, 178:3, 197:1
**6:15** [1] - 170:21

**7**

**7** [7] - 3:6, 148:13, 176:18, 177:25, 215:10, 215:11, 215:12
**700** [1] - 1:22
**71** [2] - 179:3, 179:6
**72** [1] - 179:6
**722** [1] - 228:24
**72H** [1] - 24:23
**73** [1] - 179:11
**73-page** [1] - 20:14
**74** [2] - 180:18, 180:19
**75** [2] - 180:20, 180:22
**7817** [1] - 53:1

**79** [1] - 3:13

**8**

**8** [8] - 63:11, 107:19, 142:6, 142:10, 142:25, 145:21, 176:19, 197:14
**84** [2] - 179:7, 187:1
**85-horsepower** [1] - 177:14
**89** [2] - 22:9, 22:14
**8:22** [1] - 1:8
**8:26** [1] - 7:2
**8:30** [2] - 1:7, 236:8
**8:51** [1] - 184:15
**8th** [2] - 23:1, 38:8

**9**

**9** [6] - 61:19, 61:20, 62:20, 84:7, 107:4, 107:20
**9,999** [1] - 9:23
**90** [3] - 120:1, 140:25, 141:2
**90-degree** [1] - 187:10
**911** [2] - 112:1, 112:7
**940** [10] - 78:20, 106:13, 122:3, 133:9, 137:4, 137:24, 138:7, 138:10, 143:3, 146:6
**95** [1] - 145:12
**96** [3] - 3:13, 138:20, 138:25
**9:01** [1] - 184:17

**A**

**a.m** [14] - 1:7, 1:8, 7:2, 95:24, 95:25, 96:1, 180:18, 180:22, 184:15, 184:17, 187:3, 188:8, 198:19, 199:18
**abide** [1] - 65:24
**ability** [3] - 57:7, 215:5, 215:13
**able** [60] - 9:6, 33:3, 35:1, 35:3, 35:19, 36:21, 44:16, 44:24, 47:5, 51:17, 75:19, 76:20, 82:14, 95:6, 131:22, 131:24, 132:5, 132:8, 132:10, 132:13, 132:14, 141:4, 154:19, 154:23, 155:1, 157:11,

157:13, 159:18, 160:9, 161:3, 162:21, 166:2, 166:24, 167:4, 168:4, 170:1, 171:25, 172:8, 172:16, 172:20, 172:22, 174:25, 175:7, 175:15, 179:18, 180:1, 180:3, 181:13, 183:1, 183:3, 184:14, 185:19, 188:21, 212:10, 213:22, 214:11, 214:24, 216:2, 216:7, 216:10
**above-entitled** [1] - 236:17
**above-mentioned** [2] - 52:4, 52:22
**ABRAHAM** [1] - 2:5
**Abrams** [6] - 3:6, 3:13, 3:17, 3:20, 48:16, 221:24
**ABRAMS** [52] - 2:2, 6:17, 6:21, 6:24, 7:7, 7:11, 11:6, 47:21, 48:8, 48:17, 48:19, 48:22, 49:2, 49:6, 49:8, 49:12, 57:18, 57:21, 59:2, 79:4, 83:5, 83:7, 83:9, 87:9, 89:13, 89:15, 91:2, 91:4, 91:5, 95:16, 95:21, 146:1, 146:4, 190:6, 202:14, 218:3, 219:14, 220:11, 220:16, 220:22, 231:12, 231:15, 231:18, 231:21, 232:4, 232:7, 232:10, 233:17, 233:22, 234:22, 235:8, 235:11
**abreast** [3] - 55:19, 56:5, 56:8
**abroad** [2] - 81:25, 82:3
**absolutely** [5] - 81:22, 97:12, 135:8, 229:25
**Academy** [1] - 148:10
**academy** [1] - 80:21
**access** [2] - 19:9, 58:6
**accomplished** [1] - 69:9
**accordance** [1] - 134:16
**according** [1] - 111:1

**accordingly** [1] - 144:8
**account** [2] - 213:8, 214:11
**accurate** [11] - 16:13, 16:14, 36:24, 163:16, 205:4, 207:20, 208:9, 208:15, 208:16, 208:20, 236:16
**accurately** [1] - 198:24
**acquire** [2] - 52:1, 52:19
**acquittal** [4] - 219:16, 221:4, 222:13, 231:7
**act** [1] - 44:17
**active** [21] - 22:21, 43:17, 165:23, 168:5, 168:8, 168:10, 175:16, 175:20, 177:4, 178:2, 179:3, 179:6, 179:11, 180:18, 180:20, 180:22, 187:1, 197:1
**actively** [2] - 56:12, 56:19
**activities** [1] - 84:14
**activity** [4] - 79:21, 81:5, 81:11, 98:14
**actual** [4] - 28:8, 87:20, 152:12, 156:17, 169:12, 228:24
**add** [3] - 87:10, 87:11, 227:2
**added** [2] - 10:3, 219:6
**adding** [1] - 120:2
**addition** [8] - 27:17, 152:12, 185:8, 219:20, 220:25, 221:23, 226:12
**additional** [7] - 72:12, 87:10, 87:11, 88:4, 88:14, 115:23, 218:9
**address** [1] - 228:15
**Administration** [2] - 56:3, 138:17
**admit** [1] - 49:18
**admitted** [7] - 53:5, 89:11, 90:25, 159:14, 221:21, 235:7, 235:10
**ADMITTED** [1] - 5:3
**Adobe** [1] - 155:14
**adopt** [7] - 221:24, 222:4, 222:7, 222:13, 227:2,

231:5, 231:13
**adopted** [1] - 231:12
**advance** [4] - 58:14, 58:17, 58:20, 58:21
**advanced** [1] - 205:7
**advantage** [1] - 127:2
**afar** [1] - 163:12
**affected** [1] - 16:24
**affecting** [1] - 36:11
**affects** [1] - 76:1
**affix** [4] - 63:8, 63:9, 63:12, 206:14
**Afghanistan** [1] - 205:17
**afloat** [1] - 130:6
**AFPD** [1] - 2:2
**Africa** [1] - 61:17
**aft** [1] - 137:1
**afternoon** [10] - 20:3, 20:4, 190:7, 190:8, 202:17, 202:18, 209:8, 209:15, 209:16, 234:5
**afterwards** [3] - 92:7, 204:11, 204:13
**agencies** [4] - 81:14, 81:23, 111:25, 112:2
**agency** [7] - 11:21, 54:10, 56:2, 111:17, 111:18, 203:10, 203:13
**Agent** [13] - 17:12, 17:25, 18:17, 46:25, 49:24, 54:3, 57:13, 59:12, 73:23, 77:4, 110:15, 124:14, 127:23
**AGENT** [2] - 3:11, 53:22
**agent** [13] - 12:19, 47:19, 54:8, 54:14, 58:14, 80:20, 81:6, 81:7, 110:15, 113:5, 210:1, 210:3, 210:4
**agents** [5] - 57:25, 58:7, 66:11, 150:12, 203:18
**ago** [3] - 96:20, 110:24, 230:16
**agree** [27] - 18:10, 46:1, 85:14, 85:17, 87:10, 93:16, 94:3, 98:6, 100:19, 105:23, 105:25, 106:2, 106:3, 106:5, 112:22, 117:20, 120:23, 122:12, 122:21, 125:2, 133:9, 207:7, 213:20, 214:12,

216:2, 229:8, 233:23
**agreed** [6] - 6:9, 46:9,
46:12, 48:8, 234:11,
235:25
**agreeing** [1] - 134:6
**agreement** [2] - 221:5,
233:25
**AGUILAR** [2] - 1:8, 2:5
**Aguilar** [2] - 51:21,
52:6
**AGUILAR-**
**ORDONEZ** [2] - 1:8,
2:5
**Aguilar-Ordonez** [2] -
51:21, 52:6
**ahead** [7] - 7:4, 69:16,
113:23, 129:17,
129:24, 169:9, 209:3
**aid** [1] - 158:23
**aided** [2] - 6:2, 219:8
**air** [1] - 60:10
**Air** [3] - 38:10, 38:13,
208:3
**aircraft** [4] - 54:24,
60:7, 63:3, 208:12
**aircrafts** [1] - 129:21
**airplane** [2] - 38:25,
43:13
**airplanes** [1] - 38:21
**airport** [2] - 38:12,
75:18
**alien** [4] - 117:15,
120:15, 120:21,
127:4
**alien-smuggling** [3] -
117:15, 120:15,
120:21
**aliens** [3] - 120:22,
120:25, 121:4
**alike** [1] - 49:11
**alleged** [1] - 12:8
**allow** [4] - 63:20,
130:22, 222:3,
223:16
**allowed** [7] - 29:16,
30:2, 56:24, 57:3,
154:17, 230:3
**allowing** [1] - 130:3
**almost** [4] - 76:8,
77:23, 187:8, 187:14
**alone** [3] - 41:21,
181:6, 181:8
**ALONSO** [2] - 1:8, 2:4
**altogether** [1] - 119:3
**aluminum** [4] - 44:1,
44:7, 44:9, 44:13
**Amazon** [1] - 90:23
**AMERICA** [1] - 1:4
**America** [19] - 59:22,
60:17, 60:23, 64:20,

68:6, 68:24, 82:12,
84:15, 98:18,
102:19, 109:25,
111:2, 115:8,
115:14, 127:5,
127:6, 127:7, 147:5,
217:21
**American** [2] - 97:5,
123:7
**amount** [16] - 65:23,
70:20, 72:1, 76:13,
76:14, 87:12, 92:22,
106:13, 106:15,
139:13, 141:17,
146:16, 146:18,
151:20, 178:9
**ample** [1] - 226:3
**analogy** [1] - 216:6
**analysis** [17] - 12:18,
14:12, 14:18, 132:2,
138:17, 151:20,
153:16, 155:16,
156:1, 169:23,
179:20, 201:21,
204:10, 209:17,
210:5, 210:6, 211:8
**analytical** [1] - 158:3
**analyzed** [1] - 12:21
**AND** [1] - 1:10
**and-a-half** [1] - 75:1
**animals** [1] - 100:20
**announce** [1] - 49:15
**answer** [6] - 42:12,
95:17, 105:4, 105:6,
204:1, 207:4
**antiquated** [1] - 13:18
**anton** [1] - 3:10
**ANTON** [50] - 1:20,
18:4, 18:19, 18:22,
39:16, 40:15, 42:24,
46:6, 46:20, 46:24,
47:5, 47:8, 48:10,
49:17, 49:24, 50:8,
51:6, 51:10, 51:15,
53:2, 147:5, 147:20,
151:24, 152:3,
154:7, 156:12,
156:14, 157:21,
157:23, 158:8,
158:22, 159:3,
159:6, 159:12,
159:15, 174:25,
175:4, 176:4,
176:24, 177:3,
182:8, 190:3,
207:11, 212:21,
212:23, 214:3,
214:6, 217:6,
217:15, 217:20
**Anton** [3] - 3:20, 3:22,

190:9
**anyway** [1] - 49:10
**apart** [8] - 194:24,
195:20, 195:21,
195:23, 196:3,
196:12, 196:21,
198:14
**apologize** [2] - 51:15,
225:14
**app** [1] - 213:9
**appear** [6] - 77:6,
166:20, 175:9,
175:12, 179:13,
199:16
**APPEARANCES** [2] -
1:18, 2:1
**Apple** [1] - 27:21
**application** [3] -
28:22, 29:1, 30:16
**applications** [13] -
7:14, 20:22, 25:18,
26:8, 26:10, 26:12,
28:16, 28:18, 29:13,
30:24, 31:4, 31:6,
31:14
**applied** [2] - 13:10,
13:11
**appreciate** [1] -
137:16
**apprehended** [3] -
225:5, 226:7, 226:16
**approach** [7] - 25:22,
77:1, 89:13, 91:2,
93:13, 156:12,
157:21
**approached** [3] - 11:1,
85:21, 99:12
**approaching** [1] -
135:7
**appropriately** [1] -
31:13
**approximate** [5] -
87:1, 166:14,
180:19, 206:20,
208:8
**April** [2] - 234:7,
235:21
**aptly** [1] - 108:2
**area** [40] - 56:22,
58:24, 93:12, 97:13,
97:22, 98:6, 98:9,
98:13, 98:14, 99:3,
106:10, 112:20,
129:3, 140:20,
151:25, 162:6,
162:14, 166:13,
172:6, 172:11,
174:11, 174:12,
174:15, 175:10,
175:23, 176:10,

176:19, 177:23,
178:6, 183:15,
184:2, 185:11,
190:14, 191:12,
201:13, 206:9,
206:23, 207:1,
207:3, 208:23
**Area** [1] - 13:20
**areas** [9] - 57:4, 57:8,
58:8, 60:22, 61:11,
68:2, 112:23, 163:5
**arena** [1] - 55:20
**argue** [3] - 220:23,
220:24, 226:6
**argued** [1] - 222:9
**arguing** [1] - 219:17
**argument** [8] - 218:17,
218:21, 219:7,
220:10, 226:20,
226:22, 227:12,
227:16
**arguments** [8] - 218:7,
219:6, 222:8,
222:13, 227:2,
228:2, 228:3, 231:5
**arm** [1] - 110:21
**Arm** [1] - 139:10
**Armed** [1] - 29:12
**arrested** [3] - 55:9,
56:17, 79:23
**arrests** [1] - 86:24
**arrival** [4] - 57:15,
57:17, 60:9, 61:11
**arrive** [1] - 72:18
**ARTEAGA** [1] - 4:14
**article** [2] - 52:2,
52:20
**ashore** [1] - 74:8
**Asia** [2] - 64:5, 102:20
**aside** [5] - 55:16, 56:8,
78:17, 103:6, 220:22
**aspects** [1] - 18:12
**aspirational** [1] -
165:15
**assigned** [2] - 110:20,
150:18
**assist** [3] - 19:25,
61:5, 79:24
**assistance** [3] - 50:21,
235:14, 235:15
**assisted** [4] - 114:7,
119:17, 218:14,
218:20
**assisting** [2] - 80:5,
80:11
**associated** [2] -
170:14, 213:8
**Association** [1] -
149:9
**association** [1] -

231:9
**assume** [3] - 71:5,
123:14, 192:15
**assuming** [5] - 8:22,
123:14, 141:16,
144:5, 144:9
**assumptions** [1] -
88:16
**astronomical** [1] -
146:20
**at-sea** [3] - 69:13,
69:17, 69:18
**atmospheric** [1] -
204:23
**attached** [2] - 126:7,
188:1
**attempt** [3] - 75:15,
85:21, 133:1
**attempting** [2] - 77:11,
77:20
**attendance** [1] -
229:14
**attended** [3] - 55:1,
55:11, 55:13
**attention** [1] - 168:22
**attorney** [1] - 215:21
**Attorney's** [1] - 1:21
**attorneys** [1] - 107:2
**attorneys'** [1] - 222:7
**attracted** [2] - 96:23,
96:24
**Augmentation** [1] -
13:21
**AUSA** [2] - 1:20, 1:20
**authenticate** [1] - 47:8
**authorize** [2] - 51:21,
52:14
**authorized** [2] - 51:25,
52:19
**automatically** [4] -
25:18, 32:10, 168:7,
210:21
**available** [9] - 62:7,
70:3, 82:19, 84:2,
97:4, 97:9, 102:22,
205:8, 205:18
**Avenue** [2] - 2:17,
236:21
**average** [13] - 63:4,
71:9, 71:11, 86:16,
87:16, 87:22,
106:18, 106:19,
141:8, 146:18,
175:18, 189:3
**avoid** [6] - 48:25,
85:13, 103:10,
123:23, 128:3, 232:7
**aware** [24] - 12:7,
14:21, 18:3, 18:25,
29:9, 29:10, 30:17,

47:15, 81:20, 82:22, 82:23, 83:10, 83:13, 86:23, 88:23, 92:15, 98:9, 107:8, 123:7, 200:11, 204:21, 205:10, 205:14
awhile [1] - 130:11

**B**

baby [1] - 139:8
background [4] - 12:4, 12:9, 17:22, 151:10
bad [6] - 9:25, 92:24, 93:18, 121:6, 138:18, 145:7
baffling [1] - 144:23
bag [8] - 130:22, 139:12, 145:14, 145:15, 145:17, 145:18, 145:19, 156:25
baggies [1] - 77:18
bags [3] - 44:1, 44:14, 157:4
bale [2] - 73:2, 73:4
bales [8] - 73:1, 73:9, 74:19, 106:12, 106:15, 130:10, 130:18, 132:18
ball [4] - 87:13, 145:16, 145:20, 145:21
balls [1] - 33:10
Barajas [4] - 228:16, 229:1, 230:5, 230:6
Barra [8] - 23:8, 23:15, 165:6, 165:7, 169:3, 169:4, 169:22, 170:20
barrels [2] - 65:4, 120:8
BARRERA [2] - 1:8, 2:4
Barrera [1] - 221:3
BARRERA-MONTES [2] - 1:8, 2:4
Barrera-Montes [1] - 221:3
base [1] - 76:12
based [54] - 67:14, 68:9, 68:17, 76:17, 87:19, 88:2, 91:20, 94:7, 101:16, 102:11, 104:22, 105:6, 107:14, 118:22, 121:4, 123:15, 130:15, 130:16, 134:22,

138:13, 138:15, 139:19, 140:15, 143:1, 146:7, 156:25, 166:20, 177:12, 179:21, 181:25, 182:11, 183:5, 185:4, 185:7, 185:17, 188:14, 189:13, 192:23, 199:16, 200:15, 201:13, 201:21, 208:8, 208:19, 209:18, 211:8, 213:13, 218:6, 219:6, 222:22, 228:4, 230:22, 231:7
bases [1] - 68:3
basic [2] - 80:20, 100:9
Basin [2] - 67:20, 71:24
basis [3] - 30:19, 75:21, 151:6
batch [7] - 138:18, 138:19, 144:5, 144:7, 144:10, 145:6, 145:7
batteries [9] - 10:4, 10:7, 35:7, 35:12, 35:19, 35:22, 36:5, 90:8, 95:9
battery [1] - 16:24
beacon [5] - 64:12, 130:20, 130:24, 131:6, 131:9
beating [1] - 16:25
became [1] - 55:12
become [1] - 116:11
becomes [1] - 116:13
bedroom [1] - 41:4
bees [1] - 72:24
BEFORE [1] - 1:15
began [1] - 184:17
beginning [2] - 20:18, 22:4
begins [3] - 160:18, 160:19, 162:14
behalf [11] - 12:12, 48:11, 212:17, 218:3, 221:3, 222:6, 227:1, 227:6, 227:8, 228:11, 231:3
behind [6] - 20:13, 129:4, 216:1, 216:3, 216:10, 216:11
belonging [2] - 52:2, 52:20
below [3] - 22:6, 22:7, 22:18
BERRIO [14] - 2:7,

17:4, 18:9, 18:20, 18:23, 19:3, 19:4, 19:24, 48:9, 103:21, 106:20, 209:11, 213:25, 222:6
Berrio [4] - 3:8, 3:14, 17:7, 103:24
best [7] - 191:15, 196:15, 200:25, 210:14, 211:7, 231:9
bets [3] - 100:23, 102:9, 102:10
better [6] - 51:2, 116:11, 121:1, 156:3, 174:22, 175:5
between [36] - 68:24, 69:4, 114:22, 127:6, 127:11, 138:5, 138:19, 139:16, 146:17, 163:13, 167:24, 167:25, 172:1, 172:3, 173:6, 173:17, 177:25, 180:20, 180:22, 180:24, 180:25, 183:18, 189:11, 194:8, 195:16, 196:23, 197:13, 197:14, 198:7, 198:13, 206:17, 216:24, 221:6
beyond [4] - 83:2, 113:18, 113:19, 121:8
big [8] - 28:5, 30:13, 94:4, 119:1, 119:10, 126:20, 173:17, 226:10
bigger [6] - 10:20, 69:14, 85:2, 196:9, 197:21, 198:7
biggest [1] - 61:14
bilges [1] - 66:16
bit [10] - 14:7, 59:12, 73:23, 80:21, 91:12, 107:24, 153:12, 154:21, 164:7, 210:17
Blanca [2] - 23:17, 165:7
blank [5] - 51:20, 51:24, 52:13
Bloca [3] - 23:22
block [4] - 22:7, 44:9, 44:11, 125:8
blocker [3] - 13:5, 13:10, 125:20
blocking [2] - 107:15, 233:12
blocks [1] - 108:4

blowup [3] - 174:19, 184:2, 196:17
blue [5] - 43:18, 43:20, 129:10, 129:12, 220:19
board [2] - 32:21, 33:2, 33:11
boarded [1] - 86:5
boarding [1] - 12:5
boat [75] - 9:10, 10:25, 14:7, 37:20, 43:20, 43:23, 58:21, 69:14, 69:25, 70:5, 70:6, 70:12, 70:17, 73:13, 83:20, 84:13, 84:14, 85:14, 85:15, 85:22, 85:25, 86:6, 87:14, 88:6, 88:7, 88:9, 88:12, 88:20, 92:9, 93:13, 94:15, 99:12, 102:5, 107:20, 109:11, 109:14, 116:25, 119:2, 120:25, 121:5, 121:12, 121:14, 122:22, 130:5, 131:24, 153:6, 155:19, 163:9, 176:20, 177:13, 192:15, 192:17, 192:21, 192:22, 192:25, 194:5, 196:7, 197:11, 197:16, 201:20, 202:8, 204:5, 213:10, 216:7, 216:8, 216:10, 216:14, 220:2, 226:7
boat-to-boat [2] - 92:9, 109:11
boats [9] - 9:8, 9:14, 10:18, 14:6, 85:4, 106:10, 125:21, 201:7, 201:12
Boca [1] - 197:19
bodies [1] - 88:14
body [4] - 62:4, 83:24, 84:24, 125:6
Bolivia [1] - 60:1
bolstering [1] - 134:19
book [1] - 208:20
Border [2] - 111:25, 112:9
border [10] - 68:11, 68:12, 68:18, 111:2, 112:11, 112:16, 115:15, 118:23, 118:24, 149:13
borders [1] - 127:9
bore [1] - 49:9

born [1] - 116:16
bothering [1] - 232:20
bottom [5] - 170:6, 171:15, 178:25, 184:15, 195:17
Boulevard [1] - 1:22
boundless [1] - 100:16
bow [1] - 47:23
boxes [1] - 174:23
bracket [1] - 108:12
brakes [1] - 216:4
break [6] - 26:18, 153:12, 154:21, 209:3, 220:10, 234:17
brick [7] - 77:6, 133:18, 138:14, 143:17, 143:18, 143:23, 144:1
bricks [1] - 134:6
brief [1] - 124:10
briefly [4] - 47:2, 149:8, 212:21, 217:23
bring [5] - 6:25, 115:20, 120:8, 216:7, 232:5
bringing [1] - 89:22
broken [1] - 162:6
brought [6] - 41:2, 68:11, 121:4, 126:4, 219:24, 227:20
Broward [1] - 1:22
built [1] - 33:13
bulk [3] - 55:23, 113:12, 115:18
bulk-cash [2] - 55:23, 113:12
buoy [22] - 88:23, 88:24, 89:9, 89:18, 89:19, 89:24, 90:21, 90:22, 91:12, 91:14, 91:18, 91:22, 91:24, 92:4, 92:11, 92:20, 93:9, 93:20, 94:21, 94:24, 95:11, 126:21
buoys [3] - 89:2, 90:3, 90:16
burden [3] - 229:20, 229:22, 229:23
burdened [1] - 201:2
Bureau [1] - 56:4
buried [1] - 211:17
Bush [1] - 112:6
business [5] - 56:10, 102:3, 109:18, 120:20, 120:21
buy [2] - 104:20, 144:17

**buyer** [3] - 77:15, 77:16, 144:15
**buzzwords** [1] - 201:12
**BY** [65] - 2:16, 7:11, 11:8, 15:15, 17:4, 18:9, 18:20, 18:23, 19:4, 20:2, 24:17, 25:25, 38:3, 39:16, 40:15, 42:24, 46:6, 54:2, 57:21, 59:11, 66:24, 73:22, 77:3, 79:4, 83:9, 87:9, 89:15, 91:5, 95:16, 96:5, 97:20, 99:10, 100:6, 103:21, 106:23, 110:12, 112:18, 114:2, 121:10, 124:13, 127:22, 128:16, 133:15, 134:21, 143:15, 146:4, 147:20, 152:3, 154:7, 156:14, 157:23, 159:6, 159:15, 175:4, 176:4, 176:24, 177:3, 182:8, 190:6, 202:16, 207:16, 209:14, 212:23, 214:6, 217:6

## C

**cable** [6] - 12:25, 26:22, 26:23, 32:25, 33:4, 35:16
**cables** [1] - 41:14
**calculate** [5] - 13:13, 167:5, 167:19, 208:14, 213:22
**calculated** [5] - 177:7, 178:21, 207:18, 208:18, 216:24
**calculating** [1] - 179:9
**calculation** [4] - 180:2, 188:21, 192:9, 207:21
**calculations** [12] - 178:16, 178:22, 179:25, 180:1, 180:16, 183:12, 184:5, 192:5, 207:10, 208:4, 208:5, 208:8
**calculator** [4] - 122:8, 137:17, 137:23, 142:16
**camouflage** [1] - 129:14

**CAMPO** [12] - 2:8, 19:25, 20:2, 24:15, 59:4, 106:23, 110:9, 143:11, 143:15, 209:14, 212:16, 222:12
**Campo** [4] - 3:8, 3:15, 3:17, 3:21
**CANDELARIO** [2] - 1:9, 2:7
**Candelario** [3] - 17:7, 103:24, 222:6
**cannot** [10] - 19:11, 37:18, 39:9, 118:14, 123:14, 132:25, 190:16, 206:6, 213:6, 213:16
**capable** [2] - 136:3, 153:22
**capacity** [8] - 54:5, 62:15, 62:16, 62:17, 65:3, 126:4, 136:24, 150:15
**captain** [6] - 71:13, 71:14, 71:15, 72:11, 87:15, 218:25
**captured** [1] - 172:16
**car** [9] - 104:20, 173:23, 201:24, 215:22, 216:1, 216:3, 216:11
**car's** [1] - 9:10
**care** [4] - 33:5, 33:6, 121:18, 230:20
**career** [4] - 54:22, 113:10, 124:1, 149:16
**careful** [1] - 39:22
**cargo** [3] - 54:24, 106:10, 136:24
**Caribbean** [16] - 60:24, 64:20, 67:20, 67:21, 67:22, 68:3, 68:7, 71:24, 85:15, 98:3, 100:11, 115:9, 115:13, 148:12, 152:2
**Carmen** [1] - 34:23
**carried** [1] - 23:20
**carriers** [1] - 65:9
**carry** [9] - 62:17, 65:4, 85:5, 100:21, 123:12, 137:2, 137:3, 137:5
**carrying** [3] - 9:11, 86:4, 121:19
**cars** [1] - 9:8
**CASE** [1] - 1:2
**case** [89] - 8:14, 11:4, 12:3, 12:4, 12:8,

12:9, 12:19, 17:20, 17:22, 18:17, 27:3, 27:18, 28:3, 28:23, 29:20, 31:5, 35:18, 41:12, 41:13, 45:24, 55:10, 58:6, 58:10, 58:18, 58:20, 59:21, 60:11, 83:3, 85:8, 85:11, 87:4, 92:2, 92:11, 94:2, 94:20, 99:18, 105:18, 106:12, 107:2, 108:18, 109:4, 109:13, 109:20, 116:6, 125:17, 134:13, 134:16, 135:4, 136:17, 137:25, 150:12, 152:4, 152:14, 156:3, 157:17, 159:10, 169:19, 185:7, 191:16, 199:7, 199:22, 200:11, 202:12, 203:8, 203:15, 205:1, 206:1, 206:5, 210:1, 210:3, 210:4, 211:22, 212:13, 215:3, 217:21, 217:24, 218:16, 219:18, 219:21, 220:1, 220:24, 222:22, 224:21, 227:9, 228:24, 230:14, 231:8
**case-specific** [1] - 85:8
**cases** [34] - 41:13, 54:19, 61:23, 71:9, 80:1, 85:20, 86:19, 86:22, 86:23, 86:24, 87:4, 87:5, 87:21, 89:7, 92:14, 94:2, 94:8, 106:18, 110:4, 113:8, 113:16, 114:7, 119:17, 123:16, 123:25, 131:25, 145:1, 145:8, 148:19, 150:7, 151:7, 183:5
**cash** [5] - 55:23, 113:12, 116:10, 146:15, 146:16
**cast** [1] - 125:11
**cat** [1] - 93:25
**cat-and-mouse** [1] - 93:25
**catastrophe** [1] - 112:7

**caught** [2] - 123:12, 123:23
**caused** [1] - 58:18
**cautionary** [1] - 48:3
**CBP** [1] - 112:14
**celebrate** [1] - 54:16
**cell** [8] - 27:11, 27:21, 27:22, 52:17, 149:4, 149:11, 150:11, 213:9
**Cellebrite** [1] - 149:11
**cellophane** [1] - 74:14
**Center** [1] - 55:3
**center** [16] - 104:10, 104:13, 104:16, 105:5, 105:13, 105:21, 107:12, 107:15, 108:5, 108:6, 108:19, 125:16, 136:20, 136:23, 136:25, 137:3
**Central** [14] - 60:17, 60:23, 64:20, 68:6, 68:20, 82:12, 84:14, 97:4, 98:17, 102:19, 109:25, 115:8, 115:14, 127:7
**central** [16] - 112:24, 161:22, 161:24, 161:25, 162:1, 162:7, 170:21, 170:23, 177:5, 178:1, 178:3, 178:23, 179:3, 187:3, 188:8
**certain** [10] - 19:17, 41:23, 114:25, 125:24, 130:17, 155:12, 162:8, 178:9, 182:5, 186:21
**certainty** [4] - 196:6, 196:7, 201:11, 213:23
**Certified** [1] - 6:2
**certify** [1] - 236:15
**chain** [3] - 64:18, 69:19, 157:4
**chair** [8] - 17:13, 219:25, 233:6, 233:7, 233:8, 233:10, 233:11
**challenge** [1] - 228:12
**Chambrot** [2] - 3:7, 3:14
**CHAMBROT** [8] - 2:5, 15:15, 17:2, 48:6, 100:6, 103:17, 209:9, 222:3
**chance** [2] - 6:7,

206:22
**change** [10] - 36:10, 36:13, 40:16, 43:22, 44:14, 55:25, 138:12, 186:12, 186:23, 187:5
**changed** [6] - 36:7, 36:11, 67:14, 177:6, 217:9, 224:23
**changes** [1] - 125:15
**characterization** [1] - 150:13
**characterize** [1] - 166:13
**charge** [4] - 35:25, 129:23, 203:18, 221:20
**charged** [2] - 90:8, 219:17
**charger** [2] - 35:14
**chargers** [1] - 36:5
**charges** [1] - 227:7
**Charles** [1] - 228:23
**chart** [11] - 157:16, 158:22, 159:1, 159:9, 161:18, 168:23, 175:12, 185:23, 188:7, 199:21, 206:14
**charts** [1] - 71:17
**cheaper** [3] - 70:17, 91:14, 121:22
**check** [4] - 41:17, 45:20, 45:22, 46:14
**checked** [1] - 46:1
**chemistry** [1] - 144:19
**Chica** [1] - 197:19
**Chief** [2] - 234:10, 235:24
**CHIEF** [1] - 1:15
**child** [1] - 115:2
**chip** [10] - 32:20, 32:21, 32:23, 33:2, 33:8, 33:10, 33:14, 33:20, 149:12
**chip-off** [1] - 149:12
**choices** [1] - 231:24
**choose** [1] - 230:2
**choppy** [1] - 95:4
**chose** [4] - 94:20, 227:25, 229:21, 230:1
**chosen** [2] - 61:25, 62:22
**chronological** [1] - 22:21
**chuck** [1] - 123:22
**cigarette** [1] - 35:16
**circle** [3] - 92:20, 162:20, 173:17

**circles** [19] - 160:20, 160:23, 164:19, 164:23, 164:24, 165:19, 165:23, 167:24, 167:25, 173:6, 193:20, 193:21, 193:24, 194:3, 194:8, 194:18, 215:19

**circuit** [3] - 32:21, 33:2, 33:11

**citation** [1] - 228:24

**cited** [1] - 228:23

**claimed** [3] - 218:22, 218:24, 218:25

**clarify** [5] - 58:11, 62:2, 107:18, 108:21, 126:5

**clarity** [1] - 172:20

**classroom** [1] - 55:16

**clear** [5] - 145:10, 161:1, 163:10, 163:20, 229:2

**clearly** [2] - 197:10, 225:2

**click** [2] - 43:6, 43:9

**client** [8] - 37:18, 37:23, 48:6, 222:19, 222:25, 228:12, 230:21, 231:3

**clients** [1] - 222:16

**climate** [1] - 59:23

**clock** [1] - 15:1

**close** [16] - 70:9, 129:21, 175:12, 178:2, 186:3, 193:16, 193:20, 193:25, 194:19, 194:24, 195:6, 196:13, 215:19, 215:22, 216:18, 226:18

**closed** [1] - 226:24

**closely** [1] - 167:7

**closer** [1] - 197:25

**closing** [1] - 228:3

**clothing** [1] - 225:17

**cloud** [1] - 173:23

**clump** [1] - 174:9

**cluster** [2] - 175:9, 175:16

**clusters** [1] - 176:16

**co** [3] - 102:17, 126:2, 231:5

**co-counsel** [1] - 102:17

**co-counsel's** [1] - 231:5

**co-counsels** [1] - 126:2

**Coast** [78] - 10:17, 11:1, 11:19, 12:4, 12:5, 12:12, 14:1, 14:6, 14:7, 14:8, 15:19, 15:22, 29:12, 29:14, 29:15, 29:22, 29:23, 30:1, 30:4, 38:10, 38:13, 66:12, 67:17, 75:22, 86:10, 86:11, 104:22, 115:21, 123:22, 128:4, 129:21, 129:22, 130:7, 148:3, 148:6, 148:8, 148:10, 148:11, 148:16, 150:14, 151:1, 151:11, 152:22, 177:13, 185:11, 185:17, 185:22, 186:3, 186:14, 188:15, 188:16, 188:17, 191:4, 191:8, 191:20, 201:13, 203:9, 203:10, 203:11, 203:15, 203:20, 203:24, 204:4, 204:25, 205:3, 205:6, 205:12, 207:7, 207:18, 215:13, 216:14, 218:10, 218:11, 218:13, 218:21, 221:9, 223:17

**coast** [11] - 64:6, 64:7, 68:4, 70:10, 86:24, 98:17, 99:6, 103:12, 189:22, 190:1

**coca** [4] - 59:24, 60:3, 144:8

**cocaine** [35] - 59:15, 59:25, 60:4, 60:8, 61:11, 64:21, 73:24, 74:2, 75:7, 75:14, 75:19, 77:6, 77:20, 78:5, 106:13, 122:13, 124:3, 133:19, 134:6, 137:4, 138:3, 139:20, 144:5, 144:22, 145:6, 145:11, 145:21, 221:6, 221:7, 221:10, 221:13, 221:14, 232:16

**coincided** [2] - 211:3, 211:6

**colleagues** [1] - 227:2

**collect** [2] - 115:19,

132:14

**collecting** [1] - 41:14, 55:7

**collectively** [1] - 235:18

**Colombia** [35] - 59:25, 60:21, 60:22, 64:22, 65:17, 67:1, 67:3, 67:9, 68:2, 68:19, 70:25, 74:2, 82:8, 98:20, 108:25, 119:8, 127:12, 127:24, 131:16, 133:4, 135:22, 136:7, 160:19, 162:14, 164:7, 164:8, 171:9, 172:7, 172:23, 173:2, 181:20, 181:23, 182:16, 183:6, 193:6

**Colombian** [1] - 136:9

**color** [6] - 129:8, 129:10, 129:12, 160:9, 164:21, 170:25

**coloration** [1] - 159:25

**colored** [2] - 125:5, 160:5

**column** [2] - 36:17, 105:12

**combat** [1] - 111:10

**combatting** [1] - 112:25

**combine** [1] - 81:22

**coming** [7] - 65:17, 88:12, 109:8, 151:6, 177:22, 192:6, 192:9

**commencing** [2] - 234:14, 236:3

**commentary** [1] - 207:12

**commercial** [2] - 65:8, 98:7

**commercially** [1] - 89:2

**commit** [1] - 221:6

**commodity** [3] - 62:18, 74:15, 75:2

**common** [14] - 57:1, 57:16, 60:15, 60:17, 61:10, 66:20, 74:1, 83:16, 84:14, 85:19, 85:20, 97:3, 163:22, 164:2

**commonly** [7] - 60:13, 60:24, 67:16, 69:1, 150:20, 162:5, 163:8

**communications** [1] - 72:9

**compacted** [1] - 74:17

**company** [3] - 18:16, 18:18, 154:12

**compare** [2] - 76:9, 184:24

**compared** [1] - 106:16

**comparison** [2] - 76:7, 157:19

**compartmentalized** [2] - 118:1, 118:9

**compel** [1] - 229:13

**compensated** [3] - 80:7, 146:12, 146:13

**complain** [1] - 145:5

**complete** [2] - 41:17, 161:7

**completed** [2] - 70:9, 80:20

**complicated** [2] - 111:23, 158:24

**components** [1] - 117:24

**compulsory** [3] - 229:13, 229:17, 229:19

**Computer** [1] - 149:9

**computer** [23] - 12:25, 13:6, 26:24, 27:1, 27:6, 27:9, 27:14, 27:19, 28:10, 29:15, 29:17, 29:19, 29:21, 30:1, 30:4, 30:10, 32:24, 41:16, 149:10, 155:17, 172:15, 213:9

**computers** [2] - 27:12, 149:4

**concealment** [1] - 75:17

**concerned** [3] - 48:6, 112:14, 127:1

**concerning** [2] - 55:22, 82:20

**concluded** [2] - 49:13, 234:16

**conclusions** [1] - 191:20

**conditions** [3] - 121:5, 121:6, 204:23

**conduct** [1] - 81:5

**conducted** [2] - 55:2, 138:17

**conducting** [1] - 81:11

**confidential** [6] - 55:5, 56:12, 58:2, 58:7, 58:17, 76:22

**confine** [1] - 83:6

**confirm** [1] - 31:12

**confirmatory** [1] - 204:13

**conform** [1] - 134:12

**confront** [2] - 229:17, 230:4

**confrontation** [1] - 230:8

**confusion** [1] - 114:20

**Congress** [1] - 152:5

**connect** [3] - 41:23, 105:11, 163:21

**connected** [3] - 41:21, 42:3, 108:8

**connectors** [1] - 105:11

**Consent** [2] - 51:19, 52:12

**consent** [5] - 47:9, 47:14, 47:24, 48:7, 82:3

**consent-to-search** [3] - 47:9, 47:14, 47:24

**consents** [1] - 47:10

**conservative** [2] - 122:6, 142:20

**conserve** [1] - 66:6

**consider** [3] - 75:3, 106:12, 115:3

**considerable** [3] - 90:12, 91:25, 93:3

**considerably** [1] - 91:14

**consideration** [1] - 50:7

**considered** [1] - 218:11

**consistent** [1] - 188:18

**console** [19] - 101:11, 101:13, 101:22, 104:13, 104:16, 105:6, 105:14, 105:21, 107:12, 107:15, 108:5, 108:6, 108:19, 125:17, 129:13, 136:20, 136:24, 136:25, 137:3

**console-driven** [1] - 107:12

**consoled** [1] - 177:13

**consoles** [1] - 104:11

**conspiracy** [3] - 133:6, 221:21, 231:8

**constant** [3] - 55:16, 195:9, 195:18

**consumer** [4] - 55:23, 61:14, 77:12, 77:14

**consumes** [1] - 62:5

**consumption** [3] - 139:1, 139:9, 139:11

**contact** [1] - 151:7

**contain** [1] - 200:14

**contained** [3] - 41:6, 158:18, 201:5

**containers** [1] - 65:9

**contains** [1] - 22:9

**contents** [2] - 14:9, 30:11

**context** [2] - 109:16, 215:23

**continue** [4] - 129:18, 179:9, 179:24, 182:24

**CONTINUED** [2] - 2:1, 59:10

**continued** [5] - 4:1, 7:9, 49:13, 51:14, 187:13

**Continued** [2] - 6:1, 236:10

**continuing** [3] - 170:25, 180:9, 180:16

**contraband** [9] - 54:25, 66:15, 86:3, 86:7, 105:24, 111:11, 111:15, 112:15, 164:5

**contractor** [1] - 11:24

**controlled** [2] - 91:23, 146:9

**conversation** [1] - 48:23

**convert** [1] - 28:20

**converted** [1] - 161:21

**cooperating** [4] - 55:6, 56:16, 58:4, 79:22

**coordinates** [4] - 26:3, 36:7, 36:8, 181:8

**copied** [1] - 225:13

**copies** [1] - 225:16

**copy** [4] - 6:23, 12:22, 51:10, 51:12

**correct** [196] - 7:16, 8:5, 8:9, 8:20, 8:24, 9:2, 9:12, 9:15, 9:21, 10:9, 11:19, 12:13, 14:10, 14:20, 15:10, 16:20, 16:23, 19:6, 24:14, 30:15, 32:6, 34:22, 34:25, 36:8, 36:12, 37:24, 40:12, 42:17, 57:23, 73:15, 73:17, 76:23, 80:5, 80:13, 81:14, 82:9, 82:11, 82:13, 82:16, 85:23, 88:10, 88:13, 90:1, 93:1, 93:4, 93:8, 95:19, 97:23, 98:1, 98:2, 98:5, 98:18, 98:21, 99:3,

99:4, 99:13, 99:15, 99:19, 99:22, 100:11, 100:13, 100:17, 100:21, 100:24, 101:1, 101:6, 101:18, 102:6, 103:13, 109:10, 109:19, 110:17, 110:25, 111:16, 114:14, 116:1, 120:18, 120:24, 121:20, 122:14, 122:20, 124:21, 126:13, 127:7, 127:13, 132:9, 133:10, 133:13, 133:23, 134:3, 134:24, 135:2, 135:17, 135:19, 135:24, 136:2, 145:13, 146:23, 151:5, 152:17, 153:14, 153:15, 154:14, 159:11, 159:22, 161:6, 161:8, 161:12, 161:22, 161:23, 162:3, 162:11, 162:12, 162:22, 162:23, 164:20, 165:11, 165:14, 166:5, 166:19, 167:11, 167:22, 168:18, 169:18, 169:20, 170:12, 170:20, 171:1, 171:20, 171:21, 172:14, 172:25, 173:9, 173:13, 174:6, 174:17, 174:20, 175:14, 175:25, 176:7, 180:8, 180:10, 181:10, 181:12, 183:12, 184:13, 185:24, 186:18, 188:4, 189:15, 189:18, 191:22, 192:10, 192:13, 192:14, 194:1, 194:4, 194:6, 196:8, 197:8, 197:9, 199:8, 199:11, 199:20, 202:13, 202:22, 202:23, 202:25, 203:3, 203:7, 203:20, 204:7, 204:21, 205:7, 205:19, 205:24, 206:3, 206:5, 208:21,

208:25, 209:20, 210:19, 210:23, 210:25, 211:1, 211:10, 211:16, 211:23, 211:24, 214:15, 214:16, 214:21, 214:23, 223:18, 225:11

**correctly** [5] - 45:18, 96:18, 155:9, 203:22, 204:1

**corresponding** [2] - 235:1, 235:3

**cost** [1] - 109:17

**costs** [1] - 117:7

**counsel** [21] - 40:2, 40:19, 42:8, 43:12, 47:15, 49:19, 67:11, 72:14, 79:10, 96:7, 102:17, 103:19, 107:5, 114:1, 130:13, 130:21, 133:22, 229:13, 230:12, 234:11, 235:25

**counsel's** [2] - 112:12, 231:5

**counselor** [11] - 88:20, 94:3, 102:7, 106:21, 110:10, 117:21, 123:15, 124:15, 126:8, 143:19, 144:15

**counsels** [1] - 126:2

**count** [4] - 199:24, 219:17, 222:21, 231:8

**countries** [11] - 57:14, 59:13, 59:14, 59:19, 59:22, 60:2, 61:16, 69:3, 74:3, 97:5, 127:6

**country** [22] - 43:14, 57:17, 60:8, 69:2, 69:18, 69:21, 70:13, 73:24, 78:11, 82:20, 108:25, 109:1, 109:5, 109:7, 109:9, 109:20, 110:5, 116:23, 151:2, 169:6, 218:23, 225:10

**counts** [2] - 229:8, 232:2

**couple** [6] - 38:6, 44:8, 44:12, 126:5, 143:11, 176:18

**couriers** [1] - 75:18

**course** [21] - 55:4, 55:12, 75:12, 148:1,

149:2, 156:1, 170:14, 173:1, 178:8, 178:21, 179:14, 179:21, 182:18, 182:25, 186:11, 186:12, 186:20, 186:23, 187:5

**courses** [3] - 55:13, 167:5

**Court** [13] - 2:16, 2:17, 6:2, 218:6, 218:16, 218:18, 222:15, 223:18, 224:10, 234:10, 235:24, 236:20, 236:21

**court** [16] - 34:4, 49:14, 49:16, 50:12, 50:14, 55:10, 56:21, 159:4, 223:7, 223:12, 230:18, 233:22, 234:13, 234:15, 236:2, 236:4

**COURT** [188] - 1:1, 6:4, 6:7, 6:11, 6:13, 6:20, 6:22, 6:25, 7:3, 7:6, 18:6, 19:1, 25:24, 39:14, 40:14, 42:22, 46:5, 46:21, 46:23, 47:3, 47:7, 47:20, 47:22, 48:11, 48:15, 48:18, 48:20, 48:25, 49:3, 49:7, 49:11, 49:15, 49:22, 50:1, 50:10, 50:14, 50:18, 50:22, 52:10, 53:4, 57:19, 58:25, 59:3, 59:7, 66:22, 77:2, 79:2, 83:4, 83:6, 87:6, 89:14, 91:3, 95:15, 95:22, 96:2, 97:16, 111:21, 113:20, 113:23, 121:9, 127:19, 128:15, 134:20, 137:9, 137:13, 137:16, 137:20, 137:24, 138:2, 138:6, 138:9, 138:12, 138:21, 138:24, 139:1, 139:4, 139:9, 139:14, 139:17, 139:19, 139:22, 139:25, 140:3, 140:11, 140:13, 140:15, 140:24, 141:5, 141:9, 141:14, 141:18, 141:20, 141:23, 142:1, 142:3, 142:5,

142:8, 142:17, 142:21, 142:24, 143:3, 143:5, 143:8, 143:10, 143:13, 146:2, 146:25, 147:4, 154:6, 156:13, 157:22, 158:12, 158:14, 158:21, 159:1, 159:5, 159:13, 176:3, 177:2, 182:7, 190:4, 207:13, 209:3, 209:8, 209:12, 212:20, 214:2, 214:5, 217:5, 217:16, 217:19, 217:22, 218:2, 219:12, 220:10, 220:12, 220:21, 221:1, 222:2, 222:5, 222:11, 223:2, 225:6, 225:12, 225:20, 225:22, 225:25, 226:2, 227:11, 228:5, 228:7, 228:25, 229:8, 229:19, 229:21, 229:23, 230:1, 230:5, 230:10, 230:17, 230:24, 231:11, 231:14, 231:17, 231:19, 231:22, 232:5, 232:9, 232:11, 232:14, 232:18, 232:21, 233:4, 233:6, 233:10, 233:14, 233:16, 233:21, 233:25, 234:3, 234:5, 234:17, 234:21, 235:5, 235:7, 235:17, 235:19, 236:6

**Court-Certified** [1] - 6:2

**courthouse** [2] - 16:19, 86:25

**Courthouse** [1] - 17:19

**COURTROOM** [14] - 7:1, 53:9, 53:14, 53:16, 53:20, 147:7, 147:11, 147:16, 217:25, 232:23, 233:2, 233:8, 233:12, 233:15

**courtroom** [18] - 7:2, 50:24, 51:1, 82:21, 95:24, 96:1, 209:5,

209:7, 218:1, 220:7, 220:9, 224:3, 224:6, 232:15, 233:3, 234:18, 234:20, 236:9
**cover** [3] - 101:14, 173:24, 175:19
**covered** [2] - 202:20, 206:23
**covering** [2] - 179:10, 207:2
**covers** [2] - 163:5, 175:16
**coyote** [9] - 115:14, 118:17, 118:18, 118:19, 118:20, 118:21, 118:22
**Crawford** [9] - 221:25, 227:5, 227:16, 227:23, 228:9, 229:18, 230:17, 230:23, 231:6
**CRAWFORD** [1] - 4:5
**create** [2] - 28:20, 158:4
**created** [10] - 15:21, 20:21, 21:17, 36:19, 36:25, 158:3, 159:9, 165:9, 198:9, 215:17
**creates** [4] - 7:21, 8:7, 9:17, 163:3
**creating** [2] - 129:5, 194:2
**creation** [1] - 36:18
**credibility** [1] - 231:24
**crew** [32] - 70:11, 70:12, 71:5, 71:7, 71:8, 71:9, 71:11, 72:6, 72:12, 72:23, 86:16, 87:1, 87:10, 87:11, 88:5, 88:6, 92:14, 92:21, 92:22, 98:25, 106:4, 109:20, 121:24, 121:25, 128:22, 129:24, 130:6, 132:5, 132:23, 133:5, 135:10, 136:13
**crews** [1] - 86:17
**crime** [1] - 111:2
**criminal** [4] - 55:1, 79:25, 81:11, 112:13
**Criminal** [1] - 219:16
**CROSS** [17] - 7:10, 11:7, 15:14, 17:3, 20:1, 24:16, 38:2, 79:3, 96:4, 100:5, 103:20, 106:22, 110:11, 124:12,

190:5, 202:15, 209:13
**Cross** [16] - 3:6, 3:7, 3:7, 3:8, 3:8, 3:9, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:20, 3:21, 3:21
**cross** [15] - 3:9, 7:6, 41:2, 41:12, 45:17, 47:25, 79:2, 111:2, 115:15, 190:4, 215:6, 215:20, 217:10, 227:13, 230:22
**cross-border** [1] - 111:2
**Cross-Examination** [16] - 3:6, 3:7, 3:7, 3:8, 3:8, 3:9, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:20, 3:21, 3:21
**CROSS-EXAMINATION** [17] - 7:10, 11:7, 15:14, 17:3, 20:1, 24:16, 38:2, 79:3, 96:4, 100:5, 103:20, 106:22, 110:11, 124:12, 190:5, 202:15, 209:13
**cross-examination** [7] - 3:9, 41:2, 45:17, 47:25, 215:6, 215:20, 217:10
**cross-examine** [2] - 41:12, 230:22
**crossed** [1] - 161:23
**crosses** [1] - 161:19
**crossing** [1] - 197:18
**CRR** [2] - 2:16, 236:20
**Cruz** [3] - 17:8, 103:25, 222:7
**CRUZ** [2] - 1:9, 2:7
**crystal** [1] - 87:13
**Cuba** [3] - 115:13, 116:19, 119:25
**Cuban** [1] - 116:15
**Cubans** [2] - 116:20, 116:22
**cultivate** [1] - 60:3
**cumulative** [2] - 49:1, 49:5
**currency** [4] - 75:3, 133:20, 133:21, 134:6
**current** [8] - 54:10, 55:19, 56:9, 56:10, 67:8, 67:11, 150:2,

185:4
**currents** [1] - 212:6
**custody** [2] - 115:24, 157:4
**customer** [1] - 125:24
**customers** [1] - 140:9
**Customs** [18] - 51:19, 51:23, 51:25, 52:12, 52:16, 52:18, 54:22, 110:16, 110:19, 110:23, 111:18, 111:24, 112:1, 112:3, 112:9, 113:11, 149:13
**cut** [14] - 140:25, 141:6, 141:11, 141:14, 141:15, 141:17, 141:18, 141:20, 142:1, 142:3, 142:5, 142:8, 142:11, 142:13
**cuts** [1] - 141:12
**cutter** [4] - 129:22, 148:11, 148:16, 151:11
**cutting** [1] - 141:16
**cyber** [4] - 29:6, 30:7, 30:9, 30:13

# D

**d-a** [1] - 96:13
**daily** [1] - 151:6
**dark** [1] - 129:9
**darker** [1] - 180:13
**data** [77] - 10:7, 12:21, 12:25, 14:9, 18:1, 18:13, 18:14, 18:16, 18:24, 19:6, 19:12, 19:20, 20:23, 24:20, 26:11, 31:6, 31:15, 34:10, 37:3, 37:5, 37:7, 37:22, 40:16, 40:21, 42:9, 42:10, 43:8, 44:14, 46:15, 46:16, 149:3, 149:4, 150:11, 152:9, 153:4, 153:10, 153:11, 153:14, 153:16, 154:19, 156:21, 160:2, 161:18, 161:19, 162:21, 172:2, 181:15, 181:16, 181:25, 182:12, 185:17, 185:19, 185:21, 188:18, 191:24, 193:15, 195:5, 195:10, 195:18, 196:5,

201:15, 201:16, 201:19, 201:22, 203:2, 206:19, 208:9, 209:18, 209:21, 210:1, 210:5, 210:10, 210:11, 214:14, 214:24, 214:25
**data's** [1] - 19:7
**database** [1] - 12:4
**DATE** [1] - 236:20
**date** [18] - 21:16, 21:23, 23:3, 36:11, 36:13, 36:16, 36:17, 36:18, 37:1, 38:7, 43:10, 51:20, 52:6, 52:13, 52:24, 72:21, 193:18
**dates** [7] - 36:23, 40:7, 161:7, 161:14, 169:4, 170:14, 170:19
**Datum** [1] - 21:4
**David** [2] - 17:12, 96:15
**DAY** [1] - 1:13
**days** [11] - 10:5, 164:11, 164:12, 164:14, 176:9, 192:25, 193:6, 193:7, 193:19, 193:23, 197:16
**DC** [8] - 148:4, 148:15, 149:25, 150:2, 150:6, 151:19, 215:11, 215:12
**DEA** [2] - 67:17, 203:14
**dead** [2] - 178:7
**deal** [2] - 230:8, 230:9
**dealer** [4] - 139:7, 140:5, 140:8, 141:3
**dealers** [3] - 96:22, 98:1, 99:11
**dealing** [5] - 65:22, 75:5, 94:9, 108:18, 193:3
**dealt** [1] - 16:9
**debriefed** [2] - 12:3, 203:23
**debriefs** [2] - 56:11, 56:14
**debris** [2] - 201:1, 211:4
**debt** [1] - 117:13
**December** [2] - 23:1, 38:8
**decided** [2] - 79:24, 112:6
**decides** [1] - 144:12

**decimal** [2] - 21:9, 32:3
**decision** [1] - 229:6
**deck** [1] - 124:23
**decrease** [1] - 185:1
**deduce** [5] - 171:25, 181:15, 181:16, 183:1, 184:14
**deem** [2] - 52:2, 52:20
**deep** [1] - 124:22
**default** [1] - 168:6
**default-set** [1] - 168:6
**defective** [1] - 210:6
**Defendant** [6] - 221:3, 222:21, 224:23, 225:17, 234:24, 235:9
**defendant** [1] - 79:22
**Defendant's** [1] - 45:3
**DEFENDANT'S** [2] - 4:8, 5:8
**defendants** [3] - 55:6, 56:16, 58:4
**Defendants** [17] - 6:2, 47:10, 48:12, 51:16, 107:8, 220:1, 220:14, 221:6, 223:21, 224:9, 224:11, 224:25, 225:2, 225:4, 225:5, 225:8, 232:2
**Defendants'** [2] - 224:17, 224:18
**defense** [13] - 40:2, 40:19, 42:8, 43:12, 47:15, 49:19, 51:4, 133:22, 215:21, 217:24, 218:12, 224:20, 228:11
**defer** [1] - 208:4
**definitely** [2] - 129:19, 167:1
**degree** [1] - 187:7
**del** [1] - 169:3
**delete** [1] - 34:8
**deleted** [1] - 34:9
**delivering** [1] - 93:11
**delivers** [1] - 69:24
**delivery** [1] - 200:12
**demand** [3] - 76:2, 76:4, 76:17
**demonstrated** [1] - 130:20
**denied** [3] - 6:13, 57:7, 219:13
**departed** [2] - 171:8, 171:10
**department** [3] - 52:11, 80:18, 203:14
**Department** [9] -

46:25, 51:18, 51:22, 52:15, 54:14, 55:22, 134:23, 148:4, 150:15

**departs** [1] - 164:7

**depict** [1] - 61:20

**depicted** [1] - 62:19

**depiction** [3] - 196:16, 206:11, 206:19

**DEPOSITION** [2] - 4:11, 4:13

**deposition** [6] - 234:6, 234:14, 234:16, 235:20, 236:3, 236:5

**depositions** [3] - 48:18, 234:12, 236:1

**depths** [1] - 132:12

**DEPUTY** [14] - 7:1, 53:9, 53:14, 53:16, 53:20, 147:7, 147:11, 147:16, 217:25, 232:23, 233:2, 233:8, 233:12, 233:15

**describe** [4] - 80:15, 111:22, 163:2, 187:7

**described** [7] - 51:24, 52:17, 85:16, 161:4, 189:21, 194:7, 194:23

**describing** [3] - 63:12, 77:7, 77:22

**design** [2] - 84:24, 125:14

**designated** [8] - 64:1, 64:10, 92:6, 99:1, 115:15, 115:20, 116:24, 120:6

**designed** [7] - 62:9, 64:4, 64:6, 64:8, 102:17, 125:10, 130:10

**desk** [1] - 156:15

**desktop** [1] - 155:18

**destination** [14] - 57:17, 60:9, 61:11, 61:12, 68:16, 68:18, 69:25, 70:21, 72:19, 72:22, 109:22, 109:24, 120:10, 129:18

**destinations** [3] - 57:15, 61:15, 61:16

**destroy** [2] - 33:3, 33:22

**destroyed** [3] - 33:5, 121:15, 201:2

**destroying** [2] - 33:23, 126:18

**destruction** [1] -

219:7

**detail** [8] - 166:9, 171:3, 172:16, 174:8, 174:22, 183:17, 196:20, 210:17

**detailed** [1] - 41:11

**details** [3] - 82:7, 185:15, 185:16

**detained** [2] - 92:22, 132:24

**detect** [1] - 62:25

**detected** [3] - 86:2, 128:3, 131:21

**detection** [2] - 103:10, 132:23

**detective** [1] - 80:19

**determination** [1] - 222:21

**determine** [8] - 7:16, 8:21, 18:15, 21:8, 87:13, 214:25, 218:17, 218:18

**develop** [1] - 150:12

**deviation** [2] - 187:12, 187:13

**device** [57] - 8:16, 8:22, 8:23, 8:25, 9:4, 18:13, 19:9, 19:19, 24:21, 24:23, 26:11, 26:14, 27:24, 31:7, 32:14, 32:15, 32:17, 32:20, 33:9, 38:14, 44:7, 44:23, 64:11, 100:1, 130:21, 132:18, 152:10, 152:11, 153:17, 156:7, 156:21, 157:2, 157:14, 160:3, 160:14, 160:15, 160:16, 164:25, 165:9, 166:3, 166:10, 168:3, 168:20, 173:14, 173:21, 175:25, 176:1, 176:5, 176:6, 176:7, 181:2, 183:16, 184:7, 212:11, 212:13, 213:3, 221:15

**devices** [15] - 23:2, 23:5, 26:15, 27:22, 29:16, 30:8, 38:21, 46:17, 153:5, 160:3, 179:13, 182:11, 195:5, 195:10

**diagram** [2] - 168:11, 215:17

**die** [1] - 10:4

**DIEGO** [1] - 2:7

**differ** [3] - 78:11, 78:13, 165:22

**differed** [1] - 186:17

**difference** [4] - 16:13, 114:22, 116:14, 138:12

**different** [22] - 7:14, 14:7, 21:9, 22:14, 36:8, 39:1, 45:17, 54:20, 56:25, 80:4, 94:2, 101:15, 102:13, 105:2, 111:25, 112:2, 115:6, 124:19, 125:2, 125:3, 125:4, 126:10, 126:11, 131:18, 148:9, 151:8, 153:4, 153:5, 162:1, 162:4, 197:23, 215:19

**differential** [4] - 14:4, 14:5, 160:9, 205:10

**differentiation** [1] - 164:22

**differs** [1] - 165:19

**difficult** [2] - 136:6, 136:7

**digital** [11] - 15:20, 44:4, 148:14, 148:22, 148:23, 148:25, 149:3, 149:22, 151:8, 151:25, 158:24

**dime** [6] - 139:11, 145:14, 145:15, 145:17, 145:18, 145:19

**diminish** [1] - 139:5

**dire** [2] - 57:18, 79:8

**DIRE** [1] - 57:20

**direct** [7] - 19:1, 47:24, 83:2, 83:6, 108:21, 113:18, 121:11

**Direct** [2] - 3:12, 3:20

**DIRECT** [3] - 54:1, 59:10, 147:19

**direction** [5] - 72:6, 126:11, 178:20, 186:21, 224:8

**directions** [1] - 126:10

**directly** [9] - 18:18, 64:22, 71:10, 79:20, 83:13, 112:10, 114:6, 178:9, 227:6

**disadvantage** [1] - 127:2

**disagree** [1] - 122:23

**disappears** [1] - 130:5

**disc** [1] - 224:20

**discarded** [2] - 218:12, 218:19

**disconnect** [1] - 41:25

**discovery** [2] - 230:14, 230:15

**discuss** [1] - 92:8

**discussed** [5] - 31:20, 34:11, 92:8, 143:1, 145:4

**discussing** [1] - 183:14

**discussion** [1] - 47:4

**Discussion** [2] - 50:23, 51:14

**dismiss** [3] - 218:6, 219:11, 227:3

**disposal** [1] - 119:22

**dispute** [1] - 50:6

**distance** [19] - 93:3, 126:3, 127:11, 176:16, 177:15, 178:22, 179:4, 180:2, 180:3, 183:18, 189:13, 192:9, 196:4, 197:17, 197:18, 197:23, 198:7, 199:19, 216:13

**distances** [4] - 119:25, 179:21, 206:17, 207:9

**distribute** [2] - 221:7, 233:20

**distribution** [2] - 64:18, 69:19

**distributor** [7] - 77:16, 144:3, 144:11, 144:18, 145:6

**DISTRICT** [3] - 1:1, 1:1, 1:15

**District** [10] - 2:17, 148:13, 215:8, 215:10, 215:11, 215:12, 234:10, 235:24, 236:21

**divide** [1] - 76:14

**Division** [1] - 110:21

**dizzy** [1] - 232:19

**DNA** [2] - 25:8, 221:16

**DO** [1] - 2:8

**doc** [1] - 155:14

**document** [9] - 51:7, 157:18, 170:17, 218:9, 218:12, 218:13, 218:19, 219:5

**documentation** [3] - 161:7, 219:1, 219:3

**documents** [10] -

136:6, 151:10, 152:13, 154:12, 153:15, 155:1, 158:5, 161:4, 182:19, 185:20

**dollars** [2] - 63:5, 143:2

**dollars'** [2] - 70:4, 122:16

**Dolphin** [1] - 129:21

**done** [13] - 13:5, 45:18, 45:24, 47:10, 73:18, 98:21, 128:22, 144:16, 175:2, 183:25, 206:5, 228:5, 230:19

**door** [2] - 47:18, 48:1

**dope** [6] - 85:16, 87:12, 122:16, 122:22, 128:12, 131:24

**doper** [1] - 74:23

**dot** [8] - 166:4, 166:6, 199:15, 199:16, 199:18, 206:14, 206:15

**dots** [18] - 28:11, 160:5, 161:1, 166:1, 167:12, 175:8, 175:9, 175:15, 175:16, 187:18, 187:23, 202:10, 202:11, 206:7, 206:9, 206:11, 206:17, 216:24

**double** [8] - 10:22, 35:8, 35:9, 35:11, 42:17, 43:6, 45:20, 46:14

**double-check** [3] - 42:17, 45:20, 46:14

**double-click** [1] - 43:6

**doubt** [2] - 108:17, 108:20

**down** [26] - 26:18, 46:21, 66:19, 67:3, 69:1, 87:22, 97:14, 97:19, 116:21, 118:12, 118:13, 120:1, 125:21, 139:15, 143:10, 145:3, 147:1, 149:19, 153:12, 154:21, 184:18, 184:22, 187:15, 188:22, 217:16, 220:3

**download** [2] - 23:3, 154:24

**downloaded** [1] -

23:19
**drag** [1] - 43:7
**drawn** [1] - 231:24
**drift** [2] - 213:19, 214:11
**drive** [1] - 173:22
**driven** [4] - 101:20, 107:12, 108:19
**drives** [2] - 30:3
**driving** [1] - 70:17
**drop** [10] - 43:7, 64:9, 72:20, 92:12, 92:17, 108:25, 115:21, 132:15, 139:15, 213:10
**dropped** [8] - 89:5, 89:6, 89:24, 89:25, 90:11, 93:6, 213:11
**Drug** [2] - 56:3, 138:17
**drug** [79] - 54:11, 54:19, 55:20, 56:10, 56:13, 56:22, 56:25, 57:14, 61:23, 61:25, 62:11, 62:22, 63:3, 63:23, 64:4, 64:25, 65:23, 67:8, 69:9, 70:2, 71:20, 72:3, 74:11, 74:23, 75:3, 75:4, 75:6, 75:11, 75:12, 76:7, 76:11, 83:22, 84:13, 85:19, 86:19, 87:14, 88:1, 91:21, 92:1, 92:3, 93:17, 93:23, 94:11, 94:17, 96:22, 98:1, 99:11, 102:10, 103:1, 103:8, 104:23, 105:7, 109:17, 114:15, 115:12, 117:16, 117:18, 117:22, 117:25, 120:4, 120:12, 120:19, 121:13, 123:6, 123:19, 126:1, 127:23, 131:4, 132:19, 133:21, 135:9, 135:25, 136:10, 140:5, 140:8, 146:7, 151:16, 151:20, 152:1
**drug-smuggling** [8] - 54:19, 55:20, 61:23, 117:16, 117:18, 117:22, 120:12, 120:19
**drug-trafficker** [1] - 133:21
**drug-trafficking** [34] -

54:11, 56:10, 56:13, 56:25, 64:4, 64:25, 65:23, 69:9, 70:2, 71:20, 72:3, 74:11, 74:23, 75:6, 75:11, 75:12, 76:11, 83:22, 87:14, 88:1, 92:3, 93:23, 94:11, 94:17, 103:8, 115:12, 117:25, 120:4, 123:19, 126:1, 127:23, 131:4, 135:25, 151:16
**drug-trafficking-organization** [1] - 63:3
**drugs** [23] - 64:15, 64:17, 67:9, 71:21, 88:5, 91:24, 92:25, 93:2, 93:7, 93:10, 93:11, 93:12, 93:14, 93:19, 108:25, 109:9, 118:8, 118:23, 123:11, 132:3, 186:7, 188:2, 202:11
**drums** [3] - 66:13, 85:6, 120:8
**dry** [1] - 192:22
**duct** [1] - 74:14
**dumped** [2] - 211:4, 211:5
**durable** [1] - 95:5
**during** [8] - 79:8, 137:14, 148:8, 149:19, 163:21, 175:23, 234:12, 236:1
**duties** [2] - 147:25, 150:23
**Duval** [1] - 197:22

---

**E**

**e-mails** [1] - 29:23
**early** [1] - 96:21
**earth** [1] - 205:22
**Earth** [40] - 25:19, 26:7, 26:12, 26:16, 28:10, 28:14, 28:15, 28:21, 28:24, 29:7, 29:11, 29:14, 30:17, 30:22, 31:2, 31:5, 31:7, 31:10, 31:18, 31:19, 31:24, 31:25, 32:2, 32:10, 32:12, 38:18, 39:7, 40:16, 42:25, 43:7, 43:22, 153:8, 153:19, 154:18, 155:7,

155:13, 157:14, 170:1, 172:13
**ease** [1] - 161:24
**easier** [3] - 43:3, 233:22, 233:24
**easiest** [1] - 233:2
**easily** [2] - 131:13, 167:19
**East** [1] - 1:22
**Eastern** [17] - 97:22, 98:6, 100:10, 100:25, 103:12, 151:12, 151:14, 151:17, 151:21, 152:2, 161:24, 162:7, 169:7, 169:10, 173:4, 206:2, 215:15
**easy** [1] - 155:2
**echoing** [1] - 16:5
**Ecuador** [3] - 60:1, 135:22, 183:6
**edit** [1] - 49:4
**effect** [2] - 15:6, 44:6
**efficient** [2] - 83:23, 97:6
**EFN** [1] - 156:5
**eight** [10] - 139:12, 145:16, 145:20, 145:21, 159:17, 185:13, 185:15, 185:16, 201:5, 206:8
**either** [25] - 21:17, 24:2, 35:16, 60:15, 64:11, 66:13, 68:6, 68:8, 68:19, 71:22, 80:19, 85:14, 86:3, 88:5, 89:6, 115:21, 117:2, 119:6, 129:12, 129:24, 146:13, 169:22, 192:6, 234:3
**elaborate** [2] - 58:12, 112:12
**elapses** [1] - 177:19
**electrical** [2] - 35:14, 74:14
**electronic** [2] - 44:7, 153:5
**element** [1] - 227:18
**elements** [1] - 227:6
**eliminating** [1] - 50:3
**Elmo** [3] - 19:25, 61:19, 76:24
**embedded** [2] - 56:12, 132:18
**employed** [1] - 147:24
**en** [1] - 129:18
**enables** [2] - 8:6, 92:24

**ENCINOSA** [16] - 2:11, 6:12, 6:15, 38:3, 39:13, 48:14, 124:13, 127:16, 212:19, 231:2, 232:12, 232:16, 232:19, 232:25, 233:5, 234:2
**Encinosa** [2] - 3:9, 3:16
**encounter** [3] - 75:21, 104:18, 104:21
**encountered** [3] - 102:12, 102:13, 131:25
**encounters** [2] - 104:22, 123:3
**end** [1] - 202:10
**ended** [2] - 156:2, 181:18
**ends** [1] - 22:13
**enforcement** [29] - 19:21, 67:15, 67:17, 79:23, 80:21, 81:13, 81:23, 82:20, 85:21, 86:2, 92:16, 93:15, 99:17, 103:10, 111:8, 112:21, 118:10, 118:11, 128:4, 128:18, 128:21, 129:3, 129:15, 129:16, 129:20, 131:23, 132:23, 135:6
**Enforcement** [9] - 51:19, 52:12, 55:3, 56:3, 110:16, 110:20, 112:2, 112:9, 138:17
**engagement** [1] - 205:17
**engine** [7] - 102:3, 102:5, 102:24, 126:6, 126:7, 126:9, 177:14
**engines** [20] - 63:7, 63:8, 63:9, 63:13, 63:16, 84:19, 84:20, 84:22, 85:3, 101:6, 102:24, 104:8, 105:8, 105:9, 105:13, 125:5, 125:16, 129:4, 129:14
**English** [5] - 51:3, 51:4, 51:8, 118:20
**ensure** [2] - 39:22, 74:16
**entail** [1] - 147:25
**enter** [2] - 24:5,

211:12
**entered** [10] - 7:2, 51:1, 63:10, 76:25, 96:1, 209:7, 210:22, 210:25, 233:3, 234:20
**entering** [1] - 47:11
**Enterprise** [1] - 29:14
**enters** [1] - 210:24
**entertained** [1] - 38:22
**entire** [1] - 130:2
**entitled** [1] - 236:17
**entrust** [1] - 72:4
**entry** [1] - 170:10
**epoxy** [1] - 33:11
**equivalent** [1] - 197:18
**era** [1] - 67:13
**erased** [4] - 33:20, 33:24, 34:6
**err** [1] - 203:4
**erroneous** [1] - 203:5
**error** [3] - 14:21, 45:10, 215:1
**errors** [6] - 14:25, 15:2, 15:8, 45:8, 215:3
**ESN** [1] - 156:23
**especially** [8] - 60:18, 63:25, 74:18, 75:20, 97:4, 129:20, 228:19, 228:20
**ESQ** [6] - 2:4, 2:5, 2:7, 2:8, 2:10, 2:11
**essential** [2] - 81:6, 81:8
**essentially** [4] - 74:10, 86:7, 92:4, 99:2
**established** [1] - 225:2
**estimate** [6] - 138:2, 196:21, 196:23, 197:3, 197:5, 198:23
**estimated** [1] - 199:19
**Europe** [3] - 61:16, 78:13, 78:15
**evasive** [1] - 216:19
**eventually** [4] - 67:9, 69:7, 72:23, 127:12
**EVIDENCE** [2] - 3:2, 4:8
**evidence** [48] - 27:9, 27:12, 29:24, 35:23, 44:14, 47:11, 53:6, 55:7, 61:19, 63:10, 76:25, 81:3, 81:10, 86:5, 86:6, 86:8, 89:12, 99:13, 99:18, 105:20, 130:9, 135:15, 138:21,

156:25, 158:9,
159:14, 182:1,
200:25, 221:5,
221:8, 221:12,
221:13, 221:15,
221:17, 221:18,
221:20, 224:15,
224:25, 225:3,
225:20, 225:21,
226:14, 226:15,
228:11, 231:22,
231:25, 234:23,
235:10
**exact** [9] - 46:16,
89:10, 94:13,
141:17, 193:15,
193:18, 206:12,
207:4, 211:20
**exactly** [5] - 16:19,
48:22, 70:19, 219:2,
223:14
**EXAMINATION** [26] -
7:10, 11:7, 15:14,
17:3, 20:1, 24:16,
38:2, 39:15, 54:1,
57:20, 59:10, 79:3,
96:4, 100:5, 103:20,
106:22, 110:11,
124:12, 127:21,
143:14, 146:3,
147:19, 190:5,
202:15, 209:13,
212:22
**examination** [10] -
16:4, 19:2, 41:2,
45:17, 47:25,
121:11, 149:17,
215:6, 215:20,
217:10
**Examination** [24] -
3:6, 3:7, 3:7, 3:8,
3:8, 3:9, 3:9, 3:10,
3:12, 3:13, 3:13,
3:14, 3:14, 3:15,
3:15, 3:16, 3:16,
3:17, 3:17, 3:20,
3:20, 3:21, 3:21,
3:22
**examine** [3] - 41:12,
202:22, 230:22
**examined** [2] - 16:2,
46:17
**examiner** [2] - 36:18,
150:3
**examiners** [1] - 41:9
**example** [14] - 76:9,
82:8, 104:24, 115:2,
116:15, 119:4,
119:19, 119:25,
135:21, 143:25,

204:23, 206:8,
208:13, 208:18
**exceed** [1] - 63:6
**Excel** [3] - 20:20,
154:16, 155:8
**excerpt** [1] - 236:16
**excess** [3] - 71:25,
73:7, 220:6
**exchange** [2] - 66:3,
75:8
**exclusive** [3] - 100:13,
100:14, 131:7
**excuse** [1] - 106:1
**excused** [3] - 46:22,
147:3, 217:18
**executed** [1] - 111:8
**Exhibit** [46] - 5:4, 5:5,
20:8, 20:14, 24:25,
25:11, 38:17, 43:11,
61:19, 61:20, 62:20,
61:19, 67:3, 76:25,
77:5, 84:7, 89:16,
91:1, 107:4, 107:19,
107:20, 108:1,
157:25, 158:2,
158:9, 159:7,
159:14, 159:17,
168:23, 169:1,
170:24, 174:2,
174:3, 178:14,
180:12, 183:9,
193:2, 193:3,
206:22, 210:15,
223:21, 223:23,
224:16, 225:23,
225:24
**exhibit** [13] - 5:6, 5:10,
42:9, 43:17, 159:20,
170:6, 174:19,
179:23, 193:2,
193:20, 197:7,
223:20, 225:22
**exhibited** [1] - 193:1
**exhibits** [2] - 49:20,
50:2
**EXHIBITS** [2] - 5:3,
5:8
**Exhibits** [10] - 5:9,
5:11, 5:12, 49:19,
53:3, 53:5, 156:16,
234:24, 235:3, 235:9
**exited** [5] - 50:24,
95:24, 209:5, 218:1,
234:18
**exits** [1] - 236:9
**expect** [1] - 45:10
**expedite** [1] - 222:4
**expended** [1] - 70:20
**expense** [1] - 70:20
**expensive** [4] - 62:20,

63:6, 90:15, 101:13
**experience** [25] -
80:22, 84:12, 87:19,
94:8, 102:11,
119:16, 123:2,
123:16, 123:25,
134:4, 134:22,
138:13, 138:15,
139:19, 140:16,
144:25, 146:7,
149:15, 164:1,
166:20, 177:13,
183:5, 192:23,
207:25
**experienced** [1] - 16:7
**expert** [15] - 44:4,
56:21, 57:7, 57:13,
58:9, 58:24, 83:2,
145:10, 151:25,
158:23, 182:12,
214:1, 214:7, 217:2,
217:7
**expertise** [3] - 91:20,
113:19, 175:22
**explain** [11] - 21:13,
22:25, 41:6, 43:5,
59:17, 74:5, 76:6,
148:25, 159:24,
171:5, 176:15
**explained** [2] - 67:23,
71:23
**explaining** [2] - 73:18,
116:14
**explanation** [1] -
94:23
**exploitation** [1] -
149:10
**extended** [2] - 93:11,
94:25
**external** [4] - 13:7,
29:16, 30:3, 30:8
**extra** [3] - 35:19, 36:4,
65:4
**extract** [7] - 23:3,
24:20, 26:11, 26:19,
27:2, 27:21, 41:15
**extracted** [21] - 18:14,
19:5, 19:20, 23:1,
23:4, 25:10, 25:14,
27:5, 27:17, 28:9,
30:22, 30:24, 31:15,
35:2, 35:5, 40:7,
46:15, 185:20,
209:21, 214:15
**extracting** [4] - 18:1,
23:2, 37:2, 203:4
**extraction** [23] -
12:17, 25:2, 38:7,
41:3, 41:16, 42:2,
45:7, 45:15, 45:16,

46:16, 149:3, 152:1,
152:12, 153:13,
153:23, 153:25,
154:9, 164:25,
203:5, 214:20,
214:25, 215:1
**extractions** [17] -
7:15, 11:12, 27:9,
27:10, 27:25, 29:13,
29:15, 29:20, 29:24,
31:9, 41:10, 44:5,
149:22, 158:25,
164:1, 214:19,
214:22
**extraordinary** [1] -
39:22
**eye** [1] - 72:6
**eyeballed** [1] - 208:11
**eyes** [2] - 213:4, 233:1

**F**

**F.3d** [1] - 228:24
**facial** [1] - 17:16
**facie** [4] - 219:18,
220:24, 227:9, 231:8
**fact** [29] - 39:23,
42:17, 50:6, 83:3,
100:25, 112:8,
112:24, 114:11,
123:6, 129:19,
132:3, 134:2, 136:7,
156:6, 156:9,
156:21, 159:4,
168:17, 171:25,
172:22, 181:20,
205:17, 214:22,
216:25, 217:12,
218:19, 221:12,
229:8, 229:11
**factors** [2] - 15:6,
207:22
**factory** [2] - 104:19,
125:23
**facts** [6] - 12:7, 85:10,
134:13, 134:16,
152:14, 219:21
**factual** [1] - 151:10
**factually** [1] - 219:20
**failed** [3] - 219:18,
220:23, 227:9
**failure** [1] - 221:5
**fair** [21] - 9:25, 10:6,
12:7, 78:20, 81:21,
82:6, 93:9, 95:11,
119:15, 122:24,
136:23, 150:13,
154:22, 164:16,
166:2, 178:5, 186:5,
189:19, 203:6,

204:8, 204:12
**fairly** [6] - 16:14,
62:23, 62:24,
158:24, 164:2,
208:15
**fake** [1] - 136:6
**fall** [1] - 53:16
**familiar** [26] - 38:20,
43:6, 59:14, 74:1,
85:10, 90:2, 90:17,
91:21, 101:8,
103:12, 113:7,
113:8, 113:16,
113:17, 114:3,
114:6, 126:25,
140:20, 148:19,
151:14, 151:16,
213:18, 213:20,
214:8, 214:10
**family** [1] - 117:3
**family's** [1] - 116:15
**far** [34] - 11:4, 16:17,
48:6, 64:6, 64:7,
68:5, 69:20, 71:3,
71:5, 71:9, 75:2,
102:7, 102:10,
106:7, 112:14,
112:23, 125:4,
125:23, 127:1,
139:3, 144:12,
146:20, 153:1,
189:21, 189:25,
194:24, 196:12,
196:21, 196:23,
203:17, 206:12,
216:14, 216:17
**fashioned** [1] - 71:17
**fast** [22] - 60:13,
60:20, 64:3, 64:8,
65:11, 66:4, 68:14,
69:23, 71:12, 72:18,
83:21, 98:24,
128:23, 129:7,
150:8, 152:21,
177:9, 180:6, 185:2,
186:15, 186:16,
190:20
**faster** [8] - 62:5,
83:22, 96:17, 96:23,
97:6, 97:12, 155:8,
199:5
**favor** [2] - 10:7, 97:8
**favorable** [1] - 231:23
**favorite** [1] - 24:12
**FBI** [1] - 203:14
**Federal** [4] - 55:2,
56:3, 219:15, 236:20
**federal** [3] - 56:21,
80:18, 203:13
**fee** [10] - 115:9,

248

115:23, 115:25, 116:1, 116:7, 116:9, 116:12, 117:2, 134:5

**fees** [1] - 75:8

**feet** [12] - 84:10, 85:1, 104:6, 137:1, 195:20, 195:23, 195:25, 196:1, 196:3, 199:8, 199:10

**FERNANDO** [2] - 1:9, 2:8

**few** [6] - 11:11, 20:17, 96:8, 202:19, 202:21, 228:2

**fiberglass** [1] - 62:25

**field** [4] - 80:22, 211:4, 211:17, 212:25

**figure** [2] - 51:16, 180:6

**file** [4] - 44:7, 154:17, 155:13, 185:7

**filed** [3] - 227:4, 229:3, 229:5

**files** [1] - 157:13

**final** [5] - 69:24, 70:21, 109:22, 109:24, 120:10

**finder** [1] - 14:6

**findings** [1] - 46:10

**fine** [3] - 48:10, 48:14, 233:24

**finger** [1] - 67:7

**fingerprints** [2] - 25:5, 221:16

**finished** [1] - 149:24

**firearm** [1] - 123:8

**first** [31] - 18:4, 22:7, 22:15, 33:13, 34:21, 38:7, 48:24, 54:21, 70:24, 72:11, 79:12, 123:2, 130:12, 130:13, 148:10, 152:6, 159:20, 175:8, 177:23, 190:17, 192:13, 192:16, 193:1, 194:23, 204:10, 218:2, 220:18, 232:6, 233:16

**fisherman** [5] - 119:18, 213:19, 214:1, 214:7

**fishermen** [4] - 128:7, 128:9, 133:5, 213:20

**fishes** [1] - 125:12

**fishing** [11] - 24:13, 60:19, 62:9, 84:14, 102:18, 103:15, 119:18, 125:10, 125:12, 125:22

**fit** [3] - 52:2, 52:20, 66:14

**five** [14] - 16:13, 71:11, 74:24, 86:17, 87:16, 87:23, 145:15, 155:9, 162:8, 178:14, 178:15, 178:18, 193:23, 235:15

**five-yard** [1] - 16:13

**fixed** [1] - 211:13

**flat** [1] - 95:4

**fleets** [1] - 97:2

**flew** [1] - 116:20

**flight** [3] - 6:10, 6:11, 38:22

**flights** [1] - 208:3

**flip** [1] - 13:7

**float** [2] - 130:10, 130:19

**floating** [5] - 89:7, 177:16, 177:17, 201:1, 211:23

**floats** [1] - 130:19

**floor** [1] - 104:19

**FLORIDA** [1] - 1:1

**Florida** [24] - 1:4, 1:23, 2:18, 11:13, 38:11, 38:14, 54:9, 54:13, 62:7, 74:8, 78:6, 78:18, 115:17, 115:21, 116:22, 119:14, 125:21, 138:4, 142:12, 143:16, 143:21, 145:11, 149:19, 236:22

**fluctuate** [1] - 75:24

**fly** [5] - 70:15, 70:16, 110:5, 121:22, 122:1

**flying** [2] - 135:21, 208:3

**focus** [2] - 111:9, 215:14

**focusing** [1] - 31:10

**foil** [9] - 16:25, 44:1, 44:9, 44:13, 89:21, 126:24, 126:25, 127:3

**folder** [4] - 27:1, 27:3, 27:24, 28:5

**folks** [3] - 74:7, 76:6, 130:22

**follow** [5] - 8:7, 120:11, 143:12, 202:19, 216:2

**follow-up** [2] - 143:12, 202:19

**followed** [4] - 128:10, 128:17, 128:21,
201:24

**following** [5] - 112:1, 112:6, 215:22, 216:1, 235:16

**follows** [4] - 7:9, 47:4, 53:23, 147:18

**FOR** [8] - 1:20, 2:2, 2:4, 2:5, 2:7, 2:8, 2:10, 2:11

**force** [7] - 54:11, 148:4, 148:15, 150:18, 150:20, 151:19, 203:19

**Force** [2] - 150:22, 208:3

**forced** [3] - 114:25, 115:2, 115:4

**Forces** [1] - 29:12

**foregoing** [1] - 236:15

**foreign** [9] - 65:25, 67:18, 82:3, 82:4, 86:11, 118:10, 123:7, 130:7, 154:1

**forensic** [14] - 12:25, 23:20, 27:4, 27:7, 27:9, 29:21, 36:18, 38:11, 41:7, 41:9, 41:11, 44:4, 149:17, 150:2

**forensics** [7] - 15:20, 148:14, 148:22, 148:23, 148:25, 149:3, 151:8

**forgive** [1] - 171:12

**forgot** [2] - 72:14, 125:7

**form** [7] - 6:16, 6:17, 18:5, 82:24, 83:11, 222:23, 226:13

**formal** [1] - 82:24

**formally** [1] - 147:23

**format** [8] - 21:7, 21:9, 26:17, 28:21, 31:21, 32:3, 155:8, 155:21

**forms** [3] - 47:9, 47:14, 47:24

**formula** [1] - 139:8

**Fort** [2] - 1:23, 54:9

**forward** [2] - 185:5, 219:19

**four** [32] - 22:6, 35:15, 41:8, 41:9, 48:18, 49:9, 54:20, 63:9, 65:19, 71:11, 74:24, 84:19, 84:22, 85:3, 86:17, 87:16, 87:22, 102:24, 104:8, 136:25, 141:8, 141:9, 141:12, 141:18, 141:21,
148:10, 162:8, 174:2, 174:3, 174:15, 193:10, 196:9

**four-pin** [1] - 35:15

**fourth** [3] - 49:4, 141:11, 142:8

**FPR** [2] - 2:16, 236:20

**frame** [2] - 175:23, 197:1

**FRANCIS** [1] - 1:20

**FRANCO** [2] - 1:10, 2:11

**Franco** [1] - 231:4

**Frank** [2] - 46:25, 49:24

**free** [5] - 28:10, 28:14, 29:1, 154:23, 227:15

**freedoms** [1] - 117:12

**frequently** [1] - 56:5

**friend** [1] - 201:24

**friendly** [3] - 26:17, 28:21, 43:1

**friends** [1] - 163:8

**front** [10] - 38:24, 125:9, 156:15, 156:20, 159:8, 161:13, 216:8, 216:15, 225:9, 226:14

**fuel** [19] - 62:5, 65:3, 65:4, 66:2, 66:4, 66:6, 66:8, 66:9, 66:17, 68:15, 70:20, 83:23, 85:4, 97:6, 97:12, 120:5, 120:7, 120:8, 120:9

**fuel-efficient** [2] - 83:23, 97:6

**full** [4] - 86:9, 104:25, 130:6, 147:12

**fully** [1] - 136:8

**function** [1] - 131:9

**functions** [1] - 131:18

**funding** [1] - 65:24

**funny** [1] - 67:12

**furtherance** [1] - 79:13

**furthermore** [4] - 224:15, 224:20, 227:20, 227:24

**Furuno** [3] - 14:2, 14:7, 149:14

**Furunos** [1] - 14:8

**future** [1] - 211:19

**fuzzy** [1] - 78:24

---

**G**

**GABRIEL** [2] - 1:7, 2:2

**Gabriel** [6] - 52:14, 52:24, 82:23, 83:11, 218:3, 233:18

**Galápagos** [9] - 162:16, 164:6, 164:8, 173:5, 193:7, 193:8, 193:16, 194:24, 194:25

**game** [2] - 93:25, 119:15

**gap** [2] - 172:1, 173:17

**gaps** [3] - 167:24, 168:2, 173:6

**garage** [1] - 173:23

**garbage** [2] - 210:8

**Garcia** [14] - 48:23, 52:14, 52:24, 82:23, 83:11, 218:4, 219:17, 233:18, 233:19, 234:7, 234:24, 235:9, 235:13, 235:21

**GARCIA** [4] - 1:7, 2:2, 4:12, 5:8

**Garcia-Solar** [10] - 48:23, 82:23, 83:11, 218:4, 219:17, 233:18, 233:19, 234:7, 235:13, 235:21

**GARCIA-SOLAR** [3] - 1:7, 2:2, 4:12

**GARCIA-SOLAR'S** [1] - 5:8

**Garcia-Solar's** [2] - 234:24, 235:9

**Garmin** [83] - 7:15, 8:13, 12:21, 12:22, 12:25, 13:3, 13:10, 13:16, 13:20, 13:25, 14:2, 14:10, 15:23, 15:25, 16:2, 19:5, 19:8, 19:10, 19:11, 19:15, 19:19, 20:21, 23:2, 23:5, 24:23, 25:3, 25:18, 26:8, 26:10, 26:12, 26:14, 26:15, 26:21, 26:22, 26:23, 27:10, 27:18, 28:9, 28:16, 28:18, 28:22, 30:24, 31:6, 31:7, 31:14, 32:24, 33:5, 33:6, 33:24, 34:15, 35:2, 35:5, 35:7, 35:18, 35:20, 36:2, 36:7, 37:3, 37:8, 37:13, 37:15, 37:19, 39:20, 39:25, 40:3, 40:6, 40:17, 40:21, 44:12, 44:15,

46:17, 47:9, 99:23, 99:25, 152:13, 158:6, 166:3, 168:19, 181:9, 185:21, 188:23
**Garmin-qualified** [1] - 15:25
**gather** [1] - 81:3
**general** [4] - 9:8, 87:5, 123:24, 135:14
**generally** [6] - 84:21, 125:13, 144:16, 146:18, 186:24
**generate** [1] - 14:16
**generated** [2] - 157:17, 165:5
**generating** [1] - 157:18
**gentleman** [7] - 17:11, 107:14, 130:12, 140:23, 220:18, 220:19, 223:25
**gentlemen** [14] - 7:3, 44:6, 54:7, 59:19, 62:3, 67:24, 76:5, 112:13, 147:24, 152:7, 156:19, 159:24, 217:22, 225:4
**geographical** [1] - 162:14
**given** [14] - 52:3, 52:21, 76:21, 153:1, 160:25, 195:20, 204:10, 204:12, 208:24, 209:18, 209:21, 210:5, 224:17, 227:13
**glare** [3] - 160:6, 171:13, 175:1
**GLENDA** [2] - 2:16, 236:20
**GLENN** [1] - 2:2
**Global** [6] - 155:2, 156:4, 156:16, 161:5, 163:6, 163:11
**GlobalStar** [1] - 154:12
**go-fast** [15] - 60:13, 64:3, 65:11, 66:4, 68:14, 69:23, 71:12, 72:18, 83:21, 98:24, 128:23, 129:7, 150:8, 152:21, 190:20
**goal** [1] - 103:11
**God** [2] - 53:12, 147:9
**Gonzalez** [2] - 46:25, 49:25
**Gonzalez/Dan** [1] -

51:21
**Gonzalez/T** [1] - 52:14
**Google** [39] - 25:19, 26:7, 26:12, 26:16, 28:10, 28:14, 28:15, 28:21, 28:23, 29:7, 29:11, 29:14, 30:17, 30:22, 31:2, 31:5, 31:7, 31:10, 31:18, 31:19, 31:24, 31:25, 32:2, 32:10, 32:12, 38:18, 39:7, 40:16, 42:25, 43:7, 43:22, 153:8, 153:19, 154:18, 155:7, 155:13, 157:14, 170:1, 172:13
**gotta** [1] - 74:19
**GOVERNMENT** [2] - 1:20, 4:3
**government** [4] - 67:18, 80:18, 82:3, 82:4
**Government** [45] - 6:19, 6:23, 11:21, 12:13, 24:25, 25:11, 29:17, 29:19, 29:21, 30:4, 56:18, 57:12, 65:25, 79:24, 80:12, 82:25, 83:12, 84:6, 86:11, 107:2, 107:4, 130:8, 132:1, 134:12, 149:14, 151:24, 158:8, 193:1, 193:2, 218:19, 219:3, 219:5, 219:9, 219:18, 219:23, 219:24, 220:12, 222:15, 223:15, 224:15, 225:1, 227:13, 228:17, 230:12, 231:23
**GOVERNMENT'S** [2] - 3:2, 5:3
**Government's** [43] - 20:8, 20:13, 38:17, 43:11, 49:18, 53:3, 53:5, 61:19, 61:20, 62:19, 63:11, 76:24, 77:5, 88:17, 89:16, 91:1, 107:19, 107:20, 108:1, 137:20, 137:21, 156:15, 157:24, 158:1, 159:7, 159:14, 159:16, 168:23, 168:25, 170:24, 174:2, 174:3, 174:15,

178:14, 180:12, 183:9, 210:15, 220:23, 221:5, 223:21, 223:23, 224:16, 227:9
**Government-monitored** [1] - 30:4
**Governments** [1] - 65:25
**GPS** [137] - 7:16, 7:20, 8:7, 8:13, 8:16, 8:19, 9:7, 9:11, 9:14, 9:16, 9:19, 10:2, 10:10, 11:1, 12:17, 12:24, 13:8, 13:25, 14:4, 14:5, 14:6, 14:21, 15:3, 16:5, 16:6, 16:18, 16:24, 18:11, 19:6, 19:8, 19:11, 23:3, 23:20, 24:23, 27:22, 28:7, 33:3, 39:1, 41:14, 41:15, 44:19, 45:8, 47:9, 51:24, 64:11, 71:16, 88:23, 89:9, 89:19, 90:22, 91:12, 91:14, 91:18, 91:22, 91:24, 93:9, 93:20, 95:11, 100:1, 132:18, 149:12, 150:11, 152:10, 152:18, 153:3, 153:11, 153:13, 153:16, 154:4, 154:9, 154:10, 154:11, 154:18, 160:4, 164:25, 165:9, 165:24, 166:3, 166:10, 167:6, 167:21, 168:3, 168:6, 169:2, 173:23, 174:4, 174:9, 174:16, 176:7, 176:9, 178:6, 178:10, 178:20, 179:7, 179:25, 180:17, 181:2, 181:8, 182:17, 183:16, 184:10, 184:12, 184:22, 185:18, 185:21, 188:3, 188:5, 188:14, 188:18, 190:19, 192:3, 193:25, 194:2, 194:5, 195:13, 196:3, 196:11, 197:7, 198:3, 198:8, 198:19, 202:22, 204:20, 204:25, 205:3, 205:7, 205:8,

205:10, 209:21, 211:9, 212:25, 214:14, 215:18
**GPS's** [1] - 178:2
**GPSs** [4] - 9:8, 10:20, 16:2, 149:4
**grab** [1] - 158:13
**grams** [5] - 139:12, 145:14, 145:15, 145:21
**grand** [1] - 138:8
**gray** [2] - 129:10, 129:12
**great** [3] - 49:11, 117:23, 209:1
**greater** [2] - 172:16, 199:17
**green** [31] - 160:4, 160:10, 164:19, 164:23, 164:24, 165:19, 165:23, 165:25, 166:4, 167:12, 167:24, 175:8, 175:9, 175:15, 175:16, 184:10, 184:11, 188:3, 188:5, 193:20, 193:24, 194:3, 194:8, 196:12, 196:24, 199:15, 199:16, 200:16, 200:18, 201:3, 202:11
**Greenwich** [3] - 162:5, 162:6, 162:9
**Grid** [1] - 21:4
**grid** [1] - 21:6
**grounds** [2] - 88:6, 231:10
**group** [3] - 115:19, 118:2
**grouper** [2] - 74:7, 74:10
**grouping** [1] - 168:5
**Guard** [72] - 10:17, 11:1, 11:19, 12:4, 12:5, 12:12, 14:1, 14:6, 14:7, 14:8, 15:19, 15:22, 29:12, 29:14, 29:15, 29:22, 29:23, 30:1, 30:4, 38:10, 38:13, 66:12, 67:17, 75:22, 86:10, 86:11, 104:22, 123:22, 128:4, 129:21, 129:22, 130:7, 148:3, 148:6, 148:9, 148:10, 148:11, 148:16, 150:14, 151:1,

151:11, 152:22, 177:13, 185:11, 185:22, 186:3, 186:14, 188:17, 191:4, 191:8, 203:9, 203:10, 203:11, 203:15, 203:20, 203:24, 204:4, 204:25, 205:3, 205:6, 205:12, 207:7, 207:18, 215:13, 216:14, 218:10, 218:11, 218:13, 218:21, 221:9, 223:17
**Guard's** [5] - 185:17, 188:15, 188:16, 191:20, 201:13
**Guard-protected** [1] - 30:1
**Guatemalan** [1] - 183:7
**guess** [9] - 9:7, 43:13, 85:8, 111:17, 121:14, 190:12, 194:21, 195:13, 218:5
**guesstimate** [1] - 199:1
**guest** [1] - 226:8
**guilty** [2] - 135:16, 232:2
**Gulf** [1] - 98:3
**gunning** [2] - 66:7, 129:2
**guy** [3] - 10:17, 123:10, 144:2
**guys** [8] - 82:20, 92:24, 93:18, 130:22, 191:2, 191:17, 220:5, 220:8

---

**H**

**hack** [1] - 30:10
**Hadley's** [1] - 221:25
**hair** [1] - 17:16
**Haiti** [1] - 116:25
**Haitians** [1] - 116:22
**half** [1] - 75:1
**Hammer** [1] - 139:10
**hammer** [1] - 33:21
**hand** [28] - 9:8, 10:10, 16:2, 34:16, 51:24, 53:9, 68:8, 82:4, 82:5, 101:20, 101:21, 105:10, 114:16, 150:15, 152:13, 152:18, 153:17, 165:9,

166:3, 168:19,
174:4, 174:7, 174:8,
174:16, 179:23,
179:24
**hand-held** [11] - 9:8,
10:10, 16:2, 51:24,
152:13, 152:18,
153:17, 165:9,
166:3, 168:19,
174:16
**hand-steer** [1] -
105:10
**hand-to-hand** [1] -
150:15
**handed** [2] - 77:4,
115:14
**handling** [2] - 55:5,
55:6
**hands** [1] - 149:15,
181:15
**hands-on** [1] - 149:15
**hanging** [1] - 226:9
**happy** [6] - 6:19, 34:4,
50:12, 196:10,
223:16, 233:23
**hard** [5] - 30:3, 36:15,
62:25, 225:13,
225:16
**hard-copied** [1] -
225:13
**hat** [1] - 226:9
**Hatteras** [1] - 119:20
**haul** [1] - 125:12
**head** [3] - 28:6,
118:15, 167:18
**headaches** [1] -
232:12
**headed** [1] - 173:3
**header** [1] - 21:11
**headers** [1] - 21:1
**heading** [2] - 164:9,
164:16
**heads** [1] - 164:8
**hear** [11] - 32:1, 47:5,
47:7, 47:20, 51:5,
51:9, 95:18, 169:9,
214:3, 220:20,
226:23
**heard** [12] - 15:1, 74:7,
83:20, 92:8, 102:16,
145:7, 145:8,
146:21, 218:7,
219:21, 219:22,
223:15
**hearsay** [6] - 46:4,
158:19, 158:20,
221:25, 230:3,
230:22
**HEATHER** [3] - 3:19,
147:15, 147:17

**Heather** [3] - 147:6,
147:14, 148:2
**heavier** [1] - 10:23
**heavy** [2] - 73:5, 73:6
**held** [15] - 9:8, 10:10,
16:2, 47:4, 50:23,
51:24, 117:10,
148:9, 152:13,
152:18, 153:17,
165:9, 166:3,
168:19, 174:16
**helicopter** [1] - 129:22
**help** [12] - 38:18,
53:12, 56:18, 72:17,
107:22, 107:23,
107:24, 135:16,
147:9, 175:1,
212:10, 232:22
**helpers** [1] - 73:16
**helping** [1] - 150:11
**helps** [2] - 157:5,
193:14
**hereby** [1] - 236:15
**HERNANDEZ** [1] -
4:14
**heroin** [1] - 77:20
**hesitate** [2] - 17:11,
17:16
**hesitation** [1] - 204:17
**hide** [2] - 10:1, 65:10
**Higgins** [5] - 220:4,
220:6, 223:18,
223:19, 225:7
**high** [28] - 63:20,
63:23, 69:20, 70:25,
95:3, 102:13, 116:1,
125:7, 125:11,
138:2, 138:4,
138:24, 138:25,
140:1, 140:11,
140:13, 143:18,
143:23, 144:7,
144:10, 146:5,
148:17, 151:21,
152:1, 187:13,
189:10, 216:6,
216:15
**high-purity** [2] -
143:18, 143:23
**high-seas** [1] - 152:1
**higher** [5] - 78:15,
78:16, 78:17, 125:9,
184:16
**highlighted** [1] -
164:13
**hiking** [1] - 163:9
**historically** [1] - 69:23
**history** [1] - 75:12
**hold** [3] - 136:24,
139:25, 149:4

**holder** [1] - 41:13
**holding** [3] - 8:25,
37:10, 117:13
**holds** [1] - 18:16
**home** [8] - 41:4,
70:13, 70:15, 70:16,
70:18, 135:22,
136:4, 136:14
**Homeland** [18] - 47:1,
51:18, 51:22, 52:11,
52:15, 54:8, 54:15,
55:22, 81:13,
110:18, 110:20,
110:22, 111:19,
134:23, 148:4,
150:16, 151:2,
203:13
**Honor** [70] - 6:9, 7:7,
25:23, 49:17, 50:11,
50:20, 50:25, 51:15,
53:2, 53:7, 57:12,
59:4, 59:9, 66:19,
77:1, 79:1, 83:1,
87:3, 95:14, 113:22,
113:25, 121:7,
124:9, 124:11,
127:20, 134:18,
137:8, 138:11,
138:23, 141:25,
143:1, 143:9, 145:4,
147:2, 156:12,
158:10, 158:15,
158:19, 159:12,
177:1, 182:4, 209:9,
209:11, 212:19,
212:21, 213:25,
217:20, 218:3,
219:15, 220:2,
221:2, 222:3, 222:6,
222:10, 222:12,
222:14, 223:17,
225:1, 225:15,
227:7, 227:16,
228:2, 228:6, 228:8,
229:2, 231:2,
233:17, 234:22,
235:6, 235:11
**Honor's** [2] - 218:7,
219:20
**HONORABLE** [1] -
1:15
**hook** [3] - 30:2, 35:16,
69:12
**hooked** [2] - 29:22,
29:23
**hooking** [1] - 30:7
**hop** [1] - 98:25
**hope** [1] - 226:10
**hopefully** [1] - 230:9
**hoping** [2] - 131:22,

132:10
**hops** [1] - 68:6
**horsepower** [1] -
63:15
**horses** [1] - 100:21
**hostage** [1] - 117:13
**Hotel** [2] - 234:8,
235:22
**hour** [5] - 198:18,
199:18, 202:3,
202:4, 208:19
**hours** [7] - 162:8,
174:10, 176:9,
176:11, 176:12,
189:21, 197:7
**house** [2] - 12:1,
115:23
**HSI** [5] - 66:11, 67:17,
110:18, 203:16,
203:19
**hug** [1] - 99:5
**huge** [2] - 27:16,
171:13
**hull** [2] - 125:9, 125:11
**hulled** [1] - 124:22
**human** [45] - 74:12,
98:13, 100:16,
112:15, 112:25,
113:9, 113:16,
114:4, 114:5, 114:7,
114:13, 114:15,
114:19, 114:21,
114:22, 115:3,
115:6, 115:9,
115:17, 115:19,
116:2, 116:3, 116:5,
116:6, 116:13,
116:15, 117:6,
117:8, 117:25,
118:1, 118:13,
118:14, 119:12,
119:13, 119:14,
119:17, 119:21,
120:5, 133:22,
133:24, 150:8
**human-made** [1] -
74:12
**human-smuggling** [8]
- 113:16, 114:5,
114:7, 116:6, 117:6,
117:25, 119:17,
119:21
**human-trafficking** [2]
- 117:8, 118:1
**humans** [2] - 118:23,
119:23
**hundred** [1] - 33:10
**hypothetical** [1] -
215:25
**hypothetically** [1] -

213:10

---

### I

**ICE** [8] - 110:16,
110:19, 111:1,
112:21, 112:24,
113:5, 113:7, 119:9
**icon** [1] - 43:22
**ID** [2] - 4:6, 231:6
**idea** [7] - 13:18, 34:24,
36:4, 36:6, 121:6,
207:1, 226:2
**identification** [8] -
157:25, 218:20,
219:8, 220:3,
220:13, 226:3,
226:19, 226:21
**identified** [7] - 83:19,
185:11, 221:10,
221:11, 222:16,
222:19, 225:19
**identify** [6] - 81:3,
82:14, 89:10, 168:4,
193:18, 223:14
**identifying** [4] - 19:10,
54:11, 196:25,
218:15
**identity** [2] - 224:25,
225:2
**illegal** [5] - 111:3,
111:10, 111:11,
113:7, 113:8
**illegible** [4] - 52:7,
52:8, 52:25, 53:1
**illicit** [3] - 79:20, 81:5,
115:1
**image** [2] - 210:14,
222:25
**imagery** [3] - 205:14,
206:1, 215:6
**images** [1] - 205:18
**imagination** [4] -
100:16, 102:8,
103:4, 103:7
**Immigration** [12] -
51:19, 51:23, 51:25,
52:12, 52:16, 52:18,
110:16, 110:19,
111:18, 112:1,
112:3, 112:8
**immigration** [3] -
111:3, 111:9, 112:21
**impact** [1] - 210:6
**implement** [1] -
129:11
**import** [2] - 54:12,
75:15
**important** [4] - 71:19,
81:12, 82:17, 196:25

**importation** [1] - 100:17
**imported** [1] - 69:7
**importer** [1] - 143:25
**in-house** [1] - 12:1
**inch** [2] - 75:1
**inches** [2] - 74:24, 74:25
**include** [14] - 54:25, 55:5, 55:8, 55:14, 57:14, 69:10, 69:11, 75:17, 81:10, 82:2, 87:21, 99:20, 102:14, 111:15
**included** [1] - 164:19
**includes** [1] - 81:24
**including** [8] - 99:23, 99:25, 128:4, 133:5, 135:18, 136:13, 163:6, 231:23
**incorporating** [3] - 233:23, 234:11, 235:25
**increases** [1] - 123:8
**incriminating** [1] - 99:20
**independent** [3] - 11:24, 203:10, 222:20
**indicate** [12] - 157:3, 160:23, 161:18, 166:8, 168:2, 171:17, 173:7, 173:20, 181:21, 185:8, 206:22, 207:5
**indicated** [9] - 99:11, 150:23, 155:22, 160:14, 162:13, 169:11, 172:19, 174:13, 188:7
**indicates** [4] - 43:17, 168:3, 173:21, 183:25
**indicating** [4] - 67:3, 67:6, 182:2, 204:4
**indicating)** [4] - 67:4, 67:21, 68:4, 68:25
**indication** [1] - 132:3
**indicative** [4] - 66:10, 94:24, 164:23, 201:1
**indictment** [4] - 222:23, 224:19, 226:12, 227:7
**individual** [13] - 101:16, 115:7, 117:3, 117:4, 117:6, 123:9, 123:22, 145:4, 218:24, 224:22, 225:9, 225:16, 226:4

**individual's** [1] - 229:11
**individually** [2] - 153:8, 155:7
**individuals** [23] - 9:13, 55:9, 56:16, 71:19, 72:16, 80:1, 81:3, 81:24, 81:25, 82:2, 115:22, 118:6, 118:8, 145:8, 146:8, 209:19, 223:6, 223:7, 223:24, 224:5, 226:16
**inexpensive** [2] - 62:23, 62:24
**inferences** [1] - 231:24
**informant** [6] - 58:17, 79:18, 79:19, 79:22, 81:7
**informants** [8] - 55:5, 56:12, 58:2, 58:7, 76:22, 79:15, 79:17, 79:18
**information** [59] - 9:3, 12:15, 13:3, 21:23, 25:3, 25:10, 26:19, 27:18, 28:9, 29:25, 30:22, 32:19, 33:6, 35:1, 35:5, 37:2, 56:15, 57:22, 58:7, 58:8, 58:14, 58:18, 58:21, 81:9, 82:19, 92:2, 94:19, 118:14, 153:1, 153:7, 154:15, 154:16, 155:21, 157:10, 185:21, 188:14, 190:13, 193:17, 200:11, 201:6, 203:1, 203:4, 203:6, 203:19, 203:23, 204:9, 204:11, 204:13, 204:15, 207:25, 208:1, 208:24, 209:24, 209:25, 213:5, 213:7, 217:9
**ingenuity** [1] - 105:3
**ingestion** [1] - 139:14
**initial** [1] - 10:2
**initiate** [1] - 55:4
**inner** [1] - 170:10
**input** [2] - 169:12, 185:22
**inputted** [7] - 168:15, 168:19, 169:4, 169:14, 169:16, 186:6, 186:10
**inquiry** [2] - 218:22,

219:9
**insert** [1] - 179:11
**inside** [5] - 44:15, 60:4, 73:3, 124:22, 156:23
**insides** [1] - 81:25
**insignificant** [1] - 218:11
**inspector** [2] - 54:22, 110:23
**instance** [2] - 197:24, 211:17
**instead** [1] - 141:11
**instruct** [1] - 129:24
**instructed** [1] - 222:20
**instruction** [4] - 6:10, 6:11, 226:21, 226:23
**instructions** [1] - 6:8
**integrity** [1] - 42:5
**intelligence** [9] - 56:1, 56:8, 79:12, 81:10, 81:12, 82:8, 83:10, 87:20, 148:14
**intend** [2] - 47:16, 92:9
**intended** [5] - 89:4, 91:22, 92:12, 94:24, 95:3
**intent** [3] - 93:10, 98:24, 221:7
**intention** [3] - 93:17, 93:20, 94:5
**intentionally** [1] - 89:8
**intentions** [1] - 92:1
**interacted** [2] - 223:24, 224:5
**intercept** [2] - 71:22, 72:2
**interdicted** [7] - 152:21, 167:13, 188:24, 189:17, 191:4, 191:11, 191:17
**interdiction** [17] - 12:6, 54:25, 112:14, 113:12, 118:11, 151:7, 151:11, 152:8, 152:9, 156:1, 159:9, 167:7, 167:10, 167:16, 168:17, 189:8, 203:11
**interdictions** [1] - 148:17
**interest** [2] - 94:18, 136:17
**interesting** [2] - 98:16, 103:5
**internal** [7] - 15:1, 19:8, 25:3, 27:3,

28:3, 32:21, 55:21
**internally** [1] - 19:9
**international** [8] - 54:19, 54:24, 55:20, 56:22, 57:14, 112:11, 112:16, 161:23
**International** [1] - 149:9
**Internet** [4] - 29:24, 41:22, 42:3, 154:23
**interpret** [2] - 50:16, 51:6
**interpreter** [9] - 50:13, 50:15, 50:23, 219:4, 227:20, 228:10, 228:13, 230:15
**INTERPRETER** [6] - 50:20, 51:2, 51:8, 51:12, 51:18, 52:11
**Interpreters** [2] - 6:3, 51:1
**interpreters** [2] - 50:18, 227:21
**interpreting** [1] - 195:5
**interrupt** [1] - 225:15
**interrupted** [1] - 204:21
**intersected** [2] - 153:11, 181:11
**interval** [1] - 160:25
**intervals** [1] - 215:20
**interview** [2] - 56:15, 56:16
**interviews** [2] - 55:9, 56:14
**introduce** [2] - 54:4, 147:23
**introduced** [3] - 20:7, 81:8, 221:17
**introducing** [1] - 47:16
**introduction** [1] - 50:2
**invested** [1] - 94:17
**investigate** [2] - 54:19, 58:18
**investigating** [2] - 55:1, 118:11
**investigation** [12] - 55:5, 55:8, 56:18, 79:25, 81:10, 82:24, 83:12, 83:14, 152:16, 203:12, 203:19
**investigations** [6] - 56:20, 60:16, 112:14, 113:12, 114:8, 114:9
**Investigations** [8] -

47:1, 54:9, 56:4, 110:18, 110:21, 150:16, 150:22, 203:14
**Investigative** [1] - 149:10
**investigative** [3] - 56:1, 87:20, 110:21
**involve** [3] - 86:20, 151:6, 151:19
**involved** [15] - 56:19, 71:10, 79:20, 81:4, 83:13, 85:16, 87:1, 88:19, 106:14, 106:17, 114:7, 123:16, 123:25, 145:1, 221:21
**involving** [7] - 15:8, 85:20, 86:19, 86:24, 86:25, 150:10
**iPhone** [2] - 122:10, 137:19
**Iraq** [1] - 205:18
**irrelevant** [1] - 87:4
**island** [2] - 115:13, 116:25
**islands** [1] - 117:1
**Islands** [3] - 162:16, 164:6, 164:8
**ISRAEL** [1] - 2:11
**issue** [14] - 6:15, 23:5, 23:18, 30:13, 46:10, 219:10, 221:24, 222:8, 226:19, 227:6, 228:4, 229:18, 230:7, 230:17
**issued** [1] - 19:15
**it'd** [1] - 199:5
**it'll** [8] - 13:8, 21:8, 23:3, 24:9, 36:13, 64:24, 168:10
**item** [2] - 212:6, 212:9
**items** [12] - 99:20, 152:7, 158:5, 181:14, 203:2, 205:4, 211:4, 211:9, 211:22, 212:1, 212:5, 221:16
**itself** [13] - 7:25, 12:22, 13:3, 13:10, 19:8, 59:23, 84:24, 86:6, 93:6, 101:1, 130:3, 132:17, 168:7

**J**

**jail** [1] - 123:13
**jam** [1] - 13:8
**jammed** [1] - 16:6

**jammer** [2] - 13:7, 44:10
**January** [2] - 11:13, 236:19
**jettison** [14] - 86:3, 129:25, 131:21, 135:13, 185:12, 185:13, 185:16, 186:4, 188:2, 188:22, 189:7, 211:6, 211:7, 212:25
**jettisoned** [6] - 132:22, 186:7, 189:17, 211:10, 211:22, 212:2
**jettisoning** [1] - 128:12
**Jiffy** [1] - 89:21
**Joans** [1] - 52:14
**JOANS** [1] - 52:15
**job** [11] - 17:25, 24:20, 25:2, 41:17, 55:17, 76:18, 147:25, 149:24, 150:23, 151:6
**JODI** [1] - 1:20
**joint** [2] - 148:4, 150:22
**Jones** [1] - 223:9
**JOSE** [8] - 1:9, 1:9, 1:10, 2:4, 2:7, 2:8, 2:11
**Jose** [5] - 17:7, 103:24, 222:6, 222:19, 222:23
**JOSEPH** [3] - 2:5, 3:5, 7:8
**journey** [1] - 164:13
**JTAG** [1] - 149:12
**Juan** [2] - 17:7, 103:24
**JUAN** [1] - 2:7
**Judge** [24] - 6:12, 49:8, 50:8, 57:18, 89:13, 91:2, 97:14, 143:11, 146:1, 158:22, 207:11, 219:20, 220:22, 221:3, 229:16, 230:9, 231:3, 231:10, 233:5, 234:2, 234:8, 234:10, 235:22, 235:24
**JUDGE** [1] - 1:15
**judge** [9] - 6:17, 18:4, 46:24, 47:5, 230:7, 231:12, 232:7, 232:12, 233:22
**Judge's** [1] - 95:18
**judgment** [4] - 219:16,

221:4, 222:13, 231:7
**July** [2] - 1:5, 54:17
**jumbled** [1] - 21:12
**juncture** [1] - 220:23
**jungle** [8] - 60:4, 60:5, 60:21, 100:21, 144:9, 172:6, 172:11, 172:23
**jungles** [2] - 173:2, 182:15
**jurisdiction** [6] - 218:6, 218:17, 218:18, 227:18, 227:22, 231:6
**jurisdictional** [4] - 218:8, 219:10, 221:24, 222:8
**jurors** [6] - 6:22, 51:4, 79:17, 80:15, 85:24, 235:16
**jury** [46] - 6:8, 6:25, 7:2, 21:13, 36:23, 37:18, 44:6, 50:1, 50:9, 50:17, 51:16, 54:5, 59:17, 61:3, 61:8, 66:20, 66:25, 67:7, 74:5, 77:7, 77:23, 95:24, 96:1, 97:21, 114:19, 145:10, 147:24, 152:7, 156:19, 158:23, 159:24, 163:2, 209:5, 209:7, 217:25, 218:1, 218:18, 222:22, 225:3, 226:6, 227:19, 232:1, 232:5, 234:18, 234:20, 236:9
**Jury** [3] - 233:3, 234:9, 235:23
**JURY** [2] - 1:13, 235:18
**jury's** [1] - 222:19

**K**

**keep** [12] - 9:23, 10:2, 10:4, 38:22, 72:6, 93:18, 94:12, 108:15, 113:21, 123:19, 130:24, 206:7
**keeping** [2] - 56:8, 185:5
**keeps** [1] - 188:3
**Kenney** [1] - 51:22
**Key** [3] - 1:4, 62:6, 197:18
**Keyhole** [1] - 155:12

**Keys** [2] - 74:9, 115:20
**kidnapped** [1] - 114:24
**kidnapping** [1] - 118:7
**killed** [1] - 145:9
**kilo** [16] - 73:6, 76:16, 77:7, 78:5, 78:9, 78:10, 133:19, 138:3, 139:6, 141:12, 142:14, 142:15, 142:23, 143:21, 144:4, 145:16
**kilogram** [9] - 74:22, 75:7, 75:9, 75:16, 77:10, 77:19, 143:16, 144:6, 145:11
**kilograms** [2] - 144:17, 146:6
**kilometer** [2] - 16:12
**kilos** [25] - 73:1, 73:3, 76:15, 78:20, 106:13, 122:3, 133:9, 137:4, 137:24, 138:7, 138:10, 141:12, 141:15, 141:17, 141:20, 141:24, 142:1, 142:3, 142:6, 142:9, 142:10, 142:12, 142:25, 143:3
**kind** [12] - 13:25, 15:5, 21:11, 58:17, 81:1, 107:14, 108:4, 114:8, 150:11, 172:6, 173:22, 199:1
**KMZ** [5] - 154:17, 155:9, 155:11, 155:12, 157:13
**knot** [1] - 175:18
**knots** [28] - 175:21, 177:9, 177:10, 177:11, 177:25, 179:5, 179:8, 179:10, 180:19, 180:21, 180:23, 180:24, 180:25, 184:18, 184:23, 184:24, 185:2, 185:4, 186:11, 186:12, 186:15, 187:14, 189:5, 189:6, 197:12, 197:13, 208:19
**know...** [1] - 95:10
**knowing** [4] - 86:9, 130:6, 154:11, 155:25

**knowledge** [7] - 121:4, 191:15, 191:16, 200:25, 201:4, 212:14, 215:16
**known** [7] - 23:5, 75:20, 77:10, 162:5, 212:3, 212:4, 223:10
**knows** [3] - 75:4, 95:15, 123:11

**L**

**lab** [3] - 38:11, 43:25, 138:17
**label** [2] - 27:24, 28:2
**labeled** [8] - 23:11, 157:13, 169:14, 169:15, 170:17, 174:4, 183:24, 235:2
**labor** [1] - 115:2
**laboratory** [4] - 40:25, 41:7
**labs** [3] - 60:4, 60:5, 144:9
**lack** [4] - 116:11, 218:6, 231:6, 231:7
**ladies** [14] - 7:3, 44:6, 54:7, 59:19, 62:2, 67:24, 76:5, 112:13, 140:22, 147:23, 152:6, 156:19, 159:24, 217:22
**Land** [2] - 93:18
**land** [17] - 68:9, 68:17, 72:22, 72:23, 88:11, 94:22, 100:18, 118:22, 120:3, 130:15, 130:16, 166:14, 172:9, 172:10, 192:13, 194:10
**land-based** [5] - 68:9, 68:17, 118:22, 130:15, 130:16
**landfall** [6] - 88:7, 91:22, 93:20, 94:1, 94:5
**landings** [1] - 115:18
**landmarks** [3] - 16:15, 16:21, 44:19
**lane** [1] - 98:7
**Language** [1] - 155:12
**laptop** [3] - 27:14, 30:4, 41:3
**large** [5] - 28:7, 163:5, 163:6, 175:9, 187:9
**larger** [9] - 65:6, 65:8, 69:11, 104:13, 105:23, 106:10,

106:14, 106:15, 184:2
**largest** [1] - 112:20
**last** [16] - 6:18, 34:21, 53:18, 86:23, 90:9, 91:15, 113:5, 116:5, 151:12, 170:20, 170:22, 190:9, 204:1, 212:3, 212:4, 228:24
**lastly** [1] - 231:3
**latitude** [20] - 13:13, 16:9, 19:13, 21:6, 21:8, 21:19, 31:1, 31:15, 31:20, 32:2, 39:4, 39:6, 83:4, 92:6, 130:18, 161:10, 167:21, 200:22, 206:11, 211:3
**latitude/longitude** [1] - 43:10
**Lauderdale** [2] - 1:23, 54:9
**launched** [1] - 129:22
**Law** [1] - 55:2
**law** [30] - 19:21, 55:10, 67:15, 67:16, 79:23, 80:20, 81:13, 81:22, 82:19, 85:21, 86:2, 92:16, 93:14, 99:17, 103:10, 118:10, 118:11, 128:3, 128:18, 128:21, 129:3, 129:15, 129:16, 129:19, 129:20, 131:23, 132:23, 135:6, 226:17, 228:9
**laws** [5] - 65:24, 123:7, 123:11, 124:5
**lawyers** [1] - 217:23
**layers** [3] - 44:8, 44:9, 44:12
**layouts** [1] - 101:8
**leader** [1] - 117:16
**leading** [11] - 40:13, 42:21, 128:14, 133:14, 154:5, 176:2, 213:24, 214:2, 214:4, 214:5, 217:4
**leads** [2] - 183:22, 186:13
**leaf** [3] - 59:24, 60:3
**leap** [1] - 226:10
**learn** [1] - 208:18
**learned** [2] - 17:22, 199:7
**least** [9] - 13:14, 44:8,

65:18, 65:19, 72:5, 161:14, 197:24, 225:13, 228:20

**leave** [4] - 89:9, 92:12, 92:17, 175:2

**leaves** [3] - 69:18, 109:4, 144:8

**leaving** [1] - 173:2

**led** [1] - 216:25

**left** [9] - 9:16, 9:19, 10:6, 23:14, 91:25, 92:5, 126:9, 154:19, 174:4

**left-hand** [1] - 174:4

**leg** [3] - 64:18, 70:25, 72:11

**legal** [1] - 116:19

**legitimate** [1] - 89:3

**lends** [1] - 59:23

**length** [5] - 35:10, 74:24, 104:6, 125:15, 206:15

**lengths** [1] - 117:23

**lengthy** [2] - 25:14, 218:9

**less** [9] - 62:5, 97:11, 116:11, 146:20, 186:4, 195:20, 195:21, 197:3, 197:5

**letter** [3] - 19:10, 52:1, 52:19

**level** [9] - 13:6, 77:14, 77:18, 139:14, 139:15, 141:7, 144:2, 144:18, 145:3

**liaison** [1] - 123:18

**liaisons** [1] - 71:20

**lieu** [2] - 234:13, 236:2

**LIEUTENANT** [2] - 3:19, 147:17

**Lieutenant** [10] - 147:6, 147:21, 148:2, 151:25, 158:1, 159:7, 160:11, 209:15, 212:24, 214:17

**lieutenant** [2] - 147:14, 150:14

**life** [1] - 95:11

**lifetime** [1] - 95:9

**light** [4] - 231:22, 232:15, 232:20, 232:21

**lighter** [1] - 35:16

**lights** [2] - 175:1, 175:2

**likely** [12] - 163:20, 166:21, 167:3, 181:16, 181:18, 192:24, 194:16,

195:22, 201:22, 212:7, 213:20, 214:10

**limit** [1] - 49:3

**limiting** [1] - 47:24

**line** [5] - 68:23, 68:24, 93:10, 144:22, 145:3

**lines** [2] - 68:22, 105:11

**lingered** [2] - 182:17, 197:7

**lingering** [1] - 197:11, 206:23

**lip** [2] - 218:21, 219:9

**list** [10] - 220:3, 228:17, 228:18, 229:3, 229:5, 229:6, 229:9, 229:10, 229:12, 230:12

**listed** [1] - 224:18

**listening** [1] - 234:25

**lists** [2] - 22:4, 191:10

**load** [19] - 64:9, 72:18, 89:8, 89:24, 89:25, 92:17, 94:18, 109:17, 121:19, 130:5, 130:14, 130:23, 132:6, 132:8, 132:11, 132:15, 132:17, 200:4

**loaders** [1] - 72:15

**loading** [2] - 72:17, 88:6

**loads** [3] - 71:22, 89:5, 100:21

**local** [8] - 80:18, 139:6, 140:4, 140:8, 141:3, 144:3, 144:14, 151:4

**locate** [1] - 93:7

**located** [6] - 37:8, 37:12, 60:5, 90:11, 152:25, 153:2

**location** [34] - 12:22, 34:8, 36:10, 63:25, 64:10, 89:10, 114:25, 115:16, 115:20, 116:24, 119:11, 130:17, 132:18, 146:15, 160:25, 166:4, 166:11, 168:15, 168:16, 168:17, 168:19, 176:8, 181:24, 183:21, 192:23, 194:17, 211:3, 211:6, 211:9, 212:3, 212:4, 212:7, 215:13

**locations** [5] - 31:17, 59:20, 90:22, 120:6, 165:25

**locator** [1] - 64:11

**Locka** [3] - 38:10, 38:12, 38:14

**log** [26] - 7:22, 8:12, 9:22, 22:9, 22:10, 22:11, 163:12, 168:5, 168:8, 168:10, 175:17, 175:20, 177:4, 178:2, 179:3, 179:6, 179:11, 180:18, 180:20, 180:22, 183:21, 187:1, 197:1

**logged** [1] - 213:8

**logo** [2] - 51:20, 52:13

**logs** [10] - 7:18, 7:20, 8:21, 22:8, 22:9, 22:14, 22:21, 43:17, 164:24, 165:23

**loitered** [2] - 174:9, 175:23

**loitering** [8] - 174:10, 176:13, 176:15, 189:20, 189:21, 190:10, 190:15

**longitude** [18] - 13:13, 16:9, 19:13, 21:6, 21:9, 21:19, 31:1, 31:20, 32:3, 39:3, 39:6, 92:6, 130:18, 161:10, 167:21, 200:22, 206:12, 211:3

**longitudes** [1] - 31:15

**look** [23] - 6:8, 8:21, 42:16, 66:11, 124:19, 125:3, 125:4, 153:9, 157:3, 158:11, 174:22, 183:9, 194:18, 206:7, 206:21, 213:3, 214:24, 220:7, 220:8, 222:22, 222:23, 223:6, 224:3

**looked** [5] - 9:4, 31:14, 153:8, 155:6, 191:24

**looking** [30] - 8:21, 9:3, 10:17, 32:20, 37:3, 107:11, 108:17, 113:6, 118:5, 150:10, 150:11, 160:1, 160:17, 162:15, 167:4, 168:25, 169:6, 169:7, 171:5,

172:12, 172:15, 178:17, 185:25, 187:17, 194:21, 197:17, 198:6, 199:19, 205:1, 213:5

**looks** [5] - 20:14, 38:20, 85:15, 107:16, 169:23

**loop** [1] - 226:24

**lose** [1] - 10:7

**loses** [1] - 173:23

**losing** [1] - 121:18

**loss** [1] - 133:3

**low** [6] - 66:6, 122:5, 138:3, 138:4, 139:18, 140:3, 140:4, 140:6

**lower** [1] - 184:18

**lowering** [1] - 174:25

**LUCAS** [2] - 1:10, 2:11

**Lucas** [1] - 231:4

**LUCAS-FRANCO** [2] - 1:10, 2:11

**Lucas-Franco** [1] - 231:4

**lunch** [2] - 89:22, 209:3

**luncheon** [1] - 209:6

---

# M

**ma'am** [104] - 24:19, 24:22, 24:24, 25:1, 25:4, 25:7, 25:9, 25:12, 25:15, 26:2, 26:5, 26:8, 26:13, 26:20, 26:25, 27:3, 27:20, 27:23, 28:1, 28:13, 28:25, 29:3, 29:5, 29:10, 29:21, 30:5, 30:19, 32:13, 32:22, 33:7, 33:17, 33:19, 34:7, 34:17, 34:19, 36:3, 36:22, 37:9, 39:18, 39:21, 39:24, 40:1, 40:5, 40:8, 40:11, 40:18, 40:22, 40:24, 41:5, 41:20, 42:4, 42:7, 43:2, 43:5, 43:19, 44:22, 44:25, 45:2, 45:9, 45:12, 45:14, 45:19, 45:23, 45:25, 46:3, 46:8, 46:11, 46:18, 53:13, 54:6, 54:20, 55:18, 55:21, 56:7, 56:11, 56:15, 57:2, 57:9, 57:11, 59:16, 61:9, 63:14, 63:17, 64:16, 73:11,

74:4, 77:8, 77:25, 78:2, 78:4, 78:10, 78:25, 113:2, 113:4, 114:17, 121:3, 122:2, 122:6, 124:6, 134:14, 134:17, 190:7, 202:17, 209:1

**machine** [7] - 7:24, 27:4, 27:7, 41:11, 41:24, 42:2, 42:6

**mails** [1] - 29:23

**main** [2] - 67:22, 112:20

**maintain** [4] - 42:5, 72:9, 90:7, 179:22

**maintained** [1] - 186:20

**maintains** [1] - 154:13

**major** [1] - 98:7

**majority** [5] - 64:24, 67:24, 128:24, 176:17, 186:22

**MAKO** [1] - 119:18

**manager** [1] - 113:6

**managing** [1] - 55:14

**maneuvering** [1] - 216:19

**manipulate** [1] - 40:20

**manipulated** [1] - 34:13

**manipulation** [1] - 40:19

**manipulations** [1] - 40:23

**manually** [3] - 33:25, 42:8, 42:19

**manufactured** [2] - 95:3, 105:2

**manufacturing** [1] - 118:8

**map** [17] - 20:11, 25:17, 26:1, 28:20, 30:25, 31:16, 61:5, 66:20, 67:2, 67:5, 68:21, 114:12, 153:19, 159:21, 160:22, 162:13, 170:1

**mapping** [1] - 31:19

**maps** [3] - 14:16, 16:8, 25:21

**MARCO** [2] - 3:11, 53:22

**Marco** [4] - 53:8, 53:18, 54:7, 57:13

**maritime** [14] - 41:15, 55:14, 60:6, 60:11, 60:12, 69:8, 74:18, 75:20, 90:23, 103:6, 108:23, 123:16,

123:25, 150:7
**mark** [4] - 89:24, 89:25, 132:15, 213:12
**marked** [5] - 67:3, 132:17, 157:24, 211:18, 217:12
**marker** [4] - 89:5, 89:9, 92:19, 172:24
**markers** [1] - 89:2
**market** [2] - 76:9, 205:9
**marking** [3] - 168:11, 171:19, 211:25
**markings** [5] - 16:8, 16:16, 16:22, 156:6, 184:20
**marks** [1] - 39:4
**Markup** [1] - 155:12
**Marriott** [2] - 234:8, 235:22
**marsh** [2] - 60:22, 68:2
**Martin** [1] - 227:1
**MARTIN** [4] - 1:10, 1:10, 2:10, 2:11
**Martinez** [1] - 212:17
**match** [3] - 129:8, 167:6, 202:4
**matched** [1] - 222:24
**material** [2] - 52:1, 52:19
**math** [8] - 73:6, 78:22, 78:23, 122:5, 137:9, 142:22, 143:1, 144:13
**matter** [7] - 119:21, 203:9, 205:4, 206:2, 219:19, 226:17, 236:17
**Mean** [3] - 162:5, 162:6, 162:9
**mean** [42] - 21:5, 23:6, 33:23, 35:11, 43:3, 56:14, 58:11, 65:3, 72:24, 87:17, 88:20, 89:2, 95:1, 95:2, 95:4, 97:11, 98:14, 106:5, 106:15, 113:1, 119:9, 123:18, 123:20, 125:20, 125:23, 131:25, 132:16, 135:14, 140:15, 149:1, 165:12, 166:24, 176:15, 185:2, 192:21, 194:15, 225:15, 226:2, 226:5, 226:17, 233:14

**meaning** [2] - 118:2, 129:25
**means** [5] - 85:24, 101:1, 154:23, 175:24, 226:5
**measure** [3] - 76:18, 196:13, 207:24
**measured** [1] - 176:17
**mechanical** [1] - 105:3
**meet** [6] - 64:1, 66:2, 109:8, 116:24, 181:25, 200:4
**Mellon** [1] - 151:11
**member** [3] - 93:22, 94:17, 203:20
**members** [29] - 54:4, 59:17, 61:3, 61:8, 66:11, 66:20, 66:25, 67:7, 71:6, 71:7, 71:8, 71:9, 71:11, 72:12, 74:5, 77:7, 77:23, 86:16, 87:2, 87:10, 87:11, 106:4, 114:18, 121:24, 121:25, 128:22, 130:6, 135:10, 136:14
**memory** [7] - 19:8, 27:3, 30:8, 32:21, 33:2, 90:20, 125:8
**men** [2] - 191:20, 220:7
**mention** [2] - 72:14, 235:14
**mentioned** [23] - 12:10, 41:18, 52:4, 52:22, 61:18, 64:14, 68:21, 71:21, 87:22, 97:22, 98:16, 99:5, 114:11, 115:25, 118:17, 126:15, 133:18, 133:19, 148:22, 154:22, 178:11, 196:11, 225:6
**mentions** [1] - 67:11
**mere** [4] - 218:21, 219:9, 231:9
**merely** [1] - 227:22
**merge** [2] - 112:7, 181:20
**merged** [1] - 189:25
**merger** [4] - 111:24, 111:25, 112:2, 113:11
**merry** [1] - 93:15
**met** [6] - 17:9, 17:14, 17:19, 104:1, 181:24, 182:16

**metal** [1] - 74:13
**method** [2] - 68:19, 103:9
**methods** [11] - 45:17, 55:23, 60:10, 60:12, 68:5, 68:13, 74:1, 75:17, 100:17, 103:5, 152:1
**Mexican** [3] - 183:7, 218:15, 218:25
**Mexico** [38] - 58:22, 64:20, 67:5, 67:6, 67:9, 68:10, 68:17, 68:25, 69:5, 70:14, 82:12, 86:25, 98:4, 98:20, 109:24, 109:25, 115:8, 119:8, 121:22, 127:7, 127:12, 127:24, 135:22, 136:6, 164:9, 164:17, 166:16, 166:18, 169:7, 169:8, 169:10, 178:12, 181:23, 181:24, 195:1, 218:14, 234:8, 235:22
**Miami** [7] - 2:17, 2:18, 11:13, 110:23, 149:20, 236:21, 236:22
**mic** [1] - 98:11
**Michael** [2] - 234:10, 235:24
**MICHAEL** [1] - 1:15
**Microsoft** [1] - 155:14
**middle** [7] - 65:21, 101:11, 122:16, 124:5, 162:17, 181:20, 215:15
**middlemen** [1] - 117:17
**might** [10] - 49:9, 71:15, 107:16, 107:18, 117:18, 145:5, 175:1, 193:10, 233:12
**migrants** [1] - 115:8
**migrated** [1] - 116:19
**mile** [13] - 186:4, 197:3, 197:5, 197:25, 198:21, 198:23, 199:2, 199:3, 199:7, 199:10, 199:12, 199:14
**mileage** [1] - 166:14
**miles** [32] - 58:21, 97:23, 120:1, 120:2,

166:15, 166:17, 167:17, 176:18, 176:19, 178:12, 179:4, 179:7, 181:24, 186:11, 187:14, 188:24, 189:1, 189:2, 189:3, 189:8, 189:23, 189:24, 190:2, 194:10, 197:14, 198:13, 198:18, 199:17, 202:3, 205:21, 206:24
**million** [13] - 63:4, 70:4, 71:25, 72:1, 78:21, 122:4, 122:6, 122:15, 133:9, 143:2, 143:5, 143:6, 146:10
**mind** [2] - 130:24, 204:9
**minds** [1] - 49:11
**minimal** [1] - 177:17
**minimum** [1] - 13:15
**minivan** [1] - 106:5
**minus** [2] - 162:10, 162:11
**minute** [4] - 137:12, 198:14, 198:19, 198:21
**minutes** [7] - 95:23, 155:10, 179:5, 179:7, 195:21, 196:1, 209:4
**Miranda** [3] - 47:13, 47:16, 48:4
**Mirandized** [2] - 47:11, 48:2
**misled** [1] - 230:11
**missed** [1] - 220:16
**mission** [6] - 111:1, 111:8, 112:10, 112:13, 112:24, 131:3
**missions** [2] - 112:8, 112:23
**mistaken** [2] - 85:2, 91:16
**mix** [4] - 77:17, 139:8, 140:5, 141:13
**mixed** [1] - 139:23
**mixes** [1] - 140:5
**mixing** [1] - 141:7
**model** [8] - 13:18, 14:7, 35:15, 62:6, 90:3, 90:7, 104:15, 137:19
**models** [3] - 83:24, 85:2, 125:13
**modem** [1] - 81:2

**modified** [8] - 21:17, 36:14, 36:16, 36:18, 36:19, 37:1, 170:20, 170:22
**modify** [2] - 39:19, 39:23
**Moises** [2] - 51:21, 52:6
**MOISES** [2] - 1:8, 2:5
**moisture** [1] - 74:20
**moment** [2] - 124:9, 182:21
**money** [13] - 70:3, 71:22, 76:14, 76:15, 94:10, 94:18, 120:20, 120:22, 121:1, 122:12, 122:13, 133:11, 145:7
**monitor** [2] - 132:20, 172:22
**monitored** [1] - 30:4
**Monte** [1] - 169:3
**MONTES** [2] - 1:8, 2:4
**Montes** [2] - 221:3, 221:8
**month** [1] - 55:4
**months** [1] - 230:16
**MOORE** [1] - 1:15
**Moore** [2] - 234:10, 235:24
**morning** [42] - 6:4, 6:6, 7:3, 7:12, 7:13, 11:9, 11:10, 15:16, 15:17, 17:5, 17:6, 20:5, 20:6, 24:18, 24:19, 38:4, 38:5, 39:17, 39:18, 54:3, 54:7, 79:5, 79:6, 95:22, 96:6, 96:7, 100:7, 100:8, 103:22, 103:23, 106:24, 106:25, 110:13, 110:14, 124:14, 124:15, 147:21, 147:22, 148:2, 224:3, 224:7, 236:8
**morphed** [1] - 111:18
**morphing** [1] - 112:4
**most** [16] - 60:15, 62:8, 63:6, 68:1, 70:8, 86:19, 104:17, 104:21, 117:20, 119:24, 123:1, 125:6, 132:16, 205:6, 221:8, 231:23
**mostly** [2] - 145:16, 167:4
**motion** [3] - 218:5,

221:24, 227:5
**MOTIONS** [3] - 4:4,
4:5, 4:6
**motions** [9] - 221:23,
222:4, 227:3, 228:3,
231:4, 231:12,
231:19
**motivations** [1] - 80:5
**motor** [4] - 62:13,
108:8, 108:11
**motors** [4] - 101:18,
101:19, 107:20,
108:13
**mountain** [1] - 226:15
**mounted** [1] - 10:12
**mouse** [1] - 93:25
**move** [14] - 108:12,
126:6, 126:12,
183:7, 193:14,
211:15, 211:16,
219:11, 219:16,
221:4, 222:12,
231:7, 232:25,
234:23
**moved** [7] - 69:7,
115:12, 115:13,
211:14, 224:15,
224:20, 224:24
**movement** [6] -
111:10, 111:11,
113:7, 113:8,
177:17, 180:17
**movements** [1] -
178:21
**moves** [1] - 158:8
**moving** [14] - 43:15,
177:15, 178:19,
178:20, 179:6,
179:9, 179:25,
184:16, 184:22,
185:3, 185:5, 188:3,
192:21, 201:22
**MR** [109] - 4:12, 6:12,
6:15, 6:17, 6:21,
6:24, 7:7, 7:11, 11:8,
15:12, 15:15, 17:2,
17:4, 18:9, 18:20,
18:23, 19:3, 19:4,
19:24, 19:25, 20:2,
24:15, 38:3, 39:13,
46:4, 47:21, 48:6,
48:8, 48:9, 48:14,
48:17, 48:19, 48:22,
49:2, 49:6, 49:8,
49:12, 57:18, 57:21,
59:2, 59:4, 79:4,
83:5, 83:7, 83:9,
87:9, 89:13, 89:15,
91:2, 91:4, 91:5,
95:16, 95:21, 96:5,

97:14, 97:17, 97:20,
99:10, 100:4, 100:6,
103:17, 103:21,
106:20, 106:23,
110:9, 124:13,
127:16, 143:11,
143:15, 146:1,
146:4, 190:6,
202:14, 202:16,
207:16, 209:9,
209:11, 209:14,
212:16, 212:19,
213:25, 218:3,
219:14, 220:11,
220:16, 220:22,
221:2, 222:3, 222:6,
222:12, 231:2,
231:12, 231:15,
231:18, 231:21,
232:4, 232:7,
232:10, 232:12,
232:16, 232:19,
232:25, 233:5,
233:17, 233:22,
234:2, 234:22,
235:8, 235:11
**MS** [132] - 6:6, 6:9,
18:4, 18:19, 18:22,
24:17, 25:22, 25:25,
37:25, 39:16, 40:13,
40:15, 42:21, 42:24,
46:6, 46:20, 46:24,
47:5, 47:8, 48:10,
48:13, 49:17, 49:24,
50:8, 50:11, 50:16,
50:19, 50:25, 51:6,
51:10, 51:15, 53:2,
53:7, 54:2, 57:12,
58:23, 59:9, 59:11,
66:19, 66:24, 73:22,
77:1, 77:3, 79:1,
83:1, 87:3, 87:7,
95:13, 110:12,
111:20, 112:18,
113:18, 113:25,
114:2, 121:7,
121:10, 124:9,
124:11, 127:20,
127:22, 128:14,
128:16, 133:14,
133:15, 134:18,
134:21, 137:8,
138:23, 140:17,
143:9, 147:5,
147:20, 151:24,
152:3, 154:5, 154:7,
156:12, 156:14,
157:21, 157:23,
158:8, 158:10,
158:13, 158:15,
158:22, 159:3,

159:6, 159:12,
159:15, 174:25,
175:4, 176:2, 176:4,
176:23, 176:24,
177:1, 177:3, 182:4,
182:8, 190:3,
207:11, 212:17,
212:21, 212:23,
213:24, 214:3,
214:6, 217:4, 217:6,
217:15, 217:20,
223:17, 225:11,
225:14, 225:21,
225:23, 226:1,
227:1, 227:16,
228:6, 228:8, 229:1,
229:16, 229:20,
229:22, 229:25,
230:2, 230:7,
230:13, 230:20,
234:4, 235:6
**mules** [1] - 100:21
**multi** [2] - 54:10, 70:4
**multi-agency** [1] -
54:10
**multi-million** [1] - 70:4
**multiple** [9] - 9:13,
9:14, 10:5, 21:7,
22:9, 41:9, 41:10,
44:1, 163:19
**multiply** [1] - 143:3
**multiplying** [2] -
138:7, 138:10
**mutually** [1] - 131:6

---

# N

**N/A** [1] - 52:17
**name** [22] - 17:7,
17:12, 21:15, 23:24,
52:6, 52:24, 53:16,
53:18, 54:7, 103:24,
147:12, 150:21,
168:7, 169:19,
220:19, 222:25,
224:13, 224:14,
224:24, 228:25,
229:11, 230:12
**Name** [1] - 21:11
**names** [6] - 191:10,
223:10, 223:11,
224:17, 224:18
**narcotic** [2] - 68:9,
75:23
**narcotics** [56] - 54:12,
54:25, 55:23, 56:20,
56:25, 57:1, 57:15,
57:16, 59:20, 60:23,
61:14, 62:1, 65:10,
66:5, 69:3, 69:6,

69:13, 69:24, 70:5,
71:25, 72:10, 75:14,
75:24, 76:1, 76:14,
88:21, 89:3, 89:5,
89:10, 92:7, 92:15,
94:13, 99:21,
100:14, 102:15,
113:12, 114:9,
118:4, 118:13,
120:21, 123:20,
126:3, 128:23,
129:13, 129:25,
131:4, 132:4,
133:24, 150:8,
153:2, 153:6,
184:11, 185:12,
191:12
**narcotics-trafficking**
[1] - 89:3
**national** [1] - 111:3
**nationality** [2] -
218:23, 224:24
**nature** [1] - 86:23
**nautical** [31] - 25:17,
25:21, 26:1, 166:15,
166:17, 167:17,
176:18, 176:19,
178:12, 179:4,
179:7, 181:24,
186:4, 187:14,
188:24, 189:1,
189:2, 189:3, 189:8,
189:23, 189:24,
190:2, 197:3, 197:5,
197:25, 198:13,
198:21, 198:23,
199:2, 199:7, 199:12
**navigate** [2] - 39:9,
128:6
**navigating** [1] - 71:14
**navigation** [1] - 71:16
**navigational** [2] -
14:5, 221:15
**navigator** [1] - 71:14
**NavNet** [1] - 14:3
**Navy** [2] - 207:7,
207:18
**near** [6] - 37:19,
37:23, 172:10,
186:6, 193:24, 195:6
**nearby** [1] - 16:6
**nearly** [3] - 134:22,
176:11, 187:9
**necessarily** [6] -
86:21, 102:6,
165:12, 205:5,
206:18, 216:16
**necessary** [5] - 41:17,
87:12, 87:24,
227:14, 229:14

**necessity** [2] - 50:3,
105:7
**need** [23] - 13:14,
13:15, 44:19, 62:14,
71:13, 72:15, 73:16,
83:5, 91:22, 91:24,
93:20, 93:22, 94:6,
95:5, 122:1, 135:21,
136:4, 156:22,
196:9, 208:10,
217:22, 223:10
**needed** [2] - 10:1,
155:1
**needs** [8] - 88:3,
101:16, 102:12,
103:1, 104:23,
126:2, 199:17,
223:11
**neglected** [1] - 234:22
**neighborhood** [1] -
146:17
**net** [1] - 125:11
**network** [2] - 29:22,
82:8
**never** [22] - 17:14,
19:15, 25:16, 25:21,
26:3, 33:3, 33:15,
83:20, 104:1, 104:3,
114:6, 117:14,
123:3, 123:17,
140:14, 144:25,
145:1, 191:16,
219:22, 220:7,
222:25, 230:9
**new** [5] - 10:8, 36:10,
79:9, 168:5, 168:10
**newer** [1] - 96:17
**news** [1] - 205:19
**next** [24] - 13:12,
46:23, 46:24, 47:8,
64:18, 67:4, 69:19,
71:15, 96:3, 111:12,
111:14, 147:4,
171:20, 173:18,
178:1, 179:10,
179:11, 180:24,
187:12, 198:12,
216:14, 217:19,
226:25, 231:1
**nexus** [2] - 112:10,
112:15
**nice** [2] - 106:16,
121:5
**night** [3] - 6:18,
128:24, 128:25
**NO** [1] - 1:2
**nobody's** [1] - 173:12
**normal** [2] - 96:23,
141:6
**normally** [19] - 64:10,

72:12, 75:21, 76:6,
92:4, 97:25, 98:17,
98:20, 99:5, 104:13,
148:19, 183:5,
185:4, 200:3,
200:10, 200:19,
203:13, 204:10,
205:8

**north** [11] - 160:19,
164:7, 164:9,
164:17, 167:7,
171:9, 171:10,
172:6, 172:11,
179:25, 181:23

**North** [2] - 2:17,
236:21

**northbound** [7] -
167:6, 178:15,
180:9, 180:17,
182:25, 183:11,
186:24

**northeast** [2] - 151:4,
187:9

**northern** [3] - 60:21,
60:22, 68:2

**northwest** [2] - 187:8,
199:17

**noted** [1] - 108:2

**nothing** [7] - 53:11,
101:1, 124:11,
147:8, 201:21,
210:10, 229:6

**notice** [1] - 23:18

**noticed** [1] - 23:2

**nowadays** [1] - 30:14

**number** [19] - 28:3,
59:25, 67:19, 71:13,
74:16, 74:17, 76:15,
97:3, 123:2, 123:4,
123:5, 156:5, 162:8,
169:17, 173:24,
206:8, 207:22,
224:17, 225:22

**Number** [4] - 52:25,
53:1, 206:21, 223:22

**numbered** [1] - 183:24

**numbering** [1] - 24:10

**numbers** [7] - 81:16,
81:19, 146:5,
146:20, 168:7,
184:5, 235:14

**Numbers** [1] - 225:23

---

## O

**oath** [1] - 7:6

**object** [7] - 6:10, 6:11,
18:4, 83:1, 113:18,
158:20, 207:11

**objection** [32] - 18:19,

40:13, 42:21, 46:4,
49:19, 58:23, 59:2,
59:5, 59:6, 87:3,
95:13, 111:20,
128:14, 133:14,
134:18, 154:5,
158:10, 158:12,
158:15, 176:2,
176:23, 177:1,
182:4, 213:24,
213:25, 214:2,
214:4, 214:5, 217:4,
221:25, 234:4, 235:5

**objections** [2] - 231:5,
231:15

**objective** [3] - 37:3,
37:5, 37:22

**objects** [2] - 195:15,
201:1

**obligated** [1] - 229:10

**obligation** [1] - 229:13

**obscure** [1] - 173:25

**observations** [1] -
208:20

**observed** [1] - 123:22

**obtained** [2] - 152:10,
160:2

**obtaining** [1] - 99:17

**obvious** [2] - 95:1,
106:11

**obviously** [12] - 16:15,
33:5, 60:11, 81:10,
86:9, 90:4, 94:3,
102:12, 120:19,
121:17, 122:15,
221:14

**occasionally** [4] -
11:3, 15:5, 23:2,
23:5

**occasions** [1] - 41:23

**occur** [1] - 195:21

**occurred** [1] - 178:3

**occurs** [6] - 118:12,
175:17, 175:20,
186:3, 197:2

**ocean** [22] - 16:17,
16:25, 44:21, 65:21,
71:1, 73:13, 92:6,
119:3, 162:18,
163:7, 169:22,
176:19, 181:11,
181:21, 182:16,
185:2, 197:23,
198:1, 206:9, 207:1,
211:23, 213:18

**Ocean** [1] - 86:24

**October** [10] - 22:13,
58:15, 58:22,
151:12, 161:16,
161:17, 170:21,

175:20, 223:25,
224:6

**OF** [4] - 1:1, 1:4, 4:12,
4:14

**of...** [1] - 220:3

**off-load** [2] - 72:18,
200:4

**off-loading** [1] - 88:6

**offense** [2] - 56:17,
227:18

**offer** [1] - 151:24

**offering** [1] - 47:14

**offhand** [1] - 161:13

**Office** [1] - 1:21

**office** [1] - 155:17

**OFFICER** [2] - 3:5, 7:8

**Officer** [17] - 17:5,
24:18, 24:20, 39:17,
149:21, 152:9,
154:3, 154:8,
164:25, 199:24,
214:17, 220:4,
220:5, 221:25,
223:17, 223:19,
229:1

**officers** [9] - 51:22,
51:25, 52:4, 52:15,
52:18, 52:22,
123:22, 208:2

**Official** [2] - 2:16,
236:20

**Oficina** [9] - 22:1,
23:6, 23:7, 23:12,
24:2, 169:3, 169:5,
169:22, 170:22

**oftentimes** [2] -
109:24, 109:25

**old** [5] - 10:7, 13:16,
32:15, 71:17, 76:4

**old-fashioned** [1] -
71:17

**older** [2] - 78:24,
137:18

**oldest** [2] - 9:23,
137:19

**on-the-job** [1] - 55:17

**onboard** [17] - 65:4,
66:9, 66:13, 86:4,
93:19, 99:21,
102:15, 120:8,
123:4, 123:5,
123:17, 124:2,
125:12, 126:4,
130:4, 132:3, 220:1

**once** [20] - 26:14,
27:5, 28:8, 33:15,
69:22, 69:23, 72:18,
129:16, 131:23,
131:25, 139:6,
154:3, 155:21,

157:10, 172:4,
178:19, 211:12,
220:2, 224:23

**one** [137] - 9:4, 9:10,
9:22, 10:12, 10:22,
14:17, 16:5, 16:12,
20:21, 21:3, 22:12,
22:15, 22:16, 22:18,
22:20, 22:25, 23:8,
23:9, 23:17, 25:21,
27:18, 28:6, 36:2,
39:3, 41:8, 41:10,
43:9, 45:3, 48:22,
48:23, 48:24, 52:9,
54:21, 59:25, 62:8,
62:19, 64:17, 66:4,
66:10, 67:19, 71:13,
72:5, 74:16, 83:20,
84:19, 84:20, 85:5,
85:19, 87:1, 88:4,
88:5, 91:22, 96:24,
97:3, 97:25, 98:22,
102:3, 102:5,
102:21, 102:24,
107:12, 108:11,
108:12, 108:21,
112:20, 112:23,
117:1, 118:2, 119:2,
119:6, 119:10,
121:11, 121:12,
123:2, 123:4,
123:20, 124:2,
124:9, 126:1, 126:8,
127:9, 129:1, 130:2,
130:15, 130:20,
130:24, 131:1,
131:9, 137:19,
140:25, 141:14,
142:1, 142:10,
142:11, 142:12,
145:5, 146:13,
153:5, 153:6, 153:9,
159:16, 159:18,
160:23, 160:24,
161:1, 163:3,
169:22, 171:8,
173:18, 181:22,
181:23, 182:15,
190:17, 192:11,
193:19, 195:21,
196:7, 198:14,
198:18, 198:21,
201:14, 203:11,
204:5, 204:16,
210:13, 214:15,
215:21, 218:15,
220:4, 221:9,
222:18, 226:20,
226:24, 232:22,
234:6, 234:14,
234:16

**ONE** [1] - 4:12

**one's** [1] - 222:24

**ones** [9] - 60:2, 61:23,
87:25, 90:5, 101:12,
101:13, 105:13,
106:17, 231:20

**ongoing** [2] - 56:20,
80:1

**online** [1] - 104:19

**Opa** [3] - 38:10, 38:12,
38:14

**open** [24] - 44:21,
47:18, 48:1, 49:13,
49:16, 62:25, 64:19,
71:1, 77:17, 92:6,
103:7, 119:18,
130:17, 154:17,
154:18, 154:22,
156:22, 157:13,
157:14, 177:13,
185:2, 234:14, 236:3

**open-consoled** [1] -
177:13

**open-ocean** [1] - 71:1

**open-source** [1] -
154:17

**opened** [2] - 154:18,
155:13

**opening** [6] - 155:14,
169:24, 169:25,
170:3, 170:4

**operate** [3] - 35:11,
65:13, 117:22

**operated** [1] - 108:6

**operates** [1] - 81:2

**operating** [4] - 41:8,
81:4, 81:24, 81:25

**operation** [1] - 129:23

**operational** [1] - 136:8

**operations** [8] - 55:6,
55:14, 74:18, 75:21,
80:25, 103:6, 124:1,
136:11

**operative** [2] - 55:13,
80:17

**operatives** [2] - 56:19,
80:14

**opinion** [13] - 56:24,
57:3, 57:8, 107:11,
179:18, 181:13,
182:12, 188:1,
189:16, 217:2,
217:7, 217:9, 217:11

**opinions** [1] - 183:3

**opportunity** [4] - 24:5,
224:3, 227:13,
228:12

**opposed** [3] - 97:9,
183:24, 208:19

**opposing** [1] - 229:12

**opt** [1] - 24:9
**option** [1] - 33:4
**or...** [1] - 19:22
**orange** [1] - 215:18
**orbital** [1] - 15:8
**order** [11] - 12:24,
13:13, 22:21, 26:11,
26:13, 26:19, 54:18,
64:21, 122:1,
199:15, 222:4
**ORDONEZ** [2] - 1:8,
2:5
**Ordonez** [2] - 51:21,
52:6
**organization** [26] -
63:3, 74:23, 81:2,
81:9, 81:11, 93:23,
94:12, 98:25, 115:1,
117:16, 117:25,
118:12, 118:15,
119:21, 120:4,
120:19, 120:21,
121:1, 121:17,
122:15, 123:19,
126:3, 131:4, 133:1,
136:4
**organization's** [1] -
88:18
**organizations** [33] -
54:12, 56:13, 64:4,
64:25, 65:22, 65:23,
69:9, 70:2, 71:20,
72:3, 74:12, 75:11,
75:13, 76:11, 83:22,
87:14, 87:23, 88:1,
92:3, 103:8, 105:1,
117:19, 117:20,
117:22, 117:23,
118:1, 120:12,
120:15, 127:23,
131:1, 132:20,
135:25, 149:14
**organized** [2] -
117:18, 136:10
**origin** [1] - 225:10
**original** [2] - 13:3,
90:5
**originally** [2] - 62:9,
125:10
**ORLANDO** [1] - 2:8
**Ortiz** [4] - 37:18,
37:23, 227:1, 227:8
**ORTIZ** [2] - 1:10, 2:10
**otherwise** [1] - 50:4
**outboard** [5] - 62:13,
63:13, 101:18,
101:19, 105:9
**outfitted** [1] - 125:5
**outlet** [1] - 35:17
**outliers** [1] - 176:18

**outside** [4] - 15:20,
15:22, 19:1, 203:10
**overall** [2] - 185:15,
186:20
**overboard** [7] - 74:19,
123:23, 128:12,
129:25, 131:21,
135:6, 213:11
**overcomplicate** [1] -
184:6
**overlap** [13] - 114:9,
133:25, 134:2,
166:6, 174:4, 194:7,
194:15, 194:23,
194:25, 195:4,
196:12, 196:15
**overlay** [4] - 153:10,
155:22, 155:24,
157:11
**overlaying** [1] - 156:3
**override** [1] - 24:12
**overruled** [12] - 18:6,
40:14, 42:22, 46:5,
58:25, 59:3, 59:7,
111:21, 134:20,
159:5, 182:7,
207:13, 217:5
**overseeing** [1] - 71:10
**overview** [2] - 39:5,
161:18
**overwrite** [2] - 34:10,
34:11
**overwriting** [2] - 9:20,
9:23
**overwritten** [1] - 10:3
**owe** [1] - 145:7
**own** [8] - 9:20, 12:16,
15:21, 45:20, 208:5,
208:9, 213:4, 233:10
**owners** [3] - 34:18,
72:9, 94:12
**owns** [1] - 34:15

## P

**P-i-c-u-d-a** [1] - 83:21
**p.m** [30] - 1:8, 52:7,
170:21, 170:23,
171:18, 175:17,
175:21, 177:5,
177:24, 178:1,
178:3, 178:23,
179:3, 197:2, 209:5,
209:6, 209:7, 218:1,
233:3, 234:15,
234:18, 234:19,
234:20, 236:4, 236:9
**pace** [1] - 185:6
**Pacific** [22] - 67:19,
67:23, 68:7, 71:23,

85:15, 86:24, 97:22,
98:6, 100:10, 101:1,
103:12, 122:17,
124:5, 151:12,
151:14, 151:17,
151:21, 169:7,
169:10, 173:4,
206:2, 215:15
**package** [8] - 35:23,
74:16, 75:5, 75:14,
75:22, 139:6, 139:7,
230:16
**packaged** [6] - 73:1,
74:2, 74:11, 130:19,
144:6
**packages** [3] - 131:21,
131:23, 144:6
**packaging** [6] - 44:1,
73:24, 74:6, 75:10,
77:9, 77:19
**packed** [1] - 121:5
**packing** [1] - 77:22
**page** [41] - 22:15,
159:16, 159:18,
159:20, 168:22,
168:25, 170:24,
171:2, 174:2, 174:3,
174:15, 174:18,
178:14, 178:15,
178:17, 180:12,
180:15, 180:16,
183:9, 183:10,
183:11, 183:14,
183:15, 184:21,
185:13, 185:15,
185:16, 192:12,
192:13, 193:2,
193:11, 193:12,
193:19, 196:9,
196:11, 197:6,
199:16, 201:5,
235:14
**PAGE** [4] - 3:1, 3:4,
4:2, 4:10
**pages** [2] - 159:17,
235:15
**Pages** [1] - 1:10
**paid** [12] - 115:23,
116:10, 116:12,
116:22, 117:2,
117:3, 117:4,
146:15, 218:21,
219:9
**paint** [2] - 129:6,
129:7
**painted** [1] - 129:9
**Panama** [1] - 127:12
**panels** [4] - 90:7,
92:12, 95:2, 95:7
**panga** [64] - 58:15,

60:16, 61:18, 61:20,
61:22, 61:25, 62:3,
62:16, 63:5, 63:13,
63:20, 64:2, 67:25,
68:13, 69:10, 70:6,
70:21, 83:24, 84:3,
84:5, 84:23, 88:15,
96:18, 96:23, 96:25,
97:3, 97:9, 98:17,
98:23, 99:12,
100:25, 101:15,
102:2, 102:17,
104:5, 104:16,
105:5, 105:21,
107:8, 107:12,
108:2, 108:18,
109:16, 121:18,
124:25, 125:6,
125:10, 125:15,
134:10, 136:16,
136:23, 137:3,
215:14, 221:9,
221:10, 221:12,
221:13, 221:19,
221:20, 223:21,
224:6, 225:18
**pangas** [15] - 62:19,
63:5, 63:8, 83:19,
85:20, 87:1, 99:3,
99:5, 101:8, 101:9,
102:14, 104:14,
105:23, 124:16
**paper** [4] - 39:10,
52:1, 52:19, 199:20
**parallel** [1] - 108:15
**pardon** [1] - 190:18
**parents** [1] - 116:19
**part** [25] - 20:13,
35:18, 35:23, 60:21,
60:22, 63:6, 68:2,
69:19, 79:12,
119:17, 125:6,
135:15, 137:1,
150:18, 152:16,
160:17, 169:6,
197:6, 234:6,
234:14, 234:16,
235:12, 235:20,
236:3, 236:5
**PART** [2] - 4:12, 4:14
**participate** [1] - 56:11
**particular** [23] - 8:17,
8:22, 18:17, 27:24,
58:10, 62:6, 70:12,
72:10, 90:2, 90:7,
92:11, 92:15, 94:18,
94:20, 98:25,
118:12, 132:23,
176:5, 204:25,
207:19, 211:22,

212:13
**particularly** [1] -
158:18
**parties** [1] - 50:2
**partner** [1] - 50:20
**partners** [1] - 67:18
**parts** [3] - 62:7, 78:17,
105:2
**pass** [2] - 64:8, 178:9
**passage** [1] - 146:13
**passed** [1] - 153:14
**passengers** [1] -
54:24
**passes** [1] - 174:10
**passing** [1] - 72:19
**passport** [2] - 122:1,
135:21, 136:9
**passports** [2] -
135:20, 136:3
**past** [2] - 18:15,
186:18
**patriotic** [1] - 79:19
**patrol** [1] - 149:13
**patrols** [1] - 148:12
**pause** [1] - 124:10
**paused** [1] - 236:5
**pay** [6] - 115:9, 116:1,
117:13, 122:19,
134:5, 144:15
**paying** [2] - 119:7,
146:14
**PDF** [1] - 155:13
**peer** [2] - 12:19, 45:21
**pen** [2] - 195:17
**pending** [2] - 218:4,
218:5
**penetrate** [1] - 81:1
**people** [37] - 8:6,
32:17, 72:15, 81:19,
88:1, 88:9, 88:11,
88:18, 88:21, 93:11,
102:20, 106:6,
111:10, 111:11,
113:7, 113:8,
115:19, 118:5,
118:7, 119:2, 119:7,
119:10, 124:3,
128:1, 128:6,
131:11, 134:4,
136:3, 137:2, 137:6,
139:20, 144:22,
151:4, 173:24,
220:8, 223:11, 226:7
**per** [2] - 116:8, 142:23
**percent** [16] - 138:19,
138:20, 138:25,
139:16, 139:17,
139:20, 140:1,
140:6, 140:11,
140:13, 140:24,

140:25, 141:2,
145:12
**Perez** [3] - 17:8,
103:25, 222:7
**PEREZ** [2] - 1:9, 2:7
**Perez-Cruz** [3] - 17:8,
103:25, 222:7
**PEREZ-CRUZ** [2] -
1:9, 2:7
**performed** [1] -
209:17
**perhaps** [3] - 174:25,
196:15, 203:9
**period** [6] - 90:12,
91:25, 93:11,
163:22, 176:20,
177:19
**permission** [6] - 52:3,
52:21, 77:1, 156:12,
157:21, 159:12
**permit** [1] - 47:1
**pero** [1] - 118:20
**person** [19] - 9:4,
40:20, 40:21, 46:1,
46:9, 71:1, 71:15,
71:19, 72:5, 115:24,
116:8, 117:12,
123:18, 153:3,
165:24, 203:4,
219:4, 220:1, 221:11
**person's** [3] - 181:15,
224:13, 224:14
**personal** [10] - 27:6,
80:11, 119:16,
123:15, 123:24,
139:1, 139:9,
139:11, 144:25,
201:4
**personally** [2] - 60:15,
138:16
**personnel** [2] - 207:8,
207:18
**persons** [2] - 191:11,
203:4
**pertain** [1] - 157:14
**pertained** [1] - 156:7
**pertaining** [1] - 85:10
**pertains** [1] - 157:8
**Peru** [1] - 60:1
**Petty** [2] - 152:9,
164:25
**PETTY** [2] - 3:5, 7:8
**Pfrimmer** [13] - 24:18,
24:20, 39:17,
149:21, 152:10,
153:14, 154:3,
154:8, 164:25,
199:24, 209:22,
214:17
**PFRIMMER** [2] - 3:5,

7:8
**phone** [5] - 32:20,
137:9, 150:11,
163:5, 213:9
**phone-looking** [1] -
32:20
**phone/GPS** [1] - 52:17
**phones** [7] - 27:11,
27:21, 27:22, 72:9,
149:4, 149:11
**photo** [6] - 107:5,
107:14, 107:24,
125:17, 171:6,
172:12
**photograph** [2] -
105:16, 223:21
**photographs** [6] -
105:18, 105:19,
224:21, 224:22,
225:16
**photos** [1] - 108:17
**physical** [4] - 12:24,
13:11, 15:3, 19:9
**physically** [12] -
18:13, 19:7, 26:4,
32:8, 33:25, 38:14,
105:10, 155:15,
165:24, 165:25,
166:4, 202:22
**pick** [12] - 70:11,
72:21, 89:10, 92:13,
92:21, 93:13,
104:20, 109:1,
110:1, 223:9, 236:6
**picked** [1] - 205:21
**picking** [1] - 16:6
**picks** [1] - 183:8
**PICO** [2] - 1:9, 2:8
**Pico** [3] - 169:3,
222:19, 222:24
**picture** [15] - 25:11,
28:12, 28:19, 84:6,
101:6, 107:4,
107:11, 107:18,
108:4, 134:10,
156:3, 220:8, 220:9,
223:5, 225:9
**pictures** [11] - 107:1,
107:19, 134:8,
134:9, 134:15,
134:16, 194:21,
223:5, 223:6, 225:6,
225:12
**Picuda** [8] - 62:4,
64:2, 68:14, 70:6,
70:22, 83:21, 96:11,
97:5
**Picula** [3] - 96:10,
97:9
**PICULA** [1] - 96:12

**piece** [1] - 39:10
**pieces** [2] - 105:2,
153:7
**pilot** [1] - 101:11
**pin** [4] - 35:15, 168:14,
169:21, 188:12
**PINERA** [43] - 2:10,
6:6, 6:9, 24:17,
25:22, 25:25, 37:25,
40:13, 42:21, 48:13,
110:12, 112:18,
113:25, 114:2,
121:10, 124:9,
124:11, 128:14,
133:14, 134:18,
140:17, 154:5,
158:10, 158:13,
158:15, 176:2,
176:23, 177:1,
182:4, 212:17,
213:24, 217:4,
227:1, 228:6, 228:8,
229:16, 229:20,
229:22, 229:25,
230:2, 230:7,
230:13, 230:20
**Pinera** [2] - 3:9, 3:15
**PINERA-VAZQUEZ**
[43] - 2:10, 6:6, 6:9,
24:17, 25:22, 25:25,
37:25, 40:13, 42:21,
48:13, 110:12,
112:18, 113:25,
114:2, 121:10,
124:9, 124:11,
128:14, 133:14,
134:18, 140:17,
154:5, 158:10,
158:13, 158:15,
176:2, 176:23,
177:1, 182:4,
212:17, 213:24,
217:4, 227:1, 228:6,
228:8, 229:16,
229:20, 229:22,
229:25, 230:2,
230:7, 230:13,
230:20
**Pinera-Vazquez** [2] -
3:9, 3:15
**pink** [2] - 165:3, 165:6
**pink-purple** [1] -
165:3
**pinpoint** [1] - 16:11,
206:2
**pins** [2] - 165:3, 165:6
**piracy** [1] - 98:9
**pirates** [1] - 124:4
**Pizarro** [1] - 171:10
**place** [1] - 8:6, 8:17,

38:9, 152:25,
155:16, 155:17,
176:21, 186:6,
198:17, 198:19,
234:17
**placed** [5] - 76:24,
130:19, 165:5,
183:22, 183:23
**places** [1] - 7:16
**placing** [1] - 61:19
**Plan** [2] - 133:6, 133:7
**plan** [1] - 136:13
**plane** [2] - 43:15,
70:12
**planning** [1] - 136:11
**plans** [1] - 133:6
**plastic** [1] - 44:13
**play** [2] - 171:12,
177:22
**played** [6] - 49:8,
145:2, 234:8,
234:12, 235:22,
236:1
**PLAYED** [2] - 4:11,
4:13
**playing** [1] - 49:9
**plays** [1] - 112:24
**plenty** [1] - 70:3
**plot** [8] - 21:9, 32:6,
32:7, 42:19, 155:2,
155:7, 161:3, 162:22
**plots** [1] - 39:7
**plotted** [13] - 21:10,
25:16, 26:4, 42:9,
161:11, 161:15,
165:20, 167:9,
173:1, 173:18,
181:5, 186:18,
187:17
**plotting** [5] - 31:16,
32:8, 32:10, 164:2,
181:19
**plug** [5] - 29:16,
32:23, 35:17, 35:25,
36:1
**plus** [2] - 162:8
**pocket** [5] - 44:24,
45:1, 45:3, 45:5,
138:12
**pocket-change** [1] -
138:12
**Point** [9] - 93:18,
115:10, 146:9,
155:8, 180:5, 180:6
**point** [65] - 8:7, 9:24,
25:14, 32:6, 32:7,
42:19, 43:18, 48:25,
60:9, 61:2, 61:5,
64:1, 64:17, 66:3,
66:20, 66:25, 67:5,

70:25, 72:7, 94:22,
97:7, 97:8, 118:10,
129:23, 130:16,
132:24, 155:7,
160:24, 164:16,
166:12, 167:8,
167:9, 167:16,
171:8, 177:21,
177:24, 178:1,
181:5, 181:11,
183:23, 184:17,
186:22, 188:22,
189:7, 189:25,
192:11, 192:15,
192:16, 192:20,
193:1, 193:4, 194:7,
200:19, 211:18,
215:21, 219:21,
223:13, 223:16,
226:5, 228:16,
230:10, 230:13
**pointed** [5] - 114:12,
219:25, 224:1,
224:8, 224:11
**pointing** [2] - 22:12,
178:25
**points** [35] - 9:23,
10:2, 10:3, 22:10,
25:16, 34:6, 34:10,
43:9, 64:20, 115:11,
120:12, 120:16,
153:20, 161:10,
163:3, 163:14,
167:4, 171:9, 172:3,
174:9, 177:23,
183:10, 183:16,
192:17, 195:19,
195:21, 196:3,
198:8, 198:13,
198:17, 206:12,
215:18, 215:23,
217:12
**pole** [1] - 24:13
**police** [1] - 80:18
**policies** [1] - 30:7
**poor** [2] - 14:22, 14:24
**Pop** [1] - 89:21
**port** [3] - 169:24,
169:25, 170:3
**portion** [4] - 49:4,
76:24, 77:4, 125:9
**posed** [1] - 215:25
**position** [15] - 8:9,
21:19, 22:3, 31:17,
31:20, 32:3, 37:17,
39:2, 44:18, 150:2,
161:1, 218:12,
227:8, 228:22,
230:23
**positioning** [1] - 21:7

positions [3] - 31:1, 32:11, 148:9
possess [1] - 221:7
possessed [1] - 9:4
possession [6] - 11:5, 34:21, 123:8, 221:6, 221:14, 221:22
possibility [1] - 35:4
possible [5] - 86:5, 140:9, 140:10, 166:24, 167:1
possibly [2] - 105:5, 182:2
post [4] - 47:13, 47:16, 48:2, 48:4
post-Miranda [3] - 47:13, 47:16, 48:4
post-Mirandized [1] - 48:2
posting [1] - 149:24
potent [1] - 140:9
potentially [2] - 19:14, 48:1
pounding [1] - 95:6
pounds [6] - 73:7, 73:8, 73:10, 75:7, 140:22, 140:23
powder [1] - 139:8
powered [1] - 95:8
Powers [1] - 236:19
POWERS [2] - 2:16, 236:20
preclude [3] - 87:23, 131:1, 201:19
predicate [1] - 223:4
predominant [1] - 59:22
predominantly [3] - 59:25, 60:19, 116:21
predominately [1] - 113:10
prejudicial [2] - 59:5, 59:6
prepare [1] - 77:17
prepared [5] - 20:11, 20:20, 38:17, 39:3, 199:21
presence [4] - 67:15, 129:3, 129:16, 231:9
present [6] - 38:14, 50:9, 80:2, 82:21, 221:5, 234:25
presented [2] - 226:13, 232:1
President [2] - 112:6
presses [1] - 74:12
presumably [1] - 24:4
pretty [14] - 16:13, 28:12, 28:18, 62:12, 84:8, 85:20, 117:21,

175:12, 177:10, 187:9, 195:6, 202:4, 211:19, 213:22
prevent [3] - 99:17, 111:9, 135:16
prevented [1] - 57:10
previous [5] - 183:25, 222:4, 222:7, 222:13, 231:4
previously [13] - 7:8, 12:10, 34:11, 36:9, 87:16, 89:11, 90:25, 148:23, 148:24, 173:8, 184:25, 215:11, 219:6
price [6] - 75:24, 76:1, 76:12, 78:7, 78:11, 78:13
prices [1] - 76:8
prima [4] - 219:18, 220:24, 227:9, 231:8
primarily [1] - 112:13
primary [3] - 60:10, 67:16, 153:9
prime [1] - 104:23
printed [2] - 14:9, 172:12
printout [2] - 20:14, 20:18, 154:4, 154:8, 154:9, 154:10
probative [1] - 59:6
problem [2] - 234:1, 234:2
problematic [2] - 112:23, 219:23
Procedure [1] - 219:16
procedure [1] - 203:8
proceedings [3] - 49:13, 124:10, 236:17
processed [1] - 144:8
processing [2] - 54:23, 225:8
produce [4] - 59:14, 59:22, 59:25, 229:10
produced [1] - 59:20
product [13] - 74:18, 74:21, 76:12, 77:20, 94:9, 140:5, 141:4, 141:13, 141:17, 144:22, 158:3, 158:4, 166:9
production [1] - 59:24
products [3] - 77:17, 139:24, 141:8

profit [5] - 132:10, 132:13, 140:10, 141:4, 141:22
program [15] - 20:20, 26:7, 26:21, 28:10, 28:14, 28:15, 29:7, 29:12, 30:17, 31:12, 31:24, 42:25, 55:2, 113:6, 172:13
programmed [4] - 8:2, 8:4, 21:23, 211:9
programs [2] - 26:14, 153:9
progress [1] - 148:20
progressing [1] - 180:25
Prohibition [1] - 67:13
project [1] - 178:8
projector [1] - 232:15
promise [2] - 96:9, 226:21
promises [2] - 52:5, 52:22
proper [3] - 25:7, 134:18, 173:21
properly [5] - 30:18, 30:22, 31:1, 31:16, 41:24
prosecuting [1] - 55:10
prosecution [2] - 203:12, 203:16
prosecutor [1] - 122:3
prosecutors [1] - 146:14
prostitution [1] - 115:2
protect [7] - 74:17, 78:1, 111:2, 117:24, 122:22, 133:13, 133:16
protected [1] - 30:1
Protection [1] - 111:25
Protection's [1] - 112:10
protections [2] - 29:6, 30:9
protocol [1] - 30:21
protocols [1] - 11:23
prove [3] - 219:10, 219:18, 220:24
provide [17] - 6:23, 19:11, 19:13, 19:16, 35:19, 35:25, 56:15, 66:2, 76:12, 76:13, 81:9, 118:14, 127:1, 137:1, 150:10, 150:23, 151:1
provided [18] - 8:13,

35:18, 35:22, 36:2, 75:8, 92:3, 151:10, 158:23, 161:19, 164:25, 190:13, 203:1, 210:1, 210:3, 218:9, 218:13, 219:1, 230:15
providing [2] - 136:3, 150:7
provisions [1] - 11:23
proximity [2] - 175:13, 178:2
public [1] - 111:4, 205:9, 205:18
publish [4] - 49:20, 50:9, 159:12, 235:11
publishing [1] - 235:4
pull [6] - 26:13, 26:19, 26:24, 31:6, 43:7, 233:6
pun [1] - 9:25
purchase [2] - 90:23, 136:8
purchased [4] - 19:16, 19:17, 91:15
pure [5] - 138:25, 144:8, 145:12, 219:12
purity [21] - 138:14, 138:16, 138:19, 138:20, 138:22, 139:3, 139:14, 139:15, 139:21, 140:6, 140:7, 143:18, 143:23, 143:24, 144:4, 144:7, 144:13, 144:20, 144:24, 144:25, 145:1
purity's [1] - 139:5
purple [2] - 67:6, 165:3
purpose [2] - 85:25, 89:4
purposefully [1] - 42:5
purposes [1] - 75:17
pursuant [3] - 219:15, 227:9, 228:22
push [1] - 168:14
put [27] - 13:5, 24:9, 27:25, 28:18, 33:8, 44:24, 45:3, 69:14, 84:6, 88:2, 88:21, 93:12, 93:19, 102:23, 102:24, 105:8, 115:1, 117:7, 120:25, 156:15, 162:20, 163:9, 165:6, 185:9,

210:24, 229:9, 229:11
puts [1] - 28:11
putting [5] - 44:13, 93:10, 210:10, 229:5, 230:12

Q

quadruple [1] - 141:22
qualified [6] - 11:14, 15:25, 56:21, 207:8, 214:1, 214:19
quarter [1] - 143:2
questioning [2] - 17:11, 23:15
questions [37] - 11:11, 15:12, 17:2, 19:24, 20:17, 24:15, 37:25, 38:6, 39:13, 46:20, 47:18, 73:19, 79:1, 79:8, 79:9, 95:21, 96:8, 100:4, 103:17, 106:20, 110:9, 127:4, 127:16, 137:8, 143:8, 143:12, 146:25, 190:3, 200:3, 201:16, 202:19, 202:21, 209:9, 212:16, 212:18, 212:19, 217:10
quick [1] - 66:8
quickly [4] - 64:1, 86:4, 132:14, 184:1
quite [2] - 111:22, 168:14
quote [2] - 92:24, 190:15
quote-unquote [2] - 92:24, 190:15
quoting [1] - 223:8

R

radar [2] - 208:13, 208:14
radius [1] - 176:16
RAFAEL [1] - 2:4
raise [1] - 53:9
raised [1] - 219:6
Ramon [4] - 233:18, 234:7, 235:12, 235:21
RAMON [1] - 4:12
ran [1] - 91:16
range [4] - 16:11, 78:7, 91:19, 139:16
ranged [1] - 138:18
rare [1] - 15:5

**rate** [5] - 63:20, 63:23, 184:16, 187:13, 189:10
**rather** [3] - 116:10, 165:24, 216:16
**raw** [8] - 18:1, 19:12, 42:10, 153:14, 153:16, 210:11, 214:24, 214:25
**reach** [3] - 68:16, 68:18, 70:14
**reached** [1] - 191:20
**reaching** [1] - 72:21
**reactivated** [1] - 172:4
**read** [16] - 12:6, 21:1, 49:21, 50:12, 50:15, 52:9, 56:2, 56:5, 60:16, 71:11, 87:21, 159:18, 174:23, 175:5, 219:5, 230:14
**readable** [1] - 155:21
**readily** [4] - 62:7, 84:1, 97:3, 102:22
**reading** [2] - 56:8, 185:10
**readings** [1] - 198:14
**ready** [2] - 54:16, 232:3
**really** [25] - 9:25, 10:1, 34:20, 47:21, 66:8, 67:14, 97:7, 107:21, 111:17, 123:3, 127:1, 127:2, 144:25, 145:1, 146:5, 173:24, 185:2, 185:4, 191:23, 194:19, 196:5, 199:1, 201:16, 232:18
**rear** [1] - 108:2
**reason** [6] - 10:20, 10:23, 10:25, 62:22, 112:5, 123:2, 123:5, 129:19, 132:22, 132:24, 155:24, 161:21, 163:18, 168:4, 228:19, 230:11
**reasonable** [3] - 201:11, 231:23, 232:1
**reasons** [4] - 88:4, 97:10, 123:1, 163:19
**receive** [11] - 13:9, 15:18, 55:16, 55:22, 56:2, 75:5, 80:24, 88:11, 149:6, 203:8, 204:15
**received** [20] - 15:18, 54:18, 54:20, 55:11,

138:16, 149:11, 149:13, 152:7, 152:9, 152:10, 153:4, 154:3, 154:8, 154:11, 155:2, 156:9, 156:16, 161:4, 191:8, 191:19
**receiver** [1] - 51:24
**receivers** [1] - 15:1
**receives** [1] - 80:24
**receiving** [2] - 75:7, 152:12
**Recess** [1] - 234:19
**recess** [4] - 95:22, 95:25, 209:6, 217:23
**recharge** [1] - 36:5
**reckoning** [2] - 178:7
**recognize** [4] - 20:9, 89:17, 91:6, 158:1
**recognized** [1] - 59:8
**recollection** [1] - 157:5
**recommend** [1] - 44:8
**recommendation** [2] - 216:16, 216:20
**recommendations** [2] - 216:17, 216:18
**recommended** [1] - 216:13
**reconnaissance** [1] - 208:3
**record** [20] - 9:22, 37:17, 50:23, 51:14, 53:2, 53:17, 147:12, 156:4, 168:6, 168:24, 215:5, 220:2, 220:13, 220:14, 220:15, 222:16, 222:17, 222:18, 224:10
**record's** [1] - 223:2
**recorded** [3] - 161:2, 165:25, 186:4
**recording** [5] - 39:2, 44:18, 185:17, 234:13, 236:2
**records** [5] - 150:11, 156:7, 156:16, 156:20, 157:8
**recover** [2] - 133:1, 214:11
**recoverable** [1] - 133:2
**recovered** [5] - 17:23, 164:24, 201:2, 202:12, 221:16
**Recross** [2] - 3:17, 3:17
**RECROSS** [2] - 143:14, 146:3

Recross-Examination [2] - 3:17, 3:17
**RECROSS-EXAMINATION** [2] - 143:14, 146:3
**recruit** [3] - 128:1, 128:6, 133:6
**recruited** [2] - 48:24, 123:10
**recruiters** [1] - 117:17
**redirect** [5] - 39:14, 48:1, 127:19, 212:20, 217:15
**Redirect** [3] - 3:10, 3:16, 3:22
**REDIRECT** [3] - 39:15, 127:21, 212:22
**redrafted** [1] - 6:17
**refer** [5] - 60:24, 69:1, 150:20, 200:10, 203:9
**reference** [3] - 83:3, 162:17, 195:4
**referenced** [1] - 160:3
**referencing** [1] - 38:23
**referred** [3] - 60:13, 88:23, 90:17
**referring** [1] - 170:4
**Referring** [1] - 232:15
**refitted** [2] - 104:22, 125:16
**reflect** [7] - 36:8, 220:3, 220:13, 220:15, 222:16, 223:3, 224:10
**reflected** [2] - 36:15, 206:18
**reflects** [2] - 220:14, 223:3
**refresh** [1] - 157:5
**refuel** [7] - 65:16, 65:20, 65:21, 66:2, 68:8, 99:1, 117:1
**refuelers** [1] - 66:1
**refueling** [1] - 110:2
**regard** [10] - 8:10, 8:12, 48:1, 58:8, 91:20, 192:6, 218:7, 219:7, 219:10, 231:5
**regarding** [8] - 50:4, 146:6, 150:8, 151:20, 156:5, 200:12, 216:1, 228:3
**regardless** [2] - 143:24, 145:12
**regards** [5] - 8:13, 152:7, 159:9, 215:17, 231:8
**region** [1] - 138:5

**registry** [1] - 218:15
**regular** [2] - 30:19, 75:21
**relates** [1] - 158:24
**released** [1] - 115:24
**relevance** [4] - 58:23, 59:5, 87:3, 111:20
**relied** [2] - 204:4, 227:21
**relieve** [1] - 229:12
**relocate** [1] - 36:9
**rely** [1] - 26:6
**relying** [4] - 28:14, 32:12, 203:1, 203:5
**remain** [1] - 95:8
**remedied** [1] - 51:17
**remember** [12] - 70:2, 71:21, 84:23, 90:21, 91:15, 93:25, 134:10, 136:18, 136:21, 161:13, 224:12, 224:14
**remind** [1] - 184:6
**remotely** [1] - 116:6
**remove** [2] - 33:2, 33:12
**removing** [1] - 16:24
**render** [5] - 56:24, 57:3, 57:7, 179:18, 181:13
**rendered** [2] - 217:2, 217:7
**rendezvous** [3] - 63:25, 72:7, 109:8
**rendezvoused** [2] - 109:21, 110:1
**renew** [6] - 218:4, 218:5, 221:23, 227:2, 227:5, 231:4
**repeat** [4] - 83:8, 114:1, 207:14, 210:2
**repetitive** [2] - 79:7, 96:9
**rephrase** [3] - 154:6, 182:9, 182:10
**replaced** [1] - 33:18
**replacing** [1] - 33:12
**report** [16] - 25:14, 36:16, 157:16, 185:10, 188:15, 188:16, 188:17, 191:10, 191:21, 193:15, 203:24, 204:19, 206:18, 206:22, 207:5, 207:6
**report's** [1] - 206:19
**REPORTED** [1] - 2:16
**reported** [2] - 11:13, 211:6
**reporter** [5] - 34:4,

223:12, 233:23, 234:13, 236:2
**Reporter** [2] - 2:16, 236:20
**reports** [18] - 55:21, 56:1, 56:2, 56:3, 56:5, 56:8, 60:16, 71:10, 87:20, 158:16, 158:17, 191:7, 191:19, 200:14, 201:14, 204:4
**reposition** [1] - 215:14
**represent** [3] - 17:7, 103:24, 206:9
**representative** [1] - 94:11
**represents** [1] - 142:11
**request** [1] - 223:4
**requested** [2] - 18:21, 18:24
**requesting** [1] - 19:10
**requirement** [1] - 218:22
**rescue** [1] - 130:8
**rescued** [1] - 86:10
**research** [1] - 56:9
**resources** [1] - 70:3
**respect** [2] - 58:6, 58:9
**respectfully** [1] - 234:23
**respond** [2] - 227:14, 228:6
**responded** [1] - 228:14
**response** [5] - 140:17, 158:21, 171:14, 214:18, 223:16
**responsibilities** [1] - 54:10
**responsibility** [3] - 25:5, 25:8, 112:21
**responsible** [2] - 54:11, 221:19
**rest** [3] - 118:14, 175:19, 184:20
**RESTS** [1] - 4:3
**rests** [1] - 217:21
**result** [1] - 142:13
**results** [2] - 152:11, 153:13
**resumes** [3] - 7:5, 73:21, 99:9
**resumé** [1] - 113:6
**retrieve** [3] - 73:14, 92:7, 162:21
**retrieved** [1] - 188:18
**retrofit** [3] - 62:13,

101:16, 104:17
**retrofitted** [5] - 85:2, 125:4, 125:19, 125:24, 126:2
**return** [6] - 69:20, 70:10, 70:21, 132:25, 140:9
**review** [6] - 12:19, 45:21, 156:9, 185:7, 191:24, 214:24
**reviewed** [9] - 153:25, 182:1, 182:13, 191:20, 201:6, 201:15, 204:8, 205:4, 214:14
**reviewer** [1] - 46:12
**reviewing** [1] - 158:4
**rid** [5] - 11:2, 86:4, 86:8, 99:12, 135:14
**right-hand** [4] - 174:7, 174:8, 179:23, 179:24
**ring** [1] - 137:14
**rings** [2] - 117:15, 117:16
**rise** [2] - 7:1, 217:25
**river** [4] - 172:10, 172:11, 172:19, 172:23
**robbed** [1] - 124:4
**Robin** [1] - 6:18
**Roca** [3] - 23:17, 23:22, 165:7
**RODRIGUEZ** [13] - 2:4, 11:8, 15:12, 46:4, 96:5, 97:14, 97:17, 97:20, 99:10, 100:4, 202:16, 207:16, 221:2
**Rodriguez** [6] - 3:7, 3:13, 3:21, 6:10, 113:15, 114:3
**role** [3] - 83:15, 112:25, 145:2
**room** [1] - 195:24
**Room** [1] - 2:17
**rotate** [1] - 67:14
**roughly** [5] - 187:11, 189:1, 197:14, 197:16, 197:17
**route** [8] - 64:14, 67:19, 67:20, 67:22, 70:23, 110:3, 129:18, 159:25
**routes** [3] - 19:14, 55:24, 56:25, 57:15, 61:6, 61:10, 61:18, 66:21, 67:8, 67:11, 67:12, 67:13, 67:16, 67:23, 71:23, 71:24,

73:18, 82:15, 83:16, 91:21, 97:25, 98:23, 100:10, 100:13, 100:17, 100:18, 114:5, 114:11, 114:12, 115:12, 124:8, 127:5, 151:16
**routinely** [1] - 56:11
**row** [1] - 21:18
**rows** [1] - 20:24
**RPR** [2] - 2:16, 236:20
**rudimentary** [1] - 159:23
**Rule** [5] - 219:15, 221:4, 222:8, 227:10, 231:16
**RULE** [1] - 4:4
**Rules** [1] - 219:16
**ruling** [2] - 226:18, 227:23
**rum** [1] - 67:12
**run** [7] - 12:15, 60:20, 60:23, 63:4, 66:4, 66:6, 132:1
**runners** [1] - 67:13
**running** [4] - 66:7, 85:16, 85:19, 86:20, 91:20, 91:21, 129:2
**runs** [1] - 22:11

---

## S

**safe** [5] - 12:22, 132:25, 192:15, 216:13, 216:18
**safety** [1] - 111:4
**sail** [1] - 125:20
**sale** [1] - 120:20
**Sam** [1] - 223:9
**Samsung** [1] - 27:22
**Sandiego** [1] - 34:23
**satellite** [13] - 13:9, 14:25, 27:11, 44:16, 72:9, 163:4, 163:5, 205:14, 205:18, 205:21, 206:1, 215:6, 215:14
**satellites** [3] - 13:14, 15:9, 163:21
**satisfied** [2] - 93:14, 231:25
**save** [4] - 8:9, 26:15, 34:7, 228:4
**saved** [1] - 36:10
**saves** [1] - 50:5
**saw** [4] - 14:17, 107:20, 163:24, 228:18
**scenario** [1] - 130:12
**scenarios** [1] - 130:14

**scene** [4] - 96:20, 207:8, 207:19, 208:4
**Scheduled** [1] - 1:7
**scheme** [3] - 87:4, 117:6, 170:25
**schemes** [2] - 57:1, 57:16
**scientific** [2] - 196:7, 201:11
**scope** [6] - 19:1, 83:2, 87:5, 113:18, 113:19, 121:8
**screen** [4] - 38:24, 171:15, 188:21, 225:13
**screenshot** [2] - 14:17, 39:5
**screwdriver** [1] - 156:22
**scuttle** [7] - 69:25, 70:10, 85:22, 86:6, 99:12, 109:13, 126:15
**scuttled** [2] - 121:14, 201:2
**scuttling** [3] - 70:6, 85:24, 121:12
**sea** [23] - 60:10, 65:8, 69:13, 69:17, 69:18, 70:8, 88:23, 89:2, 89:25, 90:1, 91:25, 129:8, 129:10, 171:11, 197:25, 200:8, 208:2, 213:18, 213:20, 214:8, 214:10, 225:5, 226:16
**sealed** [2] - 74:20, 77:23
**Search** [2] - 51:19, 52:12
**search** [7] - 47:9, 47:10, 47:14, 47:24, 51:23, 52:17, 212:5
**seas** [10] - 69:20, 70:25, 95:3, 95:4, 102:13, 148:17, 151:21, 152:1, 216:6, 216:15
**seasoned** [1] - 208:2
**seat** [9] - 6:5, 7:4, 73:20, 96:2, 99:8, 171:13, 209:8, 232:25, 233:4
**second** [7] - 21:21, 25:13, 52:9, 55:1, 67:20, 81:6, 97:15,

141:15, 142:3, 182:2, 183:4, 200:19, 201:20, 210:13, 235:12
**section** [1] - 22:4
**security** [5] - 29:6, 30:7, 30:10, 30:13, 111:3
**Security** [18] - 47:1, 51:18, 51:22, 52:11, 52:16, 54:9, 54:15, 55:22, 81:13, 110:18, 110:20, 110:22, 111:19, 134:23, 148:4, 150:16, 151:2, 203:13
**see** [65] - 16:6, 21:20, 22:19, 23:9, 38:24, 39:3, 43:3, 43:13, 45:10, 45:13, 63:15, 65:9, 66:23, 70:8, 77:14, 108:5, 115:17, 115:18, 116:21, 118:23, 119:1, 129:8, 131:11, 132:2, 135:3, 144:4, 153:11, 156:2, 156:9, 157:4, 160:7, 160:9, 160:11, 163:9, 164:21, 165:3, 168:14, 170:19, 171:2, 171:8, 171:13, 172:16, 172:21, 172:22, 174:23, 174:25, 175:5, 177:20, 177:21, 180:13, 187:1, 192:11, 204:18, 210:15, 210:17, 213:4, 215:4, 220:8, 220:17, 222:22, 223:6, 223:12, 223:13, 236:8
**seeing** [1] - 206:7
**seem** [3] - 187:23, 223:3, 225:12
**sees** [1] - 131:23
**seizure** [2] - 106:12, 106:16
**seizures** [1] - 106:14
**seldom** [1] - 124:1
**sell** [5] - 77:11, 77:18, 143:21, 144:2, 144:17
**selling** [1] - 144:1
**semisubmersible** [2] - 68:1, 104:25

**send** [3] - 11:23, 12:19, 19:5
**sent** [6] - 6:18, 14:14, 14:18, 19:10, 19:19, 148:13
**sentences** [1] - 80:9
**sentencing** [1] - 123:9
**separate** [5] - 29:11, 169:4, 181:22, 182:13, 230:7
**September** [5] - 22:11, 22:16, 22:20, 169:5, 170:22
**sequential** [1] - 24:10
**series** [1] - 69:10
**servers** [1] - 163:11
**serves** [1] - 90:20
**service** [3] - 19:21, 218:22, 219:9
**Service** [2] - 112:3, 113:11
**services** [1] - 154:23
**Services** [1] - 112:3
**set** [8] - 23:17, 124:25, 144:19, 160:24, 168:6, 188:23, 232:7, 232:8
**setting** [1] - 155:16
**settings** [1] - 31:19
**seven** [14] - 45:3, 82:20, 137:6, 183:9, 183:10, 183:11, 183:14, 183:15, 184:21, 191:2, 219:25, 220:5, 220:6, 232:2
**several** [10] - 45:17, 64:14, 127:6, 149:14, 164:11, 164:12, 164:14, 171:9, 193:7, 195:20
**shallow** [2] - 89:8, 165:4
**shape** [2] - 74:22, 89:23
**shapes** [1] - 90:3
**sharp** [3] - 186:12, 186:23, 187:5
**sheet** [3] - 26:3, 36:15, 199:19
**ship** [4] - 108:23, 109:4, 109:21, 205:13
**shipment** [2] - 72:10, 94:18
**shipments** [1] - 94:12
**shipped** [1] - 68:11
**ships** [2] - 119:1, 119:10
**shirt** [1] - 220:19

**shocked** [1] - 163:24
**shop** [1] - 90:23
**shore** [1] - 167:17
**short** [2] - 68:6, 119:25
**shortly** [1] - 217:24
**shot** [1] - 47:23
**show** [25] - 6:19, 16:19, 21:13, 22:15, 32:14, 67:7, 89:11, 90:25, 101:5, 107:4, 107:18, 134:15, 159:16, 171:7, 173:1, 179:11, 183:17, 192:12, 195:5, 195:18, 198:4, 221:15, 221:18, 224:17, 232:23
**showed** [9] - 42:9, 130:21, 154:10, 156:6, 172:2, 201:22, 221:8, 223:19, 223:20
**showing** [9] - 20:7, 63:10, 157:24, 174:8, 179:24, 180:16, 196:9, 219:8, 221:5
**shown** [12] - 101:6, 105:19, 107:1, 125:17, 126:20, 138:14, 143:17, 193:15, 196:20, 223:5, 225:13
**shows** [3] - 166:9, 168:14, 174:3
**sic** [1] - 97:9
**side** [25] - 67:19, 67:20, 68:7, 75:18, 100:25, 117:8, 158:16, 158:19, 160:6, 166:25, 167:2, 169:7, 169:10, 174:4, 174:7, 174:8, 174:18, 179:23, 179:24, 225:9, 234:3
**sidebar** [2] - 47:2, 158:11
**Sidebar** [2] - 47:4, 49:13
**sign** [2] - 45:10, 45:13
**signal** [14] - 13:7, 13:8, 14:21, 44:10, 44:11, 44:17, 163:4, 163:10, 163:11, 173:10, 173:22, 173:23, 173:25
**signals** [3] - 14:25,

195:9, 204:20
**signature** [3] - 52:6, 52:24, 125:3
**significance** [1] - 168:12
**significant** [4] - 106:13, 151:20, 183:19, 185:1
**signs** [1] - 45:7
**SILVIA** [1] - 2:10
**similar** [18] - 17:25, 18:10, 18:12, 20:23, 38:21, 43:13, 61:22, 90:20, 90:22, 94:8, 115:11, 117:21, 129:8, 129:10, 129:12, 155:13, 163:5, 197:1
**simple** [1] - 180:2
**simply** [2] - 94:6, 220:23
**simultaneously** [2] - 234:13, 236:2
**single** [2] - 42:19, 112:20
**sink** [6] - 70:1, 85:25, 89:8, 100:3, 130:3, 183:6
**sinking** [1] - 126:16
**sinks** [2] - 126:18, 132:12
**sit** [7] - 95:3, 126:12, 131:5, 144:23, 196:6, 196:23, 233:5
**sitting** [5] - 13:11, 17:13, 144:18, 144:19, 220:9
**situation** [1] - 204:19
**situational** [2] - 185:10, 191:10
**situations** [1] - 82:4
**six** [9] - 55:4, 106:6, 112:23, 162:10, 162:11, 180:12, 180:15, 180:16, 193:23
**six-month** [1] - 55:4
**size** [11] - 10:22, 62:13, 62:16, 65:18, 87:1, 92:5, 92:11, 102:23, 104:15, 120:7, 216:22
**sizes** [4] - 62:17, 84:25, 90:3, 124:17
**skip** [3] - 68:15, 98:17, 98:25
**sky** [8] - 14:22, 14:24, 161:1, 163:10, 163:21, 173:10, 173:22, 173:25

**slam** [1] - 216:3
**slaves** [1] - 116:11
**slender** [2] - 62:4, 83:23
**slightly** [3] - 171:9, 171:10, 187:16
**slow** [4] - 177:9, 177:10, 177:11, 187:15
**slowed** [1] - 184:22
**slower** [2] - 137:21, 137:22
**slowing** [1] - 184:17
**slowly** [2] - 43:15, 185:5
**small** [14] - 43:15, 44:23, 60:12, 70:5, 70:9, 72:17, 119:18, 128:25, 139:13, 176:19, 197:20, 198:10, 198:11, 207:3
**smaller** [3] - 64:3, 65:2, 65:11, 69:11, 69:13, 69:23, 90:5, 91:12, 105:1, 105:4, 105:5, 128:25
**smaller...** [1] - 90:24
**smuggle** [7] - 66:5, 72:23, 75:19, 77:11, 77:21, 118:22, 134:6
**smuggled** [13] - 60:6, 109:1, 109:9, 114:23, 116:16, 116:23, 116:25, 117:4, 118:6, 119:3, 134:5, 146:15
**smuggler** [10] - 63:23, 68:9, 70:24, 115:9, 115:19, 115:25, 117:5, 118:22, 120:5, 144:1
**smuggler's** [1] - 115:24
**smugglers** [15] - 61:25, 62:11, 62:23, 66:9, 67:8, 68:17, 92:2, 110:4, 114:13, 118:4, 118:5, 123:6, 131:15, 131:20, 133:11
**smuggling** [67] - 54:19, 55:15, 55:20, 55:23, 55:24, 56:22, 57:14, 61:23, 68:5, 69:8, 70:23, 83:17, 98:13, 98:23, 102:2, 102:5, 103:5, 103:9, 108:23, 110:3, 112:15, 112:25,

113:9, 113:13, 113:16, 114:4, 114:5, 114:7, 114:16, 114:19, 114:21, 115:6, 115:18, 116:2, 116:3, 116:4, 116:5, 116:6, 116:15, 117:6, 117:15, 117:16, 117:18, 117:22, 117:25, 118:13, 119:5, 119:6, 119:12, 119:13, 119:14, 119:17, 119:21, 120:12, 120:15, 120:19, 120:21, 120:22, 124:8, 127:4, 133:22, 133:24, 150:8, 150:9
**sneak** [1] - 81:1
**so...** [1] - 105:12
**software** [3] - 20:21, 26:10, 161:3
**soil** [1] - 59:23
**Solar** [10] - 48:23, 82:23, 83:11, 218:4, 219:17, 233:18, 233:19, 234:7, 235:13, 235:21
**solar** [4] - 90:7, 92:12, 95:1, 95:7
**SOLAR** [3] - 1:7, 2:2, 4:12
**SOLAR'S** [1] - 5:8
**Solar's** [2] - 234:24, 235:9
**sold** [3] - 76:13, 77:14, 139:6
**solder** [1] - 33:10
**soldered** [1] - 33:11
**solely** [1] - 29:24
**solemnly** [2] - 53:10, 147:7
**solid** [3] - 195:15, 195:16
**someone** [13] - 14:14, 14:19, 23:11, 45:21, 101:20, 135:21, 140:22, 165:10, 165:12, 186:5, 210:24, 213:17, 214:10
**someplace** [1] - 193:14
**something's** [1] - 90:11
**sometimes** [22] - 64:23, 66:1, 69:25, 71:16, 73:13, 79:20,

92:14, 92:17, 108:23, 109:13, 114:16, 117:15, 119:2, 121:13, 130:10, 132:8, 132:16, 133:19, 134:4, 134:5, 173:23, 192:3
**somewhat** [2] - 38:20, 74:20
**somewhere** [5] - 68:4, 68:16, 70:14, 115:13, 146:16
**sophisticated** [7] - 75:13, 90:5, 101:12, 127:24, 133:5, 136:1, 205:1
**sorry** [34] - 14:23, 20:5, 26:9, 27:8, 29:18, 32:1, 34:2, 34:5, 58:11, 60:4, 61:1, 72:14, 77:13, 81:18, 86:13, 95:18, 99:24, 101:3, 113:3, 113:22, 114:1, 140:12, 143:20, 162:10, 169:9, 169:10, 183:23, 194:12, 197:4, 200:2, 207:14, 210:2, 210:3, 214:3
**sort** [12] - 24:9, 26:7, 27:1, 28:11, 29:11, 30:20, 34:23, 41:6, 117:15, 118:16, 150:15, 170:10
**sound** [1] - 111:6
**sounds** [2] - 78:25, 111:7
**source** [23] - 57:14, 57:17, 59:13, 59:14, 59:19, 60:2, 60:8, 69:2, 69:18, 69:21, 73:24, 74:2, 108:24, 109:5, 109:7, 109:20, 110:4, 136:8, 154:17, 154:22, 154:23
**sources** [6] - 57:22, 79:13, 81:13, 82:8, 83:10, 92:25
**South** [23] - 54:13, 59:22, 60:17, 62:7, 68:24, 74:8, 78:6, 78:18, 84:15, 97:4, 102:19, 115:8, 115:17, 115:21, 116:21, 119:14, 125:21, 127:5, 127:6, 138:4,

142:12, 143:16, 145:11

**south** [15] - 58:21, 164:5, 164:8, 166:15, 166:17, 173:4, 178:12, 181:23, 181:24, 193:6, 193:8, 193:15, 194:23, 194:25, 195:1

**SOUTHERN** [1] - 1:1

**southern** [2] - 100:11, 177:24

**space** [7] - 105:24, 106:3, 106:10, 137:2, 163:13, 215:14, 216:24

**spaceship** [1] - 126:20

**span** [1] - 113:10

**Spanish** [7] - 6:2, 23:23, 50:11, 50:12, 51:9, 51:10, 118:20

**speaking** [6] - 112:4, 125:13, 130:13, 144:16, 146:18, 185:13

**spec** [1] - 128:25

**special** [5] - 54:8, 54:14, 66:11, 80:20, 80:24

**SPECIAL** [2] - 3:11, 53:22

**Special** [9] - 17:12, 46:25, 49:24, 57:13, 59:12, 73:23, 77:4, 110:15, 127:23

**Specialists** [1] - 149:10

**Specialists-trained** [1] - 149:10

**specialized** [2] - 54:18, 149:6

**specific** [16] - 19:11, 29:6, 29:11, 33:1, 33:12, 35:15, 41:13, 47:19, 58:8, 81:16, 81:19, 85:8, 119:22, 151:7, 156:7, 226:4

**specifically** [14] - 18:7, 21:3, 40:6, 54:13, 85:10, 92:5, 119:14, 152:4, 155:5, 201:13, 201:21, 206:15, 222:14, 224:12

**specify** [1] - 231:19

**speculation** [5] - 18:22, 95:13, 121:7, 124:6, 219:12

**speed** [47] - 63:21, 63:24, 66:6, 175:18, 175:21, 177:7, 177:15, 178:8, 178:16, 178:21, 178:22, 179:5, 179:7, 179:9, 179:10, 179:16, 179:21, 179:24, 180:1, 180:2, 180:4, 180:19, 180:20, 180:23, 180:24, 182:25, 183:11, 184:17, 184:18, 184:23, 184:24, 185:1, 186:17, 187:13, 189:3, 189:10, 189:13, 192:6, 192:23, 199:17, 207:8, 207:19, 207:25, 208:14, 208:15, 208:19

**speeds** [5] - 167:5, 180:25, 183:17, 186:17

**spell** [2] - 53:16, 147:13

**spelled** [1] - 53:18

**spent** [3] - 10:18, 148:10, 200:8

**spoken** [1] - 104:3

**sporadically** [1] - 175:10

**SPOT** [7] - 91:10, 91:11, 171:3, 171:7, 198:3, 198:18, 202:24

**Spot** [59] - 131:6, 131:15, 152:13, 152:23, 153:2, 153:10, 154:13, 154:19, 156:5, 156:17, 157:7, 158:5, 160:3, 160:15, 160:16, 160:18, 160:24, 161:2, 162:13, 162:22, 162:25, 163:4, 164:4, 166:10, 167:6, 171:17, 171:19, 172:4, 172:8, 173:14, 180:17, 180:18, 182:24, 183:17, 184:8, 184:11, 184:14, 184:16, 185:18, 185:20, 187:20, 190:15, 190:22,

191:1, 191:8, 191:11, 191:13, 191:16, 191:25, 192:18, 192:20, 192:25, 193:3, 193:25, 195:14, 213:3, 213:7, 213:15

**spot** [46] - 17:23, 18:2, 18:10, 18:12, 18:15, 18:16, 90:17, 90:20, 91:9, 92:20, 92:24, 93:5, 93:19, 94:21, 95:12, 130:21, 130:24, 132:17, 152:11, 173:2, 174:4, 174:10, 174:16, 177:21, 177:23, 178:5, 178:20, 178:23, 179:10, 179:25, 180:22, 181:2, 181:5, 182:5, 192:13, 193:17, 196:3, 196:11, 197:2, 198:8, 210:1, 211:20, 212:9, 212:11, 212:13, 212:24

**spots** [3] - 169:12, 180:24, 196:2

**spreadsheet** [6] - 20:15, 20:20, 20:23, 154:16, 155:8, 224:16

**square** [6] - 74:7, 74:10, 97:23, 136:25, 174:13, 174:19, 174:22, 206:24

**stability** [1] - 62:12

**stake** [1] - 80:11

**stamp** [2] - 23:4, 43:10

**stand** [7] - 7:5, 41:21, 67:24, 68:21, 73:21, 99:9, 227:23

**standard** [17] - 124:25, 155:17, 161:22, 161:25, 162:1, 162:7, 170:21, 170:23, 177:5, 178:1, 178:3, 178:24, 179:4, 187:3, 188:8, 216:16

**standing** [3] - 10:25, 59:4, 173:24

**standoff** [1] - 197:24

**Star** [6] - 155:2, 156:4, 156:17, 161:5, 163:6, 163:11

**start** [9] - 9:20, 22:8, 22:18, 24:8, 55:7, 80:22, 152:6, 168:10, 175:7

**started** [13] - 11:13, 54:21, 110:23, 111:17, 113:10, 178:19, 178:20, 181:19, 182:13, 182:15, 217:24

**starters** [1] - 141:1

**starting** [2] - 178:23, 180:17

**starts** [1] - 160:13

**stash** [1] - 115:23

**state** [4] - 53:16, 80:18, 147:12, 159:4

**statement** [9] - 85:17, 100:19, 117:21, 122:23, 166:3, 178:5, 186:5, 203:6, 220:6

**statements** [12] - 47:11, 47:13, 47:16, 48:2, 48:5, 158:16, 158:18, 159:1, 159:2, 159:3, 229:18, 230:22

**States** [41] - 1:21, 2:17, 51:23, 52:16, 53:8, 54:12, 60:6, 61:12, 65:8, 67:10, 67:17, 68:25, 69:5, 69:7, 74:3, 75:15, 75:19, 78:17, 82:24, 83:12, 110:15, 112:3, 112:17, 113:11, 115:5, 117:11, 124:5, 128:4, 130:7, 147:5, 148:3, 148:5, 150:14, 151:1, 185:22, 186:13, 191:3, 215:13, 217:20, 228:23, 236:21

**STATES** [3] - 1:1, 1:4, 1:15

**stating** [4] - 87:19, 94:1, 102:16, 206:15

**Station** [2] - 38:10, 38:13

**stationary** [1] - 178:6

**stationed** [1] - 148:3

**stations** [1] - 41:8

**statistics** [2] - 200:15, 201:6

**statute** [4] - 199:2, 199:10, 199:14, 219:9

**statutes** [2] - 111:9, 218:16

**stay** [6] - 35:10, 55:19, 56:5, 56:9, 113:20, 187:23

**stayed** [1] - 203:15

**stays** [2] - 130:6, 176:20

**steady** [1] - 185:5

**steer** [2] - 105:10, 105:12

**steering** [1] - 105:12

**STENOGRAPHICAL LY** [1] - 2:15

**step** [11] - 46:21, 66:19, 97:14, 97:17, 97:21, 136:13, 141:8, 143:10, 147:1, 217:16, 226:20

**stepped** [2] - 50:19, 145:21

**stepped-on** [1] - 145:21

**stepping** [1] - 141:6

**steps** [6] - 31:12, 31:23, 31:25, 39:22, 97:19, 145:4

**STEWART** [1] - 2:2

**stick** [7] - 107:16, 108:8, 108:12, 126:6, 126:7, 208:5

**sticking** [2] - 69:8, 107:16

**still** [10] - 7:6, 13:3, 102:18, 113:4, 132:10, 150:14, 181:3, 186:12, 187:23, 217:11

**stipulate** [1] - 48:7

**stipulated** [2] - 47:12, 50:2

**stipulation** [3] - 48:11, 49:16, 50:6

**stock** [1] - 76:9

**stolen** [2] - 122:16, 163:9

**stop** [17] - 22:16, 61:2, 64:13, 64:23, 64:24, 65:2, 65:19, 69:15, 94:15, 129:4, 167:12, 189:11, 189:16, 216:4, 216:8, 236:6

**stopped** [5] - 185:17, 188:5, 188:10, 188:24, 221:9

**stops** [12] - 65:13, 65:16, 68:15, 99:1, 110:2, 120:5, 120:7,

120:10, 168:9,
186:14, 216:3, 216:8
**storage** [1] - 9:21,
27:4, 66:16
**store** [4] - 18:13, 27:2,
66:17, 120:9
**stored** [4] - 19:9,
29:25, 32:19, 32:20
**stores** [1] - 9:22
**straight** [1] - 64:22
**Street** [1] - 197:22
**street** [11] - 76:19,
76:20, 77:14, 77:18,
141:7, 144:2,
144:18, 145:3,
145:17, 145:19,
146:21
**street-level** [3] -
77:14, 144:2, 145:3
**streets** [2] - 78:6,
142:12
**strength** [1] - 139:2
**stuff** [3] - 10:8, 137:2,
190:18
**Suarez** [10] - 53:8,
53:18, 54:3, 54:8,
57:13, 59:12, 73:23,
77:4, 110:15, 127:23
**SUAREZ** [3] - 3:11,
53:19, 53:22
**subject** [1] - 146:8
**submersible** [1] -
104:25
**subpoena** [8] - 19:15,
152:11, 227:25,
228:15, 228:16,
229:4, 229:7
**subpoenaed** [5] -
19:5, 193:17,
227:24, 230:6,
230:24
**subsequent** [1] -
55:11
**substance** [2] - 91:23,
146:9
**substances** [1] -
146:21
**substantial** [2] - 82:6,
82:7
**successfully** [3] -
55:10, 69:24, 81:8
**suck** [1] - 66:7
**sufficient** [2] - 225:3,
231:25
**suggest** [1] - 49:3
**suggesting** [1] -
227:14
**Suite** [1] - 1:22
**suits** [1] - 224:23
**summary** [4] - 157:16,

158:22, 159:9,
168:23
**sun** [1] - 125:20
**sunk** [3] - 200:12,
200:19, 201:2
**superiors** [1] - 12:16
**supervise** [2] - 54:10,
54:19
**supervisor** [1] - 12:19
**supervisory** [1] - 54:8
**supply** [3] - 76:2,
76:4, 76:17
**support** [6] - 148:14,
150:7, 150:10,
150:24, 151:1, 151:4
**supported** [1] - 226:3
**suppose** [5] - 196:25,
201:21, 204:18,
205:13, 207:22
**supposed** [3] - 21:13,
72:8, 96:17
**supposedly** [1] -
228:12
**suspect** [3] - 128:10,
128:21, 131:20
**sustain** [3] - 214:2,
214:3, 214:5
**sustained** [6] - 87:6,
121:9, 128:15,
176:3, 177:2
**swab** [1] - 25:5
**swabs** [1] - 25:8
**swallow** [1] - 75:18
**swallowing** [1] -
100:18
**swathes** [1] - 163:6
**swear** [2] - 53:10,
147:7
**sweater** [4] - 213:11,
213:17, 213:23
**switch** [1] - 13:8
**sworn** [3] - 7:8, 53:22,
147:17
**System** [1] - 13:21
**system** [6] - 14:2,
14:3, 14:5, 24:10,
42:1, 163:6
**systematic** [1] -
136:10
**systems** [3] - 193:18,
207:3, 208:10

---

# T

**tailgate** [2] - 216:2,
216:7
**take-down** [1] -
118:12
**Tampa** [2] - 148:11,
148:16

**tamper** [1] - 30:11
**tanks** [1] - 66:16
**tape** [2] - 74:14
**target** [1] - 136:16
**tarp** [2] - 129:12
**Task** [1] - 150:22
**task** [7] - 54:11, 148:4,
148:15, 150:18,
150:20, 151:19,
203:19
**tasked** [3] - 17:25,
18:1, 18:7
**taught** [2] - 83:25,
214:22
**teaching** [1] - 190:18
**team** [1] - 12:5
**technician** [1] - 16:1
**techniques** [1] - 129:1
**technology** [5] -
42:14, 42:16, 81:4,
130:25, 205:7
**ten** [6] - 44:13, 87:24,
139:12, 145:15,
148:8
**tend** [3] - 55:25, 97:8,
99:12
**tendered** [1] - 58:9
**tenders** [1] - 57:13
**term** [3] - 74:7,
126:15, 196:15
**terms** [10] - 86:16,
126:5, 155:4,
159:23, 159:25,
187:7, 213:17,
228:3, 231:15,
231:16
**territorial** [1] - 112:16
**terrorism** [1] - 111:9
**test** [4] - 19:12,
144:12, 144:21,
144:24
**testified** [29] - 8:10,
8:12, 12:10, 20:11,
26:6, 32:5, 45:16,
53:22, 102:22,
104:5, 113:14,
113:15, 116:9,
121:18, 121:21,
133:4, 147:17,
162:21, 173:8,
182:11, 182:15,
183:19, 190:19,
192:5, 209:17,
211:2, 219:25,
221:9, 225:8
**testify** [8] - 49:23,
50:4, 124:6, 124:7,
134:15, 158:20,
228:19, 230:3
**testifying** [2] - 7:9,

134:22
**testimonial** [4] -
228:11, 228:21,
229:18, 230:22
**testimony** [29] - 47:14,
47:24, 49:1, 53:10,
79:12, 96:8, 99:11,
108:22, 134:13,
137:15, 145:10,
146:8, 147:7, 157:7,
158:24, 168:16,
182:5, 182:19,
207:12, 215:24,
219:2, 222:1, 226:4,
227:17, 228:9,
233:19, 234:25,
235:2, 235:12
**testing** [2] - 144:4,
144:20
**tests** [1] - 132:2
**that'd** [1] - 23:19
**that'll** [4] - 21:15,
108:12, 129:8, 210:6
**THE** [258] - 1:15, 1:20,
6:4, 6:7, 6:11, 6:13,
6:20, 6:22, 6:25, 7:3,
7:6, 15:13, 18:6,
18:7, 19:1, 25:24,
39:14, 40:14, 42:22,
42:23, 46:5, 46:21,
46:23, 47:3, 47:7,
47:20, 47:22, 48:11,
48:15, 48:18, 48:20,
48:25, 49:3, 49:7,
49:11, 49:15, 49:22,
50:1, 50:10, 50:14,
50:18, 50:20, 50:22,
51:2, 51:8, 51:12,
51:18, 52:10, 52:11,
53:4, 53:13, 53:15,
53:18, 53:21, 57:19,
58:25, 59:1, 59:3,
59:7, 66:22, 66:23,
77:2, 79:2, 83:4,
83:6, 83:8, 87:6,
89:14, 91:3, 95:15,
95:22, 96:2, 97:16,
97:18, 103:19,
106:21, 110:10,
111:21, 111:22,
113:20, 113:22,
113:23, 113:24,
114:1, 121:9,
127:18, 127:19,
128:15, 134:20,
137:9, 137:11,
137:13, 137:14,
137:16, 137:18,
137:20, 137:21,
137:24, 138:1,

138:2, 138:4, 138:6,
138:7, 138:9,
138:10, 138:12,
138:15, 138:21,
138:24, 138:25,
139:1, 139:3, 139:4,
139:5, 139:9,
139:10, 139:14,
139:15, 139:17,
139:18, 139:19,
139:21, 139:22,
139:23, 139:25,
140:2, 140:3, 140:4,
140:11, 140:12,
140:13, 140:14,
140:15, 140:18,
140:24, 141:2,
141:5, 141:6, 141:9,
141:13, 141:14,
141:16, 141:18,
141:19, 141:20,
141:22, 141:23,
141:24, 142:1,
142:2, 142:3, 142:4,
142:5, 142:7, 142:8,
142:15, 142:17,
142:18, 142:21,
142:22, 142:24,
142:25, 143:3,
143:4, 143:5, 143:7,
143:8, 143:10,
143:13, 146:2,
146:25, 147:2,
147:4, 147:10,
147:14, 154:6,
156:13, 157:22,
158:12, 158:14,
158:21, 159:1,
159:5, 159:13,
176:3, 177:2, 182:7,
190:4, 207:13,
207:14, 209:3,
209:8, 209:12,
212:20, 214:2,
214:5, 217:5,
217:16, 217:17,
217:19, 217:22,
218:2, 219:12,
220:10, 220:12,
220:21, 221:1,
222:2, 222:5,
222:11, 223:2,
225:6, 225:12,
225:20, 225:22,
225:25, 226:2,
227:11, 228:5,
228:7, 228:25,
229:8, 229:19,
229:21, 229:23,
230:1, 230:5,
230:10, 230:17,

230:24, 231:11, 231:14, 231:17, 231:19, 231:22, 232:5, 232:9, 232:11, 232:14, 232:18, 232:21, 233:4, 233:6, 233:10, 233:14, 233:16, 233:21, 233:25, 234:3, 234:5, 234:17, 234:21, 235:5, 235:7, 235:17, 235:18, 235:19, 236:6

**themselves** [6] - 71:2, 117:3, 117:24, 129:7, 129:15, 132:20

**theory** [1] - 213:12

**there'd** [1] - 195:24

**thereby** [1] - 50:3

**therefore** [1] - 227:22

**therefrom** [1] - 231:24

**they've** [5] - 74:8, 86:2, 90:4, 123:10, 131:21

**thick** [2] - 26:3, 75:1

**thinking** [4] - 49:8, 49:9, 87:14, 87:15

**third** [6] - 21:25, 22:1, 79:22, 142:5, 227:12, 231:14

**thousands** [4] - 97:23, 99:3, 103:15

**threaten** [1] - 111:3

**threats** [2] - 52:4, 52:23

**three** [43] - 13:15, 14:24, 26:8, 26:10, 26:12, 28:16, 30:24, 31:4, 31:6, 44:9, 49:4, 49:10, 62:18, 63:9, 65:19, 67:16, 68:22, 71:23, 74:25, 79:18, 85:3, 86:20, 86:23, 87:1, 87:4, 87:17, 87:24, 100:9, 111:25, 114:11, 114:12, 149:18, 149:19, 170:24, 171:2, 177:9, 192:12, 192:13, 193:2, 193:10, 195:25

**throughout** [5] - 55:8, 78:11, 151:2, 175:10, 181:1

**throw** [5] - 21:8, 73:9, 74:19, 129:13,

129:25

**throwing** [2] - 146:5, 221:11

**thrown** [1] - 135:6

**thumb** [1] - 30:3

**Thursday** [1] - 1:6

**tied** [1] - 112:10

**tilled** [2] - 101:21, 101:22

**tiller** [7] - 107:13, 107:16, 108:7, 108:8, 108:19, 125:18, 126:6

**tiller-driven** [1] - 108:19

**tilt** [1] - 126:9

**timeline** [1] - 161:23

**timelines** [1] - 161:19

**tin** [1] - 89:21

**ting** [1] - 132:5

**title** [5] - 23:25, 24:2, 24:6, 24:7, 24:9

**titled** [1] - 23:6

**to..** [1] - 95:25

**today** [6] - 17:13, 83:25, 146:8, 196:23, 223:7, 225:4

**together** [23] - 28:11, 66:14, 73:2, 112:8, 119:10, 131:2, 166:12, 166:21, 174:16, 179:19, 179:21, 181:3, 182:25, 189:25, 194:19, 195:18, 200:16, 200:18, 201:3, 201:8, 201:22, 210:10, 235:1

**tomorrow** [2] - 236:7, 236:8

**tons** [1] - 62:18

**took** [1] - 30:21

**tool** [3] - 33:13, 41:16, 43:6

**tools** [9] - 15:21, 33:15, 41:16, 154:17, 196:13, 196:22, 198:24, 207:24, 208:11

**top** [8] - 21:1, 28:6, 101:14, 124:23, 167:18, 173:24, 177:5, 195:17

**toss** [1] - 73:13

**total** [5] - 22:9, 54:20, 63:15, 72:1, 138:8

**totaled** [1] - 22:6

**totally** [1] - 19:17

**tow** [1] - 216:17

**toward** [1] - 137:1

**towards** [2] - 127:7, 164:9

**towed** [1] - 216:21

**tower** [1] - 27:16

**towing** [2] - 216:17, 216:20

**trace** [1] - 221:12

**Trace** [42] - 91:11, 131:6, 131:15, 153:10, 154:19, 156:5, 156:17, 157:7, 158:5, 160:3, 160:15, 160:16, 160:18, 160:24, 161:2, 166:10, 167:6, 180:17, 180:18, 182:24, 183:17, 184:8, 184:11, 184:15, 184:16, 185:18, 185:20, 190:15, 190:22, 191:1, 191:8, 191:11, 191:13, 191:16, 191:25, 192:18, 192:20, 192:25, 193:3, 193:25, 195:14

**Tracer** [18] - 152:13, 152:23, 153:2, 154:13, 162:14, 162:22, 162:25, 163:4, 164:4, 171:17, 171:19, 172:4, 172:8, 173:14, 187:20, 213:3, 213:7, 213:15

**track** [39] - 7:18, 7:20, 7:22, 8:12, 9:17, 9:20, 9:22, 22:8, 22:9, 22:10, 22:11, 22:14, 34:10, 43:18, 92:25, 93:2, 93:18, 94:13, 130:22, 153:20, 160:24, 161:10, 163:8, 163:12, 163:14, 164:24, 168:7, 180:22, 183:15, 183:16, 183:21, 183:22, 208:23, 212:9, 217:12

**Track** [3] - 198:3, 198:18, 202:24

**tracked** [1] - 131:15

**tracker** [40] - 17:23, 18:2, 18:10, 18:12, 18:15, 90:17, 90:20, 91:9, 92:20, 92:24,

93:5, 93:19, 94:21, 95:12, 130:21, 130:25, 132:17, 152:11, 154:4, 171:3, 171:7, 173:2, 174:10, 174:16, 177:21, 177:23, 178:5, 178:20, 178:23, 181:2, 181:5, 182:5, 182:24, 193:17, 198:8, 210:1, 212:10, 212:11, 212:13, 212:25

**trackers** [1] - 18:16

**tracking** [7] - 38:24, 64:11, 92:16, 176:9, 181:2, 209:24, 212:25

**trackings** [1] - 167:22

**tracks** [6] - 10:1, 19:14, 165:23, 168:6, 178:15, 183:11

**traffic** [1] - 57:1

**trafficked** [2] - 115:5, 118:7

**trafficker** [3] - 75:4, 93:17, 133:21

**traffickers** [9] - 75:3, 102:11, 103:2, 104:23, 105:7, 132:19, 133:4, 135:9, 136:10

**trafficking** [56] - 54:11, 56:10, 56:13, 56:25, 63:3, 64:4, 64:25, 65:23, 69:9, 70:2, 71:20, 72:3, 74:11, 74:23, 75:6, 75:11, 75:12, 76:11, 82:15, 83:22, 87:14, 88:1, 89:3, 92:3, 93:23, 94:11, 94:17, 100:14, 103:8, 112:15, 113:9, 114:15, 114:21, 114:22, 115:3, 115:12, 116:3, 116:13, 117:8, 117:12, 117:25, 118:1, 118:13, 118:14, 120:4, 121:14, 123:19, 126:1, 127:23, 131:4, 135:25, 146:7, 150:9, 151:16, 151:20, 152:1

**trail** [1] - 216:10

**train** [9] - 128:1, 128:3, 128:9, 128:17, 133:5, 133:6, 135:9, 135:12, 149:21

**trained** [3] - 15:23, 149:10, 199:24

**Training** [1] - 55:3

**training** [27] - 15:18, 15:19, 15:20, 25:7, 33:1, 54:18, 54:23, 55:1, 55:2, 55:12, 55:16, 55:17, 80:21, 80:24, 135:14, 138:13, 138:15, 140:15, 149:6, 149:11, 149:12, 149:13, 164:1, 166:20, 175:22, 177:12, 182:12

**trainings** [1] - 15:22, 54:21, 55:11

**traits** [1] - 85:19

**trajectory** [1] - 221:19

**transcript** [1] - 233:24

**transcription** [1] - 236:16

**transcripts** [5] - 233:20, 234:11, 235:1, 235:3, 235:25

**transfer** [14] - 12:25, 32:4, 64:9, 67:9, 68:17, 69:13, 69:19, 70:8, 71:1, 72:11, 88:5, 92:10, 109:11, 216:6

**transferred** [6] - 31:1, 31:16, 31:17, 64:15, 64:17, 130:14

**transferring** [2] - 72:22, 88:21

**transfers** [1] - 69:17

**transit** [14] - 57:15, 60:24, 61:1, 61:5, 61:10, 61:18, 64:14, 64:19, 66:21, 69:4, 69:5, 69:6, 120:12, 120:15

**translate** [2] - 154:17, 155:9

**translated** [1] - 23:24

**translation** [1] - 51:16

**translators** [1] - 98:12

**transmit** [2] - 160:25, 163:11

**transmits** [1] - 163:4

**transmitted** [1] - 218:14

**transmitting** [2] - 212:11, 212:14

transpired [1] - 223:15
transport [8] - 62:1, 62:18, 102:20, 105:24, 106:4, 106:5, 123:10, 146:9
transported [3] - 68:9, 68:11, 118:25
transporting [12] - 57:16, 66:15, 70:4, 70:24, 71:25, 87:12, 92:15, 119:23, 119:24, 124:3, 128:23, 132:4
travel [10] - 63:20, 64:6, 70:12, 114:25, 128:24, 196:1, 196:4, 198:18, 198:21, 199:17
traveled [2] - 37:15, 189:14
traveling [13] - 129:1, 166:21, 166:25, 167:2, 173:3, 173:4, 179:14, 179:19, 179:20, 197:12, 201:8, 207:9, 216:25
treasure [1] - 211:18
treat [1] - 50:5
trends [2] - 55:19, 55:24, 83:16
TRIAL [1] - 1:13
trial [6] - 216:11, 229:3, 229:9, 229:12, 234:12, 236:1
triangles [1] - 43:18
tried [4] - 86:25, 140:14, 155:22, 155:24
trip [3] - 43:14, 167:7, 186:22
trips [1] - 85:5
true [7] - 40:20, 86:19, 146:16, 165:13, 195:24, 196:5, 214:12
trust [1] - 72:5
truth [6] - 53:11, 147:8, 147:9
try [7] - 79:7, 80:25, 83:6, 128:24, 129:14, 213:13, 217:24
trying [8] - 32:4, 48:25, 51:15, 80:9, 90:21, 97:11, 141:10, 171:12
Tumaco [10] - 160:19, 164:7, 164:8, 171:8, 171:10, 171:15,

172:6, 172:10, 172:11, 192:16
tuned [1] - 113:20
turn [16] - 7:21, 16:18, 137:12, 144:1, 168:9, 168:22, 173:14, 187:7, 187:10, 202:1, 232:14, 232:21
turned [7] - 9:5, 9:21, 168:3, 168:4, 172:2, 172:8, 172:10
turning [5] - 9:1, 173:12, 174:2, 193:19
TV [1] - 119:2
TWO [1] - 4:14
two [74] - 11:15, 35:8, 35:9, 35:11, 50:18, 55:12, 55:13, 60:10, 63:8, 63:9, 63:15, 71:24, 74:17, 74:25, 84:20, 86:3, 86:20, 87:17, 87:24, 98:3, 101:6, 102:6, 104:8, 107:14, 112:2, 118:18, 123:1, 123:5, 148:11, 153:4, 153:5, 153:7, 153:10, 155:22, 155:24, 156:3, 160:2, 166:18, 166:21, 166:25, 167:1, 168:22, 168:25, 169:2, 169:11, 172:3, 177:23, 179:13, 180:24, 181:14, 181:22, 182:11, 182:13, 182:21, 189:25, 192:7, 195:5, 195:21, 195:24, 196:1, 197:16, 198:8, 198:13, 198:14, 198:17, 200:4, 201:7, 201:12, 216:24, 222:4, 235:20, 236:3, 236:5
two-week [1] - 55:12
type [23] - 29:13, 56:19, 64:11, 64:25, 70:22, 74:15, 75:5, 77:22, 81:4, 83:21, 92:19, 119:14, 119:15, 125:5, 132:18, 135:3, 149:4, 153:9, 155:13, 155:15, 156:6, 206:15,

216:21
types [15] - 60:14, 62:3, 66:16, 75:14, 79:18, 106:18, 114:8, 115:3, 124:16, 130:25, 148:9, 151:7, 151:8, 153:4, 183:5
typical [8] - 9:21, 64:17, 74:22, 75:2, 84:8, 85:5, 138:14, 138:16
typically [9] - 12:17, 66:9, 70:24, 71:1, 71:4, 73:1, 74:2, 84:13, 135:3
Tyvek [1] - 224:23

U

U.N [2] - 51:20, 52:13
U.S [22] - 51:19, 52:12, 64:21, 64:22, 65:5, 65:25, 68:11, 68:18, 72:23, 81:22, 111:24, 112:1, 112:3, 112:8, 112:9, 113:6, 118:11, 123:12, 152:22, 207:7, 207:18
U.S.-Mexican [1] - 118:24
UFO [1] - 126:22
ultimate [4] - 61:11, 61:12, 68:16, 103:11
ultimately [5] - 59:24, 60:5, 68:10, 68:18, 188:5
unable [3] - 163:20, 163:21, 208:23
uncut [1] - 142:23
under [4] - 7:6, 82:24, 83:11, 221:4
undercover [15] - 55:6, 55:12, 55:13, 55:14, 56:19, 57:25, 58:7, 58:14, 80:14, 80:17, 80:23, 80:25, 81:6, 81:7, 144:17
undercovers [1] - 76:21
underneath [1] - 168:14
understood [3] - 203:22, 204:1, 228:14
underway [1] - 148:11
unfortunately [4] - 55:24, 76:7, 76:11, 114:16

uninterrupted [1] - 163:10
unit [22] - 7:16, 7:20, 12:24, 13:8, 13:11, 15:3, 19:8, 23:20, 28:7, 33:3, 41:15, 41:18, 41:21, 45:8, 154:10, 160:4, 162:24, 168:6, 169:2, 174:9, 179:7, 184:10
unite [1] - 166:18
UNITED [3] - 1:1, 1:4, 1:15
United [40] - 1:21, 51:23, 52:16, 53:8, 54:12, 60:6, 61:12, 65:8, 67:10, 67:17, 68:25, 69:5, 69:7, 74:3, 75:15, 75:19, 78:17, 82:24, 83:12, 110:15, 112:2, 112:17, 113:11, 115:5, 117:11, 124:5, 128:4, 130:7, 147:5, 148:3, 148:5, 150:14, 151:1, 185:22, 186:13, 191:3, 215:13, 217:20, 228:23, 236:21
united [1] - 2:17
units [5] - 149:12, 179:25, 185:18, 192:7, 205:8
universal [4] - 74:6, 75:10, 75:16, 77:19
universally [2] - 62:8, 75:20, 77:10
unless [5] - 34:10, 48:4, 73:19, 91:24, 120:11
unlikely [4] - 167:4, 189:12, 201:7, 212:1
unlimited [1] - 65:23
unquote [2] - 92:24, 190:15
unusual [3] - 100:20, 100:22, 102:2
up [70] - 6:23, 9:22, 16:6, 16:25, 21:12, 35:16, 41:2, 43:8, 62:17, 63:9, 66:7, 68:2, 68:11, 69:12, 70:11, 72:21, 74:8, 77:17, 82:12, 84:6, 85:1, 89:10, 91:19, 92:13, 92:21, 93:13, 96:3, 109:2, 109:8, 110:1, 120:1,

120:11, 143:12, 156:2, 156:22, 162:6, 167:6, 167:9, 175:19, 179:3, 179:6, 179:9, 179:11, 181:18, 181:24, 181:25, 182:16, 183:6, 183:8, 184:17, 184:18, 186:13, 186:22, 188:23, 188:24, 189:7, 198:4, 202:4, 202:19, 205:21, 215:14, 220:10, 222:24, 225:13, 226:6, 227:12, 232:7, 232:8, 236:6
updates [1] - 41:24
URIBE [1] - 4:14
user [16] - 26:17, 28:21, 40:23, 43:1, 163:12, 165:5, 168:15, 168:19, 169:13, 169:14, 169:16, 169:19, 170:20, 170:22, 185:9, 188:23
user-friendly [1] - 26:17
user-generated [1] - 165:5
uses [3] - 14:1, 205:6, 205:12
UTC [1] - 162:11
utilize [2] - 79:13, 129:11
utilized [2] - 69:23, 79:14
utilizing [1] - 93:9

V

vacuum [2] - 74:20, 77:23
vacuum-sealed [2] - 74:20, 77:23
VALECILLO [2] - 1:10, 2:10
VALECILLO-ORTIZ [2] - 1:10, 2:10
valuable [1] - 78:3
valuation [1] - 57:15
value [11] - 56:25, 76:19, 76:20, 142:10, 143:16, 145:17, 145:19, 145:22, 145:23, 146:6, 146:21
van [1] - 106:6

**variations** [3] - 101:9, 101:15, 102:14
**variety** [2] - 57:22, 80:4
**various** [15] - 55:21, 60:12, 60:14, 62:17, 63:5, 69:10, 81:13, 84:24, 90:3, 97:2, 124:16, 124:17, 130:25, 191:25, 192:3
**varying** [1] - 101:9
**Vazquez** [2] - 3:9, 3:15
**VAZQUEZ** [43] - 2:10, 6:6, 6:9, 24:17, 25:22, 25:25, 37:25, 40:13, 42:21, 48:13, 110:12, 112:18, 113:25, 114:2, 121:10, 124:9, 124:11, 128:14, 133:14, 134:18, 140:17, 154:5, 158:10, 158:13, 158:15, 176:2, 176:23, 177:1, 182:4, 212:17, 213:24, 217:4, 227:1, 228:6, 228:8, 229:16, 229:20, 229:22, 229:25, 230:2, 230:7, 230:13, 230:20
**vector** [1] - 90:22
**vehicle** [1] - 35:17
**vendors** [1] - 15:21
**Venezuela** [2] - 67:4, 82:10
**venture** [2] - 108:23, 167:6
**ventures** [1] - 150:8
**verbal** [2] - 171:14, 214:18
**verbatim** [1] - 223:8
**verdict** [4] - 6:16, 6:17, 222:23, 226:13
**verification** [1] - 30:20
**verify** [8] - 16:15, 16:21, 30:21, 30:25, 31:2, 31:15, 31:19, 31:23
**versatile** [1] - 62:12
**versed** [1] - 152:14
**version** [1] - 96:17
**versus** [6] - 63:5, 94:21, 106:6, 130:24, 140:22, 212:25
**Vessel** [2] - 200:4, 200:5

**vessel** [117] - 60:13, 60:17, 60:19, 63:6, 64:9, 64:25, 65:3, 65:15, 65:19, 66:14, 67:25, 68:8, 69:18, 69:20, 69:22, 69:23, 70:9, 70:14, 70:22, 71:12, 71:19, 72:5, 72:17, 72:18, 72:19, 72:20, 83:21, 84:24, 92:15, 92:7, 92:13, 92:15, 92:22, 97:6, 102:18, 102:19, 102:23, 105:4, 105:5, 108:24, 108:25, 109:4, 109:7, 109:8, 109:22, 110:1, 119:15, 119:22, 120:7, 126:18, 129:21, 129:24, 130:2, 130:15, 131:25, 132:24, 137:1, 152:21, 152:24, 153:1, 155:25, 166:22, 175:22, 175:24, 176:6, 180:4, 181:14, 181:17, 181:18, 182:2, 182:6, 182:17, 183:1, 183:4, 183:6, 183:7, 185:16, 186:10, 186:14, 188:23, 189:16, 190:14, 190:23, 191:2, 191:3, 191:5, 191:9, 191:11, 191:13, 191:17, 192:6, 192:24, 195:22, 198:2, 200:12, 200:19, 201:1, 201:14, 201:23, 202:11, 204:16, 207:19, 208:12, 215:24, 216:21, 216:22, 217:1, 217:13, 218:15, 218:20, 218:23, 218:25, 219:8
**vessel's** [1] - 188:10
**vessels** [56] - 54:24, 60:6, 60:12, 60:14, 60:21, 62:4, 62:8, 64:2, 64:3, 65:2, 65:6, 65:7, 65:10, 65:12, 66:2, 66:5, 67:25, 68:1, 68:5, 68:13, 68:14, 69:10, 69:11, 69:12, 81:5,

84:1, 96:25, 97:2, 102:14, 102:21, 104:18, 104:21, 105:2, 124:2, 125:22, 128:23, 129:7, 129:9, 132:2, 166:25, 167:1, 181:22, 182:13, 182:21, 190:14, 194:24, 195:24, 195:25, 197:24, 200:4, 206:2, 207:9, 208:23
**via** [4] - 60:6, 60:11, 71:16, 72:9
**VIAMONTES** [42] - 1:20, 50:11, 50:16, 50:19, 50:25, 53:7, 54:2, 57:12, 58:23, 59:9, 59:11, 66:19, 66:24, 73:22, 77:1, 77:3, 79:1, 83:1, 87:3, 87:7, 95:13, 111:20, 113:18, 121:7, 127:20, 127:22, 128:16, 133:15, 134:21, 137:8, 138:23, 143:9, 223:17, 225:11, 225:14, 225:21, 225:23, 226:1, 227:16, 229:1, 234:4, 235:6
**Viamontes** [2] - 3:12, 3:16
**victim** [2] - 115:4, 117:9
**victimized** [1] - 117:9
**video** [2] - 232:10, 232:24
**Videotaped** [1] - 234:16
**videotaped** [10] - 233:19, 234:6, 234:12, 234:14, 234:25, 235:2, 235:20, 236:1, 236:3, 236:5
**VIDEOTAPED** [2] - 4:11, 4:13
**view** [9] - 14:22, 14:24, 26:15, 155:1, 161:1, 163:4, 163:10, 163:12, 163:20
**viewed** [1] - 31:7
**viewing** [2] - 39:10, 231:22
**villages** [1] - 103:15
**Villanucci** [4] - 17:12,

17:18, 17:25, 18:17
**VILLEZ** [2] - 1:9, 2:8
**Villez** [2] - 222:19, 222:24
**VILLEZ-PICO** [2] - 1:9, 2:8
**Villez-Pico** [2] - 222:19, 222:24
**violation** [3] - 227:23, 228:9, 230:23
**virtually** [4] - 176:20, 177:15, 177:17, 178:6
**visa** [1] - 116:20
**visual** [2] - 206:11, 206:19
**visualize** [2] - 68:22, 68:23
**voir** [2] - 57:18, 79:8
**VOIR** [1] - 57:20
**voluntarily** [2] - 52:3, 52:21
**vs** [1] - 1:6
**vulnerable** [1] - 41:25

## W

**W-i-l-s-o-n** [1] - 147:15
**W1** [3] - 5:9, 234:24, 235:9
**W1-A** [3] - 5:10, 235:2, 235:9
**W2** [3] - 5:9, 235:9, 235:12
**W3** [3] - 5:9, 234:24, 235:9
**waiting** [1] - 6:7
**wake** [2] - 129:4, 129:5
**walked** [1] - 180:7
**wall** [1] - 35:17
**wallet** [1] - 10:21
**wants** [3] - 47:23, 125:25, 218:2
**warning** [2] - 47:23, 48:3
**warranting** [1] - 219:19
**washed** [1] - 74:8
**Washington** [2] - 148:3, 148:15
**watch** [1] - 123:19
**water** [23] - 9:11, 43:20, 58:15, 63:1, 72:20, 90:11, 93:6, 93:10, 93:12, 93:14, 94:25, 128:7, 130:4, 130:18, 131:5, 131:11, 132:12,

150:10, 172:9, 192:18, 192:21, 192:22, 206:9
**waterproof** [1] - 93:5
**waters** [5] - 64:19, 89:8, 112:11, 112:16
**waterway** [1] - 170:10
**waypoint** [36] - 8:4, 21:14, 21:15, 21:20, 21:21, 21:25, 22:1, 22:23, 23:6, 23:15, 24:5, 36:7, 36:9, 36:12, 168:13, 168:15, 183:14, 183:16, 183:17, 183:23, 183:24, 184:19, 185:8, 185:25, 186:2, 186:3, 186:6, 186:10, 188:22, 210:19, 210:24, 210:25, 211:12, 211:25, 213:12
**waypoints** [14] - 19:14, 22:5, 22:6, 23:3, 24:4, 34:7, 39:19, 165:4, 169:2, 169:11, 183:25, 210:21, 217:11
**ways** [4] - 21:7, 64:14, 125:24, 204:20
**wealth** [1] - 81:9
**weapon** [6] - 123:12, 123:22, 124:1, 135:12, 135:15, 135:18
**weapons** [8] - 122:21, 123:3, 123:5, 123:17, 134:25, 135:3, 135:6, 150:9
**wearing** [2] - 220:19, 225:17
**weather** [1] - 16:24
**website** [1] - 111:1
**week** [1] - 55:12
**weigh** [1] - 140:22
**weighed** [1] - 10:15
**weighs** [1] - 140:23
**weight** [3] - 87:10, 87:11, 126:4
**West** [5] - 1:4, 61:17, 62:6, 115:21, 197:18
**west** [1] - 67:21
**western** [1] - 100:10
**whatever's** [2] - 88:11, 233:24
**whatnot** [2] - 65:9, 101:14
**wheeling** [1] - 75:4
**white** [1] - 188:12

**whoever's** [1] - 129:23
**whole** [4] - 53:11, 130:2, 147:8, 167:7
**wholesale** [2] - 76:19, 142:23
**wide** [3] - 74:25, 103:7, 125:6
**Wide** [1] - 13:20
**width** [1] - 206:15
**Wilson** [9] - 147:6, 147:14, 147:21, 148:2, 151:25, 158:1, 159:7, 160:11, 212:24
**WILSON** [2] - 3:19, 147:17
**Windows** [1] - 41:23
**winds** [1] - 212:6
**wire** [1] - 32:24
**WITNESS** [62] - 15:13, 18:7, 42:23, 53:13, 53:15, 53:18, 53:21, 59:1, 66:23, 83:8, 97:18, 103:19, 106:21, 110:10, 111:22, 113:22, 113:24, 114:1, 127:18, 137:11, 137:14, 137:18, 137:21, 138:1, 138:4, 138:7, 138:10, 138:15, 138:25, 139:3, 139:5, 139:10, 139:15, 139:18, 139:21, 139:23, 140:2, 140:4, 140:12, 140:14, 140:18, 141:2, 141:6, 141:13, 141:16, 141:19, 141:22, 141:24, 142:2, 142:4, 142:7, 142:15, 142:18, 142:22, 142:25, 143:4, 143:7, 147:2, 147:10, 147:14, 207:14, 217:17
**witness** [43] - 7:5, 46:23, 46:24, 47:8, 49:22, 50:3, 66:19, 73:21, 83:3, 97:14, 97:19, 99:9, 147:4, 151:25, 158:19, 158:23, 209:10, 217:19, 219:23, 219:24, 220:4, 223:5, 223:14, 225:7, 227:24, 228:10, 228:17,

228:18, 229:2, 229:5, 229:6, 229:9, 229:10, 229:12, 230:3, 230:4, 230:12, 230:18, 230:21, 230:25, 232:6, 232:9, 233:16
**Witness** [3] - 46:22, 147:3, 217:18
**witness's** [2] - 207:12, 228:25
**witnesses** [9] - 48:22, 52:7, 52:25, 53:1, 225:19, 227:21, 228:1, 229:14
**WITNESSES** [2] - 3:4, 4:10
**witnesses'** [1] - 229:17
**wonderful** [1] - 201:11
**wondering** [1] - 21:12
**Word** [2] - 155:14
**word** [5] - 81:1, 91:10, 116:11, 118:17, 211:7
**words** [6] - 91:24, 100:16, 101:21, 118:18, 119:7, 195:13
**worker** [1] - 72:24
**works** [4] - 44:21, 162:25, 163:2, 233:8
**workstation** [1] - 23:21
**workstations** [1] - 41:9
**world** [16] - 29:4, 34:20, 43:14, 56:10, 60:18, 62:9, 63:3, 75:4, 75:6, 76:8, 77:10, 89:3, 126:1, 160:17, 162:6, 163:6
**World** [1] - 34:23
**worried** [3] - 123:11, 124:4, 124:7
**worries** [2] - 51:13, 79:10
**worry** [1] - 70:5
**worth** [11] - 70:4, 70:6, 71:21, 71:25, 78:6, 94:9, 109:16, 122:13, 122:16, 144:14, 145:11
**wrapped** [2] - 16:25, 77:23
**wrapping** [2] - 44:6, 44:12
**write** [1] - 33:24
**writing** [3] - 52:3, 52:21, 158:17

**written** [4] - 21:8, 50:11, 133:2, 193:10
**wrote** [2] - 191:21, 194:14

### X

**X1** [3] - 5:12, 235:3, 235:10

### Y

**Y1** [3] - 5:12, 235:3, 235:10
**yachts** [1] - 119:20
**yard** [1] - 16:13
**year** [4] - 11:17, 54:16, 151:12
**years** [14] - 11:15, 41:14, 96:20, 103:4, 110:24, 111:19, 113:5, 134:23, 148:7, 148:8, 148:10, 148:11, 149:18, 149:19
**yellow** [33] - 160:3, 160:5, 160:6, 160:10, 160:13, 160:14, 160:20, 160:23, 161:1, 162:20, 163:14, 164:13, 166:6, 167:25, 173:17, 174:13, 174:19, 174:22, 184:7, 184:8, 187:18, 193:20, 193:24, 194:8, 196:12, 196:24, 199:15, 199:18, 200:15, 200:18, 201:3, 202:10, 215:18
**yeses** [1] - 226:23
**yesterday** [6] - 7:14, 14:17, 17:12, 20:11, 76:25, 232:16
**young** [2] - 140:21, 140:22
**yourself** [9] - 14:12, 25:16, 49:4, 54:4, 83:6, 102:7, 147:23, 153:22, 202:22
**yup** [1] - 22:18

### Z

**z-a** [1] - 96:14
**Z1** [3] - 5:12, 235:4, 235:10
**zebra** [1] - 53:19

**zone** [7] - 60:25, 61:1, 69:1, 69:4, 69:5, 69:6, 162:7
**zones** [1] - 82:14
**zoom** [11] - 23:9, 160:7, 160:9, 164:21, 170:3, 170:18, 171:12, 172:19, 177:20, 186:1, 210:17
**zoomed** [3] - 171:7, 183:15, 206:13
**Zulu** [3] - 162:1, 162:4, 162:5