```
 1                      UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
 2
                        CASE NO. 4:16-CR-10042-KMM
 3


 4
     UNITED STATES OF AMERICA              Key West, Florida
 5
                                           July 14, 2017
 6          vs.                            Friday


 7

     GABRIEL GARCIA-SOLAR,                 Scheduled for 8:30 a.m.
 8   ALONSO BARRERA-MONTES,                8:41 a.m. to 8:05 p.m.
     MOISES AGUILAR-ORDONEZ,
 9   JOSE CANDELARIO PEREZ-CRUZ,
     JOSE FERNANDO VILLEZ-PICO,
10   MARTIN VALECILLO-ORTIZ, AND
     JOSE MARTIN LUCAS-FRANCO              Pages 1 - 284
11

12   ------------------------------------------------------------

13
                        JURY TRIAL - DAY 5 of 5
14

15             BEFORE THE HONORABLE K. MICHAEL MOORE
                UNITED STATES CHIEF DISTRICT JUDGE
16


17

18   APPEARANCES:


19


20   FOR THE GOVERNMENT:        JODI ANTON, AUSA
                                FRANCIS VIAMONTES, AUSA
21
                                United States Attorney's Office
22                              500 East Broward Boulevard
                                Suite 700
23                              Fort Lauderdale, Florida  33394

24

25
```

```
 1   APPEARANCES (CONTINUED):

 2
     FOR GABRIEL GARCIA-SOLAR:      STEWART GLENN ABRAMS, AFPD
 3

 4   FOR ALONSO BARRERA-MONTES:     JOSE RAFAEL RODRIGUEZ, ESQ.

 5
     FOR MOISES AGUILAR-ORDONEZ:    JOSEPH ABRAHAM CHAMBROT, ESQ.
 6

 7   FOR JOSE CANDELARIO PEREZ-CRUZ:    JUAN DIEGO BERRIO, ESQ.

 8
     FOR JOSE FERNANDO VILLEZ-PICO:     ORLANDO DO CAMPO, ESQ.
 9

10   FOR MARTIN VALECILLO-ORTIZ:        SILVIA PINERA-VAZQUEZ, ESQ.

11
     FOR JOSE MARTIN LUCAS-FRANCO:      ISRAEL JOSE ENCINOSA, ESQ.
12

13

14

15
     STENOGRAPHICALLY
16   REPORTED BY:              GLENDA M. POWERS, RPR, CRR, FPR
                               Official Court Reporter
17                             United States District Court
                               400 North Miami Avenue, Room 08S33
18                             Miami, Florida 33128

19

20

21

22

23

24

25
```

<pre>
 1                        I N D E X

 2
     WITNESSES                                    PAGE
 3
                    DEFENDANTS' EVIDENCE
 4
     CONTINUED VIDEOTAPED DEPOSITION PLAYED
 5   OF MR. RAMON GARCIA-SOLAR
     PART TWO                                        6
 6
     MARTIN VALLECILO ORTIZ
 7
         Direct Examination by Ms. Pinera-Vazquez   9
 8       Cross-Examination by Ms. Anton            53
         Redirect Examination by Ms. Pinera-Vazquez 105
 9
     VIDEOTAPED DEPOSITION PLAYED
10   OF URIBE ARTEAGA HERNANDEZ                    119

11
     DEFENDANT GABRIEL GARCIA-SOLAR RESTS          120
12
     DEFENDANT ALONSO BARRERA-MONTES RESTS         120
13
     DEFENDANT MOISES AGUILAR-ORDONEZ RESTS        120
14
     DEFENDANT JOSE CANDELARIO PEREZ-CRUZ
15      Motion to Dismiss                          121

16   DEFENDANT JOSE CANDELARIO PEREZ-CRUZ RESTS    122

17   DEFENDANT JOSE FERNANDO VILLEZ-PICO RESTS     123

18   DEFENDANT MARTIN VALECILLO-ORTIZ RESTS        123

19   DEFENDANT JOSE MARTIN LUCAS-FRANCO RESTS      123

20                     CLOSING ARGUMENTS

21
     GOVERNMENT
22      By Ms. Viamontes                           140

23
     DEFENDANT GABRIEL GARCIA-SOLAR
24      By Stewart Glenn Abrams, AFPD              155

25
</pre>

```
1                        I N D E X
                        (Continued)
2

3                   CLOSING ARGUMENTS                PAGE

4    DEFENDANT ALONSO BARRERA-MONTES
          By Jose Rafael Rodriguez, Esq.            163
5

6    DEFENDANT MOISES AGUILAR-ORDONEZ
          By Joseph Abraham Chambrot, Esq.          170
7

8    DEFENDANT JOSE CANDELARIO PEREZ-CRUZ
          By Juan Diego Berrio, Esq.                177
9

10   DEFENDANT JOSE FERNANDO VILLEZ-PICO
          By Orlando do CAMPO, Esq.                 186
11

12   DEFENDANT MARTIN VALECILLO-ORTIZ
          By Silvia Pinera-Vazquez, Esq.            196
13

14   DEFENDANT JOSE MARTIN LUCAS-FRANCO
          By Israel Jose Encinosa, Esq.             206
15

16   GOVERNMENT (REBUTTAL)
          By Ms. Viamontes                          212
17

18   JURY CHARGE                                    222

19
     JURY DELIBERATIONS                             239
20

21   JURY QUESTION                                  241

22
     VERDICT                                        243
23

24   POLLING OF JURY                                246

25
```

```
 1                        E X H I B I T S

 2

 3    GOVERNMENT'S EXHIBITS                          ADMITTED

 4
      Exhibit 60                                     104
 5
      Exhibit A - V                                  119
 6
      Exhibit V1                                     120
 7

 8
      DEFENDANT GARCIA-SOLAR'S EXHIBITS
 9
      Exhibits A - H                                 120
10
      Exhibits I - V                                 120
11
      Exhibits B and G                               120
12
      Exhibit V-1                                    120
13

14
      DEFENDANT PEREZ-CRUZ'S EXHIBITS
15
      Exhibit 1                                      122
16
      Exhibit 2                                      122
17

18
      COURT'S EXHIBITS
19
      Exhibit 1                                      242
20

21

22

23

24

25
```

```
 1                    (Continued from Day 4 of 5.)

 2                    (Defendants aided by Court-Certified Spanish

 3      Interpreters.)

 4                    THE COURT:  All right.  Are we ready?

 5                    Bring the jury in, please.

 6                    (Jury entered courtroom at 8:43 a.m.)

 7                    THE COURT:  Good morning, ladies and gentlemen.  Please

 8      be seated.  I apologize for getting started a little late.

 9      We had a hearing before on another matter that went a little

10      longer than we anticipated.

11                    Okay, let's pick up where we left off.

12                    MR. ABRAMS:  Your Honor, best laid plans, I had it all

13      set and configured to exactly where we are.  I just lost it.

14                    (Brief pause in the proceedings.)

15                    MR. ABRAMS:  Your Honor, I'm going to try to put this

16      exactly where we left off.  On the transcript, it would put us

17      on the top of page 80.

18                    THE COURT:  Right.

19                    MR. RODRIGUEZ:  13:27:03.

20                    MR. ABRAMS:  It's 14:27:01.  It might be the unedited

21      disk.  We are in the middle of page 80 in the transcript.

22                    (Whereupon, part two of the videotaped deposition of

23      Ramon Garcia-Solar, which was taken on April 25, 2017, at the

24      Hotel Marriott in Mexico, will now continue to be played for

25      the Judge and Jury.)
```

1             (Chief District Court Judge K. Michael Moore and all

2      counsel agreed to incorporating the transcripts of the

3      videotaped depositions that were played in lieu of the court

4      reporter simultaneously recording same.)

5             (Videotaped deposition continued part two commencing in

6      open court at 8:46 a.m. to 9:43 a.m.)

7             (Videotaped deposition part two concluded.)

8             MR. ABRAMS:  Your Honor, I'm cutting the video at this

9      point.  This was a portion that was supposed to be edited.

10            THE COURT:  Okay.

11            MR. ABRAMS:  Your Honor, we intend to play -- to

12     publish the videotape testimony of Uribe Arteaga Hernandez,

13     which has been previously admitted into evidence, as Defendant

14     Garcia-Solar Exhibits Y and Y-1.

15            Perhaps, though, as we have discussed, to -- I

16     understand that this is a little tedious, listening to these

17     continued videos; if we could go out of order, Ms. Pinera would

18     like to call Mr. Ortiz so we could have a witness live, and if

19     I could then preserve the right to go back to Mr. Garcia-Solar

20     to present an additional video.

21            THE COURT:  Any objection from the Government?

22            MS. VIAMONTES:  No, Your Honor.

23            THE COURT:  Okay, that's fine.

24            MS. PINERA-VAZQUEZ:  Your Honor, there's a logistical

25     issue.  Can we take a break at this point?  Thank you.

```
 1              COURTROOM DEPUTY:  All rise.

 2              (Jury exited courtroom at 9:45 a.m.)

 3              THE COURT:  Can we discuss -- I know you have to deal

 4     with the shackles, but in terms of the schedule today, does

 5     anybody have any thought of how we're going to proceed and how

 6     far we're going to go, you know, what your own schedules are,

 7     as far as -- was anybody planning to get out of town tonight or

 8     are you all planning on staying over?

 9              Are we going to let them --

10              MR. RODRIGUEZ:  I believe we all extended it one night.

11              THE COURT:  You all have one more night?

12              MR. RODRIGUEZ:  Yes.

13              THE COURT:  So if we can make arrangements with the

14     Marshals, we -- if we went to the jury today, we will allow

15     them to deliberate for as long as they wanted to.  I don't want

16     to keep them too, too late, if it starts getting dark, but just

17     then recess and then reconvene on Monday morning; is that what

18     the thinking is?

19              MS. ANTON:  Yes, that would be fine, Judge.

20              MR. CHAMBROT:  That's most of the arrangements that we

21     made, Judge.

22              THE COURT:  I just wanted to make sure we were

23     communicating.

24              (Recess taken from 9:47 a.m. to 9:54 a.m.)

25              THE COURT:  I think you need to start thinking about
```

1    substituting one of the alternates for Mr. Davila.  Okay.

2            Can you bring the jury in, please?

3            THE INTERPRETER:  Your Honor, we have given the

4    defendant a headset and are going to try to do the testimony

5    from back there.  Would you mind?

6            THE COURT:  No, not at all.

7            THE INTERPRETER:  We will try it this way, if it

8    doesn't work...

9            (Jury entered courtroom at 9:55 a.m.)

10           THE COURT:  Call your witness.

11           MS. PINERA-VAZQUEZ:  The defense calls Martin Ortiz.

12           COURTROOM DEPUTY:  Raise your right hand, please.

13           Do you solemnly swear the testimony you're about to

14   give is the truth, the whole truth, and nothing but the truth,

15   so help you God?

16           THE WITNESS:  Yes.

17           THE COURT:  Please have a seat.  Put your hand down.

18   Please state your name and spell your last name.

19           THE WITNESS:  Martin Valecillo-Ortiz, M-A-R-T-I-N.

20           (MARTIN VALECILLO-ORTIZ, being sworn, testified as

21   follows:)

22                        DIRECT EXAMINATION

23   BY MS. PINERA-VAZQUEZ:

24   Q.  Good morning, Mr. Ortiz.

25   A.  Good morning, ma'am.

```
 1   Q.   Mr. Ortiz, where are you from?

 2   A.   From Cali.

 3   Q.   And where is that located?

 4   A.   Well that, I don't know.

 5   Q.   What country?

 6   A.   Colombia.

 7   Q.   And when were you born -- let's start with how old are you?

 8   A.   I am 44.

 9   Q.   And were you born in Cali?

10   A.   No.

11   Q.   Where were you born?

12   A.   I was born out in the countryside.

13   Q.   And what city is that?

14   A.   A part of the country side called Sala Honda.

15   Q.   Now, is Sala Honda on the coast?

16   A.   Yes.

17   Q.   And you were born more in the country; right?

18   A.   Yes, ma'am.

19   Q.   Are you familiar with a town called Pajonal?

20   A.   Yes.

21   Q.   And what is that?

22   A.   It's part of the country side, a place where 50 people

23   live.

24   Q.   And is that where you were born?

25   A.   Yes.
```

```
 1    Q.   And were you born in a hospital?

 2    A.   No.

 3    Q.   Where were you born?

 4    A.   In a house.

 5    Q.   And your parents, what did they do?

 6    A.   They worked the land, cocoa and plantains.

 7    Q.   Did you have any siblings?

 8    A.   Yes.

 9    Q.   How many?

10    A.   There's five of us in total.

11    Q.   And did you -- were both your parents farmers?

12    A.   Yes.

13    Q.   Mr. Ortiz, have you ever testified in a courtroom like this

14    before?

15    A.   Never.

16    Q.   Have you ever testified in any courtroom?

17    A.   Never.

18    Q.   Are you nervous?

19    A.   A little bit.

20    Q.   So, let's keep going a little bit through your background.

21    Did you attend school?

22              THE INTERPRETER:  Your Honor, from the interpreters, we

23    can't hear this microphone.

24              (Brief pause in the proceedings.)

25    BY MS. PINERA-VAZQUEZ:
```

 1    Q.   Did you attend school?

 2    A.   Yes, in the countryside.

 3    Q.   And could you tell the jury until what grade you went to

 4    school?

 5    A.   Third.

 6    Q.   How old were you?

 7    A.   Ten years old.

 8    Q.   And why did you not study any further?

 9    A.   Because my parents were very poor.

10    Q.   Did they not have free education?

11    A.   No.

12    Q.   Where would you have to go after third grade?

13    A.   To Sala Honda, a municipality.

14    Q.   So, in Pagonal, P-A-G-O-N-A-L, there was only education up

15    to third grade?

16    A.   Yes.

17    Q.   So did there come a time -- I'm sorry -- after you finished

18    school in third grade, what did you do?

19    A.   I went to work with my parents.

20    Q.   And explain to the jury what you did.

21    A.   To plant plantains and chocolate.

22    Q.   And did your brothers and sisters do that?

23    A.   The same thing.

24    Q.   And is that what you lived off?

25    A.   Yes.

```
 1   Q.   Did there come a time when you moved to Sala Honda?

 2   A.   Yes, ma'am.

 3   Q.   And how old were you?

 4   A.   Sixteen.

 5   Q.   Why did you move to Sala Honda?

 6   A.   To find other means of work.

 7   Q.   And did you end up finding work?

 8   A.   Fishing.

 9   Q.   And who did you fish with?

10   A.   With an uncle.

11   Q.   What was your uncle's name?

12   A.   Julio Valecillo.

13   Q.   So that was your father's brother?

14   A.   Yes.

15   Q.   Did you know how to fish before that?

16   A.   No.

17   Q.   Did he teach you how to fish?

18   A.   Yes.

19   Q.   Explain to the jury what type of fishing you did.

20   A.   With a net, a big eight-inch net.

21   Q.   What kind of boats did you fish off?

22   A.   A canoe that is called -- it's called over there wood

23   canoe.

24   Q.   About how big were the canoes?

25   A.   Seven meters, more or less.
```

1   Q.   And did the canoe have an engine?

2   A.   Yes.

3   Q.   What kind of engine?

4   A.   Forty.

5   Q.   Forty horsepower?

6   A.   Yes.

7   Q.   And how long did you work with your uncle in Sala Honda?

8   A.   I worked for him or with him for about 14 years.

9   Q.   And during that time, was it only you and your uncle on the

10   canoe fishing, or was there anybody else that you fished with?

11   A.   We would fish, three of us.

12   Q.   And who was the other person?

13   A.   One of his children.

14   Q.   How much money did you make during -- more or less during

15   those 14 years when you were fishing with your uncle?

16   A.   It would be depend on the catch.

17   Q.   What type of fish did you catch?

18   A.   We would fish dorado, corvina, and swordfish.

19   Q.   And what percentage of the deduction -- what percentage

20   would you get, as far as your payment?

21   A.   They would take out expenses, and what was left would be

22   distributed.

23   Q.   So do you remember more or less how much you made a month,

24   on average?

25   A.   I can't hear.  Yes.

```
 1          THE INTERPRETER:  Could counsel repeat the question?

 2   BY MS. PINERA-VAZQUEZ:

 3   Q.   Yes.  Do you remember how much money you made on average a

 4   month fishing with your Uncle Julio?

 5   A.   We would go out daily.

 6   Q.   No, how much money, how much money you would make?

 7   A.   He would give me 20,000 pesos.

 8   Q.   And is that a month?

 9   A.   Monthly, it would be depend on the cash.

10   Q.   And that's approximately 20,000 in Colombian money; right?

11   A.   Yes.

12   Q.   All right.  When you lived in Sala Honda during those 14

13   years, did you meet your wife?

14   A.   Two years after fishing with my uncle.

15   Q.   So about 18 years old?

16   A.   Yes.

17   Q.   And are you still with her?

18   A.   Yes.

19   Q.   What's her name?

20   A.   Gabriela Garcia.

21          THE INTERPRETER:  Fabiola Garcia, the interpreter stands

22   corrected.

23   BY MS. PINERA-VAZQUEZ:

24   Q.   Do you have children with Fabiola?

25   A.   Five children.
```

 1   Q.   Does Fabiola work?

 2   A.   Washing clothes.

 3   Q.   And that was since, more or less, you were married to her?

 4   A.   Yes.

 5   Q.   And by the way, when I say married, are you legally married

 6   to her?

 7   A.   No, common law marriage.

 8   Q.   By the way, when you lived in Sala Honda, where did you

 9   live?

10   A.   In a house that was given to her.

11   Q.   Was that given to her by the family that raised her?

12   A.   Yes.

13   Q.   Because you didn't have enough money to buy a house; right?

14   A.   No.

15   Q.   Now, during those 14 years that you lived in Sala Honda,

16   did you have a car?

17   A.   No.

18   Q.   Did you have a cell phone?

19   A.   No.

20   Q.   Did you have a computer?

21   A.   No.

22   Q.   All right.  So, did there come a time when you stopped

23   working with your Uncle Julio?

24   A.   Yes, because he died.

25   Q.   And what happened to the canoe that you worked on when he

1   died?

2   A.  His son got it.

3   Q.  And were you left without a job?

4   A.  Yes.

5   Q.  Now, how many years ago was that from today, do you

6   remember, more or less?

7   A.  No.

8   Q.  When did your Tio Julio die?

9   A.  He died -- I don't remember.

10  Q.  If -- you worked with your uncle Julio for about 14 years;

11  right?

12  A.  Yes.

13  Q.  So -- and you started working with him when you were 16?

14          MS. ANTON:  Objection, leading.

15          THE COURT:  Overruled.

16  A.  Yes.

17  BY MS. PINERA-VAZQUEZ:

18  Q.  That would mean that you stayed working with him until,

19  let's see, 16, plus 14 is 30?

20  A.  Yes.

21  Q.  So after he died, what did you do?

22  A.  I started working with another gentleman.

23  Q.  In Sala Honda?

24  A.  In Sala Honda.

25  Q.  What were you doing with that other gentleman?

1   A.   Fishing at night.

2   Q.   What were you fishing for?

3   A.   The same thing, corvina, dorado and albacore.

4   Q.   Did you also fish in a canoe?

5   A.   In a canoe, yes.

6   Q.   But at night?

7   A.   At night.

8   Q.   And about how long did you work with this gentleman?

9   A.   For three years I worked with him.

10  Q.   Why did you stop working with him?

11  A.   Because we were held up at night.

12  Q.   Were you held up in the ocean?

13  A.   At sea, yes.

14  Q.   Could you tell the jury what happened?

15       MS. ANTON:  I'm going to object to relevance.

16       MS. PINERA-VAZQUEZ:  Your Honor --

17       THE COURT:  Overruled.

18       MS. PINERA-VAZQUEZ:  Thank you.

19  A.   We were held up and we were fired upon.

20  BY MS. PINERA-VAZQUEZ:

21  Q.   Was anything stolen?

22  A.   The engine.

23  Q.   Is that the 40-horsepower engine?

24  A.   It was another one, 15.

25  Q.   And were you shot at?

1   A.   Yes.

2   Q.   Did you get shot at in your face, in any location?

3   A.   I had ammunition on my face and my chest.

4   Q.   Could you point where it is that you got shot to the jury?

5   Could you show them where on your face?

6   A.   Yes.

7   Q.   Go ahead.

8   A.   Here, here and -- no.

9   Q.   You got shot in other places in your body?

10   A.   Yes.

11   Q.   Don't take off your shirt.  Just point to where.

12   A.   Here, I have the scars.

13   Q.   So what happened after that experience with your love of

14   fishing?

15   A.   I stopped fishing.

16   Q.   Did you get scared?

17   A.   Yes.

18   Q.   So what did you do?

19   A.   I went to Tumaco to look for work.

20   Q.   Before you went to Tumaco, did you go back and work with

21   your parents?

22   A.   I went to the countryside.

23   Q.   And how long did you work for your parents?

24   A.   I worked for two more years.

25   Q.   Now, your parents lived how far away from Sala Honda?

```
 1   A.   By engine, one hour.
 2   Q.   When you say "engine," do you mean car engine or a boat
 3   engine?
 4   A.   A canoe with an engine.
 5   Q.   So explain to the jury how you would get to work in your
 6   parents' farm?
 7   A.   By rowing.
 8   Q.   And it would take you how long?
 9   A.   Two-and-a-half hours.
10   Q.   So after you worked with your parents -- did you leave your
11   family back in Sala Honda?
12   A.   Yes.
13   Q.   After you finished working with your parents, I believe you
14   said you went to Tumaco?
15   A.   Yes.
16   Q.   And is Tumaco also in Colombia?
17   A.   Yes.
18   Q.   And what did you do in Tumaco?
19   A.   I was there for two months looking for work.
20   Q.   Is it hard to find work in Colombia?
21   A.   Yes.
22   Q.   When you went to Tumaco, who did you stay with?
23   A.   I went to my aunt's house.
24   Q.   And while you were in Tumaco looking for work, was your
25   family still in Sala Honda?
```

```
 1   A.   Yes, ma'am.

 2   Q.   And are you the main provider for your family?

 3   A.   Yes.

 4   Q.   Did there come a time when you eventually found work in

 5   Tumaco?

 6   A.   Yes.

 7   Q.   Where did you find work?

 8   A.   In a fishery.

 9   Q.   Is that a fishing store?

10   A.   Yes.

11   Q.   And do you remember the name of the person who owned that

12   store?

13   A.   The name of it, no, but of the owner, yes.

14   Q.   And what's the name of the owner?

15   A.   Javier Aguino.

16   Q.   And what were you doing at that fish store?

17   A.   I would clean fish and I would put it in a basket.

18   Q.   And how many hours -- I'm sorry, let me go back.

19        How many people worked at the fish store?

20   A.   Eight.

21   Q.   And about how many hours a day did you work?

22   A.   Six hours.

23   Q.   So did you go out and try to find another job since you

24   only worked six hours a day?

25   A.   Yes.
```

1    Q.    And did you find a job?

2    A.    No.

3    Q.    Why is that?

4    A.    Because it's very hard to find work in Tumaco.

5    Q.    About how much did you get paid on -- every two weeks, how

6    much did you get paid?

7    A.    300,000 pesos.

8    Q.    And that's Colombian pesos; right?

9    A.    Yes.

10   Q.    And that's about $350 on the exchange rate; do you know

11   that?

12   A.    No.

13   Q.    All right.  Did there come a time when you and another

14   person were let go at the fish store?

15   A.    Yes.

16   Q.    Why were you let go?

17   A.    Because the production went down, there was no work.

18   Q.    So you were left without a job, what did you do?

19   A.    I went out looking for work, I would work construction, one

20   day here, two days without work, and like that.

21   Q.    Were you sending money back to your family in Sala Honda,

22   your wife and five children?

23   A.    Yes.

24   Q.    And did you stay the entire time living with your aunt in

25   Tumaco?

```
 1   A.   Yes.
 2   Q.   Would you ever visit your family or your family visit you
 3   when you were in Tumaco?
 4   A.   My wife.
 5   Q.   And how often would she come?
 6   A.   She would take transportation as a passenger and come.
 7   Q.   About how often would she come visit you?
 8   A.   I don't know how to answer that.
 9   Q.   Maybe you don't understand my question.
10        How often, how many times a month would your wife come
11   visit you if she came every month?
12   A.   No.  It would take her some three months to come visit me.
13   Q.   All right.  Did there come a time -- let me go back, you
14   said you worked odd jobs when you were in Tumaco when you were
15   let go.
16        Did there come a time when you went to Esmeralda?
17   A.   Yes.
18   Q.   And please tell the jury how it is you ended up in
19   Esmeralda.
20   A.   I went with a man who would sell provisions there, at Don
21   Javier.
22   Q.   And Don Javier was the owner of the fishery that you went
23   to work?
24   A.   Yes, ma'am.
25   Q.   And you met this man through the fishery, having worked
```

1   there?

2   A.   Yes.

3   Q.   Do you remember his name?

4   A.   No.

5   Q.   And what did this man offer you?

6   A.   Fishing.

7   Q.   Fishing where?

8   A.   At a boat, three boats.

9   Q.   So he offered you a fishing job in Esmeralda?

10   A.   Yes.

11   Q.   And more or less, when was that?

12   A.   That was in October.

13   Q.   Was that in early October of this year -- I'm sorry -- of

14   last year?

15   A.   Yes, ma'am.

16   Q.   Had you ever met this man before?

17   A.   Yes, because he would go there to sell provisions.

18   Q.   And at that point, how long had it been before you actually

19   had a job?

20   A.   I had lost my job at Don Javier's two years before.

21   Q.   So did you go with this man to Esmeralda?

22   A.   Yes.

23   Q.   And how far is Esmeralda from Tumaco?

24   A.   I wouldn't know.

25   Q.   Well, how long did it take you to get there by boat?

```
 1   A.   Give or take, four to five hours.

 2   Q.   And Esmeralda is in Ecuador; right?

 3   A.   Yes.

 4   Q.   Now, what happened when you got to Esmeralda in early

 5   October of this year, where did you stay -- of last year?

 6   A.   At a house, these houses called mugie (phonetic), where the

 7   fishermen are.

 8   Q.   So when you arrived there, there were these other fishermen

 9   in these houses?

10   A.   Yes.

11   Q.   And who owned those houses, do you know?

12   A.   No.

13   Q.   Did you actually go fishing?

14   A.   Yes.

15   Q.   Now, you have previously said that you never wanted to fish

16   again because of when you got attacked.

17   A.   There was no other choice.

18   Q.   How many nights did you fish?

19   A.   One night.

20   Q.   Did you catch anything?

21   A.   Nothing.

22   Q.   Did you get paid?

23   A.   No.

24   Q.   So how did you feel?

25   A.   Worse.
```

1   Q.   Were you desperate?

2   A.   Yes.

3   Q.   Where did you go?

4   A.   The next day, I went for a walk on the beach.

5   Q.   When you say you went for a walk on the beach, it's where

6   you were living; right?

7   A.   Yes.

8   Q.   It's not like here in Key West that you were taking a walk

9   on the beach and vacationing; right?

10  A.   Yes.

11  Q.   So it was like that, it was like Key West on the beach?

12  A.   It's not a town, it's only a few houses, about 10.

13  Q.   Okay, I don't think you understood my question.

14       Were you on vacation when you were in Esmeralda?

15  A.   No.

16  Q.   So what happened the next day when you were on the beach?

17  A.   I encountered a man.

18  Q.   And how did you meet this man?

19  A.   He was working out at the beach.

20  Q.   Were there other people on the beach?

21  A.   Yes.

22  Q.   And what happened?  Please tell the jury what happened.

23  A.   I was sitting on a stump and the man was passing by,

24  jogging, and he came over and approached me and started to ask

25  me what I was doing there.

1          I told him I was desperately looking for work, that I

2    needed money to get to Mexico.  He said that he didn't have

3    money but he knew of someone who could give me money.

4    Q.   Let me ask you that, that first day when you met the

5    gentleman, how long were you talking to him?

6    A.   Around two hours there on the beach.

7    Q.   Was it the man who told you that he could help you or did

8    you ask for help?

9    A.   I asked for help.

10   Q.   And was that something that the fisherman in Esmeralda

11   talked about, that there were people that could help you?

12   A.   No.

13   Q.   So how did you know that this man could help you -- or did

14   you know that this man could help you?

15   A.   No.

16   Q.   So how did you feel when he told you that he could help

17   you?

18   A.   Well, part of me felt happy and the other didn't know what

19   to say.

20   Q.   Did you meet with this man the next day?

21   A.   Yes.

22   Q.   And did he bring somebody else with him?

23   A.   Another gentleman.

24   Q.   Did you know -- let me go back because I don't think I

25   asked you -- do you remember the man's name on the beach?

1   A.   No.

2   Q.   Did he tell you his name?

3   A.   No.

4   Q.   What was he wearing?

5   A.   Shorts and a T-shirt.

6   Q.   Was he tall or short?

7   A.   Short.

8   Q.   The color of his skin?

9   A.   Darker than I am.

10  Q.   And when he came the next day with the other man, how did

11  you arrange that meeting for the next day?

12  A.   The man came and he introduced himself to me there.

13  Q.   Right, but how did you decide what time and where to meet?

14  A.   At 11 a.m.

15  Q.   And did you meet at the same location as the day before?

16  A.   Yes.

17  Q.   And what happened when you met with that man?

18  A.   I started to explain what I wanted.

19  Q.   And what did they do?

20  A.   He said he would give me the money.

21  Q.   And did he tell you how much it would cost to transport you

22  to Mexico?

23  A.   Between 4,500 to $5,000.

24  Q.   So this man that you had never met before was going to lend

25  you money so you could go to Mexico?

1    A.   Yes.

2    Q.   Were they part of any organization that you were aware of?

3    A.   No.

4    Q.   Do you know if they were in charge of smuggling aliens?

5    A.   At that time, I did not know.

6    Q.   So, were you surprised that he was going to lend you money

7    to be smuggled to Mexico?

8    A.   Yes.

9    Q.   What did you think?

10   A.   I felt happy because I would be able to go to Mexico to

11   work.

12   Q.   Were you supposed to pay back this man?

13   A.   I would have to pay back by working.

14   Q.   Do you know the amount of money you would have to work

15   off --

16   A.   No.

17   Q.   -- to pay him?

18   A.   No, no.

19   Q.   Was it more than $5,000?

20        MS. ANTON:  Objection, speculation.  He just said he

21   doesn't know.

22        THE COURT:  Sustained.

23   BY MS. PINERA-VAZQUEZ:

24   Q.   How long would you have to work to pay off your debt to

25   this man?

1          MS. ANTON:  Objection, speculation.  He said he doesn't

2    know how much he has to pay the man back.

3          MS. PINERA-VAZQUEZ:  I asked about the amount of time,

4    not the amount of money.

5          THE COURT:  Okay.

6    BY MS. PINERA-VAZQUEZ:

7    Q.  Let me repeat the question.

8          How long did you have to work to pay back this man?

9    A.  He didn't say.

10   Q.  So were you given any instructions on the beach that day?

11   A.  Yes.

12   Q.  And what were those instructions?

13   A.  He would get me to Mexico, that work was already secure, I

14   would arrive and start working.

15   Q.  So there was already a contact in Mexico that was to pick

16   you up when you arrived?

17   A.  Yes.

18   Q.  It was all handled before you left?

19         MS. ANTON:  Objection to leading the witness.

20         THE COURT:  Sustained.

21   BY MS. PINERA-VAZQUEZ:

22   Q.  Was everything arranged before you left?

23   A.  Yes.

24   Q.  Now, did there come a time when you were told where to go,

25   where to meet?

 1    A.   Again, at the beach.

 2    Q.   So that beach location where you were living was where all

 3    the meetings were held at?

 4    A.   Yes.

 5    Q.   And was there a pier on that -- in that beach or on that

 6    beach?

 7    A.   Yes, for fishermen.

 8    Q.   And where were you to meet the person that was giving you

 9    the money or lending you the money to be smuggled to Mexico?

10    A.   I don't understand.

11    Q.   What location?  What location were you to meet to take off?

12    A.   At the pier.

13    Q.   And what day was that?

14    A.   The 5th.

15    Q.   October 5th, 2016?

16    A.   Yes.

17    Q.   So, can you explain to the jury what -- well, first of all,

18    what time did you get there?

19    A.   To the pier?

20    Q.   Yes.

21    A.   At 9:00.

22    Q.   Is that 9:00 at night?

23    A.   Yes.

24    Q.   And what did you have with you?

25    A.   My backpack, my bag.

1    Q.   What color was your backpack?

2    A.   Gray.

3    Q.   And what was in that backpack?

4    A.   My clothing.

5    Q.   And anything else besides clothing?

6    A.   Toothbrush, deodorant, underwear.

7    Q.   And when you arrived at that pier at 9:00 at night, was

8    there anybody else there?

9    A.   Not at the pier.

10   Q.   Was there a boat there?

11   A.   The boat arrived.

12   Q.   Was there anybody in the boat?

13   A.   Another four people.

14   Q.   Had you ever seen these people before?

15   A.   No.

16   Q.   And the person who met you at the pier, the man, was that

17   the man that you first met on the beach?

18   A.   Yes.

19   Q.   Didn't you find it strange that two complete strangers

20   would just give you money to smuggle you into Mexico?

21   A.   Yes.

22   Q.   Were you desperate?

23   A.   Yes.

24   Q.   Did you tell your wife that you were being smuggled into

25   Mexico?

```
1   A.   No.

2   Q.   When were you going to tell her?

3   A.   Once I arrived in Mexico.

4   Q.   Did the smugglers give you a phone number to call when you

5   arrived in Mexico?

6   A.   No.

7   Q.   By the way, did you have a cell phone?

8   A.   No.

9   Q.   Have you ever had a cell phone in your entire life?

10  A.   Once.

11  Q.   When was that?

12  A.   When I worked at that gentleman's fish store.

13  Q.   And -- Don Javier?

14  A.   Yes.

15  Q.   And did he give you a cell phone?

16  A.   He gifted it to me.

17  Q.   And how long did you have it for?

18  A.   A year-and-a-half.

19  Q.   So by the time you got to that pier that night, you didn't

20  have a cell phone?

21  A.   No.

22  Q.   And hadn't had one for at least over two years?

23  A.   No.

24  Q.   Did your wife have a cell phone?

25  A.   No.
```

1  Q.  You said there was already four -- was it four men on the

2  boat -- I'm sorry -- that a boat arrived with four men to pick

3  you up; is that right?

4  A.  Yes.

5  Q.  Who was driving the boat?

6  A.  A man.

7  Q.  Was it the man that lent you the money?

8  A.  Yes.

9  Q.  So both men that you had met on the beach before met you on

10 the pier that night, October 5th at 9:00?

11 A.  Yes.

12 Q.  And did you get on the boat?

13 A.  Yes.

14 Q.  What kind of boat was it?

15 A.  A fiberglass boat.

16 Q.  Did it have an engine?

17 A.  Two hundred.

18 Q.  And when you got on that boat, did you speak to any of the

19 other people?  Did you know where they were from?

20 A.  No.

21 Q.  Were you scared?

22 A.  Yes.

23 Q.  Where did you go -- where did you go on that boat?

24 A.  Out to the sea.

25 Q.  And how long were you on that boat before you arrived at

```
 1   your location?
 2   A.   An hour-and-a-half.
 3   Q.   Did you know where you were going?
 4   A.   No.
 5   Q.   Did they tell you where you were going?
 6   A.   To a boat.
 7   Q.   And what happened -- did there come a time when you
 8   actually saw the boat?
 9   A.   You could only see the light from a distance.
10   Q.   What happened as you got closer to the boat?
11   A.   They placed a hood made out of fabric on my face.
12   Q.   Did they put a hood on the other four passengers also?
13   A.   Yes.
14   Q.   The one that was driving the boat obviously didn't have a
15   hood.  Okay.
16        And when you got to the boat, what happened?  Explain to
17   the jury what happened.
18   A.   Once we got to the boat?
19   Q.   Yes.
20   A.   They brought down a ladder, a stick ladder and that's how
21   we went up.
22   Q.   Did you still have the hoods on?
23   A.   Yes.
24   Q.   So how did you get up the ladder, did someone help you?
25   A.   No.
```

```
 1   Q.  And what happened when you got to the top of the boat?

 2   A.  We got on and then we were taking down into a hole.

 3   Q.  Like a cargo hold or hull?

 4   A.  Yes.

 5   Q.  And when you got there, did they take off those hoods?

 6   A.  Yes, once we went down to the hole.

 7   Q.  And what did you see when you arrived in the hole?

 8   A.  More people.

 9   Q.  About how many people?

10   A.  Thirty to 40 people.

11   Q.  Were there any women there?

12   A.  Yes.

13   Q.  Any children?

14   A.  No.

15   Q.  Did you know anyone that was there in the cargo hold?

16   A.  No.

17   Q.  What languages were they speaking?

18   A.  They spoke different languages.

19   Q.  Did any of them speak Spanish?

20   A.  Yes.

21   Q.  And the other languages you couldn't understand?

22   A.  Some sounded ugly, like Haitian, some of them spoke.

23   Q.  When you say "ugly," you don't mean the language is ugly,

24   you mean that you couldn't understand it?

25           MS. ANTON:  Objection, Judge.  Leading.
```

```
 1            THE COURT:  Sustained.

 2   A.  Yes.

 3   BY MS. PINERA-VAZQUEZ:

 4   Q.  All right.  Can you tell the jury what happened when you

 5   got down there among those 30 people?

 6        Did they give you a nice little bed to sleep on?

 7   A.  No.

 8   Q.  What did they give you to sleep on?

 9   A.  I can't hear.

10   Q.  What did they give you to sleep on?

11   A.  Nothing.

12   Q.  So how did you find a space?

13   A.  Everyone would find their own space.

14   Q.  Did you have your gray backpack with you?

15   A.  Yes.

16   Q.  Now, was there a bathroom in that cargo hold?

17   A.  One.

18   Q.  Now, when I say "bathroom," was there a toilet?

19   A.  A bowl, as we say.

20   Q.  And was there a shower?

21   A.  No.

22   Q.  Did you have any idea how long you were going to be in that

23   cargo hold?

24   A.  No.

25   Q.  How about food, did they feed you?
```

1    A.   We would eat twice a day.

2    Q.   And before I get to that, how long were you actually on

3    that boat?

4    A.   Some 12 days.

5    Q.   So 12 days you were in that cargo hold with 30 people?

6    A.   Yes.

7    Q.   So I want you to explain to the jury the conditions of that

8    cargo hold.  Was everybody sleeping on the floor?

9    A.   Yes.

10   Q.   Was there light in that cargo hold?

11   A.   They would turn it off at night.

12   Q.   Was there light -- a lot of light bulbs down there?

13   A.   No, no.

14   Q.   How many?

15   A.   One.

16   Q.   And by the way, how big was this cargo hold?

17   A.   It was a big cargo hold.

18   Q.   Could you describe for the jury like from where to where,

19   let's start with where the judge is sitting, up to where, up to

20   where I'm standing?  Sitting?

21   A.   Yes, to there.  Where the microphone is.

22   Q.   Okay, right there?

23   A.   Yes.

24   Q.   About how wide was it?

25   A.   More or less around here.

1    Q.   Up to the window?

2    A.   Yes.

3    Q.   And there were 30 people in that cargo hold, more or less?

4    A.   Yes.

5    Q.   Now, you said they fed you twice a day.  What did they feed

6    you the first time -- the first part of the day?

7    A.   For breakfast, it was bread and coffee.

8    Q.   And when did they feed you the second time?

9    A.   At around 3:00 p.m.

10   Q.   And what would they feed you?

11   A.   Beans and rice.

12   Q.   Now, did you talk to the other individuals while you were

13   down there for 12 days?

14   A.   No.

15   Q.   So you didn't have one word with anybody?

16   A.   No.

17   Q.   And why is that?

18   A.   Because I didn't.

19   Q.   Were you scared?

20   A.   Yes.

21   Q.   How were the seas?

22   A.   It was rough.

23   Q.   Were people vomiting?

24   A.   Yes.

25   Q.   And would they go to the bathroom and vomit?

```
 1   A.   The people wouldn't make it there.

 2   Q.   So, as the days passed, did the conditions in that cargo

 3   hold get worse and worse?

 4   A.   Yes.

 5   Q.   Did people get sick?

 6   A.   As far as sick, I didn't notice.

 7   Q.   I guess vomiting, they vomited, obviously, they would have

 8   been sick; right?

 9           MS. ANTON:  Objection, Judge.  Leading.

10           THE COURT:  Sustained.

11   BY MS. PINERA-VAZQUEZ:

12   Q.   Did they ever give you any clothes to change into?

13   A.   No.

14   Q.   All right.  So, eventually, the boat got to its location;

15   right?

16   A.   Yes.

17   Q.   And do you remember what day?

18   A.   17th, going onto the 18th.

19   Q.   When you say the 17th, is that the 17th of October, 2016?

20   A.   Yes, in the wee hours of the morning.

21   Q.   And when you say "the wee hours of the morning," had the

22   sun come up?

23   A.   No.

24   Q.   Did there come a time when someone came to tell you that

25   you were getting off the boat?
```

1   A.   Yes.

2   Q.   And what happened?

3   A.   There were two boats that were coming to pick up the people

4   that were there in the hole.

5   Q.   Let me take you back.  Before you left the cargo hold --

6   actually, what were you wearing when you were in the cargo hold

7   for those 12 days, what were you wearing?

8   A.   I had other clothes.

9   Q.   What were you wearing?

10   A.   A red shirt and a black sweatshirt.

11   Q.   And did you wear that the entire 12 days you were in that

12   cargo hold?

13   A.   Yes.

14   Q.   And did you change before you left the cargo hold?

15   A.   Yes.

16   Q.   And what did you change into?

17   A.   I put on a yellow T-shirt and a red sweatshirt.

18   Q.   And that yellow T-shirt, was that from the Colombian

19   National Football League?

20   A.   Yes.

21   Q.   And when I say football, I mean soccer.

22   A.   Yes.

23   Q.   And what did you do with the clothes that you had been

24   wearing for 12 days?

25   A.   I left it on the ship.

1    Q.   Did it smell?

2    A.   Yes.

3    Q.   So explain to the jury the process of getting out of the

4    cargo hold onto the transport vessels.

5    A.   They would put the hood back on.

6    Q.   And then what happened after they put the hood?

7    A.   They would lift us up.

8    Q.   You mean, you would go up the stairs?

9    A.   Yes.

10   Q.   And what happened when you got to the top of this boat?

11   A.   The people who were going up, when they arrived, it was two

12   boats that were waiting, but only one arrived.

13   Q.   Were two boats supposed to come?

14   A.   Yes.

15   Q.   And how many came?

16   A.   One.

17   Q.   How long were you on top of the deck with your hood on?

18   A.   One hour.

19   Q.   And when you say a hood, did it cover your entire head up

20   to your neck?

21   A.   Yes.

22   Q.   And were you standing the entire time?

23   A.   Yes.

24   Q.   At that time, could you hear the other transport leave?

25   A.   No.

```
 1   Q.  Now, did there come a time when they took the hood off?

 2   A.  No.

 3   Q.  Did there come a time when you went into a second boat or a

 4   boat?

 5   A.  Yes.

 6   Q.  Can you hear?

 7        MS. PINERA-VAZQUEZ:  Can we check, though, because I

 8   don't think -- he's having difficulty hearing me.

 9        THE INTERPRETER:  One moment.

10        MS. PINERA-VAZQUEZ:  Thank you.

11        THE INTERPRETER:  We're set.

12        MS. PINERA-VAZQUEZ:  Thank you.

13   BY MS. PINERA-VAZQUEZ:

14   Q.  I'm sorry, I left out this question.

15        When you were on the boat that brought you from Esmeralda

16   to the transport location, did you come with two other

17   individuals that are in this courtroom?

18   A.  No.

19   Q.  Did you come with two Ecuadorians that you met on the boat?

20   A.  No.

21   Q.  I think I'm phrasing it wrong.

22        When you were on what I call the mother ship, on the big

23   vessel, did you meet the two individuals that are sitting in

24   this courtroom today?

25   A.  Yes.  They arrived there, yes.
```

1    Q.   You didn't know these two gentlemen before; right?

2    A.   No.

3    Q.   And when you were in that cargo hold, did you even talk to

4    these two gentlemen?

5    A.   No.

6    Q.   And they -- did they leave from the pier on October 5th,

7    did they leave from the pier with you?

8    A.   No.

9    Q.   So you met them on the mother ship?

10   A.   Yes.  Yes.

11   Q.   Okay.  Now, we were at the place where you were on the deck

12   with your hood on.  Did there come a time where you actually

13   were loaded on to another boat?

14   A.   In the ship, yes.

15   Q.   No, that you were loaded onto a smaller boat.

16   A.   I don't understand.

17   Q.   Just explain to the jury what happened and how you got off

18   the big mother ship.

19   A.   Well, first the women got off and onto the small vessel.

20   Q.   And then what happened?

21   A.   And then the rest of the men got off, but they were saying

22   that they would not fit, that it would capsize.

23   Q.   About how many people were on that boat, on the small boat?

24   A.   No, I have no idea.

25   Q.   How about the one that you were on?

```
 1   A.   You mean in the small boat?

 2   A.   Yes.

 3   Q.   There were from 12 to 13 people left there.

 4   Q.   And how long were you on that small boat waiting for a

 5   second transport?

 6   A.   An hour.

 7   Q.   Was that in the middle of the ocean?

 8   A.   Yes.

 9   Q.   Was it dark?

10   A.   Yes.

11   Q.   Could you see?

12   A.   No.  We were still had our hoods on.

13   Q.   Why did they put the hoods on you again?

14   A.   Well, because when we went into the smaller boats, we had

15   our hoods on.

16   Q.   Did they want you to see the big mother ship?

17        MS. ANTON:  Objection.  This clearly calls for

18   speculation as what they wanted for him to see.

19        THE COURT:  Sustained.

20   BY MS. PINERA-VAZQUEZ:

21   Q.   Do you know why they put the hoods on you?

22   A.   No.

23   Q.   Did you hear the mother ship leaving?

24   A.   Yes.

25   Q.   Did you ever meet the captain of the mother ship?
```

```
 1   A.   No.

 2   Q.   Aside from the people who were giving you food when you

 3   were cargo hold, did you meet anybody else?

 4   A.   No.

 5   Q.   Did anybody come and introduce themselves in that cargo

 6   hold and said, "Welcome aboard"?

 7   A.   Yes.

 8   Q.   Who told you that?

 9   A.   A gentleman.

10   Q.   And those were the ones in charge of giving you the food?

11   A.   Yes.

12   Q.   After you had been an hour on the smaller boat, did you

13   hear any engines?

14   A.   Yes.

15   Q.   Explain to the jury what happened.

16   A.   We heard an engine go by and then a man went by with a

17   flashlight.

18   Q.   And what happened?

19   A.   When they saw that they were signaling, then the smaller

20   boat get closer to us.

21   Q.   And that smaller boat, when it got closer, what happened?

22   A.   Those were the Mexican men.

23   Q.   Had you ever seen them before?

24   A.   No.

25   Q.   And what happened, did they save you?
```

1   A.   They would circle around because they didn't want to come

2   too close because there were a lot of people.

3   Q.   Could you see more or less what type of boat it was?

4   A.   The mother ship?

5   Q.   No, no, the boat where the Mexicans were on.

6   A.   No.

7   Q.   Because it was dark?

8   A.   Yes.

9   Q.   Did there come a time when some of the people that were

10   with you got on the Mexicans' boat?

11   A.   Yes.

12   Q.   Please tell the jury what happened.

13   A.   Six of us went on and three returned because they said they

14   were not going to go because they did not know the people who

15   were there.

16   Q.   Did you get on the boat with the Mexicans?

17   A.   Yes.

18   Q.   And by the way, you didn't know they were -- did you know

19   they were Mexican when they rescued you?

20   A.   No.

21   Q.   You know that today?

22   A.   Yes.

23   Q.   Now, who else got on the boat with you that night -- or I

24   guess that early morning?

25   A.   Six of us got on.  Of the six, three returned and said they

1   were not going.

2   Q.   And the three that got on, does that include you?

3   A.   Me and the two Ecuadorian gentlemen that are present here.

4   Q.   And what happened -- oh.  When you got on that boat, how

5   many people were already on it?

6   A.   Four people.

7   Q.   Was it still dark when you got on the boat?

8   A.   Yes.

9   Q.   And do you know around what time you got on that boat?

10  A.   From 5:00 -- from 4:00 to 5:00 a.m.

11  Q.   And is that October 18, 2016?

12  A.   Yes.

13  Q.   Had the sun come out yet when you got on that boat?

14  A.   No.

15  Q.   How long -- well, let me backtrack.

16       Eventually, the sun came up on October 18th; right?

17  A.   Yes.

18  Q.   And that -- was it a panga?

19  A.   Yes.

20  Q.   And did that panga, when you got on it, did you see any

21  cocaine on that panga?

22  A.   No.

23  Q.   Did you see any bales?

24  A.   No.

25  Q.   Did you see any big packages under a tarp?

```
 1   A.   No.

 2   Q.   In fact, how did you sit or where did you sit on that

 3   panga?

 4   A.   In a seat that there was there.

 5   Q.   Do you mean a seat or a bench?

 6   A.   Well, a bench, some boards, like this.

 7   Q.   What else did you see on that panga?

 8   A.   Gasoline.

 9   Q.   Was the gasoline packaged -- was it contained in something?

10   A.   In, like, drums we called them.

11   Q.   About how many of them?

12   A.   I did not count them.

13   Q.   Were they all over the panga or in the front only?

14   A.   In front.

15   Q.   And was it crowded on that panga?

16   A.   No.

17   Q.   Okay.  And when you were driving, when you were going

18   forward -- were you driving?

19   A.   No.

20   Q.   Who was driving the panga?

21   A.   They would navigate for awhile, one of them for another

22   while, another one.

23   Q.   And when you say "another one," are you referring to the

24   Mexicans?

25   A.   Yes.
```

1    Q.   And would they drive from the back?

2    A.   Uh-huh.

3    Q.   And when I say "the back," I mean -- but I forgot the word,

4    but it was a stick that moved the engines, tilde or a till.

5    A.   One called it the "arm."

6    Q.   In other words, they were not driving from a wheel in the

7    middle of the boat; right?

8    A.   No.

9    Q.   Now, where were you headed?

10   A.   I don't know.

11   Q.   Did you expect to get to land at some point?

12   A.   Yes.

13   Q.   Now, during the time -- how long were you -- how long --

14   let me stop.

15        Did there come a time when you were stopped by the

16   Coast Guard?

17   A.   Yes.

18   Q.   And during the time that the Mexicans picked you up from

19   the sinking little boat from the mother ship, to the time you

20   were stopped by the Coast Guard, did anyone throw anything

21   overboard?

22   A.   I did not see.

23   Q.   Did you see any packages on that boat?

24   A.   No.

25   Q.   Now, how fast was the boat going, more or less?

 1   A.   Well, I wouldn't know.

 2   Q.   Was it going fast or slow?

 3   A.   More or less, at normal speed.

 4   Q.   And when it was driving for those -- so if you left that --

 5   how long were you on the boat before the Coast Guard stopped

 6   you, how many hours?

 7   A.   From four to five hours.

 8   Q.   And during those four to five hours, were the gasoline

 9   barrels -- was gas coming out of the tops?

10   A.   Yes, out through the lid.

11   Q.   Weren't you worried about getting on a boat with these

12   Mexicans that you had never met before?

13   A.   Yes.

14   Q.   So why did you get on that boat?

15   A.   Well, because I did not know whether the boat that was

16   coming to pick us up was going to return.

17   Q.   Were you desperate?

18   A.   To reach land, yes.

19   Q.   And what was your goal, to get where?

20   A.   To land.

21   Q.   Where were you going to be smuggled to?  What country?

22   A.   To Mexico.

23   Q.   All right.  So let's get to the point where -- before you

24   get stopped by the Coast Guard.

25        Did you see -- first, did you know who was asking you to

1    stop?

2    A.   No.

3    Q.   Where were you sitting on this panga, on this vessel number

4    one, when the Coast Guard asked you to stop, not you, but asked

5    the boat to stop?

6    A.   I was there in the middle in the seat that was there.

7    Q.   And I think "asked" may have been the wrong word.

8         Did they put -- did you hear a siren?

9    A.   When they arrived there, when we had already stopped.

10   Q.   And you weren't driving the boat; right?

11   A.   No.

12   Q.   Did you have any idea why the boat was being stopped?

13   A.   No.

14   Q.   So can you tell the jury what happened and how the boat

15   stopped, how the boat got stopped by the Coast Guard?

16   A.   We stopped and they arrived there.

17   Q.   Did they point a gun at you?

18   A.   Yes.

19   Q.   Did you have any idea why the Coast Guard was pointing a

20   gun at you?

21   A.   No.

22   Q.   Had you ever seen the type of gun that was being pointed at

23   you before?

24   A.   No.

25   Q.   Had you ever seen a United States Coast Guard vessel?

 1   A.   No.

 2   Q.   In fact, have you ever been in the United States?

 3   A.   Never.

 4   Q.   Do you have a passport?

 5   A.   No.

 6   Q.   And have you ever been anywhere other than Colombia and

 7   Esmeralda, Ecuador?

 8   A.   No.

 9   Q.   All right.  When the Coast Guard stopped you -- stopped the

10   panga, did anyone on the ship know why they were getting

11   stopped on the ship, on the panga?

12   A.   No.

13   Q.   And how long before the Coast Guard members boarded the

14   panga?

15   A.   I don't understand.

16   Q.   After they stopped you, did they get on the panga right

17   away?

18   A.   A little while went by, they turned around and then they

19   got on.

20   Q.   And who got on?

21   A.   Three people, two men and a woman.

22   Q.   Did the two men speak Spanish?

23   A.   No.

24   Q.   Did the woman speak Spanish?

25   A.   Yes.

1   Q.   Was she translating for the men?

2   A.   Yes.

3   Q.   Do you speak English?

4   A.   No.

5   Q.   So all questions were asked by the woman?

6   A.   Yes.

7   Q.   And your answers were to the woman?

8   A.   Yes.

9   Q.   In Spanish?

10  A.   In Spanish.

11  Q.   And did the woman speak to all the other people in Spanish?

12  A.   Yes.

13  Q.   And she would translate to the two men in English?

14  A.   Yes.

15  Q.   And you didn't understand what was being translated; right?

16       MS. ANTON:   Objection, leading.

17       THE COURT:   Sustained.

18  BY MS. PINERA-VAZQUEZ:

19  Q.   Did you understand what was being translated?

20  A.   No.

21  Q.   Did there come a time when you said what country you were

22  from?

23  A.   Yes.

24  Q.   And where did you say you were from?

25  A.   From Colombia.

1   Q.   Did you ever say you were from Mexico?

2   A.   No.

3   Q.   And who did you say that to, the woman?

4   A.   Yes.

5   Q.   Did you ever learn on that day why you were being stopped?

6   A.   No.

7   Q.   How long were you on the panga with the Coast Guard

8   officers stopped?

9   A.   How many hours?

10   Q.   Until, like, what time?

11   A.   We were stopped over there in the boat until like 5:00.

12   Q.   And what time were you stopped, more or less?

13   A.   I don't remember.

14   Q.   But you were on the vessel for a long time?

15   A.   Yes.

16   Q.   Did there come a time when you saw that a large document

17   was being handed over to the woman?

18   A.   Yes.  About this big (indicating.)

19   Q.   Could you go ahead and show me again how big, show the

20   jury?

21   A.   (Indicating.)

22   Q.   So for purposes of the record -- no, no, keep it up -- I

23   have to -- can you do it again?

24        So about a half an inch to an inch.

25        Do you know whether or not that document was in English or

1   in Spanish?

2   A.   In Spanish.

3   Q.   And did you see the woman read the document?

4   A.   She would flip the pages.

5   Q.   And who handed that document to the officers?

6   A.   Mr. Gabriel Garcia.

7   Q.   One of the Mexicans; right?

8   A.   Yes.

9   Q.   Now, did you still have your gray backpack with you?

10  A.   Yes, they were on the bow of the ship.

11  Q.   And in that backpack, did you have an ID?

12  A.   Yes.

13  Q.   A Cedula?

14  A.   And an ID.

15  Q.   Were those inside the gray backpack?

16  A.   Yes.

17  Q.   Then that's the gray backpack that you brought from the

18  mother ship?

19  A.   Yes.

20  Q.   Now, do you remember the Coast Guard taking some pictures?

21  A.   Yes, they did take some.

22  Q.   Now, when you were on the mother ship -- well, let me show

23  you the picture.   Okay.   I'm going to show you a picture that

24  was marked as Government's Exhibit 18.

25       Can you see that picture?

1    A.   Yes.

2    Q.   Now, that's you in the front with a yellow Colombian

3    football shirt and the red pants; right?

4    A.   Yes.

5    Q.   Now, this wasn't the only picture that was taken; right?

6    A.   No.

7    Q.   They took a lot of pictures of the seven of you?

8    A.   Yes.

9    Q.   And now it looks here that you're smiling?

10   A.   Yes.

11   Q.   What happened when they took that picture?

12   A.   The lady who was there made a joke and so we laughed.

13   Q.   You mean the Coast Guard officer; right?

14   A.   Yes.

15   Q.   So she was joking with you guys?

16   A.   No, she made one joke there.

17   Q.   And that was in Spanish?

18   A.   Yes.

19   Q.   So the two men could not understand it; right?

20        MS. ANTON:   Objection, leading.

21        THE COURT:   Sustained.

22   A.   No.

23   BY MS. PINERA-VAZQUEZ:

24   Q.   Now, were you able to take your gray backpack with you?

25   A.   No.

1    Q.   Did someone take it for you?

2    A.   It remained on the ship.

3    Q.   How about the papers that you saw the woman reading, the

4    thick document, do you know what happened to that paper?

5    A.   No.

6    Q.   So around 5:00, were you taken to the big cutter, the big

7    U.S. cutter ship?

8    A.   At 5:00 p.m.

9    Q.   And that was in the Coast Guard ship; right, the little

10   Coast Guard inflatable ship?

11   A.   Yes, they transferred us over there.

12   Q.   Did they transfer you with those -- well, let me show you

13   this, the next picture.

14        Did they transfer you with anyone else, everybody went

15   together, or just -- why don't you just tell the jury how you

16   got transferred to the big ship?

17   A.   They transferred the two of us to the small boat and took

18   us to the ship.

19   Q.   And when you got on the ship, what happened?

20   A.   We got on, they removed the vests that they placed on us.

21   Q.   So that yellow shirt and red pants that you were wearing,

22   you had to take that off?

23   A.   Yes.

24   Q.   And what did they put on you?

25   A.   A white overall.

```
 1   Q.   And did they do that after some sort of physical exam?
 2   A.   Someone there who spoke Spanish looked at our tongues with
 3   some stick and that was it.
 4   Q.   Was the person examining you the one speaking Spanish?
 5   A.   No.
 6   Q.   Was there a translator there?
 7   A.   Yes.
 8   Q.   Was it the same woman who had been on the panga with you?
 9   A.   No.
10   Q.   And was this translator the one asking you questions?
11   A.   Yes.
12   Q.   And did you ever tell her that you had been at sea three
13   days only?
14   A.   No.
15   Q.   How long had you been on that mother ship?
16   A.   The one belonging to the guy?
17   Q.   The one that smuggled you from Esmeralda to Mexico.
18   A.   At night.
19   Q.   I think you missed a portion of what he said.
20        Let me ask you again.  How long were you on the ship that
21   smuggled you from Esmeralda to Mexico, to the waters of Mexico?
22   A.   Twelve days.
23   Q.   On that day that you got put on the cutter, that was
24   October 18th; right?
25   A.   Yes.
```

1    Q.   On that day, did anyone tell you why you had been stopped?

2    A.   No.

3    Q.   Did you ask?

4    A.   Yes.

5    Q.   Did they respond?

6    A.   No.  They said they didn't know.

7    Q.   When is it that you finally found out why you were in the

8    custody of the United States Government in the Mexican seas?

9    A.   The following day.

10   Q.   October 19th?

11   A.   Yes.

12   Q.   Now, that night, October 18th, can you tell the jury how

13   they processed you?  Did you have any shackles on your feet?

14   A.   Yes.

15   Q.   Could you explain to the jury how it was that you were kept

16   on the cutter?

17   A.   We were shackled on one leg, and each of us had a long

18   chain.

19   Q.   Did you sleep up deck -- on top of the deck?

20   A.   There was an area there where they placed the helicopter,

21   that's where they placed us.

22   Q.   So when you found out -- why did they tell you they were

23   arresting you or were detaining you?

24   A.   They didn't say anything the first day.

25   Q.   What did they tell you the second day?

1   A.   They said it was because that cocaine had been dropped to

2   the water.

3   Q.   Have you ever seen cocaine personally before?

4   A.   No.  On TV.

5   Q.   So I'm going to show you what's been marked as Government

6   Exhibit 17.  Do you see that?

7   A.   Yes.

8   Q.   These packages, had you ever seen them before?

9   A.   No.

10  Q.   When was the first time that you saw these packages?

11  A.   Say it again, please.

12  Q.   When was the first time that you saw these packages?   I

13  don't think he can hear.

14  A.   In the picture.

15  Q.   During -- now, what happened when the Coast Guard told you

16  that you were being accused of throwing cocaine overboard?

17       How did you feel?

18  A.   Bad.

19  Q.   Were you shocked?

20  A.   Yes.

21  Q.   Did you at any time when you were on that Mexican panga

22  throw cocaine -- when I say cocaine, I mean any of the packages

23  overboard?

24  A.   No.

25  Q.   Did you see anyone throw any packages overboard?

1    A.   No.

2    Q.   Now, did there come a time when somebody swiped your hands?

3    A.   Well, when they did, I was sleeping.

4    Q.   Did it wake you up?

5    A.   The next day one of the gentlemen told me who was awake and

6    saw that they were taking samples while we were laying down.

7    Q.   Now, eventually, you were brought to Key West; right?

8    A.   Yes.

9    Q.   On November 5th, you arrived here?

10   A.   Yes.

11   Q.   Had you ever been to Key West before?

12   A.   Never.

13   Q.   What was your reason for going through this whole ordeal to

14   get to Mexico?

15   A.   I can't hear.

16        THE INTERPRETER:   Try again.

17   BY MS. PINERA-VAZQUEZ:

18   Q.   What was the only reason that you left Esmeralda on October

19   5th, 2016, in the middle of the night?

20   A.   The reason, to give a better life to my children who were

21   going hungry.

22   Q.   Could you find work to provide for your family in Colombia

23   or Esmeralda?

24   A.   No.

25        MS. PINERA-VAZQUEZ:   I have nothing further,

```
1    Your Honor.
2              THE COURT:  Cross.  Any other defense counsel wish to
3    examine?
4              MR. ABRAMS:  Possibly, Judge.
5              THE COURT:  Okay.
6              MS. PINERA-VAZQUEZ:  I'm done.
7              MR. ABRAMS:  No questions, Judge.
8              MR. RODRIGUEZ:  No questions, Your Honor.
9              MR. CHAMBROT:  Nothing from me.
10             MR. BERRIO:  No questions, Your Honor.
11             MR. do CAMPO:  No questions.
12             MR. ENCINOSA:  No questions.
13             THE COURT:  Okay.  Cross.
14             MS. ANTON:  Thank you.
15                        CROSS-EXAMINATION
16   BY MS. ANTON:
17   Q.  You're pretty desperate to make some money; right?
18   A.  Yes.
19   Q.  You got a lot of kids to feed?
20   A.  Five.
21   Q.  You were pretty poor when you had the first one; right?
22   A.  Yes.
23   Q.  And when you had the second one, it got even worse?
24   A.  Yes.
25   Q.  But you continued to have kids despite the poor situation
```

1    that you were living in?

2    A.   Yes.

3    Q.   And you can't feed them?

4    A.   Well, there's no excuse there.

5    Q.   You tried fishing, you tried the best you could do; right?

6    A.   Yes.

7    Q.   You tried fishing in your hometown?

8    A.   Yes.

9    Q.   You tried going away to fish?

10   A.   Yes.

11   Q.   But the truth is you were never going to catch enough fish

12   to make the money you needed; right?

13   A.   I've always gone fishing.

14   Q.   You had a TV?

15   A.   No.

16   Q.   Well, you testified on direct examination you've seen

17   cocaine on TV.

18   A.   Yes.

19   Q.   So you watch TV?

20   A.   At other people's houses.  Wherever there is a TV, you go

21   there to watch TV.

22   Q.   So you watch TV?

23   A.   Yes, but not at my home.

24   Q.   You watch Colombian soccer on TV?  You like the Colombian

25   soccer team?

```
 1    A.   Yes.

 2    Q.   You had a Colombian soccer jersey?

 3    A.   Yes.

 4    Q.   That yellow shirt you're wearing in the picture?

 5    A.   Yes.

 6    Q.   That's made by Adidas?

 7    A.   Yes.

 8    Q.   That doesn't come free to you; does it?

 9    A.   That was gifted to me.

10    Q.   Well, let's talk about all the things that have been gifted

11    to you.  So let's talk about that day that you were on the

12    beach in Esmeralda.  Okay?  That was a pretty lucky day for

13    you; right?

14    A.   Well, not lucky, but I felt happy at that time that I was

15    given support.

16    Q.   Well, let's talk about this given support.  You met a

17    stranger on a beach?

18    A.   Yes.

19    Q.   Right?  Someone who you had never known?

20    A.   Never.

21    Q.   That's after you moved from your hometown to go to

22    Esmeralda to try your hand at fishing; right?

23    A.   Yes.

24    Q.   It didn't work?

25    A.   No.
```

1  Q.  The fishing store closed down?

2  A.  Yes, the owner left, we were left there at the pier where

3  the houses were.

4  Q.  Your uncle's canoe business already didn't go to you in the

5  past?

6  A.  No, he had children.

7  Q.  And now here you are, on this beach in Esmeralda, and this

8  stranger enters your life?

9  A.  There we talked with him.

10  Q.  Right.  And thank goodness you talked with him, right, he

11  gifted you 5,000 United States dollars; right?

12  A.  He didn't gift it to me.

13  Q.  Let's talk about this.  Five thousand dollars, have you

14  ever had that much money, ever?

15  A.  Never before in my life.

16  Q.  Have you ever even had $1,000?

17  A.  No.

18  Q.  And now a strange man approaches you on the beach and he

19  tells you, "I can give you $5,000"?

20  A.  Yes, that's what he told me.

21  Q.  This was a miracle?

22  A.  Yes.

23  Q.  You were desperate --

24  A.  Miracle from God.

25  Q.  You were desperate and here he came with cash?

```
1   A.   He didn't arrive there with cash at that time.

2   Q.   Right.  So let's talk about that.  So not that day, he

3   didn't give you the money; right?

4   A.   No.

5   Q.   He just told you about this idea; right?

6   A.   Yes, he said he could find me the money to go to Mexico.

7   Q.   So not only is he going to give you the money for the

8   passage, but he tells you, "I'm going to find you a job when

9   you get to Mexico"?

10  A.   Yes.  He said I was going to work.

11  Q.   So he tells you to come back the next day on the beach and

12  meet him again?

13  A.   Yes.

14  Q.   And you go to that same beach in Esmeralda and you meet him

15  again?

16  A.   Yes.

17  Q.   You don't know his name?

18  A.   No.

19  Q.   You don't know where he's from?

20  A.   No.

21  Q.   You don't know his background?

22  A.   Never.

23  Q.   You don't know what he's done in his life?

24  A.   No.

25  Q.   You don't know anything about him?
```

1    A.   Nothing about him.

2    Q.   Nothing at all?

3    A.   Not at all.

4    Q.   And he comes back the second day and you meet him and now

5    he says to you this is the plan; right?

6    A.   Yes.

7    Q.   And to you it sounded like a great plan, he's going to give

8    you money, he's going to get you out of town, and he's going to

9    give you a job?

10   A.   Yes.

11   Q.   And you haven't had any of those things for a really long

12   time; right?

13   A.   Never.

14   Q.   So at that second meeting at the beach is that when he

15   actually gives you the money?

16   A.   Yes.

17   Q.   He actually takes out and gives you 5,000 U.S. dollars?

18   A.   Yes.  Dollars.

19   Q.   A wad of cash?

20   A.   Yes.

21   Q.   But you don't leave that day?

22   A.   No.

23   Q.   Esmeralda's a pretty poor town.

24   A.   I wasn't in Esmeralda, I was on a beach.

25   Q.   Okay.  Did the beach have a lot of people?

```
1   A.   There were 10 ranches, 10 homes.

2   Q.   People looking for work on the beach?

3   A.   Fishermen.

4   Q.   Fishermen; right?

5   A.   Yes.

6   Q.   Fishermen who are trying their hardest to catch as much

7   fish as they can?

8   A.   Yes.

9   Q.   So now you're on this beach with these fishermen and you

10  have 5,000 United States dollars in your hand.

11  A.   Yes.

12  Q.   Did he hand you a wad of hundred dollar bills?

13  A.   A hundred, 20.

14  Q.   This was a thick wad of cash?

15  A.   More or less.

16  Q.   He tells you this plan and the plan is you're going to get

17  on a boat when you meet him at the pier; right?

18  A.   Yes, the following day.

19  Q.   The following day?

20  A.   Yes.

21  Q.   But in the meanwhile, you're going to hold on to $5,000 in

22  cash?  He's going to leave it with you?

23  A.   Yes.

24  Q.   You put it in your pocket?

25  A.   In my pocket and here in this area below the waist.
```

1  Q.  Now, you had already been robbed out at sea, right, for a

2  motor off your boat?

3  A.  Yes.

4  Q.  So you were probably pretty afraid that someone was going

5  to come and take that from you; right?

6  A.  Not at that time because no one knew that I had money on

7  me, only the man who gave it to me.

8  Q.  So where did you sleep that night?

9  A.  Where I had been sleeping, in the house there by the pier.

10  Q.  In a fish house with other fishermen?

11  A.  Yes.

12  Q.  And then you got up the next morning with $5,000 in your

13  pocket?

14  A.  Yes.

15  Q.  And this stranger met you at the pier?

16  A.  No.

17  Q.  Same one who gave you the $5,000, when did you see him

18  again?

19  A.  On the 5th, the evening, at night.

20  Q.  You seem to have a very good memory for these dates.

21  A.  Yes.

22  Q.  You've been sitting in court this entire week?

23  A.  Yes.

24  Q.  Along with all the other six defendants you were arrested

25  with?

1    A.   Yes.

2    Q.   You've heard all the other witnesses come in here and

3    testify; right?

4    A.   Yes.

5    Q.   And you know that after they testified they had to leave

6    the courtroom; right?

7    A.   Yes.

8    Q.   They couldn't hear what everybody else said.

9    A.   No.

10   Q.   But you didn't have to leave the courtroom?

11   A.   No.

12   Q.   You could hear what everybody said.

13   A.   Yes.

14   Q.   So you know all the dates and times that they spoke about?

15   A.   No.

16   Q.   You can't hear with the interpreter's headset?

17   A.   I can hear, it's just that I don't remember everything.

18   Q.   You're represented by an attorney; right?

19   A.   Yes.

20   Q.   Surely you've spoken to her about the case?

21        MS. PINERA-VAZQUEZ:  Objection.  Calls for

22   attorney-client privileged communication.

23        THE COURT:  Sustained.

24   BY MS. ANTON:

25   Q.   I'm not going to ask you what you've spoken about with your

1   attorney, but you are represented by an attorney to help you

2   with the case; right?

3   A.  Yes.

4   Q.  Right.  And you knew you were going to testify today?

5        MS. PINERA-VAZQUEZ:  Objection, Your Honor, as to

6   conversations that I've had with my client.  It calls for a

7   hearsay response.

8        THE COURT:  That didn't.  Go ahead, overruled.

9   BY MS. ANTON:

10  Q.  You knew you were going to testify today; right?

11  A.  Yes.

12  Q.  You put a jacket on to testify today.

13  A.  I've been wearing it all of these days.

14  Q.  Someone gave you that jacket to wear; right?

15  A.  The attorney.

16  Q.  Her job is to help you with this case; right?

17  A.  That's why she's my attorney.

18  Q.  So you were saying that now you've met this stranger again,

19  the one that gave you have the $5,000, you met him again on the

20  fifth day, you said; right?

21  A.  Yes.

22  Q.  And when you met him again on this fifth day is when you

23  got onto the first small boat; right?

24  A.  The boat, yes.

25  Q.  And he went with you on this boat?

1    A.   Yes.

2    Q.   And this is the boat where you claim then you were shuttled

3    to yet another boat?

4    A.   Yes.

5    Q.   So in between that time that the stranger gave you the

6    $5,000 and the fifth day, you said when you got on the boat

7    with the stranger, you said, were there four days in between

8    there?

9         Let me rephrase it because you look a little perplexed.

10   How many days passed by from the time he gave you the $5,000

11   until you got on the boat with him again?

12   A.   Three days went by.

13   Q.   Three days.  So for three days you held on to the $5,000?

14   A.   Two.

15   Q.   Two days?

16   A.   Yes.

17   Q.   Okay.  And then he went with you to the next ship?

18   A.   Yes.

19   Q.   And what did you do with the $5,000 then?  You gave it to

20   them; right?

21   A.   When I was being taken from the boat to the ship he asked

22   me for it in order to make a payment.

23   Q.   When you say "he," we're talking about the same stranger

24   who gave it to you?

25   A.   Yes.

1   Q.  So now he asked to you give him the money back so that he

2   can make a payment to your smugglers?

3   A.  Yes.

4   Q.  So that's interesting that he gave you the money just to

5   hold for a couple days when he was going on the journey with

6   you and he was going to pay them?

7   A.  Yes.

8   Q.  Don't you find that to be odd?

9   A.  Well, a bit, yes.

10  Q.  So now, the very nice gentleman who gave you $5,000 to hold

11  for only a couple days and then take it right back from you and

12  give it to the smugglers, he goes away on that boat and he

13  doesn't get onto your, quote/unquote, mother ship, as your

14  attorney called it?

15          MS. PINERA-VAZQUEZ:  Objection to the characterization.

16  I believe the client called it the Spanish mother ship -- I'm

17  sorry, the witness.

18          THE COURT:  Overruled.

19  BY MS. ANTON:

20  Q.  Now, you are able to understand everything I'm saying to

21  you; right?

22  A.  Yes.

23  Q.  Because you're using an interpreter that's translating

24  everything I say?

25  A.  Right, because I don't speak English, I speak Spanish.

1   Q.   Right.  And you don't know if I speak Spanish, but I'm

2   speaking in English; right?

3   A.   Yes.

4   Q.   And you're depending on that interpreter to translate

5   everything I'm saying accurately; right?

6   A.   What -- yes.

7   Q.   So let's now talk about your transfer from this little boat

8   to your mother ship.

9        And this is happening in the middle of the ocean?

10  A.   Yes.

11  Q.   And you told us that they put some kind of hood over your

12  face so you couldn't see?

13  A.   Before reaching the mother ship, yes.

14  Q.   So while you were climbing this Jacobs ladder onto the

15  mother ship, you were hooded?

16  A.   Yes.

17  Q.   And the boat you went on to get there was a very small

18  boat; right?

19  A.   Seven-footer.

20  Q.   Seven-footer?

21  A.   Six to seven -- six, yes.

22  Q.   Okay.  And how big do you think -- do you know how big was

23  this mother ship?

24  A.   No.

25  Q.   Well, how many steps did you have to go up on that ladder?

1   A.   I didn't count.

2   Q.   Were you going up a long time?

3   A.   No.

4   Q.   It was a big enough ship that you claim you were in some

5   kind of cargo hold?

6   A.   Yes.

7   Q.   And when they put you in that cargo hold, you just have the

8   clothes on your back and your backpack; right?

9   A.   I had another set of clothes on.

10  Q.   You had two sets of clothes on?

11  A.   No.  One.

12  Q.   Right.  You said you were wearing a sweatshirt --

13  A.   Yes.

14  Q.   -- and pants or shorts?

15  A.   A black sweatshirt and a red shirt, I said.

16  Q.   Okay.  Pretty cold in those parts of the world that time of

17  the year?

18  A.   Hot.

19  Q.   So for 12 days you were in a sweatshirt in a cargo hold

20  with 30 other people?

21  A.   Yes.

22  Q.   And you kept that sweatshirt on sweating for 12 days with

23  30 other people?

24       MS. PINERA-VAZQUEZ:  Objection, Your Honor.  It's not a

25  sweatshirt, it's sweatpants.  Mischaracterization of the

```
 1   testimony.
 2          THE COURT:  Sustained.
 3   BY MS. ANTON:
 4   Q.  Why don't you explain to us exactly what you were wearing?
 5          MS. PINERA-VAZQUEZ:  Asked and answered.  Objection.
 6          THE COURT:  Overruled.
 7   BY MS. ANTON:
 8   Q.  Since I haven't asked you, explain to us what you were
 9   wearing.
10          MS. PINERA-VAZQUEZ:  Objection to the comment of
11   counsel.
12          THE COURT:  Overruled.
13   BY MS. ANTON:
14   Q.  You can answer the question.  What were you wearing?
15   A.  Black sweats and a red shirt.
16   Q.  So you were wearing sweats, sweatpants?
17   A.  Sweats.
18   Q.  Okay.  Are those warm pants?
19   A.  Long, yes.  Long.
20   Q.  Long pants.  Are they designed to keep you warm?
21   A.  Yes.
22   Q.  And you wore those long pants designed to keep you warm for
23   all those days you were in the cargo hold?
24   A.  From the moment I left the pier.
25   Q.  There was no air conditioning in the cargo hold; was there?
```

1   A.   No.

2   Q.   So it must have been very hot in there.

3   A.   Not that much.  Only the normal heat.

4   Q.   Okay.  So you were in this cargo hold with lots of other

5   desperate people; right?

6   A.   Yes.

7   Q.   And some of those other desperate people you testified are,

8   in fact, in this courtroom here today?

9   A.   Repeat that.  I didn't understand.

10   Q.   Some of the people that you saw in that cargo hold are with

11   you here today; right?

12   A.   Yes.

13   Q.   And for 12 days while you were in that cargo hold you never

14   spoke to them?

15   A.   No.

16   Q.   Okay.  So now, 12 days passes by and you are now asked to

17   get off of the boat and onto a smaller boat; correct?

18   A.   Yes.

19   Q.   And it's time for you to get on the boat and your boat

20   comes and it has problems, starts sinking; right?

21   A.   Yes.

22   Q.   The mother ship is gone, you said; right?

23   A.   Not yet -- please repeat.

24   Q.   The mother ship is gone.  Your ship is sinking and the

25   mother ship has left?

1   A.   Yes.

2   Q.   There you are in the middle of the ocean on a sinking ship

3   with six people you said, seven people?

4          THE INTERPRETER:  The interpreter requests repetition.

5          THE COURT:  Repeat the question, is that what you're

6   asking?

7          THE WITNESS:  Where we were, there were 12 to 13

8   people.

9   BY MS. ANTON:

10  Q.   Twelve to 13 people on this small boat?

11  A.   Right.  The big ship had already left with the rest of the

12  people.

13  Q.   Went to take those people elsewhere; right?

14  A.   Yes.

15  Q.   Now, this small boat that you got onto that was later

16  sinking, you said, that was smaller than the Mexican boat that

17  came; right?

18  A.   Yes.  Yes.

19  Q.   It was a very small boat?

20  A.   Yes.

21  Q.   And the hoods were taken off your head so you can see, it's

22  nighttime?

23  A.   Yes.

24  Q.   And the boat is going to capsize?

25  A.   It was sinking, water was coming in.

1    Q.   But this was your second lucky day, because four Mexicans

2    in a panga were about to come by; right?

3    A.   No.  They said that they were roaming around there.

4         When they arrived and we got on, they said they were

5    looking for other people.

6    Q.   But they arrived, you're in the middle of the ocean; right?

7    A.   Yeah, they were there, we could hear the engines coming

8    around us, and then when the engine person made signals they

9    came over.

10   Q.   But you would agree with me that at that moment you were

11   lucky, in the middle of the ocean, that there is another boat;

12   right?

13   A.   Yes, thank God.

14   Q.   Second lucky day for you?

15   A.   Yes.

16   Q.   So the boat comes and you all get onto the panga with the

17   four Mexicans; right?

18   A.   Six.

19   Q.   Six of you got onto the boat?

20   A.   Yes.

21   Q.   But half of you got off of the boat again; right?

22   A.   Yes.

23   Q.   Isn't it true that those other people got off the boat

24   because they thought the Mexicans were going to kill them?

25   A.   Yes, I believe so.

1   Q.   Right?   But you decided to stay on the boat with the

2   Mexicans?

3   A.   Yes.

4   Q.   And the other three decided to go down with their sinking

5   ship?

6   A.   They preferred to remain there.

7   Q.   There were no other boats around at that time; right?

8   A.   No.

9   Q.   Just this one panga?

10  A.   Yes.

11  Q.   Nobody else was coming to save those people who went back

12  on your sinking boat?

13  A.   Well, we were waiting for a boat that was coming to rescue

14  us, but it just wouldn't arrive.

15  Q.   So the mother ship told you to get off of this boat and

16  onto this sinking ship, the little boat, and stay there until

17  another boat comes to rescue you?

18  A.   Yes.

19  Q.   And then how long were you there before the panga came to

20  the rescue?

21  A.   Not less than an hour.

22  Q.   But within an hour, a miraculous boat comes out of the dark

23  sky; right, nighttime, to save you?

24  A.   Yes.   Yes.

25  Q.   Was it traveling side by side with another panga?

```
 1   A.   No, I didn't see.

 2   Q.   Was there another panga behind it?

 3   A.   I didn't see it.

 4   Q.   Well, you were in the boat, you would have seen a boat

 5   behind you; right?

 6   A.   At that time, I didn't look.

 7   Q.   Let's talk about at a different time.

 8        You were on that boat for a long time; right?

 9   A.   More or less an hour, in the one that was sinking.

10   Q.   Now I'm talking about the Mexican panga boat, when you got

11   on the Mexican panga boat, from the time you got on it, until

12   the time that you saw the Coast Guard, that was a long time?

13   A.   Four to five hours.

14   Q.   And in those four to five hours, you were looking around;

15   right?

16   A.   Yes.

17   Q.   You didn't have a hood over your head then; did you?

18   A.   Not anymore, no.

19   Q.   And in those four to five hours when you're in the panga

20   with no hood, did you see another panga traveling right next to

21   you?

22   A.   No.

23   Q.   Did you see another panga following right behind you?

24        Did you see another panga anywhere?

25   A.   At that time --
```

1          MS. PINERA-VAZQUEZ:  Your Honor, there was no

2     translation.

3          THE COURT:  Okay.

4     BY MS. ANTON:

5     Q.  Do you need me to repeat the question?

6          THE INTERPRETER:  Yes.

7     BY MS. ANTON:

8     Q.  Did you see another panga anywhere?

9     A.  No.

10    Q.  Because there was no other panga, it was just the boat that

11    you were on; right?

12    A.  They said that there was four boats on looking for people.

13    Q.  When you said "they said," you're talking about the

14    Mexicans on the panga; right?

15    A.  That's when they got us onto their boat.

16    Q.  And those people are here in the courtroom with you today;

17    right?

18    A.  Yes.

19    Q.  Those people were on that panga with you for five hours;

20    right?

21    A.  Yes.

22    Q.  You talked them on the panga?

23    A.  When we got on, they told us that they were looking for

24    people who had gotten lost.

25    Q.  Right, so you had conversations with them, you were happy

1    to see them; right?

2    A.   Well, not so much.

3    Q.   Well, you knew that they were trying to go to Mexico;

4    right?

5    A.   I didn't know if they were going to Mexico.

6    Q.   You told them where you wanted to go?

7    A.   To land.

8    Q.   Okay.  So you had conversations with them on the boat.

9    A.   Only that one time I spoke to them when they said that.

10   Q.   Did you tell them that, you know, there are four other

11   boats that they had out there, they could go rescue the other

12   people on the sinking boat that you left behind?

13   A.   Did I tell who?

14   Q.   The Mexicans on the panga, who are in court with you today?

15   A.   No.

16   Q.   You didn't tell them that.  Did you see any of those other

17   boats that they told you were out there?

18   A.   No.

19   Q.   No.  All right.  So for several hours you're on the boat

20   with these Mexicans who you've described, do you see them in

21   court here today that you've described, those guys on the boat?

22   A.   Yes.

23   Q.   Which ones are they?  Can you point to them?

24   A.   Gabriel, Alonso, Candelario and Moises.

25   Q.   And after you spent those four or five hours with them on

1    the panga, on the ocean, you spent a long time with them on the

2    United States Coast Guard cutter; right?

3    A.   Yes.

4    Q.   And then it took you, like, what, 19 days to get to land on

5    that Coast Guard cutter; is that about right?

6    A.   Yes.

7    Q.   You guys were all together on that Coast Guard cutter,

8    shackled; right, you slept together, you did everything

9    together?

10   A.   The first three or four days that they had us there, we

11   were together because then they transferred us onto another

12   ship.

13   Q.   We'll talk about that.

14        You've talked to those guys a lot, though; right?

15   A.   No.

16   Q.   No.  You just know their names?

17   A.   By now, yes, it will have been 10 months, not one day, but

18   10 months.

19   Q.   So a lot of time has elapsed between the time that you were

20   with them on the panga and now?

21   A.   Yes.

22   Q.   So let's go back to the moment that they appear in the

23   middle of the night to rescue you.

24        You don't see anything on their boat besides gasoline?

25   A.   No.

```
 1   Q.   They don't have a lot of food on the boat?

 2   A.   No.

 3   Q.   They don't have enough for you to eat on the boat?

 4   A.   No.

 5   Q.   They don't have enough water on the boat?

 6   A.   No.

 7   Q.   They don't have any life vests on the boat?

 8   A.   Yes.

 9   Q.   Did you put a life vest on?

10   A.   One.

11   Q.   There was one life vest on the boat?

12   A.   There were about four or three, I don't remember.

13   Q.   And you took your backpack on the boat?

14   A.   Yes.

15   Q.   And that backpack was important to you; right?

16   A.   It was my clothes, my personal belongings were there.

17   Q.   So you got on the boat, you put the life jacket on right

18   away?

19   A.   No.  Afterward.

20   Q.   After what?

21   A.   I put it on afterwards, not immediately, but afterward.

22   Q.   So let's talk about what you did then immediately.

23        You got on the panga, you left the other people on the

24   sinking boat, and the panga started to go; right?

25   A.   Yes.
```

```
 1    Q.   It was going pretty fast, you'd agree with me?
 2    A.   Normal.
 3    Q.   Well, you have a lot of experience fishing.
 4         What is normal speed to you, 15 knots?
 5    A.   That I don't know anything about, about knots, I don't know
 6    anything because I don't know.
 7    Q.   Were you sitting down on the bench that was on the boat?
 8    A.   Yes.
 9    Q.   Were you holding on?
10    A.   No.
11    Q.   Were there a lot of waves?
12    A.   The sea was not so rough.
13    Q.   I thought you said the gas was spilling out of the
14    containers that you saw.
15         THE INTERPRETER:  The interpreter would like to
16    correct, she mentioned the word for a container.  He's
17    correcting the interpreter, they were drums.
18    BY MS. ANTON:
19    Q.   Was there gas spilling out of the drums that you saw?
20    A.   Yes, over the lids.
21    Q.   Over the lids, so the boat was rocking, it was moving?
22    A.   Of course, at sea, everything moves.
23    Q.   That gas is expensive; right?
24    A.   I don't know.
25    Q.   Didn't you say the canoe that you had had engines in the
```

1   back?

2   A.   Yes.

3   Q.   Well, what did you put in those engines; gas?

4   A.   Yes.

5   Q.   So did you have to buy the gas to put in the engines?

6   A.   No.

7   Q.   Somebody just gave you the gas?

8   A.   I don't understand.

9   Q.   Let me try to make it more clear.

10       You testified on direct that you sometimes had to take a

11   canoe-type boat with engines in it to travel places; right?

12   A.   To fish.

13   Q.   To fish, okay.

14   A.   But the owner bought his own gasoline.  I did not buy it.

15   Q.   And you don't know anything about how much that gas costs?

16   A.   No.

17   Q.   You spend your whole life fishing on the ocean and you

18   don't know how much gasoline costs?

19   A.   Because the gas goes up and down.

20   Q.   Okay, fair, it's not always the same price, right, it

21   fluctuates?

22   A.   No.

23   Q.   But it costs money to buy gas; right?

24   A.   Yes, it does.  Yes.

25   Q.   So when you're fishing you're trying to conserve the gas

1    and go slower; right?

2    A.  Whoever's navigating, well, I believe so.

3    Q.  Well, when you were fishing in the canoe, did you go full

4    speed to go fishing or did you go slow to try to fish and save

5    gas?

6    A.  Well, it would depend, because if you were pressed for time

7    then you would go very fast, but if you had time, then you

8    would go at a slower speed.

9    Q.  Okay.  So let's go back to the panga that you were on with

10   your co-defendants.  Gas is spilling and you're in a boat

11   that's moving in the middle of the ocean; right?

12   A.  Yes.

13   Q.  For four or five hours, you said; right?

14   A.  Yes.

15   Q.  Eventually, the sun comes up and it's not nighttime

16   anymore; right?

17   A.  Yes.

18   Q.  And you can see all around you; right?

19   A.  Yes.

20   Q.  And the Mexicans, you said, are the ones who were driving

21   the boat, taking turns?

22   A.  Yes.

23   Q.  And you said they told you they were out there to try to

24   save some other people, not you, the ones they saved, but some

25   other people?

1    A.   Yes, other people.

2    Q.   And they were using a GPS to navigate?

3    A.   I didn't see it.

4    Q.   Oh, you never saw a GPS hand-held system on the boat?

5    A.   No.

6    Q.   No.  Did you ever see Moises on the boat?

7    A.   Yes.

8    Q.   He was on the boat?

9    A.   Yes.

10   Q.   But you never saw a GPS like he had on him?

11        MS. PINERA-VAZQUEZ:  Objection, asked and answered.

12   Never saw the GPS.

13   A.   No.

14   Q.   So for the four or five hours you were on the panga, did

15   you remain in one seat or did you move around?

16   A.   Yes.  No.

17   Q.   Well, which is it, did you stay in one seat or did you move

18   around?

19   A.   I sat there and I stayed there.

20   Q.   Okay.  And you stayed there until the sun come up and you

21   looked around to know who the people were on the boat, right,

22   and to see that there were no other boats anywhere around?

23   A.   Yes.

24   Q.   And at some point in time you saw a big airplane in the

25   sky; right?

```
 1   A.   When we were standing that the Coast Guards had stopped us

 2   over there, a plane went across the bow.

 3           MS. ANTON:   Judge, can I ask the interpreter to repeat,

 4   the defense counsel is talking and I was unable to hear the

 5   interpretation.

 6           THE INTERPRETER:   When we were standing that we had

 7   been stopped by the Coast Guard, a plane went across the bow.

 8   BY MS. ANTON:

 9   Q.   So the airplane didn't come until after you saw the Coast

10   Guard boats?

11   A.   When we were stopped over there, we had been stopped, the

12   Coast Guards arrived, and that's when the plane went by.

13   Q.   So when that plane went by it went pretty low; right?

14   A.   Yes.

15   Q.   Were you afraid at the time the plane went by?

16   A.   No.

17   Q.   You're used to seeing, you know, a humongous plane come two

18   feet above sea level?

19   A.   No, I'm not used to it, because I had not seen a plane like

20   that.

21   Q.   And so the boat stopped, the panga stops and now the Coast

22   Guard's there; right?

23   A.   Yes.

24   Q.   Okay.  And at some point in time they get onto the panga;

25   right?
```

1    A.    Three.

2    Q.    And you're thrilled because you've been rescued and now

3    here the United States Government is going to help you; right?

4    A.    Yes.

5    Q.    So as soon as they got onto the panga, the two men with the

6    interpreter, you knew somebody there spoke Spanish; right?

7    A.    No, I did not.

8    Q.    She talked to you in Spanish; didn't she?

9    A.    Yes, but at that time, I did not know that she would speak

10   Spanish.

11   Q.    Well, as soon as she started speaking to you, you knew she

12   spoke Spanish; right?

13   A.    Yes, yes.

14   Q.    So you knew you could communicate with her; right?

15   A.    Yes.

16   Q.    Okay.  And so at that moment when she got on the boat and

17   started speaking to you in Spanish, you told her, "I have

18   friends, people who are on another boat that was sinking, the

19   Coast Guard should go help them"; right?

20         You told them all that information; right?

21   A.    No.

22   Q.    You didn't tell them that?

23   A.    No.

24   Q.    You didn't say anything about that?

25   A.    No.

1   Q.   And at that moment in time you didn't tell them that you

2   were rescued by the Mexicans after being smuggled on this

3   horrible voyage, you didn't tell them that then?

4   A.   No.

5   Q.   And they had guns; right?

6   A.   No.  Well, the soldiers, yes.

7   Q.   You thought they were soldiers, they had guns, they had a

8   uniform on?

9   A.   Yes, they're policemen.

10   Q.   So you thought they were policemen from the United States

11   because you saw the flag.

12       You know what the flag looks like; right?

13   A.   Yes.

14   Q.   And you saw that flag flying in the back of their boat and

15   the blue siren, and they're wearing uniforms, you knew they

16   were policemen from the United States?

17   A.   Yes.

18   Q.   And you didn't tell them at that moment what happened to

19   you; right?

20   A.   No.

21   Q.   And you sat out there on that panga for the entire day;

22   right?  A long time?

23   A.   Yes.

24   Q.   And the interpreter was there speaking Spanish; right?

25   A.   Spanish and English, she spoke.

1    Q.   Right, because she communicated between both of you.

2         She asked you where you're from, what's your name; right?

3    A.   Yes.

4    Q.   And then you saw her tell the other police something, you

5    don't know what she said, but you saw her talking to them;

6    right?

7    A.   Yes.

8    Q.   Okay.  And you didn't tell her the ordeal you had been

9    through?

10   A.   No.

11   Q.   And after you were on that panga, you went onto the

12   Coast Guard cutter eventually; right?

13   A.   Yes.

14   Q.   And when you went to the Coast Guard cutter, they took you

15   to the doctor; right?

16   A.   When we went onto the big ship, yes.

17   Q.   Okay.  And the doctor looked at you, did an evaluation,

18   make sure you're okay; right?

19   A.   Yes.

20   Q.   She was using an interpreter to ask you questions; right?

21   A.   Yes.

22   Q.   And you answered those questions; right?

23   A.   Yes.

24   Q.   Did you receive medication?

25   A.   No.

```
 1   Q.   Did she look at your hands?

 2   A.   No, not her.

 3   Q.   Not the interpreter, the doctor or the nurse?

 4   A.   The doctor at the ship, yes.  My tongue.

 5   Q.   Okay.  And she asked you how long you were at sea?

 6   A.   No.

 7   Q.   She didn't ask you how long you were at sea?

 8   A.   No.

 9   Q.   She didn't ask you any questions?

10   A.   Not about the sea.

11   Q.   Well, what did she ask you?

12   A.   About illnesses, was I sick.

13   Q.   What did you tell her?

14   A.   That no, I was not sick.

15   Q.   Did you tell her that you were hungry being at sea 12 days

16   being smuggled and then on the panga and then on the cutter?

17   A.   They already knew that we were hungry.

18   Q.   But did you tell her that you were subject to these

19   inhumane conditions with people defecating and urinating for 12

20   days and that you might have something?

21   A.   Not to her and not to him either.

22   Q.   Who's "him"?

23   A.   The doctor at the ship.

24   Q.   So you didn't tell the interpreter on the boat and you

25   didn't tell anybody on the big ship; right?
```

1    A.   No.   No.

2    Q.   Did you tell the Mexicans on the panga where you were for

3    12 days before?

4    A.   Yes.

5    Q.   You decided it was okay to tell them?

6    A.   Yes.

7    Q.   And when you got onto the Coast Guard cutter you were

8    processed, right, they put you through a screening for your

9    health and then they changed your clothes; right?

10   A.   Yes.   What they were looking for was drugs, to see if I had

11   drugs in my mouth and my hands.

12   Q.   How do you know that?

13   A.   Because they told me, the person who spoke Spanish.

14   Q.   The person who spoke Spanish said, "Open your mouth so I

15   can see if you had drugs in your mouth and show me your hands?

16          MS. PINERA-VAZQUEZ:   Objection.   Mischaracterizes the

17   testimony.

18          THE COURT:   Overruled.

19   A.   Yes.

20   BY MS. ANTON:

21   Q.   But you had already been on that panga for nine hours;

22   right?   A long time, really a long time, six hours?

23   A.   I don't know how many hours but, yes, I had been there a

24   long time.

25   Q.   Okay.   Okay.   Let's talk about the clothes.   So we talked

1   about the life jacket and we talked about the backpack that you

2   brought with you onto the panga that came to your rescue.

3        So after you got on it, when you were rescued by the

4   Mexicans, when is it that you thought was a good time now to

5   change your clothes from the dirty one to put on this soccer

6   jersey?

7   A.   I changed on the ship.

8   Q.   Which ship?

9   A.   When we were leaving the ship that had the hold, as we were

10  leaving, getting out.

11  Q.   So you put on your good, clean clothes before you left the

12  mother ship, you're saying?

13  A.   Yes.

14  Q.   Of course, I suppose you left the dirty ones behind?

15  A.   In the ship.

16  Q.   And when you were on the mother ship, did you shave

17  everyday?

18  A.   No, because I didn't have a beard.

19  Q.   You don't grow a beard?

20  A.   I almost don't have one, very little.

21  Q.   You saw on the boat, the panga, the little panga with the

22  Mexicans, you saw there was a knife on the boat; right?

23  A.   Yes.  Because the policeman threw it out into the water.

24  Q.   Now, you saw that there was some trash on the floor and a

25  bunch of empty gasoline containers; right?

1    A.   Gasoline, yes.

2    Q.   And that gasoline was everywhere all over that boat; wasn't

3    it?

4    A.   Well, they had gasoline in the back where the engines were

5    and up front where I was seated.

6    Q.   And was it slippery on the boat?

7    A.   No.

8    Q.   Was there gas everywhere on the boat?

9    A.   Whatever would come out from the lids of the drums.

10   Q.   So only what would overflow when you were going -- you,

11   your normal speed in the boat?

12   A.   I didn't understand.

13   Q.   I'll ask a different question.

14        Did there come a time when you were on that panga that the

15   speed changed and it went very fast?

16   A.   We were going fast, normal.  We were going fast.

17   Q.   Which was it, were you going fast or were you going normal?

18   A.   Going fast, normal.

19   Q.   Did you know that you were going someplace, did they have

20   someplace to go?

21        Where did you think you were going so normally?

22   A.   Well, they turned on their motor and they started going

23   fast because -- I don't know about miles or knots -- I don't

24   know.

25   Q.   Well, explain to me what you mean when they turned on their

1    motors.  Weren't the motors on when they came to get you?

2    A.  Yes, but the one with the people on it, when it comes

3    close, they put it in neutral.

4    Q.  When they finish putting it in neutral and now they are

5    putting it into drive and you're leaving the sinking ship with

6    the other smuggled people behind to drown, did they go quickly?

7         MS. PINERA-VAZQUEZ:  Your Honor, objection.  Asked and

8    answered.

9         THE COURT:  Overruled.

10   BY MS. ANTON:

11   Q.  Do you understand my question?

12   A.  No.

13   Q.  What I'm trying to ask, from the time they picked you up

14   until the time you were stopped at the Coast Guard, did you

15   continue at the same speed, fast, or were you just going slow,

16   in your opinion?

17   A.  Well, the boat was going fast, I just couldn't tell you

18   because I don't know how many miles per hour or knots it was

19   going.

20   Q.  I'm not asking you how many miles per hour or knots.  I was

21   just asking fast, if it was going fast, and now you finally

22   said the boat was going fast; right?

23   A.  It was --

24        THE INTERPRETER:  The interpreter needs to ask for

25   clarification on the word being used by the witness as far as

1   "fast."

2           MS. PINERA-VAZQUEZ:  Yes.

3           THE COURT:  Ask the question again.

4           MS. ANTON:  I'm sorry.

5   BY MS. ANTON:

6   Q.   So the boat was going fast?

7           MS. PINERA-VAZQUEZ:  Your Honor, I believe that the

8   interpreter is not interpreting correctly and he just asked a

9   question so that the jury understands.

10          THE COURT:  That's why I wanted the prosecutor to ask

11  the question again.

12          MS. PINERA-VAZQUEZ:  I'm sorry.  Okay.

13          MS. ANTON:  I'm sorry, did we resolve the

14  interpretation issue?

15          THE COURT:  I asked you to ask the question again.

16          MS. ANTON:  Oh, I apologize, I thought I was waiting

17  for the interpreter.

18          THE INTERPRETER:  The interpreter needs to make a

19  clarification, the interpreter asked the witness what he meant

20  by the word that up until now had been translated as "fast,"

21  and he meant it was moving as opposed to fast.

22          There was some confusion because the word originally

23  used could be interpreted as fast.  However, apparently, in

24  this context, the meaning he was giving to the word was going

25  or moving.

```
 1              The interpreter stands corrected.
 2   BY MS. ANTON:
 3   Q.   The boat was moving, and at the time that the airplane came
 4   out of the sky and came low, what did the boat do?
 5        Did it go faster or did it go slower?
 6   A.   When the plane came, we had already stopped because the
 7   Coast Guard was coming and we didn't stop.
 8   Q.   Okay.  Well, do you remember after you got off the
 9   Coast Guard cutter being taken into Key West and being spoken
10   to by the Department of Homeland Security?
11   A.   Yes.
12   Q.   Do you remember that you sat down with an agent there?
13   A.   Yes.
14   Q.   And you remember that he went over your rights with you?
15   A.   Yes.
16   Q.   And you remember he told you that he wants to know what
17   happened and you don't have to tell him anything if you don't
18   want to; right?
19   A.   Yes.
20   Q.   But you decided that you wanted to talk to him and you made
21   a statement there; right?
22   A.   Yes.
23   Q.   And do you remember that that was November 5th?
24   A.   Yes.
25   Q.   Okay.  And that was just, what, 19 days after you had been
```

1    interdicted by the Coast Guard?

2    A.   I didn't understand.

3    Q.   Let me rephrase the question.

4         That statement that you made to the agent, that happened

5    right when you got off of the cutter that brought you into the

6    United States in Key West; right?

7    A.   Yes.

8    Q.   So this is the first contact that you're having with the

9    United States Department of Homeland Security; right?

10   A.   Yes.

11   Q.   And an agent sat down with you who spoke Spanish and talked

12   to you; right?

13   A.   There was one that spoke Spanish and one that spoke

14   English.

15   Q.   Right.  And they read you your rights and told you that,

16   "You're entitled to have a lawyer"; right?

17   A.   Yes.

18   Q.   "And we want to ask you some questions"; right?

19   A.   Yes.

20   Q.   "And you don't have to talk to us"; right?

21   A.   Yes.

22   Q.   "And that if you can't afford to have an attorney, pay for

23   one, that the United States will provide one for you"; right?

24   A.   Yes, I was told.

25   Q.   And they read that to you on a form that was in Spanish;

1  right?

2  A.  Yes.

3         MS. ANTON:  Permission to approach, Your Honor.

4         THE COURT:  All right.

5         MS. ANTON:  Government's Exhibit 60, defense counsel

6  has been provided in discovery.

7         MS. PINERA-VAZQUEZ:  Can I see it, please.  Thank you.

8  I want to see it.

9         MS. ANTON:  You were provided with one.

10  BY MS. ANTON:

11  Q.  Do you see the paper that I put up there in front of you,

12  Government's Exhibit 60.  Do you see that?

13  A.  Yes.

14  Q.  Do you recognize your signature on that?

15  A.  Yes.

16  Q.  Do you remember the agent sitting with you and reading

17  those rights to you?

18  A.  Yes.

19  Q.  And do you remember that they videotaped it when you did

20  that?

21  A.  Yes.

22  Q.  And you signed that freely and voluntarily; right?

23  A.  Yes.

24  Q.  Nobody forced you to sign that?

25  A.  No, because I had nothing to hide.

 1            MS. ANTON:  Right.  At this point, the Government would

 2    move 60 into evidence.

 3            MS. PINERA-VAZQUEZ:  No objection.

 4            THE COURT:  Be admitted.

 5            (Government's Exhibit 60 admitted into evidence.)

 6            MS. ANTON:  Permission to publish.

 7            THE COURT:  All right.

 8    BY MS. ANTON:

 9    Q.   Mr.  Valecillo, that's your signature there?  That's what

10    you signed; right?

11    A.   Yes.

12    Q.   And that document is in Spanish?

13    A.   (No response given.)

14    Q.   And it asked you those questions that I just asked you;

15    right, and you put an "M" next to all of them that you

16    understood it; right?

17    A.   Yes.

18            THE INTERPRETER:  Could the question be repeated so

19    that the interpreter has a chance to interpret?

20            MS. ANTON:  Sorry.

21    BY MS. ANTON:

22    Q.   And then you put an "M" next to each one of those things,

23    that's your "M"; right?

24    A.   Yes.

25    Q.   So after you went over your Miranda rights, you sat and

1    talked to the agent; right?

2    A.   Yes.

3    Q.   Do you remember that day?

4    A.   The 5th, November 5th.

5    Q.   And you were trying to tell the agent everything that

6    happened as accurately as you could; right?

7    A.   Yes.

8    Q.   Yes.   Okay.   And he told you that he wanted you to tell him

9    the truth; right?

10   A.   Yes, I said so.

11   Q.   And do you remember that he asked you questions about the

12   airplane?

13   A.   Yes.

14   Q.   And do you remember that you had a discussion about the

15   airplane swooping down when you were on the boat?

16   A.   Repeat that once more, I couldn't hear.

17   Q.   Do you remember that he asked you questions about the

18   airplane?

19   A.   Yes.

20   Q.   The airplane that was above you guys; remember?

21   A.   Yes.

22   Q.   And he asked you what happened when the Mexicans saw the

23   airplane.   Remember that?

24   A.   Yes.

25   Q.   And you said, referring to page 49 of the defendant's

1    transcribed statement for the record, that then they started

2    going faster.

3         The agent said, "And you say that they started going

4    faster," and you said, "Uh-huh."

5         Do you remember that?

6    A.   No.

7    Q.   You don't remember giving that statement to the Department

8    of Homeland Security on that date?

9    A.   I talked to them, but I don't remember.

10   Q.   You don't remember talking to them about the airplane?

11   A.   I told them the thing about the plane did happen.

12   Q.   Right, and you told them that when the plane came the

13   Mexicans went faster; right?

14   A.   I don't remember that.

15   Q.   Are you able to read in Spanish?

16   A.   A little.

17   Q.   Did you have a chance to read through your statement after

18   you made it?

19   A.   Yes, I read it once.

20   Q.   And you said it was video recorded; right?

21   A.   Yes.

22   Q.   And you had a chance to watch the video of your statement;

23   didn't you?

24   A.   Yes.

25   Q.   And today, eight months later, you just testified that you

1    were already stopped when the plane came; right?

2    A.   Yes.

3    Q.   So which one is it?

4    A.   When the plane came, we were already at a stop.  It went

5    across the bow and down low.

6    Q.   And who was in charge of that boat that you were on?

7         Who did it appear to you was in charge?

8         Garcia-Solar, was he in charge of the boat?

9    A.   Yes.

10   Q.   Yes.  And the boat that you were on that was sinking that

11   you got rescued from, that boat didn't have any drugs on it;

12   right?

13   A.   No.

14   Q.   And then the panga that you got onto with these four guys,

15   you didn't see any drugs on that one either; right?  At no

16   moment in time.

17        MS. PINERA-VAZQUEZ:  Your Honor, translation.

18        THE INTERPRETER:  The translation was "at no point."

19   BY MS. ANTON:

20   Q.   At no point in the four or five hours you were on the

21   panga, did you see any drugs on that boat?

22   A.   No.

23   Q.   You saw no big, high piled bales, boxes and material?

24   A.   Gasoline, the drums that were there.

25   Q.   Now, cocaine is made in Colombia; right?

1   A.   Well, that's what they say.

2   Q.   You don't know that?

3   A.   No.  Because I'm not a smuggler, nor do I know.

4   Q.   You work in the cocoa fields?

5   A.   Coconut and banana.

6   Q.   So there are lots of people working in the fields in

7   Colombia; right?

8   A.   Yes, many.

9   Q.   And so you live there your whole life?

10  A.   No, not my whole life.

11  Q.   In Colombia?

12  A.   No, in the country.

13  Q.   In the country.  And you don't know that Colombia produces

14  cocaine?

15  A.   I've heard it on TV.

16  Q.   Ah, TV, so we're back to the TV.  You do watch TV?

17  A.   I like it.  I don't have it at home.

18  Q.   You like to watch movies?

19  A.   A little, matches, the news.

20  Q.   And the news doesn't talk about cocaine trafficking in

21  Colombia?

22  A.   They put it on sometimes.

23  Q.   So you know that there's cocaine trafficking in Colombia?

24  A.   Colombia and many other places, not only Colombia.

25          THE INTERPRETER:  Can I have a little bit of water?

1          MS. ANTON:  Sure.  I believe there's some there.

2          THE WITNESS:  Thank you.

3          MS. ANTON:  I have no further questions.

4          THE COURT:  Redirect.

5          MS. PINERA-VAZQUEZ:  Briefly, Your Honor.

6                    REDIRECT EXAMINATION

7   BY MS. PINERA-VAZQUEZ:

8   Q.  Mr. Ortiz, I'm just going to clear up a couple things.

9        Do you remember when the prosecutor was asking you about

10  the time when the man gave you the $5,000 in cash on the beach?

11  A.  Yes.

12  Q.  What happens if you were to run away with that $5,000?

13  A.  You can't do that because in Colombia they'll kill you over

14  a hundred bucks.

15  Q.  So would you ever have taken that chance?

16  A.  Stealing, no.

17  Q.  Now, until what grade did you go up in school, until what

18  age did you study?

19  A.  Until the age of 10, third grade.

20  Q.  Now, they don't teach you about how fast a boat goes, knot

21  and mileage in third grade; do they?

22  A.  No, never.

23  Q.  And did you have a panga vessel when you fished with your

24  uncle?

25  A.  A canoe with my uncle.

1   Q.   So did you have any experience at all on how fast a panga

2   goes?

3   A.   No, because I never drove the engine.

4   Q.   Now, the prosecutor asked you about your facial hair.

5        Do you remember that?

6   A.   Yes.

7   Q.   She asked you if had shaved when you were in that cargo

8   hold for 12 days.  Do you remember that?

9   A.   Yes.

10  Q.   Do you shave on a regular basis?

11  A.   If I have something to shave, I shave; when there's

12  nothing.  I don't.

13  Q.   Do you have a lot of hair on your body?

14  A.   No, it doesn't grow, very little.

15       MS. PINERA-VAZQUEZ:  Your Honor.  At this time, I

16  request that my client be permitted to lift his shirt to

17  demonstrate that he does not have any hair on his chest.

18       THE COURT:  Sure.  Okay.

19  BY MS. PINERA-VAZQUEZ:

20  Q.   Mr. Ortiz, could you please step down.  Stay there.

21       Could you -- Mr. Ortiz, could you please unbutton your

22  shirt and show the members of the jury your chest?

23  A.   (Indicating.)

24  Q.   No hair on your chest; right?  Leave it open for a second.

25  Leave your shirt open a second, please.

1      Those marks that you have -- open your shirt, please.

2  Those marks that you have there, the scars, where are those

3  from?

4          THE INTERPRETER:  The interpreter could not hear.

5          The witness is not using the microphone, the

6  interpreter could not hear.

7          THE WITNESS:  When I was attacked, when I was with my

8  uncle.

9  BY MS. PINERA-VAZQUEZ:

10  Q.  Okay, you can close your shirt and sit down.

11      All right.  Do you remember, at the end of the prosecutor's

12  questions, she asked you about a form that you signed; right?

13  A.  Yes.

14          MS. PINERA-VAZQUEZ:  May I put the form on the Elmo,

15  which is defense exhibit -- sorry -- Government Exhibit 60?

16  BY MS. PINERA-VAZQUEZ:

17  Q.  Now, that "M," is that your signature on there?

18  A.  Yes.

19  Q.  "M" for Martin?

20  A.  Yes.

21  Q.  And you signed this on November 5th, 2016; correct?

22  A.  Yes.

23  Q.  And the officers that interviewed you asked you these

24  questions in Spanish; right?

25  A.  Yes.

1    Q.   The form is in Spanish?

2    A.   Spanish.

3    Q.   And among those rights is your rights to a lawyer if you

4    cannot afford one; right?

5    A.   Yes.

6    Q.   Did you pay me and hire me in this case?

7    A.   No.

8            MS. ANTON:   Objection, Judge.   Relevance.

9            THE COURT:   Overruled.

10   BY MS. PINERA-VAZQUEZ:

11   Q.   Did the Court appoint me to represent you in this case?

12   A.   Yes.

13   Q.   Because in this country, we have a constitution; right?

14   A.   Yes.

15   Q.   That provides lawyers for people who cannot afford them?

16           MS. ANTON:   Objection, Judge, as to whether this

17   witness knows what the United States constitution provides.

18           THE COURT:   Sustained.

19   BY MS. PINERA-VAZQUEZ:

20   Q.   Now, this interview that you gave the officers on November

21   5th was voluntarily -- did you give it voluntarily?

22   A.   Yes.

23   Q.   Now, do you remember when the prosecutor asked you about

24   you sitting in this courtroom for the last five days and

25   listening to all the witnesses that came in here?

1      Do you remember that?

2  A.  Yes, she did ask me.

3  Q.  And that the witnesses couldn't stay and listen to the

4  other people's testimony.  Do you remember that?

5  A.  Yes.

6  Q.  Now, today, to this jury is not the first time you tell

7  what happened to you; right?

8  A.  Yes.

9  Q.  You told this same story to those agents on November 5th

10  2016?

11      MS. ANTON:  Objection.  Objection as to improper.  The

12  prior consistent statement is being offered improperly.

13      THE COURT:  Sustained.

14  BY MS. PINERA-VAZQUEZ:

15  Q.  Did you tell the officers what happened on November 5th

16  2016?

17  A.  Yes.  Yes.

18  Q.  And was that the first time that you were interviewed by

19  Homeland Security?

20  A.  Yes.

21      MS. PINERA-VAZQUEZ:  I have no further questions.

22  Your Honor.

23      Thank you, Mr. Ortiz.

24      THE COURT:  Thank you, you may step down.

25      (Witness excused.)

1           THE COURT:  Where are we?

2           MR. ABRAMS:  Judge, the time stamps from the remaining

3    witness who we will play by video runs, according to the

4    transcript, one-hour-and-21 minutes.  That would be the extent

5    of what we are going to be putting on.

6           THE COURT:  Do you want to get started on that?  I'm

7    getting a yes, or do you want to -- okay?

8           JUROR FIVE:  Can I use the bathroom real quick?

9           THE COURT:  Do you want to do that?  I was going to go

10   to 1:00, but if we need to take a break, or we can just break

11   for lunch right now and come back in an hour.

12           JUROR:  Can I take a bathroom break real quick?

13           (Jury exited courtroom at 12:41 p.m.)

14           THE COURT:  Okay.  We're going to break for lunch.

15   We're going to come back at 20 minutes to 2:00, and you say you

16   have an hour-and-20-minutes worth of testimony, so that will

17   take us to 3:00.

18           MR. ABRAMS:  Five, 10 after.

19           THE COURT:  Okay, and then what?

20           MR. ABRAMS:  On behalf of Mr. Garcia-Solar, we're done.

21           THE COURT:  And everybody else is okay.

22           MR. BERRIO:  Your Honor, I have two photographs, still

23   photos that I spoken to the prosecution and they agreed that

24   that should come in.

25           THE COURT:  Okay, so that will take a minute.  What

1   about rebuttal?

2         MS. ANTON:  Judge, I anticipate now one rebuttal

3   witness.

4         THE COURT:  No rebuttal?

5         MS. ANTON:  One.

6         THE COURT:  And how long do you anticipate that

7   lasting?

8         MS. ANTON:  Maybe half an hour.

9         THE COURT:  Both?

10        MS. ANTON:  No, I wish I could say.  I'm going to say

11  no.

12        THE COURT:  So now we're up to four-ish.  What do you

13  want to do at that point?

14        MR. CHAMBROT:  Judge, obviously, we're not going to be

15  able to finish.  I don't know about my colleagues, I was going

16  to ask for half-hour of closing.

17        I'm certain that the Government is going to ask for

18  more than that; so if we do the math, it will be five-ish,

19  six-ish, seven-ish, eight-ish, it would be like nine-something,

20  and we would still be closing.

21        THE COURT:  You're not going to get a half an hour.

22        MS. ANTON:  I may not call -- if I have just a few

23  minutes to discuss, I may not call a rebuttal case.

24        THE COURT:  You may not get -- I don't mind -- I don't

25  want you to feel under any pressure --

1          MS. ANTON:  No, no, I don't.  I don't.

2          THE COURT:  -- because I'm not trying to force things

3     if we're not ready, but -- so is everybody on the defense side

4     asking for half an hour?

5          MS. PINERA-VAZQUEZ:  I'll take 20 minutes.

6          MR. ABRAMS:  Same for me.

7          MR. ENCINOSA:  Half hour.

8          THE COURT:  So you all can have 15 minutes apiece, and

9     that works out to how much, an-hour-and-45 minutes?

10         MR. BERRIO:  An-hour-and-45.

11         THE COURT:  Okay.  And how much time is the Government

12    requesting?

13         MS. VIAMONTES:  Forty, Your Honor.

14         THE COURT:  Total?

15         MS. VIAMONTES:  Yes.

16         THE COURT:  Seems reasonable to me.  So that brings us

17    to an-hour-and-45, two-and-a-half hours.

18         MR. CHAMBROT:  Seven o'clock.

19         THE COURT:  Two-and-a-half hours, depending on whether

20    they put on their rebuttal, two-and-a-half hours would get us

21    at 4:00, get us to 6:30, maybe 5:30.

22         At that point, it would be my inclination to just stop

23    unless the jury says they want to continue and I'm happy to do

24    it, but if we did that, then maybe we wouldn't be getting it to

25    them by 7:00.

1    Alternatively, we could get the closings out of the way

2    and come back Monday, instruct them, and then they can start

3    deliberating.

4         MS. PINERA-VAZQUEZ:  Whatever the Court wants is fine.

5         MS. ANTON:  Yes.

6         THE COURT:  Let's see where we go.  We're kind of

7    feeling our way, but that would be my inclination, okay, and we

8    worked out everything, I think, on the jury instructions and

9    the verdict form.

10        I don't know if she's given you the revised one.  I

11   know that you had some issue about how it was phrased and going

12   on to the next one.  I've edited that and we'll have something

13   for you.

14        MR. ABRAMS:  Yes, sir.

15        THE COURT:  If there are any objections that you want

16   to preserve for the record on the instructions or the verdict

17   form, make sure you bring it to my attention so the record

18   reflects any objections.

19        MR. RODRIGUEZ:  The only thing that I saw was in the

20   reasonable doubt instruction the word "possible" is underlined,

21   and I would object to that.

22        I mean, that's an emphasis on the --

23        THE COURT:  That's not in the pattern, is it?

24        MR. RODRIGUEZ:  I don't think so.

25        THE COURT:  I don't think it is either, so Martha, can

1   you take that underlining out?

2          MR. RODRIGUEZ:  Thank you, Judge.

3          THE COURT:  If there are any other objections, I just

4   want to make sure you have that charge conference opportunity

5   to make those objections.  Okay.  Yep.

6          MS. PINERA-VAZQUEZ:  Your Honor, before -- I think that

7   since my client testified, there might be one instruction that

8   has to be changed.

9          THE CLERK:  It's in there to accommodate.

10         MS. PINERA-VAZQUEZ:  Perfect.  I just didn't want you

11  to do it twice.  Thank you.

12         THE COURT:  See you back at 1:40.

13         (Luncheon recess taken from 12:36 p.m. to 1:40 p.m.)

14         MR. ABRAMS:  Should we distribute the transcripts?

15         THE COURT:  The ones that are there are the old ones.

16         They can get picked up.

17         MR. ABRAMS:  Yes, sir.

18         THE COURT:  Do you want to bring the jury out?

19         (Jury entered courtroom at 1:42 p.m.)

20         THE COURT:  We're all here.

21         Let's get to the testimony.

22         MR. ABRAMS:  Yes, sir.  Your Honor, at this time

23  Gabriel Garcia-Solar calls, by video testimony, Uribe Arteaga

24  Hernandez, and we will publish Defendants' Exhibit Y and Y1.

25         Do the members of the jury all have a transcript?

1          (Whereupon, the videotaped deposition of Uribe Arteaga,

2     Hernandez, which was taken on April 25, 2017, at the Hotel

3     Marriott in Mexico, will now be played for the Judge and Jury.)

4          (Chief District Court Judge K. Michael Moore and all

5     counsel agreed to incorporating the transcripts of the

6     videotaped depositions that were played in lieu of the court

7     reporter simultaneously recording same.)

8          (Videotaped deposition commencing in open court at 1:43

9     p.m. to 2:59 p.m.)

10          (Videotaped deposition concluded.)

11          MR. ABRAMS:  Your Honor, just to be complete, for

12     Mr. Garcia-Solar, through the depositions, Mr. Garcia-Solar has

13     offered Defense Exhibits A through -- initially, Exhibits A

14     through H, which were photographs of the defendant, through

15     Mr. Garcia-Solar, Exhibits B and G were identified, and I moved

16     those in, I believe my co-counsel moved in the remainder of the

17     exhibits.

18          We would move in Exhibits I through V, which consists

19     of the photographs, various photographs.

20          Exhibit V is the concession, which is the document

21     which was identified by Mr. Garcia-Solar and moved in during

22     the course of Mr. Ramon Garcia-Solar's deposition.

23          THE COURT:  Any objection?

24          MS. VIAMONTES:  No objection, Your Honor.

25          THE COURT:  Be admitted.

1          (Defendant's Exhibits A through H, I through V, B and G

2   admitted into evidence.)

3          MR. ABRAMS:  One additional item, Judge, is Exhibit

4   V-1, which is the English translation of the concession which

5   was prepared by the same interpreter who did the depositions,

6   which was provided to the former prosecutor, probably, in

7   February or March.

8          THE COURT:  No objection?

9          MS. VIAMONTES:  No objection, Your Honor, we rely on

10  translators.

11         THE COURT:  Be admitted.

12         (Defendant's Exhibit V-1 admitted into evidence.)

13         MR. ABRAMS:  Yes, sir, and with that and on behalf of

14  Gabriel Garcia-Solar, the defense rests.

15         THE COURT:  Next.

16         MR. RODRIGUEZ:  Your Honor, on behalf of Alonso

17  Barrera-Montes, we rest.

18         MR. CHAMBROT:  Your Honor, on behalf of Moises

19  Aguilar-Ordonez, we, too, rest.

20         MR. BERRIO:  Good afternoon, Your Honor.  On behalf of

21  Jose Candelario Perez-Cruz, Juan Berrio, Your Honor, I have a

22  motion to make prior to these exhibits that the Government and

23  I have agreed to, and it is a motion regarding -- it's a

24  procedural motion.  I think I should make it before we put

25  these exhibits into evidence.

1          I don't know if you would like for me to address this

2     in front of the jury.

3          THE COURT:  What is it -- I thought you had agreed

4     to --

5          MR. BERRIO:  We have, that it's admissible, but based

6     on my motion, procedurally, I think my motion should

7     procedurally proceed the entry of these two documents.

8          THE COURT:  What is that?

9          MR. BERRIO:  A motion to dismiss.

10         THE COURT:  All right.  I think for all of the

11    defendants, I suggest, just for the sake of procedure, we

12    reserve ruling on those and I'll note that your motion was

13    timely, but will reserve ruling on it.

14         MR. BERRIO:  I would like to move forward and introduce

15    these two exhibits that the Government and us have agreed to,

16    this would be Perez-Cruz 1, which is a photograph,

17    photograph of -- a still photo of the video, the video that's

18    in evidence as Exhibit 27.  These were taken off of the videos,

19    Exhibit 27.  And these are still photographs of the video, and

20    I would ask that you allow me permission to publish to the

21    jury.

22         MS. VIAMONTES:  No objection to their admission,

23    Your Honor.

24         THE COURT:  All right.

25         MR. BERRIO:  So let me just put this up on the Elmo.

1          Okay.  So this would be the first boat that would come

2    in as Perez-Cruz 1 and with the time stamped and everything,

3    this would be the first photo we would like the jury to see and

4    to take back with them with the other evidence.

5          And then the second photo would be Perez-Cruz 2, which

6    is also a still photo of the --

7          MS. VIAMONTES:  Your Honor, I'm going to object to the

8    editorializing.  It's in evidence and the jury can see it in

9    the back.

10         MR. BERRIO:  I just wanted to describe what it is for

11   the record.

12         THE COURT:  Well, it's just another still photo?

13         MR. BERRIO:  Yes, of the video of Exhibit 27, that's in

14   evidence.

15         THE COURT:  Okay.  All right.

16         MR. BERRIO:  Just, that's it.  So I'll just put these

17   in evidence.

18         (Defendant Perez-Cruz's Exhibit 1 and 2 admitted into

19   evidence.)

20         THE COURT:  All right.

21         MR. BERRIO:  So, at this time, on behalf of

22   Mr. Perez-Cruz, we rest, subject to that motion that we just

23   gave you.

24         THE COURT:  Thank you.

25         MR. do CAMPO:  Your Honor, on behalf of Jose

 1    Villez-Pico, we rest.

 2           THE COURT:  Thank you.

 3           MS. PINERA-VAZQUEZ:  Your Honor, on behalf of Martin

 4    Ortiz, who took the stand today and with the exhibits that we

 5    previously introduced into evidence, we also rest.

 6           THE COURT:  Thank you.

 7           MR. ENCINOSA:  Your Honor, on behalf of Jose Martin

 8    Lucas-Franco, we also rest.

 9           THE COURT:  Thank you.  The Government has an

10    opportunity for rebuttal.

11           MS. ANTON:  Judge, at this time, the Government calls

12    no rebuttal case.

13           THE COURT:  All right, ladies and gentlemen.  So here's

14    where we stand.  You've heard all the evidence that you're

15    going to hear in this case.

16           The next step in the trial are the closing arguments by

17    the lawyers, and we've discussed that out of your presence.

18           We're going to give the Government a total of 45

19    minutes to make their closing arguments.  They can break it up.

20    They get a chance to go first and then we hear each of the

21    defense attorneys; and if the Government has any time left from

22    the 45 minutes that it has allotted that it hasn't used, then

23    it can use that to respond to the defense closing arguments.

24           The defense closing arguments are collectively, seven

25    of them, 15 minutes works out to an-hour-and-45 minutes.  So

1   when you add that hour and 45 minutes to the 45 minutes to the

2   Government, that's two-and-a-half hours, and then I have to

3   give you some instructions, and that lasts about 15 minutes.

4   Now we're up to two hours and 45 minutes.

5        By that clock, it's about seven minutes after 3:00, so

6   we obviously need more time to get that all done than to the

7   5:00 or 5:30 hour.  We're here at your pleasure.

8        So I want you to think about this, and before we go

9   into closing arguments, maybe when you go back into the jury

10  room, you can discuss how you want to proceed.  We'll do

11  whatever you want to do.  If you want to stop at 5:00, we'll

12  stop at 5:00.  If you want to stop at 5:30, we will stop at

13  5:30.  If you want to just plow ahead and work late tonight, we

14  can do that, too.  If you want to do whatever you want to do

15  today, then we can pick up Monday morning and finish it before

16  it goes to you, okay.

17       So that's the status of things.  Why don't we take a

18  break, and then talk about it collectively and let me know how

19  you want to proceed.  Okay.

20       I have got your letter, so we're going to talk about

21  that with the lawyers as well.

22       JUROR FOUR:  Okay.

23       (Jury exited courtroom at 3:07 p.m.)

24       THE COURT:  Have a seat.  As I mentioned earlier,

25  Mr. Davila, who is Juror Number 10, is the director of

1    community services for the City of Key West, and he says I must

2    present -- or the budget workshop begins Monday July, 17th, and

3    runs through Wednesday, July 19th, 2017, and I must present my

4    department budget to the Mayor and City Commission to obtain

5    the funding for the 2018 fiscal year.

6         So, I don't know what day -- what their plans are in

7    terms of what they want to come back and tell us they want to

8    do.

9         THE INTERPRETER:  Your Honor, from the interpreters, we

10   can't hear you very well.

11        THE COURT:  I don't know what the jury's going to tell

12   us they want to do, whether they want to plow ahead or whether

13   they want to break for Monday.  But I think we're risking it,

14   in my opinion, to keep Mr. Davila on the jury at this point.

15        I mean, I'm happy to have him sit through the closing

16   arguments and the instructions, you know, maybe he'll have a

17   pang of civic conscience and say that staying on the jury is

18   more important than his budget, but I'm not sure that I can

19   expect that.

20        But in any event, what are your thoughts?

21        MS. VIAMONTES:  Your Honor, the Government has no

22   objection to dismissing him now and replacing him with the

23   first alternate.

24        MR. ABRAMS:  We agree.

25        THE COURT:  Everybody agree?

1           MR. RODRIGUEZ:  That's correct, Your Honor.

2           THE COURT:  Do you want to get rid of him -- do you

3      want to excuse him now or do you want to allow him to sit

4      through closings?

5           MS. VIAMONTES:  I think it's better to let him know now

6      that he's excused.

7           MR. ABRAMS:  Of course, if he wants to sit through,

8      obviously, after he sat through a week of trial --

9           MS. PINERA-VAZQUEZ:  Let him work on his budget.

10          THE COURT:  Let's take a break and then we will back

11     and start closings.

12          MS. VIAMONTES:  Your Honor, I have a couple of issues

13     that I would like to raise now before closings, Your Honor.

14          Your Honor, I would like to ask the Court to instruct

15     defense counsel or to preclude defense counsel from commenting

16     on who's in the audience, in the galley.

17          We do have several of the witnesses here who have been

18     here throughout the trial, they flew in for the trial, they

19     stayed in case we needed them for rebuttal; and as part of

20     their training, they wanted to sit here for closing.  We would

21     think it's improper to comment on who's here to watch closing

22     argument, so we'd ask the Court to preclude them from

23     commenting on that.

24          THE COURT:  Does anybody plan on doing that?

25          MS. PINERA-VAZQUEZ:  I don't know, Judge.  Silvia

1    Pinera on behalf of Martin Ortiz.  Quite frankly, I hadn't seen

2    them, I'm glad they're here, until she mentioned it.  But I

3    don't know if I'm going to be addressing them.  But in all

4    trials I've had, certainly, I've had the Government point out

5    people who have been in the audience supporting, so no, I would

6    object to being precluded.

7         I don't think there's any legal basis to preclude from

8    my -- on behalf of by client.  If I decide I want to address

9    the fact that people -- them, or anybody else, is sitting in

10   the audience.

11        THE COURT:  I don't see the problem.  I mean, it's

12   argument, it's not evidence.  I mean, they're probably here for

13   a reason.  And, you know, I think if any argument like that is

14   made, I think you can respond to it.  It's a public proceeding

15   and they're welcome to be here, but I don't see where the

16   prejudice comes from.

17        MS. VIAMONTES:  Your Honor, they're going to imply that

18   they have an interest in the outcome of the case, that's what

19   they're going to imply, and I think that would be

20   inappropriate, because it's not a comment on the evidence.

21        THE COURT:  I mean, would it come as a surprise to

22   anybody that they do have an interest in the case?

23        MS. PINERA-VAZQUEZ:  They're sitting there in uniform.

24   I don't think it's a surprise.

25        THE COURT:  I'm glad they do have an interest in the

1    case.

2         MS. PINERA-VAZQUEZ:  Yeah, they should.  Good.  I'm

3    glad they're here.

4         THE COURT:  It's one thing to have an interest in the

5    case.  It's another thing to say because I have an interest in

6    the case that, therefore, you shouldn't believe me, or they

7    shouldn't be believed.  If that's your argument, I think that's

8    an entirely different argument.

9         MS. VIAMONTES:  Okay.  Then the second issue,

10   Your Honor, defense counsel should not be allowed to argue that

11   the case doesn't belong here, the jurisdiction argument that

12   they've raised throughout.

13        THE COURT:  That would be an improper argument.

14        MR. BERRIO:  That's a non-issue with us.

15        MS. VIAMONTES:  Thank you, Your Honor.

16        THE COURT:  I know you had a motion.

17        MR. BERRIO:  I do, Your Honor.

18        THE COURT:  And I think all of you have the same or

19   similar motion.

20        MR. BERRIO:  Yes, Your Honor, I just want to make a

21   motion at this time on behalf of Jose Candelario Perez-Cruz, I

22   would move to dismiss this case based on the destruction of

23   evidence in this case.  I think the testimony was elicited to

24   that effect, and that's under the due process clause of the

25   14th Amendment, the destruction of evidence.

```
1        There are two types of evidence.  There's materially
2   exculpatory evidence and, under Brady, the suppression by the
3   Government of evidence favorable to an accused violates due
4   process, where the evidence is material either to guilt or
5   punishment, irrespective of good faith or bad faith by the
6   Government.
7        Impeachment evidence and exculpatory evidence both fall
8   within the Brady rule, and that's United States versus Bagley,
9   473 U.S. 667, 1985.
10        Then there's a second type of evidence, the destruction
11   of that will prejudice the defendants, and that's the evidence
12   that's potentially useful to the defense requires a due process
13   violation, requires a showing that the Government acted in bad
14   faith when it destroyed the evidence, and that's Arizona versus
15   Youngblood, that's 488 U.S. 51, 1988.
16        And what is the evidence that was destroyed in this
17   case, Your Honor?
18        The evidence that was destroyed in this case was the
19   panga boat.  The panga boat was destroyed and, apparently --
20   and they testified that that's apparently regular course in
21   these types of cases.
22        They also destroyed the two motors, the Yamaha, the
23   115, 85 -- I mean, a 115 horsepower and an 85 horsepower,
24   preventing us from investigating these motors, investigating
25   the boats, seeing how operable they were, how old they were,
```

1  how strong they were, whether they can move this type of load

2  with all this weight.

3         Besides that, and more problematic for me, is the video

4  and audio evidence in this case.  There was over two hours of

5  video filmed in this case, Your Honor, of what was happening

6  down below by the Navy, and that video contained audio, a great

7  deal of audio of what they were witnessing down below, what was

8  happening.

9         And that audio footage has been suppressed from the

10  defense but for maybe less than two minutes, maybe two minutes

11  of that audio was not suppressed from us, and that was in the

12  highlights version, the original highlights version tape that

13  was provided to us was six minutes and 55 minutes [sic] long.

14         And it contained less than two minutes of audio, and

15  that audio, I think, was very helpful to us, because they made

16  various statements amongst the crew, the Navy that was up in

17  the air, about not being able to target who was down below, and

18  there was comments amongst themselves about their inability to

19  locate the boat or a target or to mark a target.

20         Who knows what another two hours of audio would have

21  revealed to us.

22         Ms. Pinera Vazquez moved to compel the full video and

23  the full video was provided.  We were provided with a video

24  that said, "Raw footage."  So I anticipated that this was going

25  to be everything, everything that was video recorded by the

1    Navy, including the audio.

2        But even that raw footage that was provided to us did

3    not contain all the video that the Navy has.  It has big gaps

4    of time, a six-minute gap, it had a 15-minute gap, and it had

5    other gaps as well.

6        So, in total, there was over two hours of video

7    recorded by the Navy and we received, I believe, 75 minutes, so

8    we're missing a substantial amount of video.

9        But maybe even worse than the video itself is the

10   actual audio.  We're missing two hours of audio.  We were only

11   provided with two minutes.  And those two minutes, I think, are

12   significant in what was said during those two minutes,

13   regarding what was happening down below.

14       And 51 minutes of video was where it gaps.  And the

15   issue is here that the Government -- this issue was brought to

16   the Government and it was told, look, you haven't provided

17   everything -- there's obvious gaps in this video, and the

18   Government was on notice that we wanted it all, and the Court

19   said, "Provide it all;" and even then they didn't provide it

20   all.

21       They provided us all the footage, but they cut out the

22   audio, even the audio that was in the original highlight film,

23   the six minutes and 55 seconds, that was cut out of the

24   subsequent audio from the video, all of it.

25       So instead of giving us everything, they still edited

1    it out some, and that was all testified to by, I believe,

2    Mr. Baidenmann -- Officer Baidenmann and Commander Imlah, I

3    believe his name was.

4         So, on behalf of my client, I believe that that

5    evidence is material, it is exculpatory, and I would move to

6    dismiss this case on that basis.

7         In case Your Honor does not believe that it's material

8    and exculpatory, I believe that it would fall under the second

9    type of evidence and the second standard, which is a showing

10   that the Government acted in bad faith when it destroyed the

11   evidence.  And I'm not saying that these prosecutors destroyed

12   this evidence, no, or suppressed the evidence.

13        I'm saying that the Navy, instead of giving us all the

14   footage, they said, "All right, let's give them the video, but

15   now let's take out the audio that we missed, inadvertently

16   forgot to -- that we inadvertently gave them to begin with,

17   let's take that out now, and I think it was significant, what

18   was said in those statements during that video; and based on

19   that, I would move to dismiss this case.

20        THE COURT:  Well, a couple of points.  First of all,

21   it's rank speculation what was on the tape that would be

22   exculpatory.  I mean, asserting it doesn't make it a fact.

23        But the other point that -- when did you learn that you

24   had tapes where there was audio that was not included on the

25   video?

1          MR. BERRIO:  We were provided with the highlights early

2     on into the case.

3          THE COURT:  When?

4          MR. BERRIO:  No, no, the highlight reel, the short

5     version that was provided early on in the case.  That

6     Ms. Pinera Vazquez requested repeatedly, "Provide all the

7     video, provide all the video," in or around in June, June 20th,

8     more or less.

9          MS. PINERA-VAZQUEZ:  We been requesting it since

10    January.  We filed a motion --

11         MR. BERRIO:  Yes.  You were requesting repeatedly

12    motion to compel, motion to compel, motion to produce.  We were

13    even told by Mr. Behnke that they couldn't produce it because

14    it had sensitive information.

15         Then on June 20th, I believe, these prosecutors, the

16    new prosecutors said, "Okay, here's the video, all the raw

17    video, all the raw footage."  I believe they provided it, more

18    or less, on June 20th.

19         Thereafter, I sat down, I started listening to it.  So,

20    sometime after June 20th, I realized that the audio that was in

21    the original highlights reel had been taken out, and they

22    testified here in court today that they're taped the whole

23    time, they're speaking over the phone, over the microphone or

24    into their headsets the whole time.  I learned that here during

25    the trial, that they're always on, they're always communicating

1   about what's going on, what's happening down below, and I

2   learned that there should be about two hours of audio.

3          I learned that about Monday, I believe, the first day

4   of the trial, or Tuesday.

5          THE COURT:  You learned what?

6          MR. BERRIO:  That they speak to themselves throughout

7   the whole time that they're up on these missions.

8          THE COURT:  Okay.

9          MR. BERRIO:  And that that's all recorded and we should

10  have it, and we also learned that there's a Part 6 that is

11  missing.

12         I believe Commander Imlah testified to that fact, and

13  so we just learned it Monday and Tuesday, more or less, was

14  when I could tell you that I learned of that.

15         THE COURT:  All right.  Any response from the

16  Government?

17         MS. ANTON:  Do you want a response from the Government?

18         THE COURT:  I want to give you an opportunity to make

19  one.

20         MS. ANTON:  Well, Judge, first and foremost, I clearly

21  wasn't the original prosecutor on the case, but when the

22  original highlights reel was provided to defense counsel, at

23  that point in time, they knew there was audio on it because it

24  had audio.

25         So, on June 20th, when they received the one I provided

1    them which didn't have any audio.  If they wanted to make a

2    bigger issue of it, they could have moved to compel that.  They

3    moved to compel the video, which is why I got the wrong footage

4    of the video for them.  I was able to go through classification

5    hoops and get that done so that they have the whole thing.

6         Part 6 is contained on the highlights reel, that's why

7    it is not on the raw footage, that's what the witness testified

8    to, it's post-jettison, and it's there.

9         There is nothing exculpatory that defense counsel was

10   able to put forward.  It's all, as Your Honor said, pure

11   conjecture and speculation.

12        The motion to suppress initially was denied.

13   Ms. Pinera filed that on the basis of this video.  The motion

14   to dismiss the case now seems pretty untimely.

15        Defense had a chance to cross-examine all of these

16   witnesses on exactly these issues.  Clearly, the government

17   didn't act in bad faith in this case.

18        THE COURT:  Well, I don't think there's been any

19   showing of bad faith.  I think to the extent that it's been

20   developed through examination of the witnesses, we've heard the

21   explanations for why they did what they did, and I also

22   believed that after June 20 there was an opportunity to file a

23   motion to dismiss prior to the trial time.

24        Beyond that -- I don't think there's a legal basis to

25   dismiss the case.  To the extent you want to argue that somehow

1    the Government has withheld some sort of evidence that you

2    claim is exculpatory, I think you're free to argue that

3    factually to the jury, if you think that has merits, so that's

4    the way we will handle that.

5         Okay.  The motion to dismiss is denied.

6         What else?

7         MR. ABRAMS:  Renew Rule 29, Judge.

8         THE COURT:  Yes.  Okay.

9         MR. ABRAMS:  Judge, now at the close of all evidence,

10   pursuant to Rule 29 of the Federal Rules of Criminal Procedure,

11   we move for judgment of acquittal as to each count charging

12   Mr. Garcia-Solar.

13        I will rely upon the same arguments made at the close

14   of the Government's case, but basically saying the Government

15   has failed to prove a sufficient case -- they have failed to

16   prove a case which would -- by which a jury could find beyond a

17   reasonable doubt that Mr. Garcia-Solar was a knowing

18   participant in either of the two counts charged in this case.

19        I would also renew the motion to dismiss on the

20   jurisdictional grounds, and the comment that I made in response

21   to the prosecutor's suggestion that we not be able to talk

22   about jurisdiction when I said that's a non-issue, it's a

23   non-issue with respect to an argument to the jury because we

24   certainly recognize it's a legal issue, not a factual issue.

25        I just want to make sure the record's clear, we have

1    not abandoned the jurisdictional issue.

2          THE COURT:  Do all defense attorneys adopt Mr. Abrams'

3    arguments?

4          MR. RODRIGUEZ:  Yes, Your Honor, on behalf of Alonso

5    Barrera-Montes, we also file a motion for Rule 29, motion for

6    acquittal, adopt our previous argument and previous motions and

7    objections in this case.

8          MR. CHAMBROT:  As to Moises Aguilar-Ordonez, we will

9    adopt all motions and objections.

10          MR. BERRIO:  Yes, Your Honor, on behalf of Jose

11    Candelario Perez-Cruz, we also adopt all motions and

12    objections.

13          MR. do CAMPO:  On behalf of Mr. Villez-Pico, we also

14    adopt and renew all motions.

15          MS. PINERA VAZQUEZ:  Same as to Martin Ortiz.

16          MR. ENCINOSA:  Yes, on behalf of Mr. Lucas Franco, we

17    also adopt all motions and objections, Your Honor.

18          THE COURT:  Okay.  They will be denied based on the

19    same standard -- I shouldn't say on the same standard, but

20    they'll be denied as well at the close of all the evidence.

21          One other matter.

22          We went back over the pattern instruction on reasonable

23    doubt.  The pattern does have the word "possible" underlined,

24    so because it's the pattern, I think we should stick with the

25    pattern instruction.

1           So let's see, what else do we need to do?

2           Do you want to take a break before --

3           MS. PINERA-VAZQUEZ:  Your Honor, will we get hard

4    copies of the instructions?

5           THE COURT:  You should.

6           MS. PINERA-VAZQUEZ:  Just for closing.  Thank you,

7    Judge.

8           THE COURT:  Have you seen the verdict form, too, now?

9           MS. ANTON:  Yes, we have seen the verdict form.

10          MR. RODRIGUEZ:  Ten-minute break, Your Honor?

11          THE COURT:  Okay.

12          (Recess taken from 3:26 p.m. to 3:34 p.m.)

13          THE COURT:  Did you say you want to let him sit on

14   closing or just get rid of him, excuse him now?

15          MR. CHAMBROT:  Judge, I would say something to him.  I

16   don't feel like throwing him out.  If he wants to stay, he can

17   stay.

18          MR. ABRAMS:  He can be told that he's not going to be

19   sent back to deliberate.

20          MR. ENCINOSA:  In that case, he should be excused

21   already in order to avoid any problems.

22          THE COURT:  Tell Mr. Davila that we want to -- bring

23   him out here.

24          (Juror Davila entered courtroom.)

25          THE COURT:  Mr. Davila, we got your letter, we thank

1    you for your jury service.  The trial has gone a little longer

2    than what we had indicated to you.  But I know your budget work

3    is important for yourself and on behalf of the citizens of

4    Key West and the City Management, and so I think after

5    discussing it with the lawyers, we think the best thing to do

6    is just go ahead and excuse you.

7         You probably want to spend some time getting your stuff

8    together for the budget.  On the other hand, if you want to

9    hear the closing arguments, you've invested a week here, you're

10   welcome to stay behind and hear the arguments, but if you want

11   to get on your way, we certainly understand.

12        But either way, we appreciate your jury service.

13        JUROR DAVILA:  I would actually like to leave, I opened

14   a park today in the City of Key West, but I missed the whole

15   opening so...

16        THE COURT:  Thank you.

17        Can we bring the other jurors out?

18        (Juror Davila was excused and exited courtroom.)

19        (Jury entered courtroom at 3:37 p.m.)

20        THE COURT:  So, by now, I guess you know that

21   Mr. Davila couldn't stay with us, so Ms. Condella, this is why

22   we select alternates.

23        If you can please move down, you have good neighbors,

24   and Mr. Patrick, you can also move down one so we don't leave

25   you out there on an island.  All right.

1          Do you have kind of an assessment?  I know we spent

2    more time away from you already, but what's your druthers?

3          JUROR SIX:  Yes, Your Honor.  We unanimously decided to

4    try to work through it tonight.

5          THE COURT:  Okay.  So we're at the point of hearing

6    from the Government for purposes of making closing arguments.

7          When you hear the sonar sign that means your 45 minutes

8    is up, or 15 minutes is up, and that doesn't mean continue

9    talking through the sonar, it means your time is up.

10         So just out of respect for the rules, please observe

11   those time limitations.

12         With that, we'll hear from Government counsel.

13         MS. VIAMONTES:  Thank you, Your Honor.

14              GOVERNMENT'S CLOSING ARGUMENT

15         MS. VIAMONTES:  Ladies and gentlemen of the jury,

16   desperate times call for desperate measures.  That's why on

17   October 11th, 2016, Martin Ortiz left the shores of Colombia

18   with two Ecuadorians to meet up with the four Mexicans that are

19   seated on this side, to make a quick buck.  That's why they

20   risked their lives on the open ocean on a 26-foot panga,

21   because they were desperate, and $10,000 is a lot of money for

22   them.

23         Here we have, at least 28 million dollars, over 940

24   kilos of cocaine that these seven crew members attempted to

25   bring in or toward the United States, which would have been

1    worth over 200 million dollars once it hit the streets of South

2    Florida.

3         Ladies and gentlemen, what I'd like to do now is go

4    over the evidence in the case and the law, and show you how

5    when you put the facts to the elements of the case that the

6    judge will instruct you on later today, there's only one just

7    verdict as to each defendant and each count, and that is a

8    verdict of guilty.

9         The Judge will instruct you, and I'll review Count 2

10   first.  The Judge will read to you the following:

11        The Judge will tell you that all seven defendants are

12   charged with knowingly and intentionally possessing with intent

13   to distribute a controlled substance, specifically, cocaine,

14   five or more kilograms of cocaine, and he's going to read to

15   you the following elements, the following four elements here:

16        First, the defendants were on a vessel subject to the

17   jurisdiction of the United States.

18        Ladies and gentlemen, the Judge will also tell you that

19   that issue is a legal issue which the Court has already

20   decided, so you don't need to worry about element number one.

21        Secondly, the Judge will tell you the defendants

22   knowingly possessed the controlled substance and here,

23   specifically, it's cocaine.

24        The defendants intended to distribute the controlled

25   substance, specifically the cocaine, is element three.

1        And lastly, that the weight of the cocaine was at least

2    five kilograms.

3        Well, let's talk about the evidence.

4        We know the first thing that happened, a Navy MPA, a

5    military patrol aircraft, spots this vessel, spots this 26-foot

6    vessel, and looks at it, and looks at it for over an hour,

7    says, "Hey, something looks suspicious here, small vessel out

8    in the open ocean almost 200 nautical miles offshore, let's

9    look at it a little closer.

10        "Wait, it has two outboard engines.  It has a tarp

11    covering some cargo.  Wait, it doesn't have any fishing

12    equipment.  Let's take a look at it a little closer," and then

13    what do they see?

14        They see jettison, they see them start dumping stuff

15    frantically overboard, and then they high-tail it out of there,

16    and they high-tail it out of there for about an hour.

17        Ladies and gentlemen, amongst the instructions the

18    Judge will read to you, he will read to you an instruction on

19    flight.

20        The bottom line is this:  Innocent people do not flee

21    at this rate of speed.

22        They don't high-tail it and spend tons of gas, which is

23    very expensive for these poor fishermen, unless they're guilty,

24    and that's what we see.  We see the flight for over an hour,

25    and they ultimately stop.

1          Why do they stop?

2          You'll see in parts of the video when you watch it back

3     there, and I submit, watch it, watch the whole thing, look at

4     all the evidence.  You'll see that the driver, one of the four

5     Mexicans -- who all took turns, as we've heard throughout the

6     trial, even from their own witnesses -- as he's fleeing, he's

7     looking back.

8          Why is he looking over his shoulder?  To see, are they

9     catching up?  And they ultimately stop because the MPA swoops

10    down and comes within 200 feet of this airplane -- of this

11    vessel, and they're scared, so they stop.

12         Lights, sirens are running, that wasn't enough.

13         But once the U.S. Navy came in, they stopped.  And what

14    do we find on board?  A GPS.  Ladies and gentlemen, this GPS

15    tracked the defendants' every move.

16         These defendants were tracked along the whole route.

17         We know they were tracked by the Navy.  The radar was

18    on them the entire time.  Defense counsel will have an

19    opportunity to get up here and they're going to tell you all

20    about the target data not coming into the camera, but what do

21    we know about them being tracked?

22         We know that the radar had them the entire time.  And

23    you heard from Petty Officer Cody Baidenmann, who told you that

24    at all times his radar was fixed on their panga, the entire

25    time.  The Navy tracked them.

1          But guess what, they tracked themselves.  Their GPS

2    tracked them.  Their GPS tracked them as they traveled -- as

3    the one vessel traveled south from Mexico and the drug

4    traffickers in Colombia tracked them as their expensive load

5    reached the next point in the distribution chain.  They were

6    tracked the entire time.

7          Now, is this mere coincidence?

8          Ladies and gentlemen, I submit to you, if a picture is

9    worth a thousand words, this map with the GPS points tracking

10   both of these vessels as they merge, once they meet and

11   continue up toward Mexico is worth a million.

12         And what else is important?  The vessel bringing the

13   drugs.  That vessel loiters for a while, these vessels loiter

14   for a while.  Why is that?  Because they're waiting.  They're

15   waiting to meet each other.  They're waiting for the load.

16         And why is that?  Because they have an agreement.  So

17   the evidence shows -- the evidence submitted -- you have the

18   video from the MPA, the radar at all times tracking them,

19   they're finally interdicted.  There is not one other vessel 20

20   to 30 nautical miles from this panga target of interest.

21         We know that because these Navy officers came in and

22   told you, and the Judge will tell you that testimony is

23   evidence, so you have the right to disbelieve them, absolutely,

24   and it's your job to judge their credibility, but they took the

25   stand, these officers, swore to tell you the truth and they

1    told you what they saw and they told you what they recorded and

2    they told you what was on the radar, both Commander Imlah and

3    Petty Officer Cody Baidenmann.

4          And they told you that they tracked that panga, they

5    saw the jettison, and you get to see the video, as soon as

6    those packages are dumped, they high-tail it out of there.

7          For about an hour, at 30 nautical miles, these poor

8    fishermen are spending fuel.  Well, luckily, we're in Key West

9    and many of your are familiar with boating and how expensive

10   boat fuel is, why would they go 30 nautical miles, at 30 knots

11   if they're not fleeing away from something?

12         They're fleeing at 30 knots because they just dumped

13   this load, this huge load of over a ton of cocaine worth over

14   $28 million.  But what do they do when they drop it?  They drop

15   a waypoint with that GPS.

16         Why is that important?  That's a lot of money.  That

17   dope is a lot of money, and they need to answer to someone.

18   They want to come back and get it or report back where they

19   dumped it so the next person in the distribution chain can come

20   back and get it, and that's why they dropped that waypoint.

21         Is that another coincidence?  What a coincidence.  On

22   their device, the device recovered from Moises Ordonez, from

23   his pocket, had a waypoint exactly where the jettison was

24   observed.

25         And then they recover the bales.  It has a spot

1    tracker.  Not a surprise.  As you heard from the expert, Marcos

2    Suarez from HSI, that's quite common, quite common that drug

3    traffickers want to know where their expensive commodity is, so

4    that they can track it, so that they're not ripped off, and so

5    that they can warn the next person in the distribution chain

6    when it will arrive.

7         The data's obtained from the company and, sure enough,

8    it matches up perfectly with the GPS, perfectly.

9         Ladies and gentlemen, I submit to you that all of the

10   evidence in this case, all of it, the video, the testimony, the

11   electronic evidence, all point in one direction, to all seven

12   of these crew members, that's where the evidence points.

13        Now let's talk a bit about Count 1.  Count 2 charges

14   possession with intent to distribute, and Count 1 charges a

15   conspiracy with intent to distribute.

16        Now, in possession, there's many ways to possess

17   something.  You can actually possess it, such as I'm actually

18   holding these papers in my hand, or constructively possessing

19   it, I'm near it, I have control over it.

20        I submit to you when someone dumps barrels and abandons

21   them, they've already possessed them.  And for a conspiracy, we

22   need an agreement.  So let's go over Count 1 and how the

23   Government has proved the elements of Count 1.

24        The Court will instruct you that in order to prove a

25   conspiracy -- I know this is kind of difficult to see -- the

1   Government must prove the follow three elements beyond a

2   reasonable doubt:

3         First:  That two or more people in some way agree to

4   accomplish a shared and unlawful plan to possess a controlled

5   substance, specifically, cocaine.  An agreement, and you might

6   be sitting there thinking, well, an agreement, I mean, we don't

7   have a contract, we don't have a formal contract.

8         Well, a formal contract is not required.  How do we

9   know that they agreed?  How do we know?

10        The Judge will tell you, you can use your common sense,

11  you're not required to check it at the metal detector when you

12  walk in here, and your common sense will tell you that they had

13  an agreement.

14        They knew exactly where to go, these two vessels met,

15  the one bringing the dope that you learned from the expert is

16  many times scuttled because it's too expensive to send it back.

17  They rendezvoused in a location and traveled back toward

18  Mexico.

19        If they hadn't agreed to that, if they didn't know, why

20  would they be at those exact points?  And why would the cocaine

21  with the spot trace -- tracker now be following the GPS and on

22  the same vessel?

23        You heard even from their own witness, there was no

24  other panga.  There was no other vessel following closely that

25  could have produced this other track point.  Those track points

1    are close because they're on the same vessel.

2         How else do we know they had an agreement?

3         They're the seven musketeers.  One stopped -- they

4    initially all say, "I'm the captain, I'm the captain"; but then

5    the boss, Garcia-Solar, and we heard, even from the defendant,

6    Mr. Ortiz, that he was the boss, he took charge.  He spoke up

7    for everyone and explained that he was the captain and they

8    were all Mexican.

9         Do you hear any of them pipe up and say, "No, wait a

10   second, I'm Colombian.  No, no, I'm Ecuadorian."

11        You don't hear that because they had an agreement.

12   They had an agreement, and they were sticking to their

13   agreement and their plan.

14        Ladies and gentlemen, you heard from HSI Special Agent

15   Marcos Suarez who explained to you that these drug trafficking

16   organizations in Colombia are quite sophisticated, and yes,

17   they pick fishermen.

18        The defense attorneys are making -- have made a great

19   deal to show you, or have gone through great lengths to show

20   you how poor they were.  Mr. Garcia-Solar lived in a very poor

21   house, didn't have a toilet in his house.

22        We're not telling you we're prosecuting Pablo Escobar

23   and El Chapo, that's not what we're saying.  What we're telling

24   you is that those seven men, these seven crew members are an

25   essential component to the distribution chain, and without

1    these seven desperate men willing to go and endure desperate

2    measures, the drugs don't get here to the United States.

3    They're a key component to these drug trafficking routes.

4         And you learned from HSI Agent Suarez that they're

5    picked because of their expertise as fishermen, they know how

6    to navigate, and because of their desperate situations.

7    They're trained, they're equipped with everything they'll need

8    for their route and they're told exactly what to do.

9         They're told to jettison, dump those packages

10   overboard, drop a waypoint so you can come back to it.  Why?

11   Because they were hoping that the Coast Guard would buy their

12   silly stories, that's what they were hoping, so that either

13   they can get back to it or their bosses could send someone

14   else.  And they all stuck to it, because they're trained.

15   They're trained to do that.

16        Let's talk a little bit about the defense witnesses.

17   You saw some videos of depositions taken in Mexico.  The first

18   one that you saw was defendant Garcia-Solar's brother.  And

19   what's interesting is that his brother had no idea what

20   Mr. Garcia-Solar was charged with.

21        Look at that video.  What did he say when asked, "What

22   did your brother tell you?  Why is he in the United States?

23        "He went out too far.  He went out too far at sea."

24        Why is that, ladies and gentlemen?  Because he doesn't

25   want his family to know the truth, because it would be a

1    disgrace to his family, and because he took their means of

2    earning a living, the panga, from the co-op.  He borrowed it

3    under the pretense that he was going to look for lost fishermen

4    so that he can line his pockets.

5         He wasn't going to come back and share that with the

6    co-op, that was for him, that's why he

7    doesn't tell them what he's doing.  He doesn't even tell his

8    family once he's here that he's charged with drug trafficking.

9         What else does the brother tell you?  That when he went

10   out to rescue these fishermen, he doesn't know the names, has

11   no idea who he's going to rescue, all he knows is I'm going

12   south 50 nautical miles, that's it, and he takes 10 gallons of

13   gas, yet the defendants' vessel that's travelling at 90

14   knots -- I'm sorry, at 30 knots for over an hour has 10 to 15

15   jugs of 15 liters of fuel.

16        Use your common sense, ladies and gentlemen.  We tried

17   to ask Mr. Ortiz, isn't gas expensive, he all of a sudden had

18   no idea, didn't know anything about gas.  But you know gas is

19   expensive, it's expensive here in the United States, and it's

20   expensive in Colombia, and it's expensive in Mexico.

21        Why did Garcia-Solar's brother only have 10 gallons,

22   yet they had a hundred?  What else do we know from these

23   witnesses?  They don't know any of the other defendants,

24   although they're related, they don't know them.

25        What does that tell you?  They don't know much about

1    what they do, they don't know if they're drug traffickers or

2    drug smugglers, they don't know them.

3           Neither witness you heard from in those depositions

4    knows the other defendants.  They were told to go out 50

5    nautical miles, and both witnesses said that they would never

6    go out 300 nautical miles fishing, 350 nautical miles fishing,

7    yet we know that these defendants were as far out as 350

8    nautical miles.

9           Why would they be out there if they were looking for

10   lost fishermen?  Fishermen do not go out 350 nautical miles on

11   a 26-foot panga.

12          From the defendant himself, Mr. Martin Ortiz, what do

13   we know?  We know there was no other panga in sight -- is that

14   the alarm -- you scared me -- there was no other panga in

15   sight.  We know that Garcia-Solar was the boss.  We know that

16   with the exception of Lucas-Franco, Pico, and Martin, the

17   others took turns driving that boat, and put it all together

18   and use your common sense.

19          What did we learn from HSI Officer Suarez,

20   Special Agent Suarez?  We have an enforcer, we have worker

21   bees, we have navigators and we have someone in charge

22   typically.

23          Put all those pieces together, ladies and gentlemen.

24          Mr. Ortiz didn't know that cocaine was produced in

25   Colombia.  Do you really believe that?  Do you believe that

1   someone from Colombia that's in his forties does not know that

2   cocaine is produced in Colombia?

3          He also conveniently didn't see a GPS on Moises.

4   Didn't see the GPS.  Think about that.  He says that when he

5   got on board from this sinking skiff, right, off of some mother

6   ship, he gets on a sinking skiff, it's the dark of night.

7          You don't think that that GPS when you turn it on, that

8   light screen, bright screen is going to turn on and he's going

9   to see it?  But he didn't see that GPS, because that's not

10  convenient because he wants you to believe that they didn't

11  have the GPS.

12         But what do we have in evidence?  We have a consent

13  form from Moises and Garcia-Solar consenting to the GPS, to a

14  search of the GPS.  Why would they do that?

15         They wouldn't consent to it unless it was theirs, it

16  was their GPS, found in Moises Ordonez's pocket by

17  Officer Higgins and downloaded.

18         Why didn't they throw that out, you would think.

19         Because that has the information they need, that has

20  the information that they need to report back to their bosses,

21  as to where that expensive package is.  The 30 million dollars

22  out at sea, they had dropped it on the waypoint so they

23  couldn't just dump it overboard because, guess what, then

24  they're going to have to answer to someone as to where to find

25  this dope.

1          What's also important, ladies and gentlemen, when you

2     review the video footage from the GoPro, you never see

3     Mr. Ortiz or any of these gentlemen, who, supposedly, came

4     across a vessel that was sinking, a seven to 10-foot vessel,

5     with now seven people on it that was taking on water, you never

6     see them tell the Coast Guard, "Oh, my goodness, thank God

7     you're here, just a short distance from here, there are six to

8     seven people that are going to die, they're going to drown out

9     there."  You never hear that.  Why?

10          Because it didn't happen.  That's not what happened.

11          And no, they didn't live a lavish lifestyle.  But,

12     ladies and gentlemen, I submit to you, that without people that

13     are desperate, willing to do what these seven men did, cocaine

14     and other narcotics do not get here.

15          They're integral, essential components in the drug

16     trafficking trade and world, and they're the ones that

17     ultimately bring these drugs into the United States, as they

18     tried to do back in October of 2016.

19          You heard testimony that they could have been paid

20     around $10,000 and you may not think that that's a lot of

21     money, but when you compare it to the $20 a day that they make

22     fishing, potentially, right, we heard that from Garcia-Solar's

23     brother that the night before the deposition he fished $20

24     worth of fish, so that means it would take them about 500 days

25     to make $10,000, five days of fishing.

1        So, yeah, they didn't live a lavish lifestyle.  They

2   were desperate, and I submit to you desperate times call for

3   desperate measures, and that's why all seven of these men are

4   guilty.

5        I will have an opportunity to speak with you again, and

6   I submit that the only just verdict in this case is a verdict

7   of guilty as to each and every defendant on both counts.

8        As defense counsel get up here and they give their

9   closing argument, they deliver their closing argument, I ask

10   you to challenge what they're telling you and look for it in

11   the evidence; not their story -- because you heard a lot of

12   things in opening that you didn't hear evidence on -- so I

13   submit, think, was there evidence presented on that, because

14   what the attorneys say is not evidence.

15        Thank you for your time.

16        MR. do CAMPO:  Your Honor, do our 15 minutes start

17   instantly or do can we get like a minute to set up?

18        THE COURT:  I don't start the clock until you start

19   talking.

20        MR. do CAMPO:  All right.  Thank you, Judge.

21        THE COURT:  I may be tight, but I'm not that.

22        MR. do CAMPO:  Thanks.  Who said that?

23        MR. ABRAMS:  May it please the Court.

24        Judge, can I get a two-minute warning?

25        My brethren, somebody give me a two-minute warning.

1                DEFENDANT GARCIA-SOLAR CLOSING ARGUMENT

2          MR. ABRAMS:  Counsel, clients, counsel, agent, ladies

3    and gentlemen.  It's my last opportunity to address you, and I

4    have a limited amount of time and I'm going to go a little

5    faster than I normally would, which, as I told you in opening

6    statement, I like telling stories, I'm going to have to limit

7    that a little bit because I've got some ground I want to cover,

8    but I most certainly am going to take the time to thank you for

9    your time and attention.

10          As I said at the beginning, and I'm going to say it

11   again now, you know, our system doesn't work without you, and

12   of all the cases this courthouse has seen and will see -- and

13   I'm going to be back here again next week -- there is no case,

14   there is no case that this courthouse will ever see that is

15   more important to Gabriel Garcia-Solar and his family than this

16   one, and I thank you for your service, for what you have done

17   so far, for what you're going to do.

18          Now is my opportunity to talk to you a little bit --

19   this is my last shot, I like to walk around, I'm going to stay

20   here with my stuff and put some pictures up for you and talk

21   about some things a little bit because I only have, at this

22   point, probably about 13 minutes to talk to you.

23          Ms. Viamontes just said look at only what there is --

24   you know, about what there is evidence of, not just things that

25   are stated, but what evidence is there, what evidence is

1    lacking, what have you seen, not just what the lawyers are

2    arguing because what the lawyers tell you is not evidence.

3          But let's talk a little bit, and I am going to start

4    with a story and, Juan, I apologize, you've heard this before.

5          Recently, not too long ago, I took a trip out of town

6    and when I took my trip out of town and I returned, I left my

7    car at Miami International Airport.  As a matter of fact, that

8    trip was connected with this case.

9          I went through the parking lot and I was looking for my

10   car and walked down an aisle in the Miami International Airport

11   parking lot and there at the end of the aisle on the right-hand

12   side was a car that looked remarkably -- it was my car.

13         And I'm walking toward it -- it's a white car -- and as

14   I got close, I like to play with the remote control a little

15   bit, so I pushed the button, you know, to pop the trunk as I'm

16   approaching, and the trunk doesn't open.  I'm pushing the

17   button again, I'm thinking this is a little strange because it

18   always works from a distance away, but it didn't work.

19         So I flip another one of the buttons, you know, when

20   you push the remote on a remote to lock the door, the horn

21   honks.  So I'm looking at my car and I'm walking down the aisle

22   and I push the button, I hear a honk way off to the right-hand

23   side, because the car that I was looking at that I was sure was

24   mine wasn't, my car was over there.

25         And I was sure a car that I had been driving for a long

1    time was mine and it wasn't.  It was on another row, and I was

2    close, had all the right intentions, but it wasn't mine.

3           And the Government says, well, what evidence have you

4    heard in this case, which suggests that the boat that they

5    found wasn't theirs?  Meaning, what boat did they have here?

6    Because Ms. Viamontes talks about "the boat."  Well, let's talk

7    about that, and let's talk about the evidence and what evidence

8    is before you right now.

9           When you heard -- and there's some nice little

10   contradictions, remember some of the stuff you heard, and I'm

11   not going to point to fantasy here, I'm going to point to what

12   you heard during this trial, when Commander Imlah came in on

13   his MP3 -- on his, whatever that -- what's the model of the

14   airplane?  It's the MPA.

15          MR. CHAMBROT:  Orion 3.

16          MR. ABRAMS:  The Orion 3, thank you.

17          He came in on the Orion 3 and they looked at 10 boats,

18   but none of them were of interest to him until he saw the boat

19   that they targeted.  All right.

20          Do you remember what Baidenmann said?  They didn't look

21   at any other boats.  They only looked at one.  One boat.  The

22   commander saw 10 and he was specifically asked -- Baidenmann

23   was specifically asked, "You didn't look at any other boats?

24          "Nope.  Just this one."

25          The commander looked at 10 boats before they focused on

1    the one.  Commander tells you, "You can tell from radar that

2    that boat was 26 feet long."

3            Baidenmann says, "Nope, you can't tell size.  You can

4    tell there's an object there, you can go look at it, but from

5    the radar you can't tell size."

6            So they go check out this.  Ms. Viamontes' only boat,

7    only boat.  And they get close enough to it, they've got three

8    different kinds of cameras on that plane.  They've got the wide

9    angle, they've got the straw, the close one, and they've got

10   the infrared.  The infrared, which according to the commander

11   and the experience, can see through objects, depends on what

12   the object is.

13           Because, remember, you're told that sometimes drug

14   smugglers will put tarps over the engines to disguise the heat

15   signature.  But remember when I asked him, "Well, what if you

16   put a thin T-shirt over that engine cowling, so it doesn't

17   provide the same coverage as a tarp?

18           "Well, infrared can read through that."

19           All right.  Well, you got a boat.  The boat's got a

20   tarp, and you got three people on the boat.  All right.  Well,

21   can you or can't you see through the tarp using the infrared?

22   One says yes.  One says no.  Fine.

23           There's a dumping of the controlled substance when the

24   plane goes over, that's fine.  The plane follows the boat.  The

25   plane then turns around and goes back to the debris field.

1          The plane then turns again to go after "the boat," and

2    here's the key, they talk about "the," we talk about "a."

3          The boat that was followed after the debris field is

4    our boat.  The boat that they observed in regard to this

5    dumping was not.

6          Remember what you also heard in regard to the drug

7    running.  Drug running boats -- and you heard about numbers of

8    people from two different witnesses -- and they all said -- one

9    of them said to you, Officer Haines:  Very unusual for seven

10   people to be on a drug boat.

11         Agent Suarez told you -- and this is the individual who

12   talked to you about the three different zones of drug

13   trafficking in the Pacific and the Caribbean and the different

14   corridors that they travel -- he told you, three, four or five.

15         There aren't three, four or five on our boat, there's

16   seven.  You didn't hear anything about seven people.  What is

17   the need for seven people on a 26-foot boat, 940 kilograms of

18   cocaine?  What is the need for seven people?

19         Well, you need extra people to do offloads.  Well, if

20   you're offloading from a boat to another boat, there's going to

21   be people on that other boat.  If you offload to land, there's

22   going to be someone there to receive it.

23         It makes no sense, you're going to have seven people on

24   a boat running a load of controlled substance.  It doesn't make

25   sense.

1        And by the way, when the MPA followed -- began to

2   follow our boat, it was -- there was what was described as

3   three-sevenths cloud coverage.  It wasn't half, it wasn't

4   partly cloudy, it was three-sevenths, that was the number that

5   you heard in regard to that.

6        Ms. Viamontes talks about the GPS and the spot tracker

7   and being real close together, their being real close together

8   the whole time.

9        With all due respect to Officer Wilson, I have a great

10  deal of respect for what she does, blue and yellow, one is the

11  spot tracker, the other is the GPS.  One is at a point at 12:42

12  a.m.  The other is at a point a mile away, a mile away -- this

13  was Officer Wilson -- a mile away at 12:43.

14       If these two objects were on the same boat at the same

15  time, that little panga had to do better than 60 miles an hour

16  to get from the green dot to the yellow dot, if they are on the

17  same boat.  This is their statistics.  This is the summary

18  chart that they downloaded with all their scientific knowledge

19  and their expertise that they put before you and say you can

20  rely on this to know that there's only one boat there and these

21  drugs must have come off of this one boat.

22       Let's talk about other indications, other little issues

23  here, and I expect that one of the prosecutors is going to get

24  up in rebuttal and is going to talk about the fact that

25  Mr. Garcia-Solar, his hands and his clothing tested positive on

1    the ION scan for cocaine.

2          All right.  Now, this is real significant, too.

3          They tested -- the Coast Guard tested in two different

4    places.  First, they tested on our boat.  They did swabs.  They

5    did swabs in the back of the boat, they did swabs on the sides,

6    they did swabs near the front on the bench, and they did eight

7    swabs, and they did them very carefully.

8          You put on a glove, you have the paper, you run the

9    paper over the object, you fold the glove over the paper so you

10   protect the integrity of your sample, so that when that sample

11   goes into the machine that sample is pure, so you know that

12   that sample didn't touch something else, didn't come into

13   contact with a person or a thing which maybe also was subjected

14   to cocaine -- and incidentally, if you think this is the first

15   time the *Mellon* has had cocaine on it, absolutely not.

16         This was the first trip on this deployment, but do you

17   think that this was the first time cocaine was on that boat?

18   We know the answer to that question is no.

19         I digress.  Samples on the boat -- of the boat, the

20   swabs, cover the swab in the glove.  How do they test

21   Mr. Garcia-Solar and the other guys?  First, they subject them

22   to five crewmen from the Coast Guard who boarded their boat.

23   They put life jackets on them, life jackets coming into contact

24   with their clothes, transport them from their panga to the

25   *Mellon*.

1          They -- I'm sorry, they're lifted out of the water -- I

2     want to be correct, one of the officers said they step off onto

3     the *Mellon*, they are taken off into a hanger, they are

4     medically screened, they are interviewed, they are in contact

5     with at least another 20, 25 people.

6          Thank you.

7          At that juncture -- at that juncture, he is then

8     tested.  He has been in contact with all kinds of other stuff.

9     The integrity of the sample, as you heard, is best when

10    taken -- when the test is done -- when the sample is taken as

11    close to the point of contention as you can; and that didn't

12    happen here, and I suggest that based on the nature of this

13    being a law enforcement boat that does drug interdiction, that

14    you can't rely on that.

15         Folks, my time is just about up.  I will just show

16    you -- with respect to Mr. Garcia-Solar, this is not a 26

17    million dollar guy.  This is not a 200 million dollar guy.

18    This is not a guy who lives a lavish lifestyle.

19         This is a guy who has a very meager way of life, who

20    was out -- as his brother and his relative testified -- he was

21    out on a rescue mission and he did make a rescue, he rescued

22    these other three guys.  But seven guys, drug boat,

23    Mr. Garcia-Solar and this thing about the marking the waypoint

24    so they could find their way back to the drugs, folks, you had

25    the GPS buoy which was dumped by the real bad guys which was

1    not on our boat.

2        It is their burden to prove their case beyond and to

3    the exclusion of a reasonable doubt that Mr. Garcia-Solar

4    conspired and possessed with intent to distribute the

5    controlled substance in this case, their burden, very strict,

6    very strong, very high.

7        And I ask you, if you find -- or do not find that the

8    Government proved each and every count, each and every element

9    beyond and to the exclusion of a reasonable doubt that this man

10   committed those two offenses, I ask you to return verdicts of

11   not guilty.

12       Thank you.

13           DEFENDANT BARRERA-MONTES' CLOSING ARGUMENT

14       MR. RODRIGUEZ:  Good afternoon, ladies and gentlemen.

15   On behalf of Alonso Barrera-Montes, I want to thank you for

16   your close attention and the execution of your civil duty in

17   this case.

18       Let me put something on the screen for you.

19       This is the most important thing in this case.  The

20   jury instruction that you are going to be given on reasonable

21   doubt.  "Proof beyond a reasonable doubt" is proof so

22   convincing that you would be willing to rely and act upon it

23   without hesitation in the most important of your own affairs.

24       Now, over the years I've tried to figure out what that

25   really means.  It says, "the most important of your own

1    affairs."  I suggest to you such a thing as to disconnect life

2    support to a loved one is one of the most important things in

3    your lives.

4         That's the standard that you're guided by in a criminal

5    court in the United States, and that's the standard that they

6    have to hold yourself to.

7         There's proof, they have to establish that proof to

8    you.  No one has more respect than the military or law

9    enforcement, I think, than many of us who labor in the course

10   of law because we know what they do.

11        But we also know that they're humans and they can

12   commit mistakes, and one of the bedrocks of our system is

13   civilian control over the military and law enforcement, that is

14   one of the bedrocks of this country, civilian control.

15        And when they walk in that door, it doesn't matter

16   whether they're wearing a uniform or not, they are governed by

17   the constitution of the United States.

18        And you, ladies and gentlemen, are the bosses -- not an

19   admiral or a general or a chief of police.  You are the bosses,

20   and it is to you that they're supposed to prove a case.

21        They got the wrong boat.  And I'm going to go through

22   some factors, and I have limited time, but I will go through

23   some factors to establish for you reasonable doubt.

24        The first thing is Commander Imlah says we focused on

25   this vessel because it doesn't have any fishing equipment.

1        What is the best way to mask what you're doing -- if

2   they're so smart being drug dealers -- than to put fishing

3   poles out, the plane would just completely fly over them.  That

4   wasn't done in this case.

5        What was the other thing?  The -- and we embrace the

6   evidence, by the way, we're not running away from the evidence,

7   we encourage you to look at the evidence.  Most importantly of

8   all, we encourage you to hear the evidence in this case.

9        And that will become clearly obvious to you at the end

10  of these closing arguments.  The Government has committed to

11  you, it has committed to you this afternoon -- unless they want

12  to backtrack on rebuttal -- that there were no other vessels in

13  the vicinity, quote/unquote, just remember that.

14       The video that they played from the Air Force plane was

15  flying one-and-a-half miles above the earth and not above the

16  vessel in question, but beyond.  There was no facial

17  recognition of the individuals on that boat.  The Government

18  cannot stand here and say that that video can prove facial

19  recognition of anyone on that vessel.  They cannot do so.

20       As Mr. Abrams indicated to you, there was a break in

21  that video, and there's a very significant break in the video.

22  And why do I say that?  Because they lost sight of the

23  particular vessel in question; and how do we know that?

24  Because we have an audio of Mr. Baidenmann saying, "I lost site

25  of the target."  And you'll hear that.

1          We embrace the evidence in this case.

2          There's a mathematical problem in this case.  The

3     testimony from the people on the vessels, the Coast Guard

4     vessels, estimated that when the vessel left the debris in the

5     water, it left at 20 knots and it was estimated at 20 knots,

6     okay.  It was stopped an hour later, approximately an hour

7     later, but the debris field was found 30 nautical miles away.

8     There's a 10-mile differential.

9          The evidence of flight that the Government mentioned in

10     its argument to you, you heard Officer Higgins tell you he was

11     on the boat and he couldn't hear the siren.  That was his

12     testimony, he couldn't hear the siren.

13          And one of the most important testimonies in this case

14     was Agent Suarez who got up on this stand and told you about

15     this map and said that is a heavily trafficked area, not just

16     for drug smuggling, not just for human smuggling, but for

17     piracy, I asked him point blank.

18          Now, do you think in those circumstances, whatever time

19     that boat took away before it finally stopped when they

20     realized it was the Coast Guard, there wasn't some concern

21     about piracy?

22          The drugs that were seized in this case, there was no

23     attempt to take any fingerprints from them, and I asked the DNA

24     chemist, "Did you see any evidence on the packaging?  Was there

25     any way to take fingerprinting?"

1          What's the easiest way in the 21st Century, even in the

2     19th Century, to find out if someone possessed an item."

3          Fingerprinting and DNA was not in this case.  They have

4     a burden, beyond and to the exclusion of a reasonable doubt.

5     The most important item in this trial.  This is not a question

6     of 51/49 percent.  The defense has no burden in a criminal case

7     at any time.

8          Mr. Suarez -- Agent Suarez also told you that the

9     typical way that drugs are brought up from Colombia is they

10    move up from Colombia, and by ports, up and down the coast

11    until they reach Mexico.  That's not the evidence in this case.

12    That's not the evidence in this case.  That's their expert.

13         Mr. Suarez indicated to you that normally drug dealers

14    destroy the items and their vessel.  Ironically, who's

15    destroying the vessel in this case?  The Coast Guard.  It

16    wasn't the people on the boat.  They weren't scuttling anything

17    and, yet, this was their own expert who's testifying.

18         The ION scans didn't show one bit of cocaine on that

19    vessel.  This is a ton of cocaine, supposedly, on this panga,

20    bobbing up and down -- you saw the videos -- we're embracing

21    the evidence, you saw the video as the ML-I and the ML-II are

22    approaching and they're jumping up and down on the waves.

23    That's exactly what that panga was doing.  That's panga's going

24    back and forth, and you wouldn't think there's no residue in

25    there?  There's no residue in that panga.

1           A ton of cocaine, there's no residue on the clothes of

2   Mr. Alonso Barrera-Montes.  He was grabbing the cocaine and

3   throwing it overboard and yet there's nothing on his clothing

4   or his hands?  That's what the evidence shows.

5           We're embracing the evidence in this case.

6           What do the individuals do when they're stopped?  They

7   voluntarily turn over documents.  Drug dealers will voluntarily

8   turn over documents?  They will voluntarily turn over a Garmin?

9   This is the type of behavior that Agent Suarez says is typical.

10  It's completely contrary to what their case -- they presented

11  their case and this is their testimony that they're living by.

12          I would suggest to you, ladies and gentlemen, as -- and

13  I agree with the Government on one thing.  You don't leave your

14  common sense outside this courtroom.  When you come in here,

15  you have to evaluate these factors, you have to assess these

16  factors, you can't just say, oh, because the Government is

17  telling me this, then it must be true.

18          You are judges of the fact, you are as if you were

19  wearing black robes like Judge Moore, and he will tell you that

20  you are the judges of the fact.  It's not me telling you, the

21  instructions will tell you that, and no one, no one will be

22  questioning your verdict, no one, because in our system of

23  justice you are supreme in the courtroom.  You are supreme, and

24  you have every right under the law to say that a person is not

25  guilty and not have to answer to anyone.

1          You have the critical break in the video, which is -- I

2     can't emphasize enough as to why it's so critical:

3          Because they lost sight of the original vessel, and

4     when they returned, that's when they picked up the panga on

5     which our defendants were located.  I cannot emphasize to you

6     more the importance of that break in the video.  I cannot

7     emphasize to you.

8          The radar records are blips on a screen.  Hundreds of

9     vessels in this area, these sea lanes, according to Agent

10    Suarez; even the commander indicated, as previous counsel

11    indicated, there were 10 vessels that they had spotted even

12    before they got to the area.

13         This is not an isolated area, this is not the South

14    Pacific where the movie *Castaway* was filmed.  This is not where

15    ships come every six months.  This is a heavily traveled area

16    and there's many, many vessels in this area.  There are

17    thousands of pangas in this case.

18         I would also suggest to you the Government is making a

19    big deal about, well, maybe they were quite aways out.

20         Well, you heard the testimony on video that there were

21    storms in the area, and knowing the testimony, I asked

22    Commander Imlah, "Were you out and about a few days before" --

23    thank you, Counsel -- "out and about a few days before to

24    determine the weather conditions," and he said, "No."

25         The Government has produced no evidence as to what the

1    weather conditions were a few days before this incident, and

2    you have direct testimony that they were caught in a storm.

3    Direct testimony.

4         Ladies and gentlemen, my time is expiring.  I want to

5    take this opportunity lastly to, again, thank you.  Your

6    responsibility is heavy.  Mr. Barrera-Montes wants to thank you

7    personally.  He wants to return home, he doesn't want to stay

8    here, he wants to go back to his family, he's indicated.  The

9    testimony shows in the video that he has a wife and three

10   children.  He wants to go back.

11        He's not guilty of these charges, and we ask you to

12   return the fair verdict, as Mr. Garcia-Solar's brother said --

13   and sometimes it takes a foreigner to tell us this -- the

14   fairest laws in the world are the American laws.

15        Thank you very much.

16             DEFENDANT AGUILAR-ORDONEZ'S CLOSING ARGUMENT

17        MR. CHAMBROT:  Good afternoon, and I must apologize

18   because I've seen some of you outside and I just turned my

19   back, I didn't mean to be rude, it's just the way things are.

20        Hypothetically, you're asked to Judge Johnny, okay, and

21   they say Johnny threw a rock, Johnny's always been here, and

22   broke the window.  So what do you do?

23        You turn around, the window's broken.  Johnny did it.

24        But hang on, that's what the Government has told you.

25   The rock is here.  The glass came in, the rock was thrown from

1    the outside in.

2          So what I'm trying to say is that you look at the

3    evidence here, and the Government told you, "Oh, go inside and

4    look at the evidence."

5          Please, we beg you, we implore you, and I'll tell you

6    what --

7          MR. RODRIGUEZ:  Are you ready, Mr. do Campo?

8          MR. do CAMPO:  Go ahead.  Whenever you are.

9          MR. RODRIGUEZ:  Do you want the microphone?

10         MR. do CAMPO:  This is a very important piece.

11         (Audiotape was played as follows:)

12         VOICE:  I can't tell where it is because I don't have

13    fucking target data.  Fuck.

14         VOICE:  We can probably get down and get on it.

15         (Audiotape was concluded.)

16         MR. CHAMBROT:  One more time.

17         (Audiotape was played as follows:)

18         VOICE:  I can't tell where it is because I don't have

19    fucking target data.  Fuck.

20         VOICE:  We can probably get down and get on it.

21         (Audiotape was concluded.)

22         MR. CHAMBROT:  Thank you.

23         Not that I can't see them; I don't have target data.

24         Do you know what that is?  Can't pick them up on the

25    radar.  I lost them.  I lost target data.  I lost them.

 1          It's not, oops -- a four-letter word -- can't see them.

 2     There's 10 guys on board.  Some of the most sophisticated

 3     electronics, five systems, two of them running, he lost target

 4     data, radar.  He lost them on the radar.  That's what happened.

 5     You heard it.  We didn't make it up.

 6          Now, at no point in time did we get the target data

 7     from the radar.  You're not going to get to see that.  You're

 8     not.  As a matter of fact, that target data was not sent to

 9     Washington, D.C., to be analyzed.  They didn't get it when they

10     were doing their reports.

11          Navy didn't turn it over to the Coast Guard,

12     Coast Guard and Navy didn't turn it over to you, so you just

13     can go back and deliberate.  That's an aspect that is very

14     important.

15          Now, they lose the target data.  Other counsel will

16     show you other different things, but you will see -- unlike

17     what they told you, that there were no vessels in the area --

18     there were lots of vessels in the area.  Some even similar,

19     very similar.  That's part of the evidence that you will see.

20          So, we're not disputing at all that there were 2,028

21     pounds of cocaine.  We got it.  No problem.

22          Things that are disturbing is the Government makes a

23     big deal about a little hand-held GPS when they have this

24     huge -- well, not -- about that big -- spaceship, which is also

25     a GPS.  That was never ran.  They didn't look at that data,

1    you're not going to get that.

2        You're not going to get the radar.  You're not going to

3    get the booklet that was burned intentionally from the co-op

4    which explain the bylaws of the co-op, which had information if

5    they were stopped by law enforcement to explain why they were

6    there and why was the rescue mission going.  You're not going

7    to get that.

8        You're not going to get pictures from inside the boat

9    because those pictures would have been very helpful to a jury

10   nine months later.  You're getting bits and pieces, and you're

11   being told this is all the evidence you need.

12       No, it's not.  No, it's not.

13       You need everything that they got.  You deserve

14   everything they got.  They deserve that you see everything that

15   there is.  (Pointing to defendants.)

16       Now, eight swabs were taken in the boat, and they're

17   telling you, well, there's masking agents.  Why didn't they

18   take pictures of the places that they were taking the swabs

19   from so you could see that they were dirty, that they were

20   being masked, and perhaps, perhaps that they were clean, and

21   that there was no dope in this boat?

22       Why didn't they take pictures of their hands before

23   they were swabbed to show you that there were no masking

24   agents?  You didn't get that either.  Why didn't you get

25   at least the GoPro?  Somebody just scanning it so you can see a

1    video of it, all the sloshing fuel, okay.  Why didn't you get

2    that?  You deserve that.  They deserve that.  Okay.

3           So their whole case is based on a spot tracker who came

4    back to somebody who doesn't exist in a place that doesn't

5    exist with gmail e-mail that doesn't exist, with phone numbers

6    that doesn't even exist.

7           Nobody came in from that company to testify as to the

8    accuracy.  That stuff was tested by a young man who has no

9    formal training from Garmin, his own testimony, he's not

10   Board-certified, mechanically certified, has no certification

11   from Garmin, okay.

12          His key to success is he's done this a bunch of times.

13   How do we know that those bunch of times was done properly?  We

14   don't, because there's no independent person, entity, company

15   coming in and say, "We verify the data, the data is good."

16          Now, there was some mistake made, and Mr. Baidenmann

17   told you what it was, you heard that.  You should have heard

18   that.  Needed to be raised, like everything else, like two

19   hours worth of audio.  You needed to hear that, you deserve to

20   hear that.  They deserve for you to hear that.

21          And then, all that information, two hours worth, gets

22   compressed into a six-minute tape, which, the same

23   Mr. Baidenmann, four years out of high school, decides what you

24   need to see and what they need for you to see, because right

25   away, there is a -- I guess, a debriefing, meeting, with his

1    superiors and he's got to comprise the mission.

2         So little details:  Like other boats in the area, like

3    the fact that his radar went off, those things are omitted.

4    You know, it's like my dad used to say, "Son, when you eat the

5    fish, just put the bones aside."

6         Here is, "Put the things that are not convenient

7    aside."

8         This young man has no law enforcement experience, no

9    one has trained him, no one has taught him, no one has

10   explained to him what you guys need to see, what a jury needs

11   to see.

12        Now, Hadley, the boarding officer -- wonderful thing

13   about Mr. Hadley, he must have been thrilled, this was his

14   first boarding.  His heart must have been racing and pounding,

15   the boat's going, the chase is on; right?

16        Here's a 90-page document that could either exonerate

17   them or bury them.  We'll never know.  He burned it.

18   Fingerprints, DNA, anything on the boat that could exonerate

19   them or could bury them, he burned it.

20        He told the gunner what to photograph and what not to

21   photograph.  So a lot of things have been excluded, things that

22   you need to see.

23        As a matter of fact, there were no markings on the

24   boat.  Well, you saw a picture that there were markings on the

25   boat.  If you would have seen the manual, the 90-page manual,

1    perhaps, perhaps that boat with those markings would have been

2    referred inside and perhaps -- don't know because it got

3    burnt -- there would have been proof that these guys were

4    actually in a rescue mission.

5         You didn't hear from the Navy saying, "Hey, you know,

6    there was a storm."

7         Now something about these guys.  You saw pretty much

8    how they live and you heard that sometimes they go to the

9    neighbor's house to watch TV.  They don't have weather reports.

10   They don't have the Weather Channel.  They look up, if it's

11   clear enough, they'll go out 50, 60, 70, 80, a hundred miles

12   looking for fish; and when a storm closes in, you heard from

13   one of them, it took him two-and-a-half days of pure pounding

14   out there to get home.  Okay.

15        But what happens?  Well, one day I'm going to get stuck

16   out there and I'm going to need somebody to come out and get

17   me; and if I don't go out and get my brethren that are stuck,

18   what happens to me the next time that I'm stuck?

19        So I'm kind of obligated, one, as a human being, and

20   two, as a rational person, which would explain the second

21   little motor, because if you're going on a rescue mission and

22   you imagine that the person you're rescuing, their engine blew

23   and you have a small 26-foot panga, perhaps from there to here,

24   with a little motor, you probably can't tow another panga.

25        So what do you do?  You take some extra fuel, you take

1   an extra engine and one of your guys is a mechanic and you pray

2   to God that you find them.  And sometimes you may go in circles

3   looking for them.  Why?  Because you don't know where they are.

4   It's the Pacific Ocean, and there's nothing specific about the

5   Pacific.  It's a rough ocean.

6          So, ladies and gentlemen, when you go in the back,

7   other counsel will pinpoint different things for you to look

8   at, please look at them.  Please look at the evidence.  Please

9   take your time.  Your decision is important.

10          Right now, do not be intimidated by the Government, the

11   young men and ladies from the Coast Guard, they're doing a

12   great job but now you have to do your job.

13          Your job is to be critical, analytical, look at

14   everything.  Look at where the rock is, look at where the glass

15   is, look at everything surrounding the broken window.  Don't

16   just see Johnny, the window, and guilty; because if you do

17   that -- and you treat this as being the most important thing in

18   your life, this is your responsibility, a lot of young men and

19   ladies are dying for you to have this right, this is your duty,

20   take it very seriously -- and if you do that, I am certain

21   you're going to find all these seven guys not guilty.

22          Once again, thank you for your time.

23                   DEFENDANT PEREZ-CRUZ'S CLOSING ARGUMENT

24          MR. BERRIO:  Ladies and gentlemen of the jury, as my

25   colleagues -- Juan Berrio, Jose Candelario Perez-Cruz, I

1    represent -- I would also like to thank you for your time and

2    your service in coming here and listening to the evidence,

3    helping us render a just and fair decision in this case.

4         I would also like to thank and acknowledge the

5    Coast Guard and our servicemen, I would also like to thank you

6    for your time, your service to us in protecting us.  I would

7    like to thank you, I really appreciate your service to this

8    country.

9         But I think they'll be the first to tell you that

10   they're human beings, and I appreciate that, they're human

11   beings, they make mistakes, we all make mistakes.

12        As co-counsel Mr. Rodriguez indicated and, in this

13   case, Officer Cody Baidenmann made a mistake.  He's a young man

14   and, believe me, it was an honest mistake.  He did not intend

15   to make a mistake.

16        Unfortunately, on that day he didn't have all the

17   equipment he normally has available to him -- and I think we

18   heard that on the audio -- and his mistake was that in those

19   two hours of film that he did over this operation, that he did

20   in filming boats for over two hours, he filmed two different

21   boats.

22        He filmed the first boat, and that's going to be in

23   Exhibit 27.  He filmed the first boat, the boat that dropped

24   these drugs into the water, he filmed that boat for almost an

25   hour, he filmed that boat from 1453, and that's why these time

1  stamps are so important on these videos and on these photos.

2  He filmed the first boat at 1453, that's when he started, and

3  he targeted that boat for about an hour, until about 1549.

4         During that period of time, at 1538, there's a dump of

5  the drugs, there's a dump of the drugs -- and I'm going to show

6  you a still photo of the boat that dumped those drugs, I'm

7  going to show it to you right now, and it's Perez-Cruz

8  Exhibit 1 and Perez-Cruz Exhibit 2 -- and you're going to know

9  that that's the first boat that dumped these drugs, because

10  you're going to see the time stamp up top.

11        This is a still photo of the first boat, the boat that

12  they were targeting, the boat that they filmed for about an

13  hour.  Look at that boat.  That's the boat that dumped the

14  drugs.  Take a close look at that.  They target that boat for

15  roughly an hour, until 1549, they target that boat.

16        I'm going to show you another picture of that boat, and

17  that's the boat with the tarp going -- that was -- the

18  testimony said that it was going 27 knots per hour with that

19  tarp with those drugs, and that's the boat that initially they

20  report three people on board.

21        Three people on board, tarp, 27 knots per hour, that's

22  the testimony, that's what was reported initially.  That's the

23  boat.  Take a look at it.

24        This is also that boat, 1458, four minutes later,

25  that's the boat that dumped the drugs.  It dumped the drugs at

1   1538, which is about 40 minutes after that picture was taken --

2   not the picture, that's the still photo of the radar.

3         So once those drugs are dropped into the ocean at 1538

4   from that first boat, this is the communication going on inside

5   this Orion 3 amongst the crew, amongst the 10 people in the

6   crew.

7         Orlando, if you can, it's at 15:41:34.

8         Before he plays it -- and that's Exhibit 26 -- this is

9   what you're going to hear, and I want you to take it back and

10  listen to it, and I'm trying to refer you to specific times,

11  15:41:34, this is what you're going to hear:

12        You're going to hear, "Cody, did you find those boxes?"

13  That's a question.

14        "Cody" -- the cameraman -- "did you find those boxes."

15        This is what Cody says, "Yeah, but I don't think I can

16  lay a contact.

17        "What about like a reference mark?

18        "No, I mean, like, I can't tell where it is because" --

19  and excuse my language -- "because I don't have fucking target

20  data.  Fuck."

21        This is what they respond:

22        "We can probably get down and get on it."  That's what

23  they tell him, don't worry, "we can get down and get on it."

24  We are going to do it the old-fashioned way.  We're going to do

25  a top mark.  We're going to fly over it, and that's precisely

1     what they do.  They want to mark these drugs.

2          So what do they do?  They fly over it, they orbit, they

3     do a top mark, the old-fashioned way, because he didn't have

4     all his equipment.  And to be fair to him, he didn't have all

5     the equipment he's normally used to working with.

6          So they fly over it and the time that it takes to fly

7     over that debris field, approximately 20 minutes go by.

8     They're focusing on the debris field.  The pilot is focusing on

9     his debris field.  He's speaking to his nine crew members.

10    He's speaking to Mr. Baidenmann.  They're finding those drugs,

11    and that's what they're doing.

12         The boat that drops these drugs, boat number one, is

13    speeding off, it's leaving the area.  The boat with the tarp,

14    the boat with the three people on it, it's leaving, it's

15    high-tailing out of there.

16         For the next 20 minutes -- as you will see -- they're

17    looking for the debris field.  They finally locate it.  And

18    then they go back and they try to locate the boat that dropped

19    the drugs.

20         And they go back and they find a boat in the area.

21    They find this boat at 1609, approximately 20 minutes later.

22         Please look at these time stamps.  The lives of these

23    gentlemen depend on it.

24         Twenty minutes later, they go back -- and you're going

25    to see that Mr. Baidenmann is looking through the clouds,

1    looking behind clouds, like a shell game, he's trying to find

2    out where it is, and he's doing this to the best of his

3    ability.  He does not want to make a mistake.  He does not want

4    to falsely accuse anyone.  He's doing what he can to locate

5    this target again; and sure enough, he picks up a boat behind

6    the clouds.

7            At 1609, he picks up a boat.

8            Twenty minutes later, no sight; now he picks up a boat.

9    He picks up their boat, seven people on board.  Picks up their

10   boat and he follows that boat for the next 40 minutes or so.

11   He follows that boat and he targets that boat until 1641 or

12   1640 -- please look at these time stamps -- when they stop that

13   boat.  And those are the people that are on there.

14           And when they get to it, they say several things over

15   the air, again, that we could hear.  I wish we had two hours of

16   all the audio that they filmed during this mission.

17   Unfortunately, we don't have it, they took it out of there.

18           But what we did get, the little tiny audio that we did

19   get, maybe less than two minutes is all you need, it's more

20   than -- even though it's a little bit of tiny audio, it's a

21   mountain of reasonable doubt because, listen, listen to what

22   they say when they finally stop that second panga, the panga

23   with all these gentlemen on it.

24           Please, Orlando, 16:41:19.  And let me read it to you,

25   so you could hear it before it comes overboard.

1          MR. do CAMPO:  1641.

2          MR. BERRIO:  Oh, no, I'm sorry, 15:41:34.

3          MR. do CAMPO:  Ready?

4          (Audiotape was played as follows:)

5          VOICE:  Ready to find the boxes?

6          VOICE:  Yeah, but I don't think I can lay a contact.

7          VOICE:  What about like a reference mark?

8          VOICE:  No, I mean, like I can't tell where it is

9     because I don't have fucking target data.  Fuck.

10         VOICE:  We can probably get down and get on it.

11         (Audiotape was concluded.)

12         MR. BERRIO:  Okay.  That's when they go and get on it,

13    and that getting on it is 20 minutes.

14         Now they're going to go find the other boat.

15         16:41:19, please.

16         Now what you're going to hear is a while later after

17    they have been following our boat for a while.

18         MR. do CAMPO:  Ready?

19         MR. BERRIO:  Yes, please.

20         Let me tell you -- I'm sorry.  Let me tell you what

21    you're going to hear, and you can confirm if I'm right or

22    wrong:

23         "Actually, might be more than six.

24         "Looks look a clown car in there, you're right.

25         "They just keep coming out of nowhere.

1        "I know."

2            They're talking to each other.

3            "We saw three initially, now there's seven.  There's a

4    clown car.  They keep coming out of nowhere."

5            This wasn't a clown car.  This was a panga, open, that

6    they were following for awhile.

7            Please play it.

8            (Audiotape was played as follows:)

9            VOICE:  Oh, yeah.  Oh, yeah.

10           VOICE:  Actually, might be more than six.

11           VOICE:  It looks like a clown car in there, you're

12   right.

13           VOICE:  They just keep coming out of nowhere now.

14           VOICE:  All right.

15           (Audiotape was concluded.)

16           MR. BERRIO:  So you just heard it, they're surprised,

17   more than twice the amount of people they originally saw, after

18   almost two hours following this boat.

19           And now you're going to hear something about the radar.

20   They're saying that they focused on the radar, the radar was

21   fine, there's no issue here, the radar is great.

22           You're going to hear at 16:44:05, please look at the

23   time stamps when you go back there and you look at these

24   videos.  You're going to hear:

25           "Negative, negative on radar."

1          Then the other guy tells him, "We have their last

2     position, we have their last position, though."

3          So the radar wasn't picking up everything, now listen

4     to it, 16:44:05, please.

5          (Audiotape was played as follows:)

6          VOICE:  Negative, negative on radar.

7          VOICE:  We have their last position, we have their last

8     position, though.

9          (Audiotape was concluded.)

10         MR. BERRIO:  Then you're going to hear:

11         "I think 5-4 is going to lose their radar contact,"

12    listen to that:

13         "I think 5-4 is going to lose their radar contact."

14         You just don't hit radar and it follows it everywhere

15    it goes.  You lose it.  You lose radar.

16         And that's their words.  These are the most reliable

17    words you're going to hear.  Why?  Because they're

18    contemporaneous.  They're done at the time that it's happening.

19    It's done candidly amongst a crew of members that are working

20    together.

21         That's realtime audio.  That's not 10 months later

22    coming in here to testify after you've met with the prosecution

23    for awhile.  This is realtime audio.  We're in this plane with

24    them.

25         Now listen to, "I think 5-4 is going to lose their

1   radar contact."  14:44:05.

2        MR. do CAMPO:  16:44:05, now.

3        (Audiotape was played as follows:)

4        VOICE:  Negative, negative on radar.

5        VOICE:  We have their last position, we have their last

6   position, though.

7        VOICE:  That makes it sound like (inaudible.)

8        (Audiotape was concluded.)

9        MR. BERRIO:  Please listen to it.  It's in there.  I

10  think 5-4 is going to lose their radar contact.  It's around --

11  I'm limited on time, we're having difficulties -- it's around

12  16:44:05, right around there.

13       So that shows by their own words -- their own realtime

14  words -- what is happening that this radar can be lost?

15       You heard "negative, negative on radar."

16       Unfortunately, Officer Baidenmann got the wrong boat as

17  of 1609, and he filmed our boat for awhile.

18       It is time to correct this honest mistake.  He did not

19  intend to make this mistake, but it unfolded a whole line of

20  chain of sequence and it unleashed a bunch of events, and

21  that's why these gentlemen are here today.

22       Please, you have the opportunity to correct that

23  mistake.  You have the opportunity to say, you know, I have

24  doubt, I have reasonable doubt, by their own words, what you

25  heard here today.

1          So, please, I ask you to find all these gentlemen not

2     guilty of what they are accused of.  Thank you very much.

3               DEFENDANT VILLEZ-PICO's CLOSING ARGUMENT

4          MR. do CAMPO:  Ready.  Two minutes.

5          Good afternoon, ladies and gentlemen.  I know some of

6     you are sitting there thinking, I don't want to hear a word

7     he's got to say until you address the GPS evidence, so let's go

8     right there.  Okay.

9          Right here is Exhibit 40 that lays out the case that

10    the Star Tracker left from Colombia and somehow united with the

11    data from the Garmin, proving their case that these two items

12    came together.  Okay.

13         Ladies and gentlemen, this Government's Exhibit 40, you

14    will have it back there with you.  Officer Wilson testified

15    that she prepared this.  And I asked her, I said, "You didn't

16    extract any of this data?"

17         She said, "No.

18         "You take what was given with you?"

19         She said, "Yes."

20         And I said, "If there was a problem with the

21    extraction, if there's a problem with the data, then that might

22    affect your results?"

23         She said, "Absolutely."

24         I said, "Garbage in, garbage out."

25         She said, "Right."

1          Now part of what she used to prepare this analysis that

2    the Government -- it's the first thing they pointed to in their

3    closing -- is the extraction that was performed by Officer

4    Pfrimmer, okay, that's Government's Exhibit 64 -- it's right

5    here -- it consists of the map and then behind it is the data.

6          The data points that he used, okay, from the

7    extraction, not points that he used, this is supposedly what he

8    got from the Garmin.

9          Now, let's look at that for a second.  I'm going to

10   zoom in.  Now, I asked him to explain this to us -- is that

11   better?  And this is the waypoint data that he told us about,

12   and I asked him, I said -- you know, after asking him for a

13   little clarification of what these things mean, I said, "What's

14   going on with this waypoint, these two waypoints on 1-8, on

15   December 8th, 2016?"

16         Because as we all know, this GPS was supposedly taken

17   in as evidence, as property on the day of the interdiction,

18   which is October 18th.

19         And I believe his testimony was, "Well, sometimes when

20   you turn on the GPS, it puts in a waypoint for you

21   automatically."  Okay.

22         And then I asked him, I said, "The names of the

23   waypoints, oficina, roca blanca, I asked him, "Did you put

24   those in there?"

25         He said, "No, I have no idea what that means."  Okay.

1          And then we have the coordinates.  I asked him, "Did

2     you put in those coordinates?"

3          He said, "absolutely not."  All right.

4          Then, when Officer Wilson testified, I asked her, "Can

5     waypoints come in automatically or do you have to program them?

6          "Absolutely, you have to program them."

7          I said, "Are you sure?"  She was certain.

8          Okay.  Now, ladies and gentlemen, either she's mistaken

9     or Mr. Pfrimmer's mistaken.  And if you look at the coordinates

10     here, all right, the coordinates here -- and you'll have this

11     in the jury room with you -- are -- I want make sure I'm in the

12     right place -- north 16, west 99, there's more detail, but we

13     will deal with that, north 16, west 99.  You'll have this map

14     with you.  Okay.

15          Here's the latitude and the longitude.  Here's 20,

16     here's 10.  So 16 is going to be somewhere around here.  And

17     then for the longitude here's 90, here's 100, 99, if you line

18     them up, where does it put you?  It puts you where these

19     defendants are from.

20          Now, ladies and gentlemen, ask yourselves, how does, on

21     December 8th, okay, almost two months after these men have been

22     interdicted, and this GPS is supposedly in Government custody

23     with chain of custody and time tags and nobody tampers with it,

24     how do two waypoints get entered, okay, from the area of Mexico

25     where they're from and labeled "roca blanca" and "oficina"?

1        And by the way, those waypoints are also reflected

2   here.  In Officer Watson's report you will see them, they will

3   be pink little thumbtacks.  I asked her -- or actually, the

4   prosecutor asked her afterwards, "Is there anything wrong with

5   the evidence or the information that you were given by

6   Mr. Pfrimmer?

7        "No.

8        "In fact, you trained him?

9        "Yes."

10       Ladies and gentlemen, I'm not suggesting for one second

11   that any of these people who came to testify, any of the 11

12   Government witnesses or, for that matter, the Government's

13   prosecutors, or the case agent, are trying to pull a fast one

14   or trying to lie to you or trying to fool you, by no stretch of

15   the imagination, but they're people and people make mistakes.

16   That's what we're best at.

17       And ladies and gentlemen, that's fine, I don't expect

18   the law enforcement person or the military person on the street

19   or on the field to be perfect, okay, it's enough to just

20   survive and do your job, but when you bring criminal charges,

21   you've got to bring a high level of proof, and that's what

22   you're here for, and the people who designed the system really

23   knew what they were doing.

24       So what you see here is this illusion of certainty with

25   radar and ION scans and GPS and, really, it is just an illusion

1   of certainty.  Okay?  Everyone comes up here as an expert and

2   never makes a mistake and the science doesn't lie and the

3   machines don't fail and, ladies and gentlemen, we all know in

4   our everyday lives that that is simply not true.

5        Ladies and gentlemen, this is a very simple case.  A

6   Navy plane with sophisticated surveillance facilities is

7   flying, sees a boat, sees a boat jettison a ton of cocaine,

8   follows it, captures it, guys are arrested, case closed, case

9   closed.

10        Why do we need 11 witnesses?  Why do we need ION scans

11   and experts and all this stuff?

12        Ladies and gentlemen, the reason we need that is

13   because the Government doesn't want you to believe it's your

14   lying eyes.

15        The boat that this is first filmed that does jettison

16   the cocaine is not our panga, no way.  It's not even a close

17   call.  At 1609, as Mr. Berrio told you, they re-acquire another

18   boat -- our boat -- and they follow that with our seven guys.

19   I'm going to prove that to you now with the Government's own

20   evidence.

21        Okay.  Here's the dope, let's look at it real quick, I

22   don't have a lot of time.

23        Officer Hayes testified --

24        THE COURT:  It's not showing up.

25        MR. do CAMPO:  I got to press the button.  Sorry.

1           Officer Hayes testifies that he was 5'5" and that his
2    head comes about to the bottom of the sign, right around there.
3    It makes kind of sense because if you look at this solar
4    buoy -- which you'll have with you -- it's about a foot tall.
5           And if you look, you've got four bales stacked up
6    against each other.  So if this part right here is four feet,
7    that's just about right, about a foot-and-a-half between the
8    sign and the top of this bale.
9           Let's look at the other dimension.  It's a little
10   harder to tell, but look at it from this side to this side,
11   look how wide it is.
12          And then look at the length.  The length is slightly
13   misleading because, as you can see, there are gaps, okay.
14          But, nevertheless, this is a big load, it's a ton of
15   cocaine.  Probably the best evidence that this could never fit
16   in our client's boat, ladies and gentlemen, is the Coast Guard
17   boat.  There it is packed to the gills, people splayed out all
18   over the place.
19          Now I can hear it coming, the Government gets the last
20   word, they're going to say, oh, that boat is small, that boat
21   has an A-frame, that boat has fixed seats, that boat is not as
22   deep.
23          Ladies and gentlemen, I will give it that the Navy has
24   somewhat less capacity, but look at them, look at the way
25   they're packed in there.  Look at this guy, sprawled on top of

1    the cocaine, look at where his legs are, okay, look at where

2    his legs are.

3           I mean, this is all piled up high and, granted, maybe

4    this boat is somewhat smaller, but -- and I believe they were

5    assessing, oh, the panga's much deeper.

6           Ladies and gentlemen, here's the panga next to two of

7    those over-the-horizon boats.  Those boats are equally deep.

8    Those boats are equally deep.  Look at where they're standing,

9    you can see them, they're all around waist high, they're all

10   around waist high.

11          So ladies and gentlemen, this is the key -- one of the

12   key pictures in this case.

13          Remember I asked Officer Higgins -- that's him there

14   with the Booney hat -- this is Hadley with the helmet.

15          I asked him, "Where's that bench?"

16          -- the bench you see here, that fixed bench that can't

17   be moved --

18          And he said, "It's kind of right behind Hadley's back."

19          Great.  So this is the cargo area, and let's just say

20   that's where Hadley's -- that's about the depth of the boat,

21   let's just say it.  But remember, this wasn't spilling over the

22   top of the boat, so we got to bring this line a little bit

23   down; okay?

24          But there's another picture you got to look at because

25   it's even smaller than that.  Look at the engines.  The engines

1   in this transom area, the floor is very low, so you've actually

2   got to go back to this picture, and the place where they can

3   fit this cocaine is actually, ladies and gentlemen, an area

4   about that big.  I submit to you, ladies and gentlemen, that it

5   would not fit.

6            I've got two minutes left.

7            Okay.  Ladies and gentlemen, here is the key picture, I

8   think.  This is what gives you a sense of the space we're

9   talking about.  Let's give them the benefit of the doubt, let's

10  say the coke fits perfectly, let's say all the bales fit there

11  perfectly.  Where do you put the seven guys?

12           Where do you put the fuel drums that everyone who came

13  before you testified this boat had fuel drums.

14           Impossible, ladies and gentlemen.  Impossible.  That is

15  not our boat.

16           Ladies and gentlemen, Sherlock Holmes said that once

17  you eliminate a possibility, all other remaining possibilities,

18  no matter how improbable, must be true.  This is not our boat.

19  The cocaine does not fit on the panga, under no circumstances,

20  ladies and gentlemen.

21           Obviously, ladies and gentlemen, in addition to the

22  fact that it's just completely impossible, what really happened

23  here, and I would submit to you that that is the most plausible

24  scenario, is they saw this boat, they saw the boat dump, they

25  now had two targets, they had the boat they wanted to keep an

1    eye on and the debris field.

2         Because their equipment wasn't working the way it was

3    supposed to, they had to get the coordinates of the debris

4    field the old-fashioned way.  They veered off for 15 minutes,

5    okay, and when they came back they just latched onto the wrong

6    boat.

7         And that's why they say, it's a clown car, they're

8    coming out of nowhere.  There's nowhere to come out of a panga.

9    The reason it looks like they're coming out of nowhere is

10   because that's not our boat.

11        And ladies and gentlemen, one other thing to take into

12   consideration.  Let's just say you could pack all that cocaine

13   in our panga, let's just say that it fits in there and forget

14   about the seven guys and the oil drums.  As you can see, there

15   was no men lying in the front like in the Coast Guard boat.

16        Let's just say all that is true.  Somebody's got to

17   drive that boat.  Somebody's got to hold those tillers.  Look

18   at the video and you'll see it's impossible.

19        They made an honest mistake, ladies and gentlemen,

20   there's no way you can look at this video and say to yourself

21   beyond a reasonable doubt that's the panga that they have shown

22   you here.  I ask you to return the only just verdict in this

23   case, a verdict of not guilty as to every count and every

24   defendant, thank you.

25                   DEFENDANT VALECILLO-ORTIZ'S CLOSING ARGUMENT

1          MS. PINERA-VAZQUEZ:  Hello.  Ready, Judge?

2          The last time I spoke to you in opening statements on

3     Monday, I told you two things:  That we would show, number one,

4     that Mr. Ortiz was on that panga because he was being smuggled

5     into Mexico, and number two, that the Navy stopped the wrong

6     panga.

7          I sat here and I told you that so I accept Ms.

8     Viamontes' challenge because the evidence in this case proves

9     the two things that I told you in opening statements, that the

10    Government's case is littered with reasonable doubt.  Okay.

11         So let's go back, I'm going to work backwards because

12    Mr. Ortiz testified.

13         You heard from Mr. Ortiz's testimony today, you heard

14    under oath that there was no cocaine on the vessel that he was

15    on, and that he did not see anyone throw anything overboard

16    and, more importantly, that he was there because he was being

17    smuggled from Colombia to Mexico.

18         Now, the reason I went through everything in

19    excruciating detail, because you must have been wondering why

20    do I need to know where he was born, really, is that a

21    necessary detail?

22         Because it was really important to put in context his

23    story, his explanation, because we don't live in that world.

24    We don't understand why somebody would accept $5,000 from a man

25    that he doesn't know, risk his life to get on a boat and spend

1    12 days at sea to find a job to provide money and food for his

2    children.  We don't live in that world, so that's why he

3    explained to you his world, that he was born not in a hospital,

4    in a bunker, that he had never had a television, that he had

5    never had a computer, he had a mobile phone for about,

6    probably, a year because his employer gave it to him, he never

7    drove a car.

8           He wasn't going around in Boston Whalers, like I said

9    in my opening, and he wasn't going around in Grady-Whites

10   fishing.

11          He was going around in a canoe with a little boat.

12   That was his world.  His world was he got attacked in the

13   middle of the night, stopped fishing, went to look for a job,

14   couldn't find one, what did he do.

15          He went to Esmeralda.  To do what?  To get a job.  And

16   what happened?  He's recruited, he's recruited by these people

17   that smuggle aliens and make a profit smuggling aliens.  They

18   put him on a boat, you heard about -- I'm not going to repeat

19   it because I have limited time -- you put him on a boat,

20   shipped him off with about 20, 30 other people, including the

21   two Ecuadorians here, they get to a transport point and then

22   what happens?  One of the boats doesn't show up that's supposed

23   to pick him up.

24          They put him on a skiff, the skiff is sinking and

25   that's when the Mexicans show up.  It wasn't a planned meeting,

1      you know, in fact, the smuggling didn't happen like it was

2      supposed to.

3            Something went wrong because he was supposed to be

4      picked up by a transport by another person of the organization

5      and he wasn't picked up, he just happened to be rescued because

6      the other skiff was sinking.  It wasn't supposed to happen that

7      way.  He was supposed to be picked up by the transport, taken

8      to Mexico to the location where he was going to work and pay

9      off the $5,000 that they lent him.  That's how it was supposed

10     to work out.

11           Now the Government causes a silly story.  Who's going

12     to believe that you're going to be a beach, somebody is going

13     to walk up to you and give you $5,000 and send you over to

14     Mexico, but do you know what, it's not silly because you heard

15     from the Government's expert, Agent Marcos Suarez, HSI agent,

16     and yes, the Government is right, he spoke about drug

17     smuggling, but he also went into great detail about human

18     smuggling and human trafficking.

19           If you recall, I asked him those questions, and he

20     explained to you that Mr. Ortiz's story is not silly.  On the

21     contrary, he confirmed everything that Mr. Ortiz said that,

22     yes, there's alien smuggling in this area, yes, they travel the

23     same routes as drug smugglers; that yes, they hide their -- who

24     they are in the boats and they veil their names.

25           You don't go to somebody and say, "Hey, my name is Joe.

1    Hey, man, do you want to be recruited to Mexico?"

2           No, it's all a secret.  It's all kept in secret because

3    those smugglers don't want to go down, they don't want to be

4    arrested.  It's a chain, it's a chain.  When he gets to Mexico,

5    he's picked up and he's taken.  This is a chain, that's how it

6    works.  And do you know why?  Agent Suarez told you that's how

7    it works.

8           Now, the Government today made it seem as if Mr. Ortiz

9    had made up this story sitting here listening to the witnesses.

10   My God, he must have heard Agent Suarez and made up this whole

11   thing, but you know that's not true because on November 5th --

12          MS. VIAMONTES:  Objection.  Objection.  Facts not in

13   evidence.

14          THE COURT:  Go ahead.

15          MS. PINERA-VAZQUEZ:  I'm sorry.

16          THE COURT:  Go ahead.

17          MS. PINERA-VAZQUEZ:  On November 5th, November 5th, the

18   day that he signed the consent form -- and I don't have time to

19   look for it, but you'll take it back there -- the day that he

20   signed the consent form in Spanish -- remember, I put it on

21   there -- the day they interviewed them, November 5th, 2016, he

22   told the exact same story, because it's not a story, it's an

23   explanation, it's what happened, and one never forgets the

24   truth.  You forget lies, you don't forget the truth.

25          And had he said a lie on November 5th to that agent,

1    you better believe the Government would have brought it out.

2    All they could bring up about the plane, was the plane before

3    or after it was stopped?  That's all they could bring up.

4    That's all they could say.

5          So Agent Suarez confirmed Mr. Ortiz's story.

6          Now, there was another thing I want to mention because

7    it may come back when they talk because they can come back and

8    respond to my arguments, there was a big deal made about that

9    picture and, oh, my God, if you spent 12 days on the boat how

10   does he look so clean and he looks so shaven.

11         You know he changed because he explained to you that he

12   left the clothes that he was on the vessel on in the cargo

13   hold, but the shaving, do you know why?  That's why I had him

14   open his shirt to you, kind of like the Rock, that when he

15   shows his chest -- that's why I did it because you needed to

16   see that -- he is not a hairy guy.  He has no hair on his

17   chest.  That's why he had a little beard.

18         Had he been hairy, you know, that would definitely have

19   disproved his story, but it's not a story.  It's true.

20         Now, also I want to just mention briefly his demeanor

21   because one of the things the Judge is going to tell you is

22   that to assess a witness's credibility, you look at how they

23   responded.

24         You know, he sat there, it's not easy -- he's never

25   been in this country, he's never been in a courtroom, much less

1    speaking to 12, 14 people that are going to decide the fate for

2    the rest of his life -- he was stoic.  He wasn't stoic only

3    with me, he was stoic when the Government was asking him

4    questions.  He didn't change his demeanor.  He was nervous.

5         I asked him, "Are you nervous?" I kept trying -- I

6    wanted him to look at me to answer my questions, I think he was

7    so nervous he just kept looking over here.  He was scared to

8    move his head.

9         You have to assess his demeanor.  Did he give long

10   explanations?  No, he answered the questions.

11        And he answered them honestly, because that's what

12   happened, that's what he remembered.

13        Okay.  Now what in the evidence supports his story,

14   and -- his explanation?

15        Now, one witness came in here and testified that they

16   saw Mr. Ortiz on that panga with the cocaine.  That one person,

17   and you don't have any pictures of him on that panga, just like

18   you don't have the pictures of any defendant on the panga with

19   the cocaine.

20        The MPA video, I'm not going to go over it again

21   because it's already been played and talked about, but the

22   important thing is the gaps in the video.  Do you remember when

23   I wanted to play it, the entire video?  It wasn't to waste your

24   time, it was because that video exonerates all seven

25   defendants.

1          Look at the critical gap, the 15-minute gaps, that's

2     when they lose the boat or the panga, which -- I mean, they

3     lose the panga with the cocaine, which is this boat right here.

4     Here's your cocaine boat, okay?

5          At 1609, when they pick it up again, that 15-minutes

6     when they pick it up is when they pick up the panga that my

7     client was on.

8          There's also other gaps, and I urge you to go to part

9     four.  Part four shows that there's more than one vessel in

10    that area.  In fact, you're going to see two vessels in part

11    four.  I don't have time to play it, but look at part four.

12         Lastly -- no, the ION swipes.  My client, negative.

13    Boat negative for cocaine.  They tested his hands, negative for

14    cocaine.  They tested his clothes, negative for cocaine.

15         Now, come on, do you really think the Government makes

16    it seem like, oh, it's no big deal, it's not such a great deal,

17    it's such a great machine, sometimes you get false positives.

18         Do you really believe they would spend $46,000 on a

19    machine and conduct ION swipes if they didn't trust that

20    machine?  Of course, they trusted it, they just didn't like the

21    results because it doesn't favor them, but, of course, they

22    trust that machine, and the machine said that my client and the

23    boat had no cocaine.

24         What else confirms my client's story?

25         The size of the panga, and I'm not getting into it

1   because Mr. do Campo just did, the cocaine doesn't all fit in

2   there.  The panga was too small, it couldn't go, it would sink.

3          I asked one of the -- I don't remember which of the

4   witnesses I asked -- "How much can a 26-foot panga hold?"

5          He says, "3,000 pounds."

6          And I said, "Well, can a panga ever sink?"

7          He goes -- "Yeah, a panga can sink if you overload it."

8          Do the math.  How fast is this panga going?  It could

9   probably just go at a turtle's pace if it had all that stuff,

10  but it didn't.

11         And then, one of the most telling signs is a picture

12  which says "fishing vessel number one."  And this is in

13  evidence and this, I believe, was Officer Hayden.

14         Why on earth would you put "fishing vessel number one,"

15  I asked him, if there's only one boat?

16         Well, I don't know, we use two, I don't know.

17         Do you know why he put "fishing vessel number one"?

18  And you're going to hear why in a little bit, because he had

19  heard that there was another vessel out there, there was

20  information; so this was vessel number one, they had to wait,

21  because they didn't know what vessel number two was going to

22  bring in or maybe even vessel number three.

23         Reasonable doubt.  This is their picture.

24         How much time?

25         This is, as the Judge is going to instruct you, it's

1    about common sense, you have to use your common sense to decide

2    this case, and he's going to instruct you that the Government

3    has to prove their case beyond a reasonable doubt.

4         And I have a little chart that I use in trying to

5    explain what reasonable doubt is, because it's a hard concept.

6    It says, the most important of your affairs.

7         And -- it's sort of a stepping chart, in other words --

8    is it on?  It's got to warm up.

9         So what's the Government's burden of proof?  You start

10   off where what's highly unlikely, then goes on to -- then maybe

11   not, maybe the defendant's not guilty, that's a not guilty.

12        You know, I suspect it, that's still a not guilty.

13        Do you know he's possibly guilty, he's probably guilty,

14   not guilty.

15        Gosh, I strongly believe they're guilty, that's still a

16   not guilty.

17        It's guilt beyond a reasonable doubt.

18        In other words, if something in your stomach is telling

19   you, you know, I don't really like it, it doesn't really smell

20   Kosher, but you know what, there's something missing, that's

21   not guilty.

22        It's proof beyond a reasonable doubt.

23        Now I won't have a chance to speak to you again.  The

24   Government will come over and respond to all our arguments.  I

25   would like to thank you for the time you have taken in this

1    case, but I want to leave you with a really important thought.

2         And it's been in front of you this entire time, and

3    it's this picture you have in front of you.  It's actually from

4    Walt Disney -- which I had no idea it's donated by

5    Walt Disney -- "we, the people."  That's a painting or a

6    picture of the signing of the constitution.

7         Why is this in this courtroom?  "We, the people?"

8         And do you know what, it's not behind you.  You've been

9    staring at it this entire time.  "We, the people," because

10   that's what our system of justice is about.

11        It's about we, the people.  And our founding fathers

12   were brilliant.  Brilliant.  Because they knew that the

13   Government gets it wrong sometimes, that prosecutors get it

14   wrong, that the Navy gets it wrong because we're human, that

15   judges get it wrong, the defense attorneys will get it wrong.

16   We, the people.

17        And the people today, in this courtroom today, are all

18   of you.  You're the people.  You're the people that have the

19   power to look at this evidence and to determine and find that

20   there's simply not enough, there's reasonable doubt.  You, the

21   people, have the power.

22        Don't go back there and change your mind if that's what

23   you really believe in, stick to your guts, because each one of

24   you individually has that power.

25        Thank you very much, and we request a verdict of not

1   guilty.

2          That was the beep; right?

3          THE COURT:  Yep.

4          MS. PINERA-VAZQUEZ:  Okay.

5          Someone, I think, needs to go to the bathroom real

6   quick.

7          THE COURT:  Okay.  We can do that.

8          (Jury exited courtroom at 5:40 p.m.)

9          (Recess taken from 5:40 p.m. to 5:47 p.m.)

10          (Jury entered the courtroom at 5:47 p.m.)

11          THE COURT:  Whenever you're ready.

12            DEFENDANT LUCAS-FRANCO'S CLOSING ARGUMENT

13          MR. ENCINOSA:  Good afternoon.  On behalf of Lucas

14   Franco, Mr. Lucas Franco and myself, we thank you for being

15   here again and spending all this time and devotion to this

16   case.

17          Now, there's a lot of people here and they referred to

18   them as the seven.  I represent Mr. Lucas Franco.  He's a

19   gentleman from Ecuador who Mr. Ortiz talked about being

20   smuggled with him and along with Mr. Pico over to Mexico.

21          In a few minutes you're going to go back and start

22   deliberating and you're going to become the judges of the

23   facts.  Now, why are you going to be the judges of the facts?

24          It was because of our founding fathers.  Our founding

25   fathers did not trust the Government with this very delicate

1    task of justice.  So they say, wait a minute, Government, we

2    trust you for the armies, we trust you with the Coast Guard,

3    but with justice, we just don't trust you so we kept it for

4    "we, the people."  We, the people.

5         Not only did they keep that task for the people to

6    decide, they made it even harder, they put the sole burden on

7    the Government and then they put the highest burden of proof,

8    which is beyond a reasonable doubt, also on the Government.

9         They felt that it's better that no innocent person go

10   to jail, even if a hundred people that are guilty go free,

11   that's how they felt.

12        Now, the founding fathers didn't trust Government with

13   this very delicate task, and I ask you to be very careful what

14   the Government's asking you to do here today.

15        It's a little bit -- a more -- I'm older, I'm more

16   cynical and more skeptical than my younger colleagues, but I'm

17   sorry, they're asking you to do something appalling here today,

18   they're asking you to rely on evidence which their own

19   witnesses took the witness stand and said, "No, we erased it,

20   we erased it."

21        They claim that it was -- it came from higher up.  This

22   is a court of law.  This is for we, the people.  We're not

23   asking you for naval secrets or anything.  We're asking for the

24   facts to determine these individuals' freedoms.

25        What happened here?  That's what we're seeking to do,

1    is seek the truth, but yet, they told you, "We made a mistake."

2    The mistake was not erasing the whole videos.  That's what they

3    told you when they got here.  To me, that's more than a

4    reasonable doubt, that's intentional.

5         And that's why our founding fathers did not trust

6    Government.

7         Now, not only are they asking you to convict based on

8    evidence that has been destroyed, they also came in here and

9    said, "Wait a minute, we can't give you the radar data.  Yeah,

10   we have all the equipment on board but we can't give you the

11   radar data."

12        Yeah, the problem with the radar, number one, but yeah,

13   we have all the equipment, we do it when we're chasing

14   submarines and things like that, but not something as little as

15   this.  Something as little as this, a person's freedom?  Come

16   on, please, that's reasonable doubt.

17        The sloppy investigation, the boarding party that went

18   into the panga, that's inexperience, that's his first job.

19   But, nevertheless, he should have went there with a supervisor

20   doing this and make sure he cataloged and he took into evidence

21   everything and he took pictures of everything.

22        Very inexperienced.

23        Now, the prosecutor tells you, oh, the plane came down

24   on them and they stopped them.  No, look at the photos, look at

25   the videos.  They're stopped, the plane is coming over.  If you

1   see the inflatable and thank God for GoPros, thank God for

2   GoPros, and I'm going to show you in this case why it is so

3   important.

4          Look at the videos, especially when they boarded.

5          The boat is stopped.  The plane is flying by.  They're

6   already stopped.  There's no chase.  If I'm out there in the

7   middle of the ocean and I see a plane flying that low and I

8   have no clue about anything in the United States, I think that

9   plane is going to crash.  I don't have any idea about what's

10  going on.

11         And then what do they do?  They point a machine gun, an

12  M-16 rifle, they tell them to get their hands in the air.

13         And the prosecutor gets up here and has the audacity to

14  tell you, oh, yes, you heard Mr. Hadley say this.

15         -- please, look at the video --

16         He said -- they're here like this, their hands up in

17  the air with a machine gun being pointed at them, one of these

18  guys doesn't even take it off for the entire trip, he has one

19  hand like this, he's afraid.  There's not even a gun pointed at

20  him.

21         She says, well, Mr. Hadley, when I told him, ask who

22  the captain was, they all raised their hands.

23         Show him the video.  See what really happened.

24         (Videotape was played as follows:)

25         VOICE:  Who's the captain?

1         (Inaudible.)

2         MR. ENCINOSA:  There's the machine gun.  He's got him

3    down in a lower stand.

4         You're going to hear again, "captain."

5         VOICE:  Turn the engines off.

6         MR. ENCINOSA:  "Turn off the engines."  They turn off

7    the engines.

8         VOICE:  Who's the captain?

9         MR. ENCINOSA:  "Who's the captain?"

10        They all have their hands at their heads, "Who's the

11   captain?"  The machine gun is being pointed at them.

12        (Videotape was concluded.)

13        MR. ENCINOSA:  That's what really happened.  And look

14   at the whole video, don't take my word for it.  She asked me to

15   show you where it's at, I'm going to show you where it's at.

16   Everything.

17        Now, they talk about preserving evidence.  Here's this

18   gentleman, and if you look at this video, when the -- as you

19   see the boat waving back and forth, this gentleman is holding

20   up this piece of paper for several minutes and nobody picks it

21   up.  I didn't see one of the Coast Guard officers ever pick

22   this paper up.  And there's more of that paper right there.

23        Now, why would the naval people come in here and

24   testify and everybody from the Government come in here and

25   testified they were only tracking one boat, there was only one

1   boat in the area?

2          Why would they erase everything and not give it to us?

3   Well, I thank the Coasties and I thank GoPro, because you're

4   going to hear very clearly that there were four boats in the

5   area and when the second Coast Guard inflatable arrives at the

6   scene they say, oh, I see one vessel.

7          Can you play that for them?

8          (Audiotape was played as follows:)

9          (Inaudible.)

10          MR. ENCINOSA:  "Four vessels in the vicinity."

11          (Audiotape was paused.)

12          MR. ENCINOSA:  Please keep a log for 17, around 17 in

13   the first boarding video, 1710?  13.

14          It says, "There's four vessels in the vicinity."

15          Now keep going, keep playing.

16          (Audiotape was resumed.)

17          (Inaudible.)

18          (Audiotape was concluded.)

19          MR. ENCINOSA:  "Four vessels in the vicinity."  We've

20   seen another vessel.  We have EPA, and we've seen another

21   vessel.

22          This is when the second Mel inflatable arrived, they've

23   seen another vessel, which means there's four other vessels in

24   the vicinity.  This is not the only vessel.  And even when the

25   second Mel arrives, they said, we see another vessel.

1            Play it again and keep the number in mind, 1711.  You

2    can hear it very clearly if you listen to it, and you'll have

3    that chance to listen to it.

4            (Audiotape was played as follows:)

5            (Inaudible.)

6            (Audiotape was concluded.)

7        MR. ENCINOSA:  You have it there.  There's four other

8    vessels in the vicinity, and then they see -- the other boat

9    says, "I see another vessel," which must have been close by if

10   he was able to see it.

11           So this wasn't the only vessel around, ladies and

12   gentlemen.

13           I'm sorry, ladies and gentlemen, my time is over.

14           Thank you very much, and please listen to the tapes.

15   Please, we beg you.

16               GOVERNMENT'S REBUTTAL CLOSING ARGUMENT

17        MS. VIAMONTES:  We're almost done, ladies and

18   gentlemen, thank you for your attention.  Make no mistake and

19   don't allow everything they're throwing up to the wall to

20   confuse you, because the brave men and women that came in here

21   and testified about how they proudly serve our country and what

22   they do out in the open ocean to protect us from narcotics

23   coming in and from other dangers was not a mistake.  They did

24   not stop the wrong panga, because there wasn't another panga.

25           Their own witness had to tell you that.  He told you

1     that as well.  And so did Commander Imlah and so did

2     Petty Officer Baidenmann, who operates radars and the cameras.

3     And how do we know that?  Testimony is evidence.

4            We do not need to bring a radar printout, because we

5     have an officer from the United States Navy who came in here,

6     swore to tell you all the truth and told you that he tracked

7     their panga -- the target of interest, the only panga in this

8     case -- the entire time on radar.

9            Do not let the defense confuse you because they pick at

10    little pieces of evidence and take them out of context.

11           When you hear Officer Baidenmann say, "I don't have

12    radar."  When is it?  Use your common sense.  We picked you

13    because you have common sense.  It's when they're talking about

14    the jettison.  Look at the video and look to see when he's

15    talking about not having radar.  He doesn't have radar on the

16    jettison.  The radar is not picking up the debris field.

17    That's what he's saying.

18           Look at the time stamps.  But they want to confuse you

19    and they want you to believe that he was talking about losing

20    the target of interest, and we know that's not true because the

21    target of interest had already been intercepted when that

22    happened.  Look at the evidence.

23           They throw out their fingerprints, DNA.

24           Ladies and gentlemen, that doesn't even make any sense.

25    In the open ocean with saltwater, with everything happening,

1    we're going to really dust for fingerprints?

2            Give me a break.

3            We're going to look for DNA?

4            And by the way, this isn't a whodunit, because they

5    were caught red-handed.

6            Defense counsel talked about Johnny throwing a rock.

7    Well, guess what, if Johnny's rock has GPS on it and the GPS

8    tracks where Johnny acquired the rock and all the way to where

9    Johnny threw it and Johnny's hands are tested and he has rock

10   residue on his hands, guess what, the circumstantial evidence

11   is that Johnny threw the rock.  Use your common sense.

12           They talked about a car parked, you can't tell if it's

13   the same car.  Was that car being tracked with GPS like their

14   panga?  Tracked by Navy radar, like their panga?  They want you

15   to believe that this Navy radar is so unreliable.  Really?  The

16   same navy radar that is used to protect our borders, to protect

17   our country, can't track a 26-foot panga going at 30 knots?

18   The same radar that's used at war to protect us, give me a

19   break.  That doesn't make any sense.

20           And yes, they didn't have the target data coming in,

21   but again, don't let them confuse you about what the target

22   data is.  The target data is the fuzzy part that comes out in

23   the bottom, it wasn't coming in on this camera.  That's all

24   that is.  It doesn't have anything at all to do with the radar,

25   at all.  That was explained to you by Commander Imlah, it was

1    explained to you by Cody Baidenmann.

2         And yes, Cody Baidenmann is young.  And do you know

3    what, that young man, four years out of high school, is

4    trained, he's a naval officer protecting our country and our

5    borders, and yeah, he's young, but he has a ton of experience

6    in those four years serving our country with several

7    deployments.

8         Ladies and gentlemen, they want to pinpoint this one

9    piece of evidence.  Just look at this one piece.  Look at the

10   ION scan, it's negative on the boat.  You know, it's positive

11   for MDA which the chemist, the expert told you it's similar to

12   cocaine, has a similar chemical compound to cocaine; right.

13        What else?  Oh, the target data wasn't coming in;

14   right.  But they're on radar; right?  They want you to focus on

15   one little piece.

16        What else do we know about the ION scan?  Gasoline is a

17   masking agent.  These men were drenched in gasoline, there's

18   gasoline all over the boat, the smell was so overwhelming that

19   it was nauseating, their clothes reeked of it.  You heard that

20   from the witness stand.

21        And they all claimed to be the captain.  And when

22   Garcia-Solar says we're all Mexican, they don't pipe up.  Why?

23   Because they're the seven musketeers.  All for one and one for

24   all.  And why would they lie?  Because they knew they had

25   something to hide.

1          They all told the nurse that they're out at sea for

2     three days; right.  Not 12.  Where's the story coming from?

3     And I agree with defense counsel, yeah, it's a story.  What her

4     client told you is a story.  She had him open his shirt up,

5     show you that he doesn't have any hair on his chest.

6          How do we know he didn't shave this morning right

7     before coming in here, but aside from that, look at the

8     picture.  It's not just him.  Look to see if the Ecuadorians

9     have a 12-day stubble on their face.  I submit to you they

10    don't.  They want you to look at bits and pieces, in isolation.

11         Ladies and gentlemen, your job is to look at all the

12    evidence and look to see how -- whether and if it does,

13    corroborate each other.  And what corroborates their story?  A

14    big goose egg, Absolutely nothing corroborates their story,

15    nothing.

16         There were other vessels that they looked at that day.

17    They traveled hundreds of miles, hundreds of miles.  Did they

18    look at other vessels?  Yes.  None of them were targets of

19    interest.  None of them were recorded, and that's what Cody

20    Baidenmann told you, because it's his job to record and look at

21    radar, and there were no other targets of interest.

22         How could they explain away the GPS?  They can't.  They

23    can't explain away that the GPS operated by Moises was on their

24    vessel and tracks the exact same path as the 940 kilos of

25    cocaine, so what do they do?  They come in here and distort the

1    testimony to make you believe that not only did they make a

2    mistake, but they purposefully manipulated, intentionally

3    manipulated the evidence.

4         Now that's what they want you to believe, it's not just

5    a mistake, it's intentional because there's something on there

6    on December 8th.  And you heard from officer Pfrimmer who told

7    you that when the GPS is turned on for his analysis, it prints

8    out or records it turning on, and those are the waypoints that

9    they had put in there before to get back home.

10        The "Roca," "Roca Blanca," those are the waypoints that

11   the user put in there so they can find their way back into

12   their town.

13        Now, another reason why they can't explain the way of

14   the GPS, why are they idling?  They claim they are looking for

15   lost fishermen, but they're in a few miles, in a radius of a

16   few miles Lieutenant Wilson testified about, for two days.

17   Does that seem reasonable?

18        Does that make any sense, ladies and gentlemen, if

19   they're looking for these lost fishermen, which, by the way,

20   they don't even know their name, they have no idea, they're out

21   there risking their lives trying to find these lost fishermen,

22   they don't even know who they are; right?

23        And they're just idling, idling, idling, idling, in a

24   high drug trafficking area; right?

25        Boxes, can you lay a contact?  They mark it the

1   old-fashioned way.  Yes, that's what they're talking about, the

2   jettison field.  We're going to need to mark it the old-

3   fashioned way.  Don't let them confuse you.

4        The entire time their panga smuggling 940 kilos of

5   cocaine into our country was being tracked on radar, the same

6   radar that's used at war by the most powerful country in the

7   world.

8        There are three pilots on board during this mission.

9   You heard from pilot Imlah, Commander Imlah, commander of the

10  mission.  He told you he could see it on radar the entire time.

11       You heard from Petty Officer Baidenmann saying he could

12  see it the entire time on radar.  They follow the boat and

13  guess what, a GPS with the exact same track points, exact same

14  track points as the drugs, they follow it for an hour as it

15  travels 30 knots.  They talk about the audio being realtime.

16       Guess what, the GPS, that's realtime.  It doesn't get

17  better than that, it doesn't get more precise than GPS with the

18  exact time, the exact location.  And, yeah, they initially saw

19  three people, because it was a tarp covering the cargo, they

20  were far away, they had to get to the area.  They were miles

21  away using infrared.

22       And as they got closer, they could see even better.

23  And as they got closer, Officer Baidenmann can see more people,

24  because why?  Although it looks like an ultrasound, that's

25  infrared, he's like a trained ultrasound technician, right,

1    like when a pregnant woman goes for an ultrasound, she has no

2    idea what she's looking at.  Oh, there's the heart.  Looks

3    great.  Oh, it's a boy.

4           Where do you see it?  I don't see it.  Why?

5           Because the ultrasound technician is trained to look at

6    that screen, just like Cody Baidenmann -- although he is only

7    four years out of high school -- is trained to look at that

8    radar and operate that equipment to protect us, and so is

9    Commander Imlah, they're trained to do that, and as they get

10   closer and get a better image, they see more people and more

11   people, and ultimately that same vessel is stopped, and there

12   are seven people, these seven men.

13          When they talk about laying the contact -- ladies and

14   gentlemen, I urge you, do not allow yourself to get confused.

15   Do not check your common sense at the door; and look at the

16   evidence.

17          When they talk about laying a contact they're talking

18   about the jettison field.  When they showed you a segment of

19   the over-the-horizon vessel, look to see when that is, that's

20   when *Mel-II* arrives, that's hours into the operation, they're

21   talking about another vessel, and there are four vessels in the

22   area.

23          We saw, the Cutter *Mellon* is there, *Mel-I* is around,

24   *Mel-II* is around, the target of interest is around, they're

25   talking about retrieving the jettison field.  Do not allow them

1   to distort the evidence by forcing you to look at one little

2   piece.  This is like a puzzle and yes, when you look at one

3   piece of the puzzle, you might not be able to tell what it is,

4   but look at all the pieces.

5        Negative on radar.  When they talk about negative on

6   radar, they're talking about the jettison field.  Use your

7   memory of what the evidence is because what we say and what

8   they all said, that's not the evidence.

9        And I submit to you, if you didn't hear it during the

10  trial, during the testimony, you didn't see it as an exhibit,

11  it's not evidence in the case.

12       The story about the mother ship, it doesn't make any

13  sense, okay, it doesn't make any sense at all.

14       Ladies and gentlemen, you are to use your reason and

15  your common sense and the Judge will instruct you to look at

16  all the evidence.  Don't look at one isolated piece.  I submit

17  that when you put all of these pieces together, you will see

18  the entire picture.

19       Look at reasonable doubt.  Look at the reasonable doubt

20  instruction.  The Government's burden of proof is heavy, but it

21  doesn't have to prove its case beyond all doubt.  The

22  Government's proof only has to exclude a reasonable doubt.  A

23  reasonable doubt is a real doubt, not an illusion of a mother

24  ship, a real doubt.

25       Ladies and gentlemen, at the conclusion of your

1    deliberations, you will be handed a verdict form and you're to

2    answer this question as to each defendant as to each count.

3         You first decide whether they're guilty.  And I submit

4    each and every defendant in this case conspired to bring

5    narcotics, to possess with the intent to distribute narcotics.

6    We only have to prove five kilos, they had 940 and, therefore,

7    they possessed it.

8         And then you are to determine the weight, and the

9    maximum you can pick is more than five kilos, although we know

10   that they had 940, and we tested 10.

11        Do not allow yourselves to be confused, ladies and

12   gentlemen.  There is no reasonable doubt in this case, a

13   speculative doubt is not a reasonable one.

14        I submit -- I thank you for your time, and I submit

15   that after you carefully look and weigh all the evidence and

16   look at the big picture, you will return --

17        MR. ENCINOSA:  Your Honor, I'm going to object.

18   Shifting the burden.

19        THE COURT:  Overruled.

20        MS. VIAMONTES:  You will return with the only just

21   verdict in this case, that is a verdict of guilty, and that is

22   as to each seven crew members that were stopped by our Florida

23   and our U.S. Coast Guard.  Thank you.

24        THE COURT:  Okay.  In the instruction package you got,

25   I substituted 6.1 with 6.3, you don't have 6.3 in front of you,

1   but that's the one you wanted with your client.

2          MR. do CAMPO:  Yes, standard instruction.

3          THE COURT:  You have the wrong instruction, but I'm

4   going to put in the right one, okay.  I substituted it.  She's

5   going to give you a copy of it, so -- unless there's something

6   you want me to correct, the last paragraph.

7          The one you have now is the first paragraph, so

8   substitute one for the other.

9          MS. PINERA-VAZQUEZ:  Okay.  Thank you.

10                      JURY CHARGE

11         THE COURT:  Members of the jury, it is my duty to

12  instruct you on the rules of law that you must use in deciding

13  this case.  After I have completed these instructions, you will

14  go to the jury room and begin your discussions -- what we call

15  your "deliberations."

16         You must decide whether the Government has proved the

17  specific facts necessary to find each of the defendants guilty

18  beyond a reasonable doubt.

19         Your decision must be based only on the evidence

20  presented during the trial.  You must not be influenced in any

21  way by either sympathy for or prejudice against the defendants

22  or the Government.

23         You must follow the law as I explain it, even if you do

24  not agree with the law, and you must follow all of my

25  instructions as a whole.  You must not single out or disregard

1    any of the Court's instructions on the law.

2         An indictment or formal charge against any defendant is

3    not evidence of guilt.  The law presumes every defendant is

4    innocent.  A defendant does not have to prove his innocence or

5    produce any evidence at all.

6         A defendant does not have to testify; and if a

7    defendant chooses not to testify, you cannot consider that in

8    any way while making your decision.  The Government must prove

9    guilt beyond a reasonable doubt.  If it fails to do so, you

10   must find the defendant not guilty.

11        The Government's burden of proof is heavy, but it does

12   not have to prove a defendant's guilt beyond all possible

13   doubt.  The Government's proof only has to exclude any

14   reasonable doubt concerning the defendant's guilt.

15        A "reasonable doubt" is a real doubt, based on your

16   reason and common sense, after you have carefully and

17   impartially considered all of the evidence in the case.

18        Proof "beyond a reasonable doubt" is proof so

19   convincing that you would be willing to rely and act upon it

20   without hesitation in the most important of your affairs.  If

21   you are convinced that a defendant has been proven guilty

22   beyond a reasonable doubt, say so; if you are not convinced,

23   say so.

24        As I said before, you must consider all of the evidence

25   that I have admitted in the case.  "Evidence" includes the

1    testimony of the witnesses and exhibits admitted, but anything

2    the lawyers say is not evidence and is not binding on you.

3            You should not assume from anything I have said that I

4    have any opinion about any factual issue in this case.  Except

5    for my instructions to you on the law, you should disregard

6    anything I may have said during the trial in arriving at your

7    own decision about the facts.  Your own recollection and

8    interpretation of the evidence is what matters.

9            In considering the evidence, you may use reasoning and

10   common sense to make deductions and reach conclusions.  You

11   should not be concerned about whether the evidence is direct or

12   circumstantial.

13           "Direct evidence" is the testimony of a person that

14   asserts that he or she has actual knowledge of a fact, such as

15   an eye witness.

16           "Circumstantial evidence" is proof of a chain of facts

17   or circumstances that tend to prove or disprove a fact.  There

18   is no legal difference in the weight you may give to either

19   direct or circumstantial evidence.

20           When I say you must consider all the evidence, I do not

21   mean that you must accept all the evidence as true or accurate.

22   You should decide whether you believe what each witness had to

23   say and how important that testimony was.

24           In making that decision, you may believe or disbelieve

25   any witnesses in whole or in part.  The number of witnesses

 1    testifying concerning a particular point does not necessarily

 2    matter.  To decide whether you believe any witness, I suggest

 3    that you ask yourself a few questions:

 4          Did the witness impress you as one who was telling the

 5    truth?

 6          Did the witness have any particular reason not to tell

 7    the truth?

 8          Did the witness have a personal interest in the outcome

 9    of the case?

10          Did the witness seem to have a good memory?

11          Did the witness have the opportunity and ability to

12    accurately observe the things he or she testified about?

13          Did the witness appear to understand the questions

14    clearly and answer them directly?

15          Did the witness's testimony differ from other testimony

16    or other evidence?

17          You should also ask yourself whether there was evidence

18    that a witness testified falsely about an important fact and

19    ask whether there was evidence that at some other time a

20    witness said or did something, or didn't say or do something,

21    that was different from the testimony the witness gave during

22    the trial.

23          But keep in mind that a simple mistake doesn't mean

24    the witness wasn't telling the truth as he or she remembers it.

25    People naturally tend to forget some things or remember them

1    inaccurately.  So if a witness misstated something, you must

2    decide whether it was because of an innocent lapse in memory or

3    an intentional deception.  The significance of your decision

4    may depend on whether the mistake was about an important fact

5    or about an unimportant detail.

6         A defendant has a right not to testify, but since a

7    defendant did testify, you should decide whether you believe

8    the defendant's testimony in the same way as that of any other

9    witness.

10        When scientific, technical, or other specialized

11   knowledge might be helpful, a person who has special training

12   or experience in that field is allowed to state an opinion

13   about the matter.  But that does not mean that you must accept

14   the witness's opinion.  As with any other witness's testimony,

15   you must decide for yourself whether to rely upon the opinion.

16        The Government must prove beyond a reasonable doubt

17   that the defendants were the people who committed the crime.

18   If a witness identifies a defendant as a person who committed

19   the crime, you must decide whether the witness is telling the

20   truth.  But even if you believe the witness is telling the

21   truth, you must still decide how accurate the identification

22   is.

23        I suggest that you ask yourself a few questions:

24        Did the witness have an adequate opportunity to observe

25   the person at the time the crime was committed?

1          How much time did the witness have to observe the

2    person?

3          How close was the witness?

4          Did anything affect the witness's ability to see?

5          Did the witness know or see the person at an earlier

6    time?

7          You may also consider the circumstances of the

8    identification of the defendant such as the way a defendant was

9    presented to the witness for identification and the length of

10   time between the crime and the identification of a defendant.

11         After examining all of the evidence, if you have a

12   reasonable doubt that the defendant was the person who

13   committed the crime, you must find that defendant not guilty.

14         You have been permitted to take notes during the trial,

15   most of you, perhaps all of you, have taken advantage of that

16   opportunity.  You must use your notes only as a memory aid

17   during deliberations.

18         You must not give your notes priority over your

19   independent recollection of the evidence and must not allow

20   yourself to be unduly influenced by the notes of other jurors.

21   I emphasize your notes are not entitled to any greater weight

22   than your memory or impressions about the testimony.

23         The indictment charges two separate crimes called

24   "counts" against the defendants.  Each count has a number.  You

25   will be given a copy of the indictment to refer to during your

1    deliberations.

2         Count 1 charges that the defendants knowingly and

3    willfully conspired with each other, and other persons, to

4    possess with intent to distribute five or more kilograms of

5    cocaine while onboard a vessel subject to the jurisdiction of

6    the United States.

7         Count 2 charges that the defendants committed what's

8    called a "substantive offense," specifically, knowingly and

9    intentionally possessing with intent to distribute five or more

10   kilograms of cocaine while onboard a vessel subject to the

11   jurisdiction of the United States.

12        But first note that the defendants are not charged in

13   Count 1 with committing a substantive offense.  They are

14   charged with conspiring to commit that offense.  I will also

15   give you specific instructions on "conspiracy."

16        Count 1 charges Gabriel Garcia-Solar, Alonso

17   Barrero-Montes, Moises Aguilar-Ordonez, Jose Candelario

18   Perez-Cruz, Jose Fernando Villez-Pico, Martin Valecillo-Ortiz

19   and Jose Martin Lucas-Franco with conspiring to possess with

20   intent to distribute a controlled substance, specifically, five

21   or more kilograms of cocaine while onboard a vessel subject to

22   the jurisdiction of the United States, in violation of

23   Title 46, United States Code, Section 70506*D.

24        It is a separate federal crime for anyone to conspire,

25   to knowingly possess with intent to distribute five or more

1    kilograms of cocaine while onboard a vessel subject to the

2    jurisdiction of the United States, Title 46, United States

3    Code, Section 70503A1, makes it a crime for anyone to knowingly

4    possess with intent to distribute a controlled substance,

5    specifically, five or more kilograms of cocaine while onboard a

6    vessel subject to the jurisdiction of the United States.

7          A "conspiracy" is an agreement by two or more persons

8    to commit an unlawful act.  In other words, it is a kind of

9    partnership for criminal purposes.  Every member of the

10   conspiracy becomes the agent or partner of every other member.

11         The Government does not have to prove that all of the

12   people named in the indictment were members of the plan or that

13   those who were members made any kind of formal agreement.

14         The heart of the conspiracy is the making of the

15   unlawful plan itself.  So the Government does not have to prove

16   that the conspirators succeeded in carrying out the plan.  The

17   defendant can be found guilty only if all the following facts

18   are proven beyond a reasonable doubt:

19         First:  Two or more people in some way agreed to try to

20   accomplish a shared and unlawful plan to possess a controlled

21   substance, specifically, cocaine;

22         Two:  The defendant knew the unlawful purpose of the

23   plan and willfully joined in it;

24         And three:  The object of the unlawful plan was to

25   possess with intent to distribute a controlled substance, five

1    or more kilograms of cocaine while onboard a vessel subject to

2    the jurisdiction of the United States.

3         A person may be a conspirator even without knowing all

4    the details of the unlawful plan or the names and identities of

5    all the other alleged conspirators.  If the defendant played

6    only a minor part in the plan, but had a general understanding

7    of the unlawful purpose of the plan and willfully joined in

8    that plan on at least one occasion, that is sufficient for you

9    to find that defendant guilty.

10        But simply being present at the scene of an event or

11   merely associating with certain people and discussing common

12   goals and interests does not establish proof of a conspiracy.

13        Also, a person who does not know about a conspiracy but

14   happens to act in a way that advances some purpose of one does

15   not automatically become a conspirator.

16        The vessel in this case has been determined by the

17   Court to be a vessel subject to the jurisdiction of the

18   United States.

19        Count 2 charges all of the defendants with knowingly

20   and intentionally possessing with intent to distribute a

21   controlled substance, specifically, five or more kilograms of

22   cocaine while on board a vessel subject to the jurisdiction of

23   the United States, in violation of Title 46, United States

24   Code, Section 70503A1.

25        It is a federal crime for anyone onboard a vessel

1   subject to the jurisdiction of the United States to knowingly

2   possess a controlled substance with the intent to distribute

3   it.

4           Cocaine is controlled substance within the meaning of

5   the law.  A defendant can be found guilty of this crime only if

6   each of the following facts is proved beyond a reasonable

7   doubt:

8           First:  The defendant was onboard a vessel subject to

9   the jurisdiction of the United States.  You are instructed that

10  the vessel at issue in this case has been determined by the

11  Court to be a vessel subject to the jurisdiction of the

12  United States;

13          Two:  The defendant knowingly possessed a controlled

14  substance, specifically, cocaine;

15          Three:  The defendant intended to distribute the

16  controlled substance, specifically, cocaine;

17          And four:  The weight of the cocaine was more than five

18  kilograms.

19          To "possess with intent to distribute" means to

20  knowingly have something while intending to deliver or transfer

21  it to someone else even with no financial interest in the

22  transaction.

23          Each defendant is charged in the indictment with

24  possessing with intent to distribute a certain quantity or

25  weight of the alleged controlled substance, but you may find a

1    defendant guilty of the offense if the quantity of the

2    controlled substance which he should be held responsible is

3    less than the amount or weight charged.

4         Thus, the verdict form prepared with respect to each

5    defendant -- as I will explain in a moment -- will require that

6    if you find any defendant guilty, you must specify on the

7    verdict form your unanimous finding concerning the weight of

8    the controlled substance contributed to each defendant.

9         The law recognizes several kinds of possession.

10        A person may have "actual possession," "constructive

11   possession," "sole possession," or "joint possession."

12        "Actual possession" of a thing occurs if a person

13   knowingly has direct physical control of it.

14        "Constructive possession" of a thing occurs if a person

15   does not have actual possession of it, but has both the power

16   and the intention to take control over it later.

17        "Sole possession" of a thing occurs if the person is

18   the only one to possess it.

19        "Joint possession" of a thing occurs if two or more

20   people share possession of it.

21        The term "possession" includes actual, constructive,

22   sole, and joint possession.  It is possible to prove a

23   defendant guilty of a crime even without evidence that the

24   defendant personally performed every act charged.

25        Ordinarily, any act a person can do may be done by

1    directing another person or agent, or it may be done by acting

2    with or under the direction of others.

3         A defendant "aids and abets" a person if the defendant

4    intentionally joins with the person to commit a crime.  A

5    defendant is criminally responsible for the acts of another

6    person if the defendant aids and abets the other person.

7         A defendant is also responsible if the defendant

8    willfully directs or authorizes the acts of an agent, employee,

9    or other associate.

10         But finding that that defendant is criminally

11   responsible for the acts of another person requires proof that

12   the defendant intentionally associated with or participated in

13   the crime, not just proof that the defendant was simply present

14   at the scene of the crime or knew about it.

15         In other words, you must find beyond a reasonable doubt

16   that the defendant was a willful participant and not merely a a

17   knowing spectator.

18         Each count of the indictment charges a separate crime

19   against one or more of the defendants.  You must consider each

20   crime and the elements related to it separately, and you must

21   consider the case of each defendant separately and

22   individually.

23         If you find the defendant guilty of one crime that must

24   not affect your verdict for any other crime or any other

25   defendant.  I caution that each defendant is on trial only for

1    the specific crimes charged in the indictment.

2         You are here to determine from the evidence in this

3    case whether each defendant is guilty or not guilty of those

4    specific crimes.  You must never consider punishment in any way

5    to decide whether a defendant's guilty.  If you find the

6    defendant guilty, the punishment is for a judge alone to decide

7    later.

8         You will see that the indictment charges that a crime

9    was committed on or about a certain date.  The Government does

10   not have to prove that the crime occurred on an exact date.

11   The Government only has to prove beyond a reasonable doubt that

12   the crime was committed on a date reasonably close to the date

13   alleged.

14        The word "knowingly" means that an act was done

15   voluntarily and intentionally and not because of mistake or

16   accident.

17        The word "willfully" means that the act was committed

18   voluntarily and purposefully with the intent to do something

19   the law forbids, that is, with bad purpose to disobey or

20   disregard the law.

21        While a person must have acted with the intent to do

22   something the law forbids before you can find the person acted

23   willfully, the person need not be aware of the specific law or

24   rule that his conduct may be violating.

25        "Intentional flight" by a person immediately after a

1    crime has been committed is not, of course, sufficient to

2    establish the guilt of that person.  But intentional flight

3    under those circumstances is a fact which, if proved, may be

4    considered by a jury in light of all the other evidence in the

5    case in determining the guilt or innocence of that person.

6           Whether or not a defendant's conduct constituted flight

7    is exclusively for you as the jury to determine.  And if you do

8    so determine whether or not that flight showed a consciousness

9    of guilt on his part and the significance to be attached to

10   that evidence are also matters exclusively for you as a jury to

11   determine.

12          I do remind you that your consideration of any evidence

13   of flight, if you should find that there was flight, you should

14   also consider that there may be reasons for this which are

15   fully consistent with innocence.

16          Those may include fear of being apprehended or

17   unwillingness to confront police.  It may also suggest that a

18   feeling of guilt does not necessarily reflect actual guilt of a

19   crime which you may be considering.

20          Your verdict -- whether guilty or not guilty -- must be

21   unanimous.  In other words, you must all agree.  Your

22   deliberations are secret and you'll never have to explain your

23   verdict to anyone.

24          Each of you must decide the case for yourself, but only

25   after fully considering the evidence with the other jurors.  So

1    you must discuss the case with one another and try to reach an

2    agreement.

3           While you're discussing the case, do not hesitate to

4    re-examine your own opinion and change your mind if you become

5    convinced that you were wrong, but do not give up your honest

6    belief just because the cause others think differently or

7    because you simply want to get the case over with.

8           Remember that in a very real way, you are judges,

9    judges of the facts.  Your only interest is to seek the truth

10   from the evidence in the case.

11          When you go to the jury room, choose one of your

12   members to act as a foreperson.  The foreperson will direct

13   your deliberation and will speak for you here in court.

14          A verdict form has been prepared for you're

15   convenience.  So this is the verdict form.

16          And let me go over it a minute.

17          It has the style of the case, the United States of

18   America against each of the names of the defendants.

19          It's style verdict form.  I will give you an example as

20   to one of the defendants, but it's the same for every other

21   defendant:

22          We, the jury, in the above-captioned case, unanimously

23   find as follows:

24          As to Count 1 in the indictment, we find the defendant

25   -- name of the defendant -- and then below that, there's the

1    word "guilty," and a line next to that word.  And next to that,

2    to the right of that, are the words "not guilty," and a line

3    next to that.

4         So when you reached a unanimous verdict, put a check or

5    an "X" above the line that correspond to your verdict.

6         Now, in this case, there's the following -- there's a

7    question that -- or instruction that follows that:

8         If you find the defendant guilty as to Count 1, proceed

9    to answer question two.

10        If you find the defendant not guilty as to Count 1,

11   proceed to question three.

12        So, meaning if you find the defendant not guilty, skip

13   question two.

14        And what does question two say?  It has to deal with

15   the quantity of the drugs involved.

16        So if you find the defendant guilty, go to question

17   two.  Question two says:

18        We, the jury, in the above-captioned case, having found

19   the defendant -- and the name of the defendant -- guilty to the

20   offense charged in Count 1 of the indictment, further find,

21   with respect to Count 1, that the controlled substance involved

22   in the conspiracy was possessed with the intent to distribute a

23   controlled substance while onboard a vessel subject to the

24   jurisdiction of the United States, attributable to the

25   defendant, as a result of his own conduct and the conduct of

1    other conspirators reasonable foreseeable to him is -- and then

2    up three options:

3              A:  More than five kilograms of cocaine.

4              If you find it more than five, put a check or an "X" on

5    the line that corresponds to that;

6              B:  More than 500 grams were cocaine.  There's a line

7    there for that;

8              And less than 500 grams of cocaine.

9              So, I think it's pretty self-explanatory.

10             Take the verdict form with you to the jury room.  When

11   you have all agreed on the verdict, your foreperson must fill

12   in the form, sign it, date it, and carry it.

13             Then you'll return it to the courtroom.  If you wish to

14   communicate with me at any time, please write down your message

15   or question and given it to the Marshal.

16             The Marshal will give it to me, and I will respond as

17   promptly as possible, either in writing or by talking to in the

18   courtroom.  I caution you not to tell me how many jurors have

19   voted one way or the other at that time.

20             So that concludes the instructions.

21             I will send back the instructions I just read to you, a

22   paper copy, along with the verdict form, and give us a few

23   moments, we'll gather the evidence and we'll send back the

24   evidence to you as well.

25             If you want to play the recordings, just indicate that

1    to me as well, and we'll provide you with the technical

2    equipment or the computers so that you can do that.

3           I don't know if any one of you is comfortable or feels

4    technically proficient enough, but, you know, I assume that

5    these days, one or more of you are, but if you're not, we're

6    help to help, so -- okay.  And enjoy the pizza.

7           THE COURT:  Let's see, we've got to take care of --

8    Mr. Jones, yep, stay behind.

9           (Jury exited courtroom at 6:41 p.m.)

10          (Jury deliberations commencing at 6:41 p.m.)

11          THE COURT:  Robin, we got to get that corrected, it's

12   not a clean copy, that's where it fits, okay.

13          So, as you saw, we had lost an alternate.  But by law

14   we can only allow 12 jurors to deliberate, so a couple of

15   things, keep in mind.

16          First of all, thank you for your jury service.  You put

17   in long hours, you and the rest of the jurors were great about

18   showing up on time so we can try and do all of our work in this

19   week, so I appreciate the yeoman's effort there.

20          I would ask you not to talk about the case.  It's

21   possible -- I don't know what the jury's going to do and how

22   long they're going to deliberate tonight or they're continue to

23   continued to deliberate next week.

24          But if something unforeseen happens and we had to lose

25   a juror, we're going to call you and ask you to come back and

1    re-join the other jurors and begin deliberations anew.  So I

2    would ask you just to follow the instructions.

3         If you're interested in knowing the outcome of the

4    case, by all means, you're free to call, and we'll give you

5    the results, whatever they are, but so don't talk about the

6    case, don't listen or read anything touching on the case in

7    any way.  If anybody should try to talk to you about it, bring

8    it to my attention.

9         And again, with our thanks, you're free to go.  Thank

10   you.  I hope found it educational and interesting.  Thank you.

11        (Alternate juror exited courtroom.)

12        THE COURT:  So if you can gather your evidence, Robin

13   will be out to send all of that back, okay.

14        Anything else that we need to --

15        MR. do CAMPO:  Judge, we think it would be a better

16   idea, send a laptop back with them.

17        I think the Government provided a forensic laptop.

18        THE COURT:  Do you want to send it back?

19        MS. ANTON:  That's fine, Judge.

20        THE COURT:  Does the Government want to do that?  There

21   was a day that you might have thought that I'm all thumbs.

22   Today, that's not the case.  There's nothing else only the

23   computer?  Everybody is satisfied with that as well?

24        MS. ANTON:  You don't mind my closing to go back there;

25   do you?

1          MS. PINERA-VAZQUEZ:  What do you want us to do,

2    Judge --

3          THE COURT:  Hang around, yes, 'cause --

4          MS. PINERA-VAZQUEZ:  -- hang out here?  Five minutes

5    away?

6          THE COURT:  No.

7          MS. PINERA-VAZQUEZ:  Like inside here?

8          THE COURT:  Right, right.

9          MS. PINERA-VAZQUEZ:  Are we getting pizza?  Actually, I

10   think I'd rather have some beer.

11         THE COURT:  I'll see what they have left over after I

12   got my hands on it.  I'm just kidding.  Well, I told Robin they

13   can't have -- someone did ask for a beer.

14         MR. do CAMPO:  Oh, really?

15         MS. PINERA-VAZQUEZ:  Really?

16         THE COURT:  I'm sure it was a joke about the --

17         UNIDENTIFIED SPEAKER:  In the theme of the trial, Your

18   Honor.

19         THE COURT:  -- in the theme of the trial, When I said,

20   tell them no, but we'll send them back a brick instead.

21         All right.  We'll be in recess.

22         (Recess taken from 6:45 p.m. to 7:13 p.m.)

23         COURTROOM DEPUTY:  Question from the jury.

24         MS. VIAMONTES:  What is -- Exhibit Perez-Cruz 1 in?

25         MS. PINERA-VAZQUEZ:  Jose Perez-Cruz Exhibit Number 1,

1    that's what they're asking.

2          MR. do CAMPO:  That's the photo of -- that's the raw

3    footage?  No?

4          MS. PINERA-VAZQUEZ:  No.  What's the question?

5          COURTROOM DEPUTY:  "What video is Defendant's Exhibit

6    Perez-Cruz Number 1 in?"

7          MR. do CAMPO:  That was Government's Exhibit 27.

8          THE COURT:  This is why we don't leave.

9          Anyway, I read this note from the jury:  "What video is

10   Defendant's Exhibit Perez-Cruz Number 1 in?"

11         MR. do CAMPO:  Government's Exhibit 27.

12         THE COURT:  So, is that the response?

13         MR. do CAMPO:  That is Exhibit 27.

14         THE COURT:  Government's Exhibit 27?

15         MS. ANTON:  Exhibit 27 is the raw footage.

16         MR. do CAMPO:  Yeah, we checked.

17         THE COURT:  Everybody agree?

18         MS. ANTON:  I suppose, I agree, putting the picture in

19   with the stipulation.  I don't know what it was.

20         THE COURT:  We will mark this Court's Exhibit Number 1.

21         (Court's Exhibit 1 admitted into evidence.)

22         (Recess taken from 7:20 p.m. to 7:53 p.m.)

23         THE COURT:  Okay.  Is everybody here?

24         MS. PINERA-VAZQUEZ:  Yes, Your Honor.

25         THE COURT:  Can I bring the jury out?  Please.

1           (Jury entered courtroom at 7:54 p.m.)

2           THE COURT:  Good evening, ladies and gentlemen.  Please

3     be seated.

4           I understand you've reached a verdict, so at this time,

5     I'm going to ask that you hand the verdict form to the

6     courtroom deputy.

7           And I ask the courtroom deputy to publish the verdict.

8                               VERDICT

9           COURTROOM DEPUTY:  Members of the jury, please rise and

10    harken to your verdict.

11          In the case of United States of America versus Gabriel

12    Garcia-Solar, Alonso Barrera-Montes, Moises Aguilar-Ordonez,

13    Jose Candelario Perez-Cruz, Jose Fernando Villez-Pico, Martin

14    Valecillo-Ortiz, Jose Martin Lucas-Franco.

15          We, the jury, in the above captioned case, unanimously

16    find as follows:

17          As to Count 1 of the indictment, we find the defendant

18    Gabriel Garcia-Solar guilty.

19          We, the jury, in the above captioned case, having found

20    defendant Gabriel Garcia-Solar guilty of the offense charged in

21    Count 1 of the indictment, further find with respect to Count 1

22    that the controlled substance involved in the conspiracy to

23    possess --

24          THE INTERPRETER:  Can we pause, please.  All the

25    headsets are going off.

1          THE COURT:  Ladies and gentlemen, this is going to be a

2     fairly lengthy verdict, so why don't you go ahead and have a

3     seat and relax.

4          (Brief pause in the proceedings.)

5          COURTROOM DEPUTY:  -- possess with intent to distribute

6     a controlled substance while onboard a vessel subject to the

7     jurisdiction of the United States, attributable to defendant

8     Gabriel Garcia-Solar as a result of his own conduct and the

9     conduct of the other conspirators reasonably foreseeable to him

10    is, A, more than five kilograms of cocaine.

11         As to Count 1 of the indictment, we find the defendant

12    Alonso Barrera-Montes guilty.  As to the amount, they've

13    checked off more than five kilograms of cocaine.

14         As to Count 1, we find the defendant Moises

15    Aguilar-Ordonez guilty; and more than five kilograms of cocaine

16    is checked off.

17         As to Count 1 of the indictment, we find defendant Jose

18    Candelario Perez-Cruz guilty; more than five kilograms of

19    cocaine.

20         As to Count 1 of the indictment, we find defendant Jose

21    Fernandez Villez-Pico guilty; more than five kilograms of

22    cocaine.

23         As to Count 1 of the indictment, we find the defendant

24    Martin Valecillo-Ortiz guilty; more than five kilograms of

25    cocaine.

1          As to Count 1 of the indictment, we find the defendant

2    Jose Martin Lucas-Franco guilty; more than five kilograms of

3    cocaine.

4          As to Count 2 of the indictment, we find defendant

5    Gabriel Garcia-Solar guilty; more than five kilograms of

6    cocaine.

7          As to Count 2 of the indictment, we find defendant

8    Alonso Barrera-Montes guilty; more than five kilograms cocaine.

9          As to Count 2 of the indictment, we find the defendant

10   Moises Aguilar-Ordonez guilty; more than five kilograms of

11   cocaine.

12         As to Count 2 of the indictment, we find the defendant

13   Jose Candelario Perez-Cruz guilty; more than five kilograms of

14   cocaine.

15         As to Count 2 of the indictment, we find the defendant

16   Jose Fernando Villez-Pico guilty; more than five kilograms of

17   cocaine.

18         As to Count 2 of the indictment, we find the defendant

19   Martin Valecillo-Ortiz guilty; more than five kilograms of

20   cocaine.

21         As to Count 2 of the indictment, we find the defendant

22   Jose Martin Lucas-Franco guilty; more than five kilograms of

23   cocaine.

24         So say we all, July 14th, 2017, Gregory H. Barnes,

25   foreperson.

 1              THE COURT:  Let me see that verdict.  Okay.

 2              (Brief pause in the proceedings.)

 3              THE COURT:  Okay.  Just one other thing.

 4              Poll the jury, please.

 5              COURTROOM DEPUTY:  Members of the jury, as I ask you

 6     the following question, please answer yes or no.

 7              Was the verdict as read your true verdict?

 8              Juror number one?

 9              JUROR ONE:  Yes.

10              COURTROOM DEPUTY:  Number two?

11              JUROR TWO:  Yes.

12              COURTROOM DEPUTY:  Number three?

13              JUROR THREE:  Yes.

14              COURTROOM DEPUTY:  Number four?

15              JUROR FOUR:  Yes, ma'am.

16              COURTROOM DEPUTY:  Number five?

17              JUROR FIVE:  Yes.

18              COURTROOM DEPUTY:  Number six?

19              JUROR SIX:  Yes.

20              COURTROOM DEPUTY:  Number seven?

21              JUROR SEVEN:  Yes, ma'am.

22              COURTROOM DEPUTY:  Number eight?

23              JUROR EIGHT:  Yes.

24              COURTROOM DEPUTY:  Number nine?

25              JUROR NINE:  Yes.

1          COURTROOM DEPUTY:  Number 10?

2          JUROR TEN:  Yes.

3          COURTROOM DEPUTY:  Number 11?

4          JUROR 11:  Yes.

5          COURTROOM DEPUTY:  Number 12?

6          JUROR 12:  Yes.

7          COURTROOM DEPUTY:  Thank you.

8          THE COURT:  Okay, folks, it's 8:00 on a Friday evening,

9    and I don't want to hold you, but I do want to leave you with a

10   couple of comments.

11         First of all, again, thank you for your willingness to

12   serve as jurors.  I know it was an inconvenience to you and

13   your family and your work lives, nevertheless, I hope you

14   appreciate the very important service you provide by your

15   willingness to serve as jurors, and I hope that you found your

16   jury service to be an interesting and educational experience at

17   the same time.

18         You know, you started the day at 8:30 every morning and

19   concluded 5:30 every evening for the past five days, so I want

20   to thank you for your attention to the schedule, being prompt

21   and courteous to your other jurors in respecting the time

22   imposition on everyone, and I think by working together as a

23   team, it really allowed us to put on the case in this five-day

24   period.

25         You heard a mountain of evidence in a short period of

1   time as well, and so there really was a lot to digest.  But

2   after having heard all of that, I want you to leave here

3   tonight with every confidence in the confidence of your verdict

4   and not to harbor any doubts or suspicions about the

5   correctness of it.

6        I heard the same evidence that you heard.  I'm

7   convinced that you've reached the correct conclusion beyond any

8   reasonable doubt.  So I'm not sure how you could have arrived

9   at any other verdict based on the evidence that had been

10  presented.

11       Each of these defendants were ably represented by their

12  counsel, and I thank them for their service as well, but you

13  can't change facts.

14       So, with that, and our thanks, you're free to go and

15  have a pleasant evening and weekend.

16       Thank you very much.

17       COURTROOM DEPUTY:  And they're released from calling in

18  again.

19       THE COURT:  You don't need to call back to the

20  codaphone, your jury service is complete.

21       THE JUROR:  Pardon me, Judge?

22       THE COURT:  You don't have to call back to the

23  codaphone, unless you really want to.

24       THE JUROR:  Okay.  Thank you, sir.

25       (Jurors excused and exited courtroom at 8:04 p.m.)

1          THE COURT:  The jury had returned verdicts of guilty as

2     to each count as to each defendant, the Court hereby

3     adjudicates each defendant guilty as to each count as to each

4     defendant.

5          The next step in these proceedings is the preparation

6     of a presentence investigation report.  You'll be asked to give

7     information for that report and your attorney may be present

8     with you, if you wish.

9          You will also be given an opportunity to read the

10    presentence report and file any objections to the report before

11    the sentencing hearing.

12         And at the time of the sentencing hearing, you and your

13    attorney will be given an opportunity to address the Court with

14    respect to the sentence to be imposed.

15         We will set sentencing for September 18th at two p.m.

16    in this courthouse in Key West, Florida.

17         I'll ask that you retrieve your exhibits and be

18    responsible for them.

19         Is there anything else that we need to take up before

20    we recess?

21         MS. ANTON:  Nothing from the Government.

22         MS. PINERA-VAZQUEZ:  No.

23         MR. RODRIGUEZ:  No, Your Honor.

24         THE COURT:  Have a pleasant evening, safe trip back.

25         (Proceedings concluded at 8:05 p.m.)

1

2                     C E R T I F I C A T E

3

        I hereby certify that the foregoing is an
4
   accurate transcription of the excerpt of the.
5
   proceedings in the above-entitled matter.
6

7
   January 24th, 2018    /s/Glenda M. Powers
8    DATE                 GLENDA M. POWERS, RPR, CRR, FPR
                          Official Federal Court Reporter
9                         United States District Court
                          400 North Miami Avenue, 08S33
10                        Miami, Florida 33128

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,000** [1] - 66:16
**$10,000** [3] - 140:21, 153:20, 153:25
**$20** [2] - 153:21, 153:23
**$28** [1] - 145:14
**$350** [1] - 22:10
**$46,000** [1] - 202:18
**$5,000** [17] - 28:23, 29:19, 66:19, 69:21, 70:12, 70:17, 72:19, 73:6, 73:10, 73:13, 73:19, 74:10, 109:10, 109:12, 196:24, 198:9, 198:13

## /

**/s/Glenda** [1] - 250:7

## 0

**08S33** [2] - 2:17, 250:9

## 1

**1** [34] - 1:10, 5:15, 5:19, 121:16, 122:2, 122:18, 146:13, 146:14, 146:22, 146:23, 179:8, 228:2, 228:13, 228:16, 236:24, 237:8, 237:10, 237:20, 237:21, 241:24, 241:25, 242:6, 242:10, 242:20, 242:21, 243:17, 243:21, 244:11, 244:14, 244:17, 244:20, 244:23, 245:1
**1-8** [1] - 188:14
**10** [21] - 26:12, 69:1, 85:17, 85:18, 109:19, 114:18, 124:25, 150:12, 150:14, 150:21, 157:17, 157:22, 157:25, 169:11, 172:2, 180:5, 185:21, 189:16, 221:10, 247:1
**10-foot** [1] - 153:4
**10-mile** [1] - 166:8
**100** [1] - 189:17
**104** [1] - 5:4

**105** [1] - 3:8
**11** [5] - 28:14, 190:11, 191:10, 247:3, 247:4
**115** [2] - 129:23
**119** [2] - 3:10, 5:5
**11th** [1] - 140:17
**12** [23] - 38:4, 38:5, 39:13, 41:7, 41:11, 41:24, 45:3, 76:19, 76:22, 78:13, 78:16, 79:7, 95:15, 95:19, 96:3, 110:8, 197:1, 200:9, 201:1, 216:2, 239:14, 247:5, 247:6
**12-day** [1] - 216:9
**120** [8] - 3:11, 3:12, 3:13, 5:6, 5:9, 5:10, 5:11, 5:12
**121** [1] - 3:15
**122** [3] - 3:16, 5:15, 5:16
**123** [3] - 3:17, 3:18, 3:19
**12:36** [1] - 118:13
**12:41** [1] - 114:13
**12:42** [1] - 160:11
**12:43** [1] - 160:13
**13** [5] - 45:3, 79:7, 79:10, 155:22, 211:13
**13:27:03** [1] - 6:19
**14** [8] - 1:5, 14:8, 14:15, 15:12, 16:15, 17:10, 17:19, 201:1
**140** [1] - 3:22
**1453** [2] - 178:25, 179:2
**1458** [1] - 179:24
**14:27:01** [1] - 6:20
**14:44:05** [1] - 186:1
**14th** [2] - 128:25, 245:24
**15** [10] - 18:24, 87:4, 116:8, 123:25, 124:3, 140:8, 150:14, 150:15, 154:16, 195:4
**15-minute** [2] - 131:4, 202:1
**15-minutes** [1] - 202:5
**1538** [3] - 179:4, 180:1, 180:3
**1549** [2] - 179:3, 179:15
**155** [1] - 3:24
**15:41:34** [3] - 180:7, 180:11, 183:2
**16** [5] - 17:13, 17:19, 189:12, 189:13, 189:16

**1609** [5] - 181:21, 182:7, 186:17, 191:17, 202:5
**163** [1] - 4:4
**1640** [1] - 182:12
**1641** [2] - 182:11, 183:1
**16:41:19** [2] - 182:24, 183:15
**16:44:05** [4] - 184:22, 185:4, 186:2, 186:12
**17** [3] - 61:6, 211:12
**170** [1] - 4:6
**1710** [1] - 211:13
**1711** [1] - 212:1
**177** [1] - 4:8
**17th** [4] - 40:18, 40:19, 125:2
**18** [3] - 15:15, 48:11, 56:24
**186** [1] - 4:10
**18th** [6] - 40:18, 48:16, 59:24, 60:12, 188:18, 249:15
**19** [2] - 85:4, 101:25
**196** [1] - 4:12
**1985** [1] - 129:9
**1988** [1] - 129:15
**19th** [3] - 60:10, 125:3, 167:2
**1:00** [1] - 114:10
**1:40** [2] - 118:12, 118:13
**1:42** [1] - 118:19
**1:43** [1] - 119:8

## 2

**2** [15] - 5:16, 122:5, 122:18, 141:9, 146:13, 179:8, 228:7, 230:19, 245:4, 245:7, 245:9, 245:12, 245:15, 245:18, 245:21
**2,028** [1] - 172:20
**20** [14] - 69:13, 114:15, 116:5, 135:22, 144:19, 162:5, 166:5, 181:7, 181:16, 181:21, 183:13, 189:15, 197:20
**20,000** [2] - 15:7, 15:10
**200** [4] - 141:1, 142:8, 143:10, 162:17
**2016** [11] - 31:15, 40:19, 48:11, 62:19, 111:21, 113:10,

113:16, 140:17, 153:18, 188:15, 199:21
**2017** [5] - 1:5, 6:23, 119:2, 125:3, 245:24
**2018** [2] - 125:5, 250:7
**206** [1] - 4:14
**20th** [5] - 133:7, 133:15, 133:18, 133:20, 134:25
**212** [1] - 4:16
**21st** [1] - 167:1
**222** [1] - 4:18
**239** [1] - 4:19
**241** [1] - 4:21
**242** [1] - 5:19
**243** [1] - 4:22
**246** [1] - 4:24
**24th** [1] - 250:7
**25** [3] - 6:23, 119:2, 162:5
**26** [3] - 158:2, 162:16, 180:8
**26-foot** [7] - 140:20, 142:5, 151:11, 159:17, 176:23, 203:4, 214:17
**27** [11] - 121:18, 121:19, 122:13, 178:23, 179:18, 179:21, 242:7, 242:11, 242:13, 242:14, 242:15
**28** [1] - 140:23
**284** [1] - 1:10
**29** [3] - 136:7, 136:10, 137:5
**2:00** [1] - 114:15
**2:59** [1] - 119:9

## 3

**3** [4] - 157:15, 157:16, 157:17, 180:5
**3,000** [1] - 203:5
**30** [17] - 17:19, 37:5, 38:5, 39:3, 76:20, 76:23, 144:20, 145:7, 145:10, 145:12, 150:14, 152:21, 166:7, 197:20, 214:17, 218:15
**300** [1] - 151:6
**300,000** [1] - 22:7
**33128** [2] - 2:18, 250:10
**33394** [1] - 1:23
**350** [3] - 151:6, 151:7, 151:10

**3:00** [3] - 39:9, 114:17, 124:5
**3:07** [1] - 124:23
**3:26** [1] - 138:12
**3:34** [1] - 138:12
**3:37** [1] - 139:19

## 4

**4** [1] - 6:1
**4,500** [1] - 28:23
**40** [5] - 36:10, 180:1, 182:10, 187:9, 187:13
**40-horsepower** [1] - 18:23
**400** [2] - 2:17, 250:9
**44** [1] - 10:8
**45** [6] - 123:18, 123:22, 124:1, 124:4, 140:7
**46** [3] - 228:23, 229:2, 230:23
**473** [1] - 129:9
**488** [1] - 129:15
**49** [1] - 105:25
**4:00** [2] - 48:10, 116:21
**4:16-CR-10042-KMM** [1] - 1:2

## 5

**5** [3] - 1:13, 6:1
**5'5** [1] - 192:1
**5,000** [3] - 66:11, 68:17, 69:10
**5-4** [4] - 185:11, 185:13, 185:25, 186:10
**50** [4] - 10:22, 150:12, 151:4, 176:11
**500** [4] - 1:22, 153:24, 238:6, 238:8
**51** [2] - 129:15, 131:14
**51/49** [1] - 167:6
**53** [1] - 3:8
**55** [2] - 130:13, 131:23
**5:00** [8] - 48:10, 55:11, 58:6, 58:8, 124:7, 124:11, 124:12
**5:30** [5] - 116:21, 124:7, 124:12, 124:13, 247:19
**5:40** [2] - 206:8, 206:9
**5:47** [2] - 206:9, 206:10
**5th** [19] - 31:14, 31:15, 34:10, 44:6, 62:9, 62:19, 70:19,

101:23, 105:4,
111:21, 112:21,
113:9, 113:15,
199:11, 199:17,
199:21, 199:25

## 6

**6** [3] - 3:5, 134:10,
135:6
**6.1** [1] - 221:25
**6.3** [2] - 221:25
**60** [8] - 5:4, 103:5,
103:12, 104:2,
104:5, 111:15,
160:15, 176:11
**64** [1] - 188:4
**667** [1] - 129:9
**6:30** [1] - 116:21
**6:41** [2] - 239:9,
239:10
**6:45** [1] - 241:22

## 7

**70** [1] - 176:11
**700** [1] - 1:22
**70503A1** [2] - 229:3,
230:24
**70506*D** [1] - 228:23
**75** [1] - 131:7
**7:00** [1] - 116:25
**7:13** [1] - 241:22
**7:20** [1] - 242:22
**7:53** [1] - 242:22
**7:54** [1] - 243:1

## 8

**80** [3] - 6:17, 6:21,
176:11
**85** [2] - 129:23
**8:00** [1] - 247:8
**8:04** [1] - 248:25
**8:05** [2] - 1:8, 249:25
**8:30** [2] - 1:7, 247:18
**8:41** [1] - 1:8
**8:43** [1] - 6:6
**8:46** [1] - 7:6
**8th** [3] - 188:15,
189:21, 217:6

## 9

**9** [1] - 3:7
**90** [2] - 150:13, 189:17
**90-page** [2] - 175:16,
175:25
**940** [6] - 140:23,
159:17, 216:24,

218:4, 221:6, 221:10
**99** [3] - 189:12,
189:13, 189:17
**9:00** [4] - 31:21, 31:22,
32:7, 34:10
**9:43** [1] - 7:6
**9:45** [1] - 8:2
**9:47** [1] - 8:24
**9:54** [1] - 8:24
**9:55** [1] - 9:9

## A

**A-frame** [1] - 192:21
**a.m** [12] - 1:7, 1:8, 6:6,
7:6, 8:2, 8:24, 9:9,
28:14, 48:10, 160:12
**abandoned** [1] - 137:1
**abandons** [1] - 146:20
**abets** [2] - 233:3,
233:6
**ability** [3] - 182:3,
225:11, 227:4
**able** [11] - 29:10,
57:24, 74:20,
106:15, 115:15,
130:17, 135:4,
135:10, 136:21,
212:10, 220:3
**ably** [1] - 248:11
**aboard** [1] - 46:6
**above-captioned** [2] -
236:22, 237:18
**above-entitled** [1] -
250:5
**Abraham** [1] - 4:6
**ABRAHAM** [1] - 2:5
**Abrams** [2] - 3:24,
165:20
**ABRAMS** [27] - 2:2,
6:12, 6:15, 6:20, 7:8,
7:11, 63:4, 63:7,
114:2, 114:18,
114:20, 116:6,
117:14, 118:14,
118:17, 118:22,
119:11, 120:3,
120:13, 125:24,
126:7, 136:7, 136:9,
138:18, 154:23,
155:2, 157:16
**Abrams'** [1] - 137:2
**Absolutely** [1] -
187:23
**absolutely** [5] -
144:23, 161:15,
189:3, 189:6, 216:14
**accept** [4] - 196:7,
196:24, 224:21,
226:13

**accident** [1] - 234:16
**accommodate** [1] -
118:9
**accomplish** [2] -
147:4, 229:20
**according** [3] - 114:3,
158:10, 169:9
**accuracy** [1] - 174:8
**accurate** [3] - 224:21,
226:21, 250:4
**accurately** [3] - 75:5,
105:6, 225:12
**accuse** [1] - 187:4
**accused** [3] - 61:16,
129:3, 187:2
**acknowledge** [1] -
178:4
**acquire** [1] - 191:17
**acquired** [1] - 214:8
**acquittal** [2] - 136:11,
137:6
**act** [10] - 135:17,
163:22, 223:19,
229:8, 230:14,
232:24, 232:25,
234:14, 234:17,
236:12
**acted** [4] - 131:8,
132:10, 234:21,
234:22
**acting** [1] - 233:1
**acts** [3] - 233:5, 233:8,
233:11
**actual** [7] - 131:10,
224:14, 232:10,
232:12, 232:15,
232:21, 235:18
**add** [1] - 124:1
**addition** [1] - 194:21
**additional** [2] - 7:20,
120:3
**address** [5] - 121:1,
127:8, 155:3, 187:7,
249:13
**addressing** [1] - 127:3
**adequate** [1] - 226:24
**Adidas** [1] - 65:6
**adjudicates** [1] -
249:3
**admiral** [1] - 164:19
**admissible** [1] - 121:5
**admission** [1] -
121:22
**admitted** [11] - 7:13,
104:4, 104:5,
119:25, 120:2,
120:11, 120:12,
122:18, 223:25,
224:1, 242:21
**ADMITTED** [1] - 5:3

**adopt** [6] - 137:2,
137:6, 137:9,
137:11, 137:14,
137:17
**advances** [1] - 230:14
**advantage** [1] -
227:15
**affairs** [4] - 163:23,
164:1, 204:6, 223:20
**affect** [3] - 187:22,
227:4, 233:24
**afford** [3] - 102:22,
112:4, 112:15
**AFPD** [2] - 2:2, 3:24
**afraid** [3] - 70:4,
91:15, 209:19
**afternoon** [6] -
120:20, 163:14,
165:11, 170:17,
187:5, 206:13
**afterwards** [2] - 86:21,
190:4
**age** [2] - 109:18,
109:19
**Agent** [11] - 148:14,
149:4, 151:20,
166:14, 167:8,
168:9, 169:9,
198:15, 199:6,
199:10, 200:5
**agent** [16] - 101:12,
102:4, 102:11,
103:16, 105:1,
105:5, 106:3, 155:2,
159:11, 190:13,
198:15, 199:25,
215:17, 229:10,
233:1, 233:8
**agents** [3] - 113:9,
173:17, 173:24
**ago** [2] - 17:5, 156:5
**agree** [11] - 80:10,
87:1, 125:24,
125:25, 147:3,
168:13, 216:3,
222:24, 235:21,
242:17, 242:18
**agreed** [10] - 7:2,
114:23, 119:5,
120:23, 121:3,
121:15, 147:9,
147:19, 229:19,
238:11
**agreement** [12] -
144:16, 146:22,
147:5, 147:6,
147:13, 148:2,
148:11, 148:12,
148:13, 229:7,
229:13, 236:2

**Aguilar** [6] - 120:19,
137:8, 228:17,
243:12, 244:15,
245:10
**AGUILAR** [5] - 1:8,
2:5, 3:13, 4:6,
170:16
**Aguilar-Ordonez** [6] -
120:19, 137:8,
228:17, 243:12,
244:15, 245:10
**AGUILAR-
ORDONEZ** [4] - 1:8,
2:5, 3:13, 4:6
**AGUILAR-
ORDONEZ'S** [1] -
170:16
**Aguino** [1] - 21:15
**ahead** [10] - 19:7,
55:19, 72:8, 124:13,
125:12, 139:6,
171:8, 199:14,
199:16, 244:2
**aid** [1] - 227:16
**aided** [1] - 6:2
**aids** [2] - 233:3, 233:6
**Air** [1] - 165:14
**air** [5] - 77:25, 130:17,
182:15, 209:12,
209:17
**aircraft** [1] - 142:5
**airplane** [11] - 90:24,
91:9, 101:3, 105:12,
105:15, 105:18,
105:20, 105:23,
106:10, 143:10,
157:14
**Airport** [2] - 156:7,
156:10
**aisle** [3] - 156:10,
156:11, 156:21
**alarm** [1] - 151:14
**albacore** [1] - 18:3
**alien** [1] - 198:22
**aliens** [3] - 29:4,
197:17
**alleged** [3] - 230:5,
231:25, 234:13
**allotted** [1] - 123:22
**allow** [9] - 8:14,
121:20, 126:3,
212:19, 219:14,
219:25, 221:11,
227:19, 239:14
**allowed** [3] - 128:10,
226:12, 247:23
**almost** [6] - 97:20,
142:8, 178:24,
184:18, 189:21,
212:17

alone [1] - 234:6
Alonso [9] - 84:24,
120:16, 137:4,
163:15, 168:2,
228:16, 243:12,
244:12, 245:8
ALONSO [4] - 1:8, 2:4,
3:12, 4:4
Alternate [1] - 240:11
alternate [2] - 125:23,
239:13
alternates [2] - 9:1,
139:22
alternatively [1] -
117:1
Amendment [1] -
128:25
America [2] - 236:18,
243:11
AMERICA [1] - 1:4
American [1] - 170:14
ammunition [1] - 19:3
amount [8] - 29:14,
30:3, 30:4, 131:8,
155:4, 184:17,
232:3, 244:12
an-hour-and-45 [4] -
116:9, 116:10,
116:17, 123:25
analysis [2] - 188:1,
217:7
analytical [1] - 177:13
analyzed [1] - 172:9
AND [1] - 1:10
anew [1] - 240:1
angle [1] - 158:9
answer [11] - 23:8,
77:14, 145:17,
152:24, 161:18,
168:25, 201:6,
221:2, 225:14,
237:9, 246:6
answered [6] - 77:5,
90:11, 94:22, 99:8,
201:10, 201:11
answers [1] - 54:7
anticipate [2] - 115:2,
115:6
anticipated [2] - 6:10,
130:24
ANTON [64] - 1:20,
8:19, 17:14, 18:15,
29:20, 30:1, 30:19,
36:25, 40:9, 45:17,
54:16, 57:20, 63:14,
63:16, 71:24, 72:9,
74:19, 77:3, 77:7,
77:13, 79:9, 83:4,
83:7, 87:18, 91:3,
91:8, 96:20, 99:10,

100:4, 100:5,
100:13, 100:16,
101:2, 103:3, 103:5,
103:9, 103:10,
104:1, 104:6, 104:8,
104:20, 104:21,
107:19, 109:1,
109:3, 112:8,
112:16, 113:11,
115:2, 115:5, 115:8,
115:10, 115:22,
116:1, 117:5,
123:11, 134:17,
134:20, 138:9,
240:19, 240:24,
242:15, 242:18,
249:21
Anton [1] - 3:8
anyway [1] - 242:9
apiece [1] - 116:8
apologize [4] - 6:8,
100:16, 156:4,
170:17
appalling [1] - 207:17
appear [3] - 85:22,
107:7, 225:13
APPEARANCES [2] -
1:18, 2:1
appoint [1] - 112:11
appreciate [5] -
139:12, 178:7,
178:10, 239:19,
247:14
apprehended [1] -
235:16
approach [1] - 103:3
approached [1] -
26:24
approaches [1] -
66:18
approaching [2] -
156:16, 167:22
April [2] - 6:23, 119:2
area [25] - 60:20,
69:25, 166:15,
169:9, 169:12,
169:13, 169:15,
169:16, 169:21,
172:17, 172:18,
175:2, 181:13,
181:20, 189:24,
193:19, 194:1,
194:3, 198:22,
202:10, 211:1,
211:5, 217:24,
218:20, 219:22
argue [3] - 128:10,
135:25, 136:2
arguing [1] - 156:2
ARGUMENT [9] -

140:14, 155:1,
163:13, 170:16,
177:23, 187:3,
195:25, 206:12,
212:16
argument [12] -
126:22, 127:12,
127:13, 128:7,
128:8, 128:11,
128:13, 136:23,
137:6, 154:9, 166:10
ARGUMENTS [2] -
3:20, 4:3
arguments [14] -
123:16, 123:19,
123:23, 123:24,
124:9, 125:16,
136:13, 137:3,
139:9, 139:10,
140:6, 165:10,
200:8, 204:24
Arizona [1] - 129:14
arm [1] - 50:5
armies [1] - 207:2
arrange [1] - 28:11
arranged [1] - 30:22
arrangements [2] -
8:13, 8:20
arrested [3] - 70:24,
191:8, 199:4
arresting [1] - 60:23
arrive [4] - 30:14,
67:1, 81:14, 146:6
arrived [20] - 25:8,
30:16, 32:7, 32:11,
33:3, 33:5, 34:2,
34:25, 36:7, 42:11,
42:12, 43:25, 52:9,
52:16, 62:9, 80:4,
80:6, 91:12, 211:22,
248:8
arrives [3] - 211:5,
211:25, 219:20
arriving [1] - 224:6
Arteaga [3] - 7:12,
118:23, 119:1
ARTEAGA [1] - 3:10
aside [4] - 46:2, 175:5,
175:7, 216:7
aspect [1] - 172:13
asserting [1] - 132:22
asserts [1] - 224:14
assess [3] - 168:15,
200:22, 201:9
assessing [1] - 193:5
assessment [1] -
140:1
associate [1] - 233:9
associated [1] -
233:12

associating [1] -
230:11
assume [2] - 224:3,
239:4
attached [1] - 235:9
attacked [3] - 25:16,
111:7, 197:12
attempt [1] - 166:23
attempted [1] - 140:24
attend [2] - 11:21,
12:1
attention [6] - 117:17,
155:9, 163:16,
212:18, 240:8,
247:20
attorney [10] - 71:18,
71:22, 72:1, 72:15,
72:17, 74:14,
102:22, 249:7,
249:13
Attorney's [1] - 1:21
attorney-client [1] -
71:22
attorneys [5] - 123:21,
137:2, 148:18,
154:14, 205:15
attributable [2] -
237:24, 244:7
audacity [1] - 209:13
audience [3] - 126:16,
127:5, 127:10
audio [30] - 130:4,
130:6, 130:7, 130:9,
130:11, 130:14,
130:15, 130:20,
131:1, 131:10,
131:22, 131:24,
132:15, 132:24,
133:20, 134:2,
134:23, 134:24,
135:1, 165:24,
174:19, 178:18,
182:16, 182:18,
182:20, 185:21,
185:23, 218:15
audiotape [1] - 183:11
Audiotape [17] -
171:11, 171:15,
171:17, 171:21,
183:4, 184:8,
184:15, 185:5,
185:9, 186:3, 186:8,
211:8, 211:11,
211:16, 211:18,
212:4, 212:6
aunt [1] - 22:24
aunt's [1] - 20:23
AUSA [2] - 1:20, 1:20
authorizes [1] - 233:8
automatically [3] -

188:21, 189:5,
230:15
available [1] - 178:17
Avenue [2] - 2:17,
250:9
average [2] - 14:24,
15:3
avoid [1] - 138:21
awake [1] - 62:5
aware [2] - 29:2,
234:23
aways [1] - 169:19
awhile [4] - 49:21,
184:6, 185:23,
186:17

B

background [2] -
11:20, 67:21
backpack [13] - 31:25,
32:1, 32:3, 37:14,
56:9, 56:11, 56:15,
56:17, 57:24, 76:8,
86:13, 86:15, 97:1
backtrack [2] - 48:15,
165:12
backwards [1] -
196:11
bad [8] - 61:18, 129:5,
129:13, 132:10,
135:17, 135:19,
162:25, 234:19
bag [1] - 31:25
Bagley [1] - 129:8
Baidenmann [22] -
132:2, 143:23,
145:3, 157:20,
157:22, 158:3,
165:24, 174:16,
174:23, 178:13,
181:10, 181:25,
186:16, 213:2,
213:11, 215:1,
215:2, 216:20,
218:11, 218:23,
219:6
bale [1] - 192:8
bales [5] - 48:23,
107:23, 145:25,
192:5, 194:10
banana [1] - 108:5
Barnes [1] - 245:24
barrels [1] - 51:9,
146:20
BARRERA [5] - 1:8,
2:4, 3:12, 4:4,
163:13
Barrera [8] - 120:17,
137:5, 163:15,

168:2, 170:6,
243:12, 244:12,
245:8

**BARRERA-MONTES**
[4] - 1:8, 2:4, 3:12,
4:4

**Barrera-Montes** [8] -
120:17, 137:5,
163:15, 168:2,
170:6, 243:12,
244:12, 245:8

**BARRERA-MONTES'**
[1] - 163:13

**Barrero** [1] - 228:17

**Barrero-Montes** [1] -
228:17

**based** [10] - 121:5,
128:22, 132:18,
137:18, 162:12,
174:3, 208:7,
222:19, 223:15,
248:9

**basis** [5] - 110:10,
127:7, 132:6,
135:13, 135:24

**basket** [1] - 21:17

**bathroom** [6] - 37:16,
37:18, 39:25, 114:8,
114:12, 206:5

**beach** [29] - 26:4,
26:5, 26:9, 26:11,
26:16, 26:19, 26:20,
27:6, 27:25, 30:10,
31:1, 31:2, 31:5,
31:6, 32:17, 34:9,
65:12, 65:17, 66:7,
66:18, 67:11, 67:14,
68:14, 68:24, 68:25,
69:2, 69:9, 109:10,
198:12

**beans** [1] - 39:11

**beard** [3] - 97:18,
97:19, 200:17

**become** [4] - 165:9,
206:22, 230:15,
236:4

**becomes** [1] - 229:10

**bed** [1] - 37:6

**bedrocks** [2] - 164:12,
164:14

**beep** [1] - 206:2

**beer** [2] - 241:10,
241:13

**bees** [1] - 151:21

**BEFORE** [1] - 1:15

**beg** [2] - 171:5, 212:15

**began** [1] - 160:1

**begin** [3] - 132:16,
222:14, 240:1

**beginning** [1] - 155:10

**begins** [1] - 125:2

**behalf** [20] - 114:20,
120:13, 120:16,
120:18, 120:20,
122:21, 122:25,
123:3, 123:7, 127:1,
127:8, 128:21,
132:4, 137:4,
137:10, 137:13,
137:16, 139:3,
163:15, 206:13

**behavior** [1] - 168:9

**behind** [13] - 82:2,
82:5, 82:23, 84:12,
97:14, 99:6, 139:10,
182:1, 182:5, 188:5,
193:18, 205:8, 239:8

**Behnke** [1] - 133:13

**beings** [2] - 178:10,
178:11

**belief** [1] - 236:6

**belong** [1] - 128:11

**belonging** [1] - 59:16

**belongings** [1] - 86:16

**below** [7] - 69:25,
130:6, 130:7,
130:17, 131:13,
134:1, 236:25

**bench** [7] - 49:5, 49:6,
87:7, 161:6, 193:15,
193:16

**benefit** [1] - 194:9

**Berrio** [4] - 4:8,
120:21, 177:25,
191:17

**BERRIO** [29] - 2:7,
63:10, 114:22,
116:10, 120:20,
121:5, 121:9,
121:14, 121:25,
122:10, 122:13,
122:16, 122:21,
128:14, 128:17,
128:20, 133:1,
133:4, 133:11,
134:6, 134:9,
137:10, 177:24,
183:2, 183:12,
183:19, 184:16,
185:10, 186:9

**best** [8] - 6:12, 64:5,
139:5, 162:9, 165:1,
182:2, 190:16,
192:15

**better** [10] - 62:20,
126:5, 160:15,
188:11, 200:1,
207:9, 218:17,
218:22, 219:10,
240:15

between [7] - 28:23,
73:5, 73:7, 85:19,
94:1, 192:7, 227:10

**beyond** [25] - 135:24,
136:16, 147:1,
163:2, 163:9,
163:21, 165:16,
167:4, 195:21,
204:3, 204:17,
204:22, 207:8,
220:21, 222:18,
223:9, 223:12,
223:18, 223:22,
226:16, 229:18,
231:6, 233:15,
234:11, 248:7

**big** [31] - 13:20, 13:24,
38:16, 38:17, 43:22,
44:18, 45:16, 48:25,
55:18, 55:19, 58:6,
58:16, 75:22, 76:4,
79:11, 90:24, 94:16,
95:25, 107:23,
131:3, 169:19,
172:23, 172:24,
192:14, 194:4,
200:8, 202:16,
216:14, 221:16

**bigger** [1] - 135:2

**bills** [1] - 69:12

**binding** [1] - 224:2

**bit** [16] - 11:19, 11:20,
74:9, 108:25,
146:13, 149:16,
155:7, 155:18,
155:21, 156:3,
156:15, 167:18,
182:20, 193:22,
203:18, 207:15

**bits** [2] - 173:10,
216:10

**black** [4] - 41:10,
76:15, 77:15, 168:19

**Blanca** [1] - 217:10

**blanca** [2] - 188:23,
189:25

**blank** [1] - 166:17

**blew** [1] - 176:22

**blips** [1] - 169:8

**blue** [2] - 93:15,
160:10

**board** [9] - 143:14,
152:5, 172:2,
179:20, 179:21,
182:9, 208:10,
218:8, 230:22

**Board** [1] - 174:10

**Board-certified** [1] -
174:10

**boarded** [3] - 53:13,

161:22, 209:4

**boarding** [4] - 175:12,
175:14, 208:17,
211:13

**boards** [1] - 49:6

**boat** [291] - 20:2, 24:8,
24:25, 32:10, 32:11,
32:12, 34:2, 34:5,
34:12, 34:14, 34:15,
34:18, 34:23, 34:25,
35:6, 35:8, 35:10,
35:14, 35:16, 35:18,
36:1, 38:3, 40:14,
40:25, 42:10, 43:3,
43:4, 43:15, 43:19,
44:13, 44:15, 44:23,
45:1, 45:4, 46:12,
46:20, 46:21, 47:3,
47:5, 47:10, 47:16,
47:23, 48:4, 48:7,
48:9, 48:13, 50:7,
50:19, 50:23, 50:25,
51:5, 51:11, 51:14,
51:15, 52:5, 52:10,
52:12, 52:14, 52:15,
55:11, 58:17, 69:17,
70:2, 72:23, 72:24,
72:25, 73:2, 73:3,
73:6, 73:11, 73:21,
74:12, 75:7, 75:17,
75:18, 78:17, 78:19,
79:10, 79:15, 79:16,
79:19, 79:24, 80:11,
80:16, 80:19, 80:21,
80:23, 81:1, 81:12,
81:13, 81:15, 81:16,
81:17, 81:22, 82:4,
82:8, 82:10, 82:11,
83:10, 83:15, 84:8,
84:12, 84:19, 84:21,
85:24, 86:1, 86:3,
86:5, 86:7, 86:11,
86:13, 86:17, 86:24,
87:7, 87:21, 88:11,
89:10, 89:21, 90:4,
90:6, 90:8, 90:21,
91:21, 92:16, 92:18,
93:14, 95:24, 97:21,
97:22, 98:2, 98:6,
98:8, 98:11, 99:17,
99:22, 100:6, 101:3,
101:4, 105:15,
107:6, 107:8,
107:10, 107:11,
107:21, 109:20,
122:1, 129:19,
130:19, 145:10,
151:17, 157:4,
157:5, 157:6,
157:18, 157:21,
158:2, 158:6, 158:7,

158:19, 158:20,
158:24, 159:1,
159:3, 159:4,
159:10, 159:15,
159:17, 159:20,
159:21, 159:24,
160:2, 160:14,
160:17, 160:20,
160:21, 161:4,
161:5, 161:17,
161:19, 161:22,
162:13, 162:22,
163:1, 164:21,
165:17, 166:11,
166:19, 167:16,
173:8, 173:16,
173:21, 175:18,
175:24, 175:25,
176:1, 178:22,
178:23, 178:24,
178:25, 179:2,
179:3, 179:6, 179:9,
179:11, 179:12,
179:13, 179:14,
179:15, 179:16,
179:17, 179:19,
179:23, 179:24,
179:25, 180:4,
181:12, 181:13,
181:14, 181:18,
181:20, 181:21,
182:5, 182:7, 182:8,
182:9, 182:10,
182:11, 182:13,
183:14, 183:17,
184:18, 186:16,
186:17, 191:7,
191:15, 191:18,
192:16, 192:17,
192:20, 192:21,
193:4, 193:20,
193:22, 194:13,
194:15, 194:18,
194:24, 194:25,
195:6, 195:10,
195:15, 195:17,
196:25, 197:11,
197:18, 197:19,
200:9, 202:2, 202:3,
202:4, 202:13,
202:23, 203:15,
209:5, 210:19,
210:25, 211:1,
212:8, 215:10,
215:18, 218:12

**boat's** [2] - 158:19,
175:15

**boating** [1] - 145:9

**boats** [27] - 13:21,
24:8, 41:3, 42:12,
42:13, 45:14, 81:7,

83:12, 84:11, 84:17, 90:22, 91:10, 129:25, 157:17, 157:21, 157:23, 157:25, 159:7, 175:2, 178:20, 178:21, 193:7, 193:8, 197:22, 198:24, 211:4

**bobbing** [1] - 167:20

**body** [2] - 19:9, 110:13

**bones** [1] - 175:5

**booklet** [1] - 173:3

**Booney** [1] - 193:14

**borders** [2] - 214:16, 215:5

**born** [10] - 10:7, 10:9, 10:11, 10:12, 10:17, 10:24, 11:1, 11:3, 196:20, 197:3

**borrowed** [1] - 150:2

**boss** [3] - 148:5, 148:6, 151:15

**bosses** [4] - 149:13, 152:20, 164:18, 164:19

**Boston** [1] - 197:8

**bottom** [3] - 142:20, 192:2, 214:23

**bought** [1] - 88:14

**Boulevard** [1] - 1:22

**bow** [4] - 56:10, 91:2, 91:7, 107:5

**bowl** [1] - 37:19

**boxes** [5] - 107:23, 180:12, 180:14, 183:5, 217:25

**boy** [1] - 219:3

**Brady** [2] - 129:2, 129:8

**brave** [1] - 212:20

**bread** [1] - 39:7

**break** [17] - 7:25, 114:10, 114:12, 114:14, 123:19, 124:18, 125:13, 126:10, 138:2, 138:10, 165:20, 165:21, 169:1, 169:6, 214:2, 214:19

**breakfast** [1] - 39:7

**brethren** [2] - 154:25, 176:17

**brick** [1] - 241:20

**brief** [2] - 6:14, 244:4

**Brief** [2] - 11:24, 246:2

**briefly** [1] - 109:5, 200:20

**bright** [1] - 152:8

**brilliant** [2] - 205:12

**bring** [19] - 6:5, 9:2, 27:22, 117:17, 118:18, 138:22, 139:17, 140:25, 153:17, 190:20, 190:21, 193:22, 200:2, 200:3, 203:22, 213:4, 221:4, 240:7, 242:25

**bringing** [2] - 144:12, 147:15

**brings** [1] - 116:16

**broke** [1] - 170:22

**broken** [2] - 170:23, 177:15

**brother** [9] - 13:13, 149:18, 149:19, 149:22, 150:9, 150:21, 153:23, 162:20, 170:12

**brothers** [1] - 12:22

**brought** [9] - 35:20, 43:15, 56:17, 62:7, 97:2, 102:5, 131:15, 167:9, 200:1

**Broward** [1] - 1:22

**buck** [1] - 140:19

**bucks** [1] - 109:14

**budget** [6] - 125:2, 125:4, 125:18, 126:9, 139:2, 139:8

**bulbs** [1] - 38:12

**bunch** [4] - 97:25, 174:12, 174:13, 186:20

**bunker** [1] - 197:4

**buoy** [2] - 162:25, 192:4

**burden** [10] - 163:2, 163:5, 167:4, 167:6, 204:9, 207:6, 207:7, 220:20, 221:18, 223:11

**burned** [3] - 173:3, 175:17, 175:19

**burnt** [1] - 176:3

**bury** [2] - 175:17, 175:19

**business** [1] - 66:4

**button** [4] - 156:15, 156:17, 156:22, 191:25

**buttons** [1] - 156:19

**buy** [5] - 16:13, 88:5, 88:14, 88:23, 149:11

**BY** [44] - 2:16, 9:23, 11:25, 15:2, 15:23, 17:17, 18:20, 29:23, 30:6, 30:21, 37:3, 40:11, 43:13, 45:20,

54:18, 57:23, 62:17, 63:16, 71:24, 72:9, 74:19, 77:3, 77:7, 77:13, 79:9, 83:4, 83:7, 87:18, 91:8, 96:20, 99:10, 100:5, 101:2, 103:10, 104:8, 104:21, 107:19, 109:7, 110:19, 111:9, 111:16, 112:10, 112:19, 113:14

**bylaws** [1] - 173:4

## C

**Cali** [2] - 10:2, 10:9

**camera** [2] - 143:20, 214:23

**cameraman** [1] - 180:14

**cameras** [2] - 158:8, 213:2

**Campo** [2] - 171:7, 203:1

**CAMPO** [24] - 2:8, 4:10, 63:11, 122:25, 137:13, 154:16, 154:20, 154:22, 171:8, 171:10, 183:1, 183:3, 183:18, 186:2, 187:4, 191:25, 222:2, 240:15, 241:14, 242:2, 242:7, 242:11, 242:13, 242:16

**CANDELARIO** [5] - 1:9, 2:7, 3:14, 3:16, 4:8

**Candelario** [9] - 84:24, 120:21, 128:21, 137:11, 177:25, 228:17, 243:13, 244:18, 245:13

**candidly** [1] - 185:19

**cannot** [7] - 112:4, 112:15, 165:18, 165:19, 169:5, 169:6, 223:7

**canoe** [14] - 13:22, 12:23, 14:1, 14:10, 16:25, 18:4, 18:5, 20:4, 66:4, 87:25, 88:11, 89:3, 109:25, 197:11

**canoe-type** [1] - 88:11

**canoes** [1] - 13:24

**capacity** [1] - 192:24

**capsize** [2] - 44:22, 79:24

**captain** [11] - 45:25, 148:4, 148:7, 209:22, 209:25, 210:4, 210:8, 210:9, 210:11, 215:21

**captioned** [4] - 236:22, 237:18, 243:15, 243:19

**captures** [1] - 191:8

**car** [20] - 16:16, 20:2, 156:7, 156:10, 156:12, 156:13, 156:21, 156:23, 156:24, 156:25, 183:24, 184:4, 184:5, 184:11, 195:7, 197:7, 214:12, 214:13

**care** [1] - 239:7

**careful** [1] - 207:13

**carefully** [3] - 161:7, 221:15, 223:16

**cargo** [32] - 36:3, 36:15, 37:16, 37:23, 38:5, 38:8, 38:10, 38:16, 38:17, 39:3, 40:2, 41:5, 41:6, 41:12, 41:14, 42:4, 44:3, 46:3, 46:5, 76:5, 76:7, 76:19, 77:23, 77:25, 78:4, 78:10, 78:13, 110:7, 142:11, 193:19, 200:12, 218:19

**Caribbean** [1] - 159:13

**carry** [2] - 238:12

**carrying** [1] - 229:16

**CASE** [1] - 1:2

**case** [116] - 71:20, 72:2, 72:16, 112:6, 112:11, 115:23, 123:12, 123:15, 126:19, 127:18, 127:22, 128:1, 128:5, 128:6, 128:11, 128:22, 128:23, 129:17, 129:18, 130:4, 130:5, 132:6, 132:7, 132:19, 133:2, 133:5, 134:21, 135:14, 135:17, 135:25, 136:14, 136:15, 136:16, 136:18, 137:7, 138:20, 141:4, 141:5, 146:10,

154:6, 155:13, 155:14, 156:8, 157:4, 163:2, 163:5, 163:17, 163:19, 164:20, 165:4, 165:8, 166:1, 166:2, 166:13, 166:22, 167:3, 167:6, 167:11, 167:12, 167:15, 168:5, 168:10, 168:11, 169:17, 174:3, 178:3, 178:13, 187:9, 187:11, 190:13, 191:5, 191:8, 193:12, 195:23, 196:8, 196:10, 204:2, 204:3, 205:1, 206:16, 209:2, 213:8, 220:11, 220:21, 221:4, 221:12, 221:21, 222:13, 223:17, 223:25, 224:4, 225:9, 230:16, 231:10, 233:21, 234:3, 235:5, 235:24, 236:1, 236:3, 236:7, 236:10, 236:17, 236:22, 237:6, 237:18, 239:20, 240:4, 240:6, 240:22, 243:11, 243:15, 243:19, 247:23

**cases** [2] - 129:21, 155:12

**cash** [7] - 15:9, 66:25, 67:1, 68:19, 69:14, 69:22, 109:10

**Castaway** [1] - 169:14

**cataloged** [1] - 208:20

**catch** [5] - 14:16, 14:17, 25:20, 64:11, 69:6

**catching** [1] - 143:9

**caught** [2] - 170:2, 214:5

**causes** [1] - 198:11

**caution** [2] - 233:25, 238:18

**Cedula** [1] - 56:13

**cell** [6] - 16:18, 33:7, 33:9, 33:15, 33:20, 33:24

**Century** [2] - 167:1, 167:2

**certain** [6] - 115:17,

177:20, 189:7, 230:11, 231:24, 234:9

**certainly** [4] - 127:4, 136:24, 139:11, 155:8

**certainty** [2] - 190:24, 191:1

**certification** [1] - 174:10

**Certified** [1] - 6:2

**certified** [2] - 174:10

**certify** [1] - 250:3

**chain** [11] - 60:18, 144:5, 145:19, 146:5, 148:25, 186:20, 189:23, 199:4, 199:5, 224:16

**challenge** [2] - 154:10, 196:8

**Chambrot** [1] - 4:6

**CHAMBROT** [12] - 2:5, 8:20, 63:9, 115:14, 116:18, 120:18, 137:8, 138:15, 157:15, 170:17, 171:16, 171:22

**chance** [8] - 104:19, 106:17, 106:22, 109:15, 123:20, 135:15, 204:23, 212:3

**change** [8] - 40:12, 41:14, 41:16, 97:5, 201:4, 205:22, 236:4, 248:13

**changed** [5] - 96:9, 97:7, 98:15, 118:8, 200:11

**Channel** [1] - 176:10

**Chapo** [1] - 148:23

**characterization** [1] - 74:15

**CHARGE** [2] - 4:18, 222:10

**charge** [9] - 29:4, 46:10, 107:6, 107:7, 107:8, 118:4, 148:6, 151:21, 223:2

**charged** [12] - 136:18, 141:12, 149:20, 150:8, 228:12, 228:14, 231:23, 232:3, 232:24, 234:1, 237:20, 243:20

**charges** [11] - 146:13, 146:14, 170:11, 190:20, 227:23, 228:2, 228:7,

228:16, 230:19, 233:18, 234:8

**charging** [1] - 136:11

**chart** [3] - 160:18, 204:4, 204:7

**chase** [2] - 175:15, 209:6

**chasing** [1] - 208:13

**check** [6] - 43:7, 147:11, 158:6, 219:15, 237:4, 238:4

**checked** [3] - 242:16, 244:13, 244:16

**chemical** [1] - 215:12

**chemist** [2] - 166:24, 215:11

**chest** [7] - 19:3, 110:17, 110:22, 110:24, 200:15, 200:17, 216:5

**chief** [1] - 164:19

**CHIEF** [1] - 1:15

**Chief** [2] - 7:1, 119:4

**children** [9] - 14:13, 15:24, 15:25, 22:22, 36:13, 62:20, 66:6, 170:10, 197:2

**chocolate** [1] - 12:21

**choice** [1] - 25:17

**choose** [1] - 236:11

**chooses** [1] - 223:7

**circle** [1] - 47:1

**circles** [1] - 177:2

**circumstances** [5] - 166:18, 194:19, 224:17, 227:7, 235:3

**circumstantial** [4] - 214:10, 224:12, 224:16, 224:19

**citizens** [1] - 139:3

**City** [4] - 125:1, 125:4, 139:4, 139:14

**city** [1] - 10:13

**civic** [1] - 125:17

**civil** [1] - 163:16

**civilian** [2] - 164:13, 164:14

**claim** [5] - 73:2, 76:4, 136:2, 207:21, 217:14

**claimed** [1] - 215:21

**clarification** [3] - 99:25, 100:19, 188:13

**classification** [1] - 135:4

**clause** [1] - 128:24

**clean** [5] - 21:17, 97:11, 173:20, 200:10, 239:12

**clear** [4] - 88:9, 109:8, 136:25, 176:11

**clearly** [7] - 45:17, 134:20, 135:16, 165:9, 211:4, 212:2, 225:14

**CLERK** [1] - 118:9

**client** [12] - 71:22, 72:6, 74:16, 110:16, 118:7, 127:8, 132:4, 202:7, 202:12, 202:22, 216:4, 222:1

**client's** [2] - 192:16, 202:24

**clients** [1] - 155:2

**climbing** [1] - 75:14

**clock** [2] - 124:5, 154:18

**close** [20] - 47:2, 99:3, 111:10, 136:9, 136:13, 137:20, 148:1, 156:14, 157:2, 158:7, 158:9, 160:7, 162:11, 163:16, 179:14, 191:16, 212:9, 227:3, 234:12

**closed** [3] - 66:1, 191:8, 191:9

**closely** [1] - 147:24

**closer** [8] - 35:10, 46:20, 46:21, 142:9, 142:12, 218:22, 218:23, 219:10

**closes** [1] - 176:12

**CLOSING** [11] - 3:20, 4:3, 140:14, 155:1, 163:13, 170:16, 177:23, 187:3, 195:25, 206:12, 212:16

**closing** [19] - 115:16, 115:20, 123:16, 123:19, 123:23, 123:24, 124:9, 125:15, 126:20, 126:21, 138:6, 138:14, 139:9, 140:6, 154:9, 165:10, 188:3, 240:24

**closings** [4] - 117:1, 126:4, 126:11, 126:13

**clothes** [17] - 16:2, 40:12, 41:8, 41:23, 76:8, 76:9, 76:10, 86:16, 96:9, 96:25, 97:5, 97:11, 161:24, 168:1, 200:12,

202:14, 215:19

**clothing** [4] - 32:4, 32:5, 160:25, 168:3

**cloud** [1] - 160:3

**clouds** [3] - 181:25, 182:1, 182:6

**cloudy** [1] - 160:4

**clown** [5] - 183:24, 184:4, 184:5, 184:11, 195:7

**clue** [1] - 209:8

**co** [7] - 89:10, 119:16, 150:2, 150:6, 173:3, 173:4, 178:12

**co-counsel** [2] - 119:16, 178:12

**co-defendants** [1] - 89:10

**co-op** [4] - 150:2, 150:6, 173:3, 173:4

**Coast** [50] - 50:16, 50:20, 51:5, 51:24, 52:4, 52:15, 52:19, 52:25, 53:9, 53:13, 55:7, 56:20, 57:13, 58:9, 58:10, 61:15, 82:12, 85:2, 85:5, 85:7, 91:1, 91:7, 91:9, 91:12, 91:21, 92:19, 94:12, 94:14, 96:7, 99:14, 101:7, 101:9, 102:1, 149:11, 153:6, 161:3, 161:22, 166:3, 166:20, 167:15, 172:11, 172:12, 177:11, 178:5, 192:16, 195:15, 207:2, 210:21, 211:5, 221:23

**coast** [2] - 10:15, 167:10

**Coasties** [1] - 211:3

**cocaine** [83] - 48:21, 61:1, 61:3, 61:16, 61:22, 64:17, 107:25, 108:14, 108:20, 108:23, 140:24, 141:13, 141:14, 141:23, 141:25, 142:1, 145:13, 147:5, 147:20, 151:24, 152:2, 153:13, 159:18, 161:1, 161:14, 161:15, 161:17, 167:18, 167:19, 168:1, 168:2, 172:21,

191:7, 191:16, 192:15, 193:1, 194:3, 194:19, 195:12, 196:14, 201:16, 201:19, 202:3, 202:4, 202:13, 202:14, 202:23, 203:1, 215:12, 216:25, 218:5, 228:5, 228:10, 228:21, 229:1, 229:5, 229:21, 230:1, 230:22, 231:4, 231:14, 231:16, 231:17, 238:3, 238:6, 238:8, 244:10, 244:13, 244:15, 244:19, 244:22, 244:25, 245:3, 245:6, 245:8, 245:11, 245:14, 245:17, 245:20, 245:23

**cocoa** [2] - 11:6, 108:4

**coconut** [1] - 108:5

**codaphone** [2] - 248:20, 248:23

**Code** [3] - 228:23, 229:3, 230:24

**Cody** [10] - 143:23, 145:3, 178:13, 180:12, 180:14, 180:15, 215:1, 215:2, 216:19, 219:6

**coffee** [1] - 39:7

**coincidence** [3] - 144:7, 145:21

**coke** [1] - 194:10

**cold** [1] - 76:16

**colleagues** [3] - 115:15, 177:25, 207:16

**collectively** [2] - 123:24, 124:18

**Colombia** [26] - 10:6, 20:16, 20:20, 53:6, 54:25, 62:22, 107:25, 108:7, 108:11, 108:13, 108:21, 108:23, 108:24, 109:13, 140:17, 144:4, 148:16, 150:20, 151:25, 152:1, 152:2, 167:9, 167:10, 187:10, 196:17

**Colombian** [8] - 15:10, 22:8, 41:18,

57:2, 64:24, 65:2, 148:10

**color** [2] - 28:8, 32:1

**comfortable** [1] - 239:3

**coming** [26] - 41:3, 51:9, 51:16, 79:25, 80:7, 81:11, 81:13, 101:7, 143:20, 161:23, 174:15, 178:2, 183:25, 184:4, 184:13, 185:22, 192:19, 195:8, 195:9, 208:25, 212:23, 214:20, 214:23, 215:13, 216:2, 216:7

**Commander** [10] - 132:2, 134:12, 145:2, 157:12, 164:24, 169:22, 213:1, 214:25, 218:9, 219:9

**commander** [6] - 157:22, 157:25, 158:1, 158:10, 169:10, 218:9

**commencing** [3] - 7:5, 119:8, 239:10

**comment** [4] - 77:10, 126:21, 127:20, 136:20

**commenting** [2] - 126:15, 126:23

**comments** [2] - 130:18, 247:10

**Commission** [1] - 125:4

**commit** [4] - 164:12, 228:14, 229:8, 233:4

**committed** [12] - 163:10, 165:10, 165:11, 226:17, 226:18, 226:25, 227:13, 228:7, 234:9, 234:12, 234:17, 235:1

**committing** [1] - 228:13

**commodity** [1] - 146:3

**common** [18] - 16:7, 146:2, 147:10, 147:12, 150:16, 151:18, 168:14, 204:1, 213:12, 213:13, 214:11, 219:15, 220:15, 223:16, 224:10, 230:11

**communicate** [2] -

92:14, 238:14

**communicated** [1] - 94:1

**communicating** [2] - 8:23, 133:25

**communication** [2] - 71:22, 180:4

**community** [1] - 125:1

**company** [3] - 146:7, 174:7, 174:14

**compare** [1] - 153:21

**compel** [5] - 130:22, 133:12, 135:2, 135:3

**complete** [3] - 32:19, 119:11, 248:20

**completed** [1] - 222:13

**completely** [3] - 165:3, 168:10, 194:22

**component** [2] - 148:25, 149:3

**components** [1] - 153:15

**compound** [1] - 215:12

**compressed** [1] - 174:22

**comprise** [1] - 175:1

**computer** [3] - 16:20, 197:5, 240:23

**computers** [1] - 239:2

**concept** [1] - 204:5

**concern** [1] - 166:20

**concerned** [1] - 224:11

**concerning** [3] - 223:14, 225:1, 232:7

**concession** [2] - 119:20, 120:4

**concluded** [13] - 7:7, 119:10, 171:15, 171:21, 183:11, 184:15, 185:9, 186:8, 210:12, 211:18, 212:6, 247:19, 249:25

**concludes** [1] - 238:20

**conclusion** [2] - 220:25, 248:7

**conclusions** [1] - 224:10

**Condella** [1] - 139:21

**conditioning** [1] - 77:25

**conditions** [5] - 38:7, 40:2, 95:19, 169:24, 170:1

**conduct** [7] - 202:19,

234:24, 235:6, 237:25, 244:8, 244:9

**conference** [1] - 118:4

**confidence** [2] - 248:3

**configured** [1] - 6:13

**confirm** [1] - 183:21

**confirmed** [2] - 198:21, 200:5

**confirms** [1] - 202:24

**confront** [1] - 235:17

**confuse** [5] - 212:20, 213:9, 213:18, 214:21, 218:3

**confused** [2] - 219:14, 221:11

**confusion** [1] - 100:22

**conjecture** [1] - 135:11

**connected** [1] - 156:8

**conscience** [1] - 125:17

**consciousness** [1] - 235:8

**consent** [4] - 152:12, 152:15, 199:18, 199:20

**consenting** [1] - 152:13

**conserve** [1] - 88:25

**consider** [8] - 223:7, 223:24, 224:20, 227:7, 233:19, 233:21, 234:4, 235:14

**consideration** [2] - 195:12, 235:12

**considered** [2] - 223:17, 235:4

**considering** [3] - 224:9, 235:19, 235:25

**consistent** [2] - 113:12, 235:15

**consists** [2] - 119:18, 188:5

**conspiracy** [11] - 146:15, 146:21, 146:25, 228:15, 229:7, 229:10, 229:14, 230:12, 230:13, 237:22, 243:22

**conspirator** [2] - 230:3, 230:15

**conspirators** [4] - 229:16, 230:5, 238:1, 244:9

**conspire** [1] - 228:24

**conspired** [3] - 163:4, 221:4, 228:3

**conspiring** [2] - 228:14, 228:19

**constituted** [1] - 235:6

**constitution** [4] - 112:13, 112:17, 164:17, 205:6

**construction** [1] - 22:19

**constructive** [3] - 232:10, 232:14, 232:21

**constructively** [1] - 146:18

**contact** [15] - 30:15, 102:8, 161:13, 161:23, 162:4, 162:8, 180:16, 183:6, 185:11, 185:13, 186:1, 186:10, 217:25, 219:13, 219:17

**contain** [1] - 131:3

**contained** [4] - 49:9, 130:6, 130:14, 135:6

**container** [1] - 87:16

**containers** [2] - 87:14, 97:25

**contemporaneous** [1] - 185:18

**contention** [1] - 162:11

**context** [3] - 100:24, 196:22, 213:10

**continue** [6] - 6:24, 99:15, 116:23, 140:8, 144:11, 239:22

**continued** [5] - 4:1, 7:5, 7:17, 63:25, 239:23

**Continued** [1] - 6:1

**CONTINUED** [2] - 2:1, 3:4

**contract** [3] - 147:7, 147:8

**contradictions** [1] - 157:10

**contrary** [2] - 168:10, 198:21

**contributed** [1] - 232:8

**control** [6] - 146:19, 156:14, 164:13, 164:14, 232:13, 232:16

**controlled** [23] - 141:13, 141:22, 141:24, 147:4, 158:23, 159:24, 163:5, 228:20,

229:4, 229:20, 229:25, 230:21, 231:2, 231:4, 231:13, 231:16, 231:25, 232:2, 232:8, 237:21, 237:23, 243:22, 244:6

**convenience** [1] - 236:15

**convenient** [2] - 152:10, 175:6

**conveniently** [1] - 152:3

**conversations** [3] - 72:6, 83:25, 84:8

**convict** [1] - 208:7

**convinced** [4] - 223:21, 223:22, 236:5, 248:7

**convincing** [2] - 163:22, 223:19

**coordinates** [5] - 189:1, 189:2, 189:9, 189:10, 195:3

**copies** [1] - 138:4

**copy** [4] - 222:5, 227:25, 238:22, 239:12

**correct** [9] - 78:17, 87:16, 111:21, 126:1, 162:2, 186:18, 186:22, 222:6, 248:7

**corrected** [3] - 15:22, 101:1, 239:11

**correcting** [1] - 87:17

**correctly** [1] - 100:8

**correctness** [1] - 248:5

**correspond** [1] - 237:5

**corresponds** [1] - 238:5

**corridors** [1] - 159:14

**corroborate** [1] - 216:13

**corroborates** [2] - 216:13, 216:14

**corvina** [2] - 14:18, 18:3

**cost** [1] - 28:21

**costs** [3] - 88:15, 88:18, 88:23

**counsel** [25] - 7:2, 15:1, 63:2, 77:11, 91:4, 103:5, 119:5, 119:16, 126:15, 128:10, 134:22, 135:9, 140:12,

143:18, 154:8,
155:2, 169:10,
172:15, 177:7,
178:12, 214:6,
216:3, 248:12
**Counsel** [1] - 169:23
**Count** [32] - 141:9,
146:13, 146:14,
146:22, 146:23,
228:2, 228:7,
228:13, 228:16,
230:19, 236:24,
237:8, 237:10,
237:20, 237:21,
243:17, 243:21,
244:11, 244:14,
244:17, 244:20,
244:23, 245:1,
245:4, 245:7, 245:9,
245:12, 245:15,
245:18, 245:21
**count** [11] - 49:12,
76:1, 136:11, 141:7,
163:8, 195:23,
221:2, 227:24,
233:18, 249:2, 249:3
**country** [18] - 10:5,
10:14, 10:17, 10:22,
51:21, 54:21,
108:12, 108:13,
112:13, 164:14,
178:8, 200:25,
212:21, 214:17,
215:4, 215:6, 218:5,
218:6
**countryside** [3] -
10:12, 12:2, 19:22
**counts** [3] - 136:18,
154:7, 227:24
**couple** [7] - 74:5,
74:11, 109:8,
126:12, 132:20,
239:14, 247:10
**course** [9] - 87:22,
97:14, 119:22,
126:7, 129:20,
164:9, 202:20,
202:21, 235:1
**court** [11] - 7:3, 7:6,
70:22, 84:14, 84:21,
119:6, 119:8,
133:22, 164:5,
207:22, 236:13
**Court** [19] - 2:16, 2:17,
6:2, 7:1, 112:11,
117:4, 119:4,
126:14, 126:22,
131:18, 141:19,
146:24, 154:23,
230:17, 231:11,

249:2, 249:13,
250:8, 250:9
**COURT** [166] - 1:1,
6:4, 6:7, 6:18, 7:10,
7:21, 7:23, 8:3, 8:11,
8:13, 8:22, 8:25, 9:6,
9:10, 9:17, 17:15,
18:17, 29:22, 30:5,
30:20, 37:1, 40:10,
45:19, 54:17, 57:21,
63:2, 63:5, 63:13,
71:23, 72:8, 74:18,
77:2, 77:6, 77:12,
79:5, 83:3, 96:18,
99:9, 100:3, 100:10,
100:15, 103:4,
104:4, 104:7, 109:4,
110:18, 112:9,
112:18, 113:13,
113:24, 114:1,
114:6, 114:9,
114:14, 114:19,
114:21, 114:25,
115:4, 115:6, 115:9,
115:12, 115:21,
115:24, 116:2,
116:8, 116:11,
116:14, 116:16,
116:19, 117:6,
117:15, 117:23,
117:25, 118:3,
118:12, 118:15,
118:18, 118:20,
119:23, 119:25,
120:8, 120:11,
120:15, 121:3,
121:8, 121:10,
121:24, 122:12,
122:15, 122:20,
122:24, 123:2,
123:6, 123:9,
123:13, 124:24,
125:11, 125:25,
126:2, 126:10,
126:24, 127:11,
127:21, 127:25,
128:4, 128:13,
128:16, 128:18,
132:20, 133:3,
134:5, 134:8,
134:15, 134:18,
135:18, 136:8,
137:2, 137:18,
138:5, 138:8,
138:11, 138:13,
138:22, 138:25,
139:16, 139:20,
140:5, 154:18,
154:21, 191:24,
199:14, 199:16,
206:3, 206:7,

206:11, 221:19,
221:24, 222:3,
222:11, 239:7,
239:11, 240:12,
240:18, 240:20,
241:3, 241:6, 241:8,
241:11, 241:16,
241:19, 242:8,
242:12, 242:14,
242:17, 242:20,
242:23, 242:25,
243:2, 244:1, 246:1,
246:3, 247:8,
248:19, 248:22,
249:1, 249:24
**Court's** [3] - 223:1,
242:20, 242:21
**COURT'S** [1] - 5:18
**Court-Certified** [1] -
6:2
**courteous** [1] - 247:21
**courthouse** [3] -
155:12, 155:14,
249:16
**COURTROOM** [20] -
8:1, 9:12, 241:23,
242:5, 243:9, 244:5,
246:5, 246:10,
246:12, 246:14,
246:16, 246:18,
246:20, 246:22,
246:24, 247:1,
247:3, 247:5, 247:7,
248:17
**courtroom** [33] - 6:6,
8:2, 9:9, 11:13,
11:16, 43:17, 43:24,
71:6, 71:10, 78:8,
83:16, 112:24,
114:13, 118:19,
124:23, 138:24,
139:18, 139:19,
168:14, 168:23,
200:25, 205:7,
205:17, 206:8,
206:10, 238:13,
238:18, 239:9,
240:11, 243:1,
243:6, 243:7, 248:25
**cover** [3] - 42:19,
155:7, 161:20
**coverage** [2] - 158:17,
160:3
**covering** [2] - 142:11,
218:19
**cowling** [1] - 158:16
**crash** [1] - 209:9
**credibility** [2] -
144:24, 200:22
**crew** [9] - 130:16,

140:24, 146:12,
148:24, 180:5,
180:6, 181:9,
185:19, 221:22
**crewmen** [1] - 161:22
**crime** [22] - 226:17,
226:19, 226:25,
227:10, 227:13,
228:24, 229:3,
230:25, 231:5,
232:23, 233:4,
233:13, 233:14,
233:18, 233:20,
233:23, 233:24,
234:8, 234:10,
234:12, 235:1,
235:19
**crimes** [3] - 227:23,
234:1, 234:4
**Criminal** [1] - 136:10
**criminal** [4] - 164:4,
167:6, 190:20, 229:9
**criminally** [2] - 233:5,
233:10
**critical** [4] - 169:1,
169:2, 177:13, 202:1
**cross** [3] - 63:2,
63:13, 135:15
**Cross** [1] - 3:8
**CROSS** [1] - 63:15
**Cross-Examination**
[1] - 3:8
**CROSS-**
**EXAMINATION** [1] -
63:15
**cross-examine** [1] -
135:15
**crowded** [1] - 49:15
**CRR** [2] - 2:16, 250:8
**CRUZ** [5] - 1:9, 2:7,
3:14, 3:16, 4:8
**Cruz** [18] - 120:21,
121:16, 122:2,
122:5, 122:22,
128:21, 137:11,
177:25, 179:7,
179:8, 228:18,
241:24, 241:25,
242:6, 242:10,
243:13, 244:18,
245:13
**CRUZ'S** [2] - 5:14,
177:23
**Cruz's** [1] - 122:18
**custody** [3] - 60:8,
189:22, 189:23
**cut** [2] - 131:21,
131:23
**cutter** [13] - 58:6, 58:7,
59:23, 60:16, 85:2,

85:5, 85:7, 94:12,
94:14, 95:16, 96:7,
101:9, 102:5
**Cutter** [1] - 219:23
**cutting** [1] - 7:8
**cynical** [1] - 207:16

---

## D

**D.C** [1] - 172:9
**dad** [1] - 175:4
**daily** [1] - 15:5
**dangers** [1] - 212:23
**dark** [6] - 8:16, 45:9,
47:7, 48:7, 81:22,
152:6
**darker** [1] - 28:9
**data** [26] - 143:20,
171:13, 171:19,
171:23, 171:25,
172:4, 172:6, 172:8,
172:15, 172:25,
174:15, 180:20,
183:9, 187:11,
187:16, 187:21,
188:5, 188:6,
188:11, 208:9,
208:11, 214:20,
214:22, 215:13
**data's** [1] - 146:7
**DATE** [1] - 250:8
**date** [6] - 106:8, 234:9,
234:10, 234:12,
238:12
**dates** [2] - 70:20,
71:14
**Davila** [8] - 9:1,
124:25, 125:14,
138:22, 138:24,
138:25, 139:18,
139:21
**DAVILA** [1] - 139:13
**DAY** [1] - 1:13
**days** [44] - 22:20,
38:4, 38:5, 39:13,
40:2, 41:7, 41:11,
41:24, 59:13, 59:22,
72:13, 73:7, 73:10,
73:12, 73:13, 73:15,
74:5, 74:11, 76:19,
76:22, 77:23, 78:13,
78:16, 85:4, 85:10,
95:15, 95:20, 96:3,
101:25, 110:8,
112:24, 153:24,
153:25, 169:22,
169:23, 170:1,
176:13, 197:1,
200:9, 216:2,
217:16, 239:5,

247:19

**deal** [11] - 8:3, 130:7, 148:19, 160:10, 169:19, 172:23, 189:13, 200:8, 202:16, 237:14

**dealers** [3] - 165:2, 167:13, 168:7

**debriefing** [1] - 174:25

**debris** [11] - 158:25, 159:3, 166:4, 166:7, 181:7, 181:8, 181:9, 181:17, 195:1, 195:3, 213:16

**debt** [1] - 29:24

**December** [3] - 188:15, 189:21, 217:6

**deception** [1] - 226:3

**decide** [17] - 28:13, 127:8, 201:1, 204:1, 207:6, 221:3, 222:16, 224:22, 225:2, 226:2, 226:7, 226:15, 226:19, 226:21, 234:5, 234:6, 235:24

**decided** [6] - 81:1, 81:4, 96:5, 101:20, 140:3, 141:20

**decides** [1] - 174:23

**deciding** [1] - 222:12

**decision** [7] - 177:9, 178:3, 222:19, 223:8, 224:7, 224:24, 226:3

**deck** [4] - 42:17, 44:11, 60:19

**deduction** [1] - 14:19

**deductions** [1] - 224:10

**deep** [3] - 192:22, 193:7, 193:8

**deeper** [1] - 193:5

**defecating** [1] - 95:19

**Defendant** [2] - 7:13, 122:18

**DEFENDANT** [24] - 3:11, 3:12, 3:13, 3:14, 3:16, 3:17, 3:18, 3:19, 3:23, 4:4, 4:6, 4:8, 4:10, 4:12, 4:14, 5:8, 5:14, 155:1, 163:13, 170:16, 177:23, 187:3, 195:25, 206:12

**defendant** [86] - 9:4, 119:14, 141:7, 148:5, 149:18,

151:12, 154:7, 195:24, 201:18, 221:2, 221:4, 223:2, 223:3, 223:4, 223:6, 223:7, 223:10, 223:21, 226:6, 226:7, 226:18, 227:8, 227:10, 227:12, 227:13, 229:17, 229:22, 230:5, 230:9, 231:5, 231:8, 231:13, 231:15, 231:23, 232:1, 232:5, 232:6, 232:8, 232:23, 232:24, 233:3, 233:5, 233:6, 233:7, 233:10, 233:12, 233:13, 233:16, 233:21, 233:23, 233:25, 234:3, 234:6, 236:21, 236:24, 236:25, 237:8, 237:10, 237:12, 237:16, 237:19, 237:25, 243:17, 243:20, 244:7, 244:11, 244:14, 244:17, 244:20, 244:23, 245:1, 245:4, 245:7, 245:9, 245:12, 245:15, 245:18, 245:21, 249:2, 249:3, 249:4

**defendant's** [7] - 105:25, 204:11, 223:12, 223:14, 226:8, 234:5, 235:6

**Defendant's** [4] - 120:1, 120:12, 242:5, 242:10

**defendants** [28] - 70:24, 89:10, 121:11, 129:11, 141:11, 141:16, 141:21, 141:24, 143:16, 150:23, 151:4, 151:7, 169:5, 173:15, 189:19, 201:25, 222:17, 222:21, 226:17, 227:24, 228:2, 228:7, 228:12, 230:19, 233:19, 236:18, 236:20, 248:11

**Defendants** [1] - 6:2

**Defendants'** [1] - 118:24

**defendants'** [2] - 143:15, 150:13

**DEFENDANTS'** [1] - 3:3

**defense** [28] - 9:11, 63:2, 91:4, 103:5, 111:15, 116:3, 120:14, 123:21, 123:23, 123:24, 126:15, 128:10, 129:12, 130:10, 134:22, 135:9, 135:15, 137:2, 143:18, 148:18, 149:16, 154:8, 167:6, 205:15, 213:9, 214:6, 216:3

**Defense** [1] - 119:13

**definitely** [1] - 200:18

**deliberate** [6] - 8:15, 138:19, 172:13, 239:14, 239:22, 239:23

**deliberating** [2] - 117:3, 206:22

**deliberation** [1] - 236:13

**deliberations** [7] - 221:1, 222:15, 227:17, 228:1, 235:22, 239:10, 240:1

**DELIBERATIONS** [1] - 4:19

**delicate** [2] - 206:25, 207:13

**deliver** [2] - 154:9, 231:20

**demeanor** [3] - 200:20, 201:4, 201:9

**demonstrate** [1] - 110:17

**denied** [4] - 135:12, 136:5, 137:18, 137:20

**deodorant** [1] - 32:6

**department** [1] - 125:4

**Department** [3] - 101:10, 102:9, 106:7

**deployment** [1] - 161:16

**deployments** [1] - 215:7

**deposition** [8] - 6:22, 7:5, 7:7, 119:1, 119:8, 119:10, 119:22, 153:23

**DEPOSITION** [2] - 3:4, 3:9

**depositions** [6] - 7:3,

119:6, 119:12, 120:5, 149:17, 151:3

**depth** [1] - 193:20

**DEPUTY** [20] - 8:1, 9:12, 241:23, 242:5, 243:9, 244:5, 246:5, 246:10, 246:12, 246:14, 246:16, 246:18, 246:20, 246:22, 246:24, 247:1, 247:3, 247:5, 247:7, 248:17

**deputy** [2] - 243:6, 243:7

**describe** [2] - 38:18, 122:10

**described** [3] - 84:20, 84:21, 160:2

**deserve** [6] - 173:13, 173:14, 174:2, 174:19, 174:20

**designed** [3] - 77:20, 77:22, 190:22

**desperate** [16] - 26:1, 32:22, 51:17, 63:17, 66:23, 66:25, 78:5, 78:7, 140:16, 140:21, 149:1, 149:6, 153:13, 154:2, 154:3

**desperately** [1] - 27:1

**despite** [1] - 63:25

**destroy** [1] - 167:14

**destroyed** [8] - 129:14, 129:16, 129:18, 129:19, 129:22, 132:10, 132:11, 208:8

**destroying** [1] - 167:15

**destruction** [3] - 128:22, 128:25, 129:10

**detail** [5] - 189:12, 196:19, 196:21, 198:17, 226:5

**details** [2] - 175:2, 230:4

**detaining** [1] - 60:23

**detector** [1] - 147:11

**determine** [8] - 169:24, 205:19, 207:24, 221:8, 234:2, 235:7, 235:8, 235:11

**determined** [2] - 230:16, 231:10

**determining** [1] - 235:5

**developed** [1] -

135:20

**device** [2] - 145:22

**devotion** [1] - 206:15

**die** [2] - 17:8, 153:8

**died** [4] - 16:24, 17:1, 17:9, 17:21

**Diego** [1] - 4:8

**DIEGO** [1] - 2:7

**differ** [1] - 225:15

**difference** [1] - 224:18

**different** [13] - 36:18, 82:7, 98:13, 128:8, 158:8, 159:8, 159:12, 159:13, 161:3, 172:16, 177:7, 178:20, 225:21

**differential** [1] - 166:8

**differently** [1] - 236:6

**difficult** [1] - 146:25

**difficulties** [1] - 186:11

**difficulty** [1] - 43:8

**digest** [1] - 248:1

**digress** [1] - 161:19

**dimension** [1] - 192:9

**direct** [10] - 3:7, 64:16, 88:10, 170:2, 170:3, 224:11, 224:13, 224:19, 232:13, 236:12

**DIRECT** [1] - 9:22

**directing** [1] - 233:1

**direction** [2] - 146:11, 233:2

**directly** [1] - 225:14

**director** [1] - 124:25

**directs** [1] - 233:8

**dirty** [3] - 97:5, 97:14, 173:19

**disbelieve** [2] - 144:23, 224:24

**disconnect** [1] - 164:1

**discovery** [1] - 103:6

**discuss** [4] - 8:3, 115:23, 124:10, 236:1

**discussed** [2] - 7:15, 123:17

**discussing** [3] - 139:5, 230:11, 236:3

**discussion** [1] - 105:14

**discussions** [1] - 222:14

**disgrace** [1] - 150:1

**disguise** [1] - 158:14

**disk** [1] - 6:21

**dismiss** [9] - 121:9, 128:22, 132:6,

132:19, 135:14, 135:23, 135:25, 136:5, 136:19
**Dismiss** [1] - 3:15
**dismissing** [1] - 125:22
**Disney** [2] - 205:4, 205:5
**disobey** [1] - 234:19
**disprove** [1] - 224:17
**disproved** [1] - 200:19
**disputing** [1] - 172:20
**disregard** [3] - 222:25, 224:5, 234:20
**distance** [3] - 35:9, 153:7, 156:18
**distort** [2] - 216:25, 220:1
**distribute** [20] - 118:14, 141:13, 141:24, 146:14, 146:15, 163:4, 221:5, 228:4, 228:9, 228:20, 228:25, 229:4, 229:25, 230:20, 231:2, 231:15, 231:19, 231:24, 237:22, 244:5
**distributed** [1] - 14:22
**distribution** [4] - 144:5, 145:19, 146:5, 148:25
**DISTRICT** [3] - 1:1, 1:1, 1:15
**District** [4] - 2:17, 7:1, 119:4, 250:9
**disturbing** [1] - 172:22
**DNA** [5] - 166:23, 167:3, 175:18, 213:23, 214:3
**DO** [1] - 2:8
**doctor** [5] - 94:15, 94:17, 95:3, 95:4, 95:23
**document** [8] - 55:16, 55:25, 56:3, 56:5, 58:4, 104:12, 119:20, 175:16
**documents** [3] - 121:7, 168:7, 168:8
**dollar** [3] - 69:12, 162:17
**dollars** [6] - 66:11, 66:13, 68:17, 68:18, 69:10, 140:23, 141:1, 152:21
**Don** [4] - 23:20, 23:22, 24:20, 33:13

**donated** [1] - 205:4
**done** [16] - 63:6, 67:23, 114:20, 124:6, 135:5, 155:16, 162:10, 165:4, 174:12, 174:13, 185:18, 185:19, 212:17, 232:25, 233:1, 234:14
**door** [3] - 156:20, 164:15, 219:15
**dope** [5] - 145:17, 147:15, 152:25, 173:21, 191:21
**dorado** [2] - 14:18, 18:3
**dot** [2] - 160:16
**doubt** [49] - 117:20, 136:17, 137:23, 147:2, 163:3, 163:9, 163:21, 164:23, 167:4, 182:21, 186:24, 194:9, 195:21, 196:10, 203:23, 204:3, 204:5, 204:17, 204:22, 205:20, 207:8, 208:4, 208:16, 220:19, 220:21, 220:22, 220:23, 220:24, 221:12, 221:13, 222:18, 223:9, 223:13, 223:14, 223:15, 223:18, 223:22, 226:16, 227:12, 229:18, 231:7, 233:15, 234:11, 248:8
**doubts** [1] - 248:4
**down** [44] - 9:17, 22:17, 35:20, 36:2, 36:6, 37:5, 38:12, 39:13, 62:6, 66:1, 81:4, 87:7, 88:19, 101:12, 102:11, 105:15, 107:5, 110:20, 111:10, 113:24, 130:6, 130:7, 130:17, 131:13, 133:19, 134:1, 139:23, 139:24, 143:10, 156:10, 156:21, 167:10, 167:20, 167:22, 171:14, 171:20, 180:22, 180:23, 183:10, 193:23, 199:3,

208:23, 210:3, 238:14
**downloaded** [2] - 152:17, 160:18
**drenched** [1] - 215:17
**drive** [3] - 50:1, 99:5, 195:17
**driver** [1] - 143:4
**driving** [11] - 34:5, 35:14, 49:17, 49:18, 49:20, 50:6, 51:4, 52:10, 89:20, 151:17, 156:25
**drop** [3] - 145:14, 149:10
**dropped** [6] - 61:1, 145:20, 152:22, 178:23, 180:3, 181:18
**drops** [1] - 181:12
**drove** [2] - 110:3, 197:7
**drown** [2] - 99:6, 153:8
**drug** [22] - 144:3, 146:2, 148:15, 149:3, 150:8, 151:1, 151:2, 153:15, 158:13, 159:6, 159:7, 159:10, 159:12, 162:13, 162:22, 165:2, 166:16, 167:13, 168:7, 198:16, 198:23, 217:24
**drugs** [29] - 96:10, 96:11, 96:15, 107:11, 107:15, 107:21, 144:13, 149:2, 153:17, 160:21, 162:24, 166:22, 167:9, 178:24, 179:5, 179:6, 179:9, 179:14, 179:19, 179:25, 180:3, 181:1, 181:10, 181:12, 181:19, 218:14, 237:15
**drums** [8] - 49:10, 87:17, 87:19, 98:9, 107:24, 194:12, 194:13, 195:14
**druthers** [1] - 140:2
**due** [4] - 128:24, 129:3, 129:12, 160:9
**dump** [5] - 149:9, 152:23, 179:4, 179:5, 194:24
**dumped** [9] - 145:6,

145:12, 145:19, 162:25, 179:6, 179:9, 179:13, 179:25
**dumping** [3] - 142:14, 158:23, 159:5
**dumps** [1] - 146:20
**during** [25] - 14:9, 14:14, 15:12, 16:15, 50:13, 50:18, 51:8, 61:15, 119:21, 131:12, 132:18, 133:24, 157:12, 179:4, 182:16, 218:8, 220:9, 220:10, 222:20, 224:6, 225:21, 227:14, 227:17, 227:25
**dust** [1] - 214:1
**duty** [3] - 165:16, 177:19, 222:11
**dying** [1] - 177:19

---

**E**

**e-mail** [1] - 174:5
**early** [5] - 24:13, 25:4, 47:24, 133:1, 135:5
**earning** [1] - 150:2
**earth** [2] - 165:15, 203:14
**easiest** [1] - 167:1
**East** [1] - 1:22
**easy** [1] - 200:24
**eat** [3] - 38:1, 86:3, 175:4
**Ecuador** [3] - 25:2, 53:7, 206:19
**Ecuadorian** [2] - 48:3, 148:10
**Ecuadorians** [4] - 43:19, 140:18, 197:21, 216:8
**edited** [3] - 7:9, 117:12, 131:25
**editorializing** [1] - 122:8
**education** [2] - 12:10, 12:14
**educational** [2] - 240:10, 247:16
**effect** [1] - 128:24
**effort** [1] - 239:19
**egg** [1] - 216:14
**EIGHT** [1] - 246:23
**eight** [7] - 13:20, 21:20, 106:25, 115:19, 161:6, 173:16, 246:22

**eight-inch** [1] - 13:20
**eight-ish** [1] - 115:19
**either** [13] - 95:21, 107:15, 117:25, 129:4, 136:18, 139:12, 149:12, 173:24, 175:16, 189:8, 222:21, 224:18, 238:17
**El** [1] - 148:23
**elapsed** [1] - 85:19
**electronic** [1] - 146:11
**electronics** [1] - 172:3
**element** [3] - 141:20, 141:25, 163:8
**elements** [6] - 141:5, 141:15, 146:23, 147:1, 233:20
**elicited** [1] - 128:23
**eliminate** [1] - 194:17
**Elmo** [2] - 111:14, 121:25
**elsewhere** [1] - 79:13
**embrace** [2] - 165:5, 166:1
**embracing** [2] - 167:20, 168:5
**emphasis** [1] - 117:22
**emphasize** [4] - 169:2, 169:5, 169:7, 227:21
**employee** [1] - 233:8
**employer** [1] - 197:6
**empty** [1] - 97:25
**Encinosa** [1] - 4:14
**ENCINOSA** [16] - 2:11, 63:12, 116:7, 123:7, 137:16, 138:20, 206:13, 210:2, 210:6, 210:9, 210:13, 211:10, 211:12, 211:19, 212:7, 221:17
**encountered** [1] - 26:17
**encourage** [2] - 165:7, 165:8
**end** [4] - 13:7, 111:11, 156:11, 165:9
**ended** [1] - 23:18
**endure** [1] - 149:1
**enforcement** [6] - 162:13, 164:9, 164:13, 173:5, 175:8, 190:18
**enforcer** [1] - 151:20
**engine** [16] - 14:1, 14:3, 18:22, 18:23, 20:1, 20:2, 20:3, 20:4, 34:16, 46:16, 80:8, 110:3, 158:16,

**engines** [15] - 46:13, 50:4, 80:7, 87:25, 88:3, 88:5, 88:11, 98:4, 142:10, 158:14, 193:25, 210:5, 210:6, 210:7
**English** [8] - 54:3, 54:13, 55:25, 74:25, 75:2, 93:25, 102:14, 120:4
**enjoy** [1] - 239:6
**entered** [8] - 6:6, 9:9, 118:19, 138:24, 139:19, 189:24, 206:10, 243:1
**enters** [1] - 66:8
**entire** [20] - 22:24, 33:9, 41:11, 42:19, 42:22, 70:22, 93:21, 143:18, 143:22, 143:24, 144:6, 201:23, 205:2, 205:9, 209:18, 213:8, 218:4, 218:10, 218:12, 220:18
**entirely** [1] - 128:8
**entitled** [3] - 102:16, 227:21, 250:5
**entity** [1] - 174:14
**entry** [1] - 121:7
**EPA** [1] - 211:20
**equally** [2] - 193:7, 193:8
**equipment** [10] - 142:12, 164:25, 178:17, 181:4, 181:5, 195:2, 208:10, 208:13, 219:8, 239:2
**equipped** [1] - 149:7
**erase** [1] - 211:2
**erased** [2] - 207:19, 207:20
**erasing** [1] - 208:2
**Escobar** [1] - 148:22
**Esmeralda** [21] - 23:16, 23:19, 24:9, 24:21, 24:23, 25:2, 25:4, 26:14, 27:10, 43:15, 53:7, 59:17, 59:21, 62:18, 62:23, 65:12, 65:22, 66:7, 67:14, 68:24, 197:15
**Esmeralda's** [1] - 68:23
**especially** [1] - 209:4
**ESQ** [6] - 2:4, 2:5, 2:7, 2:8, 2:10, 2:11

**Esq** [6] - 4:4, 4:6, 4:8, 4:10, 4:12, 4:14
**essential** [2] - 148:25, 153:15
**establish** [4] - 164:7, 164:23, 230:12, 235:2
**estimated** [2] - 166:4, 166:5
**evaluate** [1] - 168:15
**evaluation** [1] - 94:17
**evening** [6] - 70:19, 243:2, 247:8, 247:19, 248:15, 249:24
**event** [2] - 125:20, 230:10
**events** [1] - 186:20
**eventually** [6] - 21:4, 40:14, 48:16, 62:7, 89:15, 94:12
**everyday** [2] - 97:17, 191:4
**everywhere** [3] - 98:2, 98:8, 185:14
**EVIDENCE** [1] - 3:3
**evidence** [140] - 7:13, 104:2, 104:5, 120:2, 120:12, 120:25, 121:18, 122:4, 122:8, 122:14, 122:17, 122:19, 123:5, 123:14, 127:12, 127:20, 128:23, 128:25, 129:1, 129:2, 129:3, 129:4, 129:7, 129:10, 129:11, 129:14, 129:16, 129:18, 130:4, 132:5, 132:9, 132:11, 132:12, 136:1, 136:9, 137:20, 141:4, 142:3, 143:4, 144:17, 144:23, 146:10, 146:11, 146:12, 152:12, 154:11, 154:12, 154:13, 154:14, 155:24, 155:25, 156:2, 157:3, 157:7, 165:6, 165:7, 165:8, 166:1, 166:9, 166:24, 167:11, 167:12, 167:21, 168:4, 168:5, 169:25, 171:3, 171:4, 172:19, 173:11, 177:8,

178:2, 187:7, 188:17, 190:5, 191:20, 192:15, 196:8, 199:13, 201:13, 203:13, 205:19, 207:18, 208:8, 208:20, 210:17, 213:3, 213:10, 213:22, 214:10, 215:9, 216:12, 217:3, 219:16, 220:1, 220:7, 220:8, 220:11, 220:16, 221:15, 222:19, 223:3, 223:5, 223:17, 223:24, 223:25, 224:2, 224:8, 224:9, 224:11, 224:13, 224:16, 224:19, 224:20, 224:21, 225:16, 225:17, 225:19, 227:11, 227:19, 232:23, 234:2, 235:4, 235:10, 235:12, 235:25, 236:10, 238:23, 238:24, 240:12, 242:21, 247:25, 248:6, 248:9
**exact** [8] - 147:20, 199:22, 216:24, 218:13, 218:18, 234:10
**exactly** [8] - 6:13, 6:16, 77:4, 135:16, 145:23, 147:14, 149:8, 167:23
**exam** [1] - 59:1
**EXAMINATION** [3] - 9:22, 63:15, 109:6
**examination** [2] - 64:16, 135:20
**Examination** [3] - 3:7, 3:8, 3:8
**examine** [3] - 63:3, 135:15, 236:4
**examining** [2] - 59:4, 227:11
**example** [1] - 236:19
**except** [1] - 224:4
**exception** [1] - 151:16
**excerpt** [1] - 250:4
**exchange** [1] - 22:10
**exclude** [2] - 220:22, 223:13
**excluded** [1] - 175:21
**exclusion** [3] - 163:3, 163:9, 167:4

**exclusively** [2] - 235:7, 235:10
**excruciating** [1] - 196:19
**exculpatory** [7] - 129:2, 129:7, 132:5, 132:8, 132:22, 135:9, 136:2
**excuse** [5] - 64:4, 126:3, 138:14, 139:6, 180:19
**excused** [5] - 113:25, 126:6, 138:20, 139:18, 248:25
**execution** [1] - 163:16
**Exhibit** [38] - 5:4, 5:5, 5:6, 5:12, 5:15, 5:16, 5:19, 56:24, 61:6, 103:5, 103:12, 104:5, 111:15, 118:24, 119:20, 120:3, 120:12, 121:18, 121:19, 122:13, 122:18, 178:23, 179:8, 180:8, 187:9, 187:13, 188:4, 241:24, 241:25, 242:5, 242:7, 242:10, 242:11, 242:13, 242:14, 242:20, 242:21
**exhibit** [3] - 111:15, 220:10, 242:15
**exhibits** [7] - 119:17, 120:22, 120:25, 121:15, 123:4, 224:1, 249:17
**EXHIBITS** [4] - 5:3, 5:8, 5:14, 5:18
**Exhibits** [9] - 5:9, 5:10, 5:11, 7:14, 119:13, 119:15, 119:18, 120:1
**exist** [4] - 174:4, 174:5, 174:6
**exited** [8] - 8:2, 114:13, 124:23, 139:18, 206:8, 239:9, 240:11, 248:25
**exonerate** [2] - 175:16, 175:18
**exonerates** [1] - 201:24
**expect** [4] - 50:11, 125:19, 160:23, 190:17
**expenses** [1] - 14:21
**expensive** [12] -

87:23, 142:23, 144:4, 145:9, 146:3, 147:16, 150:17, 150:19, 150:20, 152:21
**experience** [8] - 19:13, 87:3, 110:1, 158:11, 175:8, 215:5, 226:12, 247:16
**expert** [7] - 146:1, 147:15, 167:12, 167:17, 191:1, 198:15, 215:11
**expertise** [2] - 149:5, 160:19
**experts** [1] - 191:11
**expiring** [1] - 170:4
**explain** [25] - 12:20, 13:19, 20:5, 28:18, 31:17, 35:16, 38:7, 42:3, 44:17, 46:15, 60:15, 77:4, 77:8, 98:25, 173:4, 173:5, 176:20, 188:10, 204:5, 216:22, 216:23, 217:13, 222:23, 232:5, 235:22
**explained** [8] - 148:7, 148:15, 175:10, 197:3, 198:20, 200:11, 214:25, 215:1
**explanation** [3] - 196:23, 199:23, 201:14
**explanations** [2] - 135:21, 201:10
**explanatory** [1] - 238:9
**extended** [1] - 8:10
**extent** [3] - 114:4, 135:19, 135:25
**extra** [3] - 159:19, 176:25, 177:1
**extract** [1] - 187:16
**extraction** [3] - 187:21, 188:3, 188:7
**eye** [2] - 195:1, 224:15
**eyes** [1] - 191:14

**F**

**Fabiola** [3] - 15:21, 15:24, 16:1
**fabric** [1] - 35:11
**face** [6] - 19:2, 19:3, 19:5, 35:11, 75:12, 216:9

**facial** [3] - 110:4, 165:16, 165:18
**facilities** [1] - 191:6
**fact** [22] - 49:2, 53:2, 78:8, 127:9, 132:22, 134:12, 156:7, 160:24, 168:18, 168:20, 172:8, 175:3, 175:23, 190:8, 194:22, 198:1, 202:10, 224:14, 224:17, 225:18, 226:4, 235:3
**factors** [4] - 164:22, 164:23, 168:15, 168:16
**facts** [12] - 141:5, 199:12, 206:23, 207:24, 222:17, 224:7, 224:16, 229:17, 231:6, 236:9, 248:13
**factual** [2] - 136:24, 224:4
**factually** [1] - 136:3
**fail** [1] - 191:3
**failed** [2] - 136:15
**fails** [1] - 223:9
**fair** [4] - 88:20, 170:12, 178:3, 181:4
**fairest** [1] - 170:14
**fairly** [1] - 244:2
**faith** [6] - 129:5, 129:14, 132:10, 135:17, 135:19
**fall** [2] - 129:7, 132:8
**false** [1] - 202:17
**falsely** [2] - 182:4, 225:18
**familiar** [2] - 10:19, 145:9
**family** [14] - 16:11, 20:11, 20:25, 21:2, 22:21, 23:2, 62:22, 149:25, 150:1, 150:8, 155:15, 170:8, 247:13
**fantasy** [1] - 157:11
**far** [12] - 8:6, 8:7, 14:20, 19:25, 24:23, 40:6, 99:25, 149:23, 151:7, 155:17, 218:20
**farm** [1] - 20:6
**farmers** [1] - 11:11
**fashioned** [5] - 180:24, 181:3, 195:4, 218:1, 218:3
**fast** [24] - 50:25, 51:2, 87:1, 89:7, 98:15,

98:16, 98:17, 98:18, 98:23, 99:15, 99:17, 99:21, 99:22, 100:1, 100:6, 100:20, 100:21, 100:23, 109:20, 110:1, 190:13, 203:8
**faster** [5] - 101:5, 106:2, 106:4, 106:13, 155:5
**fate** [1] - 201:1
**father's** [1] - 13:13
**fathers** [5] - 205:11, 206:24, 206:25, 207:12, 208:5
**favor** [1] - 202:21
**favorable** [1] - 129:3
**fear** [1] - 235:16
**February** [1] - 120:7
**fed** [1] - 39:5
**Federal** [2] - 136:10, 250:8
**federal** [2] - 228:24, 230:25
**feed** [6] - 37:25, 39:5, 39:8, 39:10, 63:19, 64:3
**feet** [5] - 60:13, 91:18, 143:10, 158:2, 192:6
**felt** [5] - 27:18, 29:10, 65:14, 207:9, 207:11
**Fernandez** [1] - 244:21
**Fernando** [3] - 228:18, 243:13, 245:16
**FERNANDO** [4] - 1:9, 2:8, 3:17, 4:10
**few** [11] - 26:12, 115:22, 169:22, 169:23, 170:1, 206:21, 217:15, 217:16, 225:3, 226:23, 238:22
**fiberglass** [1] - 34:15
**field** [16] - 158:25, 159:3, 166:7, 181:7, 181:8, 181:9, 181:17, 190:19, 195:1, 195:4, 213:16, 218:2, 219:18, 219:25, 220:6, 226:12
**fields** [2] - 108:4, 108:6
**fifth** [3] - 72:20, 72:22, 73:6
**figure** [1] - 163:24
**file** [3] - 135:22, 137:5, 249:10
**filed** [2] - 133:10,

135:13
**fill** [1] - 238:11
**film** [2] - 131:22, 178:19
**filmed** [12] - 130:5, 169:14, 178:20, 178:22, 178:23, 178:24, 178:25, 179:2, 179:12, 182:16, 186:17, 191:15
**filming** [1] - 178:20
**finally** [6] - 60:7, 99:21, 144:19, 166:19, 181:17, 182:22
**financial** [1] - 231:21
**fine** [8] - 7:23, 8:19, 117:4, 158:22, 158:24, 184:21, 190:17, 240:19
**fingerprinting** [2] - 166:25, 167:3
**fingerprints** [4] - 166:23, 175:18, 213:23, 214:1
**finish** [3] - 99:4, 115:15, 124:15
**finished** [2] - 12:17, 20:13
**fired** [1] - 18:19
**first** [53] - 27:4, 31:17, 32:17, 39:6, 44:19, 51:25, 60:24, 61:10, 61:12, 63:21, 72:23, 85:10, 102:8, 113:6, 113:18, 122:1, 122:3, 123:20, 125:23, 132:20, 134:3, 134:20, 141:10, 141:16, 142:4, 147:3, 149:17, 161:4, 161:14, 161:16, 161:17, 161:21, 164:24, 175:14, 178:9, 178:22, 178:23, 179:2, 179:9, 179:11, 180:4, 188:2, 191:15, 208:18, 211:13, 221:3, 222:7, 228:12, 229:19, 231:8, 239:16, 247:11
**fiscal** [1] - 125:5
**fish** [25] - 13:9, 13:15, 13:17, 13:21, 14:11, 14:17, 14:18, 18:4, 21:16, 21:17, 21:19,

22:14, 25:15, 25:18, 33:12, 64:9, 64:11, 69:7, 70:10, 88:12, 88:13, 89:4, 153:24, 175:5, 176:12
**fished** [3] - 14:10, 109:23, 153:23
**fisherman** [1] - 27:10
**fishermen** [19] - 25:7, 25:8, 31:7, 69:3, 69:4, 69:6, 69:9, 70:10, 142:23, 145:8, 148:17, 149:5, 150:3, 150:10, 151:10, 217:15, 217:19, 217:21
**fishery** [3] - 21:8, 23:22, 23:25
**fishing** [37] - 13:8, 13:19, 14:10, 14:15, 15:4, 15:14, 18:1, 18:2, 19:14, 19:15, 21:9, 24:6, 24:7, 24:9, 25:13, 64:5, 64:7, 64:13, 65:22, 66:1, 87:3, 88:17, 88:25, 89:3, 89:4, 142:11, 151:6, 153:22, 153:25, 164:25, 165:2, 197:10, 197:13, 203:12, 203:14, 203:17
**fit** [7] - 44:22, 192:15, 194:3, 194:5, 194:10, 194:19, 203:1
**fits** [3] - 194:10, 195:13, 239:12
**FIVE** [2] - 114:8, 246:17
**five** [56] - 11:10, 15:25, 22:22, 25:1, 51:7, 51:8, 63:20, 66:13, 82:13, 82:14, 82:19, 83:19, 84:25, 89:13, 90:14, 107:20, 112:24, 114:18, 115:18, 141:14, 142:2, 153:25, 159:14, 159:15, 161:22, 172:3, 221:6, 221:9, 228:4, 228:9, 228:20, 228:25, 229:5, 229:25, 230:21, 231:17, 238:3, 238:4, 241:4, 244:10, 244:13,

244:15, 244:18, 244:21, 244:24, 245:2, 245:5, 245:8, 245:10, 245:13, 245:16, 245:19, 245:22, 246:16, 247:19, 247:23
**five-day** [1] - 247:23
**five-ish** [1] - 115:18
**fixed** [3] - 143:24, 192:21, 193:16
**flag** [3] - 93:11, 93:12, 93:14
**flashlight** [1] - 46:17
**flee** [1] - 142:20
**fleeing** [3] - 143:6, 145:11, 145:12
**flew** [1] - 126:18
**flight** [9] - 142:19, 142:24, 166:9, 234:25, 235:2, 235:6, 235:8, 235:13
**flip** [2] - 56:4, 156:19
**floor** [3] - 38:8, 97:24, 194:1
**FLORIDA** [1] - 1:1
**Florida** [7] - 1:4, 1:23, 2:18, 141:2, 221:22, 249:16, 250:10
**fluctuates** [1] - 88:21
**fly** [5] - 165:3, 180:25, 181:2, 181:6
**flying** [5] - 93:14, 165:15, 191:7, 209:5, 209:7
**focus** [1] - 215:14
**focused** [3] - 157:25, 164:24, 184:20
**focusing** [1] - 181:8
**fold** [1] - 161:9
**folks** [3] - 162:15, 162:24, 247:8
**follow** [8] - 147:1, 160:2, 191:18, 218:12, 218:14, 222:23, 222:24, 240:2
**followed** [2] - 159:3, 160:1
**following** [16] - 60:9, 69:18, 69:19, 82:23, 141:10, 141:15, 147:21, 147:24, 183:17, 184:6, 184:18, 229:17, 231:6, 237:6, 246:6
**follows** [18] - 9:21, 158:24, 171:11, 171:17, 182:10, 182:11, 183:4,

184:8, 185:5, 185:14, 186:3, 191:8, 209:24, 211:8, 212:4, 236:23, 237:7, 243:16

**food** [5] - 37:25, 46:2, 46:10, 86:1, 197:1

**fool** [1] - 190:14

**foot** [2] - 192:4, 192:7

**foot-and-a-half** [1] - 192:7

**footage** [11] - 130:9, 130:24, 131:2, 131:21, 132:14, 133:17, 135:3, 135:7, 153:2, 242:3, 242:15

**Football** [1] - 41:19

**football** [2] - 41:21, 57:3

**footer** [2] - 75:19, 75:20

**FOR** [8] - 1:20, 2:2, 2:4, 2:5, 2:7, 2:8, 2:10, 2:11

**forbids** [2] - 234:19, 234:22

**Force** [1] - 165:14

**force** [1] - 116:2

**forced** [1] - 103:24

**forcing** [1] - 220:1

**foregoing** [1] - 250:3

**foreigner** [1] - 170:13

**foremost** [1] - 134:20

**forensic** [1] - 240:17

**foreperson** [4] - 236:12, 238:11, 245:25

**foreseeable** [2] - 238:1, 244:9

**forget** [4] - 195:13, 199:24, 225:25

**forgets** [1] - 199:23

**forgot** [2] - 50:3, 132:16

**form** [21] - 102:25, 111:12, 111:14, 112:1, 117:9, 117:17, 138:8, 138:9, 152:13, 199:18, 199:20, 221:1, 232:4, 232:7, 236:14, 236:15, 236:19, 238:10, 238:12, 238:22, 243:5

**formal** [5] - 147:7, 147:8, 174:9, 223:2, 229:13

former [1] - 120:6

**Fort** [1] - 1:23

**forth** [2] - 167:24, 210:19

**forties** [1] - 152:1

**forty** [5] - 14:4, 14:5, 116:13

**forward** [3] - 49:18, 121:14, 135:10

**founding** [5] - 205:11, 206:24, 207:12, 208:5

**four** [51] - 25:1, 32:13, 34:1, 34:2, 35:12, 48:6, 51:7, 51:8, 73:7, 80:1, 80:17, 82:13, 82:14, 82:19, 83:12, 84:10, 84:25, 85:10, 86:12, 89:13, 90:14, 107:14, 107:20, 115:12, 140:18, 141:15, 143:4, 159:14, 159:15, 172:1, 174:23, 179:24, 192:5, 192:6, 202:9, 202:11, 211:4, 211:10, 211:14, 211:19, 211:23, 212:7, 215:3, 215:6, 219:7, 219:21, 231:17, 246:14

**FOUR** [2] - 124:22, 246:15

**four-ish** [1] - 115:12

**four-letter** [1] - 172:1

**FPR** [2] - 2:16, 250:8

**frame** [1] - 192:21

**FRANCIS** [1] - 1:20

**FRANCO** [4] - 1:10, 2:11, 3:19, 4:14

**Franco** [10] - 123:8, 137:16, 151:16, 206:14, 206:18, 228:19, 243:14, 245:2, 245:22

**FRANCO'S** [1] - 206:12

**frankly** [1] - 127:1

**frantically** [1] - 142:15

**free** [7] - 12:10, 65:8, 136:2, 207:10, 240:4, 240:9, 248:14

**freedom** [1] - 208:15

**freedoms** [1] - 207:24

**freely** [1] - 103:22

**Friday** [2] - 1:6, 247:8

**friends** [1] - 92:18

**front** [11] - 49:13, 49:14, 57:2, 98:5,

103:11, 121:2, 161:6, 195:15, 205:2, 205:3, 221:25

**fuck** [4] - 171:13, 171:19, 180:20, 183:9

**fucking** [4] - 171:13, 171:19, 180:19, 183:9

**fuel** [7] - 145:8, 145:10, 150:15, 174:1, 176:25, 194:12, 194:13

**full** [3] - 89:3, 130:22, 130:23

**fully** [2] - 235:15, 235:25

**funding** [1] - 125:5

**fuzzy** [1] - 214:22

## G

**Gabriel** [11] - 56:6, 84:24, 118:23, 120:14, 155:15, 228:16, 243:11, 243:18, 243:20, 244:8, 245:5

**GABRIEL** [4] - 1:7, 2:2, 3:11, 3:23

**Gabriela** [1] - 15:20

**galley** [1] - 126:16

**gallons** [2] - 150:12, 150:21

**game** [1] - 182:1

**gap** [1] - 131:4, 202:1

**gaps** [8] - 131:3, 131:5, 131:14, 131:17, 192:13, 201:22, 202:1, 202:8

**Garbage** [1] - 187:24

**garbage** [1] - 187:24

**garcia** [1] - 119:21

**GARCIA** [7] - 1:7, 2:2, 3:5, 3:11, 3:23, 5:8, 155:1

**Garcia** [38] - 6:23, 7:14, 7:19, 15:20, 15:21, 56:6, 107:8, 114:20, 118:23, 119:12, 119:15, 119:22, 120:14, 136:12, 136:17, 148:5, 148:20, 150:21, 151:15, 152:13, 153:22, 155:15, 160:25, 161:21, 162:16, 162:23, 163:3,

170:12, 215:22, 228:16, 243:12, 243:18, 243:20, 244:8, 245:5

**garcia-Solar** [1] - 119:21

**GARCIA-SOLAR** [6] - 1:7, 2:2, 3:5, 3:11, 3:23, 155:1

**Garcia-Solar** [30] - 6:23, 7:14, 7:19, 107:8, 114:20, 118:23, 119:12, 119:15, 120:14, 136:12, 136:17, 148:5, 148:20, 149:20, 151:15, 152:13, 155:15, 160:25, 161:21, 162:16, 162:23, 163:3, 215:22, 228:16, 243:12, 243:18, 243:20, 244:8, 245:5

**GARCIA-SOLAR'S** [1] - 5:8

**Garcia-Solar's** [5] - 119:22, 149:18, 150:21, 153:22, 170:12

**Garmin** [5] - 168:8, 174:9, 174:11, 187:11, 188:8

**gas** [19] - 51:9, 87:13, 87:19, 87:23, 88:3, 88:5, 88:7, 88:15, 88:19, 88:23, 88:25, 89:5, 89:10, 98:8, 142:22, 150:13, 150:17, 150:18

**gasoline** [14] - 49:8, 49:9, 51:8, 85:24, 88:14, 88:18, 97:25, 98:1, 98:2, 98:4, 107:24, 215:16, 215:17, 215:18

**gather** [2] - 238:23, 240:12

**general** [2] - 164:19, 230:6

**gentleman** [10] - 17:22, 17:25, 18:8, 27:5, 27:23, 46:9, 74:10, 206:19, 210:18, 210:19

**gentleman's** [1] - 33:12

**gentlemen** [66] - 6:7, 44:1, 44:4, 48:3, 62:5, 123:13,

140:15, 141:3, 141:18, 142:17, 143:14, 144:8, 146:9, 148:14, 149:24, 150:16, 151:23, 153:1, 153:3, 153:12, 155:3, 163:14, 164:18, 168:12, 170:4, 177:6, 177:24, 181:23, 182:23, 186:21, 187:1, 187:5, 187:13, 189:8, 189:20, 190:10, 190:17, 191:3, 191:5, 191:12, 192:16, 192:23, 193:6, 193:11, 194:3, 194:4, 194:7, 194:14, 194:16, 194:20, 194:21, 195:11, 195:19, 212:12, 212:13, 212:18, 213:24, 215:8, 216:11, 217:18, 219:14, 220:14, 220:25, 221:12, 243:2, 244:1

**gift** [1] - 66:12

**gifted** [4] - 33:16, 65:9, 65:10, 66:11

**gills** [1] - 192:17

**given** [15] - 9:3, 16:10, 16:11, 30:10, 65:15, 65:16, 104:13, 117:10, 163:20, 187:18, 190:5, 227:25, 238:15, 249:9, 249:13

**glad** [3] - 127:2, 127:25, 128:3

**glass** [2] - 170:25, 177:14

**GLENDA** [2] - 2:16, 250:8

**Glenn** [1] - 3:24

**GLENN** [1] - 2:2

**glove** [3] - 161:8, 161:9, 161:20

**gmail** [1] - 174:5

**goal** [1] - 51:19

**goals** [1] - 230:12

**God** [9] - 9:15, 66:24, 80:13, 153:6, 177:2, 199:10, 200:9, 209:1

**goodness** [2] - 66:10, 153:6

**goose** [1] - 216:14

**GoPro** [3] - 153:2,

173:25, 211:3
**GoPros** [2] - 209:1, 209:2
**gosh** [1] - 204:15
**governed** [1] - 164:16
**government** [1] - 135:16
**Government** [77] - 7:21, 60:8, 61:5, 92:3, 104:1, 111:15, 115:17, 116:11, 120:22, 121:15, 123:9, 123:11, 123:18, 123:21, 124:2, 125:21, 127:4, 129:3, 129:6, 129:13, 131:15, 131:16, 131:18, 132:10, 134:16, 134:17, 136:1, 136:14, 140:6, 140:12, 146:23, 147:1, 157:3, 163:8, 165:10, 165:17, 166:9, 168:13, 168:16, 169:18, 169:25, 170:24, 171:3, 172:22, 177:10, 188:2, 189:22, 190:12, 191:13, 192:19, 198:11, 198:16, 199:8, 200:1, 201:3, 202:15, 204:2, 204:24, 205:13, 206:25, 207:1, 207:7, 207:8, 207:12, 208:6, 210:24, 222:16, 222:22, 223:8, 226:16, 229:11, 229:15, 234:9, 234:11, 240:17, 240:20, 249:21
**GOVERNMENT** [3] - 1:20, 3:21, 4:16
**Government's** [20] - 56:24, 103:5, 103:12, 104:5, 136:14, 187:13, 188:4, 190:12, 191:19, 196:10, 198:15, 204:9, 207:14, 220:20, 220:22, 223:11, 223:13, 242:7, 242:11, 242:14
**GOVERNMENT'S** [3] - 5:3, 140:14, 212:16
**GPS** [40] - 90:2, 90:4,

90:10, 90:12, 143:14, 144:1, 144:2, 144:9, 145:15, 146:8, 147:21, 152:3, 152:4, 152:7, 152:9, 152:11, 152:13, 152:14, 152:16, 160:6, 160:11, 162:25, 172:23, 172:25, 187:7, 188:16, 188:20, 189:22, 190:25, 214:7, 214:13, 216:22, 216:23, 217:7, 217:14, 218:13, 218:16, 218:17
**grabbing** [1] - 168:2
**grade** [7] - 12:3, 12:12, 12:15, 12:18, 109:17, 109:19, 109:21
**Grady** [1] - 197:9
**Grady-Whites** [1] - 197:9
**grams** [2] - 238:6, 238:8
**granted** [1] - 193:3
**gray** [6] - 32:2, 37:14, 56:9, 56:15, 56:17, 57:24
**great** [13] - 68:7, 130:6, 148:18, 148:19, 160:9, 177:12, 184:21, 193:19, 198:17, 202:16, 202:17, 219:3, 239:17
**greater** [1] - 227:21
**green** [1] - 160:16
**Gregory** [1] - 245:24
**ground** [1] - 155:7
**grounds** [1] - 136:20
**grow** [2] - 97:19, 110:14
**Guard** [47] - 50:16, 50:20, 51:5, 51:24, 52:4, 52:15, 52:19, 52:25, 53:9, 53:13, 55:7, 56:20, 57:13, 58:9, 58:10, 61:15, 82:12, 85:2, 85:5, 85:7, 91:7, 91:10, 92:19, 94:12, 94:14, 96:7, 99:14, 101:7, 101:9, 102:1, 149:11, 153:6, 161:3, 161:22, 166:3, 166:20,

167:15, 172:11, 172:12, 177:11, 178:5, 192:16, 195:15, 207:2, 210:21, 211:5, 221:23
**Guard's** [1] - 91:22
**Guards** [2] - 91:1, 91:12
**guess** [10] - 40:7, 47:24, 139:20, 144:1, 152:23, 174:25, 214:7, 214:10, 218:13, 218:16
**guided** [1] - 164:4
**guilt** [11] - 129:4, 204:17, 223:3, 223:9, 223:12, 223:14, 235:2, 235:5, 235:9, 235:18
**guilty** [65] - 141:8, 142:23, 154:4, 154:7, 163:11, 168:25, 170:11, 177:16, 177:21, 187:2, 195:23, 204:11, 204:12, 204:13, 204:14, 204:15, 204:16, 204:21, 206:1, 207:10, 221:3, 221:21, 222:17, 223:10, 223:21, 227:13, 229:17, 230:9, 231:5, 232:1, 232:6, 232:23, 233:23, 234:3, 234:5, 234:6, 235:20, 237:1, 237:2, 237:8, 237:10, 237:12, 237:16, 237:19, 243:18, 243:20, 244:12, 244:15, 244:18, 244:21, 244:24, 245:2, 245:5, 245:8, 245:10, 245:13, 245:16, 245:19, 245:22, 249:1, 249:3
**gun** [8] - 52:17, 52:20, 52:22, 209:11, 209:17, 209:19, 210:2, 210:11
**gunner** [1] - 175:20
**guns** [2] - 93:5, 93:7
**guts** [1] - 205:23
**guy** [8] - 59:16, 162:17, 162:18,

162:19, 185:1, 192:25, 200:16
**guys** [21] - 57:15, 84:21, 85:7, 85:14, 105:20, 107:14, 161:21, 162:22, 162:25, 172:2, 175:10, 176:3, 176:7, 177:1, 177:21, 191:8, 191:18, 194:11, 195:14, 209:18

## H

**Hadley** [5] - 175:12, 175:13, 193:14, 209:14, 209:21
**Hadley's** [2] - 193:18, 193:20
**Haines** [1] - 159:9
**hair** [6] - 110:4, 110:13, 110:17, 110:24, 200:16, 216:5
**hairy** [2] - 200:16, 200:18
**Haitian** [1] - 36:22
**half** [18] - 20:9, 33:18, 35:2, 55:24, 80:21, 115:8, 115:16, 115:21, 116:4, 116:7, 116:17, 116:19, 116:20, 124:2, 160:3, 165:15, 176:13, 192:7
**half-hour** [1] - 115:16
**hand** [13] - 9:12, 9:17, 65:22, 69:10, 69:12, 90:4, 139:8, 146:18, 156:11, 156:22, 172:23, 209:19, 243:5
**hand-held** [2] - 90:4, 172:23
**handed** [4] - 55:17, 56:5, 214:5, 221:1
**handle** [1] - 136:4
**handled** [1] - 30:18
**hands** [15] - 62:2, 95:1, 96:11, 96:15, 160:25, 168:4, 173:22, 202:13, 209:12, 209:16, 209:22, 210:10, 214:9, 214:10, 241:12
**hang** [3] - 170:24, 241:3, 241:4

**hanger** [1] - 162:3
**happy** [6] - 27:18, 29:10, 65:14, 83:25, 116:23, 125:15
**harbor** [1] - 248:4
**hard** [4] - 20:20, 22:4, 138:3, 204:5
**harder** [2] - 192:10, 207:6
**hardest** [1] - 69:6
**harken** [1] - 243:10
**hat** [1] - 193:14
**Hayden** [1] - 203:13
**Hayes** [2] - 191:23, 192:1
**head** [5] - 42:19, 79:21, 82:17, 192:2, 201:8
**headed** [1] - 50:9
**heads** [1] - 210:10
**headset** [2] - 9:4, 71:16
**headsets** [2] - 133:24, 243:25
**health** [1] - 96:9
**hear** [60] - 11:23, 14:25, 37:9, 42:24, 43:6, 45:23, 46:13, 52:8, 61:13, 62:15, 71:8, 71:12, 71:16, 71:17, 80:7, 91:4, 105:16, 111:4, 111:6, 123:15, 123:20, 125:10, 139:9, 139:10, 140:7, 140:12, 148:9, 148:11, 153:9, 154:12, 156:22, 159:16, 165:8, 165:25, 166:11, 166:12, 174:19, 174:20, 176:5, 180:9, 180:11, 180:12, 182:15, 182:25, 183:16, 183:21, 184:19, 184:22, 184:24, 185:10, 185:17, 187:6, 192:19, 203:18, 210:4, 211:4, 212:2, 213:11, 220:9
**heard** [50] - 46:16, 71:2, 108:15, 123:14, 135:20, 143:5, 143:23, 146:1, 147:23, 148:5, 148:14, 151:3, 153:19, 153:22, 154:11,

156:4, 157:4, 157:9,
157:10, 157:12,
159:6, 159:7, 160:5,
162:9, 166:10,
169:20, 172:5,
174:17, 176:8,
176:12, 178:18,
184:16, 186:15,
186:25, 196:13,
197:18, 198:14,
199:10, 203:19,
209:14, 215:19,
217:6, 218:9,
218:11, 247:25,
248:2, 248:6

**hearing** [5] - 6:9, 43:8,
140:5, 249:11,
249:12

**hearsay** [1] - 72:7

**heart** [3] - 175:14,
219:2, 229:14

**heat** [2] - 78:3, 158:14

**heavily** [2] - 166:15,
169:15

**heavy** [3] - 170:6,
220:20, 223:11

**held** [8] - 18:11, 18:12,
18:19, 31:3, 73:13,
90:4, 172:23, 232:2

**helicopter** [1] - 60:20

**hello** [1] - 196:1

**helmet** [1] - 193:14

**help** [15] - 9:15, 27:7,
27:8, 27:9, 27:11,
27:13, 27:14, 27:16,
35:24, 72:1, 72:16,
92:3, 92:19, 239:6

**helpful** [3] - 130:15,
173:9, 226:11

**helping** [1] - 178:3

**hereby** [2] - 249:2,
250:3

**HERNANDEZ** [1] -
3:10

**Hernandez** [3] - 7:12,
118:24, 119:2

**hesitate** [1] - 236:3

**hesitation** [2] -
163:23, 223:20

**hide** [3] - 103:25,
198:23, 215:25

**Higgins** [3] - 152:17,
166:10, 193:13

**high** [15] - 107:23,
142:15, 142:16,
142:22, 145:6,
163:6, 174:23,
181:15, 190:21,
193:3, 193:9,
193:10, 215:3,

217:24, 219:7

**high-tail** [4] - 142:15,
142:16, 142:22,
145:6

**high-tailing** [1] -
181:15

**higher** [1] - 207:21

**highest** [1] - 207:7

**highlight** [2] - 131:22,
133:4

**highlights** [6] -
130:12, 133:1,
133:21, 134:22,
135:6

**highly** [1] - 204:10

**himself** [2] - 28:12,
151:12

**hire** [1] - 112:6

**hit** [2] - 141:1, 185:14

**hold** [37] - 36:3, 36:15,
37:16, 37:23, 38:5,
38:8, 38:10, 38:16,
38:17, 39:3, 40:3,
41:5, 41:6, 41:12,
41:14, 42:4, 44:3,
46:3, 46:6, 69:21,
74:5, 74:10, 76:5,
76:7, 76:19, 77:23,
77:25, 78:4, 78:10,
78:13, 97:9, 110:8,
164:6, 195:17,
200:13, 203:4, 247:9

**holding** [3] - 87:9,
146:18, 210:19

**hole** [4] - 36:2, 36:6,
36:7, 41:4

**Holmes** [1] - 194:16

**home** [5] - 64:23,
108:17, 170:7,
176:14, 217:9

**Homeland** [4] -
101:10, 102:9,
106:8, 113:19

**homes** [1] - 69:1

**hometown** [2] - 64:7,
65:21

**Honda** [15] - 10:14,
10:15, 12:13, 13:1,
13:5, 14:7, 15:12,
16:8, 16:15, 17:23,
17:24, 19:25, 20:11,
20:25, 22:21

**honest** [4] - 178:14,
186:18, 195:19,
236:5

**honestly** [1] - 201:11

**honk** [1] - 156:22

**honks** [1] - 156:21

**Honor** [65] - 6:12,
6:15, 7:8, 7:11, 7:22,

7:24, 9:3, 11:22,
18:16, 63:1, 63:8,
63:10, 72:5, 76:24,
83:1, 99:7, 100:7,
103:3, 107:17,
109:5, 110:15,
113:22, 114:22,
116:13, 118:6,
118:22, 119:11,
119:24, 120:9,
120:16, 120:18,
120:20, 120:21,
121:23, 122:7,
122:25, 123:3,
123:7, 125:9,
125:21, 126:1,
126:12, 126:13,
126:14, 127:17,
128:10, 128:15,
128:17, 128:20,
129:17, 130:5,
132:7, 135:10,
137:4, 137:10,
137:17, 138:3,
138:10, 140:3,
140:13, 154:16,
221:17, 241:18,
242:24, 249:23

**HONORABLE** [1] -
1:15

**hood** [12] - 35:11,
35:12, 35:15, 42:5,
42:6, 42:17, 42:19,
43:1, 44:12, 75:11,
82:17, 82:20

**hooded** [1] - 75:15

**hoods** [7] - 35:22,
36:5, 45:12, 45:13,
45:15, 45:21, 79:21

**hoops** [1] - 135:5

**hope** [3] - 240:10,
247:13, 247:15

**hoping** [2] - 149:11,
149:12

**horizon** [2] - 193:7,
219:19

**horn** [1] - 156:20

**horrible** [1] - 93:3

**horsepower** [3] - 14:5,
129:23

**hospital** [2] - 11:1,
197:3

**hot** [2] - 76:18, 78:2

**Hotel** [2] - 6:24, 119:2

**hour** [33] - 20:1, 35:2,
42:18, 45:6, 46:12,
81:21, 81:22, 82:9,
99:18, 99:20,
114:11, 115:8,
115:16, 115:21,

116:4, 116:7, 124:1,
124:7, 142:6,
142:16, 142:24,
145:7, 150:14,
160:15, 166:6,
178:25, 179:3,
179:13, 179:15,
179:18, 179:21,
218:14

**hour-and-20-
minutes** [1] - 114:16

**hour-and-a-half** [1] -
35:2

**hours** [43] - 20:9,
21:18, 21:21, 21:22,
21:24, 25:1, 27:6,
40:20, 40:21, 51:6,
51:7, 51:8, 55:9,
82:13, 82:14, 82:19,
83:19, 84:19, 84:25,
89:13, 90:14, 96:21,
96:22, 96:23,
107:20, 116:17,
116:19, 116:20,
124:2, 124:4, 130:4,
130:20, 131:6,
131:10, 134:2,
174:19, 174:21,
178:19, 178:20,
182:15, 184:18,
219:20, 239:17

**house** [10] - 11:4,
16:10, 16:13, 20:23,
25:6, 70:9, 70:10,
148:21, 176:9

**houses** [6] - 25:6,
25:9, 25:11, 26:12,
64:20, 66:3

**HSI** [5] - 146:2,
148:14, 149:4,
151:19, 198:15

**huge** [2] - 145:13,
172:24

**hull** [1] - 36:3

**human** [7] - 166:16,
176:19, 178:10,
198:17, 198:18,
205:14

**humans** [1] - 164:11

**humongous** [1] -
91:17

**hundred** [7] - 34:17,
69:12, 69:13,
109:14, 150:22,
176:11, 207:10

**hundreds** [3] - 169:8,
216:17

**hungry** [2] - 62:21,
95:15, 95:17

**hypothetically** [1] -

170:20

---

**I**

**ID** [2] - 56:11, 56:14

**idea** [14] - 37:22,
44:24, 52:12, 52:19,
67:5, 149:19,
150:11, 150:18,
188:25, 205:4,
209:9, 217:20,
219:2, 240:16

**identification** [4] -
226:21, 227:8,
227:9, 227:10

**identified** [2] - 119:15,
119:21

**identifies** [1] - 226:18

**identities** [1] - 230:4

**idling** [5] - 217:14,
217:23

**II** [3] - 167:21, 219:20,
219:24

**illnesses** [1] - 95:12

**illusion** [3] - 190:24,
190:25, 220:23

**image** [1] - 219:10

**imagination** [1] -
190:15

**imagine** [1] - 176:22

**Imlah** [11] - 132:2,
134:12, 145:2,
157:12, 164:24,
169:22, 213:1,
214:25, 218:9, 219:9

**immediately** [3] -
86:21, 86:22, 234:25

**impartially** [1] -
223:17

**impeachment** [1] -
129:7

**implore** [1] - 171:5

**imply** [2] - 127:17,
127:19

**importance** [1] - 169:6

**important** [28] - 86:15,
125:18, 139:3,
144:12, 145:16,
153:1, 155:15,
163:19, 163:23,
163:25, 164:2,
166:13, 167:5,
171:10, 172:14,
177:9, 177:17,
179:1, 196:22,
201:22, 204:6,
205:1, 209:3,
223:20, 224:23,
225:18, 226:4,
247:14

**importantly** [2] - 165:7, 196:16
**imposed** [1] - 249:14
**imposition** [1] - 247:22
**impossible** [4] - 194:14, 194:22, 195:18
**impress** [1] - 225:4
**impressions** [1] - 227:22
**improbable** [1] - 194:18
**improper** [3] - 113:11, 126:21, 128:13
**improperly** [1] - 113:12
**inability** [1] - 130:18
**inaccurately** [1] - 226:1
**inadvertently** [2] - 132:15, 132:16
**inappropriate** [1] - 127:20
**inaudible** [2] - 186:7, 211:9
**Inaudible** [3] - 210:1, 211:17, 212:5
**inch** [3] - 13:20, 55:24
**incident** [1] - 170:1
**incidentally** [1] - 161:14
**inclination** [2] - 116:22, 117:7
**include** [2] - 48:2, 235:16
**included** [1] - 132:24
**includes** [2] - 223:25, 232:21
**including** [2] - 131:1, 197:20
**inconvenience** [1] - 247:12
**incorporating** [2] - 7:2, 119:5
**independent** [2] - 174:14, 227:19
**indicate** [1] - 238:25
**indicated** [7] - 139:2, 165:20, 167:13, 169:10, 169:11, 170:8, 178:12
**indicating** [3] - 55:18, 55:21, 110:23
**indications** [1] - 160:22
**indictment** [24] - 223:2, 227:23, 227:25, 229:12, 231:23, 233:18,

234:1, 234:8, 236:24, 237:20, 243:17, 243:21, 244:11, 244:17, 244:20, 244:23, 245:1, 245:4, 245:7, 245:9, 245:12, 245:15, 245:18, 245:21
**individual** [1] - 159:11
**individually** [2] - 205:24, 233:22
**individuals** [5] - 39:12, 43:17, 43:23, 165:17, 168:6
**individuals'** [1] - 207:24
**inexperience** [1] - 208:18
**inexperienced** [1] - 208:22
**inflatable** [4] - 58:10, 209:1, 211:5, 211:22
**influenced** [2] - 222:20, 227:20
**information** [9] - 92:20, 133:14, 152:19, 152:20, 173:4, 174:21, 190:5, 203:20, 249:7
**infrared** [6] - 158:10, 158:18, 158:21, 218:21, 218:25
**inhumane** [1] - 95:19
**innocence** [3] - 223:4, 235:5, 235:15
**innocent** [4] - 142:20, 207:9, 223:4, 226:2
**inside** [6] - 56:15, 171:3, 173:8, 176:2, 180:4, 241:7
**instantly** [1] - 154:17
**instead** [3] - 131:25, 132:13, 241:20
**instruct** [9] - 117:2, 126:14, 141:6, 141:9, 146:24, 203:25, 204:2, 220:15, 222:12
**instructed** [1] - 231:9
**instruction** [11] - 117:20, 118:7, 137:22, 137:25, 142:18, 163:20, 220:20, 221:24, 222:2, 222:3, 237:7
**instructions** [17] - 30:10, 30:12, 117:8, 117:16, 124:3, 125:16, 138:4,

142:17, 168:21, 222:13, 222:25, 223:1, 224:5, 228:15, 238:20, 238:21, 240:2
**integral** [1] - 153:15
**integrity** [2] - 161:10, 162:9
**intend** [3] - 7:11, 178:14, 186:19
**intended** [2] - 141:24, 231:15
**intending** [1] - 231:20
**intent** [19] - 141:12, 146:14, 146:15, 163:4, 221:5, 228:4, 228:9, 228:20, 228:25, 229:4, 229:25, 230:20, 231:2, 231:19, 231:24, 234:18, 234:21, 237:22, 244:5
**intention** [1] - 232:16
**intentional** [5] - 208:4, 217:5, 226:3, 234:25, 235:2
**intentionally** [8] - 141:12, 173:3, 217:2, 228:9, 230:20, 233:4, 233:12, 234:15
**intentions** [1] - 157:2
**intercepted** [1] - 213:21
**interdicted** [3] - 102:1, 144:19, 189:22
**interdiction** [2] - 162:13, 188:17
**interest** [16] - 127:18, 127:22, 127:25, 128:4, 128:5, 144:20, 157:18, 213:7, 213:20, 213:21, 216:19, 216:21, 219:24, 225:8, 231:21, 236:9
**interested** [1] - 240:3
**interesting** [4] - 74:4, 149:19, 240:10, 247:16
**interests** [1] - 230:12
**International** [2] - 156:7, 156:10
**interpret** [1] - 104:19
**interpretation** [3] - 91:5, 100:14, 224:8
**interpreted** [1] - 100:23
**interpreter** [22] -

15:21, 74:23, 75:4, 79:4, 87:15, 87:17, 91:3, 92:6, 93:24, 94:20, 95:3, 95:24, 99:24, 100:8, 100:17, 100:18, 100:19, 101:1, 104:19, 111:4, 111:6, 120:5
**INTERPRETER** [20] - 9:3, 9:7, 11:22, 15:1, 15:21, 43:9, 43:11, 62:16, 79:4, 83:6, 87:15, 91:6, 99:24, 100:18, 104:18, 107:18, 108:25, 111:4, 125:9, 243:24
**interpreter's** [1] - 71:16
**Interpreters** [1] - 6:3
**interpreters** [2] - 11:22, 125:9
**interpreting** [1] - 100:8
**interview** [1] - 112:20
**interviewed** [4] - 111:23, 113:18, 162:4, 199:21
**intimidated** [1] - 177:10
**introduce** [2] - 46:5, 121:14
**introduced** [2] - 28:12, 123:5
**invested** [1] - 139:9
**investigating** [2] - 129:24
**investigation** [2] - 208:17, 249:6
**involved** [2] - 237:15, 237:21, 243:22
**ION** [8] - 161:1, 167:18, 190:25, 191:10, 202:12, 202:19, 215:10, 215:16
**ironically** [1] - 167:14
**irrespective** [1] - 129:5
**ish** [5] - 115:12, 115:18, 115:19
**island** [1] - 139:25
**isolated** [2] - 169:13, 220:16
**isolation** [1] - 216:10
**ISRAEL** [1] - 2:11
**Israel** [1] - 4:14
**issue** [18] - 7:25, 100:14, 117:11, 128:9, 128:14,

131:15, 135:2, 136:22, 136:23, 136:24, 137:1, 141:19, 184:21, 224:4, 231:10
**issues** [3] - 126:12, 135:16, 160:22
**item** [3] - 120:3, 167:2, 167:5
**items** [2] - 167:14, 187:11
**itself** [2] - 131:9, 229:15

---

### J

**jacket** [4] - 72:12, 72:14, 86:17, 97:1
**jackets** [2] - 161:23
**Jacobs** [1] - 75:14
**jail** [1] - 207:10
**January** [2] - 133:10, 250:7
**Javier** [4] - 21:15, 23:21, 23:22, 33:13
**Javier's** [1] - 24:20
**jersey** [2] - 65:2, 97:6
**jettison** [13] - 135:8, 142:14, 145:5, 145:23, 149:9, 191:7, 191:15, 213:14, 213:16, 218:2, 219:18, 219:25, 220:6
**job** [21] - 17:3, 21:23, 22:1, 22:18, 24:9, 24:19, 24:20, 67:8, 68:9, 72:16, 144:24, 177:12, 177:13, 190:20, 197:1, 197:13, 197:15, 208:18, 216:11, 216:20
**jobs** [1] - 23:14
**JODI** [1] - 1:20
**Joe** [1] - 198:25
**jogging** [1] - 26:24
**Johnny** [8] - 170:20, 170:21, 170:23, 177:16, 214:6, 214:8, 214:9, 214:11
**Johnny's** [3] - 170:21, 214:7, 214:9
**join** [1] - 240:1
**joined** [2] - 229:23, 230:7
**joins** [1] - 233:4
**joint** [3] - 232:11, 232:19, 232:22
**joke** [3] - 57:12, 57:16,

241:16
**joking** [1] - 57:15
**Jones** [1] - 239:8
**JOSE** [15] - 1:9, 1:9, 1:10, 2:4, 2:7, 2:8, 2:11, 3:14, 3:16, 3:17, 3:19, 4:8, 4:10, 4:14
**Jose** [21] - 4:4, 4:14, 120:21, 122:25, 123:7, 128:21, 137:10, 177:25, 228:17, 228:18, 228:19, 241:25, 243:13, 243:14, 244:17, 244:20, 245:2, 245:13, 245:16, 245:22
**JOSEPH** [1] - 2:5
**Joseph** [1] - 4:6
**journey** [1] - 74:5
**JUAN** [1] - 2:7
**Juan** [4] - 4:8, 120:21, 156:4, 177:25
**judge** [13] - 38:19, 91:3, 114:2, 115:2, 115:14, 123:11, 136:9, 138:15, 141:6, 144:24, 154:24, 234:6, 240:15
**JUDGE** [1] - 1:15
**Judge** [36] - 6:25, 7:1, 8:19, 8:21, 36:25, 40:9, 63:4, 63:7, 112:8, 112:16, 118:2, 119:3, 119:4, 120:3, 126:25, 134:20, 136:7, 138:7, 141:9, 141:10, 141:11, 141:18, 141:21, 142:18, 144:22, 147:10, 154:20, 168:19, 170:20, 196:1, 200:21, 203:25, 220:15, 240:19, 241:2, 248:21
**judges** [7] - 168:18, 168:20, 205:15, 206:22, 206:23, 236:8, 236:9
**judgment** [1] - 136:11
**jugs** [1] - 150:15
**Julio** [5] - 13:12, 15:4, 16:23, 17:8, 17:10
**July** [4] - 1:5, 125:2, 125:3, 245:24
**jumping** [1] - 167:22

**juncture** [2] - 162:7
**June** [7] - 133:7, 133:15, 133:18, 133:20, 134:25, 135:22
**jurisdiction** [16] - 128:11, 136:22, 141:17, 228:5, 228:11, 228:22, 229:2, 229:6, 230:2, 230:17, 230:22, 231:1, 231:9, 231:11, 237:24, 244:7
**jurisdictional** [2] - 136:20, 137:1
**JUROR** [19] - 114:8, 114:12, 124:22, 139:13, 140:3, 246:9, 246:11, 246:13, 246:15, 246:17, 246:19, 246:21, 246:23, 246:25, 247:2, 247:4, 247:6, 247:21, 248:24
**juror** [4] - 139:18, 239:25, 240:11, 246:8
**Juror** [2] - 124:25, 138:24
**jurors** [11] - 139:17, 227:20, 235:25, 238:18, 239:14, 239:17, 240:1, 247:12, 247:15, 247:21, 248:25
**Jury** [3] - 6:25, 119:3, 239:9
**jury** [82] - 6:5, 6:6, 8:2, 8:14, 9:2, 9:9, 12:3, 12:20, 13:19, 18:14, 19:4, 20:5, 23:18, 26:22, 31:17, 35:17, 37:4, 38:7, 38:18, 42:3, 44:17, 46:15, 47:12, 52:14, 55:20, 58:15, 60:12, 60:15, 100:9, 110:22, 113:6, 114:13, 116:23, 117:8, 118:18, 118:19, 118:25, 121:2, 121:21, 122:3, 122:8, 124:9, 124:23, 125:14, 125:17, 136:3, 136:16, 136:23, 139:1, 139:12, 139:19, 140:15,

163:20, 173:9, 175:10, 177:24, 189:11, 206:8, 206:10, 222:11, 222:14, 235:4, 235:7, 235:10, 236:11, 236:22, 237:18, 238:10, 239:10, 239:16, 241:23, 242:9, 242:25, 243:1, 243:9, 243:15, 243:19, 246:4, 246:5, 247:16, 248:20, 249:1
**JURY** [6] - 1:13, 4:18, 4:19, 4:21, 4:24, 222:10
**jury's** [2] - 125:11, 239:21
**justice** [4] - 168:23, 205:10, 207:1, 207:3

## K

**keep** [17] - 8:16, 11:20, 55:22, 77:20, 77:22, 125:14, 183:25, 184:4, 184:13, 194:25, 207:5, 211:12, 211:15, 212:1, 225:23, 239:15
**kept** [6] - 60:15, 76:22, 199:2, 201:5, 201:7, 207:3
**key** [6] - 149:3, 159:2, 174:12, 193:11, 193:12, 194:7
**Key** [12] - 1:4, 26:8, 26:11, 62:7, 62:11, 101:9, 102:6, 125:1, 139:4, 139:14, 145:8, 249:16
**kidding** [1] - 241:12
**kids** [2] - 63:19, 63:25
**kill** [2] - 80:24, 109:13
**kilograms** [26] - 141:14, 142:2, 159:17, 228:4, 228:10, 228:21, 229:1, 229:5, 230:1, 230:21, 231:18, 238:3, 244:10, 244:13, 244:15, 244:18, 244:21, 244:24, 245:2, 245:5, 245:8, 245:10, 245:13, 245:16, 245:19,

245:22
**kilos** [5] - 140:24, 216:24, 218:4, 221:6, 221:9
**kind** [14] - 13:21, 14:3, 34:14, 75:11, 76:5, 117:6, 140:1, 146:25, 176:19, 192:3, 193:18, 200:14, 229:8, 229:13
**kinds** [3] - 158:8, 162:8, 232:9
**knife** [1] - 97:22
**knot** [1] - 109:20
**knots** [15] - 87:4, 87:5, 98:23, 99:18, 99:20, 145:10, 145:12, 150:14, 166:5, 179:18, 179:21, 214:17, 218:15
**knowing** [5] - 136:17, 169:21, 230:3, 233:17, 240:3
**knowingly** [12] - 141:12, 141:22, 228:2, 228:8, 228:25, 229:3, 230:19, 231:1, 231:13, 231:20, 232:13, 234:14
**knowledge** [3] - 160:18, 224:14, 226:11
**known** [1] - 65:19
**knows** [4] - 112:17, 130:20, 150:11, 151:4
**Kosher** [1] - 204:20

## L

**labeled** [1] - 189:25
**labor** [1] - 164:9
**lacking** [1] - 156:1
**ladder** [5] - 35:20, 35:24, 75:14, 75:25
**Ladies** [4] - 187:13, 190:10, 216:11, 220:25
**ladies** [55] - 6:7, 123:13, 140:15, 141:3, 141:18, 142:17, 143:14, 144:8, 146:9, 148:14, 149:24, 150:16, 151:23, 153:1, 153:12, 155:2, 163:14, 164:18, 168:12,

170:4, 177:6, 177:11, 177:19, 177:24, 187:5, 189:8, 189:20, 190:17, 191:3, 191:5, 191:12, 192:16, 192:23, 193:6, 193:11, 194:3, 194:4, 194:7, 194:14, 194:16, 194:20, 194:21, 195:11, 195:19, 212:11, 212:13, 212:17, 213:24, 215:8, 217:18, 219:13, 220:14, 221:11, 243:2, 244:1
**lady** [1] - 57:12
**laid** [1] - 6:12
**land** [7] - 11:6, 50:11, 51:18, 51:20, 84:7, 85:4, 159:21
**lanes** [1] - 169:9
**language** [2] - 36:23, 180:19
**languages** [3] - 36:17, 36:18, 36:21
**lapse** [1] - 226:2
**laptop** [2] - 240:16, 240:17
**large** [1] - 55:16
**last** [15] - 9:18, 24:14, 25:5, 112:24, 155:3, 155:19, 185:1, 185:2, 185:7, 186:5, 192:19, 196:2, 222:6
**lasting** [1] - 115:7
**lastly** [2] - 141:1, 170:5, 202:12
**lasts** [1] - 124:3
**latched** [1] - 195:5
**late** [3] - 6:8, 8:16, 124:13
**latitude** [1] - 189:15
**Lauderdale** [1] - 1:23
**laughed** [1] - 57:12
**lavish** [3] - 153:11, 154:1, 162:18
**law** [24] - 16:7, 141:4, 162:13, 164:8, 164:10, 164:13, 168:24, 173:5, 175:8, 190:18, 207:22, 222:12, 222:23, 222:24, 223:1, 223:3, 224:5, 231:5, 232:9, 234:19, 234:20, 234:22, 234:23, 239:13

**laws** [2] - 170:14
**lawyer** [2] - 102:16, 112:3
**lawyers** [7] - 112:15, 123:17, 124:21, 139:5, 156:1, 156:2, 224:2
**lay** [3] - 180:16, 183:6, 217:25
**laying** [3] - 62:6, 219:13, 219:17
**lays** [1] - 187:9
**leading** [6] - 17:14, 30:19, 36:25, 40:9, 54:16, 57:20
**League** [1] - 41:19
**learn** [3] - 55:5, 132:23, 151:19
**learned** [9] - 133:24, 134:2, 134:3, 134:5, 134:10, 134:13, 134:14, 147:15, 149:4
**least** [6] - 33:22, 140:23, 142:1, 162:5, 173:25, 230:8
**leave** [17] - 20:10, 42:24, 44:6, 44:7, 68:21, 69:22, 71:5, 71:10, 110:24, 110:25, 139:13, 139:24, 168:13, 205:1, 242:8, 247:9, 248:2
**leaving** [6] - 45:23, 97:9, 97:10, 99:5, 181:13, 181:14
**left** [32] - 6:11, 6:16, 14:21, 17:3, 22:18, 30:18, 30:22, 41:5, 41:14, 41:25, 43:14, 45:3, 51:4, 62:18, 66:2, 77:24, 78:25, 79:11, 84:12, 86:23, 97:11, 97:14, 123:21, 140:17, 156:6, 166:4, 166:5, 187:10, 194:6, 200:12, 241:11
**leg** [1] - 60:17
**legal** [5] - 127:7, 135:24, 136:24, 141:19, 224:18
**legally** [1] - 16:5
**legs** [2] - 193:1, 193:2
**lend** [2] - 28:24, 29:6
**lending** [1] - 31:9
**length** [3] - 192:12, 227:9
**lengths** [1] - 148:19

**lengthy** [1] - 244:2
**lent** [2] - 34:7, 198:9
**less** [25] - 13:25, 14:14, 14:23, 16:3, 17:6, 24:11, 38:25, 39:3, 47:3, 50:25, 51:3, 55:12, 69:15, 81:21, 82:9, 130:10, 130:14, 133:8, 133:18, 134:13, 182:19, 192:24, 200:25, 232:3, 238:8
**letter** [3] - 124:20, 138:25, 172:1
**level** [2] - 91:18, 190:21
**lid** [1] - 51:10
**lids** [3] - 87:20, 87:21, 98:9
**lie** [4] - 190:14, 191:2, 199:25, 215:24
**lies** [1] - 199:24
**lieu** [2] - 7:3, 119:6
**Lieutenant** [1] - 217:16
**life** [20] - 33:9, 62:20, 66:8, 66:15, 67:23, 86:7, 86:9, 86:11, 86:17, 88:17, 97:1, 108:9, 108:10, 161:23, 162:19, 164:1, 177:18, 196:25, 201:2
**lifestyle** [3] - 153:11, 154:1, 162:18
**lift** [2] - 42:7, 110:16
**lifted** [1] - 162:1
**light** [6] - 35:9, 38:10, 38:12, 152:8, 235:4
**lights** [1] - 143:12
**limit** [1] - 155:6
**limitations** [1] - 140:11
**limited** [4] - 155:4, 164:22, 186:11, 197:19
**line** [10] - 142:20, 150:4, 186:19, 189:17, 193:22, 237:1, 237:2, 237:5, 238:5, 238:6
**listen** [12] - 113:3, 180:10, 182:21, 185:3, 185:12, 185:25, 186:9, 212:2, 212:3, 212:14, 240:6
**listening** [5] - 7:16, 112:25, 133:19, 178:2, 199:9

**liters** [1] - 150:15
**littered** [1] - 196:10
**live** [9] - 7:18, 10:23, 16:9, 108:9, 153:11, 154:1, 176:8, 196:23, 197:2
**lived** [6] - 12:24, 15:12, 16:8, 16:15, 19:25, 148:20
**lives** [7] - 140:20, 162:18, 164:3, 181:22, 191:4, 217:21, 247:13
**living** [6] - 22:24, 26:6, 31:2, 64:1, 150:2, 168:11
**load** [7] - 130:1, 144:4, 144:15, 145:13, 159:24, 192:14
**loaded** [2] - 44:13, 44:15
**locate** [4] - 130:19, 181:17, 181:18, 182:4
**located** [2] - 10:3, 169:5
**location** [11] - 19:2, 28:15, 31:2, 31:11, 35:1, 40:14, 43:16, 147:17, 198:8, 218:18
**lock** [1] - 156:20
**log** [1] - 211:12
**logistical** [1] - 7:24
**loiter** [1] - 144:13
**loiters** [1] - 144:13
**longitude** [2] - 189:15, 189:17
**look** [95] - 19:19, 73:9, 82:6, 95:1, 131:16, 142:9, 142:12, 143:3, 149:21, 150:3, 154:10, 155:23, 157:20, 157:23, 158:4, 165:7, 171:2, 171:4, 172:25, 176:10, 177:7, 177:8, 177:13, 177:14, 177:15, 179:13, 179:14, 179:23, 181:22, 182:12, 183:24, 184:22, 184:23, 188:9, 189:9, 191:21, 192:3, 192:5, 192:9, 192:10, 192:11, 192:12, 192:24, 192:25, 193:1, 193:8, 193:24,

193:25, 195:17, 195:20, 197:13, 199:19, 200:10, 200:22, 201:6, 202:1, 202:11, 205:19, 208:24, 209:4, 209:15, 210:13, 210:18, 213:14, 213:18, 213:22, 214:3, 215:9, 216:7, 216:8, 216:10, 216:11, 216:12, 216:18, 216:20, 219:5, 219:7, 219:15, 219:19, 220:1, 220:2, 220:4, 220:15, 220:16, 220:19, 221:15, 221:16
**looked** [8] - 59:2, 90:21, 94:17, 156:12, 157:17, 157:21, 157:25, 216:16
**looking** [25] - 20:19, 20:24, 22:19, 27:1, 69:2, 80:5, 82:14, 83:12, 83:23, 96:10, 143:7, 143:8, 151:9, 156:9, 156:21, 156:23, 176:12, 177:3, 181:17, 181:25, 182:1, 201:7, 217:14, 217:19, 219:2
**looks** [11] - 57:9, 93:12, 142:6, 142:7, 183:24, 184:11, 195:9, 200:10, 218:24, 219:2
**lose** [10] - 172:15, 185:11, 185:13, 185:15, 185:25, 186:10, 202:2, 202:3, 239:24
**losing** [1] - 213:19
**lost** [18] - 6:13, 24:20, 83:24, 150:3, 151:10, 165:22, 165:24, 169:3, 171:25, 172:3, 172:4, 186:14, 217:15, 217:19, 217:21, 239:13
**love** [1] - 19:13
**loved** [1] - 164:2
**low** [5] - 91:13, 101:4, 107:5, 194:1, 209:7
**lower** [1] - 210:3

**Lucas** [10] - 123:8, 137:16, 151:16, 206:13, 206:14, 206:18, 228:19, 243:14, 245:2, 245:22
**LUCAS** [5] - 1:10, 2:11, 3:19, 4:14, 206:12
**Lucas-Franco** [6] - 123:8, 151:16, 228:19, 243:14, 245:2, 245:22
**LUCAS-FRANCO** [4] - 1:10, 2:11, 3:19, 4:14
**LUCAS-FRANCO'S** [1] - 206:12
**luckily** [1] - 145:8
**lucky** [5] - 65:12, 65:14, 80:1, 80:11, 80:14
**lunch** [2] - 114:11, 114:14
**Luncheon** [1] - 118:13
**lying** [2] - 191:14, 195:15

## M

**M-16** [1] - 209:12
**M-A-R-T-I-N** [1] - 9:19
**ma'am** [8] - 9:25, 10:18, 13:2, 21:1, 23:24, 24:15, 246:15, 246:21
**machine** [10] - 161:11, 202:17, 202:19, 202:20, 202:22, 209:11, 209:17, 210:2, 210:11
**machines** [1] - 191:3
**mail** [1] - 174:5
**main** [1] - 21:2
**man** [35] - 23:20, 23:25, 24:5, 24:16, 24:21, 26:17, 26:18, 26:23, 27:7, 27:13, 27:14, 27:20, 28:10, 28:12, 28:17, 28:24, 29:12, 29:25, 30:2, 30:8, 32:16, 32:17, 34:6, 34:7, 46:16, 66:18, 70:7, 109:10, 163:9, 174:8, 175:8, 178:13, 196:24, 199:1, 215:3
**man's** [1] - 27:25
**Management** [1] - 139:4

**manipulated** [2] - 217:2, 217:3
**manual** [2] - 175:25
**map** [4] - 144:9, 166:15, 188:5, 189:13
**March** [1] - 120:7
**Marcos** [3] - 146:1, 148:15, 198:15
**mark** [9] - 130:19, 180:17, 180:25, 181:1, 181:3, 183:7, 217:25, 218:2, 242:20
**marked** [2] - 56:24, 61:5
**marking** [1] - 162:23
**markings** [3] - 175:23, 175:24, 176:1
**marks** [2] - 111:1, 111:2
**marriage** [1] - 16:7
**married** [3] - 16:3, 16:5
**Marriott** [2] - 6:24, 119:3
**Marshal** [2] - 238:15, 238:16
**Marshals** [1] - 8:14
**Martha** [1] - 117:25
**MARTIN** [9] - 1:10, 1:10, 2:10, 2:11, 3:6, 3:18, 3:19, 4:12, 4:14
**Martin** [18] - 9:11, 9:19, 111:19, 123:3, 123:7, 127:1, 137:15, 140:17, 151:12, 151:16, 228:18, 228:19, 243:13, 243:14, 244:24, 245:2, 245:19, 245:22
**mARTIN** [1] - 9:20
**mask** [1] - 165:1
**masked** [1] - 173:20
**masking** [3] - 173:17, 173:23, 215:17
**matches** [2] - 108:19, 146:8
**material** [4] - 107:23, 129:4, 132:5, 132:7
**materially** [1] - 129:1
**math** [2] - 115:18, 203:8
**mathematical** [1] - 166:2
**matter** [11] - 6:9, 137:21, 156:7, 164:15, 172:8,

175:23, 190:12, 194:18, 225:2, 226:13, 250:5
**matters** [2] - 224:8, 235:10
**maximum** [1] - 221:9
**Mayor** [1] - 125:4
**MDA** [1] - 215:11
**meager** [1] - 162:19
**mean** [30] - 17:18, 20:2, 36:23, 36:24, 41:21, 42:8, 45:1, 49:5, 50:3, 57:13, 61:22, 98:25, 117:22, 125:15, 127:11, 127:12, 127:21, 129:23, 132:22, 140:8, 147:6, 170:19, 180:18, 183:8, 188:13, 193:3, 202:2, 224:21, 225:23, 226:13
**meaning** [4] - 100:24, 157:5, 231:4, 237:12
**means** [12] - 13:6, 140:7, 140:9, 150:1, 153:24, 163:25, 188:25, 211:23, 231:19, 234:14, 234:17, 240:4
**meant** [2] - 100:19, 100:21
**meanwhile** [1] - 69:21
**measures** [3] - 140:16, 149:2, 154:3
**mechanic** [1] - 177:1
**mechanically** [1] - 174:10
**medically** [1] - 162:4
**medication** [1] - 94:24
**meet** [18] - 15:13, 26:18, 27:20, 28:13, 28:15, 30:25, 31:8, 31:11, 43:23, 45:25, 46:3, 67:12, 67:14, 68:4, 69:17, 140:18, 144:10, 144:15
**meeting** [4] - 28:11, 68:14, 174:25, 197:25
**meetings** [1] - 31:3
**Mel** [5] - 211:22, 211:25, 219:20, 219:23, 219:24
**Mel-I** [1] - 219:23
**Mel-II** [2] - 219:20, 219:24
**Mellon** [4] - 161:15, 161:25, 162:3,

219:23
**member** [2] - 229:9, 229:10
**members** [15] - 53:13, 110:22, 118:25, 140:24, 146:12, 148:24, 181:9, 185:19, 221:22, 222:11, 229:12, 229:13, 236:12, 243:9, 246:5
**memory** [6] - 70:20, 220:7, 225:10, 226:2, 227:16, 227:22
**men** [22] - 34:1, 34:2, 34:9, 44:21, 46:22, 53:21, 53:22, 54:1, 54:13, 57:19, 92:5, 148:24, 149:1, 153:13, 154:3, 177:11, 177:18, 189:21, 195:15, 212:20, 215:17, 219:12
**mention** [2] - 200:6, 200:20
**mentioned** [4] - 87:16, 124:24, 127:2, 166:9
**mere** [1] - 144:7
**merely** [2] - 230:11, 233:16
**merge** [1] - 144:10
**merits** [1] - 136:3
**message** [1] - 238:14
**met** [19] - 23:25, 24:16, 27:4, 28:17, 28:24, 32:16, 32:17, 34:9, 43:19, 44:9, 51:12, 65:16, 70:15, 72:18, 72:19, 72:22, 147:14, 185:22
**metal** [1] - 147:11
**meters** [1] - 13:25
**Mexican** [9] - 46:22, 47:19, 60:8, 61:21, 79:16, 82:10, 82:11, 81:8, 215:22
**Mexicans** [23] - 47:5, 47:16, 49:24, 50:18, 51:12, 56:7, 80:1, 80:17, 80:24, 81:2, 83:14, 84:14, 84:20, 89:20, 93:2, 96:2, 97:4, 97:22, 105:22, 106:13, 140:18, 143:5, 197:25
**Mexicans'** [1] - 47:10
**Mexico** [38] - 6:24, 27:2, 28:22, 28:25,

29:7, 29:10, 30:13, 30:15, 31:9, 32:20, 32:25, 33:3, 33:5, 51:22, 55:1, 59:17, 59:21, 62:14, 67:6, 67:9, 84:3, 84:5, 119:3, 144:3, 144:11, 147:18, 149:17, 150:20, 167:11, 189:24, 196:5, 196:17, 198:8, 198:14, 199:1, 199:4, 206:20
**Miami** [6] - 2:17, 2:18, 156:7, 156:10, 250:9, 250:10
**Michael** [2] - 7:1, 119:4
**MICHAEL** [1] - 1:15
**microphone** [5] - 11:23, 38:21, 111:5, 133:23, 171:9
**middle** [13] - 6:21, 45:7, 50:7, 52:6, 62:19, 75:9, 79:2, 80:6, 80:11, 85:23, 89:11, 197:13, 209:7
**might** [10] - 6:20, 95:20, 118:7, 147:5, 183:23, 184:10, 187:21, 220:3, 226:11, 240:21
**mile** [3] - 160:12, 160:13
**mileage** [1] - 109:21
**miles** [22] - 98:23, 99:18, 99:20, 142:8, 144:20, 145:7, 145:10, 150:12, 151:5, 151:6, 151:8, 151:10, 160:15, 165:15, 166:7, 176:11, 216:17, 217:15, 217:16, 218:20
**military** [4] - 142:5, 164:8, 164:13, 190:18
**million** [7] - 140:23, 141:1, 144:11, 145:14, 152:21, 162:17
**mind** [9] - 9:5, 115:24, 205:22, 212:1, 225:23, 236:4, 239:15, 240:24
**mine** [3] - 156:24, 157:1, 157:2
**minor** [1] - 230:6
**minute** [10] - 114:25,

131:4, 138:10, 154:17, 154:24, 154:25, 174:22, 207:1, 208:9, 236:16
**minutes** [46] - 114:4, 114:15, 115:23, 116:5, 116:8, 116:9, 123:19, 123:22, 123:25, 124:1, 124:3, 124:4, 124:5, 130:10, 130:13, 130:14, 131:7, 131:12, 131:14, 131:23, 140:7, 140:8, 154:16, 155:22, 179:24, 180:1, 181:7, 181:16, 181:21, 181:24, 182:8, 182:10, 182:19, 183:13, 187:4, 194:6, 195:4, 206:21, 210:20, 241:4
**miracle** [2] - 66:21, 66:24
**miraculous** [1] - 81:22
**Miranda** [1] - 104:25
**mischaracterization** [1] - 76:25
**mischaracterizes** [1] - 96:16
**misleading** [1] - 192:13
**missed** [3] - 59:19, 132:15, 139:14
**missing** [4] - 131:8, 131:10, 134:11, 204:20
**mission** [6] - 162:21, 173:6, 175:1, 176:4, 176:21, 182:16, 218:8, 218:10
**missions** [1] - 134:7
**misstated** [1] - 226:1
**mistake** [20] - 174:16, 178:13, 178:14, 178:15, 178:18, 182:3, 186:18, 186:19, 186:23, 191:2, 195:19, 208:1, 208:2, 212:18, 212:23, 217:2, 217:5, 225:23, 226:4, 234:15
**mistaken** [2] - 189:8, 189:9
**mistakes** [4] - 164:12, 178:11, 190:15

**ML** [2] - 167:21
**ML-I** [1] - 167:21
**ML-II** [1] - 167:21
**mobile** [1] - 197:5
**model** [1] - 157:13
**MOISES** [4] - 1:8, 2:5, 3:13, 4:6
**Moises** [13] - 84:24, 90:6, 120:18, 137:8, 145:22, 152:3, 152:13, 152:16, 216:23, 228:17, 243:12, 244:14, 245:10
**moment** [9] - 43:9, 77:24, 80:10, 85:22, 92:16, 93:1, 93:18, 107:16, 232:5
**moments** [1] - 238:23
**Monday** [8] - 8:17, 117:2, 124:15, 125:2, 125:13, 134:3, 134:13, 196:3
**money** [36] - 14:14, 15:3, 15:6, 15:10, 16:13, 22:21, 27:2, 27:3, 28:20, 28:25, 29:6, 29:14, 30:4, 31:9, 32:20, 34:7, 63:17, 64:12, 66:14, 67:3, 67:6, 67:7, 68:8, 68:15, 70:6, 74:1, 74:4, 88:23, 140:21, 145:16, 145:17, 153:21, 197:1
**MONTES** [4] - 1:8, 2:4, 3:12, 4:4
**Montes** [9] - 120:17, 137:5, 163:15, 168:2, 170:6, 228:17, 243:12, 244:12, 245:8
**MONTES'** [1] - 163:13
**month** [5] - 14:23, 15:4, 15:8, 23:10, 23:11
**monthly** [1] - 15:9
**months** [9] - 20:19, 23:12, 85:17, 85:18, 106:25, 169:15, 173:10, 185:21, 189:21
**MOORE** [1] - 1:15
**Moore** [3] - 7:1, 119:4, 168:19
**morning** [11] - 6:7, 8:17, 9:24, 9:25, 40:20, 40:21, 47:24, 70:12, 124:15,

216:6, 247:18
**most** [18] - 8:20, 155:8, 163:19, 163:23, 163:25, 164:2, 165:7, 166:13, 167:5, 172:2, 177:17, 185:16, 194:23, 203:11, 204:6, 218:6, 223:20, 227:15
**mother** [26] - 43:22, 44:9, 44:18, 45:16, 45:23, 45:25, 47:4, 50:19, 56:18, 56:22, 59:15, 74:13, 74:16, 75:8, 75:13, 75:15, 75:23, 78:22, 78:24, 78:25, 81:15, 97:12, 97:16, 152:5, 220:12, 220:23
**motion** [23] - 3:15, 120:22, 120:23, 120:24, 121:6, 121:9, 121:12, 122:22, 128:16, 128:19, 128:21, 133:10, 133:12, 135:12, 135:13, 135:23, 136:5, 136:19, 137:5
**motions** [5] - 137:6, 137:9, 137:11, 137:14, 137:17
**motor** [4] - 70:2, 98:22, 176:21, 176:24
**motors** [4] - 99:1, 129:22, 129:24
**mountain** [2] - 182:21, 247:25
**mouth** [3] - 96:11, 96:14, 96:15
**move** [16] - 13:5, 90:15, 90:17, 104:2, 119:18, 121:14, 128:22, 130:1, 132:5, 132:19, 136:11, 139:23, 139:24, 143:15, 167:10, 201:8
**moved** [10] - 13:1, 50:4, 65:21, 119:15, 119:16, 119:21, 130:22, 135:2, 135:3, 193:17
**moves** [1] - 87:22
**movie** [1] - 169:14
**movies** [1] - 108:18
**moving** [5] - 87:21,

89:11, 100:21, 100:25, 101:3
**MP3** [1] - 157:13
**MPA** [6] - 142:4, 143:9, 144:18, 157:14, 160:1, 201:20
**MR** [118] - 3:5, 6:12, 6:15, 6:19, 6:20, 7:8, 7:11, 8:10, 8:12, 8:20, 63:4, 63:7, 63:8, 63:9, 63:10, 63:11, 63:12, 114:2, 114:18, 114:20, 114:22, 115:14, 116:6, 116:7, 116:10, 116:18, 117:14, 117:19, 117:24, 118:2, 118:14, 118:17, 118:22, 119:11, 120:3, 120:13, 120:16, 120:18, 120:20, 121:5, 121:9, 121:14, 121:25, 122:10, 122:13, 122:16, 122:21, 122:25, 123:7, 125:24, 126:1, 126:7, 128:14, 128:17, 128:20, 133:1, 133:4, 133:11, 134:6, 134:9, 136:7, 136:9, 137:4, 137:8, 137:10, 137:13, 137:16, 138:10, 138:15, 138:18, 138:20, 154:16, 154:20, 154:22, 154:23, 155:2, 157:15, 157:16, 163:14, 170:17, 171:7, 171:8, 171:9, 171:10, 171:16, 171:22, 177:24, 183:1, 183:2, 183:3, 183:12, 183:18, 183:19, 184:16, 185:10, 186:2, 186:9, 187:4, 191:25, 206:13, 210:2, 210:6, 210:9, 210:13, 211:10, 211:12, 211:19, 212:7, 221:17, 222:2, 240:15, 241:14, 242:2, 242:7, 242:11, 242:13, 242:16, 249:23

**MS** [161] - 7:22, 7:24, 8:19, 9:11, 9:23, 11:25, 15:2, 15:23, 17:14, 17:17, 18:15, 18:16, 18:18, 18:20, 29:20, 29:23, 30:1, 30:3, 30:6, 30:19, 30:21, 36:25, 37:3, 40:9, 40:11, 43:7, 43:10, 43:12, 43:13, 45:17, 45:20, 54:16, 54:18, 57:20, 57:23, 62:17, 62:25, 63:6, 63:14, 63:16, 71:21, 71:24, 72:5, 72:9, 74:15, 74:19, 76:24, 77:3, 77:5, 77:7, 77:10, 77:13, 79:9, 83:1, 83:4, 83:7, 87:18, 90:11, 91:3, 91:8, 96:16, 96:20, 99:7, 99:10, 100:2, 100:4, 100:5, 100:7, 100:12, 100:13, 100:16, 101:2, 103:3, 103:5, 103:7, 103:9, 103:10, 104:1, 104:3, 104:6, 104:8, 104:20, 104:21, 107:17, 107:19, 109:1, 109:3, 109:5, 109:7, 110:15, 110:19, 111:9, 111:14, 111:16, 112:8, 112:10, 112:16, 112:19, 113:11, 113:14, 113:21, 115:2, 115:5, 115:8, 115:10, 115:22, 116:1, 116:5, 116:13, 116:15, 117:4, 117:5, 118:6, 118:10, 119:24, 120:9, 121:22, 122:7, 123:3, 123:11, 125:21, 126:5, 126:9, 126:12, 126:25, 127:17, 127:23, 128:2, 128:9, 128:15, 133:9, 134:17, 134:20, 137:15, 138:3, 138:6, 138:9, 140:13, 140:15, 196:1, 199:12, 199:15, 199:17, 206:4, 212:17, 221:20, 222:9, 240:19, 240:24,

241:1, 241:4, 241:7, 241:9, 241:24, 241:25, 242:4, 242:15, 242:18, 242:24, 249:21, 249:22
**mugie** [1] - 25:6
**municipality** [1] - 12:13
**musketeers** [2] - 148:3, 215:23
**must** [47] - 78:2, 125:1, 125:3, 147:1, 160:21, 168:17, 170:17, 175:13, 175:14, 194:18, 196:19, 199:10, 212:9, 222:12, 222:16, 222:19, 222:20, 222:23, 222:24, 222:25, 223:8, 223:10, 223:24, 224:20, 224:21, 226:1, 226:13, 226:15, 226:16, 226:19, 226:21, 227:13, 227:16, 227:18, 227:19, 232:6, 233:15, 233:19, 233:20, 233:23, 234:4, 234:21, 235:20, 235:21, 235:24, 236:1, 238:11

### N

**name** [17] - 9:18, 13:11, 15:19, 21:11, 21:13, 21:14, 24:3, 27:25, 28:2, 67:17, 94:2, 132:3, 198:25, 217:20, 236:25, 237:19
**named** [1] - 229:12
**names** [6] - 85:16, 150:10, 188:22, 198:24, 230:4, 236:18
**narcotics** [4] - 153:14, 212:22, 221:5
**National** [1] - 41:19
**naturally** [1] - 225:25
**nature** [1] - 162:12
**nauseating** [1] - 215:19
**nautical** [11] - 142:8, 144:20, 145:7, 145:10, 150:12,

151:5, 151:6, 151:8, 151:10, 166:7
**naval** [3] - 207:23, 210:23, 215:4
**navigate** [3] - 49:21, 90:2, 149:6
**navigating** [1] - 89:2
**navigators** [1] - 151:21
**navy** [1] - 214:16
**Navy** [21] - 130:6, 130:16, 131:1, 131:3, 131:7, 132:13, 142:4, 143:13, 143:17, 143:25, 144:21, 172:11, 172:12, 176:5, 191:6, 192:23, 196:5, 205:14, 213:5, 214:14, 214:15
**near** [2] - 146:19, 161:6
**necessarily** [2] - 225:1, 235:18
**necessary** [2] - 196:21, 222:17
**neck** [1] - 42:20
**need** [32] - 8:25, 83:5, 114:10, 124:6, 138:1, 141:20, 145:17, 146:22, 149:7, 152:19, 152:20, 159:17, 159:18, 159:19, 173:11, 173:13, 174:24, 175:10, 175:22, 176:16, 182:19, 191:10, 191:12, 196:20, 213:4, 218:2, 234:23, 240:14, 248:19, 249:19
**needed** [6] - 27:2, 64:12, 126:19, 174:18, 174:19, 200:15
**needs** [4] - 99:24, 100:18, 175:10, 206:5
**Negative** [1] - 184:25
**negative** [14] - 184:25, 185:6, 186:4, 186:15, 202:12, 202:13, 202:14, 215:10, 220:5
**neighbor's** [1] - 176:9
**neighbors** [1] - 139:23
**nervous** [4] - 11:18, 201:4, 201:5, 201:7

**net** [2] - 13:20
**neutral** [2] - 99:3, 99:4
**never** [35] - 11:15, 11:17, 25:15, 28:24, 51:12, 53:3, 62:12, 64:11, 65:19, 65:20, 66:15, 67:22, 68:13, 78:13, 90:4, 90:10, 90:12, 109:22, 110:3, 151:5, 153:2, 153:5, 153:9, 172:25, 175:17, 191:2, 192:15, 197:4, 197:5, 197:6, 199:23, 200:24, 200:25, 234:4, 235:22
**nevertheless** [3] - 192:14, 208:19, 247:13
**new** [1] - 133:16
**news** [2] - 108:19, 108:20
**next** [29] - 26:4, 26:16, 27:20, 28:10, 28:11, 58:13, 62:5, 67:11, 70:12, 73:17, 82:20, 104:15, 104:22, 117:12, 120:15, 123:16, 144:5, 145:19, 146:5, 155:13, 176:18, 181:16, 182:10, 193:6, 237:1, 237:3, 239:23, 249:5
**nice** [3] - 37:6, 74:10, 157:9
**night** [22] - 8:10, 8:11, 18:1, 18:6, 18:7, 18:11, 25:19, 31:22, 32:7, 33:19, 34:10, 38:11, 47:23, 59:18, 60:12, 62:19, 70:8, 70:19, 85:23, 152:6, 153:23, 197:13
**nights** [1] - 25:18
**nighttime** [3] - 79:22, 81:23, 89:15
**NINE** [1] - 246:25
**nine** [5] - 96:21, 115:19, 173:10, 181:9, 246:24
**nine-something** [1] - 115:19
**NO** [1] - 1:2
**nobody** [5] - 81:11, 103:24, 174:7, 189:23, 210:20
**non** [3] - 128:14, 136:22, 136:23

**non-issue** [3] - 128:14, 136:22, 136:23
**none** [3] - 157:18, 216:18, 216:19
**normal** [8] - 51:3, 78:3, 87:2, 87:4, 98:11, 98:16, 98:17, 98:18
**normally** [5] - 98:21, 155:5, 167:13, 178:17, 181:5
**North** [2] - 2:17, 250:9
**north** [2] - 189:12, 189:13
**note** [3] - 121:12, 228:12, 242:9
**notes** [5] - 227:14, 227:16, 227:18, 227:20, 227:21
**nothing** [16] - 9:14, 25:21, 37:11, 62:25, 63:9, 68:1, 68:2, 103:25, 110:12, 135:9, 168:3, 177:4, 216:14, 216:15, 240:22, 249:21
**notice** [2] - 40:6, 131:18
**November** [12] - 62:9, 101:23, 105:4, 111:21, 112:20, 113:9, 113:15, 199:11, 199:17, 199:21, 199:25
**nowhere** [6] - 183:25, 184:4, 184:13, 195:8, 195:9
**number** [29] - 33:4, 52:3, 141:20, 160:4, 181:12, 196:3, 196:5, 203:12, 203:14, 203:17, 203:20, 203:21, 203:22, 208:12, 212:1, 224:25, 227:24, 246:8, 246:10, 246:12, 246:14, 246:16, 246:18, 246:20, 246:22, 246:24, 247:1, 247:3, 247:5
**Number** [5] - 124:25, 241:25, 242:6, 242:10, 242:20
**numbers** [2] - 159:7, 174:5
**nurse** [2] - 95:3, 216:1

**O**

**o'clock** [1] - 116:18
**oath** [1] - 196:14
**object** [9] - 18:15, 117:21, 122:7, 127:6, 158:4, 158:12, 161:9, 221:17, 229:24
**objection** [32] - 7:21, 17:14, 29:20, 30:1, 30:19, 36:25, 40:9, 45:17, 54:16, 57:20, 71:21, 72:5, 74:15, 76:24, 77:5, 77:10, 90:11, 96:16, 99:7, 104:3, 112:8, 112:16, 113:11, 119:23, 119:24, 120:8, 120:9, 121:22, 125:22, 199:12
**objections** [9] - 117:15, 117:18, 118:3, 118:5, 137:7, 137:9, 137:12, 137:17, 249:10
**objects** [2] - 158:11, 160:14
**obligated** [1] - 176:19
**observe** [4] - 140:10, 225:12, 226:24, 227:1
**observed** [2] - 145:24, 159:4
**obtain** [1] - 125:4
**obtained** [1] - 146:7
**obvious** [2] - 131:17, 165:9
**obviously** [6] - 35:14, 40:7, 115:14, 124:6, 126:8, 194:21
**occasion** [1] - 230:8
**occurred** [1] - 234:10
**occurs** [4] - 232:12, 232:14, 232:17, 232:19
**ocean** [16] - 18:12, 45:7, 75:9, 79:2, 80:6, 80:11, 85:1, 88:17, 89:11, 140:20, 142:8, 177:5, 180:3, 209:7, 212:22, 213:25
**Ocean** [1] - 177:4
**October** [16] - 24:12, 24:13, 25:5, 31:15, 34:10, 40:19, 44:6, 48:11, 48:16, 59:24, 60:10, 60:12, 62:18,

140:17, 153:18, 188:18
**odd** [2] - 23:14, 74:8
**OF** [5] - 1:1, 1:4, 3:5, 3:10, 4:24
**offense** [6] - 228:8, 228:13, 228:14, 232:1, 237:20, 243:20
**offenses** [1] - 163:10
**offer** [1] - 24:5
**offered** [3] - 24:9, 113:12, 119:13
**Office** [1] - 1:21
**officer** [8] - 57:13, 175:12, 187:14, 191:23, 192:1, 213:5, 215:4, 217:6
**Officer** [20] - 132:2, 143:23, 145:3, 151:19, 152:17, 159:9, 160:9, 160:13, 166:10, 178:13, 186:16, 188:3, 189:4, 190:2, 193:13, 203:13, 213:2, 213:11, 218:11, 218:23
**officers** [9] - 55:8, 56:5, 111:23, 112:20, 113:15, 144:21, 144:25, 162:2, 210:21
**Official** [2] - 2:16, 250:8
**offload** [1] - 159:21
**offloading** [1] - 159:20
**offloads** [1] - 159:19
**offshore** [1] - 142:8
**oficina** [2] - 188:23, 189:25
**often** [3] - 23:5, 23:7, 23:10
**oil** [1] - 195:14
**old** [12] - 10:7, 12:6, 12:7, 13:3, 15:15, 118:15, 129:25, 180:24, 181:3, 195:4, 218:1, 218:2
**old-fashioned** [4] - 180:24, 181:3, 195:4, 218:1
**older** [1] - 207:15
**omitted** [1] - 175:3
**onboard** [10] - 228:5, 228:10, 228:21, 229:1, 229:5, 230:1, 230:25, 231:8, 237:23, 244:6
**once** [13] - 33:3,

33:10, 35:18, 36:6,
105:16, 106:19,
141:1, 143:13,
144:10, 150:8,
177:22, 180:3,
194:16
one [168] - 8:10, 8:11,
9:1, 14:13, 18:24,
20:1, 22:19, 25:19,
33:22, 35:14, 37:17,
38:15, 39:15, 42:12,
42:16, 42:18, 43:9,
44:25, 49:21, 49:22,
49:23, 50:5, 52:4,
56:7, 57:16, 59:4,
59:10, 59:16, 59:17,
60:17, 62:5, 63:21,
63:23, 70:6, 70:17,
72:19, 76:11, 81:9,
82:9, 84:9, 85:17,
86:10, 86:11, 90:15,
90:17, 97:5, 97:20,
99:2, 102:13,
102:23, 103:9,
104:22, 107:3,
107:15, 112:4,
115:2, 115:5,
117:10, 117:12,
118:7, 120:3, 128:4,
134:19, 134:25,
137:21, 139:24,
141:6, 141:20,
143:4, 144:3,
144:19, 146:11,
147:15, 148:3,
149:18, 155:16,
156:19, 157:21,
157:24, 158:1,
158:9, 158:22,
159:8, 160:10,
160:11, 160:20,
160:21, 160:23,
162:2, 164:2, 164:8,
164:12, 164:14,
165:15, 166:13,
167:18, 168:13,
168:21, 168:22,
171:16, 175:9,
176:13, 176:15,
176:19, 177:1,
181:12, 190:10,
190:13, 193:11,
195:11, 196:3,
197:14, 197:22,
199:23, 200:21,
201:15, 201:16,
202:9, 203:3,
203:11, 203:12,
203:14, 203:15,
203:17, 203:20,
205:23, 208:12,
209:17, 209:18,
210:21, 210:25,
211:6, 215:8, 215:9,
215:15, 215:23,
220:1, 220:2,
220:16, 221:13,
222:1, 222:4, 222:7,
222:8, 225:4, 230:8,
230:14, 232:18,
233:19, 233:23,
236:1, 236:11,
236:20, 238:19,
239:3, 239:5, 246:3,
246:8
ONE [1] - 246:9
one-and-a-half [1] -
165:15
one-hour-and-21 [1] -
114:4
ones [8] - 46:10,
84:23, 89:20, 89:24,
97:14, 118:15,
153:16
oops [1] - 172:1
op [4] - 150:2, 150:6,
173:3, 173:4
Open [1] - 96:14
open [13] - 7:6,
110:24, 110:25,
111:1, 119:8,
140:20, 142:8,
156:16, 184:5,
200:14, 212:22,
213:25, 216:4
opened [1] - 139:13
opening [6] - 139:15,
154:12, 155:5,
196:2, 196:9, 197:9
operable [1] - 129:25
operate [1] - 219:8
operated [1] - 216:23
operates [1] - 213:2
operation [2] - 178:19,
219:20
opinion [7] - 99:16,
125:14, 224:4,
226:12, 226:14,
226:15, 236:4
opportunity [16] -
118:4, 123:10,
134:18, 135:22,
143:19, 154:5,
155:3, 155:18,
170:5, 186:22,
186:23, 225:11,
226:24, 227:16,
249:9, 249:13
opposed [1] - 100:21
options [1] - 238:2
orbit [1] - 181:2

ordeal [2] - 62:13,
94:8
order [4] - 7:17, 73:22,
138:21, 146:24
ordinarily [1] - 232:25
Ordonez [7] - 120:19,
137:8, 145:22,
228:17, 243:12,
244:15, 245:10
ORDONEZ [4] - 1:8,
2:5, 3:13, 4:6
Ordonez's [1] - 152:16
ORDONEZ'S [1] -
170:16
organization [2] -
29:2, 198:4
organizations [1] -
148:16
original [6] - 130:12,
131:22, 133:21,
134:21, 134:22,
169:3
originally [2] - 100:22,
184:17
Orion [4] - 157:15,
157:16, 157:17,
180:5
Orlando [3] - 4:10,
180:7, 182:24
ORLANDO [1] - 2:8
Ortiz [29] - 7:18, 9:11,
9:19, 9:24, 10:1,
11:13, 109:8,
110:20, 110:21,
113:23, 123:4,
127:1, 137:15,
140:17, 148:6,
150:17, 151:12,
151:24, 153:3,
196:4, 196:12,
198:21, 199:8,
201:16, 206:19,
228:18, 243:14,
244:24, 245:19
ORTIZ [6] - 1:10, 2:10,
3:6, 3:18, 4:12, 9:20
ORTIZ'S [1] - 195:25
Ortiz's [3] - 196:13,
198:20, 200:5
outboard [1] - 142:10
outcome [3] - 127:18,
225:8, 240:3
outside [3] - 168:14,
170:18, 171:1
over-the-horizon [2] -
193:7, 219:19
overall [1] - 58:25
overboard [10] -
50:21, 61:16, 61:23,
61:25, 142:15,

149:10, 152:23,
168:3, 182:25,
196:15
overflow [1] - 98:10
overload [1] - 203:7
overruled [10] - 17:15,
18:17, 72:8, 74:18,
77:6, 77:12, 96:18,
99:9, 112:9, 221:19
overwhelming [1] -
215:18
own [20] - 8:6, 37:13,
88:14, 143:6,
147:23, 163:23,
163:25, 167:17,
174:9, 186:13,
186:24, 191:19,
207:18, 212:25,
224:7, 236:4,
237:25, 244:8
owned [2] - 21:11,
25:11
owner [5] - 21:13,
21:14, 23:22, 66:2,
88:14

P

p.m [27] - 1:8, 39:9,
58:8, 114:13,
118:13, 118:19,
119:9, 124:23,
138:12, 139:19,
206:8, 206:9,
206:10, 239:9,
239:10, 241:22,
242:22, 243:1,
248:25, 249:15,
249:25
Pablo [1] - 148:22
pace [1] - 203:9
Pacific [4] - 159:13,
169:14, 177:4, 177:5
pack [1] - 195:12
package [2] - 152:21,
221:24
packaged [1] - 49:9
packages [9] - 48:25,
50:23, 61:8, 61:10,
61:12, 61:22, 61:25,
145:6, 149:9
packaging [1] -
166:24
packed [2] - 192:17,
192:25
page [3] - 6:17, 6:21,
105:25
PAGE [2] - 3:2, 4:3
pages [1] - 56:4
Pages [1] - 1:10

Pagonal [1] - 12:14
PAGONAL [1] - 12:14
paid [4] - 22:5, 22:6,
25:22, 153:19
painting [1] - 205:5
Pajonal [1] - 10:19
pang [1] - 125:17
panga [107] - 48:18,
48:20, 48:21, 49:3,
49:7, 49:13, 49:15,
49:20, 52:3, 53:10,
53:11, 53:14, 53:16,
55:7, 59:8, 61:21,
80:2, 80:16, 81:9,
81:19, 81:25, 82:2,
82:10, 82:11, 82:19,
82:20, 82:23, 82:24,
83:8, 83:10, 83:14,
83:19, 83:22, 84:14,
85:1, 85:20, 86:23,
86:24, 89:9, 90:14,
91:21, 91:24, 92:5,
93:21, 94:11, 95:16,
96:2, 96:21, 97:2,
97:21, 98:14,
107:14, 107:21,
109:23, 110:1,
129:19, 140:20,
143:24, 144:20,
145:4, 147:24,
150:2, 151:11,
151:13, 151:14,
160:15, 161:24,
167:19, 167:23,
167:25, 169:4,
176:23, 176:24,
182:22, 184:5,
191:16, 193:6,
194:19, 195:8,
195:13, 195:21,
196:4, 196:6,
201:16, 201:17,
201:18, 202:2,
202:3, 202:6,
202:25, 203:2,
203:4, 203:6, 203:7,
203:8, 208:18,
212:24, 213:7,
214:14, 214:17,
218:4
panga's [2] - 167:23,
193:5
pangas [1] - 169:17
pants [6] - 57:3,
58:21, 76:14, 77:18,
77:20, 77:22
paper [9] - 58:4,
103:11, 161:8,
161:9, 210:20,
210:22, 238:22

273

papers [2] - 58:3,
146:18
paragraph [2] - 222:6,
222:7
pardon [1] - 248:21
parents [9] - 11:5,
11:11, 12:9, 12:19,
19:21, 19:23, 19:25,
20:10, 20:13
parents' [1] - 20:6
park [1] - 139:14
parked [1] - 214:12
parking [2] - 156:9,
156:11
PART [1] - 3:5
Part [2] - 134:10,
135:6
part [20] - 6:22, 7:15,
7:7, 10:14, 10:22,
27:18, 29:2, 39:6,
126:19, 172:19,
188:1, 192:6, 202:8,
202:9, 202:10,
202:11, 214:22,
224:25, 230:6, 235:9
participant [2] -
136:18, 233:16
participated [1] -
233:12
particular [3] - 165:23,
225:1, 225:6
partly [1] - 160:4
partner [1] - 229:10
partnership [1] -
229:9
parts [2] - 76:16,
143:2
party [1] - 208:17
passage [1] - 67:8
passed [2] - 40:2,
73:10
passenger [1] - 23:6
passengers [1] -
35:12
passes [1] - 78:16
passing [1] - 26:23
passport [1] - 53:4
past [2] - 66:5, 247:19
path [1] - 216:24
Patrick [1] - 139:24
patrol [1] - 142:5
pattern [5] - 117:23,
137:22, 137:23,
137:24, 137:25
pause [5] - 6:14,
11:24, 243:24,
244:4, 246:2
paused [1] - 211:11
pay [10] - 29:12,
29:13, 29:17, 29:24,

30:2, 30:8, 74:6,
102:22, 112:6, 198:8
payment [3] - 14:20,
73:22, 74:2
people [121] - 10:22,
21:19, 26:20, 27:11,
32:13, 32:14, 34:19,
36:8, 36:9, 36:10,
37:5, 38:5, 39:3,
39:23, 40:1, 40:5,
41:3, 42:11, 44:23,
45:3, 46:2, 47:2,
47:9, 47:14, 48:5,
48:6, 53:21, 54:11,
68:25, 69:2, 76:20,
76:23, 78:5, 78:7,
78:10, 79:3, 79:8,
79:10, 79:12, 79:13,
80:5, 80:23, 81:11,
83:12, 83:16, 83:19,
83:24, 84:12, 86:23,
89:24, 89:25, 90:1,
90:21, 92:18, 95:19,
99:2, 99:6, 108:6,
112:15, 127:5,
127:9, 142:20,
147:3, 153:5, 153:8,
153:12, 158:20,
159:8, 159:10,
159:16, 159:17,
159:18, 159:19,
159:21, 159:23,
162:5, 166:3,
167:16, 179:20,
179:21, 180:5,
181:14, 182:9,
182:13, 184:17,
190:11, 190:15,
190:22, 192:17,
197:16, 197:20,
201:1, 205:5, 205:7,
205:9, 205:11,
205:16, 205:17,
205:18, 205:21,
206:17, 207:4,
207:5, 207:10,
207:22, 210:23,
218:19, 218:23,
219:10, 219:11,
219:12, 225:25,
226:17, 229:12,
229:19, 230:11,
232:20
people's [2] - 64:20,
113:4
per [4] - 99:18, 99:20,
179:18, 179:21
percent [1] - 167:6
percentage [2] - 14:19
Perez [19] - 120:21,

121:16, 122:2,
122:5, 122:18,
122:22, 128:21,
137:11, 177:25,
179:7, 179:8,
228:18, 241:24,
241:25, 242:6,
242:10, 243:13,
244:18, 245:13
PEREZ [7] - 1:9, 2:7,
3:14, 3:16, 4:8, 5:14,
177:23
Perez-Cruz [18] -
120:21, 121:16,
122:2, 122:5,
122:22, 128:21,
137:11, 177:25,
179:7, 179:8,
228:18, 241:24,
241:25, 242:6,
242:10, 243:13,
244:18, 245:13
PEREZ-CRUZ [5] -
1:9, 2:7, 3:14, 3:16,
4:8
PEREZ-CRUZ'S [2] -
5:14, 177:23
Perez-Cruz's [1] -
122:18
perfect [2] - 118:10,
190:19
perfectly [4] - 146:8,
194:10, 194:11
performed [2] - 188:3,
232:24
perhaps [8] - 7:15,
173:20, 176:1,
176:2, 176:23,
227:15
period [3] - 179:4,
247:24, 247:25
permission [3] -
103:3, 104:6, 121:20
permitted [2] - 110:16,
227:14
perplexed [1] - 73:9
person [47] - 14:12,
21:11, 22:14, 31:8,
32:16, 59:4, 80:8,
96:13, 96:14,
145:19, 146:5,
161:13, 168:24,
174:14, 176:20,
176:22, 190:18,
198:4, 201:16,
207:9, 224:13,
226:11, 226:18,
226:25, 227:2,
227:5, 227:12,
230:3, 230:13,

232:10, 232:12,
232:14, 232:17,
232:25, 233:1,
233:3, 233:4, 233:6,
233:11, 234:21,
234:22, 234:23,
234:25, 235:2, 235:5
person's [1] - 208:15
personal [2] - 86:16,
225:8
personally [3] - 61:3,
170:7, 232:24
persons [2] - 228:3,
229:7
pesos [3] - 15:7, 22:7,
22:8
Petty [4] - 143:23,
145:3, 213:2, 218:11
Pfrimmer [3] - 188:4,
190:6, 217:6
Pfrimmer's [1] - 189:9
phone [10] - 16:18,
33:4, 33:7, 33:9,
33:15, 33:20, 33:24,
133:23, 174:5, 197:5
phonetic [1] - 25:6
photo [9] - 121:17,
122:3, 122:5, 122:6,
122:12, 179:6,
179:11, 180:2, 242:2
photograph [4] -
121:16, 121:17,
175:20, 175:21
photographs [5] -
114:22, 119:14,
119:19, 121:19
photos [3] - 114:23,
179:1, 208:24
phrased [1] - 117:11
phrasing [1] - 43:21
physical [2] - 59:1,
232:13
pick [15] - 6:11, 30:15,
34:2, 41:3, 51:16,
124:15, 148:17,
171:24, 197:23,
202:5, 202:6,
210:21, 213:9, 221:9
picked [10] - 50:18,
99:13, 118:16,
149:5, 169:4, 198:4,
198:5, 198:7, 199:5,
213:12
picking [2] - 185:3,
213:16
picks [6] - 182:5,
182:7, 182:8, 182:9,
210:20
PICO [4] - 1:9, 2:8,
3:17, 4:10

Pico [8] - 123:1,
137:13, 151:16,
206:20, 228:18,
243:13, 244:21,
245:16
PICO's [1] - 187:3
picture [25] - 56:23,
56:25, 57:5, 57:11,
58:13, 61:14, 65:4,
144:8, 175:24,
179:16, 180:1,
180:2, 193:24,
194:2, 194:7, 200:9,
203:11, 203:23,
205:3, 205:6, 216:8,
220:18, 221:16,
242:18
pictures [11] - 56:20,
57:7, 155:20, 173:8,
173:9, 173:18,
173:22, 193:12,
201:17, 201:18,
208:21
piece [8] - 171:10,
210:20, 215:9,
215:15, 220:2,
220:3, 220:16
pieces [6] - 151:23,
173:10, 213:10,
216:10, 220:4,
220:17
pier [15] - 31:5, 31:12,
31:19, 32:7, 32:9,
32:16, 33:19, 34:10,
44:6, 44:7, 66:2,
69:17, 70:9, 70:15,
77:24
piled [1] - 107:23,
193:3
pilot [2] - 181:8, 218:9
pilots [1] - 218:8
PINERA [81] - 2:10,
7:24, 9:11, 9:23,
11:25, 15:2, 15:23,
17:17, 18:16, 18:18,
18:20, 29:23, 30:3,
30:6, 30:21, 37:3,
40:11, 43:7, 43:10,
43:12, 43:13, 45:20,
54:18, 57:23, 62:17,
62:25, 63:6, 71:21,
72:5, 74:15, 76:24,
77:5, 77:10, 83:1,
90:11, 96:16, 99:7,
100:2, 100:7,
100:12, 103:7,
104:3, 107:17,
109:5, 109:7,
110:15, 110:19,
111:9, 111:14,

111:16, 112:10, 112:19, 113:14, 113:21, 116:5, 117:4, 118:6, 118:10, 123:3, 126:9, 126:25, 127:23, 128:2, 133:9, 137:15, 138:3, 138:6, 196:1, 199:15, 199:17, 206:4, 222:9, 241:1, 241:4, 241:7, 241:9, 241:15, 241:25, 242:4, 242:24, 249:22
**Pinera** [8] - 3:7, 3:8, 4:12, 7:17, 127:1, 130:22, 133:6, 135:13
**PINERA-VAZQUEZ** [80] - 2:10, 7:24, 9:11, 9:23, 11:25, 15:2, 15:23, 17:17, 18:16, 18:18, 18:20, 29:23, 30:3, 30:6, 30:21, 37:3, 40:11, 43:7, 43:10, 43:12, 43:13, 45:20, 54:18, 57:23, 62:17, 62:25, 63:6, 71:21, 72:5, 74:15, 76:24, 77:5, 77:10, 83:1, 90:11, 96:16, 99:7, 100:2, 100:7, 100:12, 103:7, 104:3, 107:17, 109:5, 109:7, 110:15, 110:19, 111:9, 111:14, 111:16, 112:10, 112:19, 113:14, 113:21, 116:5, 117:4, 118:6, 118:10, 123:3, 126:9, 126:25, 127:23, 128:2, 133:9, 138:3, 138:6, 196:1, 199:15, 199:17, 206:4, 222:9, 241:1, 241:4, 241:7, 241:9, 241:15, 241:25, 242:4, 242:24, 249:22
**Pinera-Vazquez** [3] - 3:7, 3:8, 4:12
**pink** [1] - 190:3
**pinpoint** [2] - 177:7, 215:8
**pipe** [2] - 148:9, 215:22

**piracy** [2] - 166:17, 166:21
**pizza** [2] - 239:6, 241:9
**place** [6] - 10:22, 44:11, 174:4, 189:12, 192:18, 194:2
**placed** [4] - 35:11, 58:20, 60:20, 60:21
**places** [5] - 19:9, 88:11, 108:24, 161:4, 173:18
**plan** [17] - 68:5, 68:7, 69:16, 126:24, 147:4, 148:13, 229:12, 229:15, 229:16, 229:20, 229:23, 229:24, 230:4, 230:6, 230:7, 230:8
**plane** [28] - 91:2, 91:7, 91:12, 91:13, 91:15, 91:17, 91:19, 101:6, 106:11, 106:12, 107:1, 107:4, 158:8, 158:24, 158:25, 159:1, 165:3, 165:14, 185:23, 191:6, 200:2, 208:23, 208:25, 209:5, 209:7, 209:9
**planned** [1] - 197:25
**planning** [2] - 8:7, 8:8
**plans** [2] - 6:12, 125:6
**plant** [1] - 12:21
**plantains** [2] - 11:6, 12:21
**plausible** [1] - 194:23
**play** [9] - 7:11, 114:3, 156:14, 184:7, 201:23, 202:11, 211:7, 212:1, 238:25
**PLAYED** [2] - 3:4, 3:9
**played** [16] - 6:24, 7:3, 119:3, 119:6, 165:14, 171:11, 171:17, 183:4, 184:8, 185:5, 186:3, 201:21, 209:24, 211:8, 212:4, 230:5
**playing** [1] - 211:15
**plays** [1] - 180:8
**pleasant** [2] - 248:15, 249:24
**pleasure** [1] - 124:7
**plow** [2] - 124:13, 125:12
**plus** [1] - 17:19
**pocket** [5] - 69:24,

69:25, 70:13, 145:23, 152:16
**pockets** [1] - 150:4
**point** [35] - 7:9, 7:25, 19:4, 19:11, 24:18, 50:11, 51:23, 52:17, 84:23, 90:24, 91:24, 104:1, 107:18, 107:20, 115:13, 116:22, 125:14, 127:4, 132:23, 134:23, 140:5, 144:5, 146:11, 147:25, 155:22, 157:11, 160:11, 160:12, 162:11, 166:17, 172:6, 197:21, 209:11, 225:1
**pointed** [5] - 52:22, 188:2, 209:17, 209:19, 210:11
**pointing** [2] - 52:19, 173:15
**points** [9] - 132:20, 144:9, 146:12, 147:20, 147:25, 188:6, 188:7, 218:13, 218:14
**poles** [1] - 165:3
**police** [3] - 94:4, 164:19, 235:17
**policeman** [1] - 97:23
**policemen** [3] - 93:9, 93:10, 93:16
**poll** [1] - 246:4
**POLLING** [1] - 4:24
**poor** [8] - 12:9, 63:21, 63:25, 68:23, 142:23, 145:7, 148:20
**pop** [1] - 156:15
**portion** [2] - 7:9, 59:19
**ports** [1] - 167:10
**position** [6] - 185:2, 185:7, 185:8, 186:5, 186:6
**positive** [2] - 160:25, 215:10
**positives** [1] - 202:17
**possess** [15] - 146:16, 146:17, 147:4, 221:5, 228:4, 228:19, 228:25, 229:4, 229:20, 229:25, 231:2, 231:19, 232:18, 243:23, 244:5
**possessed** [7] - 141:22, 146:21,

163:4, 167:2, 221:7, 231:13, 237:22
**possessing** [5] - 141:12, 146:18, 228:9, 230:20, 231:24
**possession** [15] - 146:14, 146:16, 232:9, 232:10, 232:11, 232:12, 232:14, 232:15, 232:17, 232:19, 232:20, 232:21, 232:22
**possibilities** [1] - 194:17
**possibility** [1] - 194:17
**possible** [6] - 117:20, 137:23, 223:12, 232:22, 238:17, 239:21
**possibly** [2] - 63:4, 204:13
**post** [1] - 135:8
**post-jettison** [1] - 135:8
**potentially** [2] - 129:12, 153:22
**pounding** [2] - 175:14, 176:13
**pounds** [2] - 172:21, 203:5
**power** [4] - 205:19, 205:21, 205:24, 232:15
**powerful** [1] - 218:6
**Powers** [1] - 250:7
**POWERS** [2] - 2:16, 250:8
**pray** [1] - 177:1
**precise** [1] - 218:17
**precisely** [1] - 180:25
**preclude** [3] - 126:15, 126:22, 127:7
**precluded** [1] - 127:6
**preferred** [1] - 81:6
**pregnant** [1] - 219:1
**prejudice** [3] - 127:16, 129:11, 222:21
**preparation** [1] - 249:5
**prepare** [1] - 188:1
**prepared** [4] - 120:5, 187:15, 232:4, 236:14
**presence** [1] - 123:17
**present** [7] - 7:20, 48:3, 125:2, 125:3, 230:10, 233:13,

249:7
**presented** [5] - 154:13, 168:10, 222:20, 227:9, 248:10
**presentence** [2] - 249:6, 249:10
**preserve** [2] - 7:19, 117:16
**preserving** [1] - 210:17
**press** [1] - 191:25
**pressed** [1] - 89:6
**pressure** [1] - 115:25
**presumes** [1] - 223:3
**pretense** [1] - 150:3
**pretty** [11] - 63:17, 63:21, 65:12, 68:23, 70:4, 76:16, 87:1, 91:13, 135:14, 176:7, 238:9
**preventing** [1] - 129:24
**previous** [3] - 137:6, 169:10
**previously** [3] - 7:13, 25:15, 123:5
**price** [1] - 88:20
**printout** [1] - 213:4
**prints** [1] - 217:7
**priority** [1] - 227:18
**privileged** [1] - 71:22
**problem** [6] - 127:11, 166:2, 172:21, 187:20, 187:21, 208:12
**problematic** [1] - 130:3
**problems** [2] - 78:20, 138:21
**procedural** [1] - 120:24
**procedurally** [2] - 121:6, 121:7
**Procedure** [1] - 136:10
**procedure** [1] - 121:11
**proceed** [6] - 8:5, 121:7, 124:10, 124:19, 237:8, 237:11
**proceeding** [1] - 127:14
**proceedings** [7] - 6:14, 11:24, 244:4, 246:2, 249:5, 249:25, 250:5
**process** [4] - 42:3, 128:24, 129:4, 129:12

**processed** [2] - 60:13, 96:8

**produce** [3] - 133:12, 133:13, 223:5

**produced** [4] - 147:25, 151:24, 152:2, 169:25

**produces** [1] - 108:13

**production** [1] - 22:17

**proficient** [1] - 239:4

**profit** [1] - 197:17

**program** [2] - 189:5, 189:6

**prompt** [1] - 247:20

**promptly** [1] - 238:17

**proof** [19] - 64:21, 164:7, 176:3, 190:21, 204:9, 204:22, 207:7, 220:20, 220:22, 223:11, 223:13, 223:18, 224:16, 230:12, 233:11, 233:13

**properly** [1] - 174:13

**property** [1] - 188:17

**prosecuting** [1] - 148:22

**prosecution** [2] - 114:23, 185:22

**prosecutor** [9] - 100:10, 109:9, 110:4, 112:23, 120:6, 134:21, 190:4, 208:23, 209:13

**prosecutor's** [2] - 111:11, 136:21

**prosecutors** [6] - 132:11, 133:15, 133:16, 160:23, 190:13, 205:13

**protect** [6] - 161:10, 212:22, 214:16, 214:18, 219:8

**protecting** [2] - 178:6, 215:4

**proudly** [1] - 212:21

**prove** [21] - 136:15, 136:16, 146:24, 147:1, 163:2, 164:20, 165:18, 191:19, 204:3, 220:21, 221:6, 223:4, 223:8, 223:12, 224:17, 226:16, 229:11, 229:15, 232:22, 234:10, 234:11

**proved** [5] - 146:23,

163:8, 222:16, 231:6, 235:3

**proven** [2] - 223:21, 229:18

**proves** [1] - 196:8

**Provide** [2] - 131:19, 133:6

**provide** [8] - 62:22, 102:23, 131:19, 133:7, 158:17, 197:1, 239:1, 247:14

**provided** [16] - 103:6, 103:9, 120:6, 130:13, 130:23, 131:2, 131:11, 131:16, 131:21, 133:1, 133:5, 133:17, 134:22, 134:25, 240:17

**provider** [1] - 21:2

**provides** [2] - 112:15, 112:17

**proving** [1] - 187:11

**provisions** [2] - 23:20, 24:17

**public** [1] - 127:14

**publish** [5] - 7:12, 104:6, 118:24, 121:20, 243:7

**pull** [1] - 190:13

**punishment** [3] - 129:5, 234:4, 234:6

**pure** [3] - 135:10, 161:11, 176:13

**purpose** [4] - 229:22, 230:7, 230:14, 234:19

**purposefully** [2] - 217:2, 234:18

**purposes** [3] - 55:22, 140:6, 229:9

**pursuant** [1] - 136:10

**push** [2] - 156:20, 156:22

**pushed** [1] - 156:15

**pushing** [1] - 156:16

**Put** [1] - 175:6

**put** [70] - 6:15, 6:16, 9:17, 21:17, 35:12, 41:17, 42:5, 42:6, 45:13, 45:21, 52:8, 58:24, 59:23, 69:24, 72:12, 75:11, 76:7, 86:9, 86:17, 86:21, 88:3, 88:5, 96:8, 97:5, 97:11, 99:3, 103:11, 104:15, 104:22, 108:22, 111:14, 116:20, 120:24, 121:25,

122:16, 135:10, 141:5, 151:17, 151:23, 155:20, 158:14, 158:16, 160:19, 161:8, 161:23, 163:18, 165:2, 175:5, 188:23, 189:2, 189:18, 194:11, 194:12, 196:22, 197:18, 197:19, 197:24, 199:20, 203:14, 203:17, 207:6, 207:7, 217:9, 217:11, 220:17, 222:4, 237:4, 238:4, 239:16, 247:23

**puts** [2] - 188:20, 189:18

**putting** [4] - 99:4, 99:5, 114:5, 242:18

**puzzle** [2] - 220:2, 220:3

---
## Q

**quantity** [3] - 231:24, 232:1, 237:15

**QUESTION** [1] - 4:21

**questioning** [1] - 168:22

**questions** [25] - 54:5, 59:10, 63:7, 63:8, 63:10, 63:11, 63:12, 94:20, 94:22, 95:9, 102:18, 104:14, 105:11, 105:17, 109:3, 111:12, 111:24, 113:21, 198:19, 201:4, 201:6, 201:10, 225:3, 225:13, 226:23

**quick** [5] - 114:8, 114:12, 140:19, 191:21, 206:6

**quickly** [1] - 99:6

**quite** [5] - 127:1, 146:2, 148:16, 169:19

**quote/unquote** [2] - 74:13, 165:13

---
## R

**racing** [1] - 175:14

**radar** [55] - 143:17, 143:22, 143:24, 144:18, 145:2, 158:1, 158:5, 169:8,

171:25, 172:4, 172:7, 173:2, 175:3, 180:2, 184:19, 184:20, 184:21, 184:25, 185:3, 185:6, 185:11, 185:13, 185:14, 185:15, 186:1, 186:4, 186:10, 186:14, 186:15, 190:25, 208:9, 208:11, 208:12, 213:4, 213:8, 213:12, 213:15, 213:16, 214:14, 214:15, 214:16, 214:18, 214:24, 215:14, 216:21, 218:5, 218:6, 218:10, 218:12, 219:8, 220:5, 220:6

**radars** [1] - 213:2

**radius** [1] - 217:15

**Rafael** [1] - 4:4

**RAFAEL** [1] - 2:4

**raise** [2] - 9:12, 126:13

**raised** [4] - 16:11, 128:12, 174:18, 209:22

**Ramon** [2] - 6:23, 119:22

**RAMON** [1] - 3:5

**ran** [1] - 172:25

**ranches** [1] - 69:1

**rank** [1] - 132:21

**rate** [2] - 22:10, 142:21

**rather** [1] - 241:10

**rational** [1] - 176:20

**Raw** [1] - 130:24

**raw** [6] - 131:2, 133:16, 133:17, 135:7, 242:2, 242:15

**re** [3] - 191:17, 236:4, 240:1

**re-acquire** [1] - 191:17

**re-examine** [1] - 236:4

**re-join** [1] - 240:1

**reach** [4] - 51:18, 167:11, 224:10, 236:1

**reached** [4] - 144:5, 237:4, 243:4, 248:7

**reaching** [1] - 75:13

**read** [17] - 56:3, 102:15, 102:25, 106:15, 106:17, 106:19, 141:10, 141:14, 142:18, 158:18, 182:24, 238:21, 240:6,

242:9, 246:7, 249:9

**reading** [2] - 58:3, 103:16

**ready** [9] - 6:4, 116:3, 171:7, 183:3, 183:5, 183:18, 187:4, 196:1, 206:11

**real** [12] - 114:8, 114:12, 160:7, 161:2, 162:25, 191:21, 206:5, 220:23, 220:24, 223:15, 236:8

**realized** [2] - 133:20, 166:20

**really** [24] - 68:11, 96:22, 151:25, 163:25, 178:7, 190:22, 190:25, 194:22, 196:20, 196:22, 202:15, 202:18, 204:19, 205:1, 205:23, 209:23, 210:13, 214:1, 214:15, 241:14, 247:23, 248:1, 248:23

**Really** [1] - 241:15

**realtime** [5] - 185:21, 185:23, 186:13, 218:15, 218:16

**reason** [11] - 62:13, 62:18, 62:20, 127:13, 191:12, 195:9, 196:18, 217:13, 220:14, 223:16, 225:6

**reasonable** [45] - 116:16, 117:20, 136:17, 137:22, 147:2, 163:3, 163:9, 163:20, 163:21, 164:23, 167:4, 182:21, 186:24, 195:21, 196:10, 203:23, 204:3, 204:5, 204:17, 204:22, 205:20, 207:8, 208:4, 208:16, 217:17, 220:19, 220:22, 220:23, 221:12, 221:13, 222:18, 223:9, 223:14, 223:15, 223:18, 223:22, 226:16, 227:12, 229:18, 231:6, 233:15, 234:11, 238:1, 248:8

**reasonably** [2] -

234:12, 244:9
**reasoning** [1] - 224:9
**reasons** [1] - 235:14
**REBUTTAL** [2] - 4:16, 212:16
**rebuttal** [10] - 115:1, 115:2, 115:4, 115:23, 116:20, 123:10, 123:12, 126:19, 160:24, 165:12
**receive** [2] - 94:24, 159:22
**received** [2] - 131:7, 134:25
**recently** [1] - 156:5
**Recess** [3] - 206:9, 241:22, 242:22
**recess** [6] - 8:17, 8:24, 118:13, 138:12, 241:21, 249:20
**recognition** [2] - 165:17, 165:19
**recognize** [2] - 103:14, 136:24
**recognizes** [1] - 232:9
**recollection** [2] - 224:7, 227:19
**reconvene** [1] - 8:17
**record** [6] - 55:22, 106:1, 117:16, 117:17, 122:11, 216:20
**record's** [1] - 136:25
**recorded** [6] - 106:20, 130:25, 131:7, 134:9, 145:1, 216:19
**recording** [2] - 7:4, 119:7
**recordings** [1] - 238:25
**records** [2] - 169:8, 217:8
**recover** [1] - 145:25
**recovered** [1] - 145:22
**recruited** [3] - 197:16, 199:1
**red** [7] - 41:10, 41:17, 57:3, 58:21, 76:15, 77:15, 214:5
**red-handed** [1] - 214:5
**redirect** [1] - 109:4
**Redirect** [1] - 3:8
**REDIRECT** [1] - 109:6
**reeked** [1] - 215:19
**reel** [4] - 133:4, 133:21, 134:22, 135:6
**refer** [2] - 180:10,

227:25
**reference** [2] - 180:17, 183:7
**referred** [2] - 176:2, 206:17
**referring** [2] - 49:23, 105:25
**reflect** [1] - 235:18
**reflected** [1] - 190:1
**reflects** [1] - 117:18
**regard** [3] - 159:4, 159:6, 160:5
**regarding** [2] - 120:23, 131:13
**regular** [2] - 110:10, 129:20
**related** [2] - 150:24, 233:20
**relative** [1] - 162:20
**relax** [1] - 244:3
**released** [1] - 248:17
**relevance** [2] - 18:15, 112:8
**reliable** [1] - 185:16
**rely** [8] - 120:9, 136:13, 160:20, 162:14, 163:22, 207:18, 223:19, 226:15
**remain** [2] - 81:6, 90:15
**remainder** [1] - 119:16
**remained** [1] - 58:2
**remaining** [2] - 114:2, 194:17
**remarkably** [1] - 156:12
**remember** [50] - 14:23, 15:3, 17:6, 17:9, 21:11, 24:3, 27:25, 40:17, 55:13, 56:20, 71:17, 86:12, 101:8, 101:12, 101:14, 101:16, 101:23, 103:16, 103:19, 105:3, 105:11, 105:14, 105:17, 105:20, 105:23, 106:5, 106:7, 106:9, 106:10, 106:14, 109:9, 110:5, 110:8, 111:11, 112:23, 113:1, 113:4, 157:10, 157:20, 158:13, 158:15, 159:6, 165:13, 193:13, 193:21, 199:20, 201:22, 203:3, 225:25, 236:8

198:5
**rescuing** [1] - 176:22
**reserve** [2] - 121:12, 121:13
**residue** [4] - 167:24, 167:25, 168:1, 214:10
**resolve** [1] - 100:13
**respect** [2] - 136:23, 140:10, 160:9, 160:10, 162:16, 164:8, 232:4, 237:21, 243:21, 249:14
**respecting** [1] - 247:21
**respond** [7] - 60:5, 123:23, 127:14, 180:21, 200:8, 204:24, 238:16
**responded** [1] - 200:23
**response** [6] - 72:7, 104:13, 134:15, 134:17, 136:20, 242:12
**responsibility** [2] - 170:6, 177:18
**responsible** [5] - 232:2, 233:5, 233:7, 233:11, 249:18
**rest** [10] - 44:21, 79:11, 120:17, 120:19, 122:22, 123:1, 123:5, 123:8, 201:2, 239:17
**rests** [1] - 120:14
**RESTS** [7] - 3:11, 3:12, 3:13, 3:16, 3:17, 3:18, 3:19
**result** [2] - 237:25, 244:8
**results** [3] - 187:22, 202:21, 240:5
**resumed** [1] - 211:16
**retrieve** [1] - 249:17
**retrieving** [1] - 219:25
**return** [8] - 51:16, 163:10, 170:7, 170:12, 195:22, 221:16, 221:20, 238:13
**returned** [5] - 47:13, 47:25, 156:6, 169:4, 249:1
**revealed** [1] - 130:21
**review** [2] - 141:9, 153:2
**revised** [1] - 117:10
**rice** [1] - 39:11

**rid** [2] - 126:2, 138:14
**rifle** [1] - 209:12
**right-hand** [2] - 156:11, 156:22
**rights** [6] - 101:14, 102:15, 103:17, 104:25, 112:3
**ripped** [1] - 146:4
**rise** [2] - 8:1, 243:9
**risk** [1] - 196:25
**risked** [1] - 140:20
**risking** [2] - 125:13, 217:21
**roaming** [1] - 80:3
**robbed** [1] - 70:1
**robes** [1] - 168:19
**Robin** [3] - 239:11, 240:12, 241:12
**roca** [2] - 188:23, 189:25
**Roca** [2] - 217:10
**Rock** [1] - 200:14
**rock** [9] - 170:21, 170:25, 177:14, 214:6, 214:7, 214:8, 214:9, 214:11
**rocking** [1] - 87:21
**Rodriguez** [2] - 4:4, 178:12
**RODRIGUEZ** [16] - 2:4, 6:19, 8:10, 8:12, 63:8, 117:19, 117:24, 118:2, 120:16, 126:1, 137:4, 138:10, 163:14, 171:7, 171:9, 249:23
**room** [5] - 124:10, 189:11, 222:14, 236:11, 238:10
**Room** [1] - 2:17
**rough** [3] - 39:22, 87:12, 177:5
**roughly** [1] - 179:15
**route** [2] - 143:16, 149:8
**routes** [2] - 149:3, 198:23
**row** [1] - 157:1
**rowing** [1] - 20:7
**RPR** [2] - 2:16, 250:8
**rude** [1] - 170:19
**rule** [2] - 129:8, 234:24
**Rule** [3] - 136:7, 136:10, 137:5
**rules** [2] - 140:10, 222:12
**Rules** [1] - 136:10
**ruling** [2] - 121:12,

121:13
**run** [2] - 109:12, 161:8
**running** [6] - 143:12, 159:7, 159:24, 165:6, 172:3
**runs** [2] - 114:3, 125:3

## S

**safe** [1] - 249:24
**sake** [1] - 121:11
**Sala** [15] - 10:14, 10:15, 12:13, 13:1, 13:5, 14:7, 15:12, 16:8, 16:15, 17:23, 17:24, 19:25, 20:11, 20:25, 22:21
**saltwater** [1] - 213:25
**sample** [6] - 161:10, 161:11, 161:12, 162:9, 162:10
**samples** [2] - 62:6, 161:19
**sat** [9] - 90:19, 93:21, 101:12, 102:11, 104:25, 126:8, 133:19, 196:7, 200:24
**satisfied** [1] - 240:23
**save** [5] - 46:25, 81:11, 81:23, 89:4, 89:24
**saved** [1] - 89:24
**saw** [44] - 35:8, 46:19, 55:16, 58:3, 61:10, 61:12, 62:6, 78:10, 82:12, 87:14, 87:19, 90:4, 90:10, 90:12, 90:24, 91:9, 93:11, 93:14, 94:4, 94:5, 97:21, 97:22, 97:24, 105:22, 107:23, 117:19, 145:1, 145:5, 149:17, 149:18, 157:18, 157:22, 167:20, 167:21, 175:24, 176:7, 184:3, 184:17, 194:24, 201:16, 218:18, 219:23, 239:13
**scan** [3] - 161:1, 215:10, 215:16
**scanning** [1] - 173:25
**scans** [3] - 167:18, 190:25, 191:10
**scared** [6] - 19:16, 34:21, 39:19, 143:11, 151:14, 201:7

**scars** [2] - 19:12, 111:2
**scenario** [1] - 194:24
**scene** [3] - 211:6, 230:10, 233:14
**schedule** [2] - 8:4, 247:20
**Scheduled** [1] - 1:7
**schedules** [1] - 8:6
**school** [8] - 11:21, 12:1, 12:4, 12:18, 109:17, 174:23, 215:3, 219:7
**science** [1] - 191:2
**scientific** [2] - 160:18, 226:10
**screen** [5] - 152:8, 163:18, 169:8, 219:6
**screened** [1] - 162:4
**screening** [1] - 96:8
**scuttled** [1] - 147:16
**scuttling** [1] - 167:16
**sea** [16] - 18:13, 34:24, 59:12, 70:1, 87:12, 87:22, 91:18, 95:5, 95:7, 95:10, 95:15, 149:23, 152:22, 169:9, 197:1, 216:1
**search** [1] - 152:14
**seas** [2] - 39:21, 60:8
**seat** [8] - 9:17, 49:4, 49:5, 52:6, 90:15, 90:17, 124:24, 244:3
**seated** [4] - 6:8, 98:5, 140:19, 243:3
**seats** [1] - 192:21
**second** [24] - 39:8, 43:3, 45:5, 60:25, 63:23, 68:4, 68:14, 80:1, 80:14, 110:24, 110:25, 122:5, 128:9, 129:10, 132:8, 132:9, 148:10, 176:20, 182:22, 188:9, 190:10, 211:5, 211:22, 211:25
**secondly** [1] - 141:21
**seconds** [1] - 131:23
**secret** [3] - 199:2, 235:22
**secrets** [1] - 207:23
**Section** [3] - 228:23, 229:3, 230:24
**secure** [1] - 30:13
**Security** [4] - 101:10, 102:9, 106:8, 113:19
**see** [127] - 17:19, 35:9, 36:7, 45:11, 45:16, 45:18, 47:3, 48:20,

48:23, 48:25, 49:7, 50:22, 50:23, 51:25, 56:3, 56:25, 61:6, 61:25, 70:17, 75:12, 79:21, 82:1, 82:3, 82:20, 82:23, 82:24, 83:8, 84:1, 84:16, 84:20, 85:24, 89:18, 90:3, 90:6, 90:22, 96:10, 96:15, 103:7, 103:8, 103:11, 103:12, 107:15, 107:21, 117:6, 118:12, 122:3, 122:8, 127:11, 127:15, 138:1, 142:13, 142:14, 142:24, 143:2, 143:4, 143:8, 145:5, 146:25, 152:3, 152:4, 152:9, 153:2, 153:6, 155:12, 155:14, 158:11, 158:21, 166:24, 171:23, 172:1, 172:7, 172:16, 172:19, 173:14, 173:19, 173:25, 174:24, 175:10, 175:11, 175:22, 177:16, 179:10, 181:16, 181:25, 190:2, 190:24, 192:13, 193:9, 193:16, 195:14, 195:18, 196:15, 200:16, 202:10, 209:1, 209:7, 209:23, 210:19, 210:21, 211:6, 211:25, 212:8, 212:9, 212:10, 213:14, 216:8, 216:12, 218:10, 218:12, 218:22, 218:23, 219:4, 219:10, 219:19, 220:10, 220:17, 227:4, 227:5, 234:8, 239:7, 241:11, 246:1
**seeing** [2] - 91:17, 129:25
**seek** [2] - 208:1, 236:9
**seeking** [1] - 207:25
**seem** [5] - 70:20, 199:8, 202:16, 217:17, 225:10
**sees** [2] - 191:7
**segment** [1] - 219:18
**seized** [1] - 166:22

**select** [1] - 139:22
**self** [1] - 238:9
**self-explanatory** [1] - 238:9
**sell** [2] - 23:20, 24:17
**send** [9] - 147:16, 149:13, 198:13, 238:21, 238:23, 240:13, 240:16, 240:18, 241:20
**sending** [1] - 22:21
**sense** [23] - 147:10, 147:12, 150:16, 151:18, 159:23, 159:25, 168:14, 192:3, 194:8, 204:1, 213:12, 213:13, 213:24, 214:11, 214:19, 217:18, 219:15, 220:13, 220:15, 223:16, 224:10
**sensitive** [1] - 133:14
**sent** [2] - 138:19, 172:8
**sentence** [1] - 249:14
**sentencing** [3] - 249:11, 249:12, 249:15
**separate** [3] - 227:23, 228:24, 233:18
**separately** [2] - 233:20, 233:21
**September** [1] - 249:15
**sequence** [1] - 186:20
**seriously** [1] - 177:20
**serve** [3] - 212:21, 247:12, 247:15
**service** [11] - 139:1, 139:12, 155:16, 178:2, 178:6, 178:7, 239:16, 247:14, 247:16, 248:12, 248:20
**servicemen** [1] - 178:5
**services** [1] - 125:1
**serving** [1] - 215:6
**set** [5] - 6:13, 43:11, 76:9, 154:17, 249:15
**sets** [1] - 76:10
**SEVEN** [1] - 246:21
**seven** [42] - 13:25, 57:7, 75:19, 75:20, 75:21, 79:3, 115:19, 116:18, 123:24, 124:5, 140:24, 141:11, 146:11, 148:3, 148:24,

149:1, 153:4, 153:5, 153:8, 153:13, 154:3, 159:9, 159:16, 159:17, 159:18, 159:23, 162:22, 177:21, 182:9, 184:3, 191:18, 194:11, 195:14, 201:24, 206:18, 215:23, 219:12, 221:22, 246:20
**seven-footer** [2] - 75:19, 75:20
**seven-ish** [1] - 115:19
**sevenths** [2] - 160:3, 160:4
**several** [6] - 84:19, 126:17, 182:14, 210:20, 215:6, 232:9
**shackled** [2] - 60:17, 85:8
**shackles** [2] - 8:4, 60:13
**share** [2] - 150:5, 232:20
**shared** [2] - 147:4, 229:20
**shave** [5] - 97:16, 110:10, 110:11, 216:6
**shaved** [1] - 110:7
**shaven** [1] - 200:10
**shaving** [1] - 200:13
**shell** [1] - 182:1
**Sherlock** [1] - 194:16
**shifting** [1] - 221:18
**ship** [57] - 41:25, 43:22, 44:9, 44:14, 44:18, 45:16, 45:23, 45:25, 47:4, 50:19, 53:10, 53:11, 56:10, 56:18, 56:22, 58:2, 58:7, 58:9, 58:10, 58:16, 58:18, 58:19, 59:15, 59:20, 73:17, 73:21, 74:13, 74:16, 75:8, 75:13, 75:15, 75:23, 76:4, 78:22, 78:24, 78:25, 79:2, 79:11, 81:5, 81:15, 81:16, 85:12, 94:16, 95:4, 95:23, 95:25, 97:7, 97:8, 97:9, 97:12, 97:15, 97:16, 99:5, 152:6, 220:12, 220:24
**shipped** [1] - 197:20
**ships** [1] - 169:15
**shirt** [18] - 19:11, 28:5,

41:10, 41:17, 41:18, 57:3, 58:21, 65:4, 76:15, 77:15, 110:16, 110:22, 110:25, 111:1, 111:10, 158:16, 200:14, 216:4

**shocked** [1] - 61:19

**shores** [1] - 140:17

**short** [5] - 28:6, 28:7, 133:4, 153:7, 247:25

**shorts** [2] - 28:5, 76:14

**shot** [5] - 18:25, 19:2, 19:4, 19:9, 155:19

**shoulder** [1] - 143:8

**show** [27] - 19:5, 55:19, 56:22, 56:23, 58:12, 61:5, 96:15, 110:22, 141:4, 148:19, 162:15, 167:18, 172:16, 173:23, 179:5, 179:7, 179:16, 196:3, 197:22, 197:25, 209:2, 209:23, 210:15, 216:5

**showed** [2] - 219:18, 235:8

**shower** [1] - 37:20

**showing** [5] - 129:13, 132:9, 135:19, 191:24, 239:18

**shown** [1] - 195:21

**shows** [6] - 144:17, 168:4, 170:9, 186:13, 200:15, 202:9

**shuttled** [1] - 73:2

**siblings** [1] - 11:7

**sic** [1] - 130:13

**sick** [5] - 40:5, 40:6, 40:8, 95:12, 95:14

**side** [10] - 10:14, 10:22, 81:25, 116:3, 140:19, 156:12, 156:23, 192:10

**sides** [1] - 161:5

**sight** [5] - 151:13, 151:15, 165:22, 169:3, 182:8

**sign** [5] - 103:24, 140:7, 192:2, 192:8, 238:12

**signaling** [1] - 46:19

**signals** [1] - 80:8

**signature** [4] - 103:14, 104:9, 111:17, 158:15

**signed** [6] - 103:22, 104:10, 111:12, 111:21, 199:18, 199:20

**significance** [2] - 226:3, 235:9

**significant** [4] - 131:12, 132:17, 161:2, 165:21

**signing** [1] - 205:6

**signs** [1] - 203:11

**silly** [4] - 149:12, 198:11, 198:14, 198:20

**SILVIA** [1] - 2:10

**Silvia** [2] - 4:12, 126:25

**similar** [5] - 128:19, 172:18, 172:19, 215:11, 215:12

**simple** [2] - 191:5, 225:23

**simply** [5] - 191:4, 205:20, 230:10, 233:13, 236:7

**simultaneously** [2] - 7:4, 119:7

**single** [1] - 222:25

**sink** [3] - 203:2, 203:6, 203:7

**sinking** [20] - 50:19, 78:20, 78:24, 79:2, 79:16, 79:25, 81:4, 81:12, 81:16, 82:9, 84:12, 86:24, 92:18, 99:5, 107:10, 152:5, 152:6, 153:4, 197:24, 198:6

**siren** [4] - 52:8, 93:15, 166:11, 166:12

**sirens** [1] - 143:12

**sisters** [1] - 12:22

**sit** [8] - 49:2, 111:10, 125:15, 126:3, 126:7, 126:20, 138:13

**site** [1] - 165:24

**sitting** [14] - 26:23, 38:19, 38:20, 43:23, 52:3, 70:22, 87:7, 103:16, 112:24, 127:9, 127:23, 147:6, 187:6, 199:9

**situation** [1] - 63:25

**situations** [1] - 149:6

**six** [22] - 21:22, 21:24, 47:13, 47:25, 70:24, 75:21, 79:3, 80:18, 80:19, 96:22, 115:19, 130:13,

131:4, 131:23, 153:7, 169:15, 174:22, 183:23, 184:10, 246:18

**SIX** [2] - 140:3, 246:19

**six-ish** [1] - 115:19

**six-minute** [2] - 131:4, 174:22

**sixteen** [1] - 13:4

**size** [3] - 158:3, 158:5, 202:25

**skeptical** [1] - 207:16

**skiff** [5] - 152:5, 152:6, 197:24, 198:6

**skin** [1] - 28:8

**skip** [1] - 237:12

**sky** [3] - 81:23, 90:25, 101:4

**sleep** [5] - 37:6, 37:8, 37:10, 60:19, 70:8

**sleeping** [3] - 38:8, 62:3, 70:9

**slept** [1] - 85:8

**slightly** [1] - 192:12

**slippery** [1] - 98:6

**sloppy** [1] - 208:17

**sloshing** [1] - 174:1

**slow** [3] - 51:2, 89:4, 99:15

**slower** [3] - 89:1, 89:8, 101:5

**small** [14] - 44:19, 44:23, 45:1, 45:4, 58:17, 72:23, 75:17, 79:10, 79:15, 79:19, 142:7, 176:23, 192:20, 203:2

**smaller** [5] - 44:15, 45:14, 46:12, 46:19, 46:21, 78:17, 79:16, 193:4, 193:25

**smart** [1] - 165:2

**smell** [3] - 42:1, 204:19, 215:18

**smiling** [1] - 57:9

**smuggle** [2] - 32:20, 197:17

**smuggled** [12] - 29:7, 31:9, 32:24, 51:21, 59:17, 59:21, 93:2, 95:16, 99:6, 196:4, 196:17, 206:20

**smuggler** [1] - 108:3

**smugglers** [7] - 33:4, 74:2, 74:12, 151:2, 158:14, 198:23, 199:3

**smuggling** [5] - 29:4, 166:16, 197:17, 198:1, 198:17,

198:18, 198:22, 218:4

**so..** [1] - 139:15

**soccer** [5] - 41:21, 64:24, 64:25, 65:2, 97:5

**Solar** [31] - 6:23, 7:14, 7:19, 107:8, 114:20, 118:23, 119:12, 119:15, 119:21, 120:14, 136:12, 136:17, 148:5, 148:20, 149:20, 151:15, 152:13, 155:15, 160:25, 161:21, 162:16, 162:23, 163:3, 215:22, 228:16, 243:12, 243:18, 243:20, 244:8, 245:5

**SOLAR** [6] - 1:7, 2:2, 3:5, 3:11, 3:23, 155:1

**solar** [1] - 192:3

**SOLAR'S** [1] - 5:8

**Solar's** [5] - 119:22, 149:18, 150:21, 153:22, 170:12

**soldiers** [2] - 93:6, 93:7

**sole** [4] - 207:6, 232:11, 232:17, 232:22

**solemnly** [1] - 9:13

**someone** [19] - 27:3, 35:24, 40:24, 58:1, 59:2, 65:19, 70:4, 72:14, 145:17, 146:20, 149:13, 151:21, 152:1, 152:24, 159:22, 167:2, 206:5, 231:21, 241:13

**someplace** [2] - 98:19, 98:20

**sometime** [1] - 133:20

**sometimes** [9] - 88:10, 108:22, 158:13, 170:13, 176:8, 177:2, 188:19, 202:17, 205:13

**somewhat** [2] - 192:24, 193:4

**somewhere** [1] - 189:16

**Son** [1] - 175:4

**son** [1] - 17:2

**sonar** [2] - 140:7, 140:9

**soon** [3] - 92:5, 92:11, 145:5

**sophisticated** [3] - 148:16, 172:2, 191:6

**sorry** [19] - 12:17, 21:18, 24:13, 34:2, 43:14, 74:17, 100:4, 100:12, 100:13, 104:20, 111:15, 150:14, 162:1, 183:2, 183:20, 191:25, 199:15, 207:17, 212:13

**sort** [3] - 59:1, 136:1, 204:7

**sound** [1] - 186:7

**sounded** [2] - 36:22, 68:7

**south** [2] - 144:3, 150:12

**South** [2] - 141:1, 169:13

**SOUTHERN** [1] - 1:1

**space** [3] - 37:12, 37:13, 194:8

**spaceship** [1] - 172:24

**Spanish** [3] - 6:2, 36:19, 53:22, 53:24, 54:9, 54:10, 54:11, 56:1, 56:2, 57:17, 59:2, 59:4, 74:16, 74:25, 75:1, 92:6, 92:8, 92:10, 92:12, 92:17, 93:24, 93:25, 96:13, 96:14, 102:11, 102:13, 102:25, 104:12, 106:15, 111:24, 112:1, 112:2, 199:20

**SPEAKER** [1] - 241:17

**speaking** [10] - 36:17, 59:4, 75:2, 92:11, 92:17, 93:24, 133:23, 181:9, 181:10, 201:1

**Special** [2] - 148:14, 151:20

**special** [1] - 226:11

**specialized** [1] - 226:10

**specific** [7] - 177:4, 180:10, 222:17, 228:15, 234:1, 234:4, 234:23

**specifically** [13] - 141:13, 141:23, 141:25, 147:5, 157:22, 157:23, 228:8, 228:20,

229:5, 229:21, 230:21, 231:14, 231:16
**specify** [1] - 232:6
**spectator** [1] - 233:17
**speculation** [5] - 29:20, 30:1, 45:18, 132:21, 135:11
**speculative** [1] - 221:13
**speed** [8] - 51:3, 87:4, 89:4, 89:8, 98:11, 98:15, 99:15, 142:21
**speeding** [1] - 181:13
**spell** [1] - 9:18
**spend** [5] - 88:17, 139:7, 142:22, 196:25, 202:18
**spending** [2] - 145:8, 206:15
**spent** [4] - 84:25, 85:1, 140:1, 200:9
**spilling** [4] - 87:13, 87:19, 89:10, 193:21
**splayed** [1] - 192:17
**spoken** [4] - 71:20, 71:25, 101:9, 114:23
**spot** [5] - 145:25, 147:21, 160:6, 160:11, 174:3
**spots** [2] - 142:5
**spotted** [1] - 169:11
**sprawled** [1] - 192:25
**stacked** [1] - 192:5
**stairs** [1] - 42:8
**stamp** [1] - 179:10
**stamped** [1] - 122:2
**stamps** [6] - 114:2, 179:1, 181:22, 182:12, 184:23, 213:18
**stand** [8] - 123:4, 123:14, 144:25, 165:18, 166:14, 207:19, 210:3, 215:20
**standard** [6] - 132:9, 137:19, 164:4, 164:5, 222:2
**standing** [5] - 38:20, 42:22, 91:1, 91:6, 193:8
**stands** [2] - 15:21, 101:1
**Star** [1] - 187:10
**staring** [1] - 205:9
**start** [13] - 8:25, 10:7, 30:14, 38:19, 117:2, 126:11, 142:14, 154:16, 154:18,

156:3, 204:9, 206:21
**started** [15] - 6:8, 17:13, 17:22, 26:24, 28:18, 86:24, 92:11, 92:17, 98:22, 106:1, 106:3, 114:6, 133:19, 179:2, 247:18
**starts** [2] - 8:16, 78:20
**state** [2] - 9:18, 226:12
**statement** [8] - 101:21, 102:4, 106:1, 106:7, 106:17, 106:22, 113:12, 155:6
**statements** [4] - 130:16, 132:18, 196:2, 196:9
**STATES** [3] - 1:1, 1:4, 1:15
**States** [45] - 1:21, 2:17, 52:25, 53:2, 60:8, 66:11, 69:10, 85:2, 92:3, 93:10, 93:16, 102:6, 102:9, 102:23, 112:17, 129:8, 140:25, 141:17, 149:2, 149:22, 150:19, 153:17, 164:5, 164:17, 209:8, 213:5, 228:6, 228:11, 228:22, 228:23, 229:2, 229:6, 230:2, 230:18, 230:23, 231:1, 231:9, 231:12, 236:17, 237:24, 243:11, 244:7, 250:9
**statistics** [1] - 160:17
**status** [1] - 124:17
**stay** [15] - 20:22, 22:24, 25:5, 81:1, 81:16, 90:17, 110:20, 113:3, 138:16, 138:17, 139:10, 139:21, 155:19, 170:7, 239:8
**stayed** [4] - 17:18, 90:19, 90:20, 126:19
**staying** [2] - 8:8, 125:17
**stealing** [1] - 109:16
**STENOGRAPHICAL LY** [1] - 2:15
**step** [5] - 110:20, 113:24, 123:16, 162:2, 249:5
**stepping** [1] - 204:7

**steps** [1] - 75:25
**Stewart** [1] - 3:24
**STEWART** [1] - 2:2
**stick** [5] - 35:20, 50:4, 59:3, 137:24, 205:23
**sticking** [1] - 148:12
**still** [19] - 15:17, 20:25, 35:22, 45:12, 48:7, 56:9, 114:22, 115:20, 121:17, 121:19, 122:6, 122:12, 131:25, 179:6, 179:11, 180:2, 204:12, 204:15, 226:21
**stipulation** [1] - 242:19
**stoic** [3] - 201:2, 201:3
**stolen** [1] - 18:21
**stomach** [1] - 204:18
**stop** [19] - 18:10, 50:14, 52:1, 52:4, 52:5, 101:7, 107:4, 116:22, 124:11, 124:12, 142:25, 143:1, 143:9, 143:11, 182:12, 182:22, 212:24
**stopped** [43] - 16:22, 19:15, 50:15, 50:20, 51:5, 51:24, 52:9, 52:12, 52:15, 52:16, 53:9, 53:11, 53:16, 55:5, 55:8, 55:11, 55:12, 60:1, 91:1, 91:7, 91:11, 91:21, 99:14, 101:6, 107:1, 143:13, 148:3, 166:6, 166:19, 168:6, 173:5, 196:5, 197:13, 200:3, 208:24, 208:25, 209:5, 209:6, 219:11, 221:22
**stops** [1] - 91:21
**store** [7] - 21:9, 21:12, 21:16, 21:19, 22:14, 33:12, 66:1
**stories** [2] - 149:12, 155:6
**storm** [3] - 170:2, 176:6, 176:12
**storms** [1] - 169:21
**story** [20] - 113:9, 154:11, 156:4, 196:23, 198:11, 198:20, 199:9, 199:22, 200:5, 200:19, 201:13, 202:24, 216:2,

216:3, 216:4, 216:13, 216:14, 220:12
**strange** [3] - 32:19, 66:18, 156:17
**stranger** [7] - 65:17, 66:8, 70:15, 72:18, 73:5, 73:7, 73:23
**strangers** [1] - 32:19
**straw** [1] - 158:9
**street** [1] - 190:18
**streets** [1] - 141:1
**stretch** [1] - 190:14
**strict** [1] - 163:5
**strong** [2] - 130:1, 163:6
**strongly** [1] - 204:15
**stubble** [1] - 216:9
**stuck** [4] - 149:14, 176:15, 176:17, 176:18
**study** [2] - 12:8, 109:18
**stuff** [8] - 139:7, 142:14, 155:20, 157:10, 162:8, 174:8, 191:11, 203:9
**stump** [1] - 26:23
**style** [2] - 236:17, 236:19
**Suarez** [16] - 146:2, 148:15, 149:4, 151:19, 151:20, 159:11, 166:14, 167:8, 167:13, 168:9, 169:10, 198:15, 199:6, 199:10, 200:5
**subject** [17] - 95:18, 122:22, 141:16, 161:21, 228:5, 228:10, 228:21, 229:1, 229:6, 230:1, 230:17, 230:22, 231:1, 231:8, 231:11, 237:23, 244:6
**subjected** [1] - 161:13
**submarines** [1] - 208:14
**submit** [16] - 143:3, 144:8, 146:9, 146:20, 153:12, 154:2, 154:6, 154:13, 194:4, 194:23, 216:9, 220:9, 220:16, 221:3, 221:14
**submitted** [1] - 144:17
**subsequent** [1] -

131:24
**substance** [23] - 141:13, 141:22, 141:25, 147:5, 158:23, 159:24, 163:5, 228:20, 229:4, 229:21, 229:25, 230:21, 231:2, 231:4, 231:14, 231:16, 231:25, 232:2, 232:8, 237:21, 237:23, 243:22, 244:6
**substantial** [1] - 131:8
**substantive** [2] - 228:8, 228:13
**substitute** [1] - 222:8
**substituted** [2] - 221:25, 222:4
**substituting** [1] - 9:1
**succeeded** [1] - 229:16
**success** [1] - 174:12
**sudden** [1] - 150:17
**sufficient** [3] - 136:15, 230:8, 235:1
**suggest** [8] - 121:11, 162:12, 164:1, 168:12, 169:18, 225:2, 226:23, 235:17
**suggesting** [1] - 190:10
**suggestion** [1] - 136:21
**suggests** [1] - 157:4
**Suite** [1] - 1:22
**summary** [1] - 160:17
**sun** [5] - 40:22, 48:13, 48:16, 89:15, 90:20
**superiors** [1] - 175:1
**supervisor** [1] - 208:19
**support** [3] - 65:15, 65:16, 164:2
**supporting** [1] - 127:5
**supports** [1] - 201:13
**suppose** [2] - 97:14, 242:18
**supposed** [11] - 7:9, 29:12, 42:13, 164:20, 195:3, 197:22, 198:2, 198:3, 198:6, 198:7, 198:9
**supposedly** [5] - 153:3, 167:19, 188:7, 188:16, 189:22

**suppress** [1] - 135:12
**suppressed** [3] -
130:9, 130:11,
132:12
**suppression** [1] -
129:2
**supreme** [2] - 168:23
**surely** [1] - 71:20
**surprise** [3] - 127:21,
127:24, 146:1
**surprised** [2] - 29:6,
184:16
**surrounding** [1] -
177:15
**surveillance** [1] -
191:6
**survive** [1] - 190:20
**suspect** [1] - 204:12
**suspicions** [1] - 248:4
**suspicious** [1] - 142:7
**sustained** [11] - 29:22,
30:20, 37:1, 40:10,
45:19, 54:17, 57:21,
71:23, 77:2, 112:18,
113:13
**swab** [1] - 161:20
**swabbed** [1] - 173:23
**swabs** [8] - 161:4,
161:5, 161:6, 161:7,
161:20, 173:16,
173:18
**swear** [1] - 9:13
**sweating** [1] - 76:22
**sweatpants** [2] -
76:25, 77:16
**sweats** [3] - 77:15,
77:16, 77:17
**sweatshirt** [7] - 41:10,
41:17, 76:12, 76:15,
76:19, 76:22, 76:25
**swiped** [1] - 62:2
**swipes** [2] - 202:12,
202:19
**swooping** [1] - 105:15
**swoops** [1] - 143:9
**swordfish** [1] - 14:18
**swore** [2] - 144:25,
213:6
**sworn** [1] - 9:20
**sympathy** [1] - 222:21
**system** [6] - 90:4,
155:11, 164:12,
168:22, 190:22,
205:10
**systems** [1] - 172:3

## T

**T-shirt** [4] - 28:5,
41:17, 41:18, 158:16

**tags** [1] - 189:23
**tail** [4] - 142:15,
142:16, 142:22,
145:6
**tailing** [1] - 181:15
**talks** [2] - 157:6, 160:6
**tall** [2] - 28:6, 192:4
**tampers** [1] - 189:23
**tape** [3] - 130:12,
132:21, 174:22
**taped** [1] - 133:22
**tapes** [2] - 132:24,
212:14
**target** [27] - 130:17,
130:19, 143:20,
144:20, 165:25,
171:13, 171:19,
171:23, 171:25,
172:3, 172:6, 172:8,
172:15, 179:14,
179:15, 180:19,
182:5, 183:9, 213:7,
213:20, 213:21,
214:20, 214:21,
214:22, 215:13,
219:24
**targeted** [2] - 157:19,
179:3
**targeting** [1] - 179:12
**targets** [4] - 182:11,
194:25, 216:18,
216:21
**tarp** [10] - 48:25,
142:10, 158:17,
158:20, 158:21,
179:17, 179:19,
179:21, 181:13,
218:19
**tarps** [1] - 158:14
**task** [3] - 207:1, 207:5,
207:13
**taught** [1] - 175:9
**teach** [2] - 13:17,
109:20
**team** [2] - 64:25,
247:23
**technical** [2] - 226:10,
239:1
**technically** [1] - 239:4
**technician** [2] -
218:25, 219:5
**tedious** [1] - 7:16
**television** [1] - 197:4
**TEN** [1] - 247:2
**ten** [2] - 12:7, 138:10
**ten-minute** [1] -
138:10
**tend** [2] - 224:17,
225:25
**term** [1] - 232:21

**terms** [2] - 8:4, 125:7
**test** [2] - 161:20,
162:10
**tested** [10] - 160:25,
161:3, 161:4, 162:8,
174:8, 202:13,
202:14, 214:9,
221:10
**testified** [26] - 9:20,
11:13, 11:16, 64:16,
71:5, 78:7, 88:10,
106:25, 118:7,
129:20, 132:1,
133:22, 134:12,
135:7, 162:20,
187:14, 189:4,
191:23, 194:13,
196:12, 201:15,
210:25, 212:21,
217:16, 225:12,
225:18
**testifies** [1] - 192:1
**testify** [12] - 71:3,
72:4, 72:10, 72:12,
174:7, 185:22,
190:11, 210:24,
223:6, 223:7, 226:6,
226:7
**testifying** [2] - 167:17,
225:1
**testimonies** [1] -
166:13
**testimony** [38] - 7:12,
9:4, 9:13, 77:1,
96:17, 113:4,
114:16, 118:21,
118:23, 128:23,
144:22, 146:10,
153:19, 166:3,
166:12, 168:11,
169:20, 169:21,
170:2, 170:3, 170:9,
174:9, 179:18,
179:22, 188:19,
196:13, 213:3,
217:1, 220:10,
224:1, 224:13,
224:23, 225:15,
225:21, 226:8,
226:14, 227:22
**THE** [195] - 1:15, 1:20,
6:4, 6:7, 6:18, 7:10,
7:21, 7:23, 8:3, 8:11,
8:13, 8:22, 8:25, 9:3,
9:6, 9:7, 9:10, 9:16,
9:17, 9:19, 11:22,
15:1, 15:21, 17:15,
18:17, 29:22, 30:5,
30:20, 37:1, 40:10,
43:9, 43:11, 45:19,

54:17, 57:21, 62:16,
63:2, 63:5, 63:13,
71:23, 72:8, 74:18,
77:2, 77:6, 77:12,
79:4, 79:5, 79:7,
83:3, 83:6, 87:15,
91:6, 96:18, 99:9,
99:24, 100:3,
100:10, 100:15,
100:18, 103:4,
104:4, 104:7,
104:18, 107:18,
108:25, 109:2,
109:4, 110:18,
111:4, 111:7, 112:9,
112:18, 113:13,
113:24, 114:1,
114:6, 114:9,
114:14, 114:19,
114:21, 114:25,
115:4, 115:6, 115:9,
115:12, 115:21,
115:24, 116:2,
116:8, 116:11,
116:14, 116:16,
116:19, 117:6,
117:15, 117:23,
117:25, 118:3,
118:9, 118:12,
118:15, 118:18,
118:20, 119:23,
119:25, 120:8,
120:11, 120:15,
121:3, 121:8,
121:10, 121:24,
122:12, 122:15,
122:20, 122:24,
123:2, 123:6, 123:9,
123:13, 124:24,
125:9, 125:11,
125:25, 126:2,
126:10, 126:24,
127:11, 127:21,
127:25, 128:4,
128:13, 128:16,
128:18, 132:20,
133:3, 134:5, 134:8,
134:15, 134:18,
135:18, 136:8,
137:2, 137:18,
138:5, 138:8,
138:11, 138:13,
138:22, 138:25,
139:16, 139:20,
140:5, 154:18,
154:21, 191:24,
199:14, 199:16,
206:3, 206:7,
206:11, 221:19,
221:24, 222:3,
222:11, 239:7,

239:11, 240:12,
240:18, 240:20,
241:3, 241:6, 241:8,
241:11, 241:16,
241:19, 242:8,
242:12, 242:14,
242:17, 242:20,
242:23, 242:25,
243:2, 243:24,
244:1, 246:1, 246:3,
247:8, 248:19,
248:21, 248:22,
248:24, 249:1,
249:24
**theirs** [2] - 152:15,
157:5
**theme** [2] - 241:17,
241:19
**themselves** [4] - 46:5,
130:18, 134:6, 144:1
**thereafter** [1] - 133:19
**therefore** [2] - 128:6,
221:6
**they've** [8] - 128:12,
146:21, 158:7,
158:8, 158:9,
211:22, 244:12
**thick** [2] - 58:4, 69:14
**thin** [1] - 158:16
**thinking** [5] - 8:18,
8:25, 147:6, 156:17,
187:6
**third** [6] - 12:5, 12:12,
12:15, 12:18,
109:19, 109:21
**thirty** [1] - 36:10
**thoughts** [1] - 125:20
**thousand** [2] - 66:13,
144:9
**thousands** [1] -
169:17
**three** [40] - 14:11,
18:9, 23:12, 24:8,
47:13, 47:25, 48:2,
53:21, 59:12, 73:12,
73:13, 81:4, 85:10,
86:12, 92:1, 141:25,
147:1, 158:7,
158:20, 159:12,
159:14, 159:15,
160:3, 160:4,
162:22, 170:9,
179:20, 179:21,
181:14, 184:3,
203:22, 216:2,
218:8, 218:19,
229:24, 231:15,
237:11, 238:2,
246:12
**THREE** [1] - 246:13

**three-sevenths** [2] - 160:3, 160:4

**threw** [4] - 97:23, 170:21, 214:9, 214:11

**thrilled** [2] - 92:2, 175:13

**throughout** [4] - 126:18, 128:12, 134:6, 143:5

**throw** [6] - 50:20, 61:22, 61:25, 152:18, 196:15, 213:23

**throwing** [5] - 61:16, 138:16, 168:3, 212:19, 214:6

**thrown** [1] - 170:25

**thumbs** [1] - 240:21

**thumbtacks** [1] - 190:3

**tight** [1] - 154:21

**tilde** [1] - 50:4

**tillers** [1] - 195:17

**timely** [1] - 121:13

**tiny** [2] - 182:18, 182:20

**Tio** [1] - 17:8

**Title** [3] - 228:23, 229:2, 230:23

**today** [29] - 8:4, 8:14, 17:5, 43:24, 47:21, 72:4, 72:10, 72:12, 78:8, 78:11, 83:16, 84:14, 84:21, 106:25, 113:6, 123:4, 124:15, 133:22, 139:14, 141:6, 186:21, 186:25, 196:13, 199:8, 205:17, 207:14, 207:17, 240:22

**together** [14] - 58:15, 85:7, 85:8, 85:9, 85:11, 139:8, 151:17, 151:23, 160:7, 185:20, 187:12, 220:17, 247:22

**toilet** [2] - 37:18, 148:21

**ton** [6] - 145:13, 167:19, 168:1, 191:7, 192:14, 215:5

**tongue** [1] - 95:4

**tongues** [1] - 59:2

**tonight** [5] - 8:7, 124:13, 140:4, 239:22, 248:3

**tons** [1] - 142:22

**took** [21] - 43:1, 57:7, 57:11, 58:17, 85:4, 86:13, 94:14, 123:4, 143:5, 144:24, 148:6, 150:1, 151:17, 156:5, 156:6, 166:19, 176:13, 182:17, 207:19, 208:20, 208:21

**toothbrush** [1] - 32:6

**top** [6] - 6:17, 36:1, 42:10, 42:17, 60:19, 179:10, 180:25, 181:3, 192:8, 192:25, 193:22

**tops** [1] - 51:9

**total** [4] - 11:10, 116:14, 123:18, 131:6

**touch** [1] - 161:12

**touching** [1] - 240:6

**tow** [1] - 176:24

**toward** [4] - 140:25, 144:11, 147:17, 156:13

**town** [8] - 8:7, 10:19, 26:12, 68:8, 68:23, 156:5, 156:6, 217:12

**trace** [1] - 147:21

**track** [6] - 146:4, 147:25, 214:17, 218:13, 218:14

**tracked** [15] - 143:15, 143:16, 143:17, 143:21, 143:25, 144:1, 144:2, 144:4, 144:6, 145:4, 213:6, 214:13, 214:14, 218:5

**Tracker** [1] - 187:10

**tracker** [5] - 146:1, 147:21, 160:6, 160:11, 174:3

**tracking** [3] - 144:9, 144:18, 210:25

**tracks** [2] - 214:8, 216:24

**trade** [1] - 153:16

**trafficked** [1] - 166:15

**traffickers** [3] - 144:4, 146:3, 151:1

**trafficking** [9] - 108:20, 108:23, 148:15, 149:3, 150:8, 153:16, 159:13, 198:18, 217:24

**trained** [10] - 149:7,

149:14, 149:15, 175:9, 190:8, 215:4, 218:25, 219:5, 219:7, 219:9

**training** [3] - 126:20, 174:9, 226:11

**transaction** [1] - 231:22

**transcribed** [1] - 106:1

**transcript** [4] - 6:16, 6:21, 114:4, 118:25

**transcription** [1] - 250:4

**transcripts** [3] - 7:2, 118:14, 119:5

**transfer** [4] - 58:12, 58:14, 75:7, 231:20

**transferred** [4] - 58:11, 58:16, 58:17, 85:11

**translate** [2] - 54:13, 75:4

**translated** [3] - 54:15, 54:19, 100:20

**translating** [2] - 54:1, 74:23

**translation** [4] - 83:2, 107:17, 107:18, 120:4

**translator** [2] - 59:6, 59:10

**translators** [1] - 120:10

**transom** [1] - 194:1

**transport** [9] - 28:21, 42:4, 42:24, 43:16, 45:5, 161:24, 197:21, 198:4, 198:7

**transportation** [1] - 23:6

**trash** [1] - 97:24

**travel** [3] - 88:11, 159:14, 198:22

**traveled** [5] - 144:2, 144:3, 147:17, 169:15, 216:17

**traveling** [2] - 81:25, 82:20

**travelling** [1] - 150:13

**travels** [1] - 218:15

**treat** [1] - 177:17

**TRIAL** [1] - 1:13

**trial** [19] - 123:16, 126:8, 126:18, 133:25, 134:4, 135:23, 139:1, 143:6, 157:12, 167:5, 220:10, 222:20, 224:6, 225:22, 227:14,

233:25, 241:17, 241:19

**trials** [1] - 127:4

**tried** [7] - 64:5, 64:7, 64:9, 150:16, 153:18, 163:24

**trip** [6] - 156:5, 156:6, 156:8, 161:16, 209:18, 249:24

**true** [10] - 80:23, 168:17, 191:4, 194:18, 195:16, 199:11, 200:19, 213:20, 224:21, 246:7

**trunk** [2] - 156:15, 156:16

**trust** [8] - 202:19, 202:22, 206:25, 207:2, 207:3, 207:12, 208:5

**trusted** [1] - 202:20

**truth** [9] - 9:14, 64:11, 105:9, 144:25, 149:25, 199:24, 208:1, 213:6, 225:5, 225:7, 225:24, 226:20, 226:21, 236:9

**try** [15] - 6:15, 9:4, 9:7, 21:23, 62:16, 65:22, 88:9, 89:4, 89:23, 140:4, 181:18, 229:19, 236:1, 239:18, 240:7

**trying** [15] - 69:6, 84:3, 88:25, 99:13, 105:5, 116:2, 171:2, 180:10, 182:1, 190:13, 190:14, 201:5, 204:4, 217:21

**Tuesday** [2] - 134:4, 134:13

**Tumaco** [13] - 19:19, 19:20, 20:14, 20:16, 20:18, 20:22, 20:24, 21:5, 22:4, 22:25, 23:3, 23:14, 24:23

**turn** [13] - 38:11, 152:7, 152:8, 168:7, 168:8, 170:23, 172:11, 172:12, 188:20, 210:5, 210:6

**turned** [5] - 53:18, 98:22, 98:25, 170:18, 217:7

**turning** [1] - 217:8

**turns** [5] - 89:21, 143:5, 151:17, 158:25, 159:1

**turtle's** [1] - 203:9

**TV** [13] - 61:4, 64:14, 64:17, 64:19, 64:20, 64:21, 64:22, 64:24, 108:15, 108:16, 176:9

**twelve** [2] - 59:22, 79:10

**twenty** [2] - 181:24, 182:8

**twice** [4] - 38:1, 39:5, 118:11, 184:17

**two** [105] - 6:22, 7:5, 7:7, 15:14, 19:24, 20:9, 20:19, 22:5, 22:20, 24:20, 27:6, 32:19, 33:22, 34:17, 41:3, 42:11, 42:13, 43:16, 43:19, 43:23, 44:1, 44:4, 48:3, 53:21, 53:22, 54:13, 57:19, 58:17, 73:14, 73:15, 76:10, 91:17, 92:5, 114:22, 116:17, 116:19, 116:20, 121:7, 121:15, 124:2, 124:4, 129:1, 129:22, 130:4, 130:10, 130:14, 130:20, 131:6, 131:10, 131:11, 131:12, 134:2, 136:18, 140:18, 142:10, 147:3, 147:14, 154:24, 154:25, 159:8, 160:14, 161:3, 163:10, 172:3, 174:18, 174:21, 176:13, 176:20, 178:19, 178:20, 182:15, 182:19, 184:18, 187:4, 187:11, 188:14, 189:21, 189:24, 193:6, 194:6, 194:25, 196:3, 196:5, 196:9, 197:21, 202:10, 203:16, 203:21, 217:16, 227:23, 229:7, 229:19, 229:22, 231:13, 232:19, 237:9, 237:13, 237:14, 237:17, 246:10, 249:15

**TWO** [2] - 3:5, 246:11

**two-and-a-half** [6] -

20:9, 116:17,
116:19, 116:20,
124:2, 176:13
**two-minute** [2] -
154:24, 154:25
**type** [9] - 13:19, 14:17,
47:3, 52:22, 88:11,
129:10, 130:1,
132:9, 168:9
**types** [2] - 129:1,
129:21
**typical** [2] - 167:9,
168:9
**typically** [1] - 151:22

---

## U

**U.S** [6] - 58:7, 68:17,
129:9, 129:15,
143:13, 221:23
**ugly** [3] - 36:22, 36:23
**ultimately** [4] -
142:25, 143:9,
153:17, 219:11
**ultrasound** [4] -
218:24, 218:25,
219:1, 219:5
**unable** [1] - 91:4
**unanimous** [3] -
232:7, 235:21, 237:4
**unanimously** [3] -
140:3, 236:22,
243:15
**unbutton** [1] - 110:21
**uncle** [9] - 13:10, 14:7,
14:9, 14:15, 15:14,
17:10, 109:24,
109:25, 111:8
**Uncle** [2] - 15:4, 16:23
**uncle's** [2] - 13:11,
66:4
**under** [11] - 48:25,
115:25, 128:24,
129:2, 132:8, 150:3,
168:24, 194:19,
196:14, 233:2, 235:3
**underlined** [2] -
117:20, 137:23
**underlining** [1] -
118:1
**understood** [2] -
26:13, 104:16
**underwear** [1] - 32:6
**unduly** [1] - 227:20
**unedited** [1] - 6:20
**unfolded** [1] - 186:19
**unforeseen** [1] -
239:24
**unfortunately** [3] -
178:16, 182:17,

186:16
**UNIDENTIFIED** [1] -
241:17
**uniform** [3] - 93:8,
127:23, 164:16
**uniforms** [1] - 93:15
**unimportant** [1] -
226:5
**UNITED** [3] - 1:1, 1:4,
1:15
**United** [44] - 1:21,
52:25, 53:2, 60:8,
66:11, 69:10, 85:2,
92:3, 93:10, 93:16,
102:6, 102:9,
102:23, 112:17,
129:8, 140:25,
141:17, 149:2,
149:22, 150:19,
153:17, 164:5,
164:17, 209:8,
213:5, 228:6,
228:11, 228:22,
228:23, 229:2,
229:6, 230:2,
230:18, 230:23,
231:1, 231:9,
231:12, 236:17,
237:24, 243:11,
244:7, 250:9
**united** [2] - 2:17,
187:10
**unlawful** [8] - 147:4,
229:8, 229:15,
229:20, 229:22,
229:24, 230:4, 230:7
**unleashed** [1] -
186:20
**unless** [6] - 116:23,
142:23, 152:15,
165:11, 222:5,
248:23
**unlike** [1] - 172:16
**unlikely** [1] - 204:10
**unreliable** [1] - 214:15
**untimely** [1] - 135:14
**unusual** [1] - 159:9
**unwillingness** [1] -
235:17
**up** [113] - 6:11, 12:14,
13:7, 18:11, 18:12,
18:19, 23:18, 30:16,
34:3, 35:21, 35:24,
38:19, 39:1, 40:22,
41:3, 42:7, 42:8,
42:11, 42:19, 48:16,
50:18, 51:16, 55:22,
60:19, 62:4, 70:12,
75:25, 76:2, 88:19,
89:15, 90:20, 98:5,

99:13, 100:20,
103:11, 109:8,
109:17, 115:12,
118:16, 121:25,
123:19, 124:4,
124:15, 130:16,
134:7, 140:8, 140:9,
140:18, 143:9,
143:19, 144:11,
146:8, 148:6, 148:9,
154:8, 154:17,
155:20, 160:24,
162:15, 166:14,
167:9, 167:10,
167:20, 167:22,
169:4, 171:24,
172:5, 176:10,
179:10, 182:5,
182:7, 182:8, 182:9,
185:3, 189:18,
191:1, 191:24,
192:5, 193:3,
197:22, 197:23,
197:25, 198:4,
198:5, 198:7,
198:13, 199:5,
199:9, 199:10,
200:2, 200:3, 202:5,
202:6, 204:8,
207:21, 209:13,
209:16, 210:20,
210:21, 210:22,
212:19, 213:16,
215:22, 216:4,
236:5, 238:2,
239:18, 249:19
**urge** [2] - 202:8,
219:14
**Uribe** [3] - 7:12,
118:23, 119:1
**URIBE** [1] - 3:10
**urinating** [1] - 95:19
**useful** [1] - 129:12
**user** [1] - 217:11

---

## V

**V-1** [3] - 5:12, 120:4,
120:12
**V1** [1] - 5:6
**vacation** [1] - 26:14
**vacationing** [1] - 26:9
**Valecillo** [7] - 9:19,
13:12, 104:9,
228:18, 243:14,
244:24, 245:19
**VALECILLO** [6] - 1:10,
2:10, 3:18, 4:12,
9:20, 195:25
**Valecillo-Ortiz** [5] -

9:19, 228:18,
243:14, 244:24,
245:19
**VALECILLO-ORTIZ**
[5] - 1:10, 2:10, 3:18,
4:12, 9:20
**VALECILLO-ORTIZ'
S** [1] - 195:25
**VALLECILO** [1] - 3:6
**various** [2] - 119:19,
130:16
**VAZQUEZ** [81] - 2:10,
7:24, 9:11, 9:23,
11:25, 15:2, 15:23,
17:17, 18:16, 18:18,
18:20, 29:23, 30:3,
30:6, 30:21, 37:3,
40:11, 43:7, 43:10,
43:12, 43:13, 45:20,
54:18, 57:23, 62:17,
62:25, 63:6, 71:21,
72:5, 74:15, 76:24,
77:5, 77:10, 83:1,
90:11, 96:16, 99:7,
100:2, 100:7,
100:12, 103:7,
104:3, 107:17,
109:5, 109:7,
110:15, 110:19,
111:9, 111:14,
111:16, 112:10,
112:19, 113:14,
113:21, 116:5,
117:4, 118:6,
118:10, 123:3,
126:9, 126:25,
127:23, 128:2,
133:9, 137:15,
138:3, 138:6, 196:1,
199:15, 199:17,
206:4, 222:9, 241:1,
241:4, 241:7, 241:9,
241:15, 241:25,
242:4, 242:24,
249:22
**Vazquez** [2] - 3:7, 3:8,
4:12, 130:22, 133:6
**veered** [1] - 195:4
**veil** [1] - 198:24
**VERDICT** [2] - 4:22,
243:8
**verdict** [39] - 117:9,
117:16, 138:8,
138:9, 141:7, 141:8,
154:6, 168:22,
170:12, 195:22,
195:23, 205:25,
221:1, 221:21,
232:4, 232:7,
233:24, 235:20,

235:23, 236:14,
236:15, 236:19,
237:4, 237:5,
238:10, 238:11,
238:22, 243:4,
243:5, 243:7,
243:10, 244:2,
246:1, 246:7, 248:3,
248:9
**verdicts** [2] - 163:10,
249:1
**verify** [1] - 174:15
**version** [1] - 130:12,
133:5
**versus** [3] - 129:8,
129:14, 243:11
**vessel** [67] - 43:23,
44:19, 52:3, 52:25,
55:14, 109:23,
141:16, 142:5,
142:6, 142:7,
143:11, 144:3,
144:12, 144:13,
144:19, 147:22,
147:24, 148:1,
150:13, 153:4,
164:25, 165:16,
165:19, 165:23,
166:4, 167:14,
167:15, 167:19,
169:3, 196:14,
200:12, 202:9,
203:12, 203:14,
203:17, 203:19,
203:20, 203:21,
203:22, 211:6,
211:20, 211:21,
211:23, 211:24,
211:25, 212:9,
212:11, 216:24,
219:11, 219:19,
219:21, 228:5,
228:10, 228:21,
229:1, 229:6, 230:1,
230:16, 230:17,
230:22, 230:25,
231:8, 231:10,
231:11, 237:23,
244:6
**vessels** [21] - 42:4,
144:10, 144:13,
147:14, 165:12,
166:3, 166:4, 169:9,
169:11, 169:16,
172:17, 172:18,
202:10, 211:10,
211:14, 211:19,
211:23, 212:8,
216:16, 216:18,
219:21

**vest** [2] - 86:9, 86:11
**vests** [2] - 58:20, 86:7
**Viamontes** [5] - 3:22, 4:16, 155:23, 157:6, 160:6
**VIAMONTES** [20] - 1:20, 7:22, 116:13, 116:15, 119:24, 120:9, 121:22, 122:7, 125:21, 126:5, 126:12, 127:17, 128:9, 128:15, 140:13, 140:15, 199:12, 212:17, 221:20, 241:24
**Viamontes'** [2] - 158:6, 196:8
**vicinity** [6] - 165:13, 211:10, 211:14, 211:19, 211:24, 212:8
**video** [64] - 7:8, 7:20, 106:20, 106:22, 114:3, 118:23, 121:17, 121:19, 122:13, 130:3, 130:5, 130:6, 130:22, 130:23, 130:25, 131:3, 131:6, 131:8, 131:9, 131:14, 131:17, 131:24, 132:14, 132:18, 132:25, 133:7, 133:16, 133:17, 135:3, 135:4, 135:13, 143:2, 144:18, 145:5, 146:10, 149:21, 153:2, 165:14, 165:18, 165:21, 167:21, 169:1, 169:6, 169:20, 170:9, 174:1, 195:18, 195:20, 201:20, 201:22, 201:23, 201:24, 209:15, 209:23, 210:14, 210:18, 211:13, 213:14, 242:5, 242:9
**videos** [9] - 7:17, 121:18, 149:17, 167:20, 179:1, 184:24, 208:2, 208:25, 209:4
**Videotape** [1] - 210:12
**videotape** [2] - 7:12, 209:24
**VIDEOTAPED** [2] -

3:4, 3:9
**videotaped** [8] - 6:22, 7:3, 7:5, 103:19, 119:1, 119:6, 119:8, 119:10
**Videotaped** [1] - 7:7
**VILLEZ** [5] - 1:9, 2:8, 3:17, 4:10, 187:3
**Villez** [6] - 123:1, 137:13, 228:18, 243:13, 244:21, 245:16
**VILLEZ-PICO** [4] - 1:9, 2:8, 3:17, 4:10
**Villez-Pico** [6] - 123:1, 137:13, 228:18, 243:13, 244:21, 245:16
**VILLEZ-PICO's** [1] - 187:3
**violates** [1] - 129:3
**violating** [1] - 234:24
**violation** [3] - 129:13, 228:22, 230:23
**visit** [5] - 23:2, 23:7, 23:11, 23:12
**VOICE** [22] - 171:12, 171:14, 171:18, 171:20, 183:5, 183:6, 183:7, 183:8, 183:10, 184:9, 184:10, 184:11, 184:13, 184:14, 185:6, 185:7, 186:4, 186:5, 186:7, 209:25, 210:5, 210:8
**voluntarily** [8] - 103:22, 112:21, 168:7, 168:8, 234:15, 234:18
**vomit** [1] - 39:25
**vomited** [1] - 40:7
**vomiting** [2] - 39:23, 40:7
**voted** [1] - 238:19
**voyage** [1] - 93:3
**vs** [1] - 1:6

---

**W**

**wad** [3] - 68:19, 69:12, 69:14
**waist** [3] - 69:25, 193:9, 193:10
**Wait** [1] - 208:9
**wait** [5] - 142:10, 142:11, 148:9, 203:20, 207:1
**waiting** [7] - 42:12, 45:4, 81:13, 100:16,

144:14, 144:15
**wake** [1] - 62:4
**walk** [7] - 26:4, 26:5, 26:8, 147:12, 155:19, 164:15, 198:13
**walked** [1] - 156:10
**walking** [2] - 156:13, 156:21
**wall** [1] - 212:19
**Walt** [2] - 205:4, 205:5
**wants** [9] - 101:16, 117:4, 126:7, 138:16, 152:10, 170:6, 170:7, 170:8, 170:10
**war** [2] - 214:18, 218:6
**warm** [4] - 77:18, 77:20, 77:22, 204:8
**warn** [1] - 146:5
**warning** [2] - 154:24, 154:25
**washing** [1] - 16:2
**Washington** [1] - 172:9
**waste** [1] - 201:23
**watch** [12] - 64:19, 64:21, 64:22, 64:24, 106:22, 108:16, 108:18, 126:21, 143:2, 143:3, 176:9
**water** [9] - 61:2, 79:25, 86:5, 97:23, 108:25, 153:5, 162:1, 166:5, 178:24
**waters** [1] - 59:21
**Watson's** [1] - 190:2
**waves** [2] - 87:11, 167:22
**waving** [1] - 210:19
**waypoint** [9] - 145:15, 145:20, 145:23, 149:10, 152:22, 162:23, 188:11, 188:14, 188:20
**waypoints** [7] - 188:14, 188:23, 189:5, 189:24, 190:1, 217:8, 217:10
**ways** [1] - 146:16
**wear** [2] - 41:11, 72:14
**wearing** [16] - 28:4, 41:6, 41:7, 41:9, 41:24, 58:21, 65:4, 72:13, 76:12, 77:4, 77:9, 77:14, 77:16, 93:15, 164:16, 168:19
**Weather** [1] - 176:10
**weather** [3] - 169:24,

170:1, 176:9
**Wednesday** [1] - 125:3
**wee** [2] - 40:20, 40:21
**week** [6] - 70:22, 126:8, 139:9, 155:13, 239:19, 239:23
**weekend** [1] - 248:15
**weeks** [1] - 22:5
**weigh** [1] - 221:15
**weight** [9] - 130:2, 142:1, 221:8, 224:18, 227:21, 231:17, 231:25, 232:3, 232:7
**Welcome** [1] - 46:6
**welcome** [2] - 127:15, 139:10
**West** [12] - 1:4, 26:8, 26:11, 62:7, 62:11, 101:9, 102:6, 125:1, 139:4, 139:14, 145:8, 249:16
**west** [2] - 189:12, 189:13
**Whalers** [1] - 197:8
**wheel** [1] - 50:6
**white** [2] - 58:25, 156:13
**Whites** [1] - 197:9
**whodunit** [1] - 214:4
**whoever's** [1] - 89:2
**whole** [20] - 9:14, 62:13, 88:17, 108:9, 108:10, 133:22, 133:24, 134:7, 135:5, 139:14, 143:3, 143:16, 160:8, 174:3, 186:19, 199:10, 208:2, 210:14, 222:25, 224:25
**wide** [3] - 38:24, 158:8, 192:11
**wife** [7] - 15:13, 22:22, 23:4, 23:10, 32:24, 33:24, 170:9
**willful** [1] - 233:16
**willfully** [6] - 228:3, 229:23, 230:7, 233:8, 234:17, 234:23
**willing** [4] - 149:1, 153:13, 163:22, 223:19
**willingness** [2] - 247:11, 247:15
**Wilson** [5] - 160:9, 160:13, 187:14,

189:4, 217:16
**window** [4] - 39:1, 170:22, 177:15, 177:16
**window's** [1] - 170:23
**wish** [5] - 63:2, 115:10, 182:15, 238:13, 249:8
**withheld** [1] - 136:1
**Witness** [1] - 113:25
**witness** [40] - 7:18, 9:10, 30:19, 74:17, 99:25, 100:19, 111:5, 112:17, 114:3, 115:3, 135:7, 147:23, 151:3, 201:15, 207:19, 212:25, 215:20, 224:15, 224:22, 225:2, 225:4, 225:6, 225:8, 225:10, 225:11, 225:13, 225:18, 225:20, 225:21, 225:24, 226:1, 226:9, 226:18, 226:19, 226:20, 226:24, 227:1, 227:3, 227:5, 227:9
**WITNESS** [5] - 9:16, 9:19, 79:7, 109:2, 111:7
**witness's** [5] - 200:22, 225:15, 226:14, 227:4
**witnesses** [19] - 71:2, 112:25, 113:3, 126:17, 135:16, 135:20, 143:6, 149:16, 150:23, 151:5, 159:8, 190:12, 191:10, 199:9, 203:4, 207:19, 224:1, 224:25
**WITNESSES** [1] - 3:2
**witnessing** [1] - 130:7
**woman** [11] - 53:21, 53:24, 54:5, 54:7, 54:11, 55:3, 55:17, 56:3, 58:3, 59:8, 219:1
**women** [3] - 36:11, 44:19, 212:20
**wonderful** [1] - 175:12
**wondering** [1] - 196:19
**wood** [1] - 13:22
**word** [18] - 39:15, 50:3, 52:7, 87:16,

99:25, 100:20,
100:22, 100:24,
117:20, 137:23,
172:1, 187:6,
192:20, 210:14,
234:14, 234:17,
237:1
**words** [13] - 50:6,
144:9, 185:16,
185:17, 186:13,
186:14, 186:24,
204:7, 204:18,
229:8, 233:15,
235:21, 237:2
**wore** [1] - 77:22
**work..** [1] - 9:8
**worker** [1] - 151:20
**works** [5] - 116:9,
123:25, 156:18,
199:6, 199:7
**workshop** [1] - 125:2
**world** [9] - 76:16,
153:16, 170:14,
196:23, 197:2,
197:3, 197:12, 218:7
**worried** [1] - 51:11
**worry** [2] - 141:20,
180:23
**worse** [5] - 25:25,
40:3, 63:23, 131:9
**worth** [8] - 114:16,
141:1, 144:9,
144:11, 145:13,
153:24, 174:19,
174:21
**write** [1] - 238:14
**writing** [1] - 238:17

## Y

**Y-1** [1] - 7:14
**Y1** [1] - 118:24
**Yamaha** [1] - 129:22
**year** [8] - 24:13, 24:14,
25:5, 33:18, 76:17,
125:5, 197:6
**year-and-a-half** [1] -
33:18
**years** [18] - 12:7, 14:8,
14:15, 15:13, 15:14,
15:15, 16:15, 17:5,
17:10, 18:9, 19:24,
24:20, 33:22,
163:24, 174:23,
215:3, 215:6, 219:7
**yellow** [7] - 41:17,
41:18, 57:2, 58:21,
65:4, 160:10, 160:16
**yeoman's** [1] - 239:19
**young** [8] - 174:8,

175:8, 177:11,
177:18, 178:13,
215:2, 215:3, 215:5
**Youngblood** [1] -
129:15
**younger** [1] - 207:16
**yourself** [10] - 139:3,
164:6, 195:20,
219:14, 225:3,
225:17, 226:15,
226:23, 227:20,
235:24
**yourselves** [2] -
189:20, 221:11

## Z

**zones** [1] - 159:12
**zoom** [1] - 188:10